MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

*Proposed* Counsel for Debtor
Bassem Victor El Mallakh

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br>　　　　　　Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF**<br><br>Date:　　　　October 26, 2022<br>Time:　　　　10:00 a.m.<br>Courtroom: 5B<br>　　　　411 W. Fourth Street,<br>　　　　Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:**

Bassem Victor El Mallakh, debtor and debtor in possession herein ("Debtor"), hereby submits the following Initial Status Report ("Status Report") pursuant to the Court's order as follows:

1
DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

A. <u>A Brief Description of the Debtor's Business and Operations, and the Principal Assets and Liabilities.</u>

On September 19, 2022, Bassem Essam Victor El Mallakh (the "<u>Debtor</u>"), filed the present Chapter 11 bankruptcy petition. Debtor had one prior chapter 13 bankruptcy case filed on July 12, 2022, Case No.: 8:22-bk-11158-TA, which was dismissed on July 26, 2022 per Debtor's Request for Voluntary Dismissal.

The Debtor holds title to the following real property which is the Debtor's principal residence: 116 Rockefeller, Irvine, California 92612 ("Property").

The Debtor has personal property assets with a combined scheduled value of approximately $24,508.00 and real property has a scheduled value of approximately $1,100,000.00 and is encumbered by the following four secured obligations:

- Freedom Mortgage Corporation (1st TD Holder) with an estimated scheduled claim of $247,710.00;
- Central Park West Community (1st HOA lienholder) with an estimated scheduled pre-petiotion claim of $2,000.00;
- First Service Residential c/o The Towns HOA (2nd HOA lienholder) with an estimated scheduled pre-petition claim of $7,276.00;
- Belgium Investments 960 Bay Dr, LLC (4th position judgment lienholder) with an estimated disputed scheduled claim of $4,345,250.00 which arose from a state court judgment in the matter entitled Belgium Investments 960 Bay Dr, LLC v. Bassem Essam El Mallakh, Orange County Case No.: 30-2020-01148745-CU-EN-CJC. The initial judgment was obtained in the Circuit Court of the 11th Judicial Circuit in Miami-Dade County, Florida, Case No.: 18-28145 CA.

The Debtor currently collects $4,000.00 in rental income from the Property, part of which is being rented to Debtor's sister who lives in the Property with her son. The Debtor is actively seeking a full-time employment.

The principal liabilities of the estate are the secured claims on the Debtor's Property with an estimated total claim amount of $4,602,236.00 and a car loan owed to TD Auto Finance for an estimated $15,000.00. The Debtor has no scheduled priority claim and one general unsecured claim owed to Wells Fargo Bank for an estimated amount of $1,193.00.

B. <u>Answers to the Court's Questions Follow:</u>

1. <u>What precipitated the bankruptcy filing?</u>: The major event that precipitated the filing of the Debtor's Chapter 11 bankruptcy was the pending foreclosure sale of the Property initiated by disputed judgment creditor Belgium Investments.

2. <u>What does the debtor hope to accomplish in this chapter 11 case?</u>: Debtor intends to file a Motion to Avoid Belgium's judgment lien under Section 522f. Debtor also intends to object to Belgium's claim, if filed, on the basis that Belgium is a suspended corporation and thus lacks standing to move forward on its alleged disputed claim against the Debtor. Debtor also hopes to secure a full time job and propose a confirmable Chapter 11 Plan of Reorganization.

3. <u>What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts?</u> Debtor's principal dispute is Belgium's disputed claim.

4. <u>How does the debtor recommend that these disputes be resolved and why?</u> Debtor seeks to negotiate and possibly litigate the validity of the Belgium disputed claim.

5. <u>Has the debtor complied with all of its duties under 11 U.S.C. §§ 521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not, why not?</u> Debtor is in substantial compliance with his duties under 11 U.S.C. §§ 521, 1106 and 1107, and all applicable guidelines of the Office of the United States Trustee and will submit outstanding 7-Day compliance to the U.S. Trustee prior to the Status Conference.

6. <u>Do any parties claim an interest in cash collateral of the debtor?</u> No.

7. <u>Is the debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party</u>? Not Applicable.

C. <u>The identity of all professional retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment</u>: On September 28, 2022, Debtor filed an Application to Employ the Law Offices of Michael Jay Berger ("Proposed Counsel") as General Bankruptcy Counsel [docket no.: 23]. Debtor is investigating whether he will need to employ an accountant to prepare his Monthly Operating Reports and will likely need to employ an appraiser to obtain an appraisal on his real property for valuation and plan purposes.

D. <u>In operating cases, evidence regarding projected income and expenses for the first six months of the case</u>: Six-Month projected cash flow statement is attached hereto as **<u>Exhibit "1."</u>**

E. <u>Proposed Deadline for Filing a Proof of Claim</u>            December 31, 2022
<u>Proposed Deadline for Objections to Claims</u>            February 15, 2023

F. <u>Proposed Deadline for the filing of a Plan and</u>            March 31, 2023
<u>Disclosure Statement</u>

G. <u>A discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts</u>: Debtor is a party to a finance agreement with TD Auto Finance for a financed 2016 Mercedes C300. The monthly payments on the lease are current and Debtor intends to continue with the monthly obligations and retain the vehicle. Debtor also has a lease with his sister for the Debtor's real property.

H.  <u>If debtor is an individual, whether debtor proposes to combine the hearing on the disclosure statement and plan. See 11 U.S.C. § 105(d)(2)(B)(vi).</u>: Debtor does not seek a combined hearing on the disclosure statement and plan.

Dated: October 12, 2022

LAW OFFICES OF MICHAEL JAY BERGER

By: /s/ Michael Jay Berger
MICHAEL JAY BERGER
Proposed Counsel for Debtor
Bassem Victor El Mallakh

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1. I am the Debtor. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. On September 19, 2022, I filed the present Chapter 11 bankruptcy petition. I had one prior chapter 13 bankruptcy case filed on July 12, 2022, Case No.: 8:22-bk-11158-TA, which was dismissed on July 26, 2022 per my Request for Voluntary Dismissal.

3. I hold title to the following real property which is my principal residence: 116 Rockefeller, Irvine, California 92612 ("Property").

4. I have personal property assets with a combined scheduled value of approximately $24,508.00 and my real property has a scheduled value of approximately $1,100,000.00 and is encumbered by the following four secured obligations:

- Freedom Mortgage Corporation (1st TD Holder) with an estimated scheduled claim of $247,710.00;
- Central Park West Community (1st HOA lienholder) with an estimated scheduled pre-petiotion claim of $2,000.00;
- First Service Residential c/o The Towns HOA (2nd HOA lienholder) with an estimated scheduled pre-petition claim of $7,276.00;
- Belgium Investments 960 Bay Dr, LLC (4th position judgment lienholder) with an estimated disputed scheduled claim of $4,345,250.00 which arose from a state court judgment in the matter entitled Belgium Investments 960 Bay Dr, LLC v. Bassem Essam El Mallakh, Orange County Case No.: 30-2020-01148745-CU-EN-CJC. The initial judgment was obtained in the Circuit Court of the 11th Judicial Circuit in Miami-Dade County, Florida, Case No.: 18-28145 CA.

5. I currently collect $4,000.00 in rental income from the Property, part of which is being rented to my sister who lives in the Property with her son. I am actively seeking full-time employment.

6. The principal liabilities of the estate are the secured claims on my Property with an estimated total claim amount of $4,602,236.00 and a car loan owed to TD Auto Finance for an estimated $15,000.00. I have no scheduled priority claim and one general unsecured claim owed to Wells Fargo Bank for an estimated amount of $1,193.00.

7. The major event that precipitated the filing of my Chapter 11 bankruptcy was the pending foreclosure sale of the Property initiated by judgment creditor Belgium Investments.

8. I am in substantial compliance with my duties under 11 U.S.C. §§ 521, 1106 and 1107, and all applicable guidelines of the Office of the United States Trustee and will submit the outstanding 7-day Compliance before the Status Conference.

9. No parties claim an interest in cash collateral.

10. On September 28, 2022, I filed an Application to Employ the Law Offices of Michael Jay Berger ("Proposed Counsel") as General Bankruptcy Counsel [docket no.: 23]. I am investigating whether I will need to employ an accountant to prepare my Monthly Operating Reports and I will likely need to employ an appraiser to obtain an appraisal on my real property for valuation and plan purposes.

11. My six-month projected cash flow statement is attached hereto as **Exhibit "1."**

///
///
///
///
///
///

7
DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

12. I am a party to a finance agreement with TD Auto Finance for a financed 2016 Mercedes C300. The monthly payments on the lease are current and I intend to continue with the monthly obligations and retain the vehicle.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on October 12, 2022 at Irvine, California.

*[signature]*

Bassem Victor El Mallakh

# EXHIBIT 1

| BASSEM VICTOR EL MALLAKH | | | | | | |
|---|---|---|---|---|---|---|
| Six Month Projected Income and Expense Statement | | | | | | |
| | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 |
| **Income** | | | | | | |
| Rental Income | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Family Contribution | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **Gross Income** | **$4,000.00** | **$4,000.00** | **$14,000.00** | **$4,000.00** | **$4,000.00** | **$4,000.00** |
| | | | | | | |
| **Expenses** | | | | | | |
| | | | | | | |
| Mortgage to Freedom Mortgage | $1,961.00 | $1,961.00 | $1,961.00 | $1,961.00 | $1,961.00 | $1,961.00 |
| Homeowner Association Dues to Central Park West | $166.00 | $166.00 | $166.00 | $166.00 | $166.00 | $166.00 |
| Homeowner Association Dues to The Townes at Central Park | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Electricity, Heat, Natural Gas | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Water, Sewer, Garbage Collection | | | | | | |
| Telephone, Cell Phone, Internet and Cable | $130.00 | $130.00 | $130.00 | $130.00 | $130.00 | $130.00 |
| Food and Housekeeping Supplies | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Clothing, Laundry, and Dry Cleaning | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Personal Care Products | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Medical and Dental Expenses | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 |
| Transportation (includes gas, maintenance, bus, train, ride share) | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Entertainment | | | | | | |
| Vehicle Insurance | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Car Payment | $326.00 | $326.00 | $326.00 | $326.00 | $326.00 | $326.00 |
| | | | | | | |
| U.S. Trustee Quarterly Fees | $42.00 | | | | | |
| | | | | | | |
| Law Offices of Michael Jay Berger subject to court approval | | | $10,000.00 | | | |
| **Total Expenses** | **$3,545.00** | **$3,503.00** | **$13,503.00** | **$3,503.00** | **$3,503.00** | **$3,503.00** |
| | | | | | | |
| **Net Income** | **$455.00** | **$497.00** | **$497.00** | **$497.00** | **$497.00** | **$497.00** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/12/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Proposed Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/12/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/12/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/12/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

2. **SERVED BY UNITED STATES MAIL**:

SECURED CREDITORS:

Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

Central Park West Community HOA
401 Rockefeller #208
Irvine, CA 92612

First Service Residential
15241 Laguna Canyon Rd.
Irvine, CA 92618

First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

Freedom Mortgage
951 Yamato Rd.
Boca Raton, FL 33431

Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

TD Auto Finance
6 Atlantis Way
Lewiston, ME 04240

20 LARGES UNSECURED CREDITORS:

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE