PATRICK MILLER #301819
Email: Patrick.miller@pmillerlegal.com
P Miller Legal Services
121 S Oak Ave
Pasadena, CA 91107
Telephone:    213-364-7581

FILED
OCT 13 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

Attorney for Judgement Creditor
BELGIUM INVESTMENTS 960 BAY DR,
LLC A CALIFORNIA CORP.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Bassem Victor El Mallakh | Case No 8:22-bk-11605-TA<br>Chapter 11<br><br>**NOTICE OF RECENT STATUTORY AUTHORITY**<br><br>**Date**: 18 October 2022<br>**Time**: 10am<br>**Crtrm**: Virtual/5B |

    Belgium Investments 960 Bay Dr, LLC, a California Corp. ("Belgium") hereby sets out the text of California Corporations Code §17707.06 for the court's consideration as this may assist the court and increase the efficiency of proceedings because it appears the submissions in the Debtor's Reply filed on 11 October 2022 omit reference to this statute:

    *"(a) A limited liability company that has filed a certificate of cancellation nevertheless continues to exist for the purpose of winding up its affairs, prosecuting and defending actions by or against it in order to collect and discharge obligations, disposing of and conveying its property, and collecting and dividing its assets. A limited liability company shall not continue business except so far as necessary for its winding up.*

*(b) **No action or proceeding to which a limited liability company is a party abates by the filing of a certificate of cancellation** for the limited liability company or by reason of proceedings for its winding up and dissolution.*

*(c) Any assets inadvertently or otherwise omitted from the winding up continue in the canceled limited liability company for the benefit of the persons entitled to those assets upon cancellation and on realization shall be distributed accordingly.*

*(d) After cancellation of the limited liability company, **the limited liability company is bound by** both of the following:*

*(1) **The act of a person authorized to wind up the affairs of the limited liability company**, if the act is appropriate for winding up the activities of the limited liability company.*

*(2) The act of a person authorized to act on behalf of the limited liability company, if the act would have bound the limited liability company before cancellation, if the other party to the transaction did not have notice of the cancellation."* (emphasis added)[1].

LBR 9013-1(o)(1) requires that any response and request for hearing must be filed with the court and served on the movant and the United States trustee within 14 days after the date of service of the notice.

Dated:    13 Oct 2022                                                P. Miller Legal Services

By _____
Patrick Miller
Attorney for
Judgement Creditor

---

[1] § 17707.06 was added by Stats.2012, c. 419 (S.B.323), § 20, operative Jan. 1, 2014. Amended by Stats.2015, c. 775 (A.B.506), § 15, eff. Jan. 1, 2016.

NOTICE OF RECENT STATUTORY AUTHORITY

Page. 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
121 S Oak Ave, Pasadena, CA 91107

A true and correct copy of the foregoing document entitled (*specify*): _____
**NOTICE OF RECENT STATUTORY AUTHORITY**
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/13/2022**_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Proposed Counsel for Debtor: Michael Jay Berger michael.berger@bankruptcypower.com;
yathida.nipha@bankruptcypower.com; Chad L Butler caecf@tblaw.com; Benjamin Heston bhestonecf@gmail.com,
U.S. Trustee: Nancy S Goldenberg nancy.goldenberg@usdoj.gov; Randall P Mroczynski randvm@cookseylaw.com
ustpregion16.sa.ecfusdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Honorable Theodor C. Albert, Chief Judge
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5085 / Courtroom 58
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/13/22 | Patrick Miller | _____ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**