| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com | **FILED & ENTERED**<br><br>**OCT 19 2022**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY deramus  DEPUTY CLERK |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Bassem Victor El Mallakh | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>BASSEM VICTOR EL MALLAKH | CASE NO.: 8: 22-BK-11605-TA<br>CHAPTER: 11 |
|---|---|
| | **ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]** |
| | ☒ No Hearing: LBR 9013-1(o)(3)<br>☐ Hearing Information:<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s). | |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o).

2. The Motion was: ☐ Opposed  ☒ Unopposed  ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

   a. ☒ The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ: **Michael Jay Berger** (General Counsel) effective on (*date*) **9/19/2022**

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 1    F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL

b. General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

c. ☐ The Motion is denied.

4. ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5. ☐ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6. ☐ Other (*specify*):

###

Date: October 19, 2022

*[signature: Theodor C. Albert]*

Theodor C. Albert
United States Bankruptcy Judge

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*     Page 2     **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**