United States Bankruptcy Court

Central District of California

In re:  
Bassem Victor El Mallakh  
    Debtor

Case No. 22-11605-TA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Oct 19, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com |
| United States Trustee (SA) | |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Oct 19, 2022 | Form ID: pdf042 | Total Noticed: 1

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Bassem Victor El Mallakh | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 19 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>BASSEM VICTOR EL MALLAKH<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8: 22-BK-11605-TA<br>CHAPTER: 11<br><br>**ORDER RE MOTION IN INDIVIDUAL CHAPTER 11 CASE TO AUTHORIZE DEBTOR-IN-POSSESSION TO EMPLOY GENERAL COUNSEL**<br><br>**[11 U.S.C. § 327, LBR 2014-1]**<br><br>☒ **No Hearing: LBR 9013-1(o)(3)**<br>☐ **Hearing Information:**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. The court has considered the Notice of Motion and Motion In Individual Chapter 11 Case for Order Authorizing Debtor-in-Possession to Employ General Counsel and File Interim Fee Applications using procedure in LBR 9013-1(o).

2. The Motion was:   ☐ Opposed   ☒ Unopposed   ☐ Settled by stipulation

3. Based upon the motion and supporting documents, and the findings and conclusions made at the hearing if a hearing was held, IT IS ORDERED THAT:

   a.  ☒ The Motion is granted pursuant to 11 U.S.C. § 327 and the Debtor-in-Possession is authorized to employ:
       **Michael Jay Berger** (General Counsel) effective on (*date*) **9/19/2022**

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                      Page 1            **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**

    b.    General Counsel will seek compensation pursuant to 11 U.S.C. ☐ § 328 or ☒ § 330

    c.    ☐ The Motion is denied.

4.    ☐ Notwithstanding 11 U.S.C. § 331, General Counsel may file interim fee applications in this case _____ days apart;

5.    ☐ General Counsel may use the procedures set forth in LBR 9013-1(o) regarding Notice of Opportunity to Request Hearing when requesting approval of interim fee applications in this case; and

6.    ☐ Other (*specify*):

###

Date: October 19, 2022

Theodor C. Albert
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*      Page 2      **F 2081-2.5.ORDER.EMPLOY.GEN.COUNSEL**