| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>E-mail: Michael.Berger@bankruptcypower.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant: Bassem Victor El Mallakh* | **FILED & ENTERED**<br><br>OCT 25 2022<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Bassem Victor El Mallakh,<br><br><br><br><br><br><br><br>Debtor. | CASE NUMBER: 8:22-bk-11605-TA<br>CHAPTER: 11<br><br>**ORDER ☒ GRANTING  ☐ DENYING**<br>**MOTION FOR ORDER IMPOSING A STAY OR**<br>**CONTINUING THE AUTOMATIC STAY**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE: October 18, 2022<br>TIME: 10:00 a.m.<br>COURTROOM: 5B<br>ADDRESS: 411 West Fourth Street, Santa Ana, CA 92701 |

**Movant**: Bassem Victor El Mallakh

1. The Motion was:   ☒ Opposed     ☐ Unopposed     ☐ Settled by stipulation

2. The Motion affects the following property (Property):

☒     Vehicle *(describe year, manufacturer, type and model)*: 2016 Mercedes C300
        Vehicle identification number: 55SWF4JB7GU106746
        *Location of vehicle (if known):* Debtor's residence

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Equipment *(describe manufacturer, type, and characteristics)*:

    *Serial numbers(s):*
    *Location (if known):*

☒ Other personal property *(describe type, identifying information, and location)*:

Debtor's personal property listed on Schedule A/B.

☒ Real property:

    *Street Address:*     116 Rockefeller
    *Unit Number:*
    *City, State, Zip Code:* Irvine, CA 92612

Legal description or document recording number *(including county of recording)*: Lot 18 of Tract 16989 of Condo Project 930-24 Located on APN 445-231-37, together with an undivided 1/10 INT in Lot 18 (condo plan).

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☒ This case was filed in good faith.
   b. ☒ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☒ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*      Page 2      **F 4001-1.IMPOSE.STAY.ORDER**

7. ☐ The Motion is denied:    ☐ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    a.  ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

    b.  ☐ Unexcused non-appearance by Movant

    c.  ☐ Lack of proper service

    d.  ☐ Lack of good cause shown

    e.  ☐ Other (*specify*):

###

Date: October 25, 2022

*[Signature: Theodor C. Albert]*

Theodor C. Albert
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                                                                 Page 3                                            **F 4001-1.IMPOSE.STAY.ORDER**