PETER C. ANDERSON
United States Trustee
NANCY S. GOLDENBERG (SBN 167544)
Attorney for the United States Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: (714) 338-3400
Fax: (714) 338-3421
Email: Nancy.goldenberg@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Bassem Victor El Mallakh

Debtor

CASE NUMBER:  8:22-bk-11605 TA

CHAPTER 11

**NOTICE OF NEW CALL-IN INFORMATION FOR SECTION 341(a) MEETING ON OCTOBER 28, 2022 AT 10:00 AM**

[No hearing required]

Please take notice that the call-in information required to participate in the Section 341(a) meeting of creditors set in this case for October 28, 2022 at 10:00 am has been changed. Please use the information below:

Conference Line: (866) 919-3126

Participant Code:  3803126

Dated: October 25, 2022

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By:    */s/ Nancy Goldenberg*
Nancy Goldenberg
Attorney for the United States Trustee

1