MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

Counsel for Debtor-in-Possession
Bassem Victor El Mallakh

**FILED & ENTERED**

OCT 26 2022

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

Bassem Victor El Mallakh,

            Debtor-in-Possession.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.: 8:22-bk-11605-TA

Chapter 11

**SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE**

Initial Status Conference Hearing:

Date:        October 26, 2022
Time:        10:00 a.m.
Courtroom    5B [via ZoomGov]
Location:    411 West Fourth Street
             Santa Ana, CA 92701

1

**SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The Court, having conducted the initial status conference[1] on October 26, 2022 at 10:00 a.m., in Courtroom 5B [via ZoomGov] of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701, hereby sets the following schedule of deadlines in this matter:

1.    Status Conference Report due on November 23, 2022.

2.    Continued Status Conference set for December 7, 2022 at 10:00 a.m.

3.    Claims Bar Date for non-governmental entities is December 24, 2022.

4.    Claims Bar Date for governmental entities is March 18, 2023.

5.    Deadline to file a plan and disclosure statement is March 1, 2023.

**IT IS SO ORDERED**.

###

Date: October 26, 2022

Theodor C. Albert
United States Bankruptcy Judge

---

[1] Appearances were stated on the record.

SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE