MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail:michael.berger@bankruptcypower.com

Proposed Counsel for Debtor-in-Possession,
Bassam Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassam Victor El Mallakh,<br><br>        Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**DECLARATION OF PETER GARZA REGARDING SERVICE OF THE SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE [DOCKET NO. 39]**<br><br>Initial Status Conference Hearing:<br><br>Date:        October 26, 2022<br>Time:        10:00 a.m.<br>Courtroom:   5B Via ZoomGov<br>Place:       U.S. Bankruptcy Court<br>             411 W. Fourth Street<br>             Santa Ana, CA 92701 |

**DECLARATION OF PETER GARZA**

I, Peter Garza, declare as follows:

1.    I am currently employed by Law Offices of Michael Jay Berger. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th

1

1  Floor, Beverly Hills, California 90212.   I have personal knowledge of the facts set forth herein

2  and if called as a witness, I could and would competently testify to those facts in a court of law.

3        2.      On October 27, 2022, I served by United States mail, the Scheduling Order After

4  Initial Status Conference [Docket no. 39], a copy of which is attached here to as Exhibit 1, on the

5  following parties:

6
   **UNITED STATES TRUSTEE:**
7  Nancy Goldenberg
   411 W. Fourth Street, Suite 7160
8  Santa Ana, CA  92701-4500

9  **CREDITORS:**
   Belgium Investments 960 Bay Dr, LLC
10 c/o Patrick Miller, Esq.
   P. Miller Legal Services
11 121 S Oak Avenue
   Pasadena, CA 91107
12
   Central Park West Community HOA
13 401 Rockefeller #208
   Irvine, CA 92612
14
   First Service Residential
15 15241 Laguna Canyon Rd.
   Irvine, CA 92618
16
   First Service Residential
17 c/o Community Legal Advisors
   509 N. Coast Highway
18 Oceanside, CA 92054

19 Freedom Mortgage
   951 Yamato Rd.
20 Boca Raton, FL 33431

21 Freedom Mortgage
   PO Box 50428
22 Indianapolis, IN 46250

23 Freedom Mortgage Corporation
   Attn: Bankruptcy
24 907 Pleasant Valley Ave, Ste 3
   Mt Laurel, NJ 08054
25
   Internal Revenue Service
26 PO Box 7346
   Philadelphia, PA  19101-7346
27
   TD Bank N.A., Successor in interest to TD
28 c/o Randall P. Mroczynski

**DECLARATION OF PETER GARZA REGARDING SERVICE OF THE SCHEDULING ORDER AFTER INITIAL
STATUS CONFERENCE [DOCKET NO. 39]**

Cooksey, Toolen, Gage, Duffy and Woog
535 Anton Blvd., 10th Floor
Costa Mesa, CA  92626-1947

TD Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

TD Auto Finance
6 Atlantis Way
Lewiston, ME 04240

TD Bank, N.A.
Successor in interest to TD Auto Finance
PO Box 16041
Lewiston, ME  04243-9523

The Townes at Central Park West Association
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA  92054-2433

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

Wells Fargo Bank, N.A.
Small Business Lending Division
PO Box 39482 MAC S4101-08C
Phoenix, AZ 85038-9482

Wells Fargo Bank, N.A.
Wells Fargo Bank Services
PO Box 10438, MAC F8235-01F

Benjamin Heston
100 Bayview Circle #100
Newport Beach, CA  92660-2963

I declare under penalty of perjury that the foregoing is true and correct.  Executed

this 28h day of October 2022, at Beverly Hills, California.

By: _____
Peter Garza

DECLARATION OF PETER GARZA REGARDING SERVICE OF THE SCHEDULING ORDER AFTER INITIAL
STATUS CONFERENCE [DOCKET NO. 39]

# EXHIBIT 1

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:   (310) 271-6223
   Facsimile:    (310) 271-9805
4  E-mail: Michael.Berger@bankruptcypower.com

5  Counsel for Debtor-in-Possession
6  Bassem Victor El Mallakh

```
                               FILED & ENTERED


                                  OCT 26 2022


                        CLERK U.S. BANKRUPTCY COURT
                        Central District of California
                        BY deramus  DEPUTY CLERK
```

7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9
                         SANTA ANA DIVISION
10

11                                      )   CASE NO.:  8:22-bk-11605-TA
   In re:                               )
12                                      )   Chapter 11
                                        )
13                                      )   **SCHEDULING ORDER AFTER INITIAL**
   Bassem Victor El Mallakh,            )   **STATUS CONFERENCE**
14                                      )
                                        )
15          Debtor-in-Possession.       )   Initial Status Conference Hearing:
                                        )
16                                      )   Date:        October 26, 2022
                                        )   Time:        10:00 a.m.
17                                      )   Courtroom    5B [via ZoomGov]
                                        )   Location:    411 West Fourth Street
18                                      )                 Santa Ana, CA 92701
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )
                                        )
27 ─────────────────────────────────── )

28

                                   1
                SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The Court, having conducted the initial status conference[1] on October 26, 2022 at 10:00

a.m., in Courtroom 5B [via ZoomGov] of the United States Bankruptcy Court located at 411

West Fourth Street, Santa Ana, CA 92701, hereby sets the following schedule of deadlines in this

matter:

1.   Status Conference Report due on November 23, 2022.

2.   Continued Status Conference set for December 7, 2022 at 10:00 a.m.

3.   Claims Bar Date for non-governmental entities is December 24, 2022.

4.   Claims Bar Date for governmental entities is March 18, 2023.

5.   Deadline to file a plan and disclosure statement is March 1, 2023.


**IT IS SO ORDERED.**

### ###

Date: October 26, 2022

Theodor C. Albert
United States Bankruptcy Judge

---

[1] Appearances were stated on the record.

SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE

| In re: | CHAPTER: **11** |
| **Bassem Victor El Mallakh** | |
| Debtor(s). | CASE NUMBER: **8:22-bk-11605-TA** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor, Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF PETER GARZA REGARDING SERVICE OF THE SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE [DOCKET NO. 39]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/28/22**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,**
**yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com**
**Interested Party: Chad L Butler    caecf@tblaw.com**
**United States Trustee: Nancy S Goldenberg    nancy.goldenberg@usdoj.gov**
**Interested Party: Benjamin Heston    bhestonecf@gmail.com,**
**benheston@recap.email,NexusBankruptcy@jubileebk.net**
**TD Bank Counsel: Randall P Mroczynski    randym@cookseylaw.com**
**United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **10/28/22**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **10/28/2022** | **Yathida Nipha** | **/s/ Yathida Nipha** |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **9013-3.1.PROOF.SERVICE**