United States Bankruptcy Court

Central District of California

In re:  
Bassem Victor El Mallakh  
    Debtor

Case No. 22-11605-TA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Oct 26, 2022      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston  
     on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Chad L Butler  
     on behalf of Interested Party Courtesy NEF caecf@tblaw.com

Michael Jay Berger  
     on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com  
     yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Nancy S Goldenberg  
     on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Randall P Mroczynski  
     on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)

| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf042 | Total Noticed: 1 |

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 6

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:     (310) 271-6223
Facsimile:     (310) 271-9805
E-mail: Michael.Berger@bankruptcypower.com

Counsel for Debtor-in-Possession
Bassem Victor El Mallakh

**FILED & ENTERED**

**OCT 26 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

Bassem Victor El Mallakh,

          Debtor-in-Possession.

CASE NO.:  8:22-bk-11605-TA

Chapter 11

**SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE**

Initial Status Conference Hearing:

Date:           October 26, 2022
Time:          10:00 a.m.
Courtroom    5B [via ZoomGov]
Location:      411 West Fourth Street
                     Santa Ana, CA 92701

1

**SCHEDULING ORDER AFTER INITIAL STATUS CONFERENCE**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The Court, having conducted the initial status conference[1] on October 26, 2022 at 10:00 a.m., in Courtroom 5B [via ZoomGov] of the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701, hereby sets the following schedule of deadlines in this matter:

1. Status Conference Report due on November 23, 2022.

2. Continued Status Conference set for December 7, 2022 at 10:00 a.m.

3. Claims Bar Date for non-governmental entities is December 24, 2022.

4. Claims Bar Date for governmental entities is March 18, 2023.

5. Deadline to file a plan and disclosure statement is March 1, 2023.

**IT IS SO ORDERED**.

###

Date: October 26, 2022

Theodor C. Albert
United States Bankruptcy Judge

---

[1] Appearances were stated on the record.