| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RANDALL P. MROCZYNSKI (SBN. 156784)<br>rmroczynski@cookseylaw.com<br>**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**<br>A Professional Corporation<br>535 Anton Boulevard, Tenth Floor<br>Costa Mesa, California 92626-1977<br>Telephone:    (714) 431-1100<br>Facsimile:    (714) 431-1119<br><br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Bassem Victor El Mallakh<br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11605-TA<br>CHAPTER: 11 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:  December 6, 2022<br>HEARING TIME:  10:30 am |

**Movant:** TD Bank, N.A., successor in interest to TD Auto Finance LLC

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

   > **MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (PERSONAL PROPERTY) – DOCKET NO. 44**

2. Notwithstanding any language in the Notice advising or suggesting that the hearing will be held physically in one of the Court's courtrooms, **please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology**.  Individuals will not be permitted access to the courtroom.  Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

3.  Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4.  Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5.  Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6.  Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7.  The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8.  All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9.  The following is the unique ZoomGov connection information for the above-referenced hearing:

    | | |
    |---|---|
    | Meeting URL: | https://cacb.zoomgov.com/j/1601650947 |
    | Meeting ID: | 160 165 0947 |
    | Password: | 191797 |
    | Telephone: | 1 (669) 254 5252 or 1 (646) 828 7666 |

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: November 8, 2022    **COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**

Printed name of law firm (if applicable)

Randall P. Mroczynski

Printed name of individual Movant or attorney for Movant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

535 Anton Blvd., 10th Floor; Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 8, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger, Attorney for Debtor:        michael.berger@bankruptcypower.com
Chad L. Butler, Courtesy NEF:                   caecf@tblaw.com
Benjamin Heston, Courtesy NEF:                  bhestonecf@gmail.com, ben@nexusbk.com
United States Trustee (SA):                     ustpregion16.sa.ecf@usdoj.gov
Nancy S. Goldenberg, Attorney for U.S. Trustee: nancy.goldenber@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) November 8, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

**Attorney for Debtor:**
Michael Jay Berger
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2022 | Dalin Suon | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE
1798.0538   3887375.1

**ADDITIONAL SERVICE INFORMATION**
**In re Bassem Victor El Mallakh**
**Bankruptcy Case No.: 8:22-bk-11605-TA**

**SERVED BY UNITED STATES MAIL:**

**List of Creditors Holding 20 Largest Unsecured Claims**

Belgium Investments
960 Bay Dr., LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S. Oak Avenue
Pasadena, CA 91107

Wells Fargo Bank NA
1 Home Campus
Mac X2303-01a
3rd Floor
Des Moines, IA 50328

- Debtor only listed the above creditors on their List of 20 Largest Unsecured Creditors.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                        **F 9013-3.1.PROOF.SERVICE**
1798.0538   3887375.1