RANDALL P. MROCZYNSKI (SBN. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone:    (714) 431-1100
Facsimile:    (714) 431-1119

Attorneys for Secured Creditor
TD BANK, N.A. successor in interest to TD AUTO FINANCE LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BASSEM EL MALLAKH,<br><br>              Debtor-in-Possession. | CASE NO. 8:22-BK-11605-TA<br><br>CHAPTER 11<br><br>**STIPULATION FOR RESOLUTION OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, FOR MAINTENANCE OF ADEQUATE PROTECTION PAYMENTS AND FOR RESOLUTION OF CLAIM TREATMENT ISSUES**<br><br>Hearing:<br>Date:      December 6, 2022<br>Time:     10:30 a.m.<br>Ctrm:     5B |

       IT IS HEREBY STIPULATED AND AGREED by and between Secured Creditor, TD BANK, N.A. successor in interest to TD AUTO FINANCE, LLC ("TD") and Debtor, BASSEM EL MALLAKH ("Debtor"), by and through their respective counsel who have the authority to so stipulate, based on the following recitals of fact:

## RECITALS

       1.    Pre-petition, Debtor entered into a Retail Installment Sale Contract (the "Contract") with TD for the purchase of a 2016 Mercedes-Benz C-Class, VIN 55SWF4JB7GU106746 (the "Vehicle").

1

STIPULATION FOR MAINTENANCE OF ADEQUATE PROTECTION

2. TD properly perfected its security interest in the Vehicle pre-petition.

3. By way of this Stipulation, TD and Debtor wish to resolve the pending Motion for Relief from the Automatic Stay filed on November 4, 2022 as docket no. 44, to provide for payment of pre-confirmation adequate protection payments to TD with respect to the Vehicle and to resolve all issues pertaining to the treatment of TD's claims in any proposed plan of reorganization filed or to be filed by Debtor herein.

## THE STIPULATION

**NOW, WHEREFORE,** it is hereby stipulated and agreed as follows, based on the foregoing Recitals which are incorporated into this Stipulation by reference:

1. The fair market value of the Vehicle shall be fixed at $15,000.00.

2. Debtor consents to the allowance of TD's all secured claim in the amount of $6,732.97. Interest on TD's secured claim shall be paid at the rate of 8.25%. Debtor shall make monthly pre-confirmation adequate protection payments and post-confirmation plan payments to TD with respect to TD's secured claim in the amount of $211.76 commencing November 15, 2022 and continuing on the 9th day of each month thereafter.

3. Payments shall be made to TD at: P.O Box 16041, Lewiston ME 04243-9523.

4. Any plan of reorganization proposed by the Debtor shall provide for treatment of TD's claims consistent with the terms of this Stipulation. TD's secured claim shall be designated as an impaired claim in any such plan. TD shall support any plan of reorganization proposed by the Debtor that provides for the treatment of TD's claim in a manner consistent with this Stipulation and execution of this stipulation by TD shall be deemed as a ballot to accept any such plan. TD may, but is not required to, submit a separate ballot accepting any such consistent plan.

5. Debtor shall, at all times, maintain a policy of insurance covering the Vehicle against physical damage, fire damage and theft.

6. If Debtor fails to timely tender the payments required under this Stipulation, or if Debtor fails to maintain insurance as required by this Stipulation, TD, after providing Debtor and Debtor's counsel with written notice of said default and fourteen (14) days opportunity to cure the

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

same, may file a Declaration with this Court noting said default and lodge a proposed Order terminating the automatic stay which Order may be entered without further notice or hearing and which will provide that FRF may retake possession of and liquidate the Vehicle pursuant to applicable non-bankruptcy law. Debtor shall be entitled to a maximum of three (3) notices of default and opportunities to cure pursuant to this Paragraph. Should Debtor default three times on the obligations imposed by this Stipulation and be provided three notices of default on those defaults, TD shall have no obligation to provide any further notice of default or opportunity to cure, and TD may file a declaration noting said default and a proposed order terminating the stay which the Court may enter without further notice or hearing.

7. In the event TD obtains relief from the automatic stay pursuant to the default provisions of this Stipulation, the stay provided by Bankruptcy Rule 4001(a)(3) will not apply.

8. Notwithstanding Paragraph 6 hereof or any contrary term in Debtor's Plan of Reorganization, with respect to any post-confirmation default under this Stipulation occurring after the automatic stay is no longer in effect by operation of 11 U.S.C. § 362(c), TD need only provide Debtor and Debtor's counsel with written notice of said post-confirmation default and five (5) days opportunity to cure the default after which, if the default is not timely cured, FRF may then and there take any and all steps to retake possession of and sell the Vehicle in accordance with applicable non-bankruptcy law.

**IT IS SO STIPULATED:**

DATED: November 8, 2022    COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
Randall P. Mroczynski
**Attorneys for Creditor**
TD BANK N.A. Successor in Intersest to TD AUTO FINANCE LLC

3

STIPULATION FOR MAINTENANCE OF ADEQUATE PROTECTION

1798.0538  3886126.1

1 | DATED: November 7, 2022 | LAW OFFICES OF MICHAEL JAY BERGER

By: *Sofya Davtyan* (signature)
Michael Jay Berger
Sofya Davtyan
**Attorneys for Debtor**
BASSEM EL MALLAKH

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

4

STIPULATION FOR MAINTENANCE OF ADEQUATE PROTECTION

1798.0538  3886126.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

535 Anton Blvd., 10th Floor; Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR RESOLUTION OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, FOR MAINTENANCE OF ADEQUATE PROTECTION PAYMENTS AND FOR RESOLUTION OF CLAIM TREATMENT ISSUES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 8, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Michael Jay Berger, Attorney for Debtor: | michael.berger@bankruptcypower.com |
| Chad L. Butler, Courtesy NEF: | caecf@tblaw.com |
| Benjamin Heston, Courtesy NEF: | bhestonecf@gmail.com, ben@nexusbk.com |
| United States Trustee (SA): | ustpregion16.sa.ecf@usdoj.gov |
| Nancy S. Goldenberg, Attorney for U.S. Trustee: | nancy.goldenber@usdoj.gov |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) November 8, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

**Attorney for Debtor:**
Michael Jay Berger
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2022 | Dalin Suon | /s/ Dalin Suon |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
1798.0538   3887375.1

**ADDITIONAL SERVICE INFORMATION**
**In re Bassem Victor El Mallakh**
**Bankruptcy Case No.: 8:22-bk-11605-TA**

**SERVED BY UNITED STATES MAIL:**

**List of Creditors Holding 20 Largest Unsecured Claims**

Belgium Investments
960 Bay Dr., LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S. Oak Avenue
Pasadena, CA 91107

Wells Fargo Bank NA
1 Home Campus
Mac X2303-01a
3rd Floor
Des Moines, IA 50328

- Debtor only listed the above creditors on their List of 20 Largest Unsecured Creditors.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**
1798.0538   3887375.1