United States Bankruptcy Court

Central District of California

In re:                                                                                                                                   Case No. 22-11605-TA

Bassem Victor El Mallakh                                                                                                  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 08, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022                             Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Randall P Mroczynski | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com |
| United States Trustee (SA) | |

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: Nov 08, 2022 Form ID: pdf042 Total Noticed: 1

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 6

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Randall P. Mroczynski, Esq. (SBN. 156784)<br>rmroczynski@cookseylaw.com<br>COOKSEY, TOOLEN, GAGE, DUFFY & WOOG<br>535 Anton Boulevard, Suite 1000<br>Costa Mesa, CA 92626<br>Telephone: (714) 431-1100<br>Facsimile: (714) 431-1119<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | **FILED & ENTERED**<br><br>**NOV 08 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>BASSEM VICTOR EL MALLAKH<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11605-TA<br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(PERSONAL PROPERTY)**<br><br>DATE: December 6, 2022<br>TIME: 10:30 a.m.<br>COURTROOM: 5B<br>PLACE:  411 West Fourth Street<br>          Santa Ana, CA 92701 |
|---|---|

**Movant:**  TD Bank, N.A., successor in interest to TD Auto Finance LLC

1. The Motion was:     ☐ Opposed      ☐ Unopposed      ☒ Settled by stipulation

2. The Motion affects the following personal property (Property):

    ☒ Vehicle (*year, manufacturer, type and model*): 2016 Mercedes-Benz C-Class

    *Vehicle identification number*:  55SWF4JB7GU106746

    *Location of vehicle* (*if known*):

    ☐ Equipment (*manufacturer, type, and characteristics*):

    *Serial number(s)*:
    *Location* (*if known*):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 1                                    **F 4001-1.RFS.PP.ORDER**

☐ Other personal property (*type, identifying information, and location*):

☐ See Exhibit _____ attached to the Motion.

3. The Motion is granted under:
   a. ☐ 11 U.S.C. § 362 (d)(1)
   b. ☐ 11 U.S.C. § 362 (d)(2)

4. ☐ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☐ Terminated as to the Debtor and the Debtor's bankruptcy estate.
   b. ☐ Modified or conditioned as set for the in Exhibit _____ to this order.
   c. ☐ Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☐ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not repossess the Property before (*date*) _____.

7. ☒ The stay remains in effect subject to the terms and conditions set forth in the Adequate Protection Agreement to this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated or modified as to the co-debtor, as to the same terms and conditions.

10. ☐ The 14-day stay provided by FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. ☐ This order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

13. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

14. ☐ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                        Page 2                        **F 4001-1.RFS.PP.ORDER**

15. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

   a. ☐ without further notice.

   b. ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

16. ☐ Other (*specify*):

### 

Date: November 8, 2022

Theodor C. Albert
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*　　　　　Page 3　　　　　**F 4001-1.RFS.PP.ORDER**

RANDALL P. MROCZYNSKI (SBN. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone:  (714) 431-1100
Facsimile:   (714) 431-1119

Attorneys for Secured Creditor
TD BANK, N.A. successor in interest to TD AUTO FINANCE LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BASSEM EL MALLAKH,<br><br>　　　　　Debtor-in-Possession. | CASE NO. 8:22-BK-11605-TA<br><br>CHAPTER 11<br><br>**STIPULATION FOR RESOLUTION OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, FOR MAINTENANCE OF ADEQUATE PROTECTION PAYMENTS AND FOR RESOLUTION OF CLAIM TREATMENT ISSUES**<br><br>Hearing:<br>Date:　　December 6, 2022<br>Time:　　10:30 a.m.<br>Ctrm:　　5B |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between Secured Creditor, TD BANK, N.A. successor in interest to TD AUTO FINANCE, LLC ("TD") and Debtor, BASSEM EL MALLAKH ("Debtor"), by and through their respective counsel who have the authority to so stipulate, based on the following recitals of fact:

## RECITALS

　　　　1.　　Pre-petition, Debtor entered into a Retail Installment Sale Contract (the "Contract") with TD for the purchase of a 2016 Mercedes-Benz C-Class, VIN 55SWF4JB7GU106746 (the "Vehicle").

1

STIPULATION FOR MAINTENANCE OF ADEQUATE PROTECTION

1798.0538  3886126.1

2. TD properly perfected its security interest in the Vehicle pre-petition.

3. By way of this Stipulation, TD and Debtor wish to resolve the pending Motion for Relief from the Automatic Stay filed on November 4, 2022 as docket no. 44, to provide for payment of pre-confirmation adequate protection payments to TD with respect to the Vehicle and to resolve all issues pertaining to the treatment of TD's claims in any proposed plan of reorganization filed or to be filed by Debtor herein.

## THE STIPULATION

**NOW, WHEREFORE,** it is hereby stipulated and agreed as follows, based on the foregoing Recitals which are incorporated into this Stipulation by reference:

1. The fair market value of the Vehicle shall be fixed at $15,000.00.

2. Debtor consents to the allowance of TD's all secured claim in the amount of $6,732.97. Interest on TD's secured claim shall be paid at the rate of 8.25%. Debtor shall make monthly pre-confirmation adequate protection payments and post-confirmation plan payments to TD with respect to TD's secured claim in the amount of $211.76 commencing November 15, 2022 and continuing on the 9th day of each month thereafter.

3. Payments shall be made to TD at: P.O Box 16041, Lewiston ME 04243-9523.

4. Any plan of reorganization proposed by the Debtor shall provide for treatment of TD's claims consistent with the terms of this Stipulation. TD's secured claim shall be designated as an impaired claim in any such plan. TD shall support any plan of reorganization proposed by the Debtor that provides for the treatment of TD's claim in a manner consistent with this Stipulation and execution of this stipulation by TD shall be deemed as a ballot to accept any such plan. TD may, but is not required to, submit a separate ballot accepting any such consistent plan.

5. Debtor shall, at all times, maintain a policy of insurance covering the Vehicle against physical damage, fire damage and theft.

6. If Debtor fails to timely tender the payments required under this Stipulation, or if Debtor fails to maintain insurance as required by this Stipulation, TD, after providing Debtor and Debtor's counsel with written notice of said default and fourteen (14) days opportunity to cure the

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

2

STIPULATION FOR MAINTENANCE OF ADEQUATE PROTECTION

1798.0538  3886126.1

same, may file a Declaration with this Court noting said default and lodge a proposed Order terminating the automatic stay which Order may be entered without further notice or hearing and which will provide that FRF may retake possession of and liquidate the Vehicle pursuant to applicable non-bankruptcy law. Debtor shall be entitled to a maximum of three (3) notices of default and opportunities to cure pursuant to this Paragraph. Should Debtor default three times on the obligations imposed by this Stipulation and be provided three notices of default on those defaults, TD shall have no obligation to provide any further notice of default or opportunity to cure, and TD may file a declaration noting said default and a proposed order terminating the stay which the Court may enter without further notice or hearing.

7. In the event TD obtains relief from the automatic stay pursuant to the default provisions of this Stipulation, the stay provided by Bankruptcy Rule 4001(a)(3) will not apply.

8. Notwithstanding Paragraph 6 hereof or any contrary term in Debtor's Plan of Reorganization, with respect to any post-confirmation default under this Stipulation occurring after the automatic stay is no longer in effect by operation of 11 U.S.C. § 362(c), TD need only provide Debtor and Debtor's counsel with written notice of said post-confirmation default and five (5) days opportunity to cure the default after which, if the default is not timely cured, FRF may then and there take any and all steps to retake possession of and sell the Vehicle in accordance with applicable non-bankruptcy law.

**IT IS SO STIPULATED:**

DATED: November 8, 2022        COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
Randall P. Mroczynski
**Attorneys for Creditor**
TD BANK N.A. Successor in Intersest to TD AUTO FINANCE LLC

3

STIPULATION FOR MAINTENANCE OF ADEQUATE PROTECTION

1798.0538  3886126.1

DATED: November 7, 2022

LAW OFFICES OF MICHAEL JAY BERGER

By: /s/ Sofya Davtyan
Michael Jay Berger
Sofya Davtyan
**Attorneys for Debtor**
BASSEM EL MALLAKH

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

4

STIPULATION FOR MAINTENANCE OF ADEQUATE PROTECTION

1798.0538  3886126.1