PATRICK MILLER
Email: Patrick.miller@impactadvocateslaw.com
Impact Advocates APC
121 S Oak Ave
Pasadena, CA 91107
Telephone:    213-364-7581


Attorney for Judgement Creditor
BELGIUM INVESTMENTS 960 BAY DR,
LLC A CALIFORNIA CORP.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re Bassem Victor El Mallakh | Case No 8:22-bk-11605-TA <br> Chapter 11 <br><br> **NOTICE OF ATTORNEY FIRM NAME CHANGE** |
|---|---|

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Patrick Miller, counsel of record for the Creditor Belgium Investments 960 Bay Dr, LLC, a California Corp. ("**Belgium**") in the above-referenced bankruptcy matter, will be acting in these proceedings through a different law firm name from here forward. The new firm name is Impact Advocates APC.

The contact address and phone number will remain the same as in previous submissions. There is a new email address, being patrick.miller@impactadvocateslaw.com.

1

2  Dated:        23 Nov 2022                                    Impact Advocates APC

3

4

5                                                               By_____
                                                                    Patrick Miller
6                                                                   Attorney for
                                                                    Judgement Creditor
7                                                                   Belgium Investments

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28