| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>PATRICK MILLER: 301819<br>Email: Patrick.miller@impactadvocateslaw.com<br>Impact Advocates APC<br>121 S Oak Ave<br>Pasadena, CA 91107<br>Telephone:    213-364-7581<br><br>Attorney for Judgment Creditor and Movant<br><br>☐ ***Attorney for Movant***<br>☐ Movant appearing without an attorney | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -Central DIVISION**

| In re: Bassem Victor El Mallakh<br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11605-TA<br>CHAPTER: 11<br><br>**SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO**<br><br>HEARING DATE:    11 January 2023<br>HEARING TIME: 10am<br>Location: Virtual (Zoom) |
|---|---|

**Movant:**

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION**

2. Notwithstanding any language in the Notice advising or suggesting that the hearing will be held physically in one of the Court's courtrooms, **please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology**. Individuals will not be permitted access to the courtroom. Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

3. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

4. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

5. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

6. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

7. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

8. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Video/audio web address:
    https://cacb.zoomgov.com/j/1600717833
    ZoomGov meeting number: 160 071 7833
    Password: 342966

9. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

Date:        11/23/22                                  Impact Advocates APC
                                                        Printed name of law firm (if applicable)


                                                        Patrick Miller Attorney for Creditor Movant
                                                        Printed name of individual Movant or attorney for Movant