| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL JAY BERGER (State Bar # 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212-2929<br>Telephone: (310) 271-6223<br>Facsimile: (310) 271-9805<br>michael.berger@bankruptcypower.com<br><br>☐ Debtor appearing without attorney<br>☒ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>BASSEM VICTOR EL MALLAKH, | CASE NUMBER: 8:22-bk-11605-TA<br>CHAPTER: 11 |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:**
Belgium Investments 960 Bay Dr, LLC, a California Corp.

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (*i.e.*, without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. **Type of Case:**

   a. ☒ A voluntary petition under Chapter ☐ 7 ☒ 11 ☐ 12 ☐ 13 was filed on: 09/19/2022

   b. ☐ An involuntary petition under Chapter ☐ 7 ☐ 11 was filed on: _____

   ☐ An order of relief under Chapter ☐ 7 ☐ 11 was entered on: _____

   c. ☐ An order of conversion to Chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13 was entered on: _____

   d. ☐ Other:

4. **Procedural Status:**

   a. ☐ Name of Trustee appointed (if any): _____

   b. ☐ Name of Attorney for Trustee (if any): _____

5. Debtor claims an exemption in the subject real property under:

   a. ☒ California Code of Civil Procedure § 704.730 (Homestead): Exemption amount claimed on schedules: $ 626,400.00

   b. ☐ California Code of Civil Procedure § _____ Exemption amount claimed on schedules: $ _____

   c. ☐ Other statute (specify): _____

6. Debtor's entitlement to an exemption is impaired by a judicial lien, the details of the lien are as follows:

   a. Date of entry of judgment (specify): 06/18/2020
   b. Case name (specify): Belgium Investments 960 Bay Dr, LLC v. Bassem Essam El Mallakh
   c. Name of court: Superior Court of California - Orange County (Sister State Judgment)
   d. Docket number (specify): 130
   e. Date (specify): 11/09/2020 and place (specify) Superior Court of California - Orange County of recordation of lien
   f. Recorder's instrument number (specify): 2020000643121

7. The property claimed to be exempt is as follows:

   a. Street address, city, county and state, where located, (specify):
      116 Rockefeller, Irvine, CA 92612

   b. Legal description (specify): APN: 930-243-45 (See attached for complete legal description)
      ☒ See attached page

8. Debtor acquired the property claimed as exempt on the following date (specify): 10/29/2013

9. Debtor alleges that the fair market value of the property claimed exempt is: $ 1,120,000.00

10. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):

| Name of Lienholder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Freedom Mortgage Corporation | ☐ | 10/29/2013 | $ 234,000.00 | $ 243,971.77 | 09/19/2022 |
| Belgium Investments 960 Bay Dr, LLC | ☒ | 11/09/2020 | $ 4,345,250.00 | $ 4,345,250.00 | 09/19/2022 |
| The Townes at Central Park West Asn | ☐ | 02/09/2022 | $ 3,506.03 | $ 7,276.60 | 09/19/2022 |
| Central Park West Community Assn | ☐ | 05/16/2022 | $ 3,667.64 | $ 2,878.93 | 09/19/2022 |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                           Page 2                              F 4003-2.1.AVOID.LIEN.RP.MOTION

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor
    b. ☒ Appraisal of the property
    c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above
    d. ☒ Recorded Abstract of Judgment
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration(s)
    g. ☒ Other (*specify*):
       Legal description of Property.

12. Total number of attached pages of supporting documentation: 104

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the **Attachment** to this motion.

Executed on (date): 11/23/2022

_____
Signature of Debtor

BASSEM VICTOR EL MALLAKH
Printed name of Debtor

Date: 11/23/2022

/s/ Michael Jay Berger
Signature of Attorney for Debtor

MICHAEL JAY BERGER
Printed name of Attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                    Page 3                              F 4003-2.1.AVOID.LIEN.RP.MOTION

# ATTACHMENT TO MOTION/ORDER
# (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** Belgium Investments 960 Bay Dr, LLC

2. **Subject Lien:** Date and place of recordation of lien (*specify*): Recorded 11/9/2020 at the Orange County Recorders Office.

   Recorder's instrument number or document recording number: 2020000643121

3. **Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:
   116 Rockefeller, Irvine, CA 92612; APN: 930-243-45 (See attached for legal description)
   ☒ See attached page.

4. **Secured Claim Amount**
   a. Value of Collateral: .................................................................................. $ 1,120,000.00
   b. Amounts of Senior Liens (reducing equity in the property to which the subject lien can attach):
      (1) First lien: ................................................................. ($ 243,971.77)
      (2) Second lien: ............................................................ ($ 4,345,250.00)
      (3) Third lien: ............................................................... ($ 7,276.60)
      (4) Additional senior liens (*attach list*): ..................... ($ 2,878.93)
   c. Amount of Debtor's exemption(s): ........................................... ($ 626,400.00)
   d. Subtotal: ................................................................................................ ($ 5,225,777.30)
   e. Secured Claim Amount (negative results should be listed as -$0-): $ 249,628.23

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 4                                    F 4003-2.1.AVOID.LIEN.RP.MOTION

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | ) CASE NO.: 8:22-bk-11605-TA |
|---|---|
| BASSEM VICTOR EL MALLAKH, | ) Chapter 11 |
| Debtor-in-Possession. | ) **DECLARATIONS OF BASSEM VICTOR EL MALLAKH AND JOHN GRICHINE IN SUPPORT OF DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)**<br><br>) [No hearing required unless requested under LBR 9013-1(o)] |

### DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1. I am the Debtor. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. On September 19, 2022, I filed the present Chapter 11 bankruptcy petition. I had one prior chapter 13 bankruptcy case filed on July 12, 2022, Case No.: 8:22-bk-

1
DECLARATIONS OF BASSEM VICTOR EL MALLAKH AND JOHN GRICHINE IN
SUPPORT OF DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)

11158-TA, which was dismissed on July 26, 2022 per my Request for Voluntary Dismissal.

3. I hold title to the following real property which is my principal residence: 116 Rockefeller, Irvine, California 92612 ("Property"). The full legal description of the Property is attached hereto as **Exhibit "1."**

4. The Property in my opinion is worth between $1,120,000.00. I ordered an appraisal from John Grichine of Northstar Appraisal Services which corroborates my opinion. A true and correct copy of the Appraisal Report on the Property is attached hereto as **Exhibit "2."** A true and correct copy of my Amended Schedules A/B indicating my opinion of value of the Property is attached hereto as **Exhibit "3."**

5. In my Bankruptcy Schedules, I claimed a homestead exemption of $626,400.00 on the Property. A true and correct copy of my Amended Schedule C evidencing my homestead exemption is attached hereto as **Exhibit "4."**

6. The senior lien of the first deed of trust is currently held by Freedom Mortgage Corporation (1st TD Holder) with an estimated scheduled claim of $249,628.23. A true and correct copy of the August 2022 Freedom Mortgage statement is attached hereto as **Exhibit "5."** A true and correct copy of my Amended Schedule D evidencing all of the liens on the Property is attached hereto as **Exhibit "6."**

7. Belgium Investments 960 Bay Dr, LLC (2nd position judgment lienholder) purports to have an estimated disputed scheduled claim of $4,345,250.00 which arose from a state court judgment in the matter entitled Belgium Investments 960 Bay Dr, LLC v. Bassem Essam El Mallakh, Orange County Case No.: 30-2020-01148745-CU-EN-CJC. The initial judgment was obtained in the Circuit Court of the 11th Judicial Circuit in Miami-Dade County, Florida, Case No.: 18-28145 CA. A true and correct copy of the recorded Abstract of Judgment and Notice of Levy Under Writ of Execution for Belgium Investments 960 Bay Dr, LLC is attached hereto as **Exhibit "7."** A true and correct copy

of a Preliminary Title Report on the Property further evidencing the Abstract of Judgment for Belgium Investments 960 Bay Dr, LLC is attached hereto as **Exhibit "8."**

8. The Townes at Central Park West Association ("Townes") obtained a judgment against the Debtor for delinquent homeowner assessment payments and recorded an Abstract of Judgment on February 9, 2022, Recording No.: 2022000054790. The balance owed as of the petition date is $7,276.60. A true and correct copy of Townes' Proof of Claim #3 is attached hereto as **Exhibit "9."**

9. Central Park West Community Association ("Central Park") recorded a Notice of Delinquent Assessment Lien against the Debtor for delinquent homeowner assessment payments on May 16, 2022, Recording No.: 2022000182038. The balance owed as of the petition date is $2,878.93. A true and correct copy of the relevant pages of Central Park's Proof of Claim #6 is attached hereto as **Exhibit "10."**

10. The Belgium Investments 960 Bay Dr, LLC Abstract of Judgment impairs my homestead exemption, and should be reduced from $4,345,250.00 to $249,628.23[1], as is shown by the computation done on the Attachment to Motion/Order (11 U.S.C. Section 522(f): Avoidance of Real Property Judicial Liens).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on November 23, 2022 at Irvine, California.

_____
Bassem Victor El Mallakh

---

[1] Debtor disputes the validity of Belgium Investments 960 Bay Dr, LLC's ("Belgium") claim for lack of standing because it is a suspended corporation which has now been terminated. By operation of law, Belgium cannot enforce any judgment against the Debtor and is barred from filing any pleadings in Debtor's case due to its suspended status. Debtor intends to file a separate motion for Court's determination of Belgium's standing and validity of Belgium's claim.

3
DECLARATIONS OF BASSEM VICTOR EL MALLAKH AND JOHN GRICHINE IN SUPPORT OF DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)

## DECLARATION OF JOHN GRICHINE

I, John Grichine, declare and state as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. I am a Certified Residential Real Estate Appraiser for the State of California and not a party to the above-entitled action.

3. On or about September 26, 2022, I inspected and researched the improved real property located at 116 Rockefeller, Irvine, CA 92612 (the "Property").

4. Based upon my knowledge, skills and training as a Certified Residential Real Estate Appraiser and complete interior and exterior inspection of the subject property, my opinion of the market value of the Property is $1,120,000 as of September 26, 2022, the effective date of the appraisal.

5. A true and correct copy of my written appraisal report, personally drafted by me and based on my inspection, is attached hereto as **Exhibit "2."**

6. A true and correct copy of my Curriculum Vitae and Real Estate Appraiser License are attached with the appraisal report as **Exhibit "2."**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on November 23, 2022 at Irvine, California.

_____
John Grichine

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): __**Debtor's Notice of Motion and Motion to Avoid Lien under 11 U.S.C. § 522(f) (Real Property)**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __11/23/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __11/23/2022__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __11/23/2022__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/23/2022 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 5    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)
(Certified Mail required for service on a national bank.)

| 1st lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| **Freedom Mortgage Corporation**<br>**Attn: Stanley C. Middleman, CEO**<br>**951 Yamato Rd., Ste. 175**<br>**Boca Raton, FL 33431** | ☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ United States mail<br>☑ Certified mail - **70180680000217357919**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

| 1st lienholder (name) and Agent for Service of Process (name and address) | Address from: | Delivery Method |
|---|---|---|
| **CT Corporation, Agent for Service of Process for Freedom Mortgage Corporation**<br>**28 Liberty Street**<br>**New York, NY 10005** | ☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ United States mail<br>☑ Certified mail - **70180680000217357933**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

| 1st lienholder (name) and Servicing Agent (name and address) | Address from: | Delivery Method |
|---|---|---|
| **Amanda Garcia, California Agent for Service of Process for Freedom Mortgage**<br>**330 N. Brand Blvd.**<br>**Glendale, CA 91203** | ☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ United States mail<br>☑ Certified mail - **7018080000217358060**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

| 2nd lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| **Belgium Investments 960 Bay Dr., LLC a California Corporation**<br>**c/o Impact Advocates APC**<br>**Attn: Patrick Miller, Esq.**<br>**121 S. Oak Ave**<br>**Pasadena, CA 91107** | ☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ United States mail<br>☑ Certified mail - **70180680000217357940**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

| 2nd lienholder (name) and Agent for Service of Process (name and address) | Address from: | Delivery Method |
|---|---|---|
| **CT Corporation, Agent for Service of Process for Belgium Investments 960 Bay Dr., LLC, a California Corporation**<br>**28 Liberty Street**<br>**New York, NY 10005** | ☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: specify<br>***Per California Secretary of State, Belgium Investments 960 Bay Dr., LLC was terminated as of February 1, 2022*** | ☐ United States mail<br>☑ Certified mail - **70180680000217357957**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

| 2nd lienholder (name) and Servicing Agent (name and address) | Address from: | Delivery Method |
|---|---|---|
|  | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☐ United States mail<br>☐ Certified mail -<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

| 3rd lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| **The Townes at Central Park West Association**<br>**c/o Community Legal Advisors Inc.**<br>**Attn: Mark T. Guithues, Esq.**<br>**509 N. Coast Highway**<br>**Oceanside, CA 92054** | ☑ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: specify **(Abstract of Judgment)** | ☐ United States mail<br>☑ Certified mail - **70180680000217357971**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2017                              Page 6                              F 4003-2.1.AVOID.LIEN.RP.MOTION

| | | |
|---|---|---|
| 3rd lienholder (*name*) and Agent for Service of Process (*name and address*)<br>**Isaiah Henry, Agent for Service of Process for The Townes at Central Park West Association**<br>**(Chief Executive Officer Graham A. Bowen is also located at this address)**<br>**26840 Aliso Viejo**<br>**Aliso Viejo, CA 92656** | Address from:<br>☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☑ Certified mail - **70180680000217361954**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |
| 3rd lienholder (*name*) and Servicing Agent (*name and address*) | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail -<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |
| 4th lienholder (*name and address*)<br>**Central Park West Community Association**<br>**Attn: Manager**<br>**15241 Laguna Canyon Rd**<br>**Irvine, CA 92618** | Address from:<br>☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☑ Certified mail - **70180680000217361961**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |
| 4th lienholder (*name*) and Agent for Service of Process (*name and address*)<br>**Firstservice Agent Corporation**<br>**15241 Laguna Canyon Rd.**<br>**Irvine, CA 92618** | Address from:<br>☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☑ Certified mail - **70180680000217357957**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |
| 4th lienholder (*name*) and Servicing Agent (*name and address*)<br>**Central Park West Community**<br>**c/o Alterra Assessment Recovery, LLC**<br>**Attn: Corey L. Todd, Esq.**<br>**27101 Puerta Real, Ste. 250**<br>**Mission Viejo, CA 92691** | Address from:<br>☑ Proof of Claim #6 ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☑ Certified mail - **70180680000217360513**<br>Tracking#_____<br>☐ Overnight mail -<br>Tracking#_____<br>Carrier Name:_____ |

☐

| | | |
|---|---|---|
| Alternative/additional address (*name and address*)<br>**Freedom Mortgage Corporation**<br>**Attn: Maria Gallucci, Secretary**<br>**907 Pleasant Valley Avenue**<br>**Mount Laurel, NJ 08054** | Address from:<br>☐ Proof of Claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - **70180680000217357926**<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name:_____ |
| Alternative/additional address (*name and address*)<br>**Central Park West Community**<br>**401 Rockefeller #208**<br>**Irvine, CA 92612** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify*<br>Debtor's bankruptcy schedules | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - **70180680000217357964**<br>Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name:_____ |
| Alternative/additional address (*name and address*)<br>**The Townes at Central Park West Association** | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☑ Other: *specify* | Delivery Method<br>☐ US Mail<br>☑ Certified Mail - **70180680000217361978** |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                    Page 7                             **F 4003-2.1.AVOID.LIEN.RP.MOTION**

| | | |
|---|---|---|
| **Attn: Isaiah Henry**<br>**15241 Laguna Canyon Rd**<br>**Irvine, CA 92618** | Debtor's bankruptcy schedules | Tracking#_____<br>☐ Overnight Mail -<br>Tracking#_____<br>Carrier Name:_____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*     Page 8     **F 4003-2.1.AVOID.LIEN.RP.MOTION**