MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: <br><br> BASSEM VICTOR EL MALLAKH, <br><br><br> Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA <br><br> Chapter 11 <br><br> **DEBTOR'S STATUS REPORT NO. 2; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** <br><br> Date:   December 7, 2022 <br> Time:   10:00 a.m. <br> Courtroom:   5B <br>            411 W. Fourth Street, <br>            Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:**

Bassem Victor El Mallakh, debtor and debtor in possession herein ("Debtor"), hereby submits the following Status Report No. 2 to provide an update since filing of the initial status report on October 12, 2022 ("Status Report #2"):

On October 19, 2022, the Court entered an order granting Debtor's Motion to Employ General Bankruptcy Counsel [docket no.: 33].

On October 25, 2022, the Court entered an order granting Debtor's Motion to Continue the Automatic Stay over Belgium Investments 960 Bay Dr, Inc.'s opposition [docket no.: 35].

On October 25, 2022, Debtor filed and served the Notice of Bar Date for Filing Proofs of Claim [docket no.: 37].

On October 26, 2022, Debtor filed the September Monthly Operating Report with supporting documents [docket no.: 40].

On October 28, 2022, Debtor appeared at the meeting of creditors with his bankruptcy counsel.

On October 28, 2022, Debtor served the Scheduling Order After Initial Status Conference on all creditors and parties in interest [docket no.: 42].

On November 4, 2022, TD Bank, N.A. filed a relief from stay motion for Debtors 2016 Mercedes Benz C-Class [docket no.: 44].

On November 8, 2022, Debtor entered into a stipulation with TD Bank, N.A, resolving the pending relief from stay motion [docket no.: 49; order approving stipulation, docket no.: 50] and vacating the December 6, 2022 hearing.

On November 23, 2022, Belgium filed a Motion Objecting to Debtor's Claimed Homestead Exemption [docket no.: 55]. Hearing is set for January 11, 2023.

On November 23, 2022, Debtor filed amendments to Schedules A/B, C. and D [docket no.: 58].

On November 23, 2022, Debtor also filed a Motion To Avoid Belgium's Judgment Lien Pursuant to 11 U.S.C. Section 522(f) [docket no.: 59].

March 1, 2023 is the deadline for Debtor to file a Disclosure Statement and Chapter 11 Plan of Reorganization.

Dated: November 23, 2022          LAW OFFICES OF MICHAEL JAY BERGER

By:    /s/ Michael Jay Berger
MICHAEL JAY BERGER
Counsel for Debtor, Bassem Victor El Mallakh

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1.  I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I am the principal attorney and owner of the Law Offices of Michael Jay Berger. I am the attorney of record for Debtor, Bassem Victor El Mallakh (the "Debtor"). If called upon, I could and would testify competently from personal knowledge to the matters stated below, except what is stated on information and belief, and to those statements, I believe them to be true.

2.  I hereby submit the following Status Report No. 2 to provide an update since filing of the initial status report on October 12, 2022 ("Status Report #2").

3.  On October 19, 2022, the Court entered an order granting Debtor's Motion to Employ me as his General Bankruptcy Counsel [docket no.: 33].

4.  On October 25, 2022, the Court entered an order granting Debtor's Motion to Continue the Automatic Stay over Belgium Investments 960 Bay Dr, Inc.'s opposition [docket no.: 35].

5.  On October 25, 2022, Debtor filed and served the Notice of Bar Date for Filing Proofs of Claim [docket no.: 37].

6.  On October 26, 2022, Debtor filed the September Monthly Operating Report with supporting documents [docket no.: 40].

7.  On October 28, 2022, Debtor appeared at the meeting of creditors with his bankruptcy counsel.

8.  On October 28, 2022, Debtor served the Scheduling Order After Initial Status Conference on all creditors and parties in interest [docket no.: 42].

9.  On November 4, 2022, TD Bank, N.A. filed a relief from stay motion for Debtors 2016 Mercedes Benz C-Class [docket no.: 44].

10. On November 8, 2022, Debtor entered into a stipulation with TD Bank, N.A, resolving the pending relief from stay motion [docket no.: 49; order approving stipulation, docket no.: 50] and vacating the December 6, 2022 hearing.

11. On November 23, 2022, Belgium filed a Motion Objecting to Debtor's Claimed Homestead Exemption [docket no.: 55]. Hearing is set for January 11, 2023.

12. On November 23, 2022, Debtor filed amendments to Schedules A/B, C. and D [docket no.: 58].

13. On November 23, 2022, Debtor also filed a Motion To Avoid Belgium's Judgment Lien Pursuant to 11 U.S.C. Section 522(f) [docket no.: 59].

14. March 1, 2023 is the deadline for Debtor to file a Disclosure Statement and Chapter 11 Plan of Reorganization.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on November 23, 2022 at Beverly Hills, California.

/s/ Michael Jay Berger
Michael Jay Berger

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S STATUS REPORT NO.2; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/23/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger  michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg  nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston  bhestonecf@gmail.com, HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler  caecf@tblaw.com
Counsel for Belgium Investment: Patrick Miller  patrick.miller@impactadvocateslaw.com
Counsel for TD Bank, N.A.: Randall P Mroczynski  randym@cookseylaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 11/23/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/23/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/23/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

**SECURED CREDITORS:**

Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
Impact Advocates APC.
121 S Oak Avenue
Pasadena, CA 91107

Central Park West Community HOA
401 Rockefeller #208
Irvine, CA 92612

Central Park West Community Associations
c/o Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

First Service Residential
15241 Laguna Canyon Rd.
Irvine, CA 92618

First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

Freedom Mortgage
951 Yamato Rd.
Boca Raton, FL 33431

Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

The Townes at Central Park West Association c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

TD Auto Finance
6 Atlantis Way
Lewiston, ME 04240

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

TD Auto Finance
c/o Randall P. Mroczynski, Esq.
CTGD& W
535 Anton Blvd., 10th Fl.
Costa Mesa, CA 92626 (Address from POC)

**20 LARGES UNSECURED CREDITORS:**

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

Wells Fargo Bank Small Business
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038 (Address from POC)
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                              F 9013-3.1.PROOF.SERVICE