1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd., 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone: (310) 271-6223
   Facsimile: (310) 271-9805
4  michael.berger@bankruptcypower.com

5  Counsel for Debtor
   Bassem Victor El Mallakh

6

7              UNITED STATES BANKRUPTCY COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9                    SANTA ANA DIVISION

10

11  In re:                          )  CASE NO.: 8:22-bk-11605-TA
                                    )
12  BASSEM VICTOR EL MALLAKH,       )  Chapter 11
                                    )
13                                  )  **DECLARATION OF JOHN**
                                    )  **GRICHINE IN SUPPORT OF**
14              Debtor-in-Possession. )  **DEBTOR'S MOTION TO AVOID**
                                    )  **LIEN UNDER 11 U.S.C. § 522(f)**
15                                  )
                                    )  [No hearing required unless requested
16                                  )  under LBR 9013-1(o)]
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                                  )
                                    )
20  _____ )

21

22            DECLARATION OF JOHN GRICHINE

23      I, John Grichine, declare and state as follows:

24      1.      I am over the age of 18. I have personal knowledge of the facts set forth

25  below and if called to testify as to those facts, I could and would competently do so.

26      2.      I am a Certified Residential Real Estate Appraiser for the State of

27  California and not a party to the above-entitled action. A true and correct copy of my

28

                               1

Real Estate Appraiser License and Curriculum Vitae are attached with the appraisal report as **Exhibit "2."**

3.    On or about September 26, 2022, I inspected and researched the improved real property located at 116 Rockefeller, Irvine, CA 92612 (the "Property").

4.    Based upon my knowledge, skills and training as a Certified Residential Real Estate Appraiser and completed inspection of the subject property, my opinion of the market value of the Property is $1,120,000 as of September 26, 2022, the effective date of the appraisal.

5.    A true and correct copy of my written appraisal report, personally drafted by me and based on my inspection, is attached hereto as **Exhibit "2."**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on November 29, 2022 at Irvine, California.

John Grichine

2

EXHIBIT 2

FHA/VA Case No.

# APPRAISAL OF REAL PROPERTY

**Condominium Residence**
Exterior-Only Inspection



## LOCATED AT

116 Rockefeller
Irvine, CA 92612

LOT 18 OF TRACT 16669 OF CONDO PROJECT 630-24 LOCATED ON APN 445-231-37. TO GETHER WITH AN UND 1/10 INT IN LOT 18 (CONDO PLAN. ParcelQuest)

## FOR

Bassem Essam Victor Elmallakh
116 Rockefeller
Irvine, CA 92612

## OPINION OF VALUE

1,120,000

## AS OF

09/26/2022

## BY

John Grichine
Northstar Appraisal Services
4 Clearwater
Irvine, CA 92604
(949)231-7989/(310)962-4123
John@NorthstarAppraiser.com
www.northstarappraiser.com

Northstar Appraisal Services                                                      RHA/VA Case No.

## Exterior-Only Inspection Residential Appraisal Report
Elmallakh
File # 22-300 / Condo

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address | 116 Rockefeller  City Irvine  State CA  Zip Code 92612 |
| Borrower n/a | Owner of Public Record Bassem Essam Victor Elmallakh  County Orange |
| Legal Description | LOT 18 OF TRACT 15089 OF CONDO PROJECT 930-24 LOCATED ON APN 445-231-37, TO GETHER WITH AN UND 1/10 INT IN LOT 18 (CONDO PLAN, ParcelQuest |
| Assessor's Parcel # | 930-24-345  Tax Year 2021  R.E. Taxes $ 11,420.80 |
| Neighborhood Name | Central Park West  Map Reference 11244  Census Tract 0626.10 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $ 0   ☒ PUD   HOA $ 430   ☐ per year ☒ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Ascertain Current Fair Market Value of a real estate asset to assist the client in a personal matter
Lender/Client Bassem Essam Victor Elmallakh   Address
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). SoCal MLS, Parcel Quest, Public Records.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not
performed. N/A, Not an appraisal for purchase transaction.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | Property Values ☐ Increasing ☐ Stable ☒ Declining | PRICE | AGE | One-Unit | 92 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 1 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | 600 Low | 1 | Multi-Family | 3 % |
| Neighborhood Boundaries South of the 405 freeway, East and North of Michelson Dr, North & West of | | | | 2,600 High | 36 | Commercial | 2 % |
| Jamboree Rd. | | | | 1,200 Pred. | 15 | Other | 2 % |

Neighborhood Description   Newer neighborhood, predominantly composed of Condominium & SFR residences are between small and average-sized lots. The subject is located in close proximity to schools,
highways, shopping, entertainment & recreation centers. Also close to major employment centers (1-45 miles). Relatively good marketability for this neighborhood. Located minutes from the 405 freeway & the 73
Toll rd. Subject's market area is of moderate density with a range of trees, greenbelts, hills & neighborhood views & with average construction quality and a good overall appeal. New construction in this market also
Market Conditions (including support for the above conclusions)   The market conditions have began to cool off & decline in this single family residence market. There had been significant market appreciation in this market
over the prior 2-3 years, but more recently, values began to stabilize & even decline. Seller concessions, REOs, short sales & foreclosures have all began to make a comeback. DOMs are generally under 2 months. There are 6 actives with mean & median values of less than 45 days.
between 1800 & 2800 sf of GLA, listed at between 5825,000 & $1,399,800 as of effective date. DOMs for closed sales with 1 mile of subject which sold within the past year range from 1 to 151 days with mean & median values of less than 45 days.

| | |
|---|---|
| Dimensions See plat map | Area 4.8 acre project  Shape Irregular, See Plat Map  View Trees, neighborhood, greenbelts |
| Specific Zoning Classification R1 | Zoning Description Condominium, Pud |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ City/Average/Typical | Water | ☒ | ☐ City/Average/Typical | Street Asphalt Paved | ☐ | ☒ |
| Gas | ☒ | ☐ City/Average/Typical | Sanitary Sewer | ☒ | ☐ City/Average/Typical | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 06059C0437J  FEMA Map Date 12/03/2009
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
No known or visible easements, encroachments or any other adverse site conditions were observed or noticed at or in the immediate vicinity of the subject property at time of the appraisal inspection
(exterior-only inspection). The subject is an interior unit condominium with 2 common walls. Minor local traffic & noise from the subject's street. Views of trees, greenbelts, trees, common area and
the immediate neighborhood.

Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☒ MLS ☒ Assessment and Tax Records ☐ Prior Inspection ☒ Property Owner
☒ Other (describe) Exterior-Only inspection.  Data Source for Gross Living Area SoCal MLS, Parcel Quest Database, Title co., The Inside Tract

| General Description | | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | ☒ FWA ☐ HWBB | Fireplace(s) # 0 | ☐ None |
| # of Stories 3 | ☐ Full Basement ☐ Finished | ☐ Radiant | Woodstove(s) # 0 | ☐ Driveway  # of Cars 0 |
| Type ☐ Det. ☒ Att. ☐ S-Det/End Unit | ☐ Partial Basement ☐ Finished | ☐ Other | ☐ Patio/Deck Slab,2 dck | Driveway Surface Concrete Slab |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls Stucco | Fuel Natural Gas | ☐ Porch None | ☒ Garage  # of Cars 2 |
| Design (Style) Contemporary | Roof Surface Concrete tile | ☒ Central Air Conditioning | ☐ Pool None | ☐ Carport  # of Cars 0 |
| Year Built 2013 | Gutters & Downspouts None | ☐ Individual | ☐ Fence None | ☐ Attached ☐ Detached |
| Effective Age (Yrs) 5 | Window Type Double pane vinyl | ☒ Other Windows | ☐ Other None | ☒ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 8 Rooms  3 Bedrooms  3.0 Bath(s)  2,318 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) No visible recent exterior improvements or upgrades were observed, were visible or disclosed at
the time of the drive-by inspection. Owner provided photos that depicted some older updates and upgrades.
Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). Judging from the exterior-only inspection &
photos of the interior provided by the client/owner, the subject is a 3 story interior unit with 2 common walls. The dwelling is in average condition with average appeal, as could be
observed from the outside & judged from client's photos; A few older, disclosed, visible & known upgrades & other improvements. No disclosed, visible or known needed repairs. According
to ParcelQuest & The Inside Tract the subject has approximately 2,318 square feet of dwelling area, 7 or 8 total rooms, 3 bedrooms, 3 bathrooms, No fireplaces, FAU/CAC, dual pane
windows were observed from the street, 2-car built-in garage. Relatively average & typical-typical depreciation was observed at the time of the appraisal inspection. Relatively average exterior
condition & neighborhood-conforming overall condition & appeal. No visible or disclosed needed repairs as seen from the outside or as disclosed by the client.
Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No
If Yes, describe.
None were apparent or visible from the street at the time of the appraisal inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe.
Structurally and architecturally similar to other Condominium residences in the neighborhood and immediate market area.

Freddie Mac Form 2055 March 2005                    Page 1 of 6                    Fannie Mae Form 2055 March 2005

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

IRA/VA Case No.

## Exterior-Only Inspection Residential Appraisal Report

Elmaliakh
File # 22-300 / Condo

| There are | 8 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 935,000 | | to $ 1,399,800 |
|---|---|---|---|---|
| There are | 66 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 858,888 | | to $ 1,450,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 116 Rockefeller | 166 Tribeca | | 59 Gramercy | | 107 Waldorf | |
| | Irvine, CA 92612 | Irvine, CA 92612 | | Irvine, CA 92612 | | Irvine, CA 92612 | |
| Proximity to Subject | | 0.12 miles E | | 0.11 miles SE | | 0.18 miles SW | |
| Sale Price | $ | | $ 1,130,000 | | $ 1,305,000 | | $ 1,050,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 585.80 sq.ft. | | $ 569.87 sq.ft. | | $ 472.76 sq.ft. | |
| Data Source(s) | | CRMLS#OC22148103;DOM 51 | | CRMLS#NP22143887,DOM 37 | | CRMLS#OC22148459,DOM 5 | |
| Verification Source(s) | | Just closed, no doc # issued yet | | Doc#307551 | | Doc#270586 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | 0 | ArmLth | 0 | Armlth | 0 |
| Concessions | | Conv;0 | 0 | Conv;0 | 0 | FHA;0 | 0 |
| Date of Sale/Time | | s10/22;c08/22 | -16,950 | s09/22;c08/22 | -19,575 | s08/22;c07/22 | -26,250 |
| Location | Interior unit,2 green wls/fug | Interior unit,2 green walls | 0 | Interior unit,2 grnn walls | 0 | Interior unit,2 cmn walls | 0 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | Fee Simple | 0 |
| Site | 4.8 acre project | Similar project | 0 | Subject's project | 0 | Subject's project | 0 |
| View | Trees,neighborhd grnbelts | Gmbelts,city,streets | 0 | Gmbelts,city,streets | 0 | Gmbelts,city,streets | 0 |
| Design (Style) | Contemporary | Contemporary | 0 | Contemporary | 0 | Contemporary | 0 |
| Quality of Construction | Avg /Typical for area | Avg / Similar | 0 | Avg / Similar | 0 | Avg / Similar | 0 |
| Actual Age | 9 | 3 | -12,000 | 8 | -2,000 | 8 | -2,000 |
| Condition | Older upgrades/Avg | Upgraded/Superior | -33,900 | Remodeled Vdut/Sperior | -143,550 | Older semilar upgrades | 0 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8  3  3.0 | 7  3  3.0 | 0 | 8  3  3.0 | 0 | 8  3  2.5 | 0 |
| Gross Living Area | 2,318 sq.ft. | 1,929 sq.ft. | +48,600 | 2,290 sq.ft. | +3,500 | 2,221 sq.ft. | +12,125 |
| Basement & Finished | 0sf | 0sf | 0 | 0sf | 0 | 0sf | 0 |
| Rooms Below Grade | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Functional Utility | Average | Average | 0 | Average | 0 | Average | 0 |
| Heating/Cooling | FAU/ A/C, other | FAU/CAC | 0 | FAU/CAC | 0 | FAU/CAC | 0 |
| Energy Efficient Items | Windows | Windows | 0 | Windows | 0 | Windows | 0 |
| Garage/Carport | 2-car gar garage | 2-car del garage | 0 | 2-car att garage | 0 | 2-car att garage | 0 |
| Porch/Patio/Deck | Cvrd patio/2 dcks | 2 decks only | +10,000 | Cvrd patio/2 decks | 0 | Patio,2 decks/3 vrd | 0 |
| Pool/Spa/Other | HOA pool & spa | HOA pool & spa | 0 | HOA pool & spa | 0 | HOA pool & spa | 0 |
| Fireplace(s) | None | None | 0 | None | 0 | None | 0 |
| Other | None | None | 0 | None | 0 | None | 0 |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -4,250 | ☐ + ☒ - $ | -161,625 | ☐ + ☒ - $ | -16,125 |
| Adjusted Sale Price | | Net Adj. 0.4 % | | Net Adj. 12.4 % | | Net Adj. 1.5 % | |
| of Comparables | | Gross Adj. 10.7 % $ | 1,125,750 | Gross Adj. 12.9 % $ | 1,143,375 | Gross Adj. 3.8 % $ | 1,033,875 |

☐ I ☒ did   ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   SoCal MLS, Parcel Quest, Corelogic, Public Records.
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   SoCal MLS, Parcel Quest, Corelogic, Public Records.
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 12/31/2014 | 02/01/2018 | |
| Price of Prior Sale/Transfer | | $730,000 | $840,000 | |
| Data Source(s) | CoreLogic, Parcel Quest | CoreLogic, ParcelQuest | CoreLogic, ParcelQuest | CoreLogic, ParcelQuest |
| Effective Date of Data Source(s) | 09/26/2022 | 09/26/2022 | 09/26/2022 | 09/26/2022 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject previously transferred over 36 months prior to the effective
date of this appraisal report; The subject has not been listed for sale within 12 months of the effective date of this appraisal report (SoCal MLS,
client, Parcel Quest). There are no known or disclosed agreements of the subject property as of the effective date of this appraisal
assignment. None out of the 5 comparables previously transferred within a year prior to their most recent sales or listings (SoCalMLS, Parcel
Quest). This is typical for this neighborhood and has no adversity on subject's value opinion or on its marketability.

Summary of Sales Comparison Approach   Comparables #2 & 3 were most heavily weighted as they are overall the most comparable to the subject due to location, views and condition and quality of the improvements. Each of the
closed sales brackets several of the subject's features, characteristics and improvements. The most recently closed sales were used since they are the most accurate, credible and reliable representations of fair market value. All of the comparables are
within 1/2 mile of the subject property. Comparable #1  Adjustment made for terms of sale. Similar interior unit location with 2 common walls, similar traffic & noise and privacy. Similar views of the neighborhood. Newer construction age. Superior inter-
condition and appeal with recent upgrades; Similar GLA, FAU/CAC, dual pane windows, 2-car garage, 2 decks, HOA pool & spa. This property was a pending sale as of the effective date of the valuation (purchase contract 08/27/2022). Comparable #2
Adjustment made for term of sale. Similar interior unit location with 2 common walls grnd surround traffic/noise. Similar views of the neighborhood. Similar construction age. Superior interior condition and appeal with a recent remodel. Similar GLA,
FAU/CAC, no fireplaces, dual pane windows, 2-car garage, cvrd patio, 2 decks, HOA pool & spa. Comp #3  Interior unit with 2 common walls, similar views, construction age, GLA, property condition, improvements.8 appeal, 2-car garage, patio, 2 deck,
double pane windows, HOA pool & spa, older sale from July of 2022. **NOTE** The adjustments that were made were estimated with the help of the paired-sale analysis, with the assistance of the extraction method and with the help of the appraiser's
knowledge of this market area. Additional comparables, their descriptions and adjustment multipliers/magnitudes are   found on page 8

Indicated Value by Sales Comparison Approach $   1,120,000

Indicated Value by: Sales Comparison Approach $   1,120,000   Cost Approach (if developed) $   Income Approach (if developed) $

Emphasis was placed on the sales comparison approach, which best reflects recent action of willing buyers and willing sellers in the open market. Since an interior inspection was not done and the
appraiser was not told otherwise, the subject is owner-occupied; The income approach is not required for owner-occupied units; Income approach was not requested by the client and hence was not
developed. The cost approach was not developed due to an abundance of adequate comparable sales data and due to the subject being a Condominium.
This appraisal is made ☒ "as is",   ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed,   ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   1,120,000 , as of   09/26/2022 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055 March 2005          Page 2 of 6          Fannie Mae Form 2055 March 2005

TRA/VA Case No.

## Exterior–Only Inspection Residential Appraisal Report

Elmallakh
File # 22-300 / Condo

This appraisal is an exterior-only appraisal report. The information about the subject's exterior was gathered based on the appraiser's knowledge of subject's neighborhood & market area, appraiser's conversation with local real estate agents in this market area & information gathered from comparable single family homes from the subject's neighborhood. The intended user of this appraisal is solely the client indicated in this appraisal report and the client's assignees. Subject appeared to be in average condition with an exterior inspection only.

HIGHEST AND BEST USE ANALYSIS: THE HIGHEST AND BEST USE OF A PROPERTY, INCLUDING THE LEGAL & PERMISSIBLE USES, IS THE MOST REASONABLE AND PROFITABLE USE THAT WIL THE HIGHEST PRESENT VALUE. FOR EXAMPLE, IF ZONING PERMITTED USAGE OF MULTIFAMILY UNITS OR A SINGLE FAMILY RESIDENCE ON A VACANT PARCEL, THE MULTIFAMILY UNITS WOULD PROVIDED THE LANDOWNER WITH A HIGHER RETURN THAT A SINGLE FAMILY RESIDENCE AND WOULD THUS BE DETERMINED TO BE THE HIGHEST & BEST USE. HOWEVER, WITH A SITE THAT IS ALREADY IMPROVED, THE COST TO RAZE THE EXISTING STRUCTURE, THEREBY MAKING THE PARCEL VACANT, WOULD BE MORE THAN THE COST OF ACQUIRING ANOTHER SUITABLE SITE. OFTEN, THE HIGHEST AND BEST USE IS ITS PRESENT USE BECAUSE THE COST OF ACQUIRING THE PROPERTY & REMOVING OR RAZING THE EXISTING STRUCTURE WOULD BE MORE THAN THE COST OF ACQUIRING ANOTHER SUITABLE VACANT SITE AND ALSO THERE IS NO EVIDENCE OF MAJOR REDEVELOPMENT WITHIN THE NEIGHBORHOOD WITH THIS OR OTHER USAGE. SITE. THE APPRAISER IS NOT AWARE OF AN EASEMENTS, RESTRICTIONS, ENCROACHMENTS, LEASES, RESERVATIONS, COVENANTS, CONTRACTS, DECLARATIONS, ORDINANCES, SPECIAL ASSESSMENTS OR OTHER ITEMS OF A SIMILAR NATURE THAT WOULD ADVERSELY AFFECT THE VALUE OR MARKETABILITY OF THE SUBJECT PROPERTY UNLESS ADDRESSED OTHERWISE IN THE BODY OF THE REPORT. TYPICAL UTILITY EASEMENTS EXIST. THE APPRAISER HAS NOT EXAMINED

PRELIMINARY TITLE WORK OR SURVEY UNLESS OTHERWISE NOTED IN THE BODY OF THE REPORT. FLOOD ZONE. FLOOD DATA AND MAP NUMBERS REPORTED WITH THE BODY OF THE REPORT ARE OBTAINED FROM AN OUTSIDE VENDOR. IF THE SUBJECT PROPERTY LIES WITH A FLOOD ZONE, A FLOOD MAP IS ATTACHED TO THIS REPORT. THE FOLLOWING ITEMS ARE BEYOND THE SCOPE OF THE APPRAISAL ASSIGNMENT: UNLESS OTHERWISE STATED ELSEWHERE IN THE APPRAISAL REPORT, THE EXISTENCE OF HAZARDOUS MATERIAL, WHICH MAY OR MAY NOT BE PRESENT ON THE PROPERTY, WAS NOT OBSERVED BY THE APPRAISER. THE APPRAISER HAS NO KNOWLEDGE OF THE EXISTENCE OF SUCH MATERIAL ON OR IN THE VICINITY OF THE SUBJECT PROPERTY. THE APPRAISER IS NOT QUALIFIED TO DETECT SUCH SUBSTANCES. THE PRESENCE OF HAZARDOUS MATERIALS SUCH AS RADON GAS, ASBESTOS, UREA FORMALDEHYDE FOAM INSULATION, SPECIFIC TYPES OF MOLD OR OTHER POTENTIALLY HAZARDOUS MATERIALS MAY AFFECT THE VALUE OF THE PROPERTY AND THE VALUE ESTIMATE IS MADE WITH THE ASSUMPTION THAT THERE IS NO SUCH MATERIAL ON OR IN THE VICINITY OF THE SUBJECT PROPERTY THAT COULD CAUSE A LOSS IN VALUE. THE APPRAISER ASSUMES NO RESPONSIBILITY FOR ANY SUCH CONDITIONS OR FOR ANY EXPERTISE OR KNOWLEDGE OF ENGINEERING REQUIRED TO DISCOVER SUCH HAZARDOUS ELEMENTS. IF SUCH HAZARDOUS MATERIALS ARE OBVIOUS (SUCH AS VISIBLE MOLD PROBLEMS) THEN THE APPRAISER WILL REQUEST AN INSPECTION (ON PAGE 2 OF THE REPORT) AND RECOMMENDS THAT THE CLIENT RETAIN AN EXPERT IN THIS FIELD TO ASCERTAIN SCOPE OF THE PROBLEM AND REMEDIATION. ADDITIONALLY, >>> MAKING A PHYSICAL INSPECTION OF THE ATTIC/SCUTTLE AREA, UNDER THE STRUCTURE OR ANY AREA NOT READILY ACCESSIBLE OR NORMALLY OBSERVED DURING A ROUTINE WALK THROUGH OF THE SUBJECT PROPERTY. >> ORDERING A CURRENT TITLE REPORT OF THE SUBJECT PROPERTY, HOWEVER, ONE WILL BE REVIEWED IF SUBMITTED TO THE APPRAISER. >> VERIFYING THE WORKING CONDITION OF THE MECHANICAL SYSTEMS, APPLIANCES, ELECTRICAL SYSTEMS OR POOL AND OR SPA EQUIPMENT (IF EXISTING), ALL OF WHICH ARE ASSUMED TO BE IN GOOD WORKING ORDER, UNLESS SPECIFICALLY NOTED IN THE APPRAISAL REPORT. >> DETECTING LATENT DEFECTS IN THE PROPERTY

ADDITIONALLY. >>> MAKING A PHYSICAL INSPECTION OF THE ATTIC/SCUTTLE AREA, UNDER THE STRUCTURE OR ANY AREA NOT READILY ACCESSIBLE OR NORMALLY OBSERVED DURING A ROUTINE WALK THROUGH OF THE SUBJECT PROPERTY. >> ORDERING A CURRENT TITLE REPORT OF THE SUBJECT PROPERTY, HOWEVER, ONE WILL BE REVIEWED IF SUBMITTED TO THE APPRAISER. >> VERIFYING THE WORKING CONDITION OF THE MECHANICAL SYSTEMS, APPLIANCES, ELECTRICAL SYSTEMS OR POOL AND SPA EQUIPMENT (IF EXISTING), ALL OF WHICH ARE ASSUMED TO BE IN GOOD WORKING ORDER, UNLESS SPECIFICALLY NOTED IN THE APPRAISAL REPORT. >> DETECTING LATENT DEFECTS IN THE PROPERTY

>> THIS REPORT IS NOT A PRODUCT OF A "HOME INSPECTION" SERVICE AND THE OVERALL SCOPE OF THE ASSIGNMENT IS CONSIDERED TO BE LIMITED IN THIS REGARD. NOTE: THE INTENDED USER OF THIS APPRAISAL REPORT IS THE LENDER/CLIENT AND ITS ASSIGNEES. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A CURRENT FAIR MARKET VALUE APPRAISAL, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) — The cost approach was not developed due to the availability of ample comparable sale data and also since the development and implementation of the cost approach is not necessary in order to develop credible and reliable valuation results when there is ample comparable sale data. There is also a scarcity of comparably-sized and comp zoned residential land sales within 2 miles of the subject and within 12 months of the effective date of this valuation assignment.

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | = $ |
|---|---|---|---|
| Source of cost data | DWELLING | Sq.Ft. @ $ | = $ |
| Quality rating from cost service   Effective date of cost data | | Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | = $ |
| The cost approach was not developed due to the ample availability of | Garage/Carport | Sq.Ft. @ $ | = $ |
| comparable sales data. The development and implementation of the cost | Total Estimate of Cost-New | | = $ |
| approach is not necessary to determine a credible and reliable market value | Less   Physical   Functional   External | | |
| when there is ample comparable sales data. There was also a significant | Depreciation | | = $( ) |
| scarcity of comparably-sized and comparably-zoned residential vacant land | Depreciated Cost of Improvements | | = $ |
| sales within the subject's immediate market area and within 12 months of the | "As-is" Value of Site Improvements | | = $ |
| effective date of this valuation assignment. | | | |
| Estimated Remaining Economic Life (HUD and VA only)   Years | INDICATED VALUE BY COST APPROACH | | = $ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)  Income approach is not required for owner-occupied units. Income approach was not requested by the client. Subject was assumed to be owner-occupied at the effective date of this valuation and was not generating any rental income.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No   Unit type(s) ☐ Detached ☒ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source(s)
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

**Exterior-Only Inspection Residential Appraisal Report**

Elmallakh
File # 22-300 / Condo

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

FHA/VA Case No.

**Exterior–Only Inspection Residential Appraisal Report**    Elmallakh
File # 22-300 / Condo

APPRAISER'S CERTIFICATION:    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

FHA/VA Case No.

### Exterior-Only Inspection Residential Appraisal Report

Elmallakh
File # 22-300 / Condo

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   John Grichine | Name |
| Company Name   Northstar Appraisal Services | Company Name |
| Company Address   4 Clearwater, Irvine, CA 92604 | Company Address |
| Telephone Number   (949)231-7989/(310)982-4123 | Telephone Number |
| Email Address   John@NorthstarAppraiser.com | Email Address |
| Date of Signature and Report   10/27/2022 | Date of Signature |
| Effective Date of Appraisal   09/26/2022 | State Certification # |
| State Certification #   AR033389 | or State License # |
| or State License # | State |
| or Other (describe)                    State # | Expiration Date of Certification or License |
| State   CA | |
| Expiration Date of Certification or License   07/10/2024 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did not inspect exterior of subject property |
| 116 Rockefeller | ☐ Did inspect exterior of subject property from street |
| Irvine, CA 92612 | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $   1,120,000 | |
| LENDER/CLIENT | COMPARABLE SALES |
| Name   Bassem Essam Victor Elmallakh | ☐ Did not inspect exterior of comparable sales from street |
| Company Name | ☐ Did inspect exterior of comparable sales from street |
| Company Address | Date of Inspection |
| Email Address   bassemv@aol.com | |

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Exterior–Only Inspection Residential Appraisal Report**

Elmallakh
File # 22-300 / Condo

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 116 Rockefeller<br>Irvine, CA 92612 | 160 Tribeca<br>Irvine, CA 92612 | | 706 Rockefeller<br>Irvine, CA 92612 | | | |
| Proximity to Subject | | 0.12 miles E | | 0.10 miles S | | | |
| Sale Price | $ | $ | 1,170,000 | $ | 1,200,000 | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 606.53 sq.ft. | | $ 524.48 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | CRMLS#PW22127083;DOM 0 | | CRMLS#OC22139586;DOM 110 | | | |
| Verification Source(s) | | Doc#241057 | | Active listing / SoCal MLS | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | 0 | Listing | 0 | | |
| Concessions | | Cash;0 | 0 | | | | |
| Date of Sale/Time | | s07/22;c06/22 | -40,950 | Active Listing | -36,000 | | |
| Location | Interior unit,2 cmmn walls/Avg | 1 cmmn wall/Superior | -35,100 | 2 cmmn walls/Similar | 0 | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | 0 | Fee Simple | 0 | | |
| Site | 4.8 acre project | Subject's project | 0 | Subject's project | 0 | | |
| View | Trees neighborhd, greenbelts | Trees,gmbelts,neighbrhd | 0 | Trees,gmbelts,neighbrnd | 0 | | |
| Design (Style) | Contemporary | Contemporary | 0 | Contemporary | 0 | | |
| Quality of Construction | Avg /Typical for area | Avg / Similar | 0 | Avg / Similar | 0 | | |
| Actual Age | 9 | 9 | -10,000 | 12 | +6,000 | | |
| Condition | Older upgrades/Avg | Minor upgrades/Similar | 0 | Recent/opener upgrades | -36,000 | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | 0 | Total | Bdrms | Baths | Total | Bdrms | Baths |
| Room Count | 8 | 3 | 3.0 | 7 | 3 | 3.0 | 0 | 8 | 3 | 3.0 | 0 | | | |
| Gross Living Area | 2,318 sq.ft. | 1,929 sq.ft. | +48,600 | 2,288 sq.ft. | +3,750 | sq.ft. | |
| Basement & Finished | 0sf | 0sf | 0 | 0sf | 0 | | |
| Rooms Below Grade | 0 | 0 | 0 | 0 | 0 | | |
| Functional Utility | Average | Average | 0 | Average | 0 | | |
| Heating/Cooling | FAU/ A/C, other | FAU/CAC | 0 | FAU/CAC | 0 | | |
| Energy Efficient Items | Windows | Windows | 0 | Windows | 0 | | |
| Garage/Carport | 2-car b/in garage | 2-car att garage | 0 | 2-car att garage | 0 | | |
| Porch/Patio/Deck | Cvrd patio/2 dcks | Patio, 1 deck | +5,000 | Patio,2 decks/Similar | 0 | | |
| Pool/Spa/Other | HOA pool & spa | HOA pool & spa | 0 | HOA pool & spa | 0 | | |
| Fireplace(s) | None | None | 0 | 1 Fireplace | -4,500 | | |
| Other | None | None | 0 | None | 0 | | |
| Net Adjustment (Total) | | ☐ + ☒ - | -32,450 | ☐ + ☒ - | -66,750 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 2.8 % | | Net Adj. 5.6 % | | Net Adj % | |
| of Comparables | | Gross Adj. 11.9 % $ 1,137,550 | | Gross Adj. 7.2 % $ 1,133,250 | | Gross Adj % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | CoreLogic, Parcel Quest | CoreLogic, ParcelQuest | CoreLogic, ParcelQuest | |
| Effective Date of Data Source(s) | 09/26/2022 | 09/26/2022 | 09/26/2022 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    The subject previously transferred over 36 months prior to the effective date of this appraisal report; The subject has not been listed for sale within 12 months of the effective date of this appraisal report (SoCal MLS, client, Parcel Quest). There are no known or disclosed agreements of sale of the subject property as of the effective date of this appraisal assignment. None out of the 5 comparables previously transferred within a year prior to their most recent sales or listings (SoCalMLS, Parcel Quest). This is typical for this neighborhood and has no adversity on subject's value opinion or on its marketability

Analysis/Comments    Comparable #4: Adjustment made for time of sale. Superior end unit location with 1 common wall and less traffic and noise and with more privacy. Similar views. Newer construction age. Similar interior condition and appeal with older upgrades; Smaller GLA, FAU/CAC, dual pane windows, 2-car garage, covered slab patio, 1 deck, HOA pool & spa.    Comparable #5: Active listing with 110 DOM thus far. Similar interior unit location with 2 common walls and similar traffic/noise. Similar views of the city and greenbelts, Older construction age. Superior interior condition and appeal with many recent updates and upgrades; Similar GLA, FAU/CAC, dual pane windows, 2-car garage, covered slab patio, 2 decks, HOA pool & spa.

*NOTE* Dwelling size differences adjusted at $125/sf; Condition adjustments were made based on MLS descriptions & photos of the interior & exterior and quality of the materials, improvements & upgrades and were made at between 1 and 12% of the comparable's unadjusted sale price; 3rd bedrooms valued at $15,000; Half bathrooms valued at $12,000 each; Full baths adjusted at $24,000; Covered patios and porches valued at between $2,000 and $10,000, Balconies and decks valued at between $2,500 and $15,000; Fireplaces valued at $4,500; Construction age differences were made at $2,000 per 1 year of difference and an adjustment was made when the difference in age exceeded 1 year; Properties that sold more than 1 month prior to the effective date of this valuation assignment were adjusted at -1% per month to account for slightly declining condominium values in subject's market area over the prior 5-6 months. These adjustments are typical for the market area & neighborhood & have no adversity on subject's value opinion or on its marketability; The adjustments were derived and estimated with the assistance of the extraction method and with the help of the paired-sale analysis.

Freddie Mac Form 2055 March 2005

Fannie Mae Form 2055 March 2005

## Assumptions, Limiting Conditions & Scope of Work

Elmallakh
File No.: 22-300 / Condo

| | | | |
|---|---|---|---|
| Property Address: 116 Rockefeller | City: Irvine | State: CA | Zip Code: 92612 |
| Client: Bassem Essam Victor Elmallakh | Address: | | |
| Appraiser: John Grichine | Address: | | |

### STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited
Form GPRES2AD – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE
3/2007

## Certifications

Elmallakh
File No.: 22-300 / Condo

| Property Address: | 116 Rockefeller | City: | Irvine | State: | CA | Zip Code: | 92612 |
| Client: | Bassem Essam Victor Elmallakh | Address: | | | | | |
| Appraiser: | John Grichine | Address: | | | | | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.
– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three–year period immediately preceding acceptance of this assignment.
– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
– My engagement in this assignment was not contingent upon developing or reporting predetermined results.
– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**

**DEFINITION OF MARKET VALUE *:**
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: Bassem Victor | Client Name: Bassem Essam Victor Elmallakh |
| E-Mail: bassemv@aol.com | Address: |

| **APPRAISER** | **SUPERVISORY APPRAISER (if required)** or **CO-APPRAISER (if applicable)** |
|---|---|
| Appraiser Name: John Grichine | Supervisory or Co-Appraiser Name: |
| Company: Northstar Appraisal Services | Company: |
| Phone: (949)231-7989/(310)962-4123   Fax: | Phone:   Fax: |
| E-Mail: John@NorthstarAppraiser.com | E-Mail: |
| Date Report Signed: 10/27/2022 | Date Report Signed: |
| License or Certification #: AR033389   State: CA | License or Certification #:   State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 07/10/2024 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☒ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: 09/26/2022 | Date of Inspection: |

SIGNATURES

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

**Supplemental Addendum**

FHA/VA Case No. [          ]

File No. 22-300 / Condo

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | | |
| City | Irvine | County | Orange | State | CA | Zip Code 92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | | |

1. "Other" in the neighborhood land use represents government-owned land, open and green areas, fire & police stations, parks, etc. This land use has no adversity on subject's value or marketability.

2. Estimated exposure time for the subject property is 45 days on the market and with the assistance of a licensed and experienced real estate professional with knowledge of subject's market area.

3. I have performed a prior service, as an appraiser, regarding the property that is the subject of this appraisal assignment within the three-year period immediately preceding acceptance of this assignment. This prior service has an effective date of August of 2021.

**Comparables Search Criteria:**
The search criteria were ranked in order of importance as follows: #1. Within 1 mile of the subject and preferably with an interior lot location in subject's or in a comparable neighborhood and with minor to moderate local traffic & noise. #2. Within 30% of the subject's dwelling size. #3. Closed escrow within 6 months of the effective date of this appraisal assignment. #4. Similar property improvements, upgrades, materials and overall appeal. #5. Similar views and construction age. #6. Lot/site characteristics, features and improvements (i.e. pool, spa, b/in bbq, patio, deck, etc.). Some of the comparables exceeded these search parameters, but were utilized in order to bracket some of the subject's other features, characteristics and improvements

## Market Conditions Addendum to the Appraisal Report

Elmallakh
File No. 22-300 / Condo

| | |
|---|---|
| Property Address 116 Rockefeller | City Irvine | State CA | ZIP Code 92612 |
| Borrower n/a | | | |

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below. If it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 38 | 15 | 13 | ☐ Increasing ☐ Stable ☒ Declining |
| Absorption Rate (Total Sales/Months) | 6.33 | 5 | 4.33 | ☐ Increasing ☐ Stable ☒ Declining |
| Total # of Comparable Active Listings | 5 | 12 | 8 | ☐ Declining ☒ Stable ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 0.79 | 2.4 | 1.85 | ☐ Declining ☒ Stable ☐ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
|---|---|---|---|---|
| Median Comparable Sale Price | $1,075,000 | $1,180,000 | $1,150,000 | ☐ Increasing ☒ Stable ☐ Declining |
| Median Comparable Sales Days on Market | 8.5 | 18 | 25 | ☐ Declining ☐ Stable ☒ Increasing |
| Median Comparable List Price | $1,148,888 | $1,210,000 | $1,139,000 | ☐ Increasing ☒ Stable ☐ Declining |
| Median Comparable Listings Days on Market | 35 | 24 | 101 | ☐ Declining ☐ Stable ☒ Increasing |
| Median Sale Price as % of List Price | 100.09 | 100 | 97.9 | ☐ Increasing ☒ Stable ☐ Increasing |

Seller-(developer, builder, etc.)paid financial assistance prevalent? ☐ Yes ☒ No

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). **The CRMLS MLS indicates there were 66 closed sales during the past 12 months and 7 of those sales contained seller concessions which is 11% of the total transactions in this market area. Prior Months 7-12: 38 Sales; 5 with concessions; 13% of sales for this period. 4-6: 15 Sales; 2 with concessions; 13% of sales for this period. 0-3: 13 Sales; 0 with concessions; 0% of sales for this period. The concessions ranged between $500 and $32,500. The median concession amount is $3,500.**

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
The data used in the grid above does not indicate there were any REO/Short sales or other distressed properties associated with the reported transactions. However, this is not a mandatory reporting field for agents and there may be some distressed sales that were not reported. It is beyond the scope of this assignment to confirm each sale used in the Market Conditions Report.

Cite data sources for above information.    The CRMLS MLS was the data source used to complete the Market Conditions Addendum. Effective Date: Monday, October 24, 2022

Summarize the information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subject's market has been active and appreciating over the past 2-3 years. More recently though, subject's market area is expected to slow down and significantly cool off heading into the early Fall months with inflation, higher interest rates and the COVID-19 Pandemic having a significant, yet uncalcula impact on value and marketability of Single Family and Condominium Residences in subject's neighborhood and immediate market area; Some value stagnation and decline is already evident in this market area. Short sales and foreclosures are not a significant factor at this time, but could become so in near future with many people potentially losing their jobs and income and as inflation sets-in.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend |
|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing ☐ Stable ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing ☐ Stable ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining ☐ Stable ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining ☐ Stable ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name John Gridline | Supervisory Appraiser Name |
| Company Name Northstar Appraisal Services | Company Name |
| Company Address 4 Clearwater, Irvine, CA 92604 | Company Address |
| State License/Certification # AR033389    State CA | State License/Certification #    State |
| Email Address John@NorthstarAppraiser.com | Email Address |

Freddie Mac Form 71    March 2009                Page 1 of 1                Fannie Mae Form 1004MC    March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

FHA/VA Case No.

## 1004MC Graph Addendum 1

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | |
| City | Irvine | County | Orange | State CA | Zip Code 92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | |

### Total Sales



### Total Active Listings



### Total Sales
Comments:

### Total Active Listings
Comments:

### Total Sales and Active Listings



### Median Sales Price



### Total Sales and Active Listings
Comments:

### Median Sales Price
Comments:

FHA/VA Case No.

## 1004MC Graph Addendum 2

| Borrower | n/a |
|---|---|
| Property Address | 116 Rockefeller |
| City | Irvine | County | Orange | State | CA | Zip Code | 92612 |
| Lender/Client | Bassem Essam Victor Elmallakh |

### Median List Price



### Median Sales and List Price



**Median List Price**

Comments:

**Median Sales and List Price**

Comments:

### Median Sales DOM



### Median Listings DOM



**Median Sales DOM**

Comments:

**Median Listings DOM**

Comments:

**1004MC Graph Addendum 3**

| Borrower | n/a | | | | |
|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | |
| City | Irvine | County | Orange | State | CA | Zip Code | 92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | |

### Median Sales and Listings DOM



### Median List-to-Sale Price Ratio



**Median Sales and Listings DOM**

Comments:

**Median List-to-Sale Price Ratio**

Comments:

### Distress Sales



### Housing Supply



**Distress Sales**

Comments:

**Housing Supply**

Comments:

## 1004MC Graph Addendum 4

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | | |
| City | Irvine | County | Orange | State | CA | Zip Code | 92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | | |

### Avg. Sale Price Per Sq. Foot



### Sale Price Per Sq. Foot

Comments:

### Avg. List Price Per Sq. Foot



### List Price Per Sq. Foot

Comments:

### Avg. Sale and List Price Per Sq. Foot



### Sale and List Price Per Sq. Foot

Comments:

### Sale Price Per Sq. Foot Scatter Graph



### Sale Price Per Sq. Foot Scatter Graph

Comments:

**Plat Map – Page 1**



**Plat Map - Page 2**



## Location Map

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | | |
| City | Irvine | County | Orange | State | CA | Zip Code  92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | | |



**Aerial Map**

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | | |
| City | Irvine | County | Orange | State | CA | Zip Code | 92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | | |



**Aerial Map 2**

| Borrower | n/a | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | | | |
| City | Irvine | | County | Orange | State | CA | Zip Code 92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | | | |



**Subject Photo Page**

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | | |
| City | Irvine | County | Orange | State CA | Zip Code | 92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | | |



**Subject Front**

116 Rockefeller
Sales Price
G.L.A.          2,318
Tot. Rooms      8
Tot. Bedrms.    3
Tot. Bathrms.   3.0
Location        Interior unit 2 comm wls/Avg
View            Trees neighborhd; greenbelts
Site            4.8 acre project
Quality         Avg /Typical for area
Age             9



**Subject Rear**



**Subject Street**

## Photograph Addendum

| | |
|---|---|
| Borrower | n/a |
| Property Address | 116 Rockefeller |
| City | Irvine |
| Lender/Client | Bassem Essam Victor Elmallakh |

County  Orange    State  CA    Zip Code  92612

FHA/VA Case No.



**Greenbelt**



**Alley**

FHA/VA Case No.

## Comparable Photo Page

| | |
|---|---|
| Borrower | n/a |
| Property Address | 116 Rockefeller |
| City | Irvine    County    Orange    State    CA    Zip Code    92612 |
| Lender/Client | Bassem Essam Victor Elmallakh |



### Comparable 1

166 Tribeca

| | |
|---|---|
| Prox. to Subject | 0.12 miles E |
| Sale Price | 1,130,000 |
| Gross Living Area | 1,929 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | Interior unit,2 cmn walls |
| View | Gmbelts,city,streets |
| Site | Similar project |
| Quality | Avg / Similar |
| Age | 3 |



### Comparable 2

59 Gramercy

| | |
|---|---|
| Prox. to Subject | 0.11 miles SE |
| Sale Price | 1,305,000 |
| Gross Living Area | 2,290 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | Interior unit,2 cmn walls |
| View | Gmbelts,city,streets |
| Site | Subject's project |
| Quality | Avg / Similar |
| Age | 8 |



### Comparable 3

107 Waldorf

| | |
|---|---|
| Prox. to Subject | 0.18 miles SW |
| Sale Price | 1,050,000 |
| Gross Living Area | 2,221 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.5 |
| Location | Interior unit,2 cmn walls |
| View | Gmbelts,city,streets |
| Site | Subject's project |
| Quality | Avg / Similar |
| Age | 8 |

FHA/VA Case No.

## Comparable Photo Page

| Borrower | n/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 116 Rockefeller | | | | | |
| City | Irvine | County | Orange | State | CA | Zip Code  92612 |
| Lender/Client | Bassem Essam Victor Elmallakh | | | | | |



### Comparable 4

160 Tribeca

| | |
|---|---|
| Prox. to Subject | 0.12 miles E |
| Sale Price | $1,170,000 |
| Gross Living Area | 1929 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 3.0 |
| Location | 1 cmmn wall/Superior |
| View | Trees,gmbelts,neighbrhd |
| Site | Subject's project |
| Quality | Avg / Similar |
| Age | 4 |



### Comparable 5

706 Rockefeller

| | |
|---|---|
| Prox. to Subject | 0.10 miles S |
| Sale Price | $1,200,000 |
| Gross Living Area | 2288 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.2 |
| Location | 2 cmmn walls/Similar |
| View | Trees,gmbelts,neighbrhd |
| Site | Subject's project |
| Quality | Avg / Similar |
| Age | 12 |

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

Appraiser License

FHA/VA Case No.



Business, Consumer Services & Housing Agency

## BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

**John N. Grichine**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:     AR 033389

Effective Date:     July 11, 2022
Date Expires:     July 10, 2024

Loretta Dillon, Deputy Bureau Chief, BREA

3066378

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE. CHAIN LINK



# NORTHSTAR APPRAISAL SERVICES, JOHN GRICHINE

### Summary of Professional Experience, Testifying & Retainer as An Expert Witness

- In the Real Estate Appraisal business since 2003; Licensed since 2005; Certified level of licensure since January of 2014. In good standing with BREA (formerly OREA) and with no disciplinary actions over the course of my professional licensure. Have been on the active FHA-approved appraiser roster since 2009 (am still on the active roster).  This basically means that I am approved and qualified to perform appraisals for loans backed by the FHA (Federal Housing Administration). FHA has strict requirements for completion of appraisal assignments.

- Completed over 3,000 appraisals over the past 16+ years, 250+ of which have been either commercial or industrial-type properties; Completed 50+ valuations of vacant/empty parcels of land over that same time span.

- Testified in 2007 at the Santa Ana courthouse for a property tax re-assessment for my client.  This involved presenting and defending my appraisal results, reasons for using the comparables in the report, support of adjustments on the comparables grid, as well as explaining the rational and methodological in arriving at the final value opinion.

- Was retained by Borchard & Callaghan Attorneys At Law in 2011 and 2013 as an expert witness in valuation of Fee Simple interest of a single family residence and of a Mixed-Use property in the county of Los Angeles.

- Retained by Mr. Leonard Babichenko in May of 2016 as an expert witness and as a real estate appraiser in assistance with the dividing up of real estate assets in his divorce proceedings. Two properties were involved: Single Family Residence and a Condominium Residence. Did not get to testify in court as an expert witness due to the fact that the case was settled on the first day of trial.

- Retained as an expert witness by The Walker Law Firm in April of 2016 as an appraiser to appraise Leasehold estate of a single family home located in Lake Forest, CA. The valuation consisted of valuing the rental value of this single family home during a 5 1/2 year period, between 2010 and 2015; I was also hired as an expert witness in the likelihood that this case went to trial.

- Retained as an appraiser and as an expert witness by Bongiovi Mediation in 2016 for a property located in Hacienda Heights, CA.  My client represented one of the owners of the property in a dispute that needed an appraisal of a single family residence. I was hired to appraise a single family home with a possibility of testifying in court and defending my valuation and analysis in the event the case went to trial and/or a hearing.

- Retained by Fred Emmer from the Harriett Buhai Center for Family Law in October of 2016 with the intention of providing valuation services in a divorce proceeding.  Two valuation services were needed: One for the current fair market value of a single family residence and the 2nd service for the

rental value of this same single family residence over the course of a 5 year period. The 5 year period was from the date of divorce until approximately the time when I was retained.

- Retained by A Family Law Firm (Santa Rosa) to complete a valuation of a single family residence in Redondo Beach for the purpose of ascertaining the current fair market value of this real estate asset with the intention of assisting my client and their client in a divorce proceeding.  Also retained as an expert witness for the likelihood of testifying in court in October of 2017.

- Retained by Mr. Cade in December of 2016 to complete valuation of a $5,000,000 property in La Canada Flintridge, Los Angeles County, for a divorce proceeding. I was also retained as an expert witness in this case and testified in court for approximately 45 minutes regarding my valuation methodology, tactics and valuation results.  I was cross-examined by both parties involved in this legal case.

- Performed a valuation service for Mr. Munoz in 2017, which required a Fee Simple and a Leased Fee valuation of a property located in Irvine, CA. The valuation was for a divorce proceeding and Mr. Munoz consequently hired me to testify in court regarding my valuation analysis and conclusion.

- Retained by Ronnie Gipson and his attorney in December of 2017 to perform a valuation service and consequently testify in court regarding a single-family residence in Carson, CA. A divorce case involving community property. Two valuation services were performed; Fee Simple valuation and a Leased Fee valuation (market rental value). Testified in court in March of 2018. The court ruled in favor of my valuation opinion and in favor of my client.

- Retained by The Law Office of Jonathan A Goldstein Inc on May 3rd of 2018 as an expert witness and as a real-estate appraiser. The property in question was a 6-unit apartment complex in Long Beach. Performed an interior and exterior inspection appraisal report of the apartment building, gave a 90-minute deposition on the matter and was expected to testify in August of 2018. The case was pushed back several times and was eventually ruled against my client in the early stages of the trail, hence extinguishing the need for my testimony.

- Retained by Liang Ly LLP in January of 2019 to estimate the value loss from an obstruction of an ocean and Queen's Necklace view of a property located in Pacific Palisades, CA. Liang Ly LLP were tasked of proving to the court that their client's property had a loss in value due to the obstruction of their Panoramic view of the Queen's Necklace. My job was to estimate how much value was lost from the obstructed view versus the previously unobstructed view. The valuation assignment included an in-depth analysis of the subject property and its view, research into how much value does an ocean view add, as well as how much of a premium does a Queen's Necklace ocean view add; I developed several valuation opinions involving the subject property with and without its views, as well as the loss of value of the subject property due to the obstruction of its view from the neighbor's tree. I was deposed and the case was settled before going to trial; The settlement was in my client's favor.

- In 15+ years as a Real Estate Appraiser, I have appraised property types such as; Mid-rise apartments, car service & repair shops, beauty salons and boutiques, strip malls, small office buildings, gas stations, veterinary clinics, banks/financial buildings, and mixed-use properties. This is in addition to high-end residential properties from La Jolla in San Diego to Malibu in Los Angeles and everything in between.  Some of the very high-end properties include but are not

limited to; 13,800 sf home in Shady Canyon, Irvine ($8,000,000), 12,500 sf home in Villa Park ($6,000,000), 15,000 sf home in Bel Air Estates ($23,500,000), 8,500 sf home in Beverly Hills ($7,500,000), 12,500 sf home in Diamond Bar ($7,600,000), waterfront properties in Corona Del Mar, Newport Beach (Balboa Island, Balboa Peninsula and Upper Newport Bay) that range from $4,000,000 to $16,500,000 and 5,000+ sf homes in Coto De Caza, Orange Park Acres, Nellie Gail Ranch, Malibu and Villa Park.

List of some of my current and former clients:

*Wells Fargo Bank / Rels Valuation and Corelogic, Landsafe Appraisal / Countrywide home loans, Flagstar Bank, ACT Appraisal, A Family Law Firm, Axios Valuation Services, Streetlinks Lender Solutions, Stewart Valuation Services (Formerly DataQuick), Conquesta America, Chase Home Lending, Bongiovi Mediation, The Walker Law Firm, Borchard & Callaghan Attorneys at Law, Liang & Ly LLP, LRES, LenderX, Proteck Valuation Services, Saddleback Realty And Associates, New Beginning Mortgage, TCV Valuations and Lender's Valuation Services, Law Offices Of Todd Jason Roberts, Sunergy Construction and Olson Law Firm, just to name a few.*

*John Grichine*
*State Certified Residential Appraiser, License #AR033389*
*Northstar Appraisal Services*
*john@northstarappraiser.com / www.northstarappraiser.com*
*(949) 231-7989; (310) 962-4123*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JOHN GRICHINE
IN SUPPORT OF DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)** will be
served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the
manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
11/29/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 11/29/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/29/2022, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/29/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## 2. **SERVED BY UNITED STATES MAIL**

1st lienholder *(name and address)*
**Freedom Mortgage Corporation**
**Attn: Stanley C. Middleman, CEO**
**951 Yamato Rd., Ste. 175**
**Boca Raton, FL 33431**

1st lienholder *(name)* and Agent for
Service of Process *(name and address)*
**CT Corporation, Agent for Service of Process for Freedom**
**Mortgage Corporation**
**28 Liberty Street**
**New York, NY 10005**

2nd lienholder *(name and address)*
**Belgium Investments 960 Bay Dr., LLC a California**
**Corporation**
**c/o Impact Advocates APC**
**Attn: Patrick Miller, Esq.**
**121 S. Oak Ave**
**Pasadena, CA 91107**

2nd lienholder *(name)* and Agent for
Service of Process *(name and address)*
**CT Corporation, Agent for Service of Process for Belgium**
**Investments 960 Bay Dr., LLC, a California Corporation**
**28 Liberty Street**
**New York, NY 10005**

3rd lienholder *(name and address)*
**The Townes at Central Park West Association**
**c/o Community Legal Advisors Inc.**
**Attn: Mark T. Guithues, Esq.**
**509 N. Coast Highway**
**Oceanside, CA 92054**

3rd lienholder *(name)* and Agent for
Service of Process *(name and address)*
**Isaiah Henry, Agent for Service of Process for The Townes**
**at Central Park West Association**
**(Chief Executive Officer Graham A. Bowen is also located**
**at this address)**
**26840 Aliso Viejo**

**Aliso Viejo, CA 92656**

**Central Park West Community Association**
**Attn: Manager**
**15241 Laguna Canyon Rd**
**Irvine, CA 92618**

4th lienholder *(name)* and Agent for
Service of Process *(name and address)*
**Firstservice Agent Corporation**
**15241 Laguna Canyon Rd.**
**Irvine, CA 92618**

4th lienholder *(name)* and Servicing
Agent *(name and address)*
**Central Park West Community**
**c/o Alterra Assessment Recovery, LLC**
**Attn: Corey L. Todd, Esq.**
**27101 Puerta Real, Ste. 250**
**Mission Viejo, CA 92691**

Alternative/additional address
*(name and address)*
**Freedom Mortgage Corporation**
**Attn: Maria Gallucci, Secretary**
**907 Pleasant Valley Avenue**
**Mount Laurel, NJ 08054**
Alternative/additional address
*(name and address)*
**Central Park West Community**
**401 Rockefeller #208**
**Irvine, CA 92612**

Alternative/additional address
*(name and address)*
**The Townes at Central Park West Association**
**Attn: Isaiah Henry**
**15241 Laguna Canyon Rd**
**Irvine, CA 92618**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**