TOTAL DISBURSEMENTS FROM PERSONAL DIP ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 10/01/2022 - 10/31/2022 | | Chervon | Fuel | $265.00 |
| 10/01/2022 - 10/31/2022 | | Fast Express | Car wash | $60.00 |
| 10/01/2022 - 10/31/2022 | | House cleaning | House cleaning | $500.00 |
| 10/01/2022 - 10/31/2022 | | Vons / Ralphs / Trader Joes | Food | $434.00 |
| 10/01/2022 - 10/31/2022 | | Laudry/ Dry Cleaning | Laundry/ Dry Cleaning | $80.00 |
| 10/01/2022 - 10/31/2022 | | Clothing | Clothing | $198.00 |
| 10/01/2022 - 10/31/2022 | | Food | Food | $325.00 |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $1,862.00 |

**Debtor does not have October 2022 bank statement because the account was not open until October 28, 2022**