MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E-mail: Michael.Berger@bankruptcypower.com

Counsel for Debtor-in-Possession,
Bassem Victor El Mallakh

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| In re: | Case No.: 8:22-bk-11605-TA |
|---|---|
| | Chapter 11 |
| Bassen Victor El Mallakh, | |
| Debtor-in-Possession. | **NOTICE OF CONTINUED STATUS CONFERENCE** |
| | Date: March 8, 2023 |
| | Time: 10:00 a.m. |
| | Courtroom: 5B |
| | 411 West Fourth Street |
| | Santa Ana, CA 92701-4593 |
| | *[Hearing will be conducted remotely via ZoomGov]* |

**TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, TO CREDITORS, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the continued status conference for the above-referenced case is set for March 8, 2023 at 10:00 a.m. in Courtroom 5B of the above-captioned courthouse. The updated status report is due by February 22, 2023.

This hearing will be conducted using ZoomGov video and audio.  For more information on appearing before Judge Albert, please review Judge Albert' Notice of Video and Telephonic

1    Appearance Procedures at https://www.cacb.uscourts.gov/judges/honorable-theodor-c-albert-

2    chief-judge.

3

4                          LAW OFFICES OF MICHAEL JAY BERGER

5

6    Dated: 12/7/2022

                          By:/s/Michael Jay Berger
7                            Michael Jay Berger
                             Attorneys for Debtor-in-Possession
8                            Bassem Victor El Mallakh

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CONTINUED STATUS CONFERENCE**

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/7/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On 12/7/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92612

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/7/2022    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/7/2022 | Peter Garza | /s/Peter Garza |
|-----------|-------------|----------------|
| *Date* | *Printed Name* | *Signature* |

### NOTICE OF CONTINUED STATUS CONFERENCE

1

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF**

2

Debtor's Counsel: Michael Jay Berger    michael.berger@bankruptcypower.com,

3

yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Chad L Butler    caecf@tblaw.com
Trial Counsel for US Trustee: Nancy S Goldenberg    nancy.goldenberg@usdoj.gov

4

Interested Party: Benjamin Heston    bhestonecf@gmail.com,

5

benheston@recap.email,NexusBankruptcy@jubileebk.net
Counsel for Creditor Belgium Investments 960 Bay Dr, LLC: Patrick Miller

6

patrick.miller@impactadvocateslaw.com
Counsel for TD Auto: Randall P Mroczynski    randym@cookseylaw.com

7

OUST: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

8

**2. SERVED BY UNITED STATES MAIL**

9

See the attached Creditors Matrix

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CONTINUED STATUS CONFERENCE**

Label Matrix for local noticing
0973-8
Case 8:22-bk-11605-TA
Central District of California
Santa Ana
Wed Dec  7 11:55:13 PST 2022

Belgium Investments 960 Bay Dr, LLC A Califo

TD Bank, N.A., successor in interest to TD A
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd., 10th Floor
535 Anton Blvd., 10th Floor
Costa Mesa, CA 92626-1947

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107-4031

Central Park West Community Association
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691-8545

Central Park West Community HOA
401 Rockefeller #208
Irvine, CA 92612-7179

First Service Residential
15241 Laguna Canyon Rd.
Irvine, CA 92618-3146

First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054-2433

Freedom Mortgage
951 Yamato Rd.
Boca Raton, FL 33431-4444

Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250-0401

Freedom Mortgage Corporation
1455 Frazee Road, Suite 820
San Diego, CA 92108-4395

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054-1210

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

TD Auto Finance
6 Atlantis Way
Lewiston, ME 04240-1035

TD Bank, N.A.
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243-9523

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333-9223

The Tones at Central
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618-3146

The Townes at Central Park West Association
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054-2433

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92612-8114

Benjamin Heston
100 Bayview Circle #100
Newport Beach, CA 92660-2963

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2980

Michael Jay Berger
The Law Offices of Michael Jay Berger
9454 Wilshire Blvd.
6th Floor
Beverly Hills, CA 90212-2980

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.