MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E-mail: Michael.Berger@bankruptcypower.com

Counsel for Debtor-in-Possession,
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassen Victor El Mallakh,<br><br>　　　　　Debtor-in-Possession. | Case No.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON DEBTOR'S MOTION TO AVOID BELGIUM INVESTMENTS 960 BAY DR, LLC'S LIEN UNDER 11 U.S.C. § 522 (f)**<br><br>Date: January 11, 2023<br>Time: 10:00 a.m.<br>Courtroom: 5B<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593<br><br>*[Hearing will be conducted remotely via ZoomGov]* |

**TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, TO CREDITORS, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that the hearing on the Debtor's Motion to Avoid Belgium Investments 960 Bay Dr, LLC's Lien Under 11 U.S.C. § 522(f) is set for January 11, 2023 at 10:00 a.m. in Courtroom 5B of the above-captioned courthouse.

This hearing will be conducted using ZoomGov video and audio:

**Video/audio web address: https://cacb.zoomgov.com/j/1600717833**
**ZoomGov meeting number: 160 071 7833**
**.Password: 342966**
**Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666**

For more information on appearing before Judge Albert, please review Judge Albert's

Notice of Video and Telephonic Appearance Procedures at

https://www.cacb.uscourts.gov/judges/honorable-theodor-c-albert-chief-judge.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: 12/13/2022

By:/s/Michael Jay Berger
    Michael Jay Berger
    Attorney for Debtor-in-Possession
    Bassem Victor El Mallakh

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/13/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston     bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller     patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 12/13/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/13/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

## 2. SERVED BY UNITED STATES MAIL

1st lienholder *(name and address)*
Freedom Mortgage Corporation
Attn: Stanley C. Middleman, CEO
951 Yamato Rd., Ste. 175
Boca Raton, FL 33431

1st lienholder *(name)* and Agent for
Service of Process *(name and address)*
CT Corporation, Agent for Service of Process for Freedom Mortgage Corporation
28 Liberty Street
New York, NY 10005

2nd lienholder *(name and address)*
Belgium Investments 960 Bay Dr., LLC a California Corporation
c/o Impact Advocates APC
Attn: Patrick Miller, Esq.
121 S. Oak Ave
Pasadena, CA 91107

2nd lienholder *(name)* and Agent for
Service of Process *(name and address)*
CT Corporation, Agent for Service of Process for Belgium Investments 960 Bay Dr., LLC, a California Corporation
28 Liberty Street
New York, NY 10005

3rd lienholder *(name and address)*
The Townes at Central Park West Association
c/o Community Legal Advisors Inc.
Attn: Mark T. Guithues, Esq.
509 N. Coast Highway
Oceanside, CA 92054

3rd lienholder *(name)* and Agent for
Service of Process *(name and address)*
Isaiah Henry, Agent for Service of Process for The Townes at Central Park West Association
(Chief Executive Officer Graham A. Bowen is also located at this address)
26840 Aliso Viejo
Aliso Viejo, CA 92656

Central Park West Community Association
Attn: Manager
15241 Laguna Canyon Rd
Irvine, CA 92618

4th lienholder *(name)* and Agent for
Service of Process *(name and address)*
Firstservice Agent Corporation
15241 Laguna Canyon Rd.
Irvine, CA 92618

4th lienholder *(name)* and Servicing
Agent *(name and address)*
Central Park West Community
c/o Alterra Assessment Recovery, LLC
Attn: Corey L. Todd, Esq.
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Alternative/additional address
*(name and address)*
**Freedom Mortgage Corporation**
**Attn: Maria Gallucci, Secretary**
**907 Pleasant Valley Avenue**
**Mount Laurel, NJ 08054**
Alternative/additional address
*(name and address)*

**Central Park West Community**
**401 Rockefeller #208**
**Irvine, CA 92612**

Alternative/additional address
*(name and address)*
**The Townes at Central Park West Association**
**Attn: Isaiah Henry**
**15241 Laguna Canyon Rd**
**Irvine, CA 92618**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE