| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>BASSEM VICTOR EL MALLAKH<br><br>Debtor. | CASE NO.: 8:22-bk-11605-TA<br>CHAPTER: 11 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE:  1/11/2023<br>HEARING TIME:  10:00 A.M.<br><br>☐ **Movant intends to appear in person** |

**Movant:** BASSEM VICTOR EL MALLAKH

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Theodor C. Albert, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number)*:

   > **NOTICE OF HEARING ON DEBTOR'S MOTION TO AVOID BELGIUM INVESTMENTS 960 BAY DR, LLC'S LIEN UNDER 11 U.S.C. § 522 (f)**

2. **Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology.** Information on how to participate in the hearing using ZoomGov is provided on the following page of this notice.

3. **If a responding party wishes to appear in person advance notice is required.** The language "[R]esponding party intends to appear in person" must appear prominently below the hearing information in the caption on the first document filed in response to the motion.

4. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

5. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet). The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

6. Individuals also may connect to the hearing by telephone only, using the telephone number provided below. Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

7. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

8. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

9. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

10. The following is the unique ZoomGov connection information for the above-referenced hearing:

Video/audio web address: https://cacb.zoomgov.com/j/1600717833

ZoomGov meeting number: 160 071 7833

Password: 342966

Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666

11. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: 12/13/2022

Law Offices of Michael Jay Berger
Printed name of law firm (if applicable)

/s/Michael Jay Berger
Printed name of individual Movant or attorney for Movant

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON DEBTOR'S MOTION TO AVOID BELGIUM INVESTMENTS 960 BAY DR, LLC'S LIEN UNDER 11 U.S.C. § 522 (f)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/13/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Michael Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 12/13/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/13/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/13/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**

1st lienholder *(name and address)*
Freedom Mortgage Corporation
Attn: Stanley C. Middleman, CEO
951 Yamato Rd., Ste. 175
Boca Raton, FL 33431

1st lienholder *(name)* and Agent for
Service of Process *(name and address)*
CT Corporation, Agent for Service of Process for Freedom Mortgage Corporation
28 Liberty Street
New York, NY 10005

2nd lienholder *(name and address)*
Belgium Investments 960 Bay Dr., LLC a California Corporation
c/o Impact Advocates APC
Attn: Patrick Miller, Esq.
121 S. Oak Ave
Pasadena, CA 91107

2nd lienholder *(name)* and Agent for
Service of Process *(name and address)*
CT Corporation, Agent for Service of Process for Belgium Investments 960 Bay Dr., LLC, a California Corporation
28 Liberty Street
New York, NY 10005

3rd lienholder *(name and address)*
The Townes at Central Park West Association
c/o Community Legal Advisors Inc.
Attn: Mark T. Guithues, Esq.
509 N. Coast Highway
Oceanside, CA 92054

3rd lienholder *(name)* and Agent for
Service of Process *(name and address)*
Isaiah Henry, Agent for Service of Process for The Townes at Central Park West Association
(Chief Executive Officer Graham A. Bowen is also located at this address)
26840 Aliso Viejo
Aliso Viejo, CA 92656

Central Park West Community Association
Attn: Manager
15241 Laguna Canyon Rd
Irvine, CA 92618

4th lienholder *(name)* and Agent for
Service of Process *(name and address)*
Firstservice Agent Corporation
15241 Laguna Canyon Rd.
Irvine, CA 92618

4th lienholder *(name)* and Servicing
Agent *(name and address)*
Central Park West Community
c/o Alterra Assessment Recovery, LLC
Attn: Corey L. Todd, Esq.
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Alternative/additional address
*(name and address)*
**Freedom Mortgage Corporation
Attn: Maria Gallucci, Secretary
907 Pleasant Valley Avenue
Mount Laurel, NJ 08054**
Alternative/additional address
*(name and address)*

**Central Park West Community
401 Rockefeller #208
Irvine, CA 92612**

Alternative/additional address
*(name and address)*
**The Townes at Central Park West Association
Attn: Isaiah Henry
15241 Laguna Canyon Rd
Irvine, CA 92618**

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                F 9013-3.1.PROOF.SERVICE