| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223 Fax: (310) 271-9805<br>michael.berger@bankruptcypower.com | |

☐ Individual appearing without attorney
☑ Attorney for **Bassem Victor El Mallakh**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Bassem Victor El Mallakh**<br><br><br>Debtor(s) | CASE NO.: **8:22-bk-11605-TA**<br>CHAPTER: **11**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br>**BELGIUM INVESTMENT 960 BAY DR, LLC'S MOTION TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER DENYING BELGIUM INVESTMENT 960 BAY DR, LLC'S MOTION TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7** was lodged on (date) **12/22/2022** and is attached. This order relates to the motion which is docket number **67**.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 Page 1                F 9021-1.2.BK.NOTICE.LODGMENT

LodgedOrderUpload.TA — Case 8:22-bk-11605-TA  Doc 80  Filed 12/22/22  Entered 12/22/22 13:54:51  Desc
Main Document    Page 2 of 5

Page 1 of 1



**Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, December 22, 2022

CONFIRMATION :
Your Lodged Order Info:
( **11261374.doc** )
 A new order has been added

- **Office**: Santa Ana
- **Case Title**: Bassem Victor El Mallakh
- **Case Number**: 22-11605
- **Judge Initial**: TA
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 67
- **On Date**: 12/22/2022 @ 01:23 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Michael Jay Berger (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: Michael.berger@bankruptcypower.com

Attorney for Debtor and Debtor-in-Possession
Bassem Essam Victor El Mallakh

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassem Essam Victor El Mallakh,<br><br>Debtor-in-Possession. | CASE NO.: 8:22-BK-11605-TA<br><br>Chapter 11<br><br>**ORDER DENYING BELGIUM INVESTMENTS 960 BAY DR, LLC'S MOTION TO DISMISS AND/OR CONVERT CASE TO CH 7**<br><br>Hearing:<br>Date:    December 21, 2022<br>Time:    10:00 a.m.<br>Courtroom:  5B [via ZoomGov]<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

The hearing on Belgium Investments 960 Bay Dr, LLC's ("Belgium") Motion to Dismiss and/or Convert Case to Ch 7 ("Motion to Dismiss") came on regularly for hearing on December 21, 2022 at 10:00 a.m. before the Honorable Theodor A. Albert, the United States Chief Bankruptcy Judge.

Appearances were stated on the record.

1

Upon consideration of the Motion to Dismiss [docket no.: 67], Debtor's Opposition to Motion to Dismiss [docket no.: 73], Belgium's Reply to Debtor's Opposition to Motion to Dismiss [docket no.: 78], the record in the Debtor's Chapter 11 case, the arguments and representations of counsel, and good cause appearing therefor, the Court orders:

1. That the Motion to Dismiss is denied without prejudice.

IT IS SO ORDERED.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*):   **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **12/22/2022**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/22/2022 | **Peter Garza** | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 2         F 9021-1.2.BK.NOTICE.LODGMENT