# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 28, 2022 through November 21, 2022
Primary Account: ▇▇▇▇▇5650

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00511199 DRE 703 219 32622 NNNNNNNNNNN  1 000000000 14 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE  22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114



## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ▇▇▇▇65650 | $0.00 | $0.00 |
| Chase Savings | 0▇▇▇▇▇▇8865 | 0.00 | 0.00 |
| Total | | $0.00 | $0.00 |
| **TOTAL ASSETS** | | **$0.00** | **$0.00** |

## CHASE TOTAL CHECKING

BASSEM V ELMALLAKH                                                     Account Number: ▇▇▇▇5650
DEBTOR IN POSSESSION CASE  22-11605

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |

Your account ending in 8865 is linked to this account for overdraft protection.

A Monthly Service Fee was **not** charged to your Chase Total Checking account.  Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (You did not have an electronic deposit this statement period)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.
  (Your lowest beginning day balance was $0.00)

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.
  (Your average beginning day balance of qualifying linked deposits and investments was $0.00)



October 28, 2022 through November 21, 2022
Primary Account: ############65650

## CHASE SAVINGS

BASSEM V ELMALLAKH                                                    Account Number: ########8865

DEBTOR IN POSSESSION CASE 22-11605

### SAVINGS SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance as of 11/15/22 | $0.00 |
| Ending Balance | $0.00 |
| Annual Percentage Yield Earned This Period | 0.00% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

**CHASE** 🔾
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 22, 2022 through December 20, 2022
Primary Account: ███████5650

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



00509057 DRE 703 219 35522 NNNNNNNNNNN  1 000000000 14 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE 22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114

**Get tips for spotting a scam**

The four common signs it's a scam are: pretending to be someone you know, pressuring you to act immediately, presenting you with a conditional prize or problem, or asking you to pay in a specific way.

To learn more and see tips on how to help protect your money, visit chase.com/FraudAwareness

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ████5650 | $0.00 | $644.67 |
| Chase Savings | ████8865 | 0.00 | 0.00 |
| **Total** | | $0.00 | $644.67 |
| **TOTAL ASSETS** | | $0.00 | $644.67 |

## CHASE TOTAL CHECKING

BASSEM V ELMALLAKH                                                                              Account Number: ████5650
DEBTOR IN POSSESSION CASE 22-11605

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | $0.00 |
| Deposits and Additions | 8,287.30 |
| Electronic Withdrawals | -250.00 |
| Other Withdrawals | -7,377.63 |
| Fees | -15.00 |
| **Ending Balance** | $644.67 |

Your account ending in 8865 is linked to this account for overdraft protection.

Created With Tiny Scanner



November 22, 2022 through December 20, 2022
Primary Account: ████████5650

The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $0.00 |
| 12/06 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow000027526302 81 Obi=December Rent Bbi=/Chgs/USD0 ,00/ Imad: 1206I1B7031R015021 Trn: 0787310340Ff | 4,000.00 | 4,000.00 |
| 12/06 | Deposit    7340058148 | 1,787.30 | 5,787.30 |
| 12/06 | Domestic Incoming Wire Fee | -15.00 | 5,772.30 |
| 12/07 | Quarterly Fee   Payment    6Ou2Jeae111    Web ID: 1501000502 | -250.00 | 5,522.30 |
| 12/07 | 12/07 Withdrawal | -2,459.21 | 3,063.09 |
| 12/20 | Deposit    7340053339 | 2,500.00 | 5,563.09 |
| 12/20 | 12/20 Withdrawal | -4,918.42 | 644.67 |
|  | Ending Balance |  | $644.67 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (You did not have an electronic deposit this statement period)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account. (Your lowest beginning day balance was $0.00)

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was $1,572.15)

## CHASE SAVINGS

BASSEM V ELMALLAKH                                                                  Account Number: 000003963038865
DEBTOR IN POSSESSION CASE 22-11605

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |
| Annual Percentage Yield Earned This Period | 0.00% |

A monthly Service Fee was **not** charged to your Chase Savings account. You can continue to avoid this fee during any statement period by keeping a minimum daily balance in your account of $300.00 or more.
(Your minimum daily balance was $0)

Created With Tiny Scanner

## TOTAL DISBURSEMENTS FOR NOVEMBER 2023

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 11/01/2022 - 11/31/2022 | | Chevron | Fuel | $218.00 |
| 11/01/2022 - 11/31/2022 | | Fast Express | Car wash | $60.00 |
| 11/01/2022 - 11/31/2022 | | House cleaning | House cleaning | $250.00 |
| 11/01/2022 - 11/31/2022 | | Vons / Ralphs / Trader Joes | Food | $486.00 |
| 11/01/2022 - 11/31/2022 | | Laudry/ Dry Cleaning | Laundry/ Dry Cleaning | $80.00 |
| 11/01/2022 - 11/31/2022 | | Clothing | Clothing | $235.00 |
| 11/01/2022 - 11/31/2022 | | Food | Food | $180.00 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $1,509.00 |

**Debtor used cash for November disbursement because Debtor did not receive DIP checks order from Chase Bank. He confirmed that the order was shipped on December 29, 2022.**