PATRICK MILLER
Email: Patrick.miller@impactadvocateslaw.com
Impact Advocates APC
121 S Oak Ave
Pasadena, CA 91107
Telephone:     213-364-7581

Attorney for Judgement Creditor
BELGIUM INVESTMENTS 960 BAY DR,
LLC A CALIFORNIA CORP.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re Bassem Victor El Mallakh

Case No 8:22-bk-11605-TA
Chapter 11

**REPLY TO OPPOSITION TO CREDITOR'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION; DECLARATION OF PATRICK MILLER**

**Date**: 11 January 2023
**Time**: 10am
**Crtrm**: Virtual/5B

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Creditor Belgium Investments 960 Bay Dr, LLC, a California Corp. ("**Belgium**") herein sets out its REPLY to Debtor's OPPOSITION to its OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION.

1

# **TABLE OF CONTENTS**

2

3

| Section | Description | Page |
|---------|-------------|------|
| I | Introduction. | 3 |
| II | The Legal Standard in California requires an intent to continuously reside—and actual residency—at the subject property. | 3 |
| III | Debtor has the burden of proof to demonstrate his actual occupancy and intent to continuously reside in the Rockefeller Property. | 4 |
| IV | Debtor has failed to meet its burden of proof as to his actual residency—and intent to reside—at the Rockefeller Property. | 4 |
| IV.A | Debtor's evidence cannot be trusted because he fails to address Belgium's important criticism regarding his contradictory witness evidence. | 4 |
| IV.B | Debtor's Submissions do not adequately address Belgium's important criticism regarding the operative lease agreement because this agreement prohibits his residing in the Rockefeller Property. | 5 |
| IV. C | Debtor has not addressed the other indicators that point to Debtor residing elsewhere noted at Section V of the Objection. | 6 |
| IV.D | Debtor's caselaw references regarding the operative date for determining residency are inapposite and ultimately inconsequential. | 7 |
| IV.E | Debtor's evidence is neither persuasive nor comprehensive. | 8 |
| IV.E.1 | Debtor's Declaration is unhelpful and cannot be relied upon absent an explanation for his past contradictory statements. | 9 |
| IV.E.2 | Debtor's documentary evidence is not objective or persuasive. | 9 |
| IV.E.3 | Debtor's documentary evidence is also not complete. | 10 |
| V | Debtor failed to explain why res judicata does not prohibit this court from revisiting the state court's ruling on his entitlement to claim a homestead exemption. | 11 |
| VI | Conclusion. | 13 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## POINTS & AUTHORITIES

**I.      Introduction.**

Debtor's Opposition to Belgium's HS Objection (the "**Opposition**") does not address Belgium's key points for objecting to the claimed HS exemption. The Opposition does not explain Debtor's wholly-contradictory witness evidence regarding his residency. It also doesn't adequately address the lease agreement which prohibits him from residing at the property.

Debtor's affirmative evidence is neither comprehensive, nor persuasive. His one-page Declaration is unhelpful and the scant documents he provides are incomplete and not as objective as the lease agreement noted above. The documents are also not as probative as those Debtor presented in 2021 to establish that he resided in the Santa Monica Property. Given the above, Debtor has failed to meet his burden of proof to demonstrate his entitlement to the exemption.

Separate from the evidentiary issues noted above, Debtor is legally estopped from claiming the HS exemption in these proceedings by virtue of res judicata. Debtor has accepted that all the elements of issue preclusion & claim preclusion have been met in this case. Therefore, this court should not revisit the order of the California state court finding that Debtor is not entitled to claim the homestead exemption over the Rockefeller Property. If the court is minded to make such a ruling, then this might best be postponed until after Debtor proposes his reorganization plan on 1 March 2023.

**II.  The Legal Standard in California requires an intent to continuously reside—and actual residency—at the subject property.**

California Civil Procedure Code Section 704.710(c) states in relevant part: *""Homestead" means **the principal dwelling (1) in which the judgment debtor** or the judgment debtor's spouse* ***resided on the date the judgment creditor's lien attached to the dwelling**, and (2) in which the*

*judgment debtor* or the judgment debtor's spouse **resided continuously thereafter** until the date of the court determination that the dwelling is a homestead.*" (emphasis added).

"*The factors a court considers in determining residency for homestead purposes are the debtor's **physical occupancy** of the property and the **debtor's intent to live there***." (emphasis added)[1]. This intent to reside at the subject property must remain continuous even if there is temporary absence from the property[2].

### III. Debtor has the burden of proof to demonstrate his actual occupancy and intent to continuously reside in the Rockefeller Property.

As set out in Section III of Belgium's Objection to Debtor's HS Exemption (the "**Objection**"), the burden of proof in this instance is governed by California legal principles and requires Debtor to prove that he is entitled to the claimed exemption[3]. It does not appear that Debtor contests that it maintains the burden of proof with respect to this issue. Objective evidence is particularly crucial here since the Debtor's witness evidence is wholly-compromised

### IV. Debtor has failed to meet its burden of proof as to his actual residency—and intent to reside—at the Rockefeller Property.

#### A. Debtor's evidence cannot be trusted because he fails to address Belgium's important criticism regarding his contradictory witness evidence.

Belgium set out in detail the numerous examples where Debtor put forward contradictory, self-serving witness evidence regarding his residency. It also noted the numerous

---

[1] (See In re Bhangoo, 634 B.R. 80, 85–86 (B.A.P. 9th Cir. 2021) (referencing In re Gilman, 887 F.3d at 965 (first citing In re Diaz, 547 B.R. at 335; and then citing Ellsworth v. Marshall, 196 Cal. App. 2d 471, 474, 16 Cal.Rptr. 588 (1961))).
[2] See In re Bhangoo, 634 B.R. 80, 86 (B.A.P. 9th Cir. 2021) (referencing In re Elliott, 523 B.R. at 196-97).
[3] See *In re Bhangoo*, 634 B.R. 80, 85 (B.A.P. 9th Cir. 2021) (See also CPC Sec 703.580(b) & Sec 704.708(a)(1))The records of the Orange County Tax Assessor do not indicate a current homeowner's exemption, ie Debtor is claiming an automatic homestead exemption. See the record from the Orange County Tax Assessor at Ex 1; see also the Declaration of Patrick Miller at paragraph 4.

instances of contradictory evidence from his sister, Reem Hanna. Debtor's submissions do not address these contradictions or explain in any way how such extensive contradictions could be present regarding such a critical issue. The only conclusion that can be drawn is that Debtor's evidence can not be trusted.

As detailed in the Objection and accompanying documents, Debtor stated in February & March 2021 that he hadn't even visited the Rockefeller Property for years and that he lived full-time in his apartment in Santa Monica (the lease for which appears to remain operative). Despite these previous statements, he gave detailed testimony in October 2022 claiming that he resided full-time at the Rockefeller Property since he purchased the townhouse in 2013 and only stays at the Santa Monica Property when necessary for work.

The instances of contradictory statements are so numerous that they will not be replicated here (or even fully set out in the Objection). Debtor has provided no explanation for these numerous contradictory statements in his evidence. Debtor's evidence as to his residency remains transparently self-serving, contradictory and wholly-unreliable.

**B. Debtor's Submissions do not adequately address Belgium's important criticism regarding the operative lease agreement because this agreement prohibits his residing in the Rockefeller Property.**

Given Debtor's unreliable witness evidence, he has an even higher burden to put forward credible, objective evidence <u>and</u> to address Belgium's evidence demonstrating that he does not meet the residency requirements.

In contrast to the limited documents produced by Debtor, the primary issue relevant in the lease agreement signed between Debtor and his sister was the legal right to reside at the Rockefeller Property. This is why it is the most objective, useful piece of evidence as to intention

and actual residency. Debtor's failure to adequately address this key piece of objective, reliable evidence further underscores his failure to prove his entitlement to claim the HS Exemption.

As detailed at Section V of the Objection, the lease agreement does not allow the Debtor (or anyone other than his sister) to occupy the Rockefeller Property. The terms of the lease agreement clearly show that she is the only individual authorized to occupy the premises—and the lease agreement covers the entirety of the property[4]. Furthermore, Debtor confirmed during the recent 341 creditor meetings that the lease agreement is still operative and the only change that has been made concerns the price per month to rent the property[5].

Despite the clear language of the lease agreement highlighted in the Objection, Debtor's Opposition merely states "*the lease agreement between the Debtor and his sister does not bar the Debtor from living in the Rockefeller Property as his primary residence*" without any argument or explanation to support this bald assertion.

Debtor can not claim he resides in the Rockefeller Property, or intends to make it his primary residency, when he has no legal right to occupy the premises.

## C. Debtor has not addressed the other indicators that point to Debtor residing elsewhere noted at Section V of the Objection.

Belgium listed several other indicators that Debtor lives elsewhere at pages 19-20 of its Objection. Debtor failed to address any of these points. One key indicator is the unusual nature of the lease and rental terms agreed with his sister[6]. The original terms of the lease agreement required that she pay $3,000/month to rent the entire property. She is now apparently paying $4,000/month to simply rent a portion of the property. Under similar circumstances, it would be expected for such a tenant to pay a reduced rent to share the premises with her landlord.

---

[4] See footnote 31 of the Objection.
[5] See footnote 31 of the Objection.
[6] See pages 19-20 of the Objection. These issues were canvassed during the 341 creditor meetings and were not contested by Debtor in the Opposition.

REPLY TO OPPOSITION TO OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

1

2    In fact, it is highly irregular that the only source of income to sustain Debtor's Ch 11

3    filing is the rent paid by his sister for her residing at the Rockefeller Property, while he also

4    claims that the property is being utilized as his primary residence.

5    Another key indicator is the fact that Debtor is considering taking on employment which

6    could require he live in Egypt and Los Angeles for most of the year[7].

7    **D.  Debtor's caselaw references regarding the operative date for determining**

8    **residency are inapposite and ultimately inconsequential.**

9    Rather than address the numerous, serious concerns raised in Belgium's Objection, the

10   bulk of Debtor's Opposition focuses on the operative time for determining residency. Debtor

11   contends that the operative time during which residency must be continuously maintained begins

12   as of the filing date of the bankruptcy action. In support for this position, it references 9th circuit

13   cases from Nevada and Oregon (the *BAC* and *Benafel* cases, respectively). However, those cases

14   are inapposite because (i) California law governs the determination of a homestead exemption;

15   and (ii) those cases did not directly concern the ability to claim a homestead exemption.

16   California law requires that the Debtor reside in the property on the date the creditor's

17   lien attached. (See CCP Section 704.710(c)). Belgium's lien attached on 9 November 2020 when

18   its Abstract of Judgement was recorded in Orange County.

19   The court in *In re Bhangoo* noted that "*[a]n automatic homestead exemption arises by

20   operation of law when a party's principal dwelling is sold in a forced sale*." (referencing In re

21   Cumberbatch, 302 B.R. 675, 678 (Bankr. C.D. Cal. 2003) (citing In re Mulch, 182 B.R. 569, 572

22   (Bankr. N.D. Cal. 1995)). "*The filing of bankruptcy petition constitutes a forced sale for

23   purposes of the automatic homestead exemption*." Diaz v. Kosmala (In re Diaz), 547 B.R. 329,

24   334 (9th Cir. BAP 2016) (citing In re Kelley, 300 B.R. at 21)).

---

[7] See pages 19-20 of the Objection. These issues were canvassed during the 341 creditor meetings and were not
contested by Debtor in the Opposition.

REPLY TO OPPOSITION TO OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

Perhaps one could argue that a similar logic would allow for the filing date to be operative in California. However, this reasoning would not apply in the present case because there has already been a forced sale ordered by a state court wherein the court made a specific finding as to the homestead issue—ruling that the Rockefeller Property was not a homestead. Therefore, the operative date for determining residency for homestead purposes has already been established as being the date Belgium's lien attached in November 2020 (see further below).

Notwithstanding the above, Debtor has not established his actual, or intention to, reside in the Rockefeller Property as of any date—either the bankruptcy filing date or the date Belgium's lien attached. The evidence is inconclusive at best and several pieces of evidence actually indicate the Debtor resides at the Santa Monica Property (including his own testimony). As such, the operative date issue is ultimately inconsequential to determining the present Objection.

### E.    Debtor's evidence is neither persuasive nor comprehensive.

California Evidence Code §412 states: "*If weaker and less satisfactory evidence is offered when it was within the power of the party to produce stronger and more satisfactory evidence, the evidence offered should be viewed with distrust.*"

Given Debtor's burden of proof and contradictory evidence, it was incumbent upon him to present a substantial amount of compelling evidence to prove his residency—or at least an amount commensurate with that which he referenced to support the Service of Process Story in 2021 (that he resided in Santa Monica since 2016)). However, Belgium has referenced more objective documentary evidence, particularly the lease agreement showing he does not reside in Rockefeller. Debtor has merely submitted a one-page Declaration supported by a limited set of 'cherry-picked' documents which are not objective or persuasive—and even this limited set of documents appears incomplete.

Debtor can not claim to have met his burden to prove that he resides, and intends to continue residing, at the Rockefeller Property without credible, persuasive evidence and explanations that address Belgium's points noted above.

### 1. Debtor's Declaration is unhelpful and cannot be relied upon absent an explanation for his past contradictory statements.

Debtor submitted a one-page Declaration with his Opposition that does not address any of his contradictory evidence over the years and appears to be mainly a reproduction of the text from the Opposition. In fact, the text of paragraph 3 inexplicably ends in the middle of a sentence—indicating that this was not reviewed by the Declarant before it was signed.

No reliance should be placed on this Declaration without explanation for his, and his sister's, previous inconsistent statements.

### 2. Debtor's documentary evidence is not objective or persuasive.

Debtor attaches a few documents to his Declaration purportedly demonstrating his residency in the Rockefeller Property. However, these documents are not objective or persuasive because the address information provided is not questioned by the recipient—therefore, it is simply a reproduction of Debtor's own contradictory, unreliable statements.

In fact, it is clear that the address information provided by Debtor to third parties is not reliable evidence because several other documents show address information which contradicts Debtor's stated position as to his residency. For example, the claim filed by TD Bank NA arises from Debtor's purchase of a Mercedes Benz automobile in August 2016. The Proof of Claim documentation shows Debtor's address as 405 Rockefeller, Unit A056, Irvine CA, 92612[8]. However, at that time Debtor claims to have resided at 116 Rockefeller. This either means

---

[8] See the Proof of Claim documents at Ex 2; see also the Declaration of Patrick Miller at paragraph 5.

REPLY TO OPPOSITION TO OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

Debtor has again testified falsely regarding his residency—or Debtor does not always provide accurate address information to third parties.

Another example of this problem can be found in documents associated with Debtor's bank accounts. Debtor recently produced documents associated with his bank accounts with Chase Bank & Wells Fargo to support his current claim that he resides at the Rockefeller Property. But he also produced similar documents from these same banks in 2021 showing he lives in the Santa Monica Property (despite his recent testimony that at the time he resided in the Rockefeller Property)[9]. Debtor's bank documents are not reliable evidence as to his residency.

Debtor's bankruptcy filings are also not reliable since he's already accepted that the Ch 13 filing contains egregious errors. Debtor's Ch 13 filing contains a factual inaccuracy so egregious that it was the subject of bad faith submissions (where Belgium highlighted the improbability that Debtor accidentally listed his assets & liabilities at $0-$50,000 when he was well-aware of Belgium's judgement). There is no reason to suspect that the current Ch 11 filing information is accurate when it is only being tested for the first time through this Objection.

In summary, the address information which Debtor provides to uninterested third parties, or within untested documents, is not helpful to determine his actual residency.

### 3. Debtor's documentary evidence is also not complete.

There are a number of documents that Debtor could have provided to demonstrate his residency which were not included. He could have exhibited his Driver's License Registration information or a copy of his Driver's license. It's likely he also has photos during the relevant time period which indicate where he resides. These items have not been listed at random—they

---

[9] See the bank documents from Wells Fargo & Chase (indicating Debtor resides in the Santa Monica Property) at Ex 3; see also the Declaration of Patrick Miller at paragraph 6.

REPLY TO OPPOSITION TO OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

were actually referenced in 2021 as evidence that Debtor resided in the Santa Monica Property[10].

His failure to provide documents such as these should be viewed adversely.

There are also several other types of documents from utility providers, cell phone service

providers, and other bills which might prove useful for these purposes.

In addition to Debtor failing to produce the full scope of documents within his control, he

has not even produced full sets of the documents he has indicated have been produced.

Disconcertingly, Debtor stated in his Declaration that he provided "*first pages of my prepetition

2019-2022 tax returns*". This indicates he would be providing <u>four</u> separate returns from the

years 2019 until 2022[11]. However, he only provided the first pages from <u>two</u> tax returns, for the

years 2019 and 2021[12]. He also failed to provide any of his California state tax returns.

One would suspect that the reason he failed to provide the full set of tax returns—even

the returns he stated were provided—is because the information contained in those documents

would contradict his most recent claims of residing at the Rockefeller Property.

**V. Debtor failed to explain why res judicata does not prohibit this court from revisiting
the state court's ruling on his entitlement to claim a homestead exemption.**

The only submissions made by the Debtor concerning res judicata were that: "*Belgium's

res judicata argument that another Court purportedly made a finding that the Debtor was

previously not living at the Rockefeller Property is irrelevant because the Debtor was living at

the Rockefeller Property at the time the Debtor's bankruptcy case was filed.*"

Importantly, Debtor has not contested any specific element of the res judicata test for

issue or claim preclusion. Instead, it merely argues that this ruling is somehow *irrelevant*.

---

[10] See Debtor's Driver's License (indicating he resides at the Santa Monica Property) at Ex 4; see also the
Declaration of Patrick Miller at paragraph 7.
[11] We must note that the necessary implication from the inclusion of these returns is that Debtor lied under oath in
2021 when he stated unequivocally that he resided in the Santa Monica Property.
[12] See pages 20 & 21 of the Opposition.

REPLY TO OPPOSITION TO OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notwithstanding Debtor's opinions, the fact that each element of the res judicata test is met in these circumstances speaks heavily to the relevance of the state court's ruling—and underscores why his present homestead exemption claim is precluded by virtue of res judicata.

Debtor has also misstated the state court's findings, as the court specifically ruled that "*the property is not subject to any homestead exemption*" (not simply that Debtor was previously not living there)[13]. Debtor has not cited any cases in California (or elsewhere) that involve a bankruptcy court overturning a ruling on a homestead exemption by a state court which was issued shortly before the bankruptcy filing.

Courts generally disfavor revisiting (much less overturning) the rulings made by other courts. This allows for comity & good order between the courts. It also provides security to the prevailing party that it will not be forced to relitigate the same issue in another forum.

It's particularly important to honor the state court's order in this instance as it came within the context of a years-long enforcement matter over which it presided. As detailed in the Objection and attached Declaration, the state court considered whether Debtor should provide an undertaking to secure Belgium's judgement during a hearing in September 2021. Debtor's counsel indicated that the Rockefeller Property would be available to satisfy Belgium's judgement if Debtor's appeal was unsuccessful (which it was). The court decided against requiring an undertaking at that time but also specifically required that Belgium's levy on the Rockefeller Property should be maintained[14].

---

[13] See the Declaration of Patrick Miller dated 23 Nov 2022 at paragraphs 21-22; see also Exhibit 13 to the same.
[14] See the Declaration of Patrick Miller dated 23 Nov 2022 at paragraph 20 and the Declaration in support of this Reply at paragraph 8; see also Ex 5.

REPLY TO OPPOSITION TO OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

1    After Debtor's Florida appeal was unsuccessful, the state court specifically ruled that

2    Debtor was not entitled to claim the homestead exemption and the property should be sold

3    without reference to the homestead exemption provisions of the CCP[15].

4    Overturning a ruling by a state court would be a serious issue that requires careful

5    consideration. Rather than providing this court with substantial submissions to weigh in the

6    balance, Debtor put forward one sentence that inaccurately summarized the key issue. Debtor's

7    limited submissions reflect the relative strength of Belgium's arguments—and demonstrate why

8    the state court ruling should not be overturned.

9    In fact, given the importance of this issue and the context of the present bankruptcy

10    action, it may be prudent to postpone a final judgement on the homestead issue until after Debtor

11    proposes his reorganization plan on 1 March 2022. This is because Belgium plans to re-

12    commence its enforcement efforts pursuant to the state court sale order if Debtor's plan is

13    unsatisfactory and the bankruptcy case is dismissed. A conflicting ruling from a bankruptcy court

14    could unnecessarily complicate Belgium's enforcement efforts. Although postponement would

15    only be necessary if this court was minded to overturn the state court ruling.

**VI.    Conclusion.**

16    Belgium respectfully requests that this court sustain its objection to the claimed

17    homestead exemption and issue any other relief it deems necessary and proper.

Dated:        4 Jan 2023                          Impact Advocates APC

By_____

        Patrick Miller
        Attorney for
        Belgium Investments

---

[15] See the Declaration of Patrick Miller dated 23 Nov 2022 at paragraphs 21-22; see also Exhibit 13 to the same.

REPLY TO OPPOSITION TO OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

1

Patrick Miller, Esq., SBN 301819
Impact Advocates APC
121 S. Oak Ave.
Pasadena, CA 91107
213-364-7581
Patrick.miller@impactadvocateslaw.com

2

3

4

5

Attorney for the Creditor
Belgium Investments 960 Bay Dr,
LLC, a California Corp

6

7

UNITED STATES BANKRUPTCY COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10

Case No.: 8:22-bk-11605-TA )
Ch 11 )

11

)

12

)
DECLARATION OF PATRICK MILLER )
IN SUPPORT OF THE REPLY TO )
OPPOSITION TO CREDITOR'S )
OBJECTION TO DEBTOR'S CLAIMED )
HOMESTEAD EXEMPTION )

13

IN RE BASSEM VICTOR EL MALLAKH

14

15

)
)
_____ )

16

)

17

Hearing Date:  11 January 2023 )
Hearing Time: 10:00 AM )
Dept.: 5B/Virtual )

18

)
)

19

20

DECLARATION

21

1. I, Patrick Miller, am counsel for the Creditor Belgium Investments 960 Bay Dr, LLC, a

22

California Corp. ("**Belgium**"). I have read the Reply to Opposition to Creditor's

23

Objection to Debtor's Homestead Exemption and know the contents thereof. The same

24

is true of my own knowledge, except as those matters that are stated on information and

25

belief, and as to these matters, I believe them to be true.

26

2. I am over the age of 18 years and am fully familiar with the facts and circumstances

27

surrounding my declaration and could and would competently testify thereto if called

28

upon to do so.

3.  I was engaged as counsel for the Defendant in April 2020 in order to enforce the judgement obtained in the Florida courts against the Debtor, Bassem Essam Victor El Mallakh.

4.  I reviewed the records of the Orange County Recorder's online grantor database and these do not indicate the presence of a claimed homestead exemption over the Rockefeller Property. Additionally, I reviewed records from the Orange County Tax Assessor which do not indicate the presence of a claimed homestead exemption over the Rockefeller Property. Attached to this declaration as Ex 1 is a true and correct copy the record of the Orange County Tax Assessor that I reviewed.

5.  I reviewed the Proof of Claim documentation filed by TD Bank NA which shows that the Debtor's address in August 2016 was 405 Rockefeller. However, Debtor has also stated previously that he resided at 116 Rockefeller during this time period. Attached to this declaration as Ex 2 is a true and correct copy the record of the Proof of Claim documents that I reviewed.

6.  Attached to this declaration as Ex 3 are true and correct copies of the documents from Wells Fargo and Chase bank which Debtor stated in February 2021 supported his claims to reside in the Santa Monica Property.

7.  I reviewed the Transcripts of the Deposition of Bassem Essam El Mallakh dated 18 March 2021 (which is at Ex 7 of the Objection). During this deposition, he references several photographs contained in his cellular phone to support the point that he was residing in Santa Monica at the relevant time. He also discusses his Driver License Registration and provides a copy of his Driver's License to support his residing in the Santa Monica Property (despite his recent evidence to the contrary). Attached to this declaration as Ex 4 is a true and correct copy of Debtor's Driver's License provided at the time.

8.  Attached to this declaration as Ex 5 is a true and correct copy of the Minute Order from the September 2021 hearing where "the Court orders that the levy [on the Rockefeller Property] be maintained pending the outcome of the appeal.".

9.  I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/4/23

_____

Patrick Miller

# EXHIBIT "1"

**COUNTY OF ORANGE CALIFORNIA**

Orange County Treasurer-Tax Collector
P.O. BOX 1438 • Santa Ana, CA 92702-1438
601 N. Ross Street, Building 16, Santa Ana
Office Hours: 8:00 AM-5:00 PM Monday - Friday
Phone Hours: 9:00 AM-5:00 PM (714) 834-3411
ocgov.com/octaxbill

**INTERNET COPY**

## 2020-21 SECURED PROPERTY TAX BILL

For Fiscal Year Beginning July 1, 2020 and Ending June 30, 2021

0047852-0047852 PDFE----- 924709 OCT017

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE
ONLINE PER CA GOV CODE §6254.21**

**DID YOU KNOW?**
Sign up to receive a text/email due date reminder at ocgov.com/octaxreminder
Pay online at ocgov.com/octaxbill to receive same day credit, no service fee by eCheck and an emailed receipt.
Mailed payments must have a USPS postmark on or before the last timely payment date. If you wait until the last day to mail your payment, get your envelope hand-stamped with a postmark to ensure it is timely.

**PROPERTY LOCATION**

116 ROCKEFELLER IRVINE

| ASSESSED VALUES & EXEMPTIONS AS OF JANUARY 1, 2020 | | |
| --- | --- | --- |
| DESCRIPTION | FULL VALUE | COMPUTED TAX |
| LAND | 454,676 | |
| IMPROVEMENTS - BUILDING | 370,289 | |
| TOTAL VALUES: | 824,965 | 12,093.96 |
| TOTAL NET TAXABLE VALUE: | 824,965 | 12,093.96 |

**OWNER OF RECORD AS OF 12:01 AM, JANUARY 1, 2020**

**ASSESSEE NAME AND ADDRESS ARE NOT AVAILABLE ONLINE PER CA GOV CODE §6254.21**

## CORTAC

| PARCEL NO. (APN) | TAX RATE AREA | 1st Installment DUE 11/1/20 | | 2nd Installment DUE 2/1/21 | | TO PAY BOTH INSTALLMENTS BY 12/10/20 |
| --- | --- | --- | --- | --- | --- | --- |
| 930-243-45 | 26-037 | $6,046.98 | + | $6,046.98 | = | $12,093.96 |

### IMPORTANT INFORMATION

#### INFORMATION COPY

YOUR MORTGAGE LENDER HAS REQUESTED THIS INFORMATION FOR PAYMENT OF TAXES ON YOUR BEHALF

LOCATED ON AP 445-231-37

| VOTER APPROVED TAXES AND SPECIAL ASSESSMENTS | | | |
| --- | --- | --- | --- |
| SERVICE AGENCY | RATE | VALUE | TAXES |
| BASIC LEVY RATE | 1.00000 | 824,965 | 8,249.65 |
| SANTA ANA UNIFIED | .08127 | 824,965 | 670.44 |
| RNCHO SANTIAGO COM COLL | .02768 | 824,965 | 228.35 |
| RANCH SANTIAGO-SANTA ANA SFID NO. 1 | .01752 | 824,965 | 144.54 |
| METRO WATER D-MWDOC | .00350 | 824,965 | 28.87 |
| SPECIAL ASSESSMENT CHARGES | | PHONE NO. | |
| MOSQ.FIRE ANT ASSMT | | (800)273-5167 | 4.62 |
| VECTOR CONTROL CHG | | (800)273-5167 | 0.67 |
| MWD WATER STDBY CHG | | (866)807-6864 | 10.08 |
| LNDSCP & LTG #1 | | (866)807-6864 | 50.50 |
| SANTA ANA USD CFD 2004-1 | | (877)250-1503 | 1,102.88 |
| IRVINE CFD 2004-1 | | (866)807-6864 | 1,603.36 |
| TOTAL CHARGED | 1.12997 | | 12,093.96 |

FOR DETAILS OF TAX TYPES, VISIT OUR WEBSITE AT OCGOV.COM/OCTAXBILL

THERE WILL BE A $26.00 FEE FOR EACH PAYMENT RETURNED UNPAID BY YOUR BANK FOR ANY REASON

F074-453 (2020)

| FIRST INSTALLMENT DUE 11/1/20 → DELINQUENT AFTER 12/10/20 | $6,046.98 | SECOND INSTALLMENT DUE 2/1/21 → DELINQUENT AFTER 4/12/21 | $6,046.98 | TOTAL DUE AND PAYABLE → | $12,093.96 |
| --- | --- | --- | --- | --- | --- |

### INFORMATION COPY

YOUR MORTGAGE LENDER OR BANK HAS REQUESTED YOUR TAX BILL INFORMATION IN ORDER TO PAY YOUR TAXES. THIS NOTICE IS FOR YOUR PERSONAL RECORDS ONLY. IF YOU NO LONGER HAVE AN IMPOUND ACCOUNT OR IF YOUR BANK SHOULD NOT BE PAYING YOUR TAXES THIS YEAR, YOU MAY USE THIS STATEMENT TO PAY THIS TAX BILL. PAY YOUR TAX BILL ONLINE AT **OCGOV.COM/OCTAXBILL** OR MAIL A CHECK PAYABLE TO COUNTY OF ORANGE. PLEASE WRITE YOUR **PARCEL NUMBER** ON YOUR CHECK.

### NO LONGER HAVE AN IMPOUND ACCOUNT?

YOU ARE RESPONSIBLE FOR PAYING YOUR PROPERTY TAXES, AND WILL NOT BE RECEIVING ANOTHER BILL FOR THIS FISCAL YEAR. YOU CAN VIEW WHETHER THERE ARE ANY PROPERTY TAXES DUE ONLINE AT OCGOV.COM/OCTAXBILL BY INPUTTING YOUR ADDRESS AND VIEWING YOUR CURRENT YEAR PROPERTY TAX BILL. IF YOU NEED TO PAY THE TAXES, YOU CAN EITHER GO ONLINE TO PAY THEM USING AN ECHECK (YOUR BANK ACCOUNT) FOR FREE AT OCGOV.COM/OCTAXBILL OR YOU CAN WRITE A CHECK AND MAIL IT TO:

COUNTY OF ORANGE
ATTN: TREASURER-TAX COLLECTOR
P.O. Box 1438
Santa Ana, CA 92702-1438

# EXHIBIT "2"

**Fill in this information to identify the case:**

Debtor 1 _____Bassem Victor El Mallakh_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number 8:22-bk-11605-TA

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

TD Bank, N.A., successor in interest to TD Auto Finance LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   TD Auto Finance LLC

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Randall P. Mroczynski, Esq.
Name

CTGD&W, 535 Anton Blvd., 10th Floor
Number   Street

Costa Mesa          CA          92626
City                State        ZIP Code

Contact phone  (714) 431-1100

Contact email  rmroczynski@cookseylaw.com

**Where should payments to the creditor be sent?** (if different)

TD Bank, N.A., successor in interest to TD Auto Finance LLC
Name

P.O. Box 16041
Number   Street

Lewiston          ME          04243
City                State        ZIP Code

Contact phone  _____

Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____
                                                                   MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  9  7  8  7

---

**7. How much is the claim?**  $_____6,732.97_____ . **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

---

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☑ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:**  Certificate of Title

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____15,000.00

**Amount of the claim that is secured:**  $_____6,732.97

**Amount of the claim that is unsecured:**  $_____0.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____6,392.74

**Annual Interest Rate** (when case was filed) __4.25__ %

☑ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

### Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/28/2022
                  MM / DD / YYYY

Signature _____

**Print the name of the person who is completing and signing this claim:**

| Name | Randall P. Mroczynski |
|---|---|
| | First name          Middle name          Last name |
| Title | Attorney for Creditor |
| Company | Cooksey, Toolen, Gage, Duffy & Woog |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 535 Anton Boulevard, 10th Floor |
| | Number          Street |
| | Costa Mesa          CA          92626 |
| | City          State          ZIP Code |
| Contact phone | (714) 431-1100          Email   rmroczynski@cookseylaw.com |

Itemized Statement Required by Bankruptcy Rule 3001(c) (2) (A) as of
Petition Date

TD Auto Finance LLC

| Debtor Name: | Bassem Victor El Mallakh |
|---|---|
| Account Number: | XXXXXX9787 |
| | |
| Principal Balance: | $    5,954.02 |
| Interest: | $      472.35 |
| Late Fees: | $        81.60 |
| Attorneys' Fees: | $      225.00 |
| | |
| Amount of Claim: | $    6,732.97 |

# RETAIL INSTALLMENT SALE CONTRACT — SIMPLE FINANCE CHARGE

| Dealer Number | Contract Number | R.O.S Number | Stock Number | Buyer Number |
|---|---|---|---|---|
| 59344 | | 63296876 | | 14269 |

**BARDIN & KESSLER**
**405 NORTH EUCLID**
**IRVINE CA 92617**
**ORANGE** (949) 413-3214

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2016 | MERCEDES-BENZ C-CLASS | 19571 | 55SWF4JB7GU106746 | Personal, family or household unless otherwise indicated below. ☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 14900.00 is $ 39135.12 |
|---|---|---|---|---|
| 5.990 % | $ 3966.07 (e) | $ 20258.28 (e) | $ 24225.12 (e) | |

(e) means an estimate

### YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| | N/A | |
| One Payment of | N/A | |
| One Payment of | N/A | |
| 71 | 336.46 | Monthly beginning 10/09/16 |
| One final payment | 336.46 | 9/9/22 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.

**Prepayment.** If you pay early, you may be charged a minimum finance charge.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information.** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories .................... $ 31000.00
      1. Cash Price Vehicle ........................... $ 31000.00 (A)
      2. Cash Price Accessories ..................... $ N/A
      3. Other (Nontaxable) .......................... $ N/A
         Describe _____
      4. Other (Nontaxable) .......................... $ N/A
         Describe _____
   B. Document Processing Charge (not a governmental fee) .............. $ 80.00 (C)
   C. Emissions Testing Charge (not a governmental fee) .............. $ 50.00 (C)
   D. (Optional) Theft Deterrent Device(s)
      1. (paid to) THEFT PATROL ...................... $ 995.00 (TP)
      2. (paid to) _____ .......................... $ N/A
      3. (paid to) _____ .......................... $ N/A
   E. (Optional) Surface Protection Product(s)
      1. (paid to) _____ .......................... $ N/A
      2. (paid to) _____ .......................... $ N/A
   F. EV Charging Station (paid to) _____ ...... $ N/A
   G. Sales Tax (on taxable items in A through E) ........ $ 2570.00
   H. Electronic Vehicle Registration or Transfer Charge (not a governmental fee) (paid to) ___ .... $ N/A
   I. (Optional) Service Contract(s)
      1. (paid to) _____ .......................... $ N/A
      2. (paid to) _____ .......................... $ N/A
      3. (paid to) _____ .......................... $ N/A
      4. (paid to) _____ .......................... $ N/A
   J. Prior Credit or Lease Balance (e) paid by Seller to Vehicle 1 N/A (paid to) ___ .... $ N/A
      (see downpayment and trade-in calculation)
   K. (Optional) Debt Cancellation Agreement ............ $ N/A
   L. (Optional) Used Vehicle Contract Cancellation Option Agreement ..... $ N/A
   M. Other (paid to) _____ ....................... $ N/A
   N. Other (paid to) _____ ....................... $ N/A
      For _____

   Total Cash Price (A through N) ................... $ 34695.00
2. Amounts Paid to Public Officials
   A. Vehicle License Fees .............. Estimate ...... $ 615.00 (B)
   B. Registration/Transfer/Titling Fees ............. $ 40.00 (B)
   C. California Tire Fees ........................... $ N/A
   D. Other Smog Abatement/Transfer Fee .......... $ N/A
   Total Official Fees (A through D) ................ $ 655.00
3. Amount Paid to Insurance Companies
   (Total premiums from Statement of Insurance) ..... $ N/A
   ☒ 4.X State Emissions Certification Fee or ☐ State Emissions Exemption Fee .... $ 8.25 (H)
5. Subtotal (1 through 4) ........................... $ 35158.25
6. Total Downpayment
   A. Total Agreed Value of Property being Traded-in (see Trade-in Vehicle(s))
      Vehicle 1 $ 4900.00 Vehicle 2 $ 0.00 ..... $ 4900.00
   B. Total Less Prior Credit or Lease Balance (e)
      Vehicle 1 $ 0.00 Vehicle 2 $ 0.00
   C. Total Net Trade-in (A plus B) (indicate if negative number)
      Vehicle 1 $ 4900.00 Vehicle 2 $ 0.00 ..... $ 4900.00
   D. Deferred Downpayment Payable to Seller ........ $ N/A
   E. Manufacturer's Rebate ......................... $ N/A
   F. Other _____ ............................ $ N/A
   G. Cash, Cash Equivalent, Check, Credit Card, or Debit Card ..... $ 10000.00 (D)
   Total Downpayment (C through G) .................. $ 14900.00
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J above)
7. Amount Financed (5 less 6) ..................... $ 20258.25

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | Term | Premium |
|---|---|---|
| N/A Ded Comp., Fire & Theft | | $ N/A |
| N/A Ded Collision | | $ N/A |
| Bodily Injury | N/A | Mos. or $ N/A |
| Property Damage | N/A | Mos. or $ N/A |
| Medical | N/A | Mos. or $ N/A |

Total Vehicle Insurance Premiums ..... $ N/A

UNLESS A CHARGE IS INCLUDED IN THE AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in Item 1K of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term _____ $ N/A
Debt Cancellation Agreement
I want to buy a debt cancellation agreement.
Buyer Signs X _____

**OPTIONAL SERVICE CONTRACT(S).** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in Item 1I.

| Company | | Term | | Mos. or ___ mi. |
|---|---|---|---|---|
| Company | | Term | | Mos. or ___ mi. |
| Company | | Term | | Mos. or ___ mi. |
| Company | | Term | | Mos. or ___ mi. |

Buyer Signs X _____

### Trade-in Vehicle(s)

**1. Vehicle 1**

| Year | Make | | |
|---|---|---|---|
| 2016 | MERCEDES-BENZ | | |
| Model | C-CLASS | | 106745 |
| VIN | WDDGF54X26R241086 | | |

a. Agreed Value of Property ..................... $ 4900.00
b. Buyer/Co-Buyer Retained Trade Equity ....... $ 0.00
c. Agreed Value of Property ..................... $ 4900.00
d. Pre-Credit or Lease Balance (a-b) ........... $ 0.00
e. Prior Credit or Lease Balance $ 0.00
   (for buyer/co-buyer to retain equity)
f. Net Trade-in (c-d) (must be 0 for buyer/co-buyer to retain equity) .... $ 4900.00

**2. Vehicle 2**

| Year | Make | | |
|---|---|---|---|
| Model | | | Odometer ___ |
| VIN | | | |

a. Agreed Value of Property ..................... $ 0.00
b. Buyer/Co-Buyer Retained Trade Equity ....... $ 0.00
c. Agreed Value of Property ..................... $ 0.00
d. Prior Credit or Lease Balance (a-b) ........ $ 0.00
e. Prior Credit or Lease Balance $ 0.00
   (for buyer/co-buyer to retain equity)
f. Net Trade-in (c-d) (must be 0 for buyer/co-buyer to retain equity) .... $ 0.00

Total Agreed Value of Property Being Traded-in (1a+2a) .... $ 4900.00
Total Prior Credit or Lease Balance (1e+2e) .... $ 0.00
Total Net Trade-in (1f+2f) .... $ 4900.00
(*See item 6A-4C in the Itemization of Amount Financed)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before _____ , Year ___ .

SELLER'S INITIALS _____

**Tradein Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-in Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-in Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-in Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-in Vehicle(s), Seller will refund to you any overage Seller receives from your lienholder or lessor. Except as stated in the "NOTICE" on page 4 of this contract, if you accept any proceeds of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-in Vehicle(s) or any refund(s).

Seller X _____   Co-Buyer X _____

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked.

☐ Name of autobroker receiving fee, if applicable: _____

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and us must sign it. No oral changes are binding.

Buyer Signs X _____   Co-Buyer Signs X _____

SELLER'S RIGHT TO CANCEL. If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on the back give the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

Buyer X _____   Co-Buyer X _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.

WARNING: THE INSURANCE POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE WE OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD. FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT. THE BUYER SIGNING BELOW TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

B/S X _____

### NO ADDITIONAL TERMS TO BE ENTERED IN THIS BOX

Notice to buyer: Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the department of motor vehicles. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____   Co-Buyer Signature X _____

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

Buyer Signature X _____   Co-Buyer Signature X _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X _____

GUARANTY. To induce the seller to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing under this contract, he/she will have to pay the total amount owing even if other persons also sign as Guarantor(s). You need not be sued first. Each Guarantor agrees to be liable even if we give an extension of the time for paying, (1) gives the Buyer more or less money in any sale or transfer of payments. (2) releases any of the collateral, and (3) releases any Co-buyer or Guarantor(s). (2) otherwise each individual has a settlement relating to the contract of Guaranty in full. Each Guarantor acknowledges receipt of a completed copy of this contract and of any Guaranty, notice of the amount owed, non-performance, and default, and notices of the amount being at any time, and of any demands upon the Buyer.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance and default, and indicates of the amount being at any time, and of any demands upon the Buyer.

X _____   Address _____
X _____   Address _____

Seller BY GEORGE AUTO CENTER _____

Date _____   By _____

**ORIGINAL LIENHOLDER**

LAW FORM NO. 553-CA (rev 7/16)

**OTHER IMPORTANT AGREEMENTS**

**1. FINANCE CHARGE AND PAYMENTS**

a. How we will figure Finance Charge.

b. How late payments or early payments change what you must pay.

c. You may prepay.

d. You may prepay.

**2. YOUR OTHER PROMISES TO US**

a. If the vehicle is damaged, destroyed, or missing.

**GAP LIABILITY NOTICE**

b. Using the vehicle.

c. Security Interest.

d. Insurance you must have on the vehicle.

e. What happens to returned insurance, maintenance, service, or other contract charges.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. You may owe late charges.

b. You may have to pay all you owe at once.

c. You may have to pay collection costs.

d. We may take the vehicle from you.

e. How you can get the vehicle back if we take it.

f. We will sell the vehicle if you do not get it back.

**4. WARRANTIES/SELLER DISCLAIMS**

If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

**5. Used Car Buyers Guide.**

**6. SERVICING AND COLLECTION CONTACTS**

**7. APPLICABLE LAW**

**8. WARRANTIES OF BUYER**

**CREDIT DISABILITY INSURANCE NOTICE CLAIM PROCEDURE**

**Seller's Right to Cancel**

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Seller assigns its interest in this contract to **TD Auto Finance LLC** (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned without recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse

Seller **St. George Auto Center**   By   Title **OWNER**

Form No. 553-CA 7/16



# TD Auto Finance

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| Account Number | 9787 | Financed Date | 8/25/2016 |
| Loan Number | 9787 | Perfected Date | 10/27/2016 |
| Branch | 294 | Payoff Date | |
| | | | |
| Borrower 1 | ELMALLAKH, BASSEM | Dealer ID | 17032 |
| Borrower 2 | | Dealer | ST GEORGE AUTO SALES INC |
| Borrower Address | 405 ROCKEFELLER UNIT A506 IRVINE, CA 92612 | Dealer Address | 10325 CENTRAL AVE MONTCLAIR, CA 91763 |

### Lienholder

| | | |
|---|---|---|
| ELT Lien ID | A79 | |
| Lienholder | TD AUTO FIN LLC | |
| Lienholder Address | PO BX 997551 SACRAMENTO, CA 95899 | |
| Lien Release Date | | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| VIN | 55SWF4JB7GU106746 | Issuance Date | 10/25/2016 |
| Title Number | | Received Date | 10/27/2016 |
| Title State | CA | ELT/Paper | ELECTRONIC |
| Year | 2016 | Odometer Reading | 19571 08/25/2016 |
| Make | MERZ | Branding | |
| Model | | | |
| | | | |
| Owner 1 | ELMALLAKH BASSEM E | | |
| Owner 2 | | | |
| Owner Address | 405 ROCKEFELLER IRVINE, CA 92612 | | |

**Printed:** Friday, July 15, 2022 1:47:57 PM PST

# EXHIBIT "3"

🔒 secure05c.chase.com

**EXHIBIT 9**



**CHASE** ◻

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 21, 2020 through September 21, 2020
Account Number:

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00169782 DRE 703 219 26620 NNNNNNNNNNN  1 000000000 14 0000
BASSEM V ELMALLAKH
525 BROADWAY APT 5037
SANTA MONICA CA 90401-2964



## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
| --- | --- |
| Beginning Balance | $8,707.00 |
| Deposits and Additions | 3,000.00 |
| ATM & Debit Card Withdrawals | -2,130.93 |
| Fees | -15.00 |
| Ending Balance | $9,561.07 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| | Beginning Balance | | $8,707.00 |
| 08/21 | Card Purchase     08/21 Pizza Hut 026176 Https://lpcha CA Card 3223 | ▬ | 8,687.02 |
| 08/24 | Card Purchase     08/22 Apple.Com/Bill 866-712-7753 CA Card 3223 | -7.99 | 8,679.03 |
| 08/24 | Card Purchase     08/22 Mercedes Benz of Encino Encino CA Card 3223 | -282.42 | 8,396.61 |
| 08/24 | Card Purchase     08/23 Tst* Pono Burger Santa Monica CA Card 3223 | -31.32 | 8,365.29 |
| 08/24 | Card Purchase     08/23 Apple.Com/Bill 408-974-1010 CA Card 3223 | -11.99 | 8,353.30 |
| 08/24 | Card Purchase     08/24 Tst* Pono Burger Santa Monica CA Card 3223 | -42.61 | 8,310.69 |
| 08/24 | Card Purchase     08/24 Tst* Pono Burger Santa Monica CA Card 3223 | -3.31 | 8,307.38 |
| 08/27 | Card Purchase With Pin  08/27 Ralphs 0292 Santa Monica CA Card 3223 | -62.53 | 8,244.85 |
| 08/27 | Card Purchase With Pin  08/27 Vons #2262 Santa Monica CA Card 3223 | ▬ | 8,178.42 |
| 08/27 | Card Purchase With Pin  08/27 Bay Cities Ital Santa Monica CA Card 3223 | ▬ | 8,165.60 |
| 08/28 | Card Purchase     08/28 Sugarfish- Santa Moni Santa Monica CA Card | ▬ | 8,117.00 |
| 08/28 | Card Purchase     08/28 Apple.Com/Bill 866-712-7753 CA Card 3223 | -14.99 | 8,102.01 |
| 08/28 | Card Purchase With Pin  08/28 Bloomys    028 10250 Century City CA Card | -65.15 | 8,036.86 |
| 08/31 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Inc Truvite US Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Santa Monica CA 90401-2964 US/Ac- 000000003755 Rfb=Ow00000930147165 O Bii=SEP Bbi=/Chgs/USD0,00/ Imad: 08311IB7031R002946 Trn: 0934209244FI | 3,000.00 | 11,036.66 |
| 08/31 | Card Purchase     08/27 Santa Monica Proper H Santa Monica CA Card | -585.10 | 10,451.76 |
| 08/31 | Domestic Incoming Wire Fee | -15.00 | 10,436.76 |
| 09/01 | Card Purchase     08/31 Ralphs 0044 Los Angeles CA Card 3223 | -6.58 | 10,430.18 |
| 09/08 | Card Purchase     09/05 Tst* Pono Burger Santa Monica CA Card 3223 | -26.91 | 10,403.27 |
| 09/08 | Card Purchase     09/05 Tst* Pono Burger Santa Monica CA Card 3223 | -1.10 | 10,402.17 |

Page 1 of 4

---

**CHASE** ◻

August 21, 2020 through September 21, 2020
Account Number:

## TRANSACTION DETAIL    *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 09/08 | Card Purchase With Pin  09/05 Sprouts Farmers Los Angeles CA Card 3223 | ▬ | 10,354.59 |
| 09/08 | Card Purchase     09/05 Chevron 0091965 Los Angeles CA Card 3223 | -23.06 | 10,331.53 |
| 09/08 | Card Purchase With Pin  09/05 Nijiya MA 2130 Sawte West Los Ange CA Card 3223 | -23.83 | 10,307.70 |
| 09/08 | Card Purchase     09/06 Tst* Plan Check Kitche Los Angeles CA Card | ▬ | 10,285.99 |
| 09/08 | Card Purchase     09/08 Tst* The Curious Pala Santa Monica CA Card | ▬ | 10,266.15 |
| 09/10 | Card Purchase     09/10 Tst* Sidecar Doughnut Santa Monica CA Card | -8.00 | 10,258.15 |
| 09/10 | Card Purchase     09/10 Amzn Mktp US*Mu8Vo82 Amzn.Com/Bill WA Card 3223 | ▬ | 10,214.06 |
| 09/11 | Card Purchase     09/10 T J Maxx #1147 Santa Monica CA Card 3223 | ▬ | 10,199.74 |
| 09/14 | Card Purchase     09/12 Tst* Sidecar Doughnut Santa Monica CA Card | -28.00 | 10,171.74 |

    

| | | | |
|---|---|---|---|
| 08/27 | Card Purchase With Pin | 08/27 Ralphs 0292 Santa Monica CA Card 3223 | ▮▮ | 8,244.85 |
| 08/27 | Card Purchase With Pin | 08/27 Vons #2262 Santa Monica CA Card 3223 | ▮▮ | 8,178.42 |
| 08/27 | Card Purchase With Pin | 08/27 Bay Cities Ital Santa Monica CA Card 3223 | ▮▮ | 8,165.60 |
| 08/27 | Card Purchase | 08/26 Sugarfish- Santa Moni Santa Monica CA Card | -48.60 | 8,117.00 |
| 08/28 | Card Purchase | 08/28 Apple.Com/Bill 866-712-7753 CA Card 3223 | -14.99 | 8,102.01 |
| 08/28 | Card Purchase With Pin | 08/28 Bloomys    028 10250 Century City CA Card | -65.15 | 8,036.86 |
| 08/31 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Inc Truvite US Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Santa Monica CA 90401-2964 US/Ac- 000000003755 Rfb=Ow00000930147165 O Bi=SEP Bbi=/Chgs/USD0.00/ Imad: 083111B7031R002946 Trn: 0934209244Ff | 3,000.00 | 11,036.86 |
| 08/31 | Card Purchase | 08/27 Santa Monica Proper H Santa Monica CA Card | -585.10 | 10,451.76 |
| 08/31 | Domestic Incoming Wire Fee | ▮▮ | 10,436.76 |
| 09/01 | Card Purchase | 08/31 Ralphs 0044 Los Angeles CA Card 3223 | -6.58 | 10,430.18 |
| 09/08 | Card Purchase | 09/05 Tst* Pono Burger Santa Monica CA Card 3223 | -26.91 | 10,403.27 |
| 09/08 | Card Purchase | 09/05 Tst* Pono Burger Santa Monica CA Card | -1.10 | 10,402.17 |

## CHASE 🅞

August 21, 2020 through September 21, 2020
Account Number: ▮▮▮▮▮▮▮

### TRANSACTION DETAIL    *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 09/08 | Card Purchase With Pin | 09/05 Sprouts Farmers Los Angeles CA Card 3223 | | 10,354.59 |
| 09/08 | Card Purchase | 09/05 Chevron 0091965 Los Angeles CA Card 3223 | -23.06 | 10,331.53 |
| 09/08 | Card Purchase With Pin | 09/05 Nijiya MA 2130 Sawte West Los Ange CA Card 3223 | -23.83 | 10,307.70 |
| 09/08 | Card Purchase | 09/06 Tst* Plan Check Kitche Los Angeles CA Card | -21.71 | 10,285.99 |
| 09/08 | Card Purchase | 09/06 Tst* The Curious Pala Santa Monica CA Card | -19.84 | 10,266.15 |
| 09/10 | Card Purchase | 09/10 Tst* Sidecar Doughnut Santa Monica CA Card | -8.00 | 10,258.15 |
| 09/10 | Card Purchase | 09/10 Amzn Mktp US*Mu8Vo82 Amzn.Com/Bill WA Card 3223 | -44.01 | 10,214.06 |
| 09/11 | Card Purchase | 09/10 T J Maxx #1147 Santa Monica CA Card 3223 | ▮▮ | 10,199.74 |
| 09/14 | Card Purchase | 09/12 Tst* Sidecar Doughnut Santa Monica CA Card | -28.00 | 10,171.74 |
| 09/14 | Card Purchase | 09/12 Sq *Bok Bok Mediterran Los Angeles CA Card | -6.84 | 10,164.90 |
| 09/14 | Card Purchase | 09/12 Vons #2262 Santa Monica CA Card 3223 | -30.82 | 10,134.08 |
| 09/15 | Card Purchase | 09/13 Sprouts Farmers Mar Los Angeles CA Card | -7.98 | 10,126.10 |
| 09/15 | Card Purchase | 09/14 Apple.Com/Bill 866-712-7753 CA Card 3223 | -29.98 | 10,096.12 |
| 09/15 | Card Purchase With Pin | 09/15 7-Eleven Rancho Palos CA Card 3223 | -42.74 | 10,053.38 |
| 09/17 | Card Purchase | 09/16 Vons #2262 Santa Monica CA Card 3223 | -16.77 | 10,036.23 |
| 09/17 | Card Purchase | 09/16 Vons #2262 Santa Monica CA Card 3223 | ▮▮ | 10,021.61 |
| 09/17 | Recurring Card Purchase 09/15 Service Payment Plan 800-346-5990 IL Card 3223 | | -225.00 | 9,796.61 |
| 09/21 | Card Purchase | 09/18 Bhn*Giftcards 877-9443822 CA Card 3223 | -51.05 | 9,745.66 |
| 09/21 | Card Purchase | 09/19 Chevron 0099266 Santa Monica CA Card 3223 | -42.63 | 9,703.22 |
| 09/21 | Card Purchase | 09/19 Beach/Pol Lot Parking Santa Monica CA Card | -3.00 | 9,700.22 |
| 09/21 | Card Purchase | 09/20 Tst* Pono Burger Santa Monica CA Card 3223 | -23.77 | 9,676.45 |
| 09/21 | Card Purchase With Pin | 09/20 Ralphs 0044 Los Angeles CA Card 3223 | -45.46 | 9,630.99 |
| 09/21 | Card Purchase | 09/20 Mitsuwa Mrktplace Sm Los Angeles CA Card | -48.78 | 9,582.21 |
| 09/21 | Card Purchase | 09/21 Amzn Mktp US*M449P58 Amzn.Com/Bill WA Card 3223 | -8.81 | 9,573.40 |
| 09/21 | Card Purchase | 09/20 Nijiya Market #35 West Los Ange CA Card | -12.33 | 9,561.07 |
| | **Ending Balance** | | | **$9,561.07** |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

• Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (You did not have an electronic deposit this statement period)

• **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account. (Your balance at the beginning of each day was $8,036.86)

• **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was $9,568.35)

## CHASE 🅞

August 21, 2020 through September 21, 2020
Account Number: ▮▮▮▮▮▮▮

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
• Your name and account number
• The dollar amount of the suspected error
• A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.



🔒 connect.secure.wellsfargo.com   ↻

1 of 7

## Wells Fargo Simple Business Checking



Account number: ███████   ■ April 1, 2019 - April 30, 2019   ■ Page 1 of 7

LASHEEN INVESTMENTS LLC
16541 GOTHARD ST STE 201
HUNTINGTON BEACH CA 92647-4473

**Questions?**

Available by phone 24 hours a day, 7 days a week:
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (114)
       P.O. Box 6995
       Portland, OR 97228-6995

### Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

**Looking for $10,000 to $100,000 in financing for business vehicles or equipment?**

Whether you are interested in refinancing an existing vehicle loan,* or purchasing new or used vehicles or equipment, we're here to help.

The Equipment Express® loan provides flexible financing that could help move your business forward.
- Fixed rates
- Set payments
- No annual or prepayment fees

As a small business owner, there are plenty of uncertainties - don't let financing costs be one of them. With Equipment Express, you'll know your costs before you finance.

**Plus, when you apply by June 30, 2019, the $150 documentation fee will be waived**

To learn more and apply, visit wellsfargo.com/express or visit your local banker. Or if you have specific questions about our loans, call 1-800-416-0056, Monday-Friday, 7:00 a.m. to 5:00 p.m. Pacific time, to talk to a specialist.

(114)
Sheet Seq = 0017063
Sheet 00001 of 00004

---

Account number: ███████   ■ April 1, 2019 - April 30, 2019   ■ Page 2 of 7



Note: All financing is subject to credit approval.

*Restrictions apply.
**Wells Fargo is offering a $150 documentation fee waiver to qualifying customers who apply for an Equipment Express loan account between 04/01/2019 and 06/30/2019. To qualify, customers must (1) apply for a new Equipment Express loan account during the offer period, and (2) access funds from the account within 60 days of account opening.

### Activity summary

Beginning balance on 4/1                    $3,045.87

Account number:
LASHEEN INVESTMENTS LLC

    

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/10 | | Purchase authorized on 04/08 Vons #2262 Santa Monica CA S309098830129822 Card 4288 | | 23.43 | |
| 4/10 | | Purchase authorized on 04/09 Gelson's Markets #7 Pacific Plsd CA P00469100070695093 Card 4288 | | 31.34 | 2,041.59 |
| | | Purchase Return authorized on 04/10 Urth Caffe Santa M Santa Monica CA S61910154323019 Card 4288 | 22.22 | | |
| | | Purchase authorized on 04/09 Tst* Sunlife Organ Malibu CA S589099759391421 Card 4288 | | 15.95 | |
| | | Purchase authorized on 04/09 Urth Caffe Santa M Santa Monica CA S389100212990376 Card 4288 | | 22.22 | |
| 4/11 | | Purchase authorized on 04/09 Urth Caffe Santa M Santa Monica CA S469100220266633 Card 4288 | | 20.01 | |
| 4/11 | | Purchase authorized on 04/11 Vons Store 2262 Santa Monica CA P00389101744596370 Card 4288 | | 12.53 | 1,993.10 |
| 4/12 | | Purchase authorized on 04/10 Kreation & 1023 MO Santa Monica CA S58910110385640 Card 4288 | | 12.20 | 1,980.90 |

Sheet Seq = 0017064
Sheet 00002 of 00004

---

Account number:  ███████  ■ April 1, 2019 - April 30, 2019  ■ Page 4 of 7



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/15 | | Purchase authorized on 04/11 Cafe Dahab Los Angeles CA S389102225960299 Card 4288 | | 50.49 | |
| 4/15 | | Purchase authorized on 04/12 2011-Saje Abbot Ki Venice CA S469102825636160 Card 4288 | | 54.64 | |
| 4/15 | | Purchase authorized on 04/12 Lids 5816 Santa Monica CA S309103135961054 Card 4288 | | 30.00 | |
| 4/15 | | Purchase authorized on 04/12 Lids 5816 Santa Monica CA S58910313626D447 Card 4288 | | 5.00 | |
| 4/15 | | Purchase authorized on 04/12 Pono Burger Santa Monica CA S469103175876677 Card 4288 | | 28.26 | |
| 4/15 | | Purchase authorized on 04/13 Chevron/Lincoln Petrole Santa Monica CA P00589103824627833 Card 4288 | | 48.27 | |
| 4/15 | | Purchase authorized on 04/14 Sq *Coachella Vall Concord CA S389104252363076 Card 4288 | | 16.00 | |
| 4/15 | | Purchase authorized on 04/14 Denny's #7589 Indio CA P00000000786028981 Card 4288 | | 34.59 | |
| 4/15 | | Purchase authorized on 04/14 Sq *Coachella Vall Indio CA S389105128174482 Card 4288 | | 16.00 | 1,697.65 |
| 4/16 | | Purchase authorized on 04/14 Applebees 78063717 Indio CA S309104735078524 Card 4288 | | 19.03 | |
| 4/16 | | Purchase authorized on 04/15 Chevron 0379449 Beaumont CA S469105300990532 Card 4288 | | 5.98 | 1,672.64 |
| 4/17 | | Purchase authorized on 04/15 Pono Burger Santa Monica CA S469106140037464 Card 4288 | | 31.56 | |
| 4/17 | | Purchase authorized on 04/15 Sq *Matcha Cha Los Angeles CA S389106163334623 Card 4288 | | 4.93 | |
| 4/17 | | Purchase authorized on 04/15 AMC Broadway 4 #24 Santa Monica CA S309106188194451 Card 4288 | | 14.99 | |
| 4/17 | | Purchase authorized on 04/16 Vons #2262 Santa Monica CA S309106266182501 Card 4288 | | 11.36 | 1,609.80 |
| 4/19 | | Purchase authorized on 04/17 Pono Burger Santa Monica CA S469108143833684 Card 4288 | | 54.41 | |
| 4/19 | | Purchase authorized on 04/17 Vons #2262 Santa Monica CA S469108173258584 Card 4288 | | 31.14 | |
| 4/19 | | Purchase authorized on 04/18 Gelson's Markets #7 Pacific Plsd CA P00389109112178231 Card 4288 | | 27.76 | 1,496.49 |
| 4/22 | | Purchase authorized on 04/19 Bon Bon Berry Los Angeles CA S389109751072845 Card 4288 | | 12.50 | |
| 4/22 | | Purchase authorized on 04/19 Pono Burger Santa Monica CA S58911013431642 Card 4288 | | 34.39 | |
| 4/22 | | Purchase authorized on 04/20 Vons #2262 Santa Monica CA S589110290722110 Card 4288 | | 20.68 | |
| 4/22 | | Purchase authorized on 04/20 Bon Bon Berry Los Angeles CA S589110770017735 Card 4288 | | 14.00 | |
| 4/22 | | Purchase authorized on 04/20 H&M0440 Los Angeles CA P00589110855418740 Card 4288 | | 10.94 | |
| 4/22 | | Purchase authorized on 04/20 LA Vaca Brazillian Los Angeles CA S389110862625379 Card 4288 | | 22.39 | |
| 4/22 | | Purchase authorized on 04/20 LA City Parking ME Los Angeles CA S389111070218553 Card 4288 | | 1.25 | |
| 4/22 | | Purchase authorized on 04/20 IN N Out Burger 11 Los Angeles CA S469111075280543 Card 4288 | | 8.38 | |
| 4/22 | | Purchase authorized on 04/20 IN N Out Burger 11 Los Angeles CA S589111108197560 Card 4288 | | 0.93 | |
| 4/22 | | Purchase authorized on 04/20 Chevron/Csi-093100/1818 Los Angeles CA P00389111095556799 Card 4288 | | 23.26 | |
| 4/22 | | Purchase authorized on 04/22 Vons #2262 Santa Monica CA S389111272097920 Card 4288 | | 23.56 | 1,324.21 |
| 4/23 | | Purchase authorized on 04/22 Broadway Kitchen Santa Monica CA S309113126775687 Card 4288 | | 17.64 | 1,306.57 |
| 4/24 | | Purchase authorized on 04/22 Apl*Itunes.Com/Bil 866-712-7753 CA S309112850996995 Card 4288 | | 0.99 | |

---

Account number:  ███████  ■ April 1, 2019 - April 30, 2019  ■ Page 5 of 7



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/24 | | Purchase authorized on 04/22 Vons #2262 Santa Monica CA S389113156434835 Card 4288 | | 26.54 | |
| 4/24 | | Recurring Payment authorized on 04/23 Equinox Moto #703 866-332-6549 CA S589113692182442 Card 4288 | | 220.00 | |
| 4/24 | | Purchase authorized on 04/23 Bristol Farms # 21 Santa Monica CA P00469114117481660 Card 4288 | | 37.92 | 1,021.12 |
| 4/25 | | Recurring Payment authorized on 04/24 Sling.Com 888-388-6210 CO S469115084376496 Card 4288 | | 25.00 | |
| 4/25 | | Purchase authorized on 04/23 ████ 1291 4th St Santa Monica CA S309114283031551 Card 4288 | | 16.43 | 979.69 |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|
| 4/1 | Purchase authorized on 03/30 Apl*itunes.Com/Bil 866-712-7753 CA S309090056566561 Card 4288 | | 9.99 | |
| 4/1 | Purchase authorized on 03/30 Tst* Kay N Daves - Pacific Palis CA S389090100541655 Card 4288 | | 39.96 | |
| | Purchase authorized on 03/30 Ubr Pending.Uber.C Help.Uber.Com CA S309090178894053 Card 4288 | | 3.29 | 4,988.88 |
| 4/1 | Purchase authorized on 03/31 Vons #2262 Santa Monica CA S469090698281169 Card 4288 | | 21.03 | |
| | Purchase authorized on 03/31 Vons #2262 Santa Monica CA S389090701844498 Card 4288 | | 1.07 | |
| 4/2 | Purchase authorized on 03/31 Benihana Santa Mon Santa Monica CA S589091122508249 Card 4288 | | 38.48 | |
| 4/2 | Purchase authorized on 03/31 Fritto Misto-Santa Monica CA S309091130115075 Card 4288 | | 6.62 | |
| 4/2 | Purchase authorized on 04/01 Lim___ CA S469092106722361 Card 4288 | | 2.65 | |
| 4/2 | Purchase authorized on 04/01 Tehran Market Santa Monica CA S469092113378645 Card 4288 | | 6.39 | |
| 4/2 | Purchase authorized on 04/01 Wholefds Mon 103 1425 Mon Santa Monica CA P00309092160332145 Card 4288 | | 9.99 | 4,902.65 |
| 4/3 | Purchase authorized on 04/01 Bruxie Santa Monic Santa Monica CA S389091677430701 Card 4288 | | 7.17 | |

---

Account number: ___   ■ April 1, 2019 - April 30, 2019   ■ Page 3 of 7

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/3 | | Purchase authorized on 04/01 Vons #2262 Santa Monica CA S309091707490685 Card 4288 | | 19.95 | |
| 4/3 | | Purchase authorized on 04/02 The UPS Store #2230 26 Santa Monica CA P00000000284072618 Card 4288 | | 9.60 | |
| 4/3 | | Purchase authorized on 04/02 Chevron/Lincoln Petrole Santa Monica CA P00309093149457103 Card 4288 | | 44.87 | |
| 4/3 | | Alliance Residen Web Pmts 040319 Tm0R44 Bassemessam | 2,093.28 | | 2,727.78 |
| 4/4 | | Purchase authorized on 04/02 Vons #2262 Santa Monica CA S389092707165950 Card 4288 | | 19.80 | |
| 4/4 | | Purchase authorized on 04/02 Tst* Byblos Los Angeles CA S469093113843508 Card 4288 | | 55.18 | |
| 4/4 | | Purchase authorized on 04/03 Cvs/Pharmacy #09 09608--2 Santa Monica CA P00309094220543633 Card 4288 | | 8.81 | 2,643.99 |
| 4/5 | | Purchase authorized on 04/03 Souplantation 19 Q Los Angeles CA S469094141967380 Card 4288 | | 14.22 | |
| 4/5 | | Purchase Return authorized on 04/05 T J Maxx 1251 4th St Santa Monica CA P00000000071606041 Card 4288 | 14.32 | | 2,644.09 |
| 4/8 | | Purchase authorized on 04/04 Kreation 1202 Abb Venice CA S389094764068472 Card 4288 | | 32.80 | |
| 4/8 | | Purchase authorized on 04/04 Sweetfin Poke S.M. Santa Monica CA S589095136848197 Card 4288 | | 29.20 | |
| 4/8 | | Purchase authorized on 04/04 AMC Santa Monica 7 Santa Monica CA S469095186329529 Card 4288 | | 29.98 | |
| 4/8 | | Purchase authorized on 04/05 Cousins Maine Lobs Hollywood CA S469096189242905 Card 4288 | | 14.24 | |
| 4/8 | | Purchase authorized on 04/05 Sq *Black Flour Los Angeles CA S309096202540915 Card 4288 | | 27.38 | |
| 4/8 | | Purchase authorized on 04/05 Erewhon Market- Venice Beach CA P00000000779722323 Card 4288 | | 2.59 | |
| 4/8 | | Purchase authorized on 04/06 Tst* Juice Crafter Los Angeles CA S589096694528936 Card 4288 | | 4.99 | |
| 4/8 | | Purchase authorized on 04/06 Tst* Little Ruby - Santa Monica CA S589096861273358 Card 4288 | | 21.13 | |
| 4/8 | | Purchase authorized on 04/06 Toppings Frozen Yo Pacific Palis CA S309097043286808 Card 4288 | | 11.22 | |
| 4/8 | | Purchase authorized on 04/06 Jinya Ramen Bar Santa Monica CA S309097193227811 Card 4288 | | 16.80 | |
| 4/8 | | Purchase authorized on 04/06 Bon Bon Berry Los Angeles CA S389097723033078 Card 4288 | | 12.50 | 2,441.26 |
| 4/9 | | Purchase authorized on 04/07 LA Vaca Brazilian Los Angeles CA S389098006375631 Card 4288 | | 13.73 | |
| 4/9 | | Purchase authorized on 04/07 Mitsuwa Hamada-Ya Los Angeles CA S309098116315506 Card 4288 | | 4.71 | |
| 4/9 | | Td Auto Finance Web Pay 190408 0001101869787 Bassem Elmallakh | | 326.46 | 2,096.36 |
| 4/10 | | Purchase authorized on 04/08 Vons #2262 Santa Monica CA S309098830129822 Card 4288 | | 23.43 | |
| 4/10 | | Purchase authorized on 04/08 Gelson's Markets #7 Pacific Plsd CA P00469100070695093 Card 4288 | | 31.34 | 2,041.59 |
| 4/11 | | Purchase Return authorized on 04/10 Urth Caffe Santa M Santa Monica CA S619101543232019 Card 4288 | 22.22 | | |
| 4/11 | | Purchase authorized on 04/09 Tst* Sunlife Organ Malibu CA S589099759391421 Card 4288 | | 15.95 | |
| 4/11 | | Purchase authorized on 04/09 Urth Caffe Santa M Santa Monica CA S389100212990376 Card 4288 | | 22.22 | |
| 4/11 | | Purchase authorized on 04/09 Urth Caffe Santa M Santa Monica CA S469100220266633 Card 4288 | | 20.01 | |
| 4/11 | | Purchase authorized on 04/11 Vons Store 2262 Santa Monica CA P00389101744596370 Card 4288 | | 12.53 | 1,993.10 |
| 4/12 | | Purchase authorized on 04/10 Kreation & 1023 MO Santa Monica CA S589101100385640 Card 4288 | | 12.20 | 1,980.90 |

Sheet Seq = 0017064
Sheet 00002 of 00004

---

Account number: ___   ■ April 1, 2019 - April 30, 2019   ■ Page 4 of 7

**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/15 | | Purchase authorized on 04/11 Cafe Dahab Los Angeles CA S389102293602299 Card 4288 | | 50.49 | |
| 4/15 | | Purchase authorized on 04/12 ___ Cape Robbin N Venice CA S469102825636160 Card 4288 | | 54.64 | |

| | | | | |
|---|---|---|---|---|
| 4/1 | Purchase authorized on 03/29 Lim ████ CA S389089068288409 Card 4288 | | 3.70 | |
| 4/1 | Purchase authorized on 03/29 Sp * Huset LA Venice CA S589089069767719 Card 4288 | | 6.86 | |
| 4/1 | Purchase authorized on 03/30 Apl*Itunes.Com/Bil 866-712-7753 CA S309090065656561 Card 4288 | | 9.99 | |
| 4/1 | Purchase authorized on 03/30 Tst* Kay N Daves - Pacific Palis CA S389090100541655 Card 4288 | | 39.96 | |
| 4/1 | Purchase authorized on 03/30 Ubr Pending.Uber.C Help.Uber.Com CA S309090178894053 Card 4288 | | 3.29 | 4,988.88 |
| 4/2 | Purchase authorized on 03/31 Vons #2262 Santa Monica CA S469090698281169 Card 4288 | | 21.03 | |
| 4/2 | Purchase authorized on 03/31 Vons #2262 Santa Monica CA S389090702184498 Card 4288 | | 1.07 | |
| 4/2 | Purchase authorized on 03/31 Benihana Santa Mon Santa Monica CA S589091122508249 Card 4288 | | 38.48 | |
| 4/2 | Purchase authorized on 03/31 Fritto Misto-Santa Monica Santa Monica CA S309091130115075 Card 4288 | | 6.62 | |
| 4/2 | Purchase authorized on 04/01 Lim 8885463345 CA S469092106722361 Card 4288 | | 2.65 | |
| 4/2 | Purchase authorized on 04/01 Tehran Market Santa Monica CA S469092113378645 Card 4288 | | 6.39 | |
| 4/2 | Purchase authorized on 04/01 Wholefds Mon 103 1425 Mon Santa Monica CA P00309092160332145 Card 4288 | | 9.99 | 4,902.65 |
| 4/3 | Purchase authorized on 04/01 Bruxie Santa Monic Santa Monica CA S389091677430701 Card 4288 | | 7.17 | |

---

Account number: ████     ■ April 1, 2019 - April 30, 2019   ■ Page 3 of 7     <span>WELLS FARGO</span>

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/3 | | Purchase authorized on 04/01 Vons #2262 Santa Monica CA S309091707490685 Card 4288 | | 19.95 | |
| 4/3 | | Purchase authorized on 04/02 The UPS Store #2230 26 Santa Monica CA P00000000284072618 Card 4288 | | 9.60 | |
| 4/3 | | Purchase authorized on 04/02 Chevron/Lincoln Petrole Santa Monica CA P00309093149457103 Card 4288 | | 44.87 | |
| 4/3 | | Alliance Residen Web Pmts 040319 Tm0R44 Bassemessam | | 2,093.28 | 2,727.78 |
| 4/4 | | Purchase authorized on 04/02 Vons #2262 Santa Monica CA S389092707165950 Card 4288 | | 19.80 | |
| 4/4 | | Purchase authorized on 04/02 Tst* Byblos Los Angeles CA S469093113843508 Card 4288 | | 55.18 | |
| 4/4 | | Purchase authorized on 04/03 Cvs/Pharmacy #09 09608--2 Santa Monica CA P00309094220583633 Card 4288 | | 8.81 | 2,643.99 |
| 4/5 | | Purchase authorized on 04/03 Souplantation 19 Q Los Angeles CA S469094141967380 Card 4288 | | 14.22 | |
| 4/5 | | Purchase Return authorized on 04/05 T J Maxx 1251 4th St Santa Monica CA P00000000071606041 Card 4288 | 14.32 | | 2,644.09 |
| 4/8 | | Purchase authorized on 04/04 Kreation 1202 Abb Venice CA S389094764068472 Card 4288 | | 32.80 | |
| 4/8 | | Purchase authorized on 04/04 Sweetfin Poke S.M. Santa Monica CA S589095136848197 Card 4288 | | 9.60 | |
| 4/8 | | Purchase authorized on 04/04 AMC Santa Monica 7 Santa Monica CA S469095186329529 Card 4288 | | 29.98 | |
| 4/8 | | Purchase authorized on 04/05 Cousins Maine Lobs Hollywood CA S469096189242905 Card 4288 | | 14.24 | |
| 4/8 | | Purchase authorized on 04/05 Sq *Black Flour Los Angeles CA S309096202540915 Card 4288 | | 27.38 | |
| 4/8 | | Purchase authorized on 04/05 Erewhon Market- Venice Beach CA P00000000779722323 Card 4288 | | 2.59 | |
| 4/8 | | Purchase authorized on 04/06 Tst* Juice Crafter Los Angeles CA S589096694528936 Card 4288 | | 4.99 | |
| 4/8 | | Purchase authorized on 04/06 Tst* Little Ruby - Santa Monica CA S589096861275358 Card 4288 | | 21.13 | |
| 4/8 | | Purchase authorized on 04/06 Toppings Frozen Yo Pacific Palis CA S309097043286808 Card 4288 | | 11.22 | |
| 4/8 | | Purchase authorized on 04/06 Jinya Ramen Bar Santa Monica CA S309097193227811 Card 4288 | | 16.80 | |
| 4/8 | | Purchase authorized on 04/07 Bon Bon Berry Los Angeles CA S389097723033078 Card 4288 | | 12.50 | 2,441.26 |
| 4/9 | | Purchase authorized on 04/07 LA Vaca Brazillian Los Angeles CA S389098063375631 Card 4288 | | 13.73 | |
| 4/9 | | Purchase authorized on 04/07 Mitsuwa Hamada-Ya Los Angeles CA S309098116315506 Card 4288 | | 4.71 | |
| 4/9 | | Td Auto Finance Web Pay 190408 0001101869787 Bassem Elmaliiah | | 326.46 | 2,096.36 |
| 4/10 | | Purchase authorized on 04/08 Vons #2262 Santa Monica CA S309098843129822 Card 4288 | | 23.43 | |
| 4/10 | | Purchase authorized on 04/09 Gelson's Markets #7 Pacific Plsd CA P00469100070695093 Card 4288 | | 31.34 | 2,041.59 |
| 4/11 | | Purchase Return authorized on 04/10 Urth Caffe Santa M Santa Monica CA S619101543232019 Card 4288 | 22.22 | | |
| 4/11 | | Purchase authorized on 04/09 Tst* Sunlife Organ Malibu CA S589099759391421 Card 4288 | | 15.95 | |
| 4/11 | | Purchase authorized on 04/09 Urth Caffe Santa M Santa Monica CA S389100212990376 Card 4288 | | 22.22 | |
| 4/11 | | Purchase authorized on 04/09 Urth Caffe Santa M Santa Monica CA S469100220266633 Card 4288 | | 20.01 | |
| 4/11 | | Purchase authorized on 04/11 Vons Store 2262 Santa Monica CA P00389101744596370 Card 4288 | | 12.53 | 1,993.10 |
| 4/12 | | Purchase authorized on 04/10 Kreation & 1023 MO Santa Monica CA S58910110038564 Card 4288 | | 12.20 | 1,980.90 |

---

Account number: ████     ■ April 1, 2019 - April 30, 2019   ■ Page 4 of 7     

### Transaction history (continued)

# EXHIBIT "4"

EXHIBIT 3



# EXHIBIT "5"

# SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF ORANGE
### CENTRAL JUSTICE CENTER

## MINUTE ORDER

DATE: 09/16/2021              TIME: 02:00:00 PM       DEPT:  C12
JUDICIAL OFFICER PRESIDING:  Supervising Judge Layne H. Melzer
CLERK: Lorena Mendez
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: Monique Ramirez

CASE NO: **30-2020-01148745-CU-EN-CJC**  CASE INIT.DATE: 06/18/2020
CASE TITLE: **Belgium Investments 960 Bay Dr, LLC vs. El Mallakh**
CASE CATEGORY: Civil - Unlimited       CASE TYPE: Enforcement

---

EVENT ID/DOCUMENT ID: 73575088

**EVENT TYPE:** Order to Show Cause re: Sale of Dwelling

---

**APPEARANCES**
Patrick Miller, Patrick Miller, from P Miller Legal Services, present for Judgment Creditor,Plaintiff(s)
remotely.
Michael Sayer, Michael Sayer, from Debt Recovery Attorneys, present for Defendant,Judgment
Debtor(s) remotely.

Remote hearing held.

Tentative Ruling posted on the Internet as follows:

Plaintiff/Judgment Creditor Belgium Investments 960 Bay Dr., LLC applies for an order for sale of
dwelling located at 116 Rockefeller, Irvine, CA 92612, pursuant to the Court's 7/26/21 Order to Show
Cause (ROA 63).  This application is brought in order to enforce the sister state judgment that was
entered against Defendant/Judgment Debtor Bassem Essam El Mallakh in favor of Judgment Creditor.
Notice of Entry of Judgment was filed on 6/18/20.  This judgment was originally entered in Florida on
2/21/20.

On 9/3/21, Defendant/Judgment Debtor filed a notice of appeal in the Florida action, requesting a stay of
proceedings.

Plaintiff argues that the case should not be stayed because Defendant did not file a request for stay in
Florida, and seems to suggest that this Court adopt Florida law requiring that the party seeking the stay
file either a motion or submit a bond. Plaintiff provides no legal authority as to why California should
adopt Florida law here, when it has its own laws that govern this issue.

Code Civ. Proc., § 1710.50(a) states that the "court shall grant a stay of enforcement where…[a]n appeal
from the sister state judgment is pending or may be taken in the state which originally rendered the
judgment. Under this paragraph, enforcement shall be stayed until the proceedings on appeal have been
concluded or the time for appeal has expired." [Emphasis added.]

As a result, the Court hereby stays this matter pending the outcome of Defendant's appeal in Florida .

---

DATE: 09/16/2021                    MINUTE ORDER                         Page 1
DEPT:  C12                                                          Calendar No.

CASE TITLE: Belgium Investments 960 Bay Dr., LLC vs.    CASE NO: **30-2020-01148745-CU-EN-CJC**
El Mallakh

The property at issue has been levied upon.  As a result, pursuant to Code Civ. Proc., § 1710.50(c)(3), the Court orders that the levy be maintained pending the outcome of the appeal.

The parties are to come to the hearing prepared to discuss whether an undertaking is necessary pursuant to Code Civ. Proc., § 1710.50(c)(1).

A status conference will be set after consultation with the parties regarding the expected duration of the appeal.

**<u>The Court having fully considered the arguments of all parties, both written and oral, as well as the evidence presented, now confirms the tentative ruling and makes the following order:</u>**

The Court does not find an undertaking is necessary.

The Status Conference is scheduled for 12/13/2021 at 09:30 AM in Department C12.

Court orders defendant to give notice.

PROOF OF ELECTRONIC SERVICE

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is, 121 S Oak Ave, Pasadena, CA 91107.

A true and correct copy of the foregoing described as **REPLY TO OPPOSITION TO CREDITOR'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION AND DECLARATION OF PATRICK MILLER IN SUPPORT OF THE SAME** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d) (through electronic filing); and **(b)** in the manner stated below:

 **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/4/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger on behalf of Debtor Bassem Victor El Mallakh
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Chad L Butler on behalf of Interested Party Courtesy NEF
caecf@tblaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Benjamin Heston on behalf of Interested Party Benjamin Heston

bhestonecf@gmail.com,

benheston@recap.email,NexusBankruptcy@jubileebk.net


Patrick Miller on behalf of Creditor Belgium Investments 960 Bay Dr,

LLC A California Corp.

patrick.miller@impactadvocateslaw.com


Randall P Mroczynski on behalf of Creditor TD Bank, N.A., successor in

interest to TD Auto Finance LLC

randym@cookseylaw.com


United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the above is true

and correct.

Executed on this 1/4/2022, at Pasadena, California.

Patrick Miller