United States Bankruptcy Court

Central District of California

In re:  Case No. 22-11605-TA

Bassem Victor El Mallakh  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 03, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Patrick Miller | on behalf of Creditor Belgium Investments 960 Bay Dr  LLC A California Corp. patrick.miller@impactadvocateslaw.com |
| Randall P Mroczynski | |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Jan 03, 2023 | Form ID: pdf042 | Total Noticed: 1

on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

Michael Jay Berger (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:     (310) 271-9805
E-mail: Michael.berger@bankruptcypower.com

Attorney for Debtor and Debtor-in-Possession
Bassem Essam Victor El Mallakh

**FILED & ENTERED**

**JAN 03 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassem Essam Victor El Mallakh,<br><br><br>Debtor-in-Possession. | CASE NO.: 8:22-BK-11605-TA<br><br>Chapter 11<br><br>**ORDER DENYING BELGIUM INVESTMENTS 960 BAY DR, LLC'S MOTION TO DISMISS AND/OR CONVERT CASE TO CH 7**<br><br>Hearing:<br>Date:         December 21, 2022<br>Time:         10:00 a.m.<br>Courtroom:   5B [via ZoomGov]<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

The hearing on Belgium Investments 960 Bay Dr, LLC's ("Belgium") Motion to Dismiss and/or Convert Case to Ch 7 ("Motion to Dismiss") came on regularly for hearing on December 21, 2022 at 10:00 a.m. before the Honorable Theodor A. Albert, the United States Chief Bankruptcy Judge.

Appearances were stated on the record.

1

Upon consideration of the Motion to Dismiss [docket no.: 67], Debtor's Opposition to Motion to Dismiss [docket no.: 73], Belgium's Reply to Debtor's Opposition to Motion to Dismiss [docket no.: 78], the record in the Debtor's Chapter 11 case, the arguments and representations of counsel, and good cause appearing therefor, the Court orders:

1. That the Motion to Dismiss is denied without prejudice.

IT IS SO ORDERED.

###

Date: January 3, 2023

Theodor C. Albert
United States Bankruptcy Judge