| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL JAY BERGER (State Bar # 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, CA 90212-2929<br>Telephone: (310) 271-6223<br>Facsimile: (310) 271-9805<br>michael.berger@bankruptcypower.com<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>BASSEM VICTOR EL MALLAKH,<br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11605-TA<br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. Title of motion: <u>MOTION TO EXTEND THE DEBTOR'S EXCLUSIVITY PERIOD</u>

    b. Date of filing of motion: <u>1/9/2023</u>

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*):

    a. Briefly specify the relief requested in the motion:

    Bassem Victor El Mallakh, Debtor and Debtor-in-Possession herein ("Debtor"), hereby moves this Court for entry of an order extending the period in which Debtor has the exclusive right to file a chapter 11 plan pursuant to Bankruptcy Code Section 1121(b) ("Motion to Extend Exclusivity Period") from January 17, 2023 to April 28, 2023.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                            Page 1                                   F 9075-1.1.APP.SHORT.NOTICE

    b. Identify the parties affected by the relief requested in the motion:

       The Debtor and all creditors of the estate.

    c. State the reasons necessitating a hearing on shortened time:

       Cause exists for this Court to grant the extension because: (1) the Court set a deadline of March 1, 2023 for the Debtor to file his Plan; (2) there are several unresolved motions currently pending to be heard with the Court, which will have an impact on the information Debtor needs to include in his disclosure statement and plan. On calendar for January 11, 2023 is the hearing on Debtor's Motion to Avoid Lien Under 11 U.S.C. § 522(f) of Belgium Investments 960 Bay Dr, LLC's ("Belgium") [docket no.: 59] and the hearing on Belgium's Objection to Debtor's Claimed Homestead Exemption [docket no.: 55]. The extension of the exclusivity period would enable the Court to make a determination as to the treatment and bifurcation of Belgium's judgment lien and the amount of Debtor's homestead exemption, and provide Debtor with needed additional time to prepare adequate information to propose a meaningful Plan of Reorganization.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date: 1/9/2023

LAW OFFICES OF MICHAEL JAY BERGER
Printed name of law firm

*/s/ Michael Jay Berger*
Signature of individual Movant or attorney for Movant

Michael Jay Berger
Printed name of individual Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012           Page 2           F 9075-1.1.APP.SHORT.NOTICE

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1. I am an attorney at law duly admitted to practice in the State of California. I am counsel of record for Debtor-in-Possession, Bassem Victor El Mallakh, in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would competently testify to each of them.

2. I make this declaration in support of Application for Order Setting Hearing on Debtor's Motion to Extend the Exclusivity Period on Shortened Notice.

3. Debtor seeks an order extending the time period in which Debtor has the exclusive right to file a chapter 11 plan pursuant to 11 U.S.C. Section 1121(b) for from January 17, 2023 to April 28, 2023.

4. The parties affected by the relief requested in Motion to Extend the Exclusivity Period are the Debtor and the creditors of the estate.

5. Cause exists for this Court to grant the extension because: (1) the Court set a deadline of March 1, 2023 for the Debtor to file his Plan; (2) there are several unresolved motions currently pending to be heard with the Court, which will have an impact on the information Debtor needs to put in his disclosure statement and plan. On calendar for January 11, 2023 is the hearing on Debtor's Motion to Avoid Lien Under 11 U.S.C. § 522(f) of Belgium Investments 960 Bay Dr, LLC's ("Belgium") [docket no.: 59] and the hearing on Belgium's Objection to Debtor's Claimed Homestead Exemption [docket no.: 55]. The extension of the exclusivity period would enable the Court to make a determination as to the treatment and bifurcation of Belgium's judgment lien and the amount of Debtor's homestead exemption, and provide Debtor with needed additional time to prepare adequate information to propose a meaningful Plan of Reorganization.

6. The following reasons necessitate setting Debtor's Motion to Extend the Exclusivity Period on shortened notice. The exclusivity period for Debtor to file its reorganization plan ends on January 17, 2023. Thus Debtor requests that the Court set the Motion to Extend the Exclusivity Period on shortened notice, to be heard on January 11, 2023[1] so that the Court can make its determination on Debtor's Motion to Extend the Exclusivity Period prior to the expiration of the exclusivity period.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration is executed on January 9, 2023 at Beverly Hills, California.

*/s/ Michael Jay Berger*
Michael Jay Berger

---

[1] To be heard concurrently with the hearing on Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. § 522(f) as to the lien of judgment creditor Belgium Investments 960 Bay Dr, LLC's ("Belgium") [docket no.: 59] and the hearing on Belgium's Objection to Debtor's Claimed Homestead Exemption [docket no.: 55].

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): __**Application for Order Setting Hearing on Shortened Notice**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __1/9/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __1/9/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __1/9/2023__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/9/2023 | **Peter Garza** | */s/Peter Garza* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                **F 9075-1.1.APP.SHORT.NOTICE**

2. **SERVED BY UNITED STATES MAIL**:

**Belgium Investments 960 Bay Dr, LLC**
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

**Central Park West Community Association**
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

**Central Park West Community HOA**
401 Rockefeller #208
Irvine, CA 92612

**First Service Residential**
15241 Laguna Canyon Rd.
Irvine, CA 92618

**First Service Residential**
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

**Freedom Mortgage**
951 Yamato Rd.
Boca Raton, FL 33431

**Freedom Mortgage**
PO Box 50428
Indianapolis, IN 46250

**Freedom Mortgage Corporation**
1455 Frazee Road, Suite 820
San Diego, CA 92108

**Freedom Mortgage Corporation**
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

**TD Auto Finance**
6 Atlantis Way
Lewiston, ME 04240

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                    F 9075-1.1.APP.SHORT.NOTICE

**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618

**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    **F 9075-1.1.APP.SHORT.NOTICE**