MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Counsel for Debtor-in-Possession,
Bassem Victor El Mallakh

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassem Victor El Mallakh<br><br><div align="center">Debtor-in-Possession.</div> | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF**<br><br>Date:    February 15, 2023<br>Time:    10:00 a.m.<br>Place:    Courtroom 5B<br>            411 West Fourth Street<br>            Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, TO DEBTOR'S CREDITORS AND TO ALL INTERESTED PARTIES:**

The Law Offices of Michael Jay Berger ("Applicant") hereby applies to this Court (the "Application") for an order allowing and approving compensation for legal services rendered and

reimbursement for expenses incurred as general bankruptcy counsel for Bassam Victor El

Mallakh (the "Debtor"), debtor and debtor-in-possession herein, during the period of September

30, 2022 through January 10, 2023 (the "Application Period"). Filed concurrently herewith are

the Declarations of Michael Jay Berger (the "Berger Declaration") and Bassam Vicor El Mallakh

(the "El Mallakh Declaration") in support of the Application.

The Applicant has reviewed and the following information is supplied in conformity with

United States Bankruptcy Court, Central District of California, Local Rule 2016-1 and the

guidelines of the Office of the United States Trustee ("OUST").

## I.    SUMMARY OF APPLICATION

1. Applicant: Law Offices of Michael Jay Berger.

2. Type of Service Rendered: General Bankruptcy Counsel.

3. Date of Filing Chapter 11: September 19, 2022

4. Date of Entry of Order Approving Applicant's Employment: October 19, 2022

5. Date of Filing of Last Application for Compensation and/or Reimbursement of Expenses: N/A.

6. Total Fees Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Application): $20,000.00.

   **(i)    Chapter 11 Retainer**

   a. Retainer Received:  Applicant received a total retainer of $20,000.00. On September 7, 2022, Debtor's sister, Reem Hanna, paid a $10,000.00 retainer of the $20,000.00 total retainer to Applicant. On September 15, 2022, Ms. Hanna paid the remaining retainer of $10,000.00 plus the $1,738.00 filing fee and the

**2**

$32.00 credit report fee as a gift contribution to the Debtor. Ms. Hanna is not a creditor of the Debtor and is not seeking repayment of the $21,770.00.

b. <u>Retainer Remaining</u>: $15,732.50. Pursuant to the written fee agreement between Applicant and the Debtor, the pre-petition fees and cost incurred were deemed fully earned as of the filing of the petition, and were withdrawn from the client trust account immediately prior to the filing of Debtor's bankruptcy petition as payment for the pre-petition work done by the Applicant. The actual pre-petition fees were $4,267.50 and pre-petition costs were $1,738.00 for the Chapter 11 filing fee and $32.00 credit report fee. The unearned retainer of $15,732.50 will be maintained in Applicant's Client Trust Account until Court authorization is obtained pursuant to 11 U.S.C. § 330.

c. <u>Total Requested in Prior Applications</u>:  None.

d. <u>Total Paid Pursuant to Prior Applications</u>:  None.

e. <u>Total Amount Currently Due but Unpaid Pursuant to Prior Approved Applications</u>:  None.

f. <u>Total Amount Allowed but Reserved Pending Final Fee Application</u>:  None.

7. <u>Summary of Requested Fees in this Application</u>: *See* chart in Section VI, *infra*.

8. The hourly rates set forth in Exhibit "10" for Applicant's various professionals who recorded time during the Application Period are the same rates charged by such professionals for non-bankruptcy services.

9. <u>Bonus requested</u>: Not applicable.

10. <u>Total Fees Requested in Application</u>: $32,658.50.

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

11. Total Expenses Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Applications): $1,738.00 for the filing fee.

12. Summary of Requested Expense Reimbursement: *See* Exhibit "11" hereto.

13. Total Expenses Requested in this Application: $497.68

14. Total Award of Fees and Expenses Requested: $33,156.18

## II.    INTRODUCTION AND BACKGROUND

On September 19, 2022, Bassem Essam Victor El Mallakh (the "Debtor"), filed the present Chapter 11 bankruptcy petition. Debtor had one prior chapter 13 bankruptcy case filed on July 12, 2022, Case No.: 8:22-bk-11158-TA, which was dismissed on July 26, 2022 per Debtor's Request for Voluntary Dismissal.

The Debtor holds title to the following real property which is the Debtor's principal residence: 116 Rockefeller, Irvine, California 92612 ("Property").

The Property has a scheduled value of approximately $1,100,000.00 and is encumbered by the following four secured obligations:

- Freedom Mortgage Corporation (1st TD Holder) with an estimated claim of $243,971.77;
- Central Park West Community Association (1st HOA lienholder) with an estimated claim of $2,878.93;
- First Service Residential c/o The Townes HOA (2nd HOA lienholder) with an estimated scheduled pre-petition claim of $7,276.60;
- Belgium Investments 960 Bay Dr, LLC (4th position judgment lienholder) with an estimated claim of $5,436,919.76 which arose from a state court judgment in the matter entitled Belgium Investments 960 Bay Dr, LLC v. Bassem Essam El Mallakh, Orange County Case No.: 30-2020-01148745-CU-EN-CJC. The initial judgment was obtained in the Circuit Court of the 11th Judicial Circuit in Miami-Dade County, Florida, Case No.: 18-28145 CA.

**4**

The Debtor currently collects $4,000.00 in rental income from the Property, part of which is being rented to Debtor's sister who lives in the Property with her son. The Debtor is actively seeking a full-time employment.

The principal assets of the estate are the Debtor's Property with a scheduled value of $1,100,000 and personal property assets with a combined scheduled value of approximately $24,508.00, which includes Debtor's fractional interests in Belgium Investments 5655 S Troy LLC and Belgium Investments 5544 North Avenue, LLC.

The principal liabilities of the estate are the secured claims on the Debtor's Property with an estimated total claim amount of $5,691,047.06 and a car loan owed to TD Auto Finance for an estimated balance of $6,732.97. The Debtor has a very small priority claim owed to the IRS for an estimated $91.00 and one general unsecured claim owed to Wells Fargo Bank for an estimated amount of $1,193.97.

The major event that precipitated the filing of the Debtor's Chapter 11 bankruptcy was the pending foreclosure sale of the Property initiated by judgment creditor Belgium Investments.

## III.    SIGNIFICANT EVENTS DURING THE APPLICATION PERIOD

During the Application Period, Applicant filed Debtor's schedules and spent the necessary time preparing the 7-day package for the OUST, representing the Debtor at the Initial Debtor Interview, 341(a) meeting of creditors and at the status hearings. Applicant prepared the initial status report. Applicant prepared the Application to Employ Applicant as its General Bankruptcy Counsel and the Notice of Bar Date. Applicant reviewed and filed Debtor's MORs. Applicant replied to the Motion for Relief from Stay filed by Beligum and appeared at the hearings. Applicant filed Debtor's Motion to Avoid Judicial Lien with Belgium Investments 960 Bay Dr., LLC. Applicant field an objection to Belgium Investment's Motion to Dismiss or

Convert case to Chapter 7 and appeared at the hearing. Applicant also filed an opposition to Belgium Investment's Motion Objection to Debtor's Homestead. Applicant filed Debtor's Motion to Extend Exclusivity Period for Filing Chapter 11 Plan and Disclosure Statement.

On September 19, 2022, Applicant filed Debtor's Emergency Petition [docket no.: 1]. On September 27, 2022, Applicant filed Debtor's bankruptcy schedules [docket no.: 18]. On November 8, 2022, Applicant filed Debtor's Amended Schedules A/B [docket no.: 51].

On September 27., 2022, Applicant filed a Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay ("Motion to Continue Stay") [docket no.: 20]. On October 4, 2022, Creditor Belgium Investments 960 Bay Dr, LLC a California Corporation ("Belgium Investments") filed an opposition to Debtor's Motion to Continue Stay with supporting exhibits [docket nos.: 25 and 26]. On October 11, 2022, Applicant filed a reply to Belgium Investment's opposition [docket no.: 27]. On October 18, 2022, Applicant appeared at the hearing on the Motion to Continue Stay. On October 25, 2022, the Court entered the order granting Debtor's Motion to Continue Stay [docket no.: 35].

On September 28, 2022, Applicant filed the Notice of Motion and Motion in Individual Chapter 11 Case for Order Employing Professional ("Employment Application") [docket no.: 23]. On October 19, 2022, the Court entered the order granting Applicant's Employment Application [docket no.: 33].

On October 12, 2022, Applicant filed Debtor's Initial Status Report [docket no.: 28]. On November 23, 2022, Applicant filed Debtor's Status Report for Chapter 11 Status Conference #2 [docket no.: 60]. On December 7, 2022, Applicant appeared at the continued status hearing.

On October 25, 2022, Applicant filed Debtor's Notice of Bar Date for Filing Proofs of Claim [docket no.: 37].

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

On November 4, 2022, Creditor TD Auto Finance LLC ("TD Finance") filed a Motion for Relief from Stay – Personal Property ("Relief from Stay") [docket no.: 44]. On November 8, 2022, Applicant entered into a Stipulation with TD Finance [docket no.: 49] and the Court entered the order granting settlement by stipulation [docket no.: 50].

On November 23, 2022, Beligum Investment file a Motion Objecting to Debtor's Claimed Homestead Exemption ("Objection to Homestead") [docket no.: 55]. On December 28, 2022, Applicant filed an opposition to Belgium Investments Motion Objection to Debtor's Homestead [docket no.: 81].

On November 23, 2022, Applicant filed Debtor's Motion to Avoid Judicial Lien with Belgium Investments 960 Bay Dr., LLC ("Motion to Avoid Lien") [docket no.: 59]. On January 4, 2023, Applicant filed a reply to Belgium Investment's opposition [docket no.: 85].

On November 30, 2022, Beligum Investments filed a Motion to Convert Case from Chapter 11 to Chapter 7 ("Motion to Convert") [docket no.: 67]. On December 7, 2022, Applicant filed an opposition to the Motion to Convert [docket no.: 73]. On December 21, 2023, Applicant appeared at the hearing on the Motion to Convert. On January 3, 2023, the Court entered the order denying the Motion to Convert [docket no.: 82].

On January 9, 2023, Applicant filed Debtor's Motion to Extend Exclusivity Period for Filing Chapter 11 Plan and Disclosure Statement [docket no.: 87]. The hearing is set for February 1, 2023.

## IV.    RETENTION OF APPLICANT

The Debtor selected Applicant because of Applicant's extensive experience and knowledge in the field of bankruptcy.

7

Prior to the Petition Date, the Debtor retained Applicant to prepare the petition and to advise the Debtor on preparations for commencing this chapter 11 case. The terms of Applicant's retention provide that it will be compensated for its services on the basis of hourly billings, subject to Court approval. There is no agreement or understanding between Applicant and any other person for the sharing of compensation or other proceeds for the services rendered in this case.

Applicant received a total retainer of $20,000.00. On September 7, 2022, Debtor's sister, Reem Hanna, paid a $10,000.00 retainer of the $20,000.00 total retainer to Applicant. On September 15, 2022, Ms. Hanna paid the remaining retainer of $10,000.00 plus the $1,738.00 filing fee and the $32.00 credit report fee as a gift contribution to the Debtor. Ms. Hanna is not a creditor of the Debtor and is not seeking repayment of the $21,770.00.

The work that Applicant has done and will do on the Debtor's behalf was billed at the hourly rates specified in the written fee agreement between Debtor and Applicant. Applicant's actual pre-petition fees were $4,367.50 and Applicant's actual pre-petition costs were $1,738.00, (the Chapter 11 filing fee) and $32.00 credit report fee. Pursuant to the written fee agreement between Applicant and the Debtor, the pre-petition fees and costs were earned by Applicant prior to Applicant's representation in the Debtor's bankruptcy case and were withdrawn from Applicant's client trust account prior to the filing of the bankruptcy case. The unearned retainer of $15,732.50 will be maintained in Applicant's Client Trust Account until Court authorization is obtained pursuant to 11 U.S.C. § 330.

The terms of employment and the retainer were disclosed to the Court and other interested parties and approved by the Court.

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

## V.  REQUEST FOR APPROVAL AND PAYMENT OF ALL FEES AND EXPENSES FOR THE APPLICATION PERIOD

With this Application, Applicant requests allowance and payment of fees in the amount of $32,658.50 consisting of 67.70 hours of billed time and 12.20 hours of unbilled time. Applicant also requests allowance and payment of $497.68 for expenses incurred over the Application Period. This time is reflected in the total hours set forth in Section VI, below.

Pursuant to Local Bankruptcy Rule 2016-1, a brief narrative of the present posture of this case is contained herein. A detailed listing of all time spent by attorneys and paraprofessionals is set forth in Exhibits "1" through "8" to the Berger Declaration pursuant to Local Bankruptcy Rule 2016-1(a)(1)(E). Exhibits "1" through "8" show the date the services were rendered, the nature of the services rendered, who rendered the services, the time required for the performance of such services, and the fee associated with each service rendered. All services performed by Applicant professionals were recorded in time increments of one-tenth (0.1) of an hour. All services performed by Applicant paralegals, legal assistants and professional staff were professional in nature and if not performed by the paraprofessionals, would have been performed by attorneys. Attached to the Berger Declaration as Exhibit "9" is a summary of all of the attorneys and paraprofessionals who devoted time on this case during the Application Period, along with their billing rates, total hours expended and total fees billed.

All expenses, which include all out-of-pocket expenses incurred by Applicant for all matters on behalf of the Debtor during the Application Period, organized by category of expense, are contained in Exhibit "10" to the Berger Declaration, pursuant to LBR 2016-1(a)(1)(F). Applicant has made every effort to limit the expenses and to use the most economically-efficient means available for accomplishing the tasks for which expenses were incurred. Expenses for

9

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

court costs, outside copy costs, computerized legal research, express delivery, travel, and courier

services are billed at actual costs. Applicant does not bill for long-distance telephone calls.

Photocopies are generally made in-house and the charges are billed at $.10 per page. The

charges reflect a reasonable estimate of the per page cost to the Applicant of in-house copying,

and do not include any charge for the time and labor associated with making such copies. The

use of email has been significant in this case, which has greatly reduced the cost of facsimile and

long-distance telephone use. Courier, overnight and facsimile services were necessary when

regular mail would not be adequate to complete the task in a timely manner.

## VI.    MAJOR ACTIVITY CATEGORIES SUMMARY AND DESCRIPTION OF
## SERVICES RENDERED DURING THE APPLICATION PERIOD

Pursuant to the Guidelines of the OUST, Applicant has segregated its time and expenses

into the following categories:

| Matter Name and Number | # Hours Worked | # of Hours Billed | Amount of Fees |
|---|---|---|---|
| Business Operation | 6.70 | 5.80 | $2,330.50 |
| Case Administration | 54.60 | 44.80 | $21,417.00 |
| Claims Administration and Objections | 3.80 | 3.70 | $1,809.00 |
| Fee/Employment Applications | 1.10 | 0.80 | $436.00 |
| Litigation | 0.60 | 0.60 | $332.00 |
| Meeting of Creditors | 3.40 | 3.40 | $1,948.00 |
| Plan and Disclosure Statement | 5.30 | 4.60 | $2,136.00 |
| Relief From Stay Proceeding | 4.40 | 4.00 | $2,250.00 |
| ***TOTAL HOURS WORKED*** | **79.90** | | |
| ***TOTAL HOURS BILLED*** | | **67.70** | **$36,658.50** |
| **TOTAL HOURS NOT BILLED** | | **12.20** | |

Set out below is a narrative explanation, pursuant to Federal Rule of Bankruptcy

Procedure 2016(a) and Local Bankruptcy Rule 2016-1, of the services performed by Applicant

during the Application Period. No narrative is provided for those matters where no fees were incurred during the Application Period.

A. Business Operations

**Hours Worked:**       **6.70**            **Fees:  $2,330.50**

Applicant recorded time under this category for working with the Debtor in obtaining supporting documents for Monthly Operating Reports ("MOR). Applicant communicated with OUST regarding the compliance items such as insurance and DIP account. Applicant prepared September through November 2022 MOR. Applicant also amended Debtor's October MOR.

B. Case Administration

**Hours Worked:**       **54.60**           **Fees:  $21,417.00**

Applicant recorded time under this category for services related to the general administration of the Debtor's case. Applicant prepared the bankruptcy schedules, amended schedules, the Debtor's 7-day compliance and amended 7-day packages to keep the Debtor in compliance with OUST. Applicant assisted the Debtor with opening of the Debtor-in-Possession accounts. Applicant prepared and filed Debtor's status reports. Applicant reviewed the Motion to Convert case filed by Belgium Investments, filed an opposition to the Motion to Convert and Applicant appeared at the hearing on the Motion to Convert. Applicant had numerous conversations with Debtor regarding compliance items such as the DIP checks and insurance. Applicant prepared the scheduling order. Applicant prepared and filed the Motion to Avoid Judicial Lien of Belgium Investments. Applicant prepared the Notice Setting Lien Avoidance Motion and drafted a proposed settlement. Applicant also filed a reply to Belgium Investment's opposition to the Motion to Avoid Lien. Applicant reviewed Belgium Investment's Motion

Objecting to Debtor's Homestead Exemption and filed an opposition to the Motion. Applicant also performed analysis for issues which cut across multiple time categories.

C.    <u>Claims Administration and Objections</u>

**Hours Worked:**          **3.80**          **Fees:  $1,809.00**

Applicant recorded time under this category for review of the proof of claims filed by creditors, Townes HOA, Wells Fargo Bank, IRS, Central HOA, Freedom Mortgage, and Belgium Investments. Applicant reviewed the claims with the Debtor and discussed the validity of the claims. Applicant prepared and filed the Notice of Claims Bar Date and communicated with the IRS regarding Debtor's 2019 – 2021 tax returns.

D.    <u>Fee/Employment Applications</u>

**Hours Worked:**          **1.10**          **Fees:  $436.00**

Applicant recorded time under this category for services related to the review of documents for preparation and review of the Application to Employ Applicant as Debtor's General Bankruptcy. Applicant also recorded time for review and preparation of the timeslips in support of the First Interim Fee Application.

E.    Litigation

**Hours Worked:**          **0.60**          **Fees:  $332.00**

Applicant recorded time under this category for discussion of a possible settlement with Belgium Investment and other creditors.

F.    <u>Meeting of Creditors</u>

**Hours Worked:**          **3.40**          **Fees:  $1,948.00**

Applicant recorded time under this category for preparing and appearing at the Meeting of Creditors. Applicant communicated with Debtor regarding the results of the initial Meeting of

Creditors. Applicant also prepared and appeared at the continued Meeting of Creditors with the

Debtor.

G.    Plan and Disclosure Statement

**Hours Worked:**        **5.30**              **Fees:  $2,136.00**

Applicant recorded time under this category for discussions with Randy M., Counsel for

TD Financial regarding Debtor's vehicle and the proposed plan treatment stipulation resolving

the vehicle payments. Applicant discussed with the Debtor regarding the Motion to Extend

Exclusivity Period to file the Plan. Applicant prepared and filed the Motion to Extend

Exclusivity Period, Application on Shortened Notice and the Proposed Order. The hearing is set

for February 1, 2023.

H.    Relief From Stay Proceeding

**Hours Worked:**        **4.40**              **Fees:  $2,250.00**

Applicant recorded time under this category review of Belgium Investment's opposition

to Debtor's Motion to Continue Stay. Applicant communicated with Debtor regarding the

opposition and Applicant prepared and filed Debtor's reply to the opposition. Applicant appeared

at the hearing on the Motion to Continue Stay and prepared the proposed order granting the

Motion. Applicant also review the Motion for Relief filed by TD Financial discussed with the

Debtor and provided recommendations and prepared the response through stipulation resolving

the Motion for Relief.

**VII.    FACTORS RELEVANT IN DETERMINING THE ALLOWANCE OF**

**FEES**

A.    Legal Standard

Bankruptcy Code Section 330 authorizes compensation for professionals rendering services in connection with a bankruptcy case. The responsibility for determining reasonable compensation under Section 330 for services rendered to the estate rests with the bankruptcy court and the court's decision is final unless there is an abuse of discretion. *In re Nucorp Energy, Inc.*, 764 F.2d 655, 657 (9th Cir. 1985). Bankruptcy Code Section 330 requires that the compensation awarded be "for actual, necessary services" taking into account the time spent on such services, the rates charged, and the value of the services rendered. 11 U.S.C. §330(a)(1)(3).

Prior to the enactment of the Bankruptcy Code, the Ninth Circuit followed the judicially created "strict rule of economy" doctrine. *See In re THC Financial Corp.*, 659 F.2d 951, 955 n.2 (9th Cir. 1981), *cert. denied*, 456 U.S. 977 (1982). Bankruptcy Code Section 330 was enacted to overrule this doctrine, and to ensure adequate compensation for bankruptcy attorneys so that qualified specialists would not be forced to abandon the practice of bankruptcy law in favor of more remunerative areas. *In re Nucorp Energy, Inc.*, supra, 764 F.2d at 658; *In re Powerline Oil Co.*, 71 B.R. 767, 770 (9th Cir. BAP 1986).

In the case of *In re Yermakov*, 718 F.2d 1465 (9th Cir. 1983), the Ninth Circuit discussed the test to be used to calculate a reasonable attorney fee beyond the factors listed in Bankruptcy code Section 330. The Court stated that, "the primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate." *Id.* at 1471. This method has been referred to as the "lodestar" or basic fee test, which, if warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in *Yermakov* made specific reference to *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), where the Court of Appeals for the Firth Circuit listed twelve factors that should be

**14**

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

considered in awarding attorneys' fees.  These so-called "Johnson factors" have been referred to

and utilized by many courts throughout the country in determining and awarding fees in

bankruptcy cases. *See, e.g., Powerline Oil Co., supra,* 71 B.R. at 771, and cases cited therein.

These factors include, among others: the time and labor required; the novelty and difficulty of

the questions involved; the skill required to perform the legal services properly; the preclusion of

other employment by the attorney due to acceptance of the case; the customary fee; whether the

fee is fixed or contingent; the amount involved, and the results obtained; the experience,

reputation and the ability of the attorneys; the undesirability of the case; and awards in similar

cases.

The Ninth Circuit Bankruptcy Appellate Panel has concluded that the "loadstar"

approach coupled with consideration of the "Johnson factors" is the appropriate standard to be

applied in determining and awarding professional fees in a bankruptcy case. *Powerline Oil Co.,*

*supra,* 71 B.R. at 771; *see also In re Mednet,* 251 B.R. 103, 108 (9th Cir. BAP 2000).  In this

Application, Applicant is not seeking any upward adjustment in the "loadstar" approach to its

request for compensation.  The requested fees are the product of the number of hours expended

by Applicant's professionals in representing the interests of the Debtor multiplied by their

respective hourly rates.

  B. <u>Application of the Lodestar and Applicable Johnson Factors</u>

   1. *Time Spent*

Applicant's time records, copies of which are attached to the Berger Declaration as

Exhibits "1" through "8", demonstrate that during the Application Period, Applicant spent a total

of 67.70 billed hours and 12.20 unbilled hours representing the Debtor.  Applicant submits that

its time records demonstrate that all of the time spent was reasonable and necessary for the

adequate representation of the Debtor in connection with the matters for which Applicant was employed.

### 2.    *Customary Fee for Comparable Services*

Bankruptcy Code Section 330 requires that the bankruptcy court award fees in bankruptcy cases based upon the costs of similar services rendered in non-bankruptcy cases. This requirement is a departure from prior law governing the allowance of compensation. The drafters of the Bankruptcy Code abandoned the notions of conservation of the estate and economy of administration which were pivotal concepts in assessing compensation under the prior Bankruptcy Act. Rather, Congress attempted to attract bankruptcy law specialists to make the adjudication of bankruptcy cases more efficient. This change "was based on the fundamental economic principle that the payment of arbitrarily lower rates to lawyers in bankruptcy proceedings compared to market-established rates for non-bankruptcy legal service would cause attorneys to leave bankruptcy practice or to refrain from entering bankruptcy practice. An inherent risk in this system… is that creditors would have to absorb the costs of improper and inefficient administration." 3 COLLIER ON BANKRUPTCY, 330.04[6][a] at 330-59 (Alan N. Resnick and Henry J. Sommer, eds., 15th ed. Rev. 2008).

The Applicant's summary of services rendered, attached hereto as Exhibit "9" pursuant to Local Bankruptcy Rule 2016-1 (a)(1)(G), depicts the hourly rates charged by the Applicant's professionals, as well as the actual time spent by each professional for the services provided in this case. The Applicant submits that these rates are identical to the rates the Applicant charges its non-bankruptcy clients.

### 3.    *The Experience, Reputation and Ability of the Attorneys Involved*

The qualifications of the attorneys and paraprofessionals performing services on behalf of the Debtor are set forth in Exhibits "11" and "12", attached to the Berger Declaration. The Applicant believes that each of the persons listed on Exhibits "11" and "12" are highly qualified to perform the services rendered on the Debtor's behalf and have billing rates commensurate with similarly qualified attorneys and paraprofessionals. The Applicant submits that it has a well-earned reputation for providing high quality legal services in each of legal arenas in which it practices. As noted on Exhibit "11", Michael Jay Berger is a Certified Legal Specialist in Bankruptcy Law and is an "AV" rated lawyer as rated by Martindale Hubbell, and has maintained this rating continuously for the past 27 years.

C.    The Applicant Should be Compensated for All of its Fees

Pursuant to Section 330 of the Bankruptcy Code, the Court may award to a professional person, reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred. 11 U.S.C. §330(a). As set forth above, the fees that the Applicant requests compensation and the expenses for which the Applicant requests reimbursement are for actual and necessary services rendered and expenses incurred.

The Applicant submits that full compensation of fees and reimbursement of expenses requested in this Application pursuant to Bankruptcy Code Section 330 is appropriate. Authorizing full payment is also consistent with the priority scheme of the Bankruptcy Code, which contemplates administrative claims having priority over general unsecured claims. Thus, the Applicant respectfully requests that the Court approve the payment of compensation as requested in full.

Further, Bankruptcy Code Section 331 was enacted to allow professionals to be compensated, on an interim basis, throughout the pendency of the case. Bankruptcy Code Section 331 provides in relevant part as follows:

> ...any professional person...may apply to the court no more than once every 120 days after an order for relief under a case under this title, or more often if the court permits, for such compensation for services rendered before the date of such an application or reimbursement for expenses incurred before such date as is provided under Section 330 of this title. After notice and a hearing, the court may allow and disburse to such applicant such compensation and reimbursement.

11 U.S.C. §331. As enacted, the Bankruptcy Code expresses a strong legislative preference that attorneys should be awarded full compensation. Congress drafted Section 331 to allow a Debtor's attorneys to receive compensation during the case, instead of being required to wait until the end of the case, which in some instances might be years away. H.R. Rep. No. 95-595, 95th Cong., 1st Session. 330 (1997). Authorizing full payment is also consistent with the priority scheme of the Bankruptcy Code which contemplates administrative claims having priority over general unsecured claims.

The Applicant submits this final compensation pursuant to Bankruptcy Code Section 331 is appropriate. In view of the strongly expressed legislative intent and the priority requirement of the Bankruptcy Code, the Applicant respectfully requests that the Court approve the payment of compensation as requested in full.

## VIII.    SOURCES OF PAYMENT OF ALLOWED FEES AND EXPENSES

Applicant is currently holding $15,732.50 retainer in its Client Trust Account. As of January 25, 2023, Debtor has approximately $1,844.30 in its Debtor-in-Possession accounts.

## IX.    CONCLUSION

WHEREFORE, Applicant requests this Court enter an order as follows:

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

1.    Approving the Application of Applicant and awarding, as First Interim payment of fees, compensation of $32,658.50, and reimbursement of costs of $497.68, for a total of $33,156.18;

2.    Immediately upon entry of this order, Applicant shall be permitted to draw down on Debtor's $15,732.50 retainer to satisfy the award of fees and costs;

3.    Debtor shall pay the Applicant the balance of $17,423.68 from the funds held in Debtor's debtor-in-possession account and/or from contribution from Debtor's family; and

4.    Granting such other and further relief as is just and proper.

Dated:  1/20/23    **LAW OFFICES OF MICHAEL JAY BERGER**

By:    _____
Michael Jay Berger
Counsel for Debtor-In-Possession
Bassem Victor El Mallakh

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1.      I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.      The First Interim Application for Compensation and Reimbursement of Expenses ("Application") submitted by me (the "Applicant") for September 20, 2022 through January 10, 2023 (the "Application Period"), complies with the guidelines of the Office of the United States Trustee (the "OUST").

3.      I have reviewed this Application and it complies with LBR 2016-1.

4.      I have complied with LBR 2016-1(a)(1)(A)(i) on page 4, lines 7 – 28 and page 5, lines 1 - 14 under section II of this Application where I describe the general operations of the Debtor.

5.      I have complied with LBR 2016-1(a)(1)(A)(iii) on page 3, lines 3 – 13 under section I of this Application, which provides Debtor's total balance remaining in the Client Trust Account, and on page 18, lines 22 – 26 under section 8, Debtor's total balance remaining in its non-cash collateral account.

6.      I have complied with LBR 2016-1(a)(1)(B) on page 2, lines 16 - 17, under section I, (items 4 - 5), where the date of entry of the order approving my employment application was entered, and the date of my last granted fee application, if applicable.

7.      I have complied with LBR 2016-1(a)(1)(C) in section I of this Application, item 6, where I provide listings of the amount of fees and expenses previously requested, those

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

approved by the Court, and how much was received, if applicable.

8. I have complied with LBR 2016-1(a)(1)(D) on page 9, lines 1 - 28, page 10, lines 1- 9 under section V of this Application, which accurately reflects the services rendered and expenses incurred by the Applicant during the Application Period.

9. Neither I, nor any member of the Professional, have any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to me with any other person, attorneys or entity, except as among the members of my firm. I have strived to provide legal services to Bassem Essam Victor El Mallakh ("Debtor"), debtor and debtor-in-possession herein, in the most cost-efficient method, while maintaining the high quality of service expected from and provided by my professionals. I believe the billing rates for my professionals are reasonable and commensurate with the rates charged by similarly-qualified professionals providing similar services. I am a Certified Legal Specialist in Bankruptcy Law and am an "AV" rated lawyer as rated by Martindale Hubbell, and have maintained this rating continuously for the past 27 years.

10. I received a total retainer of $20,000.00. On September 7, 2022, Debtor's sister, Reem Hanna, paid a $10,000.00 retainer of the $20,000.00 total retainer to Applicant. On September 15, 2022, Ms. Hanna paid the remaining retainer of $10,000.00 plus the $1,738.00 filing fee and the $32.00 credit report fee as a gift contribution to the Debtor. Ms. Hanna is not a creditor of the Debtor and is not seeking repayment of the $21,770.00. Pursuant to the written fee agreement between the Debtor and I, the pre-petition fees and costs were earned prior to my representation in the Debtor's bankruptcy case and were withdrawn from my Client Trust Account prior to the filing of the bankruptcy case. The remaining balance of $15,732.50 is kept in my Client Trust Account until the Court approves this Application. The terms of employment

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER;
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

and the retainer were disclosed to the Court and other interested parties and approved by the

Court. The work that I have done on the Debtor's behalf was billed at the hourly rates specified

in the fee agreement.

11.    I have complied with LBR 2016-1(a)(1)(E) in Exhibits "1" through "8", and

incorporated herein by this reference, which provide detailed listings of all time spent by

attorneys and paraprofessionals showing the date the services were rendered, the nature of the

services rendered, who rendered the services, the time required for the performance of such

services, and the fee associated with each service rendered, segregated according to the OUST

guidelines. All services performed by my professionals were recorded in time increments of

one-tenth (0.1) of an hour. All services performed by my paralegals, legal assistants and

professional staff were professional in nature and if not performed by the paraprofessionals,

would have been performed by attorneys.

12.    I have complied with LBR 2016-1(a)(1)(F) in Exhibit "10", and incorporated

herein by this reference, which provides a listing of all expenses for all matters on behalf of the

Debtor during the Application Period, organized by category of expense pursuant to LBR 2016-

1(a)(1)(F).

13.    I have complied with LBR 2016-1(a)(1)(G) in Exhibit "9", and incorporated

herein by this reference, which provides a summary of all of the attorneys and paraprofessionals

who devoted time on this case during the Application Period, along with their billing rates, total

hours expended and total fees billed.

14.    I have complied with LBR 2016-1(a)(1)(H) by providing as Exhibits "11" and

"12" to this Application, my resume and the firm CV detailing the qualifications of the attorneys

and paralegals whom have rendered services on the Debtor's behalf, incorporated herein by this

reference. I believe that each of the persons listed in Exhibits "11" and "12" is highly qualified

to perform the services rendered on the Debtor's behalf and have billing rates commensurate

with similarly qualified attorneys and paraprofessionals.

15.    I have complied with LBR 2016-1(a)(1)(J) on page 24 of this Application because

either a declaration from the client indicating that the client has reviewed my Fee Application is

provided in this Application, or if none provided, I have described the steps I have taken to

obtain the client's declaration and the client's response thereto.

16.    Attached hereto as Exhibit "14" is the Notice of this Application served in

accordance with LBR 2016-1(a)(2)(B).

17.    I am holding $15,732.50 in my client trust account which I will apply towards the

fees and costs requested in this First Interim Fee Application. Debtor will pay the balance of

$17,423.68 from his debtor-in-possession account and/or from his family contribution.

I declare under penalty of perjury that the foregoing is true and correct and that this

declaration is executed on January 20, 2023 at Beverly Hills, California.

_____
Michael Jay Berger

23

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1.      I am Debtor (the "Debtor") herein.  I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.      I have reviewed the attached First Interim Application for Compensation and Reimbursement of Expenses of Michael Jay Berger ("Fee Application"), and I have no objection to the Fee Application.

3.      I shall pay the Applicant the balance of $17,423.68 from the funds held in my debtor-in-possession account and/or from contribution from my family.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on January 20, 2023 _25_ 2022, at _Irvine_____, California.

_Bassem Victor El Mallakh_
Bassem Victor El Mallakh

FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER,
DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

# EXHIBIT 1

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassam Essam Elmallakh
116 Rockefeller
Irvine, CA 92612


January 11, 2023


Invoice #1099


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Business Operations** |  |  |  |  |
| 10/3/2022 | MJB | Review Order Granting in Part and Denying in Part Debtor's Motion for Approval of New Leases on Real Property | 0.10<br>595.00/hr | 59.50 |
| 10/5/2022 | MJB | Review and reply to email from UST Trial Attorney Nancy Goldenberg for the debtor to have homeowner's insurance in his name that fully covers the value of the property, copy the client on my reply | 0.10<br>595.00/hr | 59.50 |
| 10/21/2022 | MJB | Review email from Michelle Steele of the UST re insurance for debtor's home, prepare email to Sofya D re same | 0.10<br>595.00/hr | 59.50 |
| 10/25/2022 | YN | Email client re the bank statements for September MOR | 0.10<br>250.00/hr | NO CHARGE |
|  | SD | Review the LLC agreements | 0.70<br>545.00/hr | 381.50 |
| 10/26/2022 | YN | Call client re September bank statements | 0.10<br>250.00/hr | NO CHARGE |
|  | YN | Call with client re September bank statements and outstanding compliance | 0.10<br>250.00/hr | 25.00 |
|  | YN | Draft September MOR | 0.40<br>250.00/hr | 100.00 |
|  | SD | Review September MOR and provide my comments to Yathida to address and file | 0.10<br>545.00/hr | 54.50 |

Bassem Essam Elmallakh Chapter 11

Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2022 | YN | Call with client re revised September MOR and updated ledger or OUST request | 0.20 250.00/hr | 50.00 |
| | YN | Call with client re outstanding compliance and discuss the amended MOR and requirements | 0.40 250.00/hr | 100.00 |
| 11/8/2022 | YN | Call with client re amended September MOR | 0.10 250.00/hr | 25.00 |
| | SD | Email client re amendment to the MOR which must be filed as soon as possible (0.1); discuss the revisions with Yathida (0.1) | 0.20 545.00/hr | 109.00 |
| 11/9/2022 | YN | Call with client re September MOR and further discuss October MOR | 0.20 250.00/hr | 50.00 |
| | YN | Call client and revise September MOR | 0.20 250.00/hr | 50.00 |
| 11/21/2022 | YN | Email client for October bank statement for the MOR | 0.10 250.00/hr | NO CHARGE |
| 11/22/2022 | YN | Review previous MOR (0.1) and call and email client re October MOR (0.1) | 0.20 250.00/hr | 50.00 |
| 11/28/2022 | YN | Call client re October 2022 MOR | 0.20 250.00/hr | 50.00 |
| 11/29/2022 | SD | Email Bassem re questions concerning October MOR | 0.10 545.00/hr | 54.50 |
| | SD | Review October MOR | 0.10 545.00/hr | 54.50 |
| 11/30/2022 | YN | Continue call with client to clarify the disbursements for October and revise the MOR with client and create a spread sheet for income and expenses | 0.60 250.00/hr | 150.00 |
| | SD | Review the amended September and October MORs for filing | 0.20 545.00/hr | 109.00 |
| 12/5/2022 | SD | Review the original and amended September MOR and discuss with Yathida Nipha (0.1); respond to OUST email re the September and amended September MORs (0.1) | 0.20 545.00/hr | 109.00 |
| 12/9/2022 | YN | Amended October MOR | 0.30 250.00/hr | NO CHARGE |
| 12/13/2022 | YN | Call with OUST re October MOR | 0.20 250.00/hr | 50.00 |

Bassem Essam Elmallakh Chapter 11                                                        Page      3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/13/2022 | SD | Call with Michelle Steel with OUST re October MOR and provide explanations | 0.10<br>545.00/hr | 54.50 |
|  | SD | Call with Michele Steele from OUST re amended October MOR and answer her questions and send an email re same (0.2); email Debtor re same questions and follow up on the DIP checks (0.1) | 0.30<br>545.00/hr | 163.50 |
| 12/14/2022 | YN | Email client re November MOR | 0.10<br>250.00/hr | 25.00 |
| 12/21/2022 | SD | Email client re November MOR | 0.10<br>545.00/hr | 54.50 |
| 12/29/2022 | YN | Review client's November ledger again and send client a detail email re the disbursement ledger | 0.20<br>250.00/hr | NO CHARGE |
| 1/3/2023 | YN | Fix November MOR ledger | 0.10<br>250.00/hr | NO CHARGE |
|  | SD | Review the November and December bank statements because the statement cycle is off (0.1); go over my concerns with Yathida Nipha (0.1); email Bassem my questions and comments (0.1) | 0.30<br>545.00/hr | 163.50 |
| 1/10/2023 | MJB | Review the court's tentative ruling re Belgium' Objection to Debtor's Homestead Exemption (.1) Exchange texts with the client re same (.1) | 0.20<br>595.00/hr | 119.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| SUBTOTAL: | [ | 6.70 | 2,330.50] |
| For professional services rendered |  | 6.70 | $2,330.50 |

**EXHIBIT 2**

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassam Essam Elmallakh
116 Rockefeller
Irvine, CA 92612

January 11, 2023

Invoice #1099

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Case Administration | | | |
| 9/30/2022 MJB | Review letter from Freedom Mortgage re Loss Mitigation Assistance | | 0.10<br>595.00/hr | 59.50 |
| 10/3/2022 SD | Appear at the Initial Debtor Interview with Bassem (0.6); send an email to Bassem with the list of my questions from the Initial Debtor Interview (0.3) | | 0.90<br>545.00/hr | 490.50 |
| SD | Call with Bassem to prepare him for today's Initial Debtor Interview | | 1.00<br>545.00/hr | 545.00 |
| MJB | Conference with Sofya D re strategy re dealing with debtor's secured creditor Belgium Investments | | 0.10<br>595.00/hr | 59.50 |
| 10/4/2022 YN | Email client re status of the DIP accounts | | 0.10<br>250.00/hr | NO CHARGE |
| 10/5/2022 MJB | Review Belgium Investments' Opposition To The Debtor's Motion For Order Continuing Stay and Request ForDismissal With A Bar To Refiling, analysis re response thereto and while doing my analysis prepare an email to Carolyn, Sofya and the client re same | | 1.10<br>595.00/hr | 654.50 |
| SD | Email Bassem re evidence of insurance and DIP account proof | | 0.10<br>545.00/hr | 54.50 |
| MJB | Review and reply to email from Michael Totaro re our Motion to Convert to regular Ch 11, review reply email from Michael Totaro re same | | 0.10<br>595.00/hr | 59.50 |

Bassem Essam Elmallakh Chapter 11                                                    Page   2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/10/2022 | CA | Revise Reply to Opposition to Motion to Continue Automatic Stay per Sofya's comments. | 1.80<br>435.00/hr | NO CHARGE |
| | CA | Review Motion to Continue Automatic Stay and Opposition filed by Belgium. Review previous bankruptcy case, and filings in the previous case re Belgium's motion for bar on refiling.  Prepare Reply to Opposition and discuss with Sofya and Michael. | 3.80<br>435.00/hr | 1,653.00 |
| | SD | Email Bassem re updated appraisal, insurance, DIP accounts, evidence of pre-petition closed accounts | 0.10<br>545.00/hr | 54.50 |
| 10/12/2022 | MJB | Review and approve draft of Debtor's Initial Status Report and Bassem's Declaration in Support Thereof | 0.10<br>595.00/hr | 59.50 |
| | YN | Prepare the proof of service for the Initial Status Report | 0.10<br>250.00/hr | NO CHARGE |
| | CA | Draft Preliminary Status Report. | 1.10<br>435.00/hr | 478.50 |
| | SD | Call with Bassem re DIP accounts, insurance, and closing of pre-petition accounts | 0.10<br>545.00/hr | 54.50 |
| | SD | Email client re appraisal for his property | 0.10<br>545.00/hr | 54.50 |
| | SD | Review the Initial Status Report and provide my comments to Carolyn Afari to address | 0.30<br>545.00/hr | 163.50 |
| 10/14/2022 | YN | Leave client message re outstanding compliance items | 0.10<br>250.00/hr | NO CHARGE |
| 10/17/2022 | MJB | Telephone conference with Sofya D re further issue on the effect of Belgium Investment's suspension and then dissolution | 0.10<br>595.00/hr | 59.50 |
| | SD | Email client with the list of outstanding compliance items that are needed today | 0.10<br>545.00/hr | 54.50 |
| 10/18/2022 | RP | Call client re outstanding documents | 0.10<br>435.00/hr | 43.50 |
| | SD | Email client with the list of the outstanding 7-day compliance items (0.1); go over the list with Robert Poteete for him to contact the client (0.1) | 0.20<br>545.00/hr | 109.00 |
| 10/19/2022 | RP | Call with client re required account and insurance documents | 0.10<br>435.00/hr | 43.50 |
| 10/20/2022 | RP | Download files from client | 0.20<br>435.00/hr | NO CHARGE |

Bassem Essam Elmallakh Chapter 11                                                                Page      3

| Date | Staff | Description | Hrs/Rate | Amount |
|------|-------|-------------|----------|--------|
| 10/21/2022 | MJB | Review follow up email from Michelle Steele, Paralegal Specialist at the UST, re need for proof of homeowner's  insurance for | 0.10 595.00/hr | 59.50 |
| 10/24/2022 | RP | Contact client re amended 7-day | 0.10 435.00/hr | 43.50 |
| | RP | Assemble documents for amended 7 day | 0.60 435.00/hr | NO CHARGE |
| | SD | Discuss the 7-day deficiencies with Robert Poteete | 0.10 545.00/hr | 54.50 |
| 10/25/2022 | RP | Assemble amended 7-day | 0.60 435.00/hr | NO CHARGE |
| | SD | Review the 7-day compliance deficiency for evidence of insurance for the condo and evidence of closing of pre-petition Wells Fargo accounts | 0.10 545.00/hr | 54.50 |
| | SD | Review the tentative for October 26, 2022 status hearing and calendar the deadlines | 0.10 545.00/hr | 54.50 |
| | SD | Draft the draft scheduling order for tomorrow's initial status hearing per judge's tentative ruling | 0.10 545.00/hr | 54.50 |
| 10/26/2022 | RP | Assemble documents for amended 7 day | 0.30 435.00/hr | 130.50 |
| | RP | Send amended 7 day to Office of the US Trustee | 0.10 435.00/hr | NO CHARGE |
| | RP | Contact client re amended 7 day | 0.10 435.00/hr | NO CHARGE |
| | CA | Review Belgium's response to Motion to continue auto stay and draft email to Sofya's re same. | 0.10 435.00/hr | NO CHARGE |
| | SD | Review Michael Berger's email from today's initial status hearing and update the scheduling order | 0.20 545.00/hr | 109.00 |
| | MJB | Prepare for the Initial Status Conference (.1) ; Represent the client at the Initial Status Conference (.2) Prepare email to the client and to Sofya D re same and re dates to be set forth in a scheduling order (.1) | 0.40 595.00/hr | 238.00 |
| 10/27/2022 | SD | Review the signed scheduling order after the Initial Hearing and email to client with my comments and requests | 0.10 545.00/hr | 54.50 |
| 10/28/2022 | RP | Call client re amended 7-day submissions | 0.10 435.00/hr | 43.50 |
| | RP | Organize amended 7-day submissions | 0.50 435.00/hr | NO CHARGE |

Bassem Essam Elmallakh Chapter 11                                                    Page    4

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/28/2022 | PG | Draft my Declaration for the Scheduling Order After Initial Status Hearing | 0.40 200.00/hr | NO CHARGE |
| | CA | Begin drafting Motion to Avoid Lien of Belgium, with supporting declarations and supporting exhibits. | 3.40 435.00/hr | 1,479.00 |
| | SD | Review the September 2022 mortgage statement and give to Carolyn Afari to attach as an exhibit to the Motion to Avoid Lien | 0.10 545.00/hr | 54.50 |
| | SD | Review Peter Garza's declaration re service of the Scheduling Order After Initial Status Hearing | 0.10 545.00/hr | 54.50 |
| | SD | Discuss the avoidance of Belgium's judgment lien with Carolyn Afari (0.2); Review the draft Motion to Avoid Belgium's lien per 11 USC 522(f) and the supporting declaration of Debtor and the appraisal and provide my comments to Carolyn Afari (0.2) | 0.40 545.00/hr | 218.00 |
| | MJB | Review email from the client re proof of closing the debtor's prepetition account at Chase (.1); Review email from Bassem re Proof of Homeowner's Insurance | 0.10 595.00/hr | 59.50 |
| 10/31/2022 | RP | Assemble and submit 4th amended 7 day package | 1.10 435.00/hr | NO CHARGE |
| | SD | Review the supplements to the 7 day compliance for submission to OUST and provide my comments to Robert Poteete to address with client before submitting it | 0.10 545.00/hr | 54.50 |
| 11/2/2022 | RP | Assemble compliance documents and send cover page out for signature | 0.20 435.00/hr | NO CHARGE |
| | SD | Review and respond to client's email re mortgage payment | 0.10 545.00/hr | 54.50 |
| | SD | Review the updated compliance submission with closing bank statement for Chase for submission to US Trustee | 0.10 545.00/hr | 54.50 |
| | SD | Call with Bassem re the status of the case and strategy for reorganization | 0.30 545.00/hr | 163.50 |
| 11/3/2022 | RP | Email to trustee re outstanding items | 0.10 435.00/hr | 43.50 |
| | RP | Calls with client re outstanding compliance items for trustee | 0.30 435.00/hr | 130.50 |
| | SD | Review response email from US Trustee's analyst and send an email to client requesting the information for insurance and DIP account right away | 0.10 545.00/hr | 54.50 |

Bassem Essam Elmallakh Chapter 11

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/7/2022 | RP | Contact US Trustee office re proof of insurance for condo | 0.10<br>435.00/hr | 43.50 |
| | RP | Contact client re compliance documents | 0.10<br>435.00/hr | 43.50 |
| | SD | Amend schedule AB to add information about Debtor's brokerage account | 0.10<br>545.00/hr | 54.50 |
| 11/8/2022 | RP | Contact client re amended schedule A/B | 0.10<br>435.00/hr | 43.50 |
| | RP | Adjust scan and file amended Schedule A/B with updated proof of service | 0.40<br>435.00/hr | NO CHARGE |
| 11/9/2022 | RP | Take call from OUST regarding outstanding compliance | 0.10<br>435.00/hr | 43.50 |
| | RP | Call insurer for condo re proof of insurance | 0.10<br>435.00/hr | 43.50 |
| | RP | Email client regarding outstanding compliance | 0.10<br>435.00/hr | 43.50 |
| 11/10/2022 | SD | Email Michael Berger to go over my questions re the case | 0.10<br>545.00/hr | 54.50 |
| 11/11/2022 | RP | Follow up with client for outstanding compliance documents | 0.10<br>435.00/hr | NO CHARGE |
| | SD | Review and respond to client's email with questions re possible settlement and sale of an asset | 0.10<br>545.00/hr | 54.50 |
| | MJB | Review email from UST Paralegal Specialist Michele Rene Steele re additional UST compliance information requested, prepare email to the client and to Sofya D re same | 0.10<br>595.00/hr | 59.50 |
| | MJB | Review follow up email from Florence Perkins of the IRS re unfiled return for 2019 | 0.10<br>595.00/hr | 59.50 |
| 11/14/2022 | YN | Research the parties for service via certified mail for the 522f motion and prepare the proof of service | 0.70<br>250.00/hr | NO CHARGE |
| | RP | Explain insurance policy deficiency to client | 0.10<br>435.00/hr | 43.50 |
| | SD | Email Bassem re insurance | 0.10<br>545.00/hr | 54.50 |
| | SD | Review and respond to client's email re the DIP checks | 0.10<br>545.00/hr | 54.50 |

Bassem Essam Elmallakh Chapter 11                                                    Page    6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2022 | YN | Send follow up mail for copy of the DIP check | 0.10 250.00/hr | NO CHARGE |
| | SD | Review the DIP signature card and respond to client's email | 0.10 545.00/hr | 54.50 |
| 11/22/2022 | SD | Review email from OUST re quarterly fee payment and ask Bassem to pay now | 0.10 545.00/hr | 54.50 |
| 11/23/2022 | MJB | Review and approve draft Debtor's Motion to Avoid Lien, conference with Sofya D re same | 0.10 595.00/hr | 59.50 |
| | YN | Continue to locate correct the name and address for the 522 (f) Motion | 0.50 250.00/hr | NO CHARGE |
| | YN | Research agents and additional address for the proof of service for the 522 (f) Motion | 0.80 250.00/hr | 200.00 |
| | SD | Review Belgium's Objection to Debtor's Homestead Exemption | 0.50 545.00/hr | 272.50 |
| | SD | Prepare Status Report #2 for filing | 0.70 545.00/hr | 381.50 |
| | SD | Review and revise the Motion to Avoid Belgium Investment's Judgment Lien (1.2); review filed claims and amend schedules A/B, C and D (0.4); review and fix the proof of service for certified mail (0.2) | 1.80 545.00/hr | 981.00 |
| 11/29/2022 | YN | Email client the link to pay quarterly fees | 0.10 250.00/hr | NO CHARGE |
| | YN | Call and email appraiser re the declaration and resume for the 522(f) Motion | 0.20 250.00/hr | 50.00 |
| | YN | Call with client's appraiser re revising the Declaration in Support of the 522(f) Motion | 0.20 250.00/hr | 50.00 |
| | SD | Review email from OUST re quarterly fees and October MOR and ask client to pay the fees now | 0.10 545.00/hr | 54.50 |
| 12/1/2022 | YN | Call client re outstanding items re the Motion to Dismiss and email re same | 0.20 250.00/hr | NO CHARGE |
| | SD | Add additional comments for the opposition to Motion to Dismiss to my notes (0.2); email Bassem my questions and requests for evidence and explanations (0.2) | 0.40 545.00/hr | 218.00 |
| | SD | Review Belgium's Motion to Dismiss or Convert to Chapter 7 and write down by comments for the Opposition | 0.50 545.00/hr | 272.50 |

Bassem Essam Elmallakh Chapter 11                                                                 Page    7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/2/2022 | CA | Review Belgium Objection to Homestead Exemption. | 0.10<br>435.00/hr | 43.50 |
| | SD | Meet with Carolyn Afari to discuss a possible settlement of Belgium's claim; opposition to Motion to Dismiss/Convert and Motion Objecting to Claimed Homestead Exemption | 0.20<br>545.00/hr | 109.00 |
| 12/5/2022 | CA | Review Motion to Dismiss and Draft Opposition. Send email to client re same. | 5.50<br>435.00/hr | 2,392.50 |
| | SD | Review amended POC #5 filed by the IRS | 0.10<br>545.00/hr | 54.50 |
| | SD | Review Debtor's Response to Motion to Dismiss/Convert and go over my comments with Carolyn Afari | 0.50<br>545.00/hr | 272.50 |
| 12/6/2022 | YN | Prepare the proof of service for the Opposition to the Motion to Dismiss Case | 0.10<br>250.00/hr | NO CHARGE |
| | YN | Call and text client re compliance issues to support response to Motion to Dismiss Case | 0.20<br>250.00/hr | NO CHARGE |
| | YN | Call and text client re outstanding items for the reply to the Motion to Dismiss | 0.20<br>250.00/hr | NO CHARGE |
| | MJB | Further preparation for tomorrow's status conference, analysis re my answers to the court's questions | 0.10<br>595.00/hr | 59.50 |
| | SD | Email client with the list of items I need responses to. | 0.10<br>545.00/hr | 54.50 |
| | SD | Call with Bassem re the documents requested for him to provide to our office today | 0.10<br>545.00/hr | 54.50 |
| | SD | Email confirmation of OUST fees to Michelle Steele with OUST | 0.10<br>545.00/hr | 54.50 |
| | SD | Email Randy M re phone or online link for the payments (0.1); email client re same (0.1) | 0.20<br>545.00/hr | 109.00 |
| | SD | Review the court's tentative ruling for tomorrow's continued status hearing and provide the responses to Judge's questions to Michael Berger for tomorrow's hearing | 0.20<br>545.00/hr | 109.00 |
| | MJB | Review the Court's Tentative Ruling re tomorrow's Status Conference | 0.10<br>595.00/hr | 59.50 |
| | MJB | Review Belgium's Motion to Dismiss and analysis re response thereto (.2) ; Review and revise Debtor's Draft Opposition thereto (.2) | 0.40<br>595.00/hr | 238.00 |

Bassem Essam Elmallakh Chapter 11                                          Page    8

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/7/2022 | MJB | Appear by Zoom Video Conference for the Continued Status Conference in debtor's Ch 11 Case (.6) Prepare email to Sofya D and the client re same (.1) | 0.70 595.00/hr | 416.50 |
| | SD | Prepare Notice of Continued Status Conference Hearing | 0.20 545.00/hr | 109.00 |
| | YN | Draft proof of service for the Opposition to the Motion to Dismiss Case | 0.10 250.00/hr | NO CHARGE |
| | RP | Adjust and file opposition to motion to dismiss | 0.20 435.00/hr | NO CHARGE |
| | RP | Revise proof of service for opposition to motion to dismiss | 0.20 435.00/hr | NO CHARGE |
| | YN | Call and text exchanges re evidence to support the opposition to the motion to dismiss case | 0.10 250.00/hr | 25.00 |
| | YN | Call with client re check to TD Bank and text re same | 0.20 250.00/hr | 50.00 |
| 12/8/2022 | SD | Review Belgium's Opposition to Debtor's lien avoidance motion | 0.20 545.00/hr | 109.00 |
| 12/12/2022 | SD | Review the Notice of Hearing on Lien Avoidance Motion and Supplemental Zoom Notice and provide my comments to Yathida for revisions to the notices and service list | 0.20 545.00/hr | 109.00 |
| | SD | Review and revise the Notice Setting Lien Avoidance Motion of Belgium Investment for a hearing (0.1); draft a settlement proposal to convey to Belgium's counsel (0.4) | 0.50 545.00/hr | 272.50 |
| 12/14/2022 | YN | Prepare the Notice of Hearing for the Motion to Avoid Lien | 0.20 250.00/hr | 50.00 |
| 12/15/2022 | SD | Review Belgium's Reply to Debtor's Opposition to Motion to Dismiss/Convert (0.3); email a copy to Carolyn Afari with my questions and comments (0.1) | 0.40 545.00/hr | 218.00 |
| 12/20/2022 | MJB | Review the Court's updated tentative ruling, prepare for tomorrow's hearing on the Creditor's Motion to Dismiss or Convert to Ch 7 | 0.10 595.00/hr | 59.50 |
| | YN | Call with client re evidence of mortgage payments and HOA payments for tomorrow's hearing on motion to dismiss case | 0.10 250.00/hr | 25.00 |
| | SD | Send a follow up email to Belgium's counsel to find out if he has a counter offer for the Debtor | 0.10 545.00/hr | 54.50 |
| | SD | Review the tentative for tomorrow's hearing on Belgium's motion to dismiss or convert Debtor's case and email a copy to client | 0.10 545.00/hr | 54.50 |

Bassem Essam Elmallakh Chapter 11                                                   Page    9

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2022 | CA | Draft Opposition to Objection to Homestead Exemption. | 2.90<br>435.00/hr | 1,261.50 |
| | CA | Draft Debtor's Opposition to Belgium's Objection to Homestead Exemption. | 3.70<br>435.00/hr | 1,609.50 |
| | YN | Call with client re outstanding DIP checks and other compliance items | 0.10<br>250.00/hr | 25.00 |
| | SD | Discuss the status of post-petition required payments with the Debtor | 0.10<br>545.00/hr | 54.50 |
| | MJB | Appear by Zoom Video Conference on behalf of the debtor in opposition to Creditor's Motion to Dismiss or Convert Case to Chapter 7 (.2); Prepare email to the creditor and to Sofya D re same (.1) | 0.30<br>595.00/hr | 178.50 |
| 12/22/2022 | YN | Draft Notice of Lodgment for Order Denying Motion to Convert Case to Chapter 7 | 0.10<br>250.00/hr | NO CHARGE |
| | SD | Prepare the Order Denying Belgium's Motion to Dismiss Case | 0.20<br>545.00/hr | 109.00 |
| 12/26/2022 | CA | Continue working on Opposition to Objection to Homestead Exemption and send to Sofya for review. | 1.60<br>435.00/hr | 696.00 |
| 12/27/2022 | SD | Review Debtor's Opposition to Belgium's Motion Objecting to Debtor's Homestead Exemption | 0.50<br>545.00/hr | 272.50 |
| 12/28/2022 | MJB | Review and approve Debtor's Draft Opposition to Belgium Investments Objection to Debtor's Claimed Homestead Exemption | 0.10<br>595.00/hr | 59.50 |
| | YN | Draft the proof of service for the Opposition to the Homestead Exemption | 0.10<br>250.00/hr | NO CHARGE |
| | YN | Conference call with client and the Chase Bank re the DIP checks | 0.30<br>250.00/hr | NO CHARGE |
| | SD | Call with client re his case (0.1); check the docket and no adversary proceeding has been filed (0.1) | 0.20<br>545.00/hr | 109.00 |
| | SD | Call with Carolyn Afari to go over my comments for Debtor's Opposition to Belgium's Motion Objecting to Homestead Exemption (0.2); call with Debtor and Chase Bank re status of DIP checks (0.1) | 0.30<br>545.00/hr | 163.50 |
| 12/29/2022 | YN | Call court re relating the opposition the correct docket #55 | 0.10<br>250.00/hr | NO CHARGE |
| 1/4/2023 | YN | Prepare the proof of service for the Reply to creditor's opposition to the Motion to Avoid Lien | 0.10<br>250.00/hr | 25.00 |

Bassem Essam Elmallakh Chapter 11                                                    Page    10

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/4/2023 | SD | Review the order denying Belgium's Motion to Dismiss or Convert and email a copy to client | 0.10 545.00/hr | 54.50 |
| | SD | Review Debtor's Reply to Belgium's Opposition to Debtor's Motion to Avoid Belgium's Lien and go over my comments with Carolyn Afari | 0.30 545.00/hr | 163.50 |
| | MJB | Review and revise debtor's draft reply to Belgium's Opposition to Debtor's Motion to Avoid Lien | 0.10 595.00/hr | 59.50 |
| 1/10/2023 | YN | Email client reminder email re the voided DIP check for compliance | 0.10 250.00/hr | NO CHARGE |

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| SUBTOTAL: | | [ | 54.60 | 21,417.00] |
| For professional services rendered | | | 54.60 | $21,417.00 |

# EXHIBIT 3

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassam Essam Elmallakh
116 Rockefeller
Irvine, CA 92612


January 11, 2023


Invoice #1099


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Claims Administration and Objections** | | |
| 10/6/2022 | MJB | Review Proof of Claim filed by the Townes at Central Park West Association | 0.10 595.00/hr | 59.50 |
| 10/7/2022 | SD | Review POC #3 by Towns HOA | 0.10 545.00/hr | NO CHARGE |
| 10/13/2022 | SD | Review POC #4 filed by Wells Fargo Bank | 0.10 545.00/hr | 54.50 |
| 10/20/2022 | SD | Review POC #5 filed by the IRS | 0.10 545.00/hr | 54.50 |
| 10/25/2022 | SD | Prepare the Notice of Bar Date | 0.20 545.00/hr | 109.00 |
| 11/6/2022 | MJB | Review and reply to email from Ms. Perkins re the proof of claim filed by the IRS and the debtors unfiled tax return for for 2019 | 0.10 595.00/hr | 59.50 |
| 11/18/2022 | SD | Review POC #6 and #7 by Central HOA | 0.20 545.00/hr | 109.00 |
| 11/22/2022 | SD | Submit Debtor's 2019 - 2021 tax returns to Ms. Perkins with the IRS | 0.10 545.00/hr | 54.50 |
| 12/7/2022 | SD | Review POC #8 filed by Freedom Mortgage and email a copy to client | 0.10 545.00/hr | 54.50 |

Bassem Essam Elmallakh Chapter 11                                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/7/2022 YN | Review claims register re payment address and inform client re same | 0.10<br>250.00/hr | 25.00 |
| 12/12/2022 MJB | Telephone conference with Sofya D re possible settlement offer to Belgium (.1) ; In person conference re same and review draft email re same (.1) | 0.20<br>595.00/hr | 119.00 |
| 12/27/2022 SD | Review POC #9 filed by Belgium Investments | 0.20<br>545.00/hr | 109.00 |
| 1/4/2023 CA | Draft Reply to Opposition to 522f. | 1.80<br>435.00/hr | 783.00 |
| 1/5/2023 SD | Review Belgium's Reply to Debtor's Opposition to Belgium's Objection to Debtor's Homestead Exemption | 0.40<br>545.00/hr | 218.00 |

SUBTOTAL:                                                                                     [    3.80         1,809.00]

For professional services rendered                                                            3.80         $1,809.00

# EXHIBIT 4

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassam Essam Elmallakh
116 Rockefeller
Irvine, CA 92612


January 11, 2023


Invoice #1099


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Fee/Employment Applications** | | |
| 10/18/2022 | YN | Prepare the Declaration that No Party Requested a Hearing for Application to Employ M. Berger and the order re same | 0.30<br>250.00/hr | NO CHARGE |
| | SD | Review the Declaration of Non-Opposition and order on Application to Employ general bankruptcy counsel and make revisions | 0.10<br>545.00/hr | 54.50 |
| 1/3/2023 | SD | Review, fix and organize the timeslips for our first interim fee application | 0.70<br>545.00/hr | 381.50 |
| | | SUBTOTAL: | [    1.10 | 436.00] |
| | | For professional services rendered | 1.10 | $436.00 |

# EXHIBIT 5

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassem Essam Elmallakh
116 Rockefeller
Irvine, CA 92612

January 11, 2023

Invoice #1099

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Litigation** | | |
| 11/10/2022 | MJB | Review email from Sofya D re a a motion to avoid Belgium's Judgment Lien and re a possible sale of an asset of the estate, telephone conference with Sofya D re same | 0.10<br>595.00/hr | 59.50 |
| 12/5/2022 | SD | Email settlement proposal to Belgium's counsel | 0.20<br>545.00/hr | 109.00 |
| 12/12/2022 | SD | Call with Bassem to discuss the settlement offer and options and the upcoming matters and deadlines (0.2); update the settlement proposal (0.1) | 0.30<br>545.00/hr | 163.50 |
| | SUBTOTAL: | | [    0.60 | 332.00] |
| | For professional services rendered | | 0.60 | $332.00 |

**EXHIBIT 6**

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassam Essam Elmallakh
116 Rockefeller
Irvine, CA 92612

January 11, 2023

Invoice #1099

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Meeting of Creditors** | | |
| 10/25/2022 | SD | Inform Bassem of the new dial in information for the meeting of creditors (0.1); review and respond to email from OUST paralegal re same (0.1) | 0.20 545.00/hr | 109.00 |
| 10/27/2022 | SD | Call with Bassem to prepare him for tomorrow's meeting of creditors | 0.80 545.00/hr | 436.00 |
| 10/28/2022 | MJB | Appear by phone and represent the debtor at its meeting of creditors (1.0) ; Prepare email to the client and Sofya D re problems discussed at the meeting of creditors that need to be solved (.1) | 1.10 595.00/hr | 654.50 |
| 11/1/2022 | SD | Inform the client that the meeting of creditors has been re-noticed and calendar in act and send information to client | 0.10 545.00/hr | 54.50 |
| 11/9/2022 | SD | Call with Bassem to prepare him for tomorrow's rescheduled meeting of creditors | 0.40 545.00/hr | 218.00 |
| 11/10/2022 | MJB | Appear by phone for the continued meeting of creditors (.8); Telephone conference with client after the meeting of creditors re same (no charge) | 0.80 595.00/hr | 476.00 |
| | | SUBTOTAL: | [ 3.40 | 1,948.00] |
| | | For professional services rendered | 3.40 | $1,948.00 |

**EXHIBIT 7**

Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929

Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassam Essam Elmallakh
116 Rockefeller
Irvine, CA 92612

January 11, 2023

Invoice #1099

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Plan and Disclosure Statement** |  |  |  |  |
| 10/20/2022 | SD | Review the plan treatment proposal from Randy M. re the vehicle, email to client for his review, and respond to Randy's email | 0.10 545.00/hr | 54.50 |
|  | MJB | Review and reply to email from Randy M, counsel for TD re a proposed plan treatment stipulation, telephone conference with Sofya D re same | 0.10 595.00/hr | 59.50 |
| 10/25/2022 | SD | Respond to Randy M's email re plan treatment proposal for TD Auto claim | 0.10 545.00/hr | 54.50 |
| 11/4/2022 | SD | Review the stipulation for adequate protection and plan treatment stipulation and respond to Randy's email | 0.10 545.00/hr | 54.50 |
| 1/4/2023 | CA | Draft Motion to Extend Exclusivity Period to file Plan, with Application Shortening Time, supporting declaration and Order thereon. | 3.60 435.00/hr | 1,566.00 |
|  | MJB | Conference with Sofya D re possible Motion to Extend the Exclusivity period to file a plan and disclosure statement | 0.10 595.00/hr | 59.50 |
| 1/5/2023 | YN | Draft proof of services for the Motion to Extend the Exclusivity Period and Application for Shortening Time | 0.10 250.00/hr | NO CHARGE |
| 1/6/2023 | SD | Review Motion to Extend Exclusivity Period and the Application for Shortened Notice and provide my comments to Carolyn Afari to address | 0.20 545.00/hr | 109.00 |
| 1/9/2023 | MJB | Review and approve draft Motion to Extend Debtor's Exclusivity Period (.2); Review and approve draft Application for Order Setting Hearing on Shortened Notice (.1) | 0.30 595.00/hr | 178.50 |

Bassem Essam Elmallakh Chapter 11                                                    Page    2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/9/2023 | YN | Organize Motion for Deadline to Extend Plan and prepare the proof of services for the Motion and Application | 0.20 250.00/hr | NO CHARGE |
|  | YN | Draft proof of service for the Motion to Extend the Deadline to filed Plan and for the Application Shortened Time | 0.20 250.00/hr | NO CHARGE |
|  | RP | Obtain signature, scan and file motion to extend exclusivity | 0.20 435.00/hr | NO CHARGE |
|  | SUBTOTAL: |  | [    5.30 | 2,136.00] |
|  | For professional services rendered |  | 5.30 | $2,136.00 |

# EXHIBIT 8

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassam Essam Elmallakh
116 Rockefeller
Irvine, CA 92612


January 11, 2023


Invoice #1099


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Relief From Stay Proceedings** | | |
| 10/5/2022 | SD | Review Belgium's Opposition to Motion to Continue Stay and email a copy to Bassem and Michael for review and comments | 0.30 545.00/hr | 163.50 |
| 10/10/2022 | SD | Review Debtor's Reply to Belgium's Opposition to Debtor's Motion to Continue Stay and provide my detailed comments to Carolyn Afari to address | 0.30 545.00/hr | 163.50 |
| | SD | Call with Carolyn Afari regarding the arguments for the Reply to Opposition to Motion to Continue Automatic Stay | 0.10 545.00/hr | 54.50 |
| | SD | Follow up call with Carolyn Afari re Belgium's suspension by Secretary of State (0.1); discuss same with Michael Berger (0.1) | 0.20 545.00/hr | 109.00 |
| | MJB | Review emails from Sofya D and Carolyn A re suspension / dissolution issues regarding Belgium, telephone conference with Sofya D re same all in connection to our reply to Belgiuim's Opposition to our Motion to Extend the Stay | 0.10 595.00/hr | 59.50 |
| 10/11/2022 | MJB | Review and revise debtor's draft reply to Belgium Investments Opposition to Debtor's Motion for Order Continuing Automatic Stay | 0.50 595.00/hr | 297.50 |
| | YN | Call client re Response to RFS by Belguim (0.1)  and prepare the proof of service re same (0.1) | 0.20 250.00/hr | NO CHARGE |
| | MJB | Review and reply to email from Ben Heston re our Reply to Belgium's opposition to our Motion to Extend the Stay | 0.10 595.00/hr | NO CHARGE |

Bassem Essam Elmallakh Chapter 11

Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/11/2022 | SD | Address Michael Berger's comments for Debtor's Reply to Belgium's Opposition to Motion to Continue Stay for today's filing | 0.20<br>545.00/hr | 109.00 |
| | SD | Review the revised draft of Debtor's Reply to Belgium's Opposition to Motion to Continue Stay and make final revisions | 0.50<br>545.00/hr | 272.50 |
| 10/12/2022 | MJB | Review Exhibits 2 and 2 to Belgium's Opposition to Debtor's Motion for Order Continuing the Stay | 0.10<br>595.00/hr | 59.50 |
| 10/14/2022 | SD | Review Belgium's Notice of Recent Authority filed in support of its opposition to Debtor's Motion to Continue Stay | 0.10<br>545.00/hr | 54.50 |
| | MJB | Review Notice of Recent Statutory Authority filed by Belgium Investments, analysis re response thereto, telephone conference with Sofya D re research needed re response thereto for our oral argument at the hearing on our Motion to Extend the Stay | 0.10<br>595.00/hr | 59.50 |
| 10/18/2022 | YN | Prepare the Notice of Lodgment for the Motion to Continue the Automatic Stay | 0.10<br>250.00/hr | NO CHARGE |
| | SD | Prepare the order continuing the automatic stay | 0.20<br>545.00/hr | 109.00 |
| | MJB | Appear by Zoom Video Conference for the hearing on debtor's Motion to Extend the Stay (.3) ; Prepare email to the client and Sofya D re same (.1) | 0.40<br>595.00/hr | 238.00 |
| 11/5/2022 | MJB | Review TD Bank's Motion for Relief from Stay, calendar hearing date and response date, analysis re response thereto | 0.20<br>595.00/hr | 119.00 |
| 11/7/2022 | SD | Call with counsel for TD Audo, Randy M. re APO Agreement and the payment due date (0.1); review and sign the revised AP stipulation (0.1) | 0.20<br>545.00/hr | 109.00 |
| | SD | Review the RFS Motion filed by TD Auto for the Mercedes (0.2); review Randy's response email re AP agreement to resolve the motion (0.1); email a copy to client with my recommendations for the agreement (0.1); send another email to Randy re payments (0.1) | 0.50<br>545.00/hr | 272.50 |

|   |   |   |
|---|---|---|
| SUBTOTAL: | [    4.40 | 2,250.00] |
| For professional services rendered | 4.40 | $2,250.00 |

**EXHIBIT 9**

## TIME BILLED BY PROFESSIONALS

| PROFESSIONAL | TYPE | HOURS BILLED | HOURS NOT BILLED | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|---|
| Michael Jay Berger | Attorney | 9.20 | 0.10 | $595.00/hour | $5,474.00 |
| Sofya Davtyan | Attorney | 24.20 | 0.10 | $545.00/hour | $13,189.00 |
| Carolyn Afari | Attorney | 27.50 | 1.90 | $435.00/hour | $11,962.50 |
| Robert Poteete | Attorney | 1.80 | 4.50 | $435.00/hour | $783.00 |
| Yathida Nipha | Paralegal | 5.00 | 5.20 | $250.00/hour | $1,250.00 |
| Peter Garza | Paralegal | 0.00 | 0.40 | $200.00/hour | $0.00 |
| **TOTAL** | | **67.70** | **12.20** | | **$32,658.50** |

**EXHIBIT 10**

Law Offices of Michael Jay Berger
9454 Wilshire Blvd.  6th Floor
Beverly Hills, CA 90212-2929


Invoice submitted to:
Bassem Essam Elmallakh Chapter 11
Bassem Essam Elmallakh
116 Rockefeller
Irvine, CA 92612


January 11, 2023


Invoice #1099


Additional Charges :

|  |  | Amount |
|---|---|---|
| 10/5/2022 | Pacer charges to download 2 documents from debtor's prior Ch 13 | 1.40 |
| 10/11/2022 | 25 pages for 1 mailing<br>Debtor's reply to Belgium Investment's motion for order continuing the automatic stay | 2.50 |
|  | 1 mailing at $1.64<br>Debtor's reply to Belgium Investment's motion for order continuing the automatic stay | 1.64 |
|  | Judge's copy sent ups<br>Debtor's reply to Belgium Investment's motion for order continuing the automatic stay | 10.88 |
| 10/13/2022 | 3 pages for 10 mailings<br>Debtor's initial status report | 3.00 |
|  | 10 mailings at .57 each<br>Debtor's initial status report | 5.70 |
|  | Judge's copy sent ups<br>Debtor's initial status report | 10.88 |
| 10/18/2022 | Judge's copy sent ups<br>Declaration that no party requested a hearing on motion<br>Order re authorize dip to employ general counsel | 10.95 |
| 10/25/2022 | 2 pages for 18 mailings<br>Notice of bar date for filing proofs of claim in a chapter 11 case | 3.60 |
|  | 18 mailings at .57 each<br>Notice of bar date for filing proofs of claim in a chapter 11 case | 10.26 |

Bassem Essam Elmallakh Chapter 11                                             Page    2

|  |  | Amount |
|---|---|---|
| 10/25/2022 | Judge's copy sent ups | 10.97 |
|  | Notice of bar date for filing proofs of claim in a chapter 11 case | |
| 10/27/2022 | 2 pages for 18 mailings | 3.60 |
|  | Scheduling order after initial status conference | |
|  | 18 mailings at .57 each | 10.26 |
|  | Scheduling order after initial status conference | |
| 10/31/2022 | Judge's copy sent ups | 10.97 |
|  | Declaration of PG re service of the scheduling order | |
| 11/23/2022 | 30 pages for 13 mailings | 39.00 |
|  | Debtor's notice of motion and motion to avoid lien | |
|  | 13 certified mailings at $9.17 each | 119.21 |
|  | Debtor's notice of motion and motion to avoid lien | |
|  | Judge's copy sent ups | 11.88 |
|  | Debtor's notice of motion and motion to avoid lien | |
|  | Debtor's Status report #2 | |
|  | Court fee for amending schedules | 32.00 |
| 11/28/2022 | 2 pages for 14 mailings | 2.80 |
|  | Debtor's status report no. 2 | |
|  | 14 mailings at .57 each | 7.98 |
|  | Debtor's status report no. 2 | |
|  | Judge's copy sent ups | 10.95 |
|  | Debtor's status report no. 2 | |
| 11/30/2022 | 9 pages for 12 mailings | 10.80 |
|  | Declaration of John Grichine in support of debtor's motion to avoid lien | |
|  | 12 mailings at .57 each | 6.84 |
|  | Declaration of John Grichine in support of debtor's motion to avoid lien | |
|  | Judge's copy sent ups | 10.95 |
|  | Declaration of John Grichine in support of debtor's motion to avoid lien | |
| 12/7/2022 | 2 pages for 21 mailings | 4.20 |
|  | Notice of continued status conference | |
|  | 21 mailings at .57 each | 11.97 |
|  | Notice of continued status conference | |
|  | Judge's copy sent ups | 10.93 |
|  | Notice of continued status conference | |

Bassem Essam Elmallakh Chapter 11                                                                          Page        3

|  | | Amount |
|---|---|---|
| 12/7/2022 | 12 pages for 18 mailings<br>Debtor's opposition to Belgium's motion to dismiss and or convert case to chapter 7 | 21.60 |
|  | 18 mailings at .81 each<br>Debtor's opposition to Belgium's motion to dismiss and or convert case to chapter 7 | 14.58 |
|  | Judge's copy sent ups<br>Debtor's opposition to Belgium's motion to dismiss and or convert case to chapter 7 | 10.93 |
| 12/13/2022 | 2 pages for 12 mailings<br>Notice of hearing on debtor's motion to avoid belguim investments lien<br>Supplemental notice of hearing to be held remotely using zoomgov audio and video | 2.40 |
|  | 12 mailings at .57 each<br>Notice of hearing on debtor's motion to avoid belguim investments lien<br>Supplemental notice of hearing to be held remotely using zoomgov audio and video | 6.84 |
|  | Judge's copy sent ups<br>Notice of hearing on debtor's motion to avoid belguim investments lien<br>Supplemental notice of hearing to be held remotely using zoomgov audio and video | 10.90 |
| 12/29/2022 | Judge's copy sent ups<br>Debtor's opposition to Belgium Investments 960 Bay | 11.69 |
| 1/5/2023 | Judge's copy sent ups<br>Debtor's reply to Belgium opposition to debtor's motion to avoid lien | 11.67 |
| 1/10/2023 | 5 pages for 18 mailings<br>Motion to extend the debtor's exclusivity period | 9.00 |
|  | 18 mailings at .57 each<br>Motion to extend the debtor's exclusivity period | 10.26 |
|  | Judge's copy sent ups<br>Motion to extend the debtor's exclusivity period | 11.69 |
|  | Total additional charges | $497.68 |

# EXHIBIT 11

# MICHAEL JAY BERGER

**9454 Wilshire Boulevard, 6th Floor, Beverly Hills, California 90212**
Telephone: 310.271.6223  |  Fax: 310.271.9805  |  E: michael.berger@bankruptcypower.com
**Website: www.bankruptcypower.com**

## EDUCATION

**Certified Legal Specialist in Bankruptcy Law certified by the California Board of Legal Specialization of the State Bar of California**
Certified on September 1, 2006 and continuously certified since then.

Law School – HASTINGS COLLEGE OF LAW, San Francisco, California
> J.D. with Honors, May 1981;
> Class Standing: Top 10%

Main Honors and Activities
> Order of the Coif             Law Review
> Thurston Honor Society        Phi Alpha Delta

Undergraduate – DUKE UNIVERSITY, Durham, North Carolina
> B.A. Graduated with Honors, 1978 Major: English

Main Honors and Activities
> Captain of the Duke Debate Team
> Chairman, Duke Branch of the North Carolina Public Interest Research Group
> Member, National Honorary Society
> Delta Sigma Rho Tau Kappa Alpha

## WORK EXPERIENCE

40 years of experience representing accountants, actors, advertising agencies, ambulance companies, bail bond companies, book stores, car washes, churches and synagogues, clothing companies, construction companies, construction supply companies, contractors, cosmetic companies, dentists, designers, doctors, entrepreneurs, film companies, gas stations, hospitals, hotels, insurance agencies, insurance sales people, investors, landlords and tenants, landscape companies, lawyers, lenders, magazines, manufacturing companies, musicians, nightclubs, online sales companies, pawn shops, physical therapists, radio stations, real estate brokers, real estate developers, real estate investors, restaurants, retail stores, schools, screenwriters, security guard companies, shopping centers, song writers, stock brokers, students, teachers, television stations, trucking companies and veterinarians.

| | |
|---|---|
| 1996 to Now | LAW OFFICES OF MICHAEL JAY BERGER<br>Beverly Hills, California<br>Principal attorney in law firm specializing in bankruptcy practice.<br>Extensive experience representing debtors, creditors and third parties in Chapter 7, 11 and 13 Cases and Adversary Proceedings |
| 1983 to 1996 | Attorney and Managing Partner, BERGER & STOLAR, INC.<br>Beverly Hills, California<br>Senior trial lawyer specializing in bankruptcy and civil litigation practice. Very knowledgeable and experienced in all types of civil litigation, including all types of collection, business, contract, entertainment, real estate, probate and bankruptcy cases. Extensive experience representing debtors and creditors in numerous Chapter 7, 11 and 13 proceedings. |

1981 to 1983    Attorney, RIFKIND, STERLING & LEVIN, INC.
Beverly Hills, California
Practiced in all phases of civil litigation. Primarily responsible for
collection, bankruptcy, breach of contract, real estate and tort cases.

## ACTIVITIES AND ASSOCIATIONS

"AV" rated lawyer as rated by Martindale Hubbell legal directory 1995-2021[*]

"Superb Rated Attorney" By Avvo
Former Judge Pro Tem, Beverly Hills Municipal Court
Former Arbitrator, Beverly Hills Bar Association
Former Editor of the Beverly Hills Bar Association Journal
Member of the Bankruptcy Section of the Beverly Hills Bar Association
Member of the Los Angeles Bankruptcy Forum
Member of the California Bankruptcy Forum
Member of the American Bankruptcy Institute
Member of Mensa, The High IQ Society
Member of Track Club Los Angeles
Marathon and Ultramarathon Runner
Guitar Player and Lead Singer for the Rock and Roll Band DTF

## AREA SERVED

I serve all of California, with the majority of my cases being in the Central District of California
downtown Los Angeles, San Fernando Valley, Santa Ana and Riverside branch courts.

---

[*] The Martindale-Hubbell "AV" rating indicates very high to preeminent legal ability and very high ethical standards
as established by confidential opinions from members of the bar.

# EXHIBIT 12

# LAW OFFICES OF MICHAEL JAY BERGER

9454 Wilshire Blvd., 6ᵗʰ Floor
Beverly Hills, California 90212
Tel: 310-271-6223 | Fax: 310-271-0985

LAW OFFICES OF MICHAEL J. BERGER (the "Firm") limits its practice to the field of bankruptcy, insolvency, workouts and related civil litigation and transactional matters. The Firm's legal representation, involves extensive involvement with consumers and businesses, as Debtors and Debtors-in-Possession in chapter 7, 11 and 13 Bankruptcies.

## DESCRIPTION OF RESPONSIBILITIES OF BANKRUPTCY ATTORNEYS

The Firm's Bankruptcy Department currently employs four full-time attorneys whose duties include, but are not limited to, attendance at the client's initial debtor interview, 341(a) meeting of creditors and confirmation hearing. The Firm's attorneys also prepare petitions, schedules and other documents that are critical to the success of each case.

The attorneys, under the supervision of the Firm's principal attorney, Michael Jay Berger, are responsible for the research, preparation and filing of applications, motions and other documents throughout the course of a client's bankruptcy. More specifically, the attorneys draft applications to employ professionals and applications for attorney compensation, as well as budget motions, motions for the interim use of cash collateral, motions to value and Chapter 11 and 13 plans of reorganization and disclosure statements.

The Firm's attorneys also ensure compliance with the Bankruptcy Code and Local Bankruptcy Rules. The attorneys are often required to prepare and file: applications for orders shortening time, motions for authorization to incur debt, applications for removal of civil actions, amendments to schedules, final reports, orders, judgments-findings of fact and conclusions of law, applications for final decrees closing Chapter 11 cases, statements of indebtedness and declarations in adversary proceedings, collection complaints, notices of appeals, and proofs of claim.

Immediately following is a brief description of the qualifications of the Firm's Attorneys.

**Michael Jay Berger – *Principal Attorney*,** admitted to the State Bar of California, 1981; Central District of California, 1982. Mr. Berger is a Certified Legal Specialist in Bankruptcy Law certified by the California Board of Legal Specialization of the State Bar of California.

University of California Hastings, San Francisco, CA (1981)
Duke University, Durham, NC (1978).

**Sofya Davtyan – *Partner*:** Admitted to the State Bar of California, 2008; Central District of California, 2008.  Ms. Davtyan joined the firm in February of 2009. Ms. Davtyan is a Certified Specialist in Bankruptcy Law, Certified by the California Board of Legal Specialization.

Ventura College of Law, Ventura, CA (2008)
University of Southern California, Los Angeles, CA (2002)


**Carolyn M. Afari  – *Mid-Level Associate*:** Admitted to the State Bar of California, 2012; Central District of California, 2012.  Ms. Afari joined the firm in June of 2017.

University of West Los Angeles School of Law, Los Angeles, CA (2011)
University of Southern California, Los Angeles, CA (2005)


**Robert Poteete – *Mid-Level Associate*:** Admitted to the State Bar of California, 2007; Central District of California, 2008.  Mr. Poteete joined the firm in 2022.

UCLA School of Law, Los Angeles, CA (2006)
University of Pennsylvania, Philadelphia, PA (2003)

## DESCRIPTION OF RESPONSIBILITIES OF PARALEGALS & LEGAL ASSISTANTS

The Firm's Bankruptcy Department currently employs four full-time paralegals and legal assistants whose duties include, but are not limited to, the following:

Attendance at initial attorney/client meetings, preparation of petitions, schedules, statement of affairs and rendering assistance to client in meeting the requirements of the United States Trustee.

After filing of the petition, the Paralegals, under the supervision of the attorneys, prepare drafts of motions, applications and other documents, including, but not limited to the following:

Application for authorization to employ professional persons, applications for compensation of attorneys' fees, motions to compromise controversies, stipulations, motions for extension of time for the debtor to file schedules, motions for extension of exclusivity periods [Bankruptcy Code §1121], motions for extension of the time in which the debtor may assume or reject nonresidential real property leases, motions for authorization to sell assets of the debtor's estate, applications for orders shortening time for serving notices to creditors, motions for authorization to incur debt, applications for removal of civil actions, amendments to schedules, final reports and account [Bankruptcy Rule 1019 (6)], notices as required by the Bankruptcy Rules, orders, judgments-findings of fact and conclusions of law, applications for final decrees closing Chapter 11 cases, final decrees, statements of indebtedness and declarations in adversary proceedings, collection complaints, notices of appeals, proofs of claims, and any other documents which may appropriately be drafted at the legal assistant level.

Immediately following is a brief description of the qualifications of the Firm's Paralegals and Legal Assistants.

**Gary Baddin (Bankruptcy Analyst / Field Agent)**

Mr. Baddin joined the firm in June 2021. In 1987, he joined the elite Special Procedures Staff of the IRS, administering the Service's tax claims in the U. S. Bankruptcy Court. He worked for the Office of the United States Trustee in the U.S. Department of Justice as a Bankruptcy Analyst for 30 years and was assigned oversite of chapter 11 cases. Mr. Baddin received his Bachelor's Degree in Political Science from UC Davis and holds a Master's Degree in Public Administration from USC.

**Yathida Nipha (Senior Paralegal)**: Ms. Nipha is a senior paralegal with over twelve years of experience in Chapters 7, 11 and 13. Ms. Nipha joined the firm in January 2010.

University of Phoenix, Los Angeles, CA (2008)

**Karine Manvelian (Senior Paralegal)**: Mrs. Manvelian joined the firm in 2014 and has returned in December 2015. Mrs. Manvelian worked with the United States Bankruptcy Court for over 20 years.

**Peter Garza (Paralegal)**: Mr. Garza joined the firm in May 2015. Prior to joining the firm, Mr. Garza was a customer service supervisor with Williams Lea, Inc. at O'Melveny & Myers for 15 years. Mr. Garza prepares declarations of service and Applications to Employ Professionals. Mr. Garza has experience preparing bankruptcy schedules in chapter 7, 11, and 13.

**EXHIBIT 13**

| Attorney or Party Name, Address, Telephone & FAX Nos,,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**Tel.: (310) 271-6223 Fax:(310) 271-9805**<br>**michael.berger@bankruptcypower.com**<br><br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for: Bassem Victor El Mallakh* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Bassem Victor El Mallakh**<br><br><br><br><br>Debtor(s). | CASE NO.: **8:22-bk-11605-TA**<br>CHAPTER __**11**__<br><br>**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF:**<br>☑**INTERIM FEES AND/OR EXPENSES**<br>☐**FINAL FEES AND/OR EXPENSES**<br>**[11 U.S.C. § 331 OR § 330]** |
|---|---|

TO ALL INTERESTED PARTIES: NOTICE IS GIVEN that on the following date and time and in the indicated courtroom, the following Applicant(s) will move this court for an order approving a fee and/or expense application(s):

1. **Application Information**: ☐ See attached page for information on additional applicants
   a. Name of Applicant (*specify*): ___Michael Jay Berger___
   b. Amount of fees requested: $ ___32,685.50___
   c. Amount of costs requested: $ ___497.68___
   d. Period covered by Application (*specify*): ___September 30, 2022 - January 10, 2023___
   e. Address of Applicant (*specify*): _____
   (*If more than one application is included in this notice, attach a separate sheet stating the above information for each Applicant*)

2. Hearing Date: ___2/15/2023___   Time: ___10:00 am___   Courtroom: ___5B___   Floor: ___5th___
   ☐ 255 East Temple Street, Los Angeles, CA 90012         ☑ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367      ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

3. **Deadline for Opposition Papers:** If you wish to object to the application(s), you must file a written objection with the court and serve a copy of it upon the Applicant(s), the Debtor's attorney, and trustee's attorney, if any, no less than 14 days prior to the above hearing date. If you fail to file a written objection to the application(s) within such time period, the court may treat such failure as a waiver of your right to object to the application(s) and may

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1          **F 2016-1.1.NOTICE.HEARING.APP.FEES**

approve the application(s). If you wish to review the full application(s), you may review the application(s) on file with the court or obtain a copy from Applicant(s).

4.  **Deadline for Filing Other Professional Fee Applications**: If the above application(s) are for payment of interim fees, pursuant to LBR 2016-1, other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the court, hearings on interim fee applications will not be scheduled less than 120 days apart.

Date: _____1/20/2023_____

**Law Offices of Michael Jay Berger**
Print name of law firm

_____
Signature

**Michael Jay Berger**
Print name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                    Page 2                    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled: __**NOTICE OF HEARING ON APPLICATION FOR PAYMENT OF**__
__**INTERIM OR FINAL FEES AND/OR EXPENSES**__   will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 1/25/23, I checked the
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail
Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On *(date)* 1/25/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage
prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge __will be completed__ no later
than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each**
**person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* 1/25/23, I served the following persons
and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile
transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the
judge __will be completed__ no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/25/23 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                        Page 3        **F 2016-1.1.NOTICE.HEARING.APP.FEES**

## 2. **SERVED BY UNITED STATES MAIL**:

**SECURED CREDITORS**

**Belgium Investments 960 Bay Dr, LLC**
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

**Central Park West Community Association**
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

**Central Park West Community HOA**
401 Rockefeller #208
Irvine, CA 92612

**Central Park West Community HOA**
Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

**First Service Residential**
15241 Laguna Canyon Rd.
Irvine, CA 92618

**First Service Residential**
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

**Freedom Mortgage**
951 Yamato Rd.
Boca Raton, FL 33431

**Freedom Mortgage**
PO Box 50428
Indianapolis, IN 46250

**Freedom Mortgage Corporation**
1455 Frazee Road, Suite 820
San Diego, CA 92108

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 (Address from POC)

**TD Auto Finance**
6 Atlantis Way
Lewiston, ME 04240

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 4              **F 2016-1.1.NOTICE.HEARING.APP.FEES**

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333


**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**TD Bank N.A.**
c/o CTGD&W
Attn: Randall P. Mroczynski, Esq.
535 Anton Blvd., 10th Fl.
Costa Mesa, CA 92626 (Address from POC)


**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618

**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)


**20 LARGETS UNSECURED CREDITORS:**

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328


**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438 (Address from POC)


**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 5                    **F 2016-1.1.NOTICE.HEARING.APP.FEES**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER; DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/25/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 1/25/23, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1/25/23, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/25/23 | Peter Garza | /s/Peter Garza |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.