MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: michael.berger@bankruptcypower.com

Attorney for Debtor
Bassem Essam Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassem Essam Victor El Mallakh,<br><br>                Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF**<br><br>Date:        March 1, 2023<br>Time:       10:00 a.m.<br>Courtroom: 5B [via ZoomGov]<br>Place:       411 West Fourth Street<br>                   Santa Ana, CA 92701-4593 |

TO THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE OF THE

UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE,

THE DEBTOR, AND TO ALL INTERESTED PARTIES:

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Counsel hereby submits this motion (the "Motion") seeking an order approving the withdrawal of Law Offices of Michael Jay Berger ("Counsel"), as counsel of record for Bassem Essem Victor El Mallakh (the "Debtor") for the following reasons:

(1) Debtor's failure to cooperate with Counsel in the prosecution of his case and failure to follow Counsel's advice on material matters;

(2) Breakdown of relationship between Debtor and Counsel.

## II. FACTUAL BACKGROUND

On September 19, 2022, Debtor filed the instant voluntary Chapter 11 Bankruptcy (the "Instant Bankruptcy").

The Debtor has failed to cooperate with Counsel and follow Counsel's recommendations in prosecuting the Instant Bankruptcy. The precise nature of the advice given is covered by the attorney-client privilege but will be disclosed in camera, if required by this Court.

Counsel has represented the Debtor to the best of his ability. However, Counsel must withdraw from the Instant Bankruptcy Proceedings, because the Debtor is not cooperating with Counsel and has breached Paragraph 3 of Counsel's fee agreement, which states: "CLIENT'S DUTIES: You agree to be truthful with me, to cooperate with me, to keep me informed of developments that affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

Counsel must withdraw from the Instant Bankruptcy case because the attorney-client relationship between the Debtor and Counsel has irreparably broken down.

**MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF**

### III. AUTHORITY FOR MOTION

Counsel moves the Court under Local Bankruptcy Rule 2091-1 and California Rule of Professional Conduct ("R.P.C.") Rule 1.16 (b) (permissive withdrawal) for an order granting Counsel's motion to withdraw as general bankruptcy counsel for the Debtor.

### IV. ARGUMENT

Under Local Bankruptcy Rule 2091-1(a) "an attorney who has appeared on behalf of an entity in any matter concerning the administration of the case . . . may not withdraw as counsel except by leave of court." Local Bankruptcy Rule 2091-1(a)(1).

#### A. COUNSEL SHOULD BE GRANTED PERMISSIVE WITHDRAWAL BECAUSE OF DEBTOR'S LACK OF COOPERATION

Rule 1.16 (b) of Professional Conduct govern when a Counsel *may* withdraw from representation in a case.

Here, permissive withdrawal under Rule 1.16 (b) is applicable because Debtor has been uncooperative in connection with the prosecution of his Chapter 11 case.

Paragraph 8 of the Fee Agreement states, "DISCHARGE AND WITHDRAWAL. You may discharge me at any time. I may withdraw with your consent or for good cause as found by a court of law. Good cause includes, but is not limited to, your breach of this agreement, your refusal to cooperate with me or to follow my advice on a material matter, or any fact or circumstance which would render my continuing representation of you nonproductive, unlawful or unethical."

**PERMISSIVE WITHDRAWAL SHOULD BE GRANTED BECAUSE DEBTOR'S CONDUCT IN THE INSTANT BANKRUPTCY AND UNCOOPERATION WITH**

## COUNSEL RENDERS IT UNREASONABLY DIFFICULT FOR COUNSEL TO REPRESENT DEBTOR EFFECTIVELY

Permissive withdrawal under Rule 1.16 (b) is applicable. A member representing a client before a tribunal *may* withdraw from employment with the permission of the tribunal, if the client, by its conduct, renders it unreasonably difficult for Counsel to carry out the employment effectively.

In the Instant Bankruptcy, permissive withdrawal is applicable because Debtor's lack of cooperation with Counsel renders it unreasonably difficult for Counsel to effectively represent the Debtor, since Counsel is unable to prosecute Debtor's case without his willingness to follow Counsel's advice.

Counsel requires Debtor to cooperate so that Counsel can assist and adequately represent the Debtor. Lack of cooperation is a violation of section 3 of the Debtor's Retainer Agreement, which states:

"CLIENT'S DUTIES. You agree to be truthful with me, to cooperate with me, to keep me informed of developments which affect this case, to abide by this agreement, and to keep me advised of your address, telephone number and whereabouts."

Debtor failed to cooperate with Counsel's requests and failed to pay Counsel's outstanding bill.

Therefore, permissive withdrawal should be granted under Rule 1.16 (b) because of Debtor's lack of cooperation with Counsel in the Instant Bankruptcy and the breakdown of the attorney-client relationship.

///

///

///

## V. CONCLUSION

WHEREFORE, based on the foregoing, Counsel requests an entry of order granting the Motion to Withdraw as Debtor's Bankruptcy Counsel as the attorney-client relationship between the Debtor and Counsel has irreparably broken down.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: 2/8/2023    By: /s/ Michael J. Berger
Michael Jay Berger
Attorney for Debtor
Bassem Essem Victor El Mallakh

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare as follows:

1. I am the attorney for the Debtor Bassem Essem Victor El Mallakh (the "<u>Debtor</u>") in the herein bankruptcy ("<u>Main Bankruptcy Case</u>").

2. I have personal knowledge of the facts set forth herein. If called as a witness herein, I could and would testify competently and truthfully as set forth herein.

3. On September 19, 2022, Debtor filed the instant voluntary Chapter 11 Bankruptcy (the "<u>Instant Bankruptcy</u>").

4. I request that this Court allow me to withdraw from Debtor's case for the following reasons:

- Debtor's failure to cooperate with me in the prosecution of his case and failure to follow my advice on material matters;
- Breakdown of relationship between Debtor and I.

5. The Debtor failed to follow my recommendations in prosecuting the Instant Bankruptcy. The precise nature of the advice given is covered by the attorney-client privilege, but will be disclosed in camera, if required by this Court.

6. I have represented the Debtor to the best of my ability. However, I must withdraw from the Instant Bankruptcy Proceedings, because the Debtor is not cooperating with me and had breached Paragraph 3 of Counsel's fee agreement, which states: "CLIENT'S DUTIES: You agree to be truthful with me, to cooperate with me, to keep me informed of developments which affect this case, to abide by this agreement, to pay my bills on time, and to keep me advised of your address, telephone number and whereabouts."

7. I must withdraw from the Instant Bankruptcy case because the attorney-client relationship between the Debtor and myself has irreparably broken down.

8. Permissive withdrawal is also applicable because Debtor's lack of cooperation with me and failure to follow my advice on material facts renders it unreasonably difficult for me to effectively represent the Debtor since I am unable to prosecute Debtor's case without his willingness to follow my advice.

9. The Debtor failed to abide by his duties as required under the Retainer Agreement.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on February 8, 2023 at Beverly Hills, California.

_____
Michael Jay Berger

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/8/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 2/8/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/8/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/8/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

**SECURED CREDITORS:**

**Belgium Investments 960 Bay Dr, LLC**
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107 (Address from POC)

**Central Park West Community Association**
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

**Central Park West Community HOA**
401 Rockefeller #208
Irvine, CA 92612

**Central Park West Community HOA**
Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

**First Service Residential**
15241 Laguna Canyon Rd.
Irvine, CA 92618

**First Service Residential**
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

**Freedom Mortgage**
951 Yamato Rd.
Boca Raton, FL 33431

**Freedom Mortgage**
10500 Kincaid Blvd
Fishers, IN 46037 (Address from POC)

**Freedom Mortgage**
PO Box 50428
Indianapolis, IN 46250

**Freedom Mortgage Corporation**
1455 Frazee Road, Suite 820
San Diego, CA 92108

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 (Address from POC)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE

**TD Auto Finance**
6 Atlantis Way
Lewiston, ME 04240

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**TD Bank N.A.**
c/o CTGD&W
Attn: Randall P. Mroczynski, Esq.
535 Anton Blvd., 10th Fl.
Costa Mesa, CA 92626 (Address from POC)

**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618

**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)

**20 LARGETS UNSECURED CREDITORS:**

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438 (Address from POC)

**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE