MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor in Possession
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re | ) CASE NO.: 8:22-bk-11605-TA |
|---|---|
| | ) |
| | ) Chapter 11 |
| BASSEM VICTOR EL MALLAKH, | ) |
| | ) ***EX PARTE* MOTION TO EXTEND** |
| Debtor and Debtor-in-Possession. | ) **DEADLINE TO FILE DEBTOR'S** |
| | ) **PLAN OF REORGANIZATION AND** |
| | ) **DISCLOSURE STATEMENT IN** |
| | ) **SUPPORT THEREOF;** |
| | ) **DECLARATION OF MICHAEL JAY** |
| | ) **BERGER IN SUPPORT THEREOF** |
| | ) |
| | ) [No Hearing Required Unless Requested] |
| | ) |

**TO THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE OF THE UNITED STATES BANKRUPTCY COURT; THE OFFICE OF THE UNITED STATES TRUSTEE; SECURED CREDITORS; TWENTY LARGEST CREDITORS; AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Michael Jay Berger, counsel for Debtor Bassem Victor El Mallakh, ("Debtor"), hereby respectfully moves this Court for entry

1

of an order extending the deadline for the Debtor to file his Chapter 11 Plan and Disclosure Statement in support thereof, as follows:

## I. INTRODUCTION

Through this Motion, Debtor's Counsel seeks an order extending the March 1, 2023 deadline for the Debtor to file his Disclosure Statement and Plan for ninety (90) days. The Court should grant relief on the basis that concurrently with this Motion, Debtor's counsel filed a Motion to Withdraw as Debtor's general bankruptcy counsel due to a breakdown of the attorney-client relationship. The Debtor needs additional time to find new counsel to move forward with his case.

## II. STATEMENT OF FACTS

On September 19, 2022, Debtor filed the present chapter 11 bankruptcy petition. Concurrently with this Motion, on February 8, 2023, Debtor's counsel filed a Motion to Withdraw as Debtor's General Bankruptcy Counsel due to a breakdown of the attorney-client relationship. The Motion to Withdraw is scheduled for March 1, 2023. March 1, 2023 is also the deadline for the Debtor to file his Disclosure Statement and Chapter 11 Plan. Due to the breakdown of communication between Debtor's counsel and Debtor, and the pending Motion to Withdraw, Debtor's counsel asks that the Court continue the deadline to file the Plan and Disclosure Statement for ninety (90) days to allow Debtor to retain new counsel.

## III. LEGAL AUTHORITY

Pursuant to § 105(a), the bankruptcy court is authorized to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." *In re Reinertson*, 241 B.R. 451, 455 (9th Cir. BAP 1999). Section 105(a) further provides: "No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or

making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process." § 105(a).

Here, Debtor's Counsel asks that the Court rely on its equitable powers in granting this motion and continue the deadline for Debtor to file his Disclosure Statement and Plan on the basis that give the pending Motion to Withdraw filed by Debtor's Counsel, the Debtor needs additional time to retain new counsel to move forward with his case.

## V. CONCLUSION

Wherefore, Debtor's Counsel asks this Court to continue the deadline for Debtor to file his Plan and Disclosure Statement for ninety (90) days, and for any other relief deemed necessary and proper.

LAW OFFICES OF MICHAEL JAY BERGER

Dated: February 8, 2023    By: /s/ Michael Jay Berger
Michael Jay Berger
Counsel for Debtor,
Bassem Viktor El Mallakh

3

*EX PARTE* MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT
IN SUPPORT THEREOF; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

Case 8:22-bk-11605-TA    Doc 105    Filed 02/08/23    Entered 02/08/23 19:01:21    Desc
Main Document    Page 4 of 7

## DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1. I am an attorney at law duly admitted to practice in the State of California. I am counsel of record for Debtor-in-Possession, Bassem Viktor El Mallakh, in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would competently testify to each of them.

2. I make this declaration in support of the Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in support thereof.

3. On September 19, 2022, Debtor filed the present chapter 11 bankruptcy petition.

4. Concurrently with this Motion, on February 8, 2023, I filed a Motion to Withdraw as the Debtor's general bankruptcy counsel due to a breakdown of the attorney-client relationship. The Motion to Withdraw is scheduled for March 1, 2023. March 1, 2023 is also the deadline for the Debtor to file his Disclosure Statement and Chapter 11 Plan.

5. Due to the breakdown of communication between the Debtor and myself, and the pending Motion to Withdraw, I ask that the Court continue the deadline to file the Plan and Disclosure Statement for ninety (90) days to allow the Debtor sufficient time to retain new counsel.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration is executed on February 8, 2023 at Beverly Hills, California.

*/s/ Michael Jay Berger*
Michael Jay Berger

EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): ***EX PARTE* MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/8/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 2/8/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/8/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/8/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

**SECURED CREDITORS:**

**Belgium Investments 960 Bay Dr, LLC**
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107 (Address from POC)

**Central Park West Community Association**
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

**Central Park West Community HOA**
401 Rockefeller #208
Irvine, CA 92612

**Central Park West Community HOA**
Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

**First Service Residential**
15241 Laguna Canyon Rd.
Irvine, CA 92618

**First Service Residential**
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

**Freedom Mortgage**
951 Yamato Rd.
Boca Raton, FL 33431

**Freedom Mortgage**
10500 Kincaid Blvd
Fishers, IN 46037 (Address from POC)

**Freedom Mortgage**
PO Box 50428
Indianapolis, IN 46250

**Freedom Mortgage Corporation**
1455 Frazee Road, Suite 820
San Diego, CA 92108

**INTERNAL REVENUE SERVICE**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 (Address from POC)


**TD Auto Finance**
6 Atlantis Way
Lewiston, ME 04240

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**TD Bank N.A.**
c/o CTGD&W
Attn: Randall P. Mroczynski, Esq.
535 Anton Blvd., 10th Fl.
Costa Mesa, CA 92626 (Address from POC)

**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618

**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)


**20 LARGETS UNSECURED CREDITORS:**

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438 (Address from POC)

**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE