MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
E-mail: michael.berger@bankruptcypower.com

Counsel for Debtor-in-Possession,
Bassam Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassam Victor El Mallakh,<br><br>                Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**DECLARATION OF PETER GARZA REGARDING ORDER SETTING HEARING ON EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF [DOCKET NO. 111]**<br><br>Hearing:<br>Date:        February 15, 2023<br>Time:       10:00 a.m.<br>Courtroom: 5B Via ZoomGov<br>Place:       U.S. Bankruptcy Court<br>                 411 W. Fourth Street<br>                 Santa Ana, CA 92701 |

**DECLARATION OF PETER GARZA**

I, Peter Garza, declare as follows:

1. I am currently employed by Law Offices of Michael Jay Berger. I am over the age of 18 and not a party to the within action. My business address is 9454 Wilshire Blvd., 6th Floor, Beverly Hills, California 90212. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to those facts in a court of law.

2. On February 10, 2023, I served by United States mail and email, the Order Setting Hearing on Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof [Docket no. 111], a copy of which is attached here to as Exhibit 1, on the following parties:

**VIA UNITED STATES MAIL:**

**UNITED STATES TRUSTEE:**
Nancy Goldenberg
411 W. Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

**CREDITORS:**
Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

Central Park West Community Association
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691-8545

Central Park West Community HOA
401 Rockefeller #208
Irvine, CA 92612

First Service Residential
15241 Laguna Canyon Rd.
Irvine, CA 92618

First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

Freedom Mortgage Corporation
1455 Frazee Road, Suite 820
San Diego, CA 92108-4395

Freedom Mortgage
951 Yamato Rd.
Boca Raton, FL 33431

Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3

DECLARATION OF PETER GARZA REGARDING ORDER SETTING HEARING ON EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF [DOCKET NO. 111]

| | |
|---|---|
| 1 | Mt Laurel, NJ 08054 |
| 2 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| 3 | Td Auto Finance<br>Attn: Bankruptcy<br>Po Box 9223 |
| 4 | Farmington Hills, MI 48333 |
| 5 | TD Auto Finance<br>6 Atlantis Way |
| 6 | Lewiston, ME 04240 |
| 7 | TD Bank, N.A. successor in interest to TD<br>c/o Randall P. Mroczynski<br>Cooksey, Toolen, Gage, Duffy and Woog |
| 8 | 535 Anton Blvd., 10th Floor<br>Costa Mesa, CA 92626-1947 |
| 9 | TD Bank, N.A.<br>Successor in interest to TD Auto Finance |
| 10 | PO Box 16041<br>Lewiston, ME 04243-9523 |
| 11 | The Townes at Central Park West Association<br>c/o Community Legal Advisors Inc. |
| 12 | 509 N. Coast Highway<br>Oceanside, CA 92054-2433 |
| 13 | The Townes at Central Park West Assoc<br>15241 Laguna Canyon Rd |
| 14 | Irvine, CA 92618-3146 |
| 15 | Wells Fargo Bank NA<br>1 Home Campus Mac X2303-01a<br>3rd Floor |
| 16 | Des Moines, IA 50328 |
| 17 | Wells Fargo Bank, N.A.<br>Small Business Lending Division<br>PO Box 29482 MAC S4101-08C |
| 18 | Phoenix, AZ 85038-9482 |
| 19 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F |
| 20 | Des Moines, IA 50306-0438 |
| 21 | Benjamin Heston<br>100 Bayview Circle #100<br>Newport Beach, CA 92660-2963 |
| 22 | |
| 23 | **VIA EMAIL:**<br>(Documents Served via Email were the Order and the Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement) |
| 24 | |
| 25 | Wells Fargo Bank, NA<br>SBLBKINQUIRY@WELLSFARGO.COM |
| 26 | TD Auto Finance LLC<br>rmroczynski@cookseylaw.com |
| 27 | The Townes at Central Park West Association<br>Jeffs@AttorneyforHOA.com |
| 28 | Wells Fargo Bank, N.A.<br>WFCardsBKY@wellsfargo.com |

3

DECLARATION OF PETER GARZA REGARDING ORDER SETTING HEARING ON EX PARTE MOTION TO EXTEND DEADLINE TO FILE
DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF [DOCKET NO. 111]

Department of Treasury – Internal Revenue Service
Florence.Perkins@irs.gov

Central Park West Community Association
ctodd@tinnellylaw.com

Freedom Mortgage Corporation
pocnotifications@tblaw.com

Belgium Investments 960 Bay Dr, LLC, a California Corp. ("Belgium")
patrick.miller@impactadvocateslaw.com

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of February 2023, at Beverly Hills, California.

By: /s/ *Peter Garza*
    Peter Garza

DECLARATION OF PETER GARZA REGARDING ORDER SETTING HEARING ON EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF [DOCKET NO. 111]

# EXHIBIT 1

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor in Possession
Bassem Victor El Mallakh

**FILED & ENTERED**

**FEB 09 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re

BASSEM VICTOR EL MALLAKH,

    Debtor and Debtor-in-Possession.

) CASE NO.: 8:22-bk-11605-TA
)
) Chapter 11
)
) **ORDER** ~~GRANTING~~ *SETTING HEARING ON* **EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF**
)
) Hearing:
) Date: February 15, 2023
) Time: 10:00 a.m.
) Ctrm: 5B (via ZoomGov)

The Court having considered the *Ex Parte* Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof filed by Debtor's Counsel, ~~and good cause appearing therefore.~~

**IT IS HEREBY ORDERED THAT:**

1. *A hearing will be held on* the *Ex Parte* Motion to Extend Deadline to File

1
ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND
DISCLOSURE STATEMENT IN SUPPORT THEREOF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof ~~is granted~~ on *February 15, 2023 at 10:00 a.m. via ZoomGov. Opposition must be filed by February 13, 2023 at 5:00 p.m.*

~~2. The Deadline to file the Plan of Reorganization and Disclosure Statement in Support Thereof is extended from March 1, 2023 to _____ _____:~~

*The ZoomGov connection information for the hearing is:*

| | |
|---|---|
| *Video/audio web address:* | *https://cacb.zoomgov.com/j/1616236707* |
| *ZoomGov meeting number:* | *161 623 6707* |
| *Password:* | *532361* |
| *Telephone conference lines:* | *1 (669) 254 5252 or 1 (646) 828 7666* |

### ###

Date: February 9, 2023

Theodor C. Albert
United States Bankruptcy Judge

2
ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF

| In re: **Bassem Victor El Mallakh** Debtor(s). | CHAPTER: **11** CASE NUMBER: **8:22-bk-11605-TA** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor, Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF PETER GARZA REGARDING ORDER SETTING HEARING ON EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF [DOCKET NO. 111]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **02/10/23**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor's Counsel: Michael Jay Berger**    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**Interested Party: Chad L Butler**    caecf@tblaw.com
**United States Trustee: Nancy S Goldenberg**    nancy.goldenberg@usdoj.gov
**Interested Party: Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
**Belgium Investments 960 Bay Dr Counsel: Patrick Miller**    patrick.miller@impactadvocateslaw.com
**TD Bank Counsel: Randall P Mroczynski**    randym@cookseylaw.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **02/10/23**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/10/2023 | Yathida Nipha | /s/ Yathida Nipha |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **9013-3.1.PROOF.SERVICE**