United States Bankruptcy Court

Central District of California

In re:

Bassem Victor El Mallakh

     Debtor

Case No. 22-11605-TA

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

**Recip ID**      **Recipient Name and Address**
db      + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Benjamin Heston
     on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Chad L Butler
     on behalf of Interested Party Courtesy NEF caecf@tblaw.com

Michael Jay Berger
     on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com
     yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Nancy S Goldenberg
     on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Patrick Miller
     on behalf of Creditor Belgium Investments 960 Bay Dr  LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski

District/off: 0973-8                          User: admin                                    Page 2 of 2
Date Rcvd: Feb 09, 2023                       Form ID: pdf042                                 Total Noticed: 1

on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov


TOTAL: 7

Michael Jay Berger (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:     (310) 271-6223
Facsimile:     (310) 271-9805
E-mail: Michael.berger@bankruptcypower.com

Attorney for Debtor and Debtor-in-Possession
Bassem Essam Victor El Mallakh

**FILED & ENTERED**

**FEB 09 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

|  |  |
|---|---|
| In re:<br><br>Bassem Essam Victor El Mallakh,<br><br>            Debtor-in-Possession. | ) CASE NO.: 8:22-BK-11605-TA<br>)<br>) Chapter 11<br>)<br>) **ORDER GRANTING DEBTOR'S**<br>) **MOTION TO EXTEND THE**<br>) **EXCLUSIVITY PERIOD**<br>)<br>) Hearing:<br>) Date:          February 1, 2023<br>) Time:          10:00 a.m.<br>) Courtroom:   5B [via ZoomGov]<br>) 411 West Fourth Street<br>) Santa Ana, CA 92701<br>)<br>)<br>) |

The hearing on Bassem Essam Victor El Mallakh's (the "Debtor") Motion to Extend the

Exclusivity Period came on regularly for hearing on February 1, 2023 at 10:00 a.m. before the

Honorable Theodor A. Albert, the United States Chief Bankruptcy Judge.

\\

\\

\\

1

Upon consideration of the Motion to Extend the Exclusivity Period [docket no.: 87], lack

of any oppositions, and good cause appearing therefor, the Court orders:

   1.  That the Motion to Extend the Exclusivity Period is granted.


IT IS SO ORDERED.

###

Date: February 9, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge