United States Bankruptcy Court

Central District of California

In re:  
Bassem Victor El Mallakh  
    Debtor

Case No. 22-11605-TA  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston  
    on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Chad L Butler  
    on behalf of Interested Party Courtesy NEF caecf@tblaw.com

Michael Jay Berger  
    on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Nancy S Goldenberg  
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Patrick Miller  
    on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Feb 09, 2023 | Form ID: pdf042 | Total Noticed: 1

on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor in Possession
Bassem Victor El Mallakh

**FILED & ENTERED**

**FEB 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mccall    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>BASSEM VICTOR EL MALLAKH,<br><br>    Debtor and Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**ORDER ~~GRANTING~~ *SETTING HEARING ON* EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF**<br><br>Hearing:<br>Date: February 15, 2023<br>Time: 10:00 a.m.<br>Ctrm: 5B (via ZoomGov) |

    The Court having considered the *Ex Parte* Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof filed by Debtor's Counsel, ~~and good cause appearing therefore.~~

    **IT IS HEREBY ORDERED THAT:**

    1. *A hearing will be held on* the *Ex Parte* Motion to Extend Deadline to File

Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof ~~is granted~~ *on February 15, 2023 at 10:00 a.m. via ZoomGov. Opposition must be filed by February 13, 2023 at 5:00 p.m.*

~~2. The Deadline to file the Plan of Reorganization and Disclosure Statement in Support Thereof is extended from March 1, 2023 to _____ _____.~~

*The ZoomGov connection information for the hearing is:*

*Video/audio web address:*     *https://cacb.zoomgov.com/j/1616236707*

*ZoomGov meeting number:*     *161 623 6707*

*Password:*     *532361*

*Telephone conference lines:*     *1 (669) 254 5252 or 1 (646) 828 7666*

###

Date: February 9, 2023

Theodor C. Albert
United States Bankruptcy Judge

2

ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF