PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  Nancy.Goldenberg@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassem Victor El Mallakh,<br><br><br><br><br><br>Debtor. | CASE NUMBER:  8:22-bk-11605 TA<br><br>CHAPTER 11<br><br>NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b) FOR FAILURE TO PAY QUARTERLY FEES AND FILE MONTHLY OPERATING REPORT; DECLARATION OF NANCY GOLDENBERG; POINTS AND AUTHORITIES<br><br>DATE:   March 15, 2023<br>TIME:    10:00 am<br>CTRM:   5B – Via ZoomGov |

   **TO THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND PARTIES IN INTEREST:**

   **NOTICE IS HEREBY GIVEN THAT** on the above date and time, the United States

Trustee for Region 16 (hereafter "U.S. Trustee") will move, and does hereby move this Court for

an Order dismissing this case or converting it to one under Chapter 7 on the grounds set forth

below.

If you wish to oppose this Motion, you must **file a written response** with the Bankruptcy Court and serve a copy of it upon the U.S. Trustee at the address set forth in the upper left-hand corner of this document, upon the Debtor and the Debtor's attorney **no less than fourteen (14) days** prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. *Local Bankruptcy Rule 9013-1(f) and (h)*.

**AND BECAUSE OF THE COVID-19 PANDEMIC, THE COURT WILL CONDUCT THE HEARING USING ZOOMGOV AUDIO AND VIDEO TECHNOLOGY.**

1.  Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge using the following information:

**Video/audio web address:**
https://cacb.zoomgov.com/j/1618227342
**ZoomGov meeting number:** 161 822 7342
**Password:** 517609
**Telephone conference lines:** 1 (669) 254-5252 or 1 (646) 828-7666

2.  For more information on appearing before Judge Albert by ZoomGov, see the "Notice of Video and Telephonic Appearance Procedures for Judge Theodor Albert's Cases" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-theodor-c-albert under the "Telephonic Instructions" section.

Respectfully Submitted,

Dated: 2/17/23

UNITED STATES TRUSTEE FOR REGION 16
*/s/ Nancy S. Goldenberg*
Nancy S. Goldenberg
Attorney for the U.S. Trustee

2

# I.
# INTRODUCTION

The U.S. Trustee is seeking to dismiss this case or convert it to one under Chapter 7 pursuant to 11 U.S.C. §1112(b) because the Debtor has not progressed with this reorganization and has not complied with U.S. Trustee's requirements and this Court's Local Rules.

# II.
# STATEMENT OF FACTS

## 1.   Debtor's Chapter 11 Filing

On September 19, 2022, the Debtor filed a voluntary Chapter 11 petition. On September 27, 2022, he filed schedules and a Statement of Financial Affairs. Amended schedules were filed on November 8, 2022, and November 23, 2022. See Exhibit A.

The Debtor filed a previous Chapter 13 case on July 12, 2022 (case no. 8:22-11158-TA) which was dismissed a few weeks after the filing at his request as the filing exceeded the debt limit for Chapter 13 cases. See Exhibit B.  Debtor's primary scheduled asset is his residence at 116 Rockefeller, Irvine, CA 92612 ("Residence") valued at $1,100,000 with indebtedness of over $4 million and personal property valued at $66,137.40. See Exhibit A. The Debtor's prior Chapter 13 filing and current filing were made to prevent a foreclosure on the Residence by secured judgment creditor Belgium Investments 960 Bay Dr. LLC. See Exhibit C.

The Debtor has been unemployed since his filing and his only income is monthly rent of $4,000 paid by his sister for living in the Residence. Since this filing, the Debtor has only accumulated cash proceeds of $4,389 as of November 20, 2022.  See Exhibits C and D.

Debtor's failure to progress with a reorganization continues through today.  He currently has a pending motion to extend this Court's March 1, 2023, deadline to file a plan & disclosure statement for an additional 90 days.  The request is based on a motion filed by Debtor's counsel to withdraw from representation due to "a breakdown of the attorney-client relationship."  See

Exhibit E.

### 2. Failure to File Monthly Operating Report

The Debtor has failed to file a December 2022 monthly operating report, which was due on January 21, 2023. See the accompanying declaration of Nancy S. Goldenberg ("Goldenberg Dec.")

### 3. Failure to Pay Quarterly Fees

The Debtor also has failed to pay 4th Quarter 2022 quarterly fees in the amount of $250 due for payment by January 21, 2023. See Goldenberg Dec.

### III.

### POINTS AND AUTHORITIES

The U.S. Trustee respectfully submits the following memorandum of points and authorities in support of his motion to dismiss or convert this case pursuant to 11 U.S.C. § 1112(b). Under 11 U.S.C. § 1112(b)(1), the Court may dismiss or convert a case to one under Chapter 7 a case if a movant establishes "cause".

### 1. Debtor's Failure to Progress With A Reorganization is Cause for Dismissal or Conversion

The Bankruptcy Court is permitted to convert or dismiss a case, whichever is in the best interest of creditors and the estate. While 11 U.S.C. § 1112 lists several factors constituting cause, the list is not exhaustive. The Court can consider other factors as they arise, and use its equitable powers to reach an appropriate result in each case. *In re Maricamp Square Associates, Ltd.*, 139 B.R. 554 (Bankr. M.D. Fla. 1992).

As noted above, the Debtor has not been able to propose a viable plan or obtain approval of a disclosure statement and is now seeking more time to do so. Further the MORs on file show

that no cash has been accumulated during this period of reorganization with which a

reorganization can be funded.  These factors are cause to convert or dismiss under §1112(b).

### 2. Debtor's Failure to File An Operating Report is Cause for Dismissal or Conversion

Under § 1112(b)(4)(F), "cause" for dismissal or conversion also includes "unexcused

failure to satisfy timely any filing or reporting requirements established by this title or by any rule

applicable to a case under this chapter."  Case law also provides that the Debtor-in-Possession

is a fiduciary to the estate and its creditors.  "If a Debtor remains in possession-- that is, if a

trustee is not appointed-- the Debtor's directors bear essentially the same fiduciary obligation to

creditors as would the trustee for a Debtor out of possession.  *In re Commodity Future Trading*

*Comm'n v. Weintraub*, 471 U.S. 343, 355, 105 S.Ct. 1986, 1994, 85 L.ED. 2d 372 (1985) (citing

*Wolf v. Weinstein*, 372 U.S. 633, 649-52 & 651, 83 S.Ct. 969, 979-808, 980, 10 L.Ed. 2d 33

(1963).  The hallmark of a trustee is accountability and segregation of funds.  These rules are

reflected in the requirements (for example) that the Debtor-in-Possession open a separate DIP

transactions out of the ordinary course of business.  *In re Nugelt, Inc.*, 142 B.R. 661 (Bankr. D.

Del. 1992).    Debtor's failure to file an operating report violates its fiduciary duty to creditors and

is a basis for the relief sought herein.

### 3. Debtor's Failure to Pay Quarterly Fees is Cause for Dismissal or Conversion

Under 11 U.S.C. §1112(b)(4)(K), "failure to pay any fees required under chapter 123 of

title 28[,]" which includes fees or charges dues under §1930, constitutes "cause" for conversion

to a case under chapter 7 or dismissal.  "In addition to the filing fee paid to the clerk, a quarterly

fee shall be paid to the United States trustee ... in each case under chapter 11 of title 11 for each

quarter ... until the case is converted or dismissed, whichever occurs first." [28 U.S.C. (chapter

123) § 1930(a)(6)].    Here, as outlined above the Debtor has failed to pay quarterly fees, which is

a basis for conversion or dismissal of these cases.

## IV.

## CONCLUSION

For each and all of the above reasons, and also based upon such other and further oral and/or documentary evidence as may be presented at the time of the hearing, the U.S. Trustee respectfully requests as follows:

A.    That this Court grants the U.S. Trustee's motion herein and dismiss or convert this case; and

B.    That this Court order such other and further relief as it deems appropriate under the circumstances.

Respectfully Submitted,

UNITED STATES TRUSTEE FOR REGION 16

Dated: 2/17/23                */s/ Nancy S. Goldenberg*
Nancy S. Goldenberg
Attorney for the U.S. Trustee

## **DECLARATION OF NANCY GOLDENBERG**

I, NANCY GOLDENBERG, hereby declare and state as follows:

1.   I am employed as a trial attorney by the United States Trustee for Region 16 ("U.S. Trustee").  The information herein is based on my personal knowledge. This declaration is filed in support of the U.S. Trustee's motion to dismiss or convert the case of Bassem Victor El Mallakh ("Debtor"), case number 8:22-bk-11605-TA.

2.  On September 19, 2022, the Debtor filed a voluntary Chapter 11 petition. On September 27, 2022, he filed schedules and a Statement of Financial Affairs. Amended schedules were filed on November 8, 2022, and November 23, 2022. See Exhibit A.

3.   The Debtor filed a previous Chapter 13 case on July 12, 2022 (case no. 8:22-11158-TA) which was dismissed a few weeks after the filing at his request as the filing exceeded the debt limit for Chapter 13 cases. See Exhibit B.

4.   The Debtor's primary scheduled asset is his residence at 116 Rockefeller, Irvine, CA 92612 ("Residence") valued at $1,100,000 with indebtedness of over $4 million and personal property valued at $66,137.40. See Exhibit A.

5.   The Debtor's prior Chapter 13 filing and current filing were made to prevent a foreclosure on the Residence by secured judgment creditor Belgium Investments 960 Bay Dr. LLC. See Exhibit C.

6.   The Debtor has been unemployed since his filing and his only income is monthly rent of $4,000 paid by his sister for living in the Residence. Since this filing, the Debtor has only accumulated cash proceeds of $4,389 as of November 20, 2022.  See Exhibits C and D.

7.   The Debtor currently has a motion to extend this Court's March 1, 2023,

deadline to file a plan & disclosure statement for an additional 90 days.  The request is based on

a motion filed by Debtor's counsel to withdraw from representation due to "a breakdown of the

attorney-client relationship."  <u>See</u> Exhibit E.

8.  The Debtor has failed to file a December 2022 monthly operating report, which

was due on January 21, 2023.

9.  The Debtor also has failed to pay 4th Quarter 2022 quarterly fees in the amount

of $250 due for payment by January 21, 2023.


I declare under penalty of perjury and under the laws of the State of California and the
United States of America that the foregoing is true and correct, and if called as a witness I could
and would completely testify thereto.  Executed this 17th day of February 2023 at Newport
Beach, California.

<u>/S/ Nancy Goldenberg</u>
NANCY GOLDENBERG

# Exhibit "A"

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

06/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Bassem**<br>First name<br><br>**Victor**<br>Middle name<br><br>**El Mallakh**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Bassem E. El Mallakh** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3012 | |

**EXHIBIT A**

**001**

Debtor 1   **Bassem Victor El Mallakh** _____   Case number *(if known)* _____

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** Any business names and **Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.        □ I have not used any business name or EINs.

Business name(s) _____        Business name(s) _____

EIN _____        EIN _____

**5.** Where you live

**116 Rockefeller**
**Irvine, CA 92612**
Number, Street, City, State & ZIP Code

**Orange**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** Why you are choosing *this district* to file for bankruptcy

Check one:

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Check one:

□ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

□ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**EXHIBIT A**          **002**

Debtor 1    **Bassem Victor El Mallakh** _____    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ I will pay the entire fee when I file my petition. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ I need to pay the fee in installments. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes

| | District | When | Case number |
|---|---|---|---|
| | Santa Ana Division, Central District of California | 7/12/22 | 8:22-bk-11158-TA |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | | When | Relationship to you |
|---|---|---|---|
| Debtor _____ | | | Relationship to you _____ |
| District _____ | | When _____ | Case number, if known _____ |
| Debtor _____ | | | Relationship to you _____ |
| District _____ | | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

**EXHIBIT A**    003

Debtor 1   **Bassem Victor El Mallakh**                                    Case number *(if known)* _____

---

**Part 3:   Report About Any Businesses You Own as a Sole Proprietor**

12. Are you a sole proprietor
of any full- or part-time
business?

A sole proprietorship is a
business you operate as
an individual, and is not a
separate legal entity such
as a corporation,
partnership, or LLC.

If you have more than one
sole proprietorship, use a
separate sheet and attach
it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:
☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  None of the above

13. Are you filing under
Chapter 11 of the
Bankruptcy Code, and
are you a *small business
debtor* or a debtor as
defined by 11 U.S. C. §
1182(1)?
For a definition of *small
business debtor*, see 11
U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to
proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or
you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations,
cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C.
§ 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy
Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and
I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I
choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. Do you own or have any
property that poses or is
alleged to pose a threat
of imminent and
identifiable hazard to
public health or safety?
Or do you own any
property that needs
immediate attention?

*For example, do you own
perishable goods, or
livestock that must be fed,
or a building that needs
urgent repairs?*

■ No.

☐ Yes.   What is the hazard?

If immediate attention is
needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          **EXHIBIT  A**          **004**   page 4

Debtor 1  **Bassem Victor El Mallakh**

Case number *(if known)* _____

**Explain Your Efforts to Receive a Briefing About Credit Counseling**

**About Debtor 1:**

*You must check one:*

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

■ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**EXHIBIT A**          **005**

Debtor 1  **Bassem Victor El Mallakh** _____ case number *(if known)* _____

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Bassem Victor El Mallakh**
Signature of Debtor 1

Signature of Debtor 2

Executed on  9/19/2022
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

---

**EXHIBIT A**    **006**

Debtor 1    **Bassem Victor El Mallakh** _____ number _(if known)_ _____

For your attorney, if you are
represented by one

If you are not represented by
an attorney, you do not need
to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed
under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter
for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b)
and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the
schedules filed with the petition is incorrect.

Signature of Attorney for Debtor                                    Date    09 / 19 / 2022
                                                                           MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 271-6223**          Email address    michael.berger@bankruptcypower.c
                                                              om

**100291 CA**
Bar number & State

**Voluntary Petition for Individuals Filing for Bankruptcy**
**EXHIBIT  A**                                                    **007**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|

**1**

Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

What is the nature of the claim?    116 Rockefeller Irvine, CA 92612 Orange County Debtor's principal residence    **$3,402,710.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

☐ No
■ Yes. Total claim (secured and unsecured)    $4,255,000.00
    Value of security:    - $1,100,000.00
    Unsecured claim    $3,402,710.00

Contact

Contact phone

**2**

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

What is the nature of the claim?    **Credit Card**    **$1,193.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

**EXHIBIT A**                    **008**

Debtor 1    **Bassem Victor El Mallakh**                    Case number *(if known)* _____

                                         Does the creditor have a lien on your property?

                                         ■    No
Contact _____              ☐    Yes. Total claim (secured and unsecured)    _____
                                               Value of security:                          _____
Contact phone _____                     Unsecured claim                             _____

---

| Part 2: | **Sign Below** |

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____        X _____
    **Bassem Victor El Mallakh**                 Signature of Debtor 2
    Signature of Debtor 1

    Date  9/19/2022                             Date _____

**EXHIBIT A**                                                    **009**

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)

**Chapter 13 bankruptcy filed on July 12, 2022; Case No.: 8:22-bk-11158-TA**
**Dismissed on July 26, 2022.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior
    proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Irvine**                                  , California.

Date:      9/19/2022

**Bassem Victor El Mallakh**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                                   Page 1        F 1015-2.1.STMT.RELATED.CASES

**EXHIBIT  A**                                              **010**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

>    You are an individual filing for bankruptcy, and
>
>    Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

>    Chapter 7 - Liquidation
>
>    Chapter 11 - Reorganization
>
>    Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
>    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

>    most taxes;
>
>    most student loans;
>
>    domestic support and property settlement obligations;

**EXHIBIT A** 011

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**EXHIBIT  A**                                   **012**

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|     | $200  | filing fee          |
| --- | ----- | ------------------- |
| +   | $78   | administrative fee  |
|     | $278  | total fee           |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|     | $235  | filing fee          |
| --- | ----- | ------------------- |
| +   | $78   | administrative fee  |
|     | $313  | total fee           |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**EXHIBIT A**          **013**

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**EXHIBIT A**                    **014**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
California State Bar Number: **100291 CA**
michael.berger@bankruptcypower.com

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Bassem Victor El Mallakh**

CASE NO.:
CHAPTER: **11**

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___9/19/2022___

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: ___9/19/2022___

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                   F 1007-1.MAILING.LIST.VERIFICATION

**EXHIBIT A**                                    **015**

Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92612

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

Central Park West Community HOA
401 Rockefeller #208
Irvine, CA 92612

First Service Residential
15241 Laguna Canyon Rd.
Irvine, CA 92618

First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

Freedom Mortgage
951 Yamato Rd.
Boca Raton, FL 33431

Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250

**EXHIBIT A**                                   **016**

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054


Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333


TD Auto Finance
6 Atlantis Way
Lewiston, ME 04240


Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328


**EXHIBIT A**                                          017

# United States Bankruptcy Court
## Central District of California

In re **Bassem Victor El Mallakh**

Debtor.

Case No. **8:22-bk-11605-TA**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Bassem Victor El Mallakh, as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  9/27/2022

Signature

**Bassem Victor El Mallakh**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**EXHIBIT  A**    **018**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **Chapter 13 bankruptcy filed on July 12, 2022; Case No.: 8:22-bk-11158-TA**
    **Dismissed on July 26, 2022.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 previously has been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **none**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **none**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    **none**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Irvine** , California.

Date: **9/27/2022**

**Bassem Victor El Mallakh**
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1            F 1015-2.1.STMT.RELATED.CASES

EXHIBIT A                                          019

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Bassem Victor El Mallakh** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **8:22-bk-11605-TA**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

**Your assets**
Value of what you own

| | | |
| --- | --- | --- |
| 1. | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $    **1,100,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $    **64,508.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $    **1,164,508.00** |

**Part 2:    Summarize Your Liabilities**

**Your liabilities**
Amount you owe

| | | |
| --- | --- | --- |
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $    **4,624,062.40** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    **0.00** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | $    **1,193.00** |
| | **Your total liabilities** | $    **4,625,255.40** |

**Part 3:    Summarize Your Income and Expenses**

| | | |
| --- | --- | --- |
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I*............................................. | $    **4,000.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*.................................................... | $    **3,503.00** |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.    **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

**EXHIBIT  A**                    **020**

Debtor 1    **Bassem Victor El Mallakh** _____    Case number *(if known)*  **8:22-bk-11605-TA**

the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F,* **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**EXHIBIT A**    **021**

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | 8:22-bk-11605-TA |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1**

**116 Rockefeller**
Street address, if available, or other description

**Irvine**  **CA**  **92612-0000**
City   State   ZIP Code

**Orange**
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **Townhouse**

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's principal residence: townhouse.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,100,000.00** | **$1,100,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**100%**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................=> | **$1,100,000.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**EXHIBIT A**    **022**

Debtor 1    **Bassem Victor El Mallakh**                                   Case number (if known)    **8:22-bk-11605-TA**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | **C300** | ■ Debtor 1 only | |
|---|---|---|---|---|
| | Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **42,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |

The vehicle is financed with TD Financial. Monthly payment is $367.00.

☐ Check if this is community property
(see instructions)

**$15,000.00**          **$15,000.00**

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

**5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=>**

**$15,000.00**

---

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Debtor's residence: Couch, coffee table, mattress, dresser, dining room table with 6 chairs, patio furniture, wall mirror, lamps, and other household goods and furniture | $2,000.00 |
|---|---|

| Debtor's residence: 3 televisions, stove, fridge, laptop, desk computer, 2 cell phones, dishwashers, washer and dryer, and other household electronics | $3,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

Official Form 106A/B                    Schedule A/B: Property                    page 2

**EXHIBIT A**                    **023**

Debtor 1    **Bassem Victor El Mallakh**                                       Case number *(if known)*    **8:22-bk-11605-TA**

| Debtor's residence: Bicycle and tennis equipment | $500.00 |
| --- | --- |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Debtor's residence: Clothes and shoes | $800.00 |
| --- | --- |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes. Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here .............................................................................

   | $6,300.00 |
   | --- |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..........................................................................................

|  | Cash | $150.00 |
| --- | --- | --- |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.........................                              Institution name:

| 17.1. | **Checking account** | Chase checking account ending in 7332 | $1,658.00 |
| --- | --- | --- | --- |

| 17.2. | **Checking account** | Wells Fargo account ending in 4464 | $0.00 |
| --- | --- | --- | --- |

Official Form 106A/B                        Schedule A/B: Property                        page 3

**EXHIBIT A**                        **024**

Debtor 1    **Bassem Victor El Mallakh**                                    Case number *(if known)*   **8:22-bk-11605-TA**

| 17.3. | Checking account | Wells Fargo account ending in 3158 | | $0.00 |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes....................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them.....................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Debtor has a 10% ownership interest in Belgium Investments 5655 S Troy LLC. The LLC owns an interest in a multi-family building (10 units), which are rented. However, due to Covid-19, some tenants have not been paying rent. The intention is to sell the property. | 10% | % | $40,000.00 |
| Debtor has a 20% ownership interest in Belgium Investments 5544 North Avenue, LLC. Debtor's 20% interest in Belgium Investments 5544 North Avenue, LLC held by his corporation BBGIP, Inc., in which Debtor holds a 20% interest, with another individual holding 80% interest. The property is vacant and has been in rehabilitation during the last two years. | 20% | % | Unknown |

**20 Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
    Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No

Official Form 106A/B                        Schedule A/B: Property                                    page 4

**EXHIBIT A**                                            **025**

Debtor 1    **Bassem Victor El Mallakh**                     Case number *(if known)*    8:22-bk-11605-TA

☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2021 tax refund | Federal and State | $1,400.00 |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
        Company name:                    Beneficiary:                Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

**EXHIBIT  A**                     **026**

Debtor 1    **Bassem Victor El Mallakh**                          Case number *(if known)*    **8:22-bk-11605-TA**

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here............................................................................................................... | **$43,208.00**

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37  **Do you own or have any legal or equitable interest in any business-related property?**
■ No  Go to Part 6.
☐ Yes. Go to line 38.

---

**Part 6**   **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

---

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54.  Add the dollar value of all of your entries from Part 7. Write that number here  ................................... | **$0.00**

---

**Part 8:**   **List the Totals of Each Part of this Form**

| | | |
|---|---:|---:|
| 55.  Part 1: Total real estate, line 2 ..................................................................................................... | | **$1,100,000.00** |
| 56.  Part 2: Total vehicles, line 5 | **$15,000.00** | |
| 57.  Part 3: Total personal and household items, line 15 | **$6,300.00** | |
| 58.  Part 4: Total financial assets, line 36 | **$43,208.00** | |
| 59.  Part 5: Total business-related property, line 45 | **$0.00** | |
| 60.  Part 6: Total farm- and fishing-related property, line 52 | **$0.00** | |
| 61.  Part 7: Total other property not listed, line 54          + | **$0.00** | |
| 62.  Total personal property. Add lines 56 through 61... | **$64,508.00** | Copy personal property total    **$64,508.00** |
| 63.  Total of all property on Schedule A/B. Add line 55 + line 62 | | **$1,164,508.00** |

Official Form 106A/B                          Schedule A/B: Property                                  page 6

**EXHIBIT  A**                                                                          **027**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **8:22-bk-11605-TA** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim. *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **116 Rockefeller Irvine, CA 92612 Orange County Debtor's principal residence: townhouse.** Line from *Schedule A/B*: **1.1** | **$1,100,000.00** | ■ $626,400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730** |
| **2016 Mercedes C300 42,000 miles The vehicle is financed with TD Financial. Monthly payment is $367.00.** Line from *Schedule A/B*: **3.1** | **$15,000.00** | ■ $3,625.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **Debtor's residence: Couch, coffee table, mattress, dresser, dining room table with 6 chairs, patio furniture, wall mirror, lamps, and other household goods and furniture** Line from *Schedule A/B*: **6.1** | **$2,000.00** | ■ $2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Debtor's residence: 3 televisions, stove, fridge, laptop, desk computer, 2 cell phones, dishwashers, washer and dryer, and other household electronics** Line from *Schedule A/B*: **6.2** | **$3,000.00** | ■ $3,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

**EXHIBIT A**                                                     **028**

| Debtor 1 | **Bassem Victor El Mallakh** | | | Case number (if known) | **8:22-bk-11605-TA** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Debtor's residence: Bicycle and tennis equipment**<br>Line from *Schedule A/B*: **9.1** | $500.00 | ■ | $500.00 | **C.C.P. § 704.020** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Debtor's residence: Clothes and shoes**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ | $800.00 | **C.C.P. § 704.020** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　　■ No

   　　　☐ Yes

---

Official Form 106C　　　　　　　Schedule C: The Property You Claim as Exempt　　　　　　　page 2 of 2

**EXHIBIT A**　　　　　　　**029**

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Bassem Victor El Mallakh** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 8:22-bk-11605-TA | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1** **Belgium Investments 960 Bay Dr, LLC**
Creditor's Name

Amount of claim: **$4,345,250.00**    Value of collateral: **$1,100,000.00**    Unsecured portion: **$3,517,569.40**

**Describe the property that secures the claim:**

**116 Rockefeller Irvine, CA 92612 Orange County Debtor's principal residence: townhouse.**

c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☑ Other (including a right to offset) **A writ of execution**

Date debt was incurred **11/9/2020**    Last 4 digits of account number **NCJC**

**EXHIBIT  A**    **030**

Debtor 1   **Bassem Victor El Mallakh**

First Name     Middle Name     Last Name

Case number (if known)   **8:22-bk-11605-TA**

| | | | |
|---|---|---|---|
| **2.2** **Central Park West Community Associa**<br>Creditor's Name | Describe the property that secures the claim: | $2,000.00 | $1,100,000.00 | $0.00 |

Describe the property that secures the claim:

**116 Rockefeller Irvine, CA 92612**
**Orange County**
**Debtor's principal residence:**
**townhouse.**

**401 Rockefeller #208**
**Irvine, CA 92612**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **HOA**

Date debt was incurred   **January 21, 2021**

Last 4 digits of account number   **3201**

---

| | | | |
|---|---|---|---|
| **2.3** **Freedom Mortgage Corporation**<br>Creditor's Name | Describe the property that secures the claim: | $263,043.40 | $1,100,000.00 | $0.00 |

Describe the property that secures the claim:

**116 Rockefeller Irvine, CA 92612**
**Orange County**
**Debtor's principal residence:**
**townhouse.**

**Attn: Bankruptcy**
**907 Pleasant Valley Ave,**
**Ste 3**
**Mt Laurel, NJ 08054**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **First Trust Deed**

Date debt was incurred   **October 29, 2013**

Last 4 digits of account number   **4275**

---

**EXHIBIT A**     **031**

Debtor 1  **Bassem Victor El Mallakh**
      First Name      Middle Name      Last Name      Case number *(if known)*  **8:22-bk-11605-TA**

| 2.4 | **Td Auto Finance** | Describe the property that secures the claim: | $6,493.00 | $15,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2016 Mercedes C300 42,000 miles
The vehicle is financed with TD
Financial. Monthly payment is
$367.00.**

**Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI
48333**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **Auto loan**

Date debt was incurred  **Opened 08/16  Last Active 04/21**  Last 4 digits of account number  **9787**

---

| 2.5 | **The Townes at Central Park West Ass** | Describe the property that secures the claim: | $7,276.00 | $1,100,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**116 Rockefeller Irvine, CA 92612
Orange County
Debtor's principal residence:
townhouse.**

**15241 Laguna Canyon
Rd.
Irvine, CA 92618**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  **HOA**

Date debt was incurred  **May 18, 2021**  Last 4 digits of account number  **3401**

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$4,624,062.40**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  **$4,624,062.40**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number ___

---

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 3 of 4

**EXHIBIT A**    **032**

| Debtor 1 | **Bassem Victor El Mallakh** | | | Case number (*if known*) | **8:22-bk-11605-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

[ ]  Name, Number, Street, City, State & Zip Code

**Freedom Mortgage**
**951 Yamato Rd.**
**Boca Raton, FL 33431**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code

**Freedom Mortgage**
**PO Box 50428**
**Indianapolis, IN 46250**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code

**TD Auto Finance**
**6 Atlantis Way**
**Lewiston, ME 04240**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

# EXHIBIT A                    033

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:22-bk-11605-TA** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

| 4.1 | **Wells Fargo Bank NA** | Last 4 digits of account number    2351 | $1,193.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328**

When was the debt incurred?    **Opened 01/07  Last Active 9/10/21**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Credit Card

### Part 3:    List Others to Be Notified About a Debt That You Already Listed

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**EXHIBIT A**    **034**

| Debtor 1 | **Bassem Victor El Mallakh** | Case number (if known) | **8:22-bk-11605-TA** |

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 1,193.00 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 1,193.00 |

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 2 of 2

**EXHIBIT A**    035

| Fill in this information to identify your case: | |
|---|---|

| | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 8:22-bk-11605-TA |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.    **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.    List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1    **Td Auto Finance** <br> **Attn: Bankruptcy** <br> **Po Box 9223** <br> **Farmington Hills, MI 48333** | **2016 Mercedes C300. Financed vehicle. Debtor wishes to retain the car and continue making the payments.** |

**EXHIBIT A**            **036**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:22-bk-11605-TA** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

　　■ No
　　☐ Yes.

　　　In which community state or territory did you live?　　-NONE-　　. Fill in the name and current address of that person.

　　　_____
　　　Name of your spouse, former spouse, or legal equivalent
　　　Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| 3.1 | Name | |
|---|---|---|

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number　Street
City　　State　　ZIP Code

| 3.2 | Name | |
|---|---|---|

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number　Street
City　　State　　ZIP Code

**EXHIBIT  A**　　　　**037**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **8:22-bk-11605-TA** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | | |
| | **Employer's name** | | |
| | **Employer's address** | | |
| | **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

**EXHIBIT A**                    038

Debtor 1  **Bassem Victor El Mallakh**                                    Case number *(if known)*  **8:22-bk-11605-TA**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ N/A |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | $ 0.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 4,000.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | $ 0.00 | $ N/A |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | $ 0.00 | $ N/A |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 4,000.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 4,000.00 + | $ N/A = $ 4,000.00 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J.*<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*<br>Specify: | 11. | +$ 0.00 | |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 4,000.00<br>**Combined monthly income** | |

13. Do you expect an increase or decrease within the year after you file this form?
  ☐ No.
  ■ Yes. Explain:  | **Debtor is looking for a full-time employment.** |

**EXHIBIT A**                    **039**

Fill in this information to identify your case:

Debtor 1            **Bassem Victor El Mallakh**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **8:22-bk-11605-TA**
(If known)

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☑ No

| Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent............... | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not state the dependents names. | | | | ☐ No  ☐ Yes |
| | | | | ☐ No  ☐ Yes |
| | | | | ☐ No  ☐ Yes |
| | | | | ☐ No  ☐ Yes |
| | | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 1,961.00

    **If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 166.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Official Form 106J                    Schedule J: Your Expenses                    page 1

**EXHIBIT A**                    **040**

| Debtor 1 | **Bassem Victor El Mallakh** | Case number (if known) | **8:22-bk-11605-TA** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 150.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 130.00 |
| | 6d. Other. Specify: **HOA with The Towns** | 6d. $ | 200.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 300.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 50.00 |
| 10. | **Personal care products and services** | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. $ | 20.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 50.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 326.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,503.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,503.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,000.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,503.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 497.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. | Explain here:

**EXHIBIT A**    **041**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:22-bk-11605-TA** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____

**Bassem Victor El Mallakh**    Signature of Debtor 2
Signature of Debtor 1

Date  9/27/2022    Date _____

Official Form 106Dec    Declaration About an Individual Debtor's Schedules

**EXHIBIT  A**    **042**

**Fill in this information to identify your case:**

Debtor 1  **Bassem Victor El Mallakh**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **8:22-bk-11605-TA**
(if known)

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☐ Married
    ☑ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☑ No
    ☐ Yes. Fill in the details.

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For last calendar year: (January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**EXHIBIT A**          **043**

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:22-bk-11605-TA** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☐ Married
☑ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| For last calendar year: (January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 1

**EXHIBIT A**    **044**

Debtor 1    **Bassem Victor El Mallakh**                                    Case number *(if known)*    **8:22-bk-11605-TA**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2020 ) | ☐ Wages, commissions,<br>bonuses, tips | | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
    and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
    winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☑ No
    ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |

<hr>

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☑ **No.**    Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
    individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

    ☑ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you
    paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
    not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ **Yes.    Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
    include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
    attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner, corporations
    of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for
    a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and
    alimony.

    ☑ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Reason for this payment |
|---|---|---|---|---|

**EXHIBIT A**                                    **045**

Debtor 1   **Bassem Victor El Mallakh**                                    Case number *(if known)*   **8:22-bk-11605-TA**

---

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Belgium Investments 960 Bay Dr, LLC, v. Spencer Bank, et al. 18-28145 CA** | **Fraud** | **Circuit Court of the 11th Judicial Circ. In and For Miami-Dade County, Florida 175 NW 1st Avenue Miami, FL 33128** | ☐ Pending<br>☐ On appeal<br>☑ Concluded<br><br>**Judgment entered on 2/25/2020** |
| **Belguim Investments 960 Bay Dr, LLC v. Bassem Essam El Mallakh 2020-01148745** | **Sister State Judgment for Fraud** | **Superior Court of California 700 W Civic Dr. Santa Ana, CA 92701** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☑ No
☐ Yes

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**Person to Whom You Gave the Gift and Address:**

---

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 3

**EXHIBIT A**                                                                          **046**

Debtor 1    **Bassem Victor El Mallakh**                                            Case number *(if known)*    **8:22-bk-11605-TA**

---

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**michael.berger@bankruptcypower.com**<br><br>**Debtor's sister, Reem Hanna paid the retainer and the filing fee.** | **Attorney Fees** | **9/7/2022**<br>**9/15/2022** | **$20,000.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

**EXHIBIT A**                                                            **047**

Debtor 1    **Bassem Victor El Mallakh**    Case number *(if known)*    **8:22-bk-11605-TA**

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo**<br>**420 Montgomery**<br>**San Francisco, CA 94104** | XXXX-7310 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/2022 | $0.00 |
| **Wells Fargo**<br>**420 Montgomery**<br>**San Francisco, CA 94104** | XXXX-8088 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/2022 | $0.00 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:** Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

☑ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or

**EXHIBIT A**    **048**

Debtor 1    **Bassem Victor El Mallakh**                                    Case number (*if known*)    **8:22-bk-11605-TA**

regulations controlling the cleanup of these substances, wastes, or material.

☑ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐  A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑  A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐  A partner in a partnership

☐  An officer, director, or managing executive of a corporation

☑  An owner of at least 5% of the voting or equity securities of a corporation

☐  No. None of the above applies.  Go to Part 12.

☑  Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Belgium Investments 5665 S Troy LLC 116 Rockefeller, Irvine, CA 92612 | real estate investment company | Dates: 2014 - present |
| Belgium Investments 5544 North Avenue, LLC 2250 B Street San Diego, CA 92102 | real estate investment company | Dates: May 2013 - present |
| BBGIP, Inc. 116 Rockefeller, Irvine, CA 92612 | real estate holding company for Debtor's indirect interest in Belgium Investments 5544 North Avenue, LLC | Dates: 2012 - present |

**EXHIBIT A**                                **049**

Debtor 1   **Bassem Victor El Mallakh** _____   Case number (if known)  **8:22-bk-11605-TA**

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ Yes. Fill in the details below.

| Name                                          | Date Issued |
|-----------------------------------------------|-------------|
| **Address**                                   |             |
| (Number, Street, City, State and ZIP Code)    |             |

| Part 12: | Sign Below |
|----------|-----------|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____          _____
**Bassem Victor El Mallakh**                **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **9/27/2022**                        Date   _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy          page 7

**EXHIBIT A**          **050**

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy,
> and
>
> Your debts are primarily consumer debts.
> *Consumer debts* are defined in 11 U.S.C.
> § 101(8) as "incurred by an individual
> primarily for a personal, family, or
> household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan
for family farmers or
fishermen

Chapter 13 - Voluntary repayment plan
for individuals with regular
income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

**EXHIBIT A**    **051**

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|--------|-----------|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**EXHIBIT A**                                   **052**

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   |      |                    |
|---|------|--------------------|
|   | $200 | filing fee         |
| + | $78  | administrative fee  |
|   | $278 | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   |      |                    |
|---|------|--------------------|
|   | $235 | filing fee         |
| + | $78  | administrative fee  |
|   | $313 | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

**EXHIBIT A**    **053**

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**EXHIBIT  A**            **054**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Bassem Essam Victor El Mallakh**                                    Case No.    **8:22-bk-11605-TA**

                                                                                    Debtor.                    Chapter      **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept A RETAINER OF                         $            **20,000.00**

      Prior to the filing of this statement I have received A RETAINER OF                $            **20,000.00**

      Balance Due                                                                        $                **0.00**

2.    The source of the compensation paid to me was:

      ☐ Debtor    ☑ Other (specify): Debtor's sister Reem Hanna, paid the $20,000.00 retainer. Ms. Hanna is not a creditor of the Debtor
                     and she is not seeking repayment. It is a gift contribution on behalf of the Debtor.

3.    The source of compensation to be paid to me is:

      ☑ Debtor    ☑ Other (specify): Reem Hanna as a gift contribution on behalf of the Debtor.

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d. [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 27, 2022**
_Date_

                                   **Michael Jay Berger**
                                   _Signature of Attorney_
                                   **Law Offices of Michael Jay Berger**
                                   **9454 Wilshire Boulevard, 6th floor**
                                   **Beverly Hills, CA 90212**
                                   **(310) 271-6223   Fax: (310) 271-9805**
                                   **michael.berger@bankruptcypower.com**
                                   _Name of law firm_

---

**EXHIBIT A**                                                                  **055**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | **8:22-bk-11605-TA** |

☐ Check if this is an amended filing

## Official Form 122B
## Chapter 11 Statement of Your Current Monthly Income          12/21

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ | 0.00 | Copy here -> $ 0.00 | $ |

**EXHIBIT  A**          **056**

Debtor 1    **Bassem Victor El Mallakh** _____    Case number (*if known*)    **8:22-bk-11605-TA**

|  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|
| 7. Interest, dividends, and royalties | $ 0.00 | $ |
| 8. Unemployment compensation | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 | | |
| For your spouse | $ | | |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

|  | $ 0.00 | $ |
|---|---|---|

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

|  | | $ | $ |
|---|---|---|---|
| _____ | | $ 0.00 | $ |
| Total amounts from separate pages, if any. | + | $ 0.00 | $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 0.00    +    $    =    $ 0.00

**EXHIBIT A**    **057**

Debtor 1    **Bassem Victor El Mallakh**                          Case number (*if known*)    **8:22-bk-11605-TA**

---

| Part 2: | Sign Below |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

**Bassem Victor El Mallakh**
Signature of Debtor 1

Date 09/27/2022
       MM / DD / YYYY

---

**EXHIBIT A**                          **058**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
California State Bar Number: **100291 CA**
**michael.berger@bankruptcypower.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Bassem Victor El Mallakh**

CASE NO.: 8:22-bk-11605-TA

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the
master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and
consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _9/27/2022_

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _9/27/2022_

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

**EXHIBIT A**                                **059**

Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92612


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107


Central Park West Community Associa
401 Rockefeller #208
Irvine, CA 92612


First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054


Freedom Mortgage
951 Yamato Rd.
Boca Raton, FL 33431


Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250


Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

**EXHIBIT A**                    **060**

```
Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333


TD Auto Finance
6 Atlantis Way
Lewiston, ME 04240


The Townes at Central Park West Ass
15241 Laguna Canyon Rd.
Irvine, CA 92618


Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Sofya Davtyan (SBN 259544)**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**E-mail: Michael.Berger@bankruptcypower.com**<br>**E-mail: Sofya.Davtyan@bankruptcypower.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Bassem Victor El Mallakh,** | CASE NO.: 8:22-bk-11605-TA<br><br>CHAPTER: 11 |
|---|---|
| | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |
| Debtor. | |

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B   ☐ Schedule C   ☐ Schedule D   ☐ Schedule E/F   ☐ Schedule G

☐ Schedule H   ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)   ☐ Statement of Intentions   ☐ Master Mailing List

☐ Other (*specify*)

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:     11/7/2022

**Bassem Victor El Mallakh**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

### EXHIBIT A                                                    062

Fill in this information to identify your case and this filing:

| | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:22-bk-11605-TA** |

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in**

1  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**116 Rockefeller**
Street address, if available, or other description

**Irvine          CA      92612-0000**
City            State    ZIP Code

**Orange**
County

What is the property? Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Townhouse**

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's principal residence: townhouse.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,100,000.00** | **$1,100,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**100%**

☐ Check if this is community property (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here....................................................=>

**$1,100,000.00**

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Official Form 106A/B                    Schedule A/B: Property                            page 1

**EXHIBIT  A**                                                                    **063**

Debtor 1    **Bassem Victor El Mallakh** _____    Case number _(if known)_ **8:22-bk-11605-TA**

3    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on _Schedule D: Creditors Who Have Claims Secured by Property_ | |
| | Model: **C300** | ■ Debtor 1 only | | |
| | Year: **2016** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: **42,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information | ☐ At least one of the debtors and another | | |
| | The vehicle is financed with TD Financial. Monthly payment is $367.00. | ☐ Check if this is community property _(see instructions)_ | **$15,000.00** | **$15,000.00** |

4    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
_Examples:_ Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................=>    | **$15,000.00** |

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?    | Current value of the portion you own? Do not deduct secured claims or exemptions. |

6    Household goods and furnishings
_Examples:_ Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes    Describe.....

| | |
|---|---|
| Debtor's residence: Couch, coffee table, mattress, dresser, dining room table with 6 chairs, patio furniture, wall mirror, lamps, and other household goods and furniture | **$2,000.00** |
| Debtor's residence: 3 televisions, stove, fridge, laptop, desk computer, 2 cell phones, dishwashers, washer and dryer, and other household electronics | **$3,000.00** |

7    Electronics
_Examples:_ Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes  Describe......

8    Collectibles of value
_Examples:_ Antiques and figurines, paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe....

9    Equipment for sports and hobbies
_Examples:_ Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

Official Form 106A/B    Schedule A/B: Property    page 2

**EXHIBIT  A**    **064**

| Debtor 1 | **Bassem Victor El Mallakh** | Case number *(if known)* | **8:22-bk-11605-TA** |

| Debtor's residence: Bicycle and tennis equipment | $500.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe ...

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe .....

| Debtor's residence: Clothes and shoes | $800.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe ...

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe ...

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................................................................................  **$6,300.00**

**Part 4:** Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.......................................................................................................

| | Cash | $150.00 |

**17 Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................

Institution name:

| | 17.1 | Checking account | Chase checking account ending in 7332 | | $1,658.00 |
| | 17.2 | Checking account | Wells Fargo account ending in 4464 | | $0.00 |

**EXHIBIT A**    **065**

Debtor 1  **Bassem Victor El Mallakh**  _____    Case number *(if known)*  **8:22-bk-11605-TA**

| 17.3 | Checking account | Wells Fargo account ending in 3158 | $0.00 |
|---|---|---|---|
| 17.4 | Brokerage account ending in 9722 | Robinhood Markets, inc. | $1,629.40 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples*: Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..............    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes  Give specific information about them .....................

| Name of entity: | % of ownership: | |
|---|---|---|
| Debtor has a 10% ownership interest in Belgium Investments 5655 S Troy LLC.  The LLC owns an interest in a multi-family building (10 units), which are rented. However, due to Covid-19, some tenants have not been paying rent.  The intention is to sell the property. | 10%  % | $40,000.00 |
| Debtor has a 20% ownership interest in Belgium Investments 5544 North Avenue, LLC.  Debtor's 20% interest in Belgium Investments 5544 North Avenue, LLC held by his corporation BBGIP, Inc., in which Debtor holds a 20% interest, with another individual holding 80% interest.  The property is vacant and has been in rehabilitation during the last two years. | 20%  % | Unknown |

**20  Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes and money orders
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
   Issuer name:

**21.  Retirement or pension accounts**
   *Examples*: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
   Type of account:    Institution name:

**22.  Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples*: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes..............    Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes...........    Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes..........    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

Official Form 106A/B    Schedule A/B: Property    page 4

**EXHIBIT  A**    **066**

Debtor 1  **Bassem Victor El Mallakh**                        Case number *(if known)*  **8:22-bk-11605-TA**

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
- ■ No
- ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
- ■ No
- ☐ Yes.  Give specific information about them...

**27  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
- ■ No
- ☐ Yes  Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ☐ No
- ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years......

| 2021 tax refund | Federal and State | $1,400.00 |

**29  Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information.....

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ■ No
- ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ■ No
- ☐ Yes.  Name the insurance company of each policy and list its value.

Company name:                    Beneficiary                     Surrender or refund value

**32  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
- ■ No
- ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes.  Describe each claim....... .

**EXHIBIT  A**                    **067**

Debtor 1    **Bassem Victor El Mallakh** _____    Case number (*if known*)    8:22-bk-11605-TA

35. **Any financial assets you did not already list**
- ☑ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................... | $44,837.40 |

**Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☑ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
- ☑ No
- ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... | $0.00 |

**List the Totals of Each Part of this Form**

| | | |
|---|---|---|
| 55. Part 1: Total real estate, line 2 ............................................................... | | $1,100,000.00 |
| 56. Part 2: Total vehicles, line 5 | $15,000.00 | |
| 57. Part 3: Total personal and household items, line 15 | $6,300.00 | |
| 58. Part 4: Total financial assets, line 36 | $44,837.40 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 + | $0.00 | |
| 62. Total personal property. Add lines 56 through 61... | $66,137.40 | Copy personal property total    $66,137.40 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62 | | $1,166,137.40 |

**EXHIBIT A**          **068**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master**__
__**Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On __11/8/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:
Proposed Counsel for Debtor: Michael Jay Berger    michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Interested Party: Chad L Butler    caecf@tblaw.com
U.S. Trustee: Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Randall P Mroczynski    randym@cookseylaw.com
United States Trustee:    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached
page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/8/2022 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**EXHIBIT A**                                                      **069**

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax:  (310) 271-9805**<br>**E-mail: Michael.Berger@bankruptcypower.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>      **Bassem Victor El Mallakh,**<br><br><br><br><br><br>                                                          Debtor. | CASE NO.: 8:22-bk-11605-TA<br><br>CHAPTER: 11<br><br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added?  ☐ Yes ☑ No

The following schedules, master mailing list or statements are being amended (check all that apply) are being amended:

☑ Schedule A/B      ☑ Schedule C      ☑ Schedule D      ☐ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☐ Master Mailing List

☐ Other (*specify*)

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:      11/23/2022

**Bassem Victor El Mallakh**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 1                    F 1007-1.1.AMENDED.SUMMARY

**EXHIBIT  A**                    **070**

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | 8:22-bk-11605-TA | | |

✓ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

■ Yes. Where is the property?

---

**1.1**

**116 Rockefeller**
Street address, if available, or other description

**Irvine**        **CA**    **92612-0000**
City              State    ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **Townhouse**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's principal residence: townhouse.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,120,000.00** | **$1,120,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**100%**

☐ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................=>

**$1,120,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

---

Official Form 106A/B                    Schedule A/B: Property                    page 1

**EXHIBIT A**                    **071**

Debtor 1   **Bassem Victor El Mallakh**                     Case number *(if known)*   **8:22-bk-11605-TA**

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Mercedes** | | |

Model: **C300**
Year: **2016**
Approximate mileage: **42,000**
Other information:

The vehicle is financed with TD Financial.  Monthly payment is $367.00.

Who has an interest in the property? Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?   **$15,000.00**
Current value of the portion you own?   **$15,000.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................=>   **$15,000.00**

**Part 3:   Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

Debtor's residence: Couch, coffee table, mattress, dresser, dining room table with 6 chairs, patio furniture, wall mirror, lamps, and other household goods and furniture   **$2,000.00**

Debtor's residence: 3 televisions, stove, fridge, laptop, desk computer, 2 cell phones, dishwashers, washer and dryer, and other household electronics   **$3,000.00**

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes.  Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes.  Describe.....

Official Form 106A/B                Schedule A/B: Property                page 2

**EXHIBIT A**                               **072**

Debtor 1    **Bassem Victor El Mallakh**                     Case number *(if known)*    **8:22-bk-11605-TA**

| Debtor's residence: Bicycle and tennis equipment | $500.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Debtor's residence: Clothes and shoes | $800.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
■ No
☐ Yes. Describe.....

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................................................................................

$6,300.00

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.....................................................................................

Cash    $150.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................

Institution name:

| 17.1. | Checking account | Chase checking account ending in 7332 | $1,658.00 |
|---|---|---|---|

| 17.2. | Checking account | Wells Fargo account ending in 4464 | $0.00 |
|---|---|---|---|

**EXHIBIT A**                     **073**

Debtor 1    **Bassem Victor El Mallakh**                                    Case number *(if known)*   **8:22-bk-11605-TA**

| | | | |
|---|---|---|---|
| 17.3. | **Checking account** | Wells Fargo account ending in 3158 | $0.00 |
| 17.4. | **Brokerage account ending in 9722** | **Robinhood Markets, Inc.** | $1,629.40 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes.................            Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Debtor has a 10% ownership interest in Belgium Investments 5655 S Troy LLC.  The LLC owns an interest in a multi-family building (10 units), which are rented. However, due to Covid-19, some tenants have not been paying rent.  The intention is to sell the property. | 10% | % | $40,000.00 |
| Debtor has a 20% ownership interest in Belgium Investments 5544 North Avenue, LLC.  Debtor's 20% interest in Belgium Investments 5544 North Avenue, LLC held by his corporation BBGIP, Inc., in which Debtor holds a 20% interest, with another individual holding 80% interest.  The property is vacant and has been in rehabilitation during the last two years. | 20% | % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
          Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
          Type of account:            Institution name:

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ...................            Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............            Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Official Form 106A/B                     Schedule A/B: Property                                    page 4

**EXHIBIT  A**                                                                      **074**

Debtor 1    **Bassem Victor El Mallakh**                                           Case number *(if known)*    **8:22-bk-11605-TA**

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

|  |  |  |
|---|---|---|
| 2021 tax refund | Federal and State | $1,400.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes.  Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
             Company name:                                    Beneficiary:                        Surrender or refund
                                                                                                       value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

**EXHIBIT  A**                                    075

Debtor 1    **Bassem Victor El Mallakh**    Case number *(if known)*    **8:22-bk-11605-TA**

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................ | **$44,837.40**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... | **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ................................................................ | | **$1,120,000.00** |
| 56. **Part 2: Total vehicles, line 5** | **$15,000.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$6,300.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$44,837.40** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. **Total personal property. Add lines 56 through 61...** | **$66,137.40** | Copy personal property total  **$66,137.40** |
| 63. **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$1,186,137.40** |

Official Form 106A/B    Schedule A/B: Property    page 6

**EXHIBIT A**    076

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:22-bk-11605-TA** |
| (if known) | |

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **116 Rockefeller Irvine, CA 92612 Orange County Debtor's principal residence: townhouse.** Line from *Schedule A/B*: **1.1** | $1,120,000.00 | ■  $626,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2016 Mercedes C300 42,000 miles The vehicle is financed with TD Financial.  Monthly payment is $367.00.** Line from *Schedule A/B*: **3.1** | $15,000.00 | ■  $3,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Debtor's residence: Couch, coffee table, mattress, dresser, dining room table with 6 chairs, patio furniture, wall mirror, lamps, and other household goods and furniture** Line from *Schedule A/B*: **6.1** | $2,000.00 | ■  $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Debtor's residence: 3 televisions, stove, fridge, laptop, desk computer, 2 cell phones, dishwashers, washer and dryer, and other household electronics** Line from *Schedule A/B*: **6.2** | $3,000.00 | ■  $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of 2

**EXHIBIT A**    077

Debtor 1  **Bassem Victor El Mallakh**                                     Case number (if known)  **8:22-bk-11605-TA**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor's residence: Bicycle and tennis equipment**<br>Line from *Schedule A/B*: **9.1** | $500.00 | ■ ___ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Debtor's residence: Clothes and shoes**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ ___ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No

   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■  No

       ☐  Yes

**EXHIBIT A**                                          **078**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known) | **8:22-bk-11605-TA** | |

■ Check if this is an
   amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

**2.1** **Belgium Investments 960 Bay Dr, LLC**
Creditor's Name

c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107
Number, Street, City, State & Zip Code

| | |
|---|---|
| Amount of claim: **$4,345,250.00** | Value of collateral: **$1,120,000.00** | Unsecured portion: **$3,469,221.77** |

Describe the property that secures the claim:

**116 Rockefeller Irvine, CA 92612
Orange County
Debtor's principal residence: townhouse.**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **A writ of execution**

Date debt was incurred **11/9/2020**        Last 4 digits of account number    **NCJC**

**EXHIBIT  A**                                    **079**

| Debtor 1 | **Bassem Victor El Mallakh** | | Case number (if known) | **8:22-bk-11605-TA** |
|---|---|---|---|---|
| First Name | Middle Name | Last Name | | |

| **2.2** | **Central Park West Community Associa** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**401 Rockefeller #208
Irvine, CA 92612**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim: **$2,878.93** **$1,120,000.00** **$2,878.93**

**116 Rockefeller Irvine, CA 92612
Orange County
Debtor's principal residence:
townhouse.**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **HOA**

Date debt was incurred **5/16/2022**      Last 4 digits of account number **3201**

| **2.3** | **Freedom Mortgage Corporation** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
907 Pleasant Valley Ave,
Ste 3
Mt Laurel, NJ 08054**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim: **$243,971.77** **$1,120,000.00** **$0.00**

**116 Rockefeller Irvine, CA 92612
Orange County
Debtor's principal residence:
townhouse.**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)  **First Trust Deed**

Date debt was incurred **October 29, 2013**      Last 4 digits of account number **4275**

**EXHIBIT A**      **080**

Debtor 1   **Bassem Victor El Mallakh**                              Case number (if known)   **8:22-bk-11605-TA**
    First Name    Middle Name    Last Name

| 2.4 | **Td Auto Finance** | | $6,493.00 | $15,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2016 Mercedes C300 42,000 miles
The vehicle is financed with TD
Financial.  Monthly payment is
$367.00.**

**Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI
48333**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto loan**

Date debt was incurred   **Opened 08/16  Last Active 04/21**   Last 4 digits of account number   **9787**

| 2.5 | **The Townes at Central Park West Ass** | | $7,276.60 | $1,120,000.00 | $7,276.60 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**116 Rockefeller Irvine, CA 92612
Orange County
Debtor's principal residence:
townhouse.**

**15241 Laguna Canyon
Rd.
Irvine, CA 92618**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **HOA**

Date debt was incurred   **2/9/2022**   Last 4 digits of account number   **3401**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$4,605,870.30**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:   **$4,605,870.30**

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054**

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number   ___

Official Form 106D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 3 of 4

**EXHIBIT A**                                                                 **081**

| Debtor 1 | **Bassem Victor El Mallakh** | | | Case number (if known) | **8:22-bk-11605-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]  Name, Number, Street, City, State & Zip Code
**Freedom Mortgage**
**951 Yamato Rd.**
**Boca Raton, FL 33431**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Freedom Mortgage**
**PO Box 50428**
**Indianapolis, IN 46250**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**TD Auto Finance**
**6 Atlantis Way**
**Lewiston, ME 04240**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

**EXHIBIT  A**    **082**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*):   **Summary of Amended Schedules, Master Mailing List, and or Statements**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **11/23/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com,
HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached
page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/23/2022 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                         Page 2                    F 1007-1.1.AMENDED.SUMMARY

**EXHIBIT  A**                                                          **083**

# Exhibit "B"

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
## Bankruptcy Petition #: 8:22-bk-11605-TA

| | |
|---|---|
| *Date filed:* | 09/19/2022 |
| *341 meeting:* | 10/28/2022 |
| *Deadline for objecting to discharge:* | 12/27/2022 |

*Assigned to:* Theodor Albert
Chapter 11
Voluntary
Asset

| | |
|---|---|
| **Debtor** | represented by **Michael Jay Berger** |
| **Bassem Victor El Mallakh** | 9454 Wilshire Blvd 6th Fl |
| 116 Rockefeller | Beverly Hills, CA 90212-2929 |
| Irvine, CA 92612 | 310-271-6223 |
| ORANGE-CA | Fax : 310-271-9805 |
| SSN / ITIN: xxx-xx-3012 | Email: michael.berger@bankruptcypower.com |
| *aka* **Bassem E. El Mallakh** | |

| | |
|---|---|
| **U.S. Trustee** | represented by **Nancy S Goldenberg** |
| **United States Trustee (SA)** | 411 W Fourth St Ste 7160 |
| 411 W Fourth St., Suite 7160 | Santa Ana, CA 92701-8000 |
| Santa Ana, CA 92701-4593 | 714-338-3416 |
| (714) 338-3400 | Fax : 714-338-3421 |
| | Email: nancy.goldenberg@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/19/2022 | 1<br>(18 pgs; 2 docs) | Chapter 11 Voluntary Petition Individual. Fee Amount $1738 Filed by Bassem Victor El Mallakh Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 10/3/2022. Schedule A/B: Property (Form 106A/B or 206A/B) due 10/3/2022. Schedule C: The Property You Claim as Exempt (Form 106C) due 10/3/2022. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 10/3/2022. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 10/3/2022. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 10/3/2022. Schedule H: Your Codebtors (Form 106H or 206H) due 10/3/2022. Schedule I: Your Income (Form 106I) due 10/3/2022. Schedule J: Your Expenses (Form 106J) due 10/3/2022. Declaration About an Individual Debtors Schedules (Form 106Dec) due 10/3/2022. Statement of Financial Affairs (Form 107 or 207) due 10/3/2022. Chapter 11 Statement of Your Current Monthly Income (Form 122B) due: 10/3/2022. Statement of Related Cases (LBR Form F1015-2) due 10/3/2022. Incomplete Filings due by 10/3/2022. (Berger, Michael) WARNING: See docket entry #7 for correction. Case Also Deficient: Disclosure of Compensation of Attorney for Debtor (Form 2030) due 10/3/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due 10/3/2022. Deadline Terminated: Statement of Related Cases. Modified on 9/20/2022 (TS). (Entered: 09/19/2022) |

**EXHIBIT B**      **084**

| 09/19/2022 | 2<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 09/19/2022) |
|---|---|---|
| 09/19/2022 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 09/19/2022) |
| 09/19/2022 | | Receipt of Voluntary Petition (Chapter 11)( 8:22-bk-11605) [misc,volp11] (1738.00) Filing Fee. Receipt number A54676870. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/19/2022) |
| 09/19/2022 | 4<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Heston, Benjamin. (Heston, Benjamin) (Entered: 09/19/2022) |
| 09/19/2022 | | Set Case Commencement Deficiency Deadlines (ccdn) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bassem Victor El Mallakh) Disclosure of Compensation of Attorney for Debtor (Form 2030) due 10/3/2022. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 10/3/2022. (TS) (Entered: 09/20/2022) |
| 09/19/2022 | 6<br>(1 pg) | Case Commencement Deficiency Notice (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bassem Victor El Mallakh) (TS) (Entered: 09/20/2022) |
| 09/20/2022 | | Notice of Debtor's Prior Filings for debtor Bassem Victor El Mallakh Case Number 22-11158, Chapter 13 filed in California Central Bankruptcy on 07/12/2022 , Dismissed for Other Reason on 07/26/2022. (Admin) (Entered: 09/20/2022) |
| 09/20/2022 | 5<br>(3 pgs) | Meeting of Creditors 341(a) meeting to be held on 10/28/2022 at 10:00 AM at UST-SA1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227. Last day to oppose discharge or dischargeability is 12/27/2022. (JL) (Entered: 09/20/2022) |
| 09/20/2022 | 7 | Notice to Filer of Correction Made/No Action Required: **Incorrect schedules/statements recorded as deficient. THE PROPER DEFICIENCY HAS BEEN ISSUED.** (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bassem Victor El Mallakh) (TS) (Entered: 09/20/2022) |
| 09/20/2022 | 8 | Request for a Certified Copy Fee Amount $11. The document will be sent via email to :yathida.nipha@bankruptcypower.com: Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Berger, Michael) (Entered: 09/20/2022) |
| 09/20/2022 | | Receipt of Request for a Certified Copy( 8:22-bk-11605-TA) [misc,paycert] ( 11.00) Filing Fee. Receipt number A54679176. Fee amount 11.00. (re: Doc# 8 ) (U.S. Treasury) (Entered: 09/20/2022) |
| 09/20/2022 | 9<br>(2 pgs) | Order Setting Scheduling And Case Managememt Conference - The Hearing Is Scheduled For October 26, 2022 at 10:00 A.M., Rm 5B Via Zoom/Gov, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W Fourth Street, Santa Ana, CA 92701 (BNC-PDF) (Related Doc # doc ) Signed on 9/20/2022 (GD) (Entered: 09/20/2022) |

| 09/20/2022 | 10 | Hearing Set Re: Status Conference (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bassem Victor El Mallakh) Status hearing to be held on 10/26/2022 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 09/20/2022) |
|---|---|---|
| 09/20/2022 | 11 | Certified Copy Emailed to yathida.nipha@bankruptcypower.com (Entered: 09/20/2022) |
| 09/22/2022 | 12 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Butler, Chad. (Butler, Chad) (Entered: 09/22/2022) |
| 09/22/2022 | 13 (5 pgs) | BNC Certificate of Notice (RE: related document(s)5 Meeting of Creditors Chapter 11 (Individual or Joint Debtors) (309E1)) No. of Notices: 6. Notice Date 09/22/2022. (Admin.) (Entered: 09/22/2022) |
| 09/22/2022 | 14 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bassem Victor El Mallakh) No. of Notices: 1. Notice Date 09/22/2022. (Admin.) (Entered: 09/22/2022) |
| 09/22/2022 | 15 (2 pgs) | BNC Certificate of Notice (RE: related document(s)6 Case Commencement Deficiency Notice (BNC)) No. of Notices: 1. Notice Date 09/22/2022. (Admin.) (Entered: 09/22/2022) |
| 09/22/2022 | 16 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)9 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 09/22/2022. (Admin.) (Entered: 09/22/2022) |
| 09/27/2022 | 17 (7 pgs) | Declaration re: *of Peter Garza Regardin gService of the Order Setting Scheduling and Case Management Conference* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)9 Order (Generic) (BNC-PDF)). (Berger, Michael) (Entered: 09/27/2022) |
| 09/27/2022 | 18 (44 pgs) | Amendment to List of Creditors. Fee Amount $32, Schedule A/B Individual: Property (Official Form 106A/B or 206A/B) , Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Schedule D Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Schedule G Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Individual: Your Codebtors (Official Form 106H or 206H) , Schedule I Individual: Your Income (Official Form 106I) , Schedule J: Your Expenses (Official Form 106J) , Declaration About an Individual Debtor's Schedules (Official Form 106Dec) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , List of Creditors (Master Mailing List of Creditors) , Summary of Assets and Liabilities for Individual (Official Form 106Sum or 206Sum) , Statement of Related Cases (LBR Form 1015-2.1) , Chapter 11 Statement of Your Current Monthly Income (Official Form 122B), Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Berger, Michael) (Entered: 09/27/2022) |
| 09/27/2022 | | Receipt of Amended List of Creditors (Fee)( 8:22-bk-11605-TA) [misc,amdcm] ( 32.00) Filing Fee. Receipt number A54704943. Fee amount 32.00. (re: Doc# 18) (U.S. Treasury) (Entered: 09/27/2022) |

**EXHIBIT B**                                    **086**

| | | |
|---|---|---|
| 09/27/2022 | [19](#)<br>(2 pgs) | Declaration by Debtor as to Whether Debtor(s) Received Income From an Employer Within 60 Days of Petition (LBR Form F1002-1) Filed by Debtor Bassem Victor El Mallakh (RE: related document(s) Set Case Commencement Deficiency Deadlines (ccdn)). (Berger, Michael) (Entered: 09/27/2022) |
| 09/27/2022 | [20](#)<br>(31 pgs) | Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 116 Rockefeller, Irvine, CA 92612 . Fee Amount $188, Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 09/27/2022) |
| 09/27/2022 | | Receipt of Motion for Relief - Imposing a Stay or Continuing the Automatic Stay( 8:22-bk-11605-TA) [motion,nmis] ( 188.00) Filing Fee. Receipt number A54704948. Fee amount 188.00. (re: Doc# [20](#)) (U.S. Treasury) (Entered: 09/27/2022) |
| 09/27/2022 | [21](#)<br>(5 pgs) | Notice *Supplemental Notice of Hearing* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)[20](#) Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 116 Rockefeller, Irvine, CA 92612 . Fee Amount $188, Filed by Debtor Bassem Victor El Mallakh). (Berger, Michael) (Entered: 09/27/2022) |
| 09/27/2022 | 22 | Hearing Set (RE: related document(s)[20](#) Motion for Relief - Imposing a Stay or Continuing the Automatic Stay filed by Debtor Bassem Victor El Mallakh) The Hearing date is set for 10/18/2022 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 09/28/2022) |
| 09/28/2022 | [23](#)<br>(40 pgs) | Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Michael Jay Berger as General Bankruptcy Counsel Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 09/28/2022) |
| 09/28/2022 | [24](#)<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Mroczynski, Randall. (Mroczynski, Randall) (Entered: 09/28/2022) |
| 10/04/2022 | [25](#)<br>(105 pgs; 2 docs) | Opposition To The Debtor's Motion For Order Continuing Stay And Request For Dismissal With A Bar To Refiling(related document(s): [20](#) Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 116 Rockefeller, Irvine, CA 92612 . Fee Amount $188, filed by Debtor Bassem Victor El Mallakh) Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (Attachments: # [1](#) Part 2 of 2) (GD) (Entered: 10/04/2022) |
| 10/11/2022 | [26](#)<br>(17 pgs) | Exhibits 1 & 2 Of The Opposition To The Debtor's Motion For Order Continuing Stay And Request For Dismissal With A Bar To Refiling Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (RE: related document(s)[20](#) Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 116 Rockefeller, Irvine, CA 92612 . Fee Amount $188,). (GD) (Entered: 10/11/2022) |
| 10/11/2022 | [27](#)<br>(25 pgs) | Reply to (related document(s): [25](#) Opposition filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) *Debtors Reply To Belgium Investments 960 Bay Dr, LLCs Opposition To Debtors Motion* |

**EXHIBIT B**                                                                 **087**

| | | |
|---|---|---|
| | | *Pay Order Continuing The Automatic Stay; Declarations Of Michael Jay Berger And Bassem Victor El Mallakh In Support Thereof* Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 10/11/2022) |
| 10/12/2022 | [28](#) (12 pgs) | Status report *Debtor's Initial Status Report; Declaration of Bassem Victor El Mallah in Support Thereof* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)[1](#) Voluntary Petition (Chapter 11)). (Berger, Michael) (Entered: 10/12/2022) |
| 10/13/2022 | [29](#) (3 pgs) | Notice Of Recent Statutory Authority Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (RE: related document(s)[20](#) Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 116 Rockefeller, Irvine, CA 92612 . Fee Amount $188, Filed by Debtor Bassem Victor El Mallakh). (GD) (Entered: 10/13/2022) |
| 10/18/2022 | 30 | Hearing Held (Bk Motion) (RE: related document(s) [20](#) Motion for Relief - Imposing a Stay or Continuing the Automatic Stay) - Motion is granted. Tentative is adopted. Movant to submit order. (GD) (Entered: 10/18/2022) |
| 10/18/2022 | [31](#) (8 pgs) | Notice of lodgment Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)[20](#) Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate 116 Rockefeller, Irvine, CA 92612 . Fee Amount $188, Filed by Debtor Bassem Victor El Mallakh). (Berger, Michael) (Entered: 10/18/2022) |
| 10/18/2022 | [32](#) (43 pgs) | Declaration That No Party Requested a Hearing on Motion (LBR 9013-1(o)(3)) Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)[23](#) Notice of Motion and Motion in Individual Ch 11 Case for Order Employing Professional (LBR 2014-1): Michael Jay Berger as General Bankruptcy Counsel ). (Berger, Michael) (Entered: 10/18/2022) |
| 10/19/2022 | [33](#) (2 pgs) | Order Granting Motion in Individual Ch 11 Case To Authorize Debtor-In-Possession To Employ General Counsel (LBR 2014-1) (BNC-PDF) Michael Jay Berger (Related Doc # [23](#)) Signed on 10/19/2022. (GD) (Entered: 10/19/2022) |
| 10/21/2022 | [34](#) (4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[33](#) Order on Motion For Order Employing Professional (Ch 11)-(LBR 2014-1) (BNC-PDF)) No. of Notices: 1. Notice Date 10/21/2022. (Admin.) (Entered: 10/21/2022) |
| 10/25/2022 | [35](#) (3 pgs) | Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay (BNC-PDF) - RE: 2016 Mercedes C300 (Related Doc # [20](#) ). Signed on 10/25/2022 (GD) (Entered: 10/25/2022) |
| 10/25/2022 | [36](#) (1 pg) | Notice *of New Call-In Information for Section 341(a) Meeting on October 28, 2022 at 10:00 am. Conference Line: 1-866-919-3126, Participant Code: 3803126* Filed by U.S. Trustee United States Trustee (SA). (Goldenberg, Nancy) (Entered: 10/25/2022) |
| 10/25/2022 | [37](#) (4 pgs) | Notice of Bar Date for Filing Proofs of Claim in a Chapter 11 Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: |

**EXHIBIT B**                    **088**

| | 38 | Hearing Rescheduled/Continued Re: Status Conference Re: Chapter 11 Voluntary Petition Individual (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bassem Victor El Mallakh) Status hearing to be held on 12/7/2022 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Status conference continued to December 7, 2022 at 10:00 a.m. - Deadline for filing plan and disclosure statement: March 1, 2023 - Claims bar: December 24, 2022 - Debtor to give notice and submit a scheduling order. (GD) (Entered: 10/26/2022) |
| 10/26/2022 | | |
| 10/26/2022 | 39<br>(2 pgs) | Scheduling Order After Initial Status Conference (BNC-PDF) - 1. Status Conference Report due on November 23, 2022; 2. Continued Status Conference set for December 7, 2022 at 10:00 a.m.; 3. Claims Bar Date for non-governmental entities is December 24, 2022; 4. Claims Bar Date for governmental entities is March 18, 2023; 5. Deadline to file a plan and disclosure statement is March 1, 2023. IT IS SO ORDERED. Signed on 10/26/2022. (GD) (Entered: 10/26/2022) |
| 10/26/2022 | 40<br>(19 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 09/30/2022 Filed by Debtor Bassem Victor El Mallakh. (Attachments: # 1 Supporting Documents) (Berger, Michael) (Entered: 10/26/2022) |
| 10/27/2022 | 41<br>(5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)35 Motion for Order Imposing a Stay or Continuing the Automatic Stay (BNC-PDF)) No. of Notices: 1. Notice Date 10/27/2022. (Admin.) (Entered: 10/27/2022) |
| 10/28/2022 | 42<br>(7 pgs) | Declaration re: *Declaration Of Peter Garza Regarding Service Of The Scheduling Order After Initial Status Conference [Docket No. 39]* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)39 Order (Generic) (BNC-PDF)). (Berger, Michael) (Entered: 10/28/2022) |
| 10/28/2022 | 43<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)39 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 10/28/2022. (Admin.) (Entered: 10/28/2022) |
| 11/04/2022 | 44<br>(22 pgs) | Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2016 Mercedes-Benz C-Class; VIN# 55SWF4JB7GU106746 . Fee Amount $188, Filed by Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC (Mroczynski, Randall) Warning: See docket entry no: 47 for corrective action. Modified on 11/4/2022 (SD8). (Entered: 11/04/2022) |
| 11/04/2022 | | Receipt of Motion for Relief from Stay - Personal Property( 8:22-bk-11605-TA) [motion,nmpp] ( 188.00) Filing Fee. Receipt number A54834993. Fee amount 188.00. (re: Doc# 44) (U.S. Treasury) (Entered: 11/04/2022) |
| 11/04/2022 | 45 | Hearing Set (RE: related document(s)44 Motion for Relief from Stay - Personal Property filed by Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC) The Hearing date is set for 12/6/2022 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 11/04/2022) |

**EXHIBIT B**                                                                    **089**

| | | |
|---|---|---|
| 11/04/2022 | 46 | Hearing Set (RE: related document(s)44 Motion for Relief from Stay - Personal Property filed by Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC) The Hearing date is set for 12/6/2022 at 10:30 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 11/04/2022) |
| 11/04/2022 | 47 | Notice to Filer of Error and/or Deficient Document **Correct hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A SUPPLEMENTAL NOTICE OF HEARING WITH THE ZOOM HEARING INFORMATION.** (RE: related document(s)44 Motion for Relief from Stay - Personal Property filed by Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC) (SD8) (Entered: 11/04/2022) |
| 11/08/2022 | 48 (4 pgs) | Notice *of Hearing to be Held Remotely Using ZoomGov Audio and Video* Filed by Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC (RE: related document(s)44 Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: 2016 Mercedes-Benz C-Class; VIN# 55SWF4JB7GU106746 . Fee Amount $188, Filed by Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC (Mroczynski, Randall) Warning: See docket entry no: 47 for corrective action. Modified on 11/4/2022 (SD8).). (Mroczynski, Randall) (Entered: 11/08/2022) |
| 11/08/2022 | 49 (6 pgs) | Stipulation By TD Bank, N.A., successor in interest to TD Auto Finance LLC and *Debtor for Resolution of Motion for Relief from the Automatic Stay, for Maintenance of Adequate Protection Payments and for Resolution of Claim Treatment Issues* Filed by Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC (Mroczynski, Randall) (Entered: 11/08/2022) |
| 11/08/2022 | 50 (7 pgs) | Order Granting Motion for relief from the automatic stay PERSONAL PROPERTY - SETTLED BY STIPULATION Re: 2016 Mercedes-BenzC-Class (BNC-PDF) (Related Doc # 44 ) Signed on 11/8/2022 (GD) (Entered: 11/08/2022) |
| 11/08/2022 | 51 (8 pgs) | Amended Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 11/08/2022) |
| 11/10/2022 | 52 (9 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)50 Motion for relief from the automatic stay PERSONAL PROPERTY (BNC-PDF)) No. of Notices: 1. Notice Date 11/10/2022. (Admin.) (Entered: 11/10/2022) |
| 11/23/2022 | 53 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Miller, Patrick. (Miller, Patrick) (Entered: 11/23/2022) |
| 11/23/2022 | 54 (3 pgs) | Notice *of Attorney Business Name Change* Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.. (Miller, Patrick) (Entered: 11/23/2022) |
| 11/23/2022 | 55 (385 pgs) | Motion *Objection to Debtor's Claimed Homestead Exemption* Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (Miller, Patrick) (Entered: 11/23/2022) |

**EXHIBIT B**

| | | |
|---|---|---|
| 11/23/2022 | 56<br>(2 pgs) | Notice of Hearing *SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV* Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (RE: related document(s)55 Motion *Objection to Debtor's Claimed Homestead Exemption* Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.). (Miller, Patrick) (Entered: 11/23/2022) |
| 11/23/2022 | 57 | Hearing Set (RE: related document(s)55 Motion For Objection To Debtor's Claimed Homestead Exemption filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) The Hearing date is set for 1/11/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 11/23/2022) |
| 11/23/2022 | 58<br>(14 pgs) | Amended Schedule A/B for Individual: Property (Official Form 106A/B or 206A/B) , Amended Schedule C: The Property You Claimed as Exempt (Official Form 106C) , Amending Schedules (D) Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 11/23/2022) |
| 11/23/2022 | | Receipt of Amending Schedules D and/or E/F (Official Form 106D, 106E/F, 206D, or 206E/F) (Fee)( 8:22-bk-11605-TA) [misc,amdsch] ( 32.00) Filing Fee. Receipt number A54895221. Fee amount 32.00. (re: Doc# 58) (U.S. Treasury) (Entered: 11/23/2022) |
| 11/23/2022 | 59<br>(116 pgs; 2 docs) | Motion to Avoid Lien JUDICIAL LIEN with Belgium Investments 960 Bay Dr, LLC, a California Corp. *Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. section 522(f)* Filed by Debtor Bassem Victor El Mallakh (Attachments: # 1 Exhibits) (Berger, Michael) - Warning: See docket entry no.: 61 for corrections Modified on 11/28/2022 (GD). (Entered: 11/23/2022) |
| 11/23/2022 | 60<br>(7 pgs) | Status Report for Chapter 11 Status Conference #2 Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 11/23/2022) |
| 11/28/2022 | 61 | Notice to Filer of Error and/or Deficient Document **Document filed without holographic signature. THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT WITH THE PROPER SIGNATURES. THE DECLARATION OF JOHN GRICHINE WHICH IS ATTACHED TO THE MOTION TO AVOID LIEN IS MISSING A SIGNATURE - PLEASE CORRECT ASAP** (RE: related document(s)59 Motion to Avoid Lien filed by Debtor Bassem Victor El Mallakh) (GD) (Entered: 11/28/2022) |
| 11/29/2022 | 62<br>(34 pgs) | Declaration re: *Refiled to Insert Appraiser John Grichine Holographic Signature in Support of Debtors Motion To Avoid Lien Under 11 U.S.C. § 522(F)* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)59 Motion to Avoid Lien JUDICIAL LIEN with Belgium Investments 960 Bay Dr, LLC, a California Corp. *Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. section 522(f)*, 61 Notice to Filer of Error and/or Deficient Document). (Berger, Michael) (Entered: 11/29/2022) |
| 11/30/2022 | 63<br>(29 pgs) | Motion *to Dismiss and/or Convert Case to Ch 7* Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (Miller, Patrick) Warning: See docket entry no: 66 for corrective action. Modified on 11/30/2022 (SD8). (Entered: 11/30/2022) |

| 11/30/2022 | 64<br>(19 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 09/30/2022 Filed by Debtor Bassem Victor El Mallakh. (Attachments: # 1 Supporting Documents) (Berger, Michael) (Entered: 11/30/2022) |
|---|---|---|
| 11/30/2022 | 65<br>(13 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2022 Filed by Debtor Bassem Victor El Mallakh. (Attachments: # 1 Supporting Document) (Berger, Michael) (Entered: 11/30/2022) |
| 11/30/2022 | 66 | Notice to Filer of Error and/or Deficient Document **Docket event was incorrectly selected for filings requiring no filing fee, however, the document filed indicates that a filing fee is due. The correct event code is Convert Case Events which is located under Bankruptcy Events > BK - Motions/Applications. This motion will need to be withdrawn. Please use Withdrawal re: for the event code. It is located under Bankruptcy Events > BK - Other. Also, please note that the Proposed Order will be treated as an exhibit only THE FILER IS INSTRUCTED TO RE-FILE THE DOCUMENT USING THE CORRECT FEE DOCKET EVENT.** (RE: related document(s)63 Generic Motion filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) (SD8) (Entered: 11/30/2022) |
| 11/30/2022 | 67<br>(29 pgs) | Motion to Convert Case From Chapter 11 to 7. *MOTION TO DISMISS AND/OR CONVERT CASE TO CH 7* Fee Amount $15 Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (Miller, Patrick) (Entered: 11/30/2022) |
| 11/30/2022 | 68 | Hearing Set (RE: related document(s)67 Motion to Dismiss and/or Convert Case to Ch 7 filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) The Hearing date is set for 12/21/2022 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 11/30/2022) |
| 12/05/2022 | | Receipt of Motion to Convert Case( 8:22-bk-11605-TA) [motion,mconv] ( 15.00) Filing Fee. Receipt number A54923950. Fee amount 15.00. (re: Doc# 67) (U.S. Treasury) (Entered: 12/05/2022) |
| 12/06/2022 | 69 | Hearing Held (RE: related document(s)44 Motion for Relief from Stay - Personal Property filed by Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC) - Off Calendar - Settled By Stipulation Re: Order Granting Motion For Relief From The Automatic Stay Under 11 USC § 362 Entered 11-08-22 (GD) (Entered: 12/06/2022) |
| 12/07/2022 | 70<br>(5 pgs) | Notice of Hearing *on Continued Status Conference* Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 12/07/2022) |
| 12/07/2022 | 71 | Hearing Rescheduled/Continued Status Conference Re: Chapter 11 Voluntary Petition Individual (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Bassem Victor El Mallakh) Status hearing to be held on 3/8/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - Continued to March 8, 2023 at 10:00 a.m. (GD) (Entered: 12/07/2022) |
| 12/07/2022 | 72<br>(45 pgs) | Opposition to (related document(s): 67 Motion to Convert Case From Chapter 11 to 7. *MOTION TO DISMISS AND/OR CONVERT CASE TO CH 7* Fee Amount $15 filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) *Debtor's Opposition to Belgium Investments 960 Bay Dr LLC's Motion to Dismiss or Convert Case to Chapter 7;* |

| | | |
|---|---|---|
| | | *Declarations of Rental by Berger and Bassem Victor El Mallakh in Support Thereof* Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 12/07/2022) |
| 12/07/2022 | [73](#)<br>(8 pgs) | Opposition to (related document(s): [59](#) Motion to Avoid Lien JUDICIAL LIEN with Belgium Investments 960 Bay Dr, LLC, a California Corp. *Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. section 522(f)* filed by Debtor Bassem Victor El Mallakh) Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (Miller, Patrick) (Entered: 12/07/2022) |
| 12/12/2022 | [74](#)<br>(15 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 10/31/2022 Filed by Debtor Bassem Victor El Mallakh. (Attachments: # [1](#) Supporting Documents) (Berger, Michael) (Entered: 12/12/2022) |
| 12/13/2022 | [75](#)<br>(5 pgs) | Notice of Hearing *Notice Of Hearing On Debtors Motion To Avoid Belgium Investments 960 Bay Dr, LLCs Lien Under 11 U.S.C. § 522 (f)* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)[59](#) Motion to Avoid Lien JUDICIAL LIEN with Belgium Investments 960 Bay Dr, LLC, a California Corp. *Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. section 522(f)* Filed by Debtor Bassem Victor El Mallakh (Attachments: # 1 Exhibits) (Berger, Michael) - Warning: See docket entry no.: 61 for corrections Modified on 11/28/2022 (GD).). (Berger, Michael) (Entered: 12/13/2022) |
| 12/13/2022 | [76](#)<br>(5 pgs) | Supplemental *Supplemental Notice of Hearing* Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 12/13/2022) |
| 12/13/2022 | 77 | Hearing Set (RE: related document(s)[59](#) Motion to Avoid Lien filed by Debtor Bassem Victor El Mallakh) The Hearing date is set for 1/11/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) (Entered: 12/13/2022) |
| 12/14/2022 | [78](#)<br>(65 pgs) | Reply to (related document(s): [72](#) Opposition filed by Debtor Bassem Victor El Mallakh) *Motion to Dismiss and/or Convert* Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (Miller, Patrick) (Entered: 12/14/2022) |
| 12/21/2022 | 79 | Hearing Held (RE: related document(s)[67](#) Motion to Dismiss and/or Convert Case filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) - Motion is denied without prejudice. Tentative is adopted. Respondent to submit order. (GD) (Entered: 12/21/2022) |
| 12/22/2022 | [80](#)<br>(5 pgs) | Notice of lodgment Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)[67](#) Motion to Convert Case From Chapter 11 to 7. *MOTION TO DISMISS AND/OR CONVERT CASE TO CH 7* Fee Amount $15 Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.). (Berger, Michael) (Entered: 12/22/2022) |
| 12/28/2022 | [81](#)<br>(27 pgs) | Opposition to (related document(s): [55](#) Reply filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) *Debtors Opposition To Belgium Investments 960 Bay Dr, Llcs Objection To Debtors Claimed Homestead Exemption; Declaration Of Bassem Victor El Mallakh In Support Thereof* Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) Modified on 12/29/2022 (GD). (Entered: 12/28/2022) |

**EXHIBIT B**                    **093**

| Date | Doc | Description |
|---|---|---|
| 01/03/2023 | [82](2 pgs) | Order Denying Belgium Investments 960 Bay Dr, LLC's Motion To Dismiss And/Or Convert Case To Ch 7 (BNC-PDF) (Related Doc # 67) - 1. That the Motion to Dismiss is denied without prejudice. IT IS SO ORDERED. Signed on 1/3/2023 (GD) (Entered: 01/03/2023) |
| 01/04/2023 | [83](17 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 11/30/2022 Filed by Debtor Bassem Victor El Mallakh. (Attachments: # 1 Supporting Documents) (Berger, Michael) (Entered: 01/04/2023) |
| 01/04/2023 | [84](40 pgs) | Reply to (related document(s): 81 Opposition filed by Debtor Bassem Victor El Mallakh *Objection to Homestead Exemption* Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (Miller, Patrick) (Entered: 01/04/2023) |
| 01/04/2023 | [85](27 pgs) | Reply to (related document(s): 73 Opposition filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) *Debtors Reply To Belgium Investments 960 Bay Dr, LLCs Opposition To Debtors Motion To Avoid Lien Under 11 U.S.C. § 522(F); Declaration Of Bassem Victor El Mallakh In Support Thereof* Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 01/04/2023) |
| 01/05/2023 | [86](4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)82 Order on Generic Motion (BNC-PDF)) No. of Notices: 1. Notice Date 01/05/2023. (Admin.) (Entered: 01/05/2023) |
| 01/09/2023 | [87](19 pgs) | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Motion to Extend the Debtor's Exclusivity Period; Declarations of Michael Jay Berger and Bassem Victor El Mallakh In Support Thereof* Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 01/09/2023) |
| 01/09/2023 | [88](7 pgs) | Application shortening time *Application for Order Setting Hearing on Shortened Notice* Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 01/09/2023) |
| 01/10/2023 | [89](4 pgs) | Order Denying Application For Order Setting Hearing on Shortened Notice (See Order for Further Rulings) (BNC-PDF) (Related Doc # 88) Signed on 1/10/2023 (AM) (Entered: 01/10/2023) |
| 01/11/2023 | [90](5 pgs) | Notice of Hearing Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)87 Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement *Motion to Extend the Debtor's Exclusivity Period; Declarations of Michael Jay Berger and Bassem Victor El Mallakh In Support Thereof* Filed by Debtor Bassem Victor El Mallakh). (Berger, Michael) (Entered: 01/11/2023) |
| 01/11/2023 | 91 | Hearing Rescheduled/Continued (RE: related document(s)59 Motion to Avoid Lien filed by Debtor Bassem Victor El Mallakh) The Hearing date is set for 3/8/2023 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (AM) (Entered: 01/11/2023) |
| 01/11/2023 | 92 | Hearing Rescheduled/Continued (RE: related document(s)55 Generic Motion RE Objection to Debtor's Claimed Homestead Exemption filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.) CONTINUED as Evidentiary Hearing at 3/8/2023 at 11:00 AM. Status Conference scheduled for March 3, 2023 |

| | | |
|---|---|---|
| | | ...CONTINUED TO MARCH 8, 2023 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (AM) (Entered: 01/11/2023) |
| 01/11/2023 | 93 | Hearing Set (RE: related document(s)87 Motion to Extend The Debtor's Exclusivity Period filed by Debtor Bassem Victor El Mallakh) The Hearing date is set for 2/1/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 01/11/2023) |
| 01/11/2023 | 94 | Notice to Filer of Error and/or Deficient Document **Correct hearing date/time/location was selected. THE FILER IS INSTRUCTED TO FILE A SUPPLEMENTAL NOTICE OF HEARING WITH THE ZOOM HEARING INFORMATION.** (RE: related document(s)90 Notice of Hearing (BK Case) filed by Debtor Bassem Victor El Mallakh) (SD8) (Entered: 01/11/2023) |
| 01/12/2023 | 95 (5 pgs) | Supplemental *Supplemental Notice Of Hearing* Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 01/12/2023) |
| 01/12/2023 | 96 (6 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)89 ORDER shortening time (BNC-PDF)) No. of Notices: 1. Notice Date 01/12/2023. (Admin.) (Entered: 01/12/2023) |
| 01/25/2023 | 97 (74 pgs) | Application for Compensation for Michael Jay Berger, Debtor's Attorney, Period: 9/30/2022 to 1/10/2023, Fee: $32,658.50, Expenses: $497.68. Filed by Attorney Michael Jay Berger (Berger, Michael) (Entered: 01/25/2023) |
| 01/25/2023 | 98 (5 pgs) | Notice of Hearing Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)97 Application for Compensation for Michael Jay Berger, Debtor's Attorney, Period: 9/30/2022 to 1/10/2023, Fee: $32,658.50, Expenses: $497.68. Filed by Attorney Michael Jay Berger). (Berger, Michael) (Entered: 01/25/2023) |
| 01/25/2023 | 99 (5 pgs) | Supplemental *Notice of Supplemental Zoom* Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 01/25/2023) |
| 01/25/2023 | 100 | Hearing Set (RE: related document(s)97 First Interim Application for Compensation and Reimbursement of Expenses of Michael Jay Berger; filed by Debtor Bassem Victor El Mallakh) The Hearing date is set for 2/15/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 01/26/2023) |
| 02/01/2023 | 101 | Hearing Held - Motion is Granted. Movant to submit order. (RE: related document(s)87 Motion to Extend/Limit Exclusivity Period filed by Debtor Bassem Victor El Mallakh) (AM) (Entered: 02/01/2023) |
| 02/08/2023 | 102 (10 pgs) | Motion to Withdraw as Attorney Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 02/08/2023) |
| 02/08/2023 | 103 (5 pgs) | Notice of Hearing *Motion to Withdraw as Debtor's Counsel* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)102 Motion to Withdraw as Attorney Filed by Debtor Bassem Victor El Mallakh). (Berger, Michael) (Entered: 02/08/2023) |
| 02/08/2023 | 104 (5 pgs) | Supplemental *Notice of Zoom* Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 02/08/2023) |

**EXHIBIT B** 095

| | | |
|---|---|---|
| 02/08/2023 | [105](#)<br>(7 pgs) | Ex parte application *Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof; Declaration of Michael Jay Berger in Support Thereof* Filed by Debtor Bassem Victor El Mallakh (Berger, Michael) (Entered: 02/08/2023) |
| 02/08/2023 | [106](#)<br>(5 pgs) | Notice of lodgment *Notice of Lodgment of Order in Bankruptcy Case Re: Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)105 Ex parte application *Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof; Declaration of Michael Jay Berger in Support Thereof* Filed by Debtor Bassem Victor El Mallakh). (Berger, Michael) (Entered: 02/08/2023) |
| 02/08/2023 | [107](#)<br>(5 pgs) | Notice of Hearing *Notice of Continued Hearing On Debtor's Motion to Avoid Belgium Investment's Lien Under 11 U.S.C. Section 522(f); Belgium Investment's Motion Objecting to Debtor's Claimed Homestead Exemption; and Continued Status Conference* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)55 Motion *Objection to Debtor's Claimed Homestead Exemption* Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp., 59 Motion to Avoid Lien JUDICIAL LIEN with Belgium Investments 960 Bay Dr, LLC, a California Corp. *Debtor's Notice of Motion and Motion to Avoid Lien Under 11 U.S.C. section 522(f)* Filed by Debtor Bassem Victor El Mallakh (Attachments: # 1 Exhibits) (Berger, Michael) - Warning: See docket entry no.: 61 for corrections Modified on 11/28/2022 (GD).). (Berger, Michael) (Entered: 02/08/2023) |
| 02/08/2023 | [108](#)<br>(5 pgs) | Supplemental *Supplemental Notice of Hearing To Be Held Remotely Using Zoomgov Audio And Video* Filed by Debtor Bassem Victor El Mallakh. (Berger, Michael) (Entered: 02/08/2023) |
| 02/08/2023 | 109 | Hearing Set (RE: related document(s)102 Motion to Withdraw as Debtor's Bankruptcy Counsel filed by Debtor Bassem Victor El Mallakh) The Hearing date is set for 3/1/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (SD8) (Entered: 02/09/2023) |
| 02/09/2023 | [110](#)<br>(2 pgs) | Order Granting Debtor's Motion to Extend the Exclusivity Period (BNC-PDF) (Related Doc # 87 ) Signed on 2/9/2023 (AM) (Entered: 02/09/2023) |
| 02/09/2023 | [111](#)<br>(2 pgs) | Order Setting Hearing on Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement; A Hearing will be held on the Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof on February 15, 2023 at 10:00 a.m. via ZoomGov. Opposition must be filed by February 13, 2023 at 5:00 p.m. (BNC-PDF) (Related Doc # 105 ) Signed on 2/9/2023 (AM) (Entered: 02/09/2023) |
| 02/09/2023 | 112 | Hearing Set RE Exparte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement (Related Doc# 105) The Hearing date is set for 2/15/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (AM) (Entered: 02/09/2023) |
| 02/10/2023 | [113](#)<br>(8 pgs) | Declaration re: *Declaration Of Peter Garza Regarding Order Setting Hearing On Ex Parte Motion To Extend Deadline To File Debtors Plan Of Reorganization And Disclosure Statement In Support Thereof [Docket No. 111]* Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)111 Order (Generic) (BNC-PDF)). (Berger, Michael) (Entered: 02/10/2023) |

**EXHIBIT B**                                        **096**

| | | |
|---|---|---|
| 02/11/2023 | [114](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[110](#) Order on Motion to Extend Exclusivity Period (BNC-PDF)) No. of Notices: 1. Notice Date 02/11/2023. (Admin.) (Entered: 02/11/2023) |
| 02/11/2023 | [115](#)<br>(4 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)[111](#) Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 02/11/2023. (Admin.) (Entered: 02/11/2023) |
| 02/13/2023 | [116](#)<br>(8 pgs) | Opposition to (related document(s): [105](#) Ex parte application *Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof; Declaration of Michael Jay Berger in Support Thereof* filed by Debtor Bassem Victor El Mallakh) Filed by Creditor Belgium Investments 960 Bay Dr, LLC A California Corp. (Miller, Patrick) (Entered: 02/13/2023) |
| 02/15/2023 | 117 | Hearing Held (RE: related document(s)[97](#) Application for Compensation for Michael Jay Berger, Debtor's Attorney; filed by Debtor Bassem Victor El Mallakh) - Allowed as prayed. Movant to submit order. (GD) (Entered: 02/15/2023) |
| 02/15/2023 | 118 | Hearing Rescheduled/Continued Re:[105](#) ExParte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement; The Hearing date is set for 3/15/2023 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (GD) - Motion is granted through March 14, 2023 at 5:00 p.m. - Continued to March 15, 2023 at 10:00 a.m. to evaluate progress and consider whether the case should be converted or dismissed. Movant to submit order. Modified on 2/15/2023 (GD). (Entered: 02/15/2023) |
| 02/15/2023 | [119](#)<br>(5 pgs) | Notice of lodgment Filed by Debtor Bassem Victor El Mallakh (RE: related document(s)[105](#) Ex parte application *Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof; Declaration of Michael Jay Berger in Support Thereof* Filed by Debtor Bassem Victor El Mallakh). (Berger, Michael) (Entered: 02/15/2023) |
| 02/16/2023 | [120](#)<br>(2 pgs) | Order Granting Application For Compensation (BNC-PDF) (Related Doc # [97](#)) for Michael Jay Berger, fees awarded: $32658.50, expenses awarded: $497.68 Signed on 2/16/2023. (GD) (Entered: 02/16/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/17/2023 10:51:24 | | |
| **PACER Login:** | 1621leabeth | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-bk-11605-TA Fil or Ent: filed To: 2/17/2023 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable** | 12 | **Cost:** | 1.20 |

**EXHIBIT B** **097**

EXHIBIT B

# Exhibit "C"

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd., 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone: (310) 271-6223
   Facsimile: (310) 271-9805
4  michael.berger@bankruptcypower.com

5  *Proposed* Counsel for Debtor
   Bassem Victor El Mallakh

6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                    SANTA ANA DIVISION

10

11 **In re:**                          )  **CASE NO.: 8:22-bk-11605-TA**
                                        )
12 **BASSEM VICTOR EL MALLAKH,**        )  **Chapter 11**
                                        )
13                                      )  **DEBTOR'S INITIAL STATUS**
                                        )  **REPORT; DECLARATION OF**
14                  **Debtor-in-**      )  **BASSEM VICTOR EL MALLAKH IN**
   **Possession.**                      )  **SUPPORT THEREOF**
15                                      )
                                        )  Date:          October 26, 2022
16                                      )  Time:            10:00 a.m.
                                        )  Courtroom:   5B
17                                      )           411 W. Fourth Street,
                                        )           Santa Ana, CA 92701
18                                      )
                                        )
19                                      )
                                        )
20 _____ )

21

22     **TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE**

23 **UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES**

24 **TRUSTEE AND TO ALL INTERESTED PARTIES:**

25     Bassem Victor El Mallakh, debtor and debtor in possession herein ("Debtor"),

26 hereby submits the following Initial Status Report ("Status Report") pursuant to the

27 Court's order as follows:

28

                                      1
   DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL
                  MALLAKH IN SUPPORT THEREOF
                       **EXHIBIT C**                          **099**

A. <u>A Brief Description of the Debtor's Business and Operations, and the Principal
Assets and Liabilities.</u>

On September 19, 2022, Bassem Essam Victor El Mallakh (the "<u>Debtor</u>"), filed
the present Chapter 11 bankruptcy petition.  Debtor had one prior chapter 13 bankruptcy
case filed on July 12, 2022, Case No.: 8:22-bk-11158-TA, which was dismissed on July
26, 2022 per Debtor's Request for Voluntary Dismissal.

The Debtor holds title to the following real property which is the Debtor's
principal residence: 116 Rockefeller, Irvine, California 92612 ("Property").

The Debtor has personal property assets with a combined scheduled value of
approximately $24,508.00 and real property has a scheduled value of approximately
$1,100,000.00 and is encumbered by the following four secured obligations:

- Freedom Mortgage Corporation (1st TD Holder) with an estimated
scheduled claim of $247,710.00;
- Central Park West Community (1st HOA lienholder) with an estimated
scheduled pre-petioton claim of $2,000.00;
- First Service Residential c/o The Towns HOA (2nd HOA lienholder) with
an estimated scheduled pre-petition claim of $7,276.00;
- Belgium Investments 960 Bay Dr, LLC (4th position judgment lienholder)
with an estimated disputed scheduled claim of $4,345,250.00 which arose
from a state court judgment in the matter entitled Belgium Investments 960
Bay Dr, LLC v. Bassem Essam El Mallakh, Orange County Case No.: 30-
2020-01148745-CU-EN-CJC. The initial judgment was obtained in the
Circuit Court of the 11th Judicial Circuit in Miami-Dade County, Florida,
Case No.: 18-28145 CA.

The Debtor currently collects $4,000.00 in rental income from the Property, part
of which is being rented to Debtor's sister who lives in the Property with her son.  The
Debtor is actively seeking a full-time employment.

The principal liabilities of the estate are the secured claims on the Debtor's Property with an estimated total claim amount of $4,602,236.00 and a car loan owed to TD Auto Finance for an estimated $15,000.00. The Debtor has no scheduled priority claim and one general unsecured claim owed to Wells Fargo Bank for an estimated amount of $1,193.00.

B. Answers to the Court's Questions Follow:

1. What precipitated the bankruptcy filing?: The major event that precipitated the filing of the Debtor's Chapter 11 bankruptcy was the pending foreclosure sale of the Property initiated by disputed judgment creditor Belgium Investments.

2. What does the debtor hope to accomplish in this chapter 11 case?: Debtor intends to file a Motion to Avoid Belgium's judgment lien under Section 522f. Debtor also intends to object to Belgium's claim, if filed, on the basis that Belgium is a suspended corporation and thus lacks standing to move forward on its alleged disputed claim against the Debtor. Debtor also hopes to secure a full time job and propose a confirmable Chapter 11 Plan of Reorganization.

3. What are the principal disputes or problems likely to be encountered during the course of the debtor's reorganization efforts? Debtor's principal dispute is Belgium's disputed claim.

4. How does the debtor recommend that these disputes be resolved and why? Debtor seeks to negotiate and possibly litigate the validity of the Belgium disputed claim.

5. Has the debtor complied with all of its duties under 11 U.S.C. § § 521, 1106 and 1107 and all applicable guidelines of the Office of the United States Trustee, and, if not, why not? Debtor is in substantial compliance with his duties under 11 U.S.C. §§ 521, 1106 and 1107, and all applicable guidelines of the Office of the United States Trustee and will submit outstanding 7-Day compliance to the U.S. Trustee prior to the Status Conference.

6. Do any parties claim an interest in cash collateral of the debtor? No.

7. Is the debtor using cash that any party claims as its cash collateral and, if so, on what date(s) did the debtor obtain an order authorizing the use of such cash or the consent of such party? Not Applicable.

C. The identity of all professional retained or to be retained by the estate, the dates on which applications for the employment of such professionals were filed or submitted to the United States Trustee, the dates on which orders were entered in response to such applications, if any, and a general description of the type of services to be rendered by each or the purpose of the employment; On September 28, 2022, Debtor filed an Application to Employ the Law Offices of Michael Jay Berger ("Proposed Counsel") as General Bankruptcy Counsel [docket no.: 23]. Debtor is investigating whether he will need to employ an accountant to prepare his Monthly Operating Reports and will likely need to employ an appraiser to obtain an appraisal on his real property for valuation and plan purposes.

D. In operating cases, evidence regarding projected income and expenses for the first six months of the case: Six-Month projected cash flow statement is attached hereto as **Exhibit "1."**

E. Proposed Deadline for Filing a Proof of Claim     December 31, 2022

   Proposed Deadline for Objections to Claims     February 15, 2023

F. Proposed Deadline for the filing of a Plan and     March 31, 2023

   Disclosure Statement

G. A discussion of any significant unexpired leases and executory contracts to which the debtor is a party and the debtor's intentions with regard to these leases and contracts: Debtor is a party to a finance agreement with TD Auto Finance for a financed 2016 Mercedes C300. The monthly payments on the lease are current and Debtor intends to continue with the monthly obligations and retain the vehicle. Debtor also has a lease with his sister for the Debtor's real property.

DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

**EXHIBIT C**           **102**

H. <u>If debtor is an individual, whether debtor proposes to combine the hearing on the disclosure statement and plan. See 11 U.S.C. § 105(d)(2)(B)(vi).</u>: Debtor does not seek a combined hearing on the disclosure statement and plan.

Dated:   October 12, 2022                    LAW OFFICES OF MICHAEL JAY BERGER

                          By:

                                   MICHAEL JAY BERGER
                                   Proposed Counsel for Debtor
                                   Bassem Victor El Mallakh

5

DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL
MALLAKH IN SUPPORT THEREOF

**EXHIBIT C**                                                    **103**

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1.  I am the Debtor. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.  On September 19, 2022, I filed the present Chapter 11 bankruptcy petition. I had one prior chapter 13 bankruptcy case filed on July 12, 2022, Case No.: 8:22-bk-11158-TA, which was dismissed on July 26, 2022 per my Request for Voluntary Dismissal.

3.  I hold title to the following real property which is my principal residence: 116 Rockefeller, Irvine, California 92612 ("Property").

4.  I have personal property assets with a combined scheduled value of approximately $24,508.00 and my real property has a scheduled value of approximately $1,100,000.00 and is encumbered by the following four secured obligations:

- Freedom Mortgage Corporation (1st TD Holder) with an estimated scheduled claim of $247,710.00;
- Central Park West Community (1st HOA lienholder) with an estimated scheduled pre-petiotion claim of $2,000.00;
- First Service Residential c/o The Towns HOA (2nd HOA lienholder) with an estimated scheduled pre-petition claim of $7,276.00;
- Belgium Investments 960 Bay Dr, LLC (4th position judgment lienholder) with an estimated disputed scheduled claim of $4,345,250.00 which arose from a state court judgment in the matter entitled Belgium Investments 960 Bay Dr, LLC v. Bassem Essam El Mallakh, Orange County Case No.: 30-2020-01148745-CU-EN-CJC. The initial judgment was obtained in the Circuit Court of the 11th Judicial Circuit in Miami-Dade County, Florida, Case No.: 18-28145 CA.

6

DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

**EXHIBIT C**                    **104**

5.    I currently collect $4,000.00 in rental income from the Property, part of which is being rented to my sister who lives in the Property with her son. I am actively seeking full-time employment.

6.    The principal liabilities of the estate are the secured claims on my Property with an estimated total claim amount of $4,602,236.00 and a car loan owed to TD Auto Finance for an estimated $15,000.00. I have no scheduled priority claim and one general unsecured claim owed to Wells Fargo Bank for an estimated amount of $1,193.00.

7.    The major event that precipitated the filing of my Chapter 11 bankruptcy was the pending foreclosure sale of the Property initiated by judgment creditor Belgium Investments.

8.    I am in substantial compliance with my duties under 11 U.S.C. §§ 521, 1106 and 1107, and all applicable guidelines of the Office of the United States Trustee and will submit the outstanding 7-day Compliance before the Status Conference.

9.    No parties claim an interest in cash collateral.

10.    On September 28, 2022, I filed an Application to Employ the Law Offices of Michael Jay Berger ("Proposed Counsel") as General Bankruptcy Counsel [docket no.: 23]. I am investigating whether I will need to employ an accountant to prepare my Monthly Operating Reports and I will likely need to employ an appraiser to obtain an appraisal on my real property for valuation and plan purposes.

11.    My six-month projected cash flow statement is attached hereto as **Exhibit "1."**

///
///
///
///
///
///

1     12.     I am a party to a finance agreement with TD Auto Finance for a financed

2 2016 Mercedes C300. The monthly payments on the lease are current and I intend to

3 continue with the monthly obligations and retain the vehicle.

4

5     I declare under penalty of perjury that the foregoing is true and correct and that

6 this declaration is executed on October 12, 2022 at Irvine, California.

7

8                  Bassem Victor El Mallakh

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL
MALLAKH IN SUPPORT THEREOF

**EXHIBIT C**         **106**

EXHIBIT 1

EXHIBIT C                    107

| BASSEM VICTOR EL MALLAKH | | | | | | |
|---|---|---|---|---|---|---|
| **Six Month Projected Income and Expense Statement** | | | | | | |
| | **Oct-22** | **Nov-22** | **Dec-22** | **Jan-23** | **Feb-23** | **Mar-23** |
| **Income** | | | | | | |
| Rental Income | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Family Contribution | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **Gross Income** | **$4,000.00** | **$4,000.00** | **$14,000.00** | **$4,000.00** | **$4,000.00** | **$4,000.00** |
| | | | | | | |
| **Expenses** | | | | | | |
| | | | | | | |
| Mortgage to Freedom Mortgage | $1,961.00 | $1,961.00 | $1,961.00 | $1,961.00 | $1,961.00 | $1,961.00 |
| Homeowner Association Dues to Central Park West | $166.00 | $166.00 | $166.00 | $166.00 | $166.00 | $166.00 |
| Homeowner Association Dues to The Townes at Central Park | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Electricity, Heat, Natural Gas | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 |
| Water, Sewer, Garbage Collection | | | | | | |
| Telephone, Cell Phone, Internet and Cable | $130.00 | $130.00 | $130.00 | $130.00 | $130.00 | $130.00 |
| Food and Housekeeping Supplies | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Clothing, Laundry, and Dry Cleaning | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Personal Care Products | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Medical and Dental Expenses | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 | $20.00 |
| Transportation (includes gas, maintenance, bus, train, ride share) | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Entertainment | | | | | | |
| Vehicle Insurance | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Car Payment | $326.00 | $326.00 | $326.00 | $326.00 | $326.00 | $326.00 |
| | | | | | | |
| U.S. Trustee Quarterly Fees | $42.00 | | | | | |
| | | | | | | |
| Law Offices of Michael Jay Berger subject to court approval | | | $10,000.00 | | | |
| **Total Expenses** | **$3,545.00** | **$3,503.00** | **$13,503.00** | **$3,503.00** | **$3,503.00** | **$3,503.00** |
| | | | | | | |
| **Net Income** | **$455.00** | **$497.00** | **$497.00** | **$497.00** | **$497.00** | **$497.00** |

**EXHIBIT C**                    108

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S INITIAL STATUS REPORT; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/12/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Proposed Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/12/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/12/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/12/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL:**

SECURED CREDITORS:

Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

Central Park West Community HOA
401 Rockefeller #208
Irvine, CA 92612

First Service Residential
15241 Laguna Canyon Rd.
Irvine, CA 92618

First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

Freedom Mortgage
951 Yamato Rd.
Boca Raton, FL 33431

Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250

Freedom Mortgage Corporation
Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

TD Auto Finance
6 Atlantis Way
Lewiston, ME 04240

20 LARGES UNSECURED CREDITORS:

Wells Fargo Bank NA
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50308

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                      **F 9013-3.1.PROOF.SERVICE**
**EXHIBIT C**                      **110**

**Exhibit "D"**

1   MICHAEL JAY BERGER (State Bar # 100291)
    LAW OFFICES OF MICHAEL JAY BERGER
2   9454 Wilshire Blvd., 6th Floor
    Beverly Hills, CA 90212-2929
3   Telephone:   (310) 271-6223
    Facsimile:   (310) 271-9805
4   michael.berger@bankruptcypower.com

5   Counsel for Debtor in Possession
    Bassem Victor El Mallakh

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                          SANTA ANA DIVISION

10  In re                                )   CASE NO.: 8:22-bk-11605-TA
                                         )
11                                       )   Chapter 11
                                         )
12  BASSEM VICTOR EL MALLAKH,            )   ***EX PARTE* MOTION TO EXTEND
                                         )   DEADLINE TO FILE DEBTOR'S
13          Debtor and Debtor-in-Possession. )   PLAN OF REORGANIZATION AND
                                         )   DISCLOSURE STATEMENT IN
14                                       )   SUPPORT THEREOF;
                                         )   DECLARATION OF MICHAEL JAY
15                                       )   BERGER IN SUPPORT THEREOF
                                         )
16                                       )
                                         )
17                                       )   [No Hearing Required Unless Requested]
                                         )
18                                       )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21                                       )

22

23      **TO THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE OF THE**

24  **UNITED STATES BANKRUPTCY COURT; THE OFFICE OF THE UNITED**

25  **STATES TRUSTEE; SECURED CREDITORS; TWENTY LARGEST**

26  **CREDITORS; AND ALL OTHER INTERESTED PARTIES:**

27          **PLEASE TAKE NOTICE** that Michael Jay Berger, counsel for Debtor

28  Bassem Victor El Mallakh, ("Debtor"), hereby respectfully moves this Court for entry

                                         1

of an order extending the deadline for the Debtor to file his Chapter 11 Plan and

Disclosure Statement in support thereof, as follows:

## I.    **INTRODUCTION**

Through this Motion, Debtor's Counsel seeks an order extending the March

1, 2023 deadline for the Debtor to file his Disclosure Statement and Plan for ninety

(90) days. The Court should grant relief on the basis that concurrently with this

Motion, Debtor's counsel filed a Motion to Withdraw as Debtor's general

bankruptcy counsel due to a breakdown of the attorney-client relationship. The

Debtor needs additional time to find new counsel to move forward with his case.

## II.    **STATEMENT OF FACTS**

On September 19, 2022, Debtor filed the present chapter 11 bankruptcy

petition. Concurrently with this Motion, on February 8, 2023, Debtor's counsel filed

a Motion to Withdraw as Debtor's General Bankruptcy Counsel due to a breakdown

of the attorney-client relationship. The Motion to Withdraw is scheduled for March

1, 2023. March 1, 2023 is also the deadline for the Debtor to file his Disclosure

Statement and Chapter 11 Plan. Due to the breakdown of communication between

Debtor's counsel and Debtor, and the pending Motion to Withdraw, Debtor's

counsel asks that the Court continue the deadline to file the Plan and Disclosure

Statement for ninety (90) days to allow Debtor to retain new counsel.

## III.    **LEGAL AUTHORITY**

Pursuant to § 105(a), the bankruptcy court is authorized to "issue any order,

process, or judgment that is necessary or appropriate to carry out the provisions of this

title." *In re Reinertson*, 241 B.R. 451, 455 (9th Cir. BAP 1999). Section 105(a) further

provides: "No provision of this title providing for the raising of an issue by a party in

interest shall be construed to preclude the court from, sua sponte, taking any action or

**EXHIBIT D**                                                                                    **112**

1  making any determination necessary or appropriate to enforce or implement court orders

2  or rules, or to prevent an abuse of process." § 105(a).

3        Here, Debtor's Counsel asks that the Court rely on its equitable powers in granting

4  this motion and continue the deadline for Debtor to file his Disclosure Statement and Plan

5  on the basis that give the pending Motion to Withdraw filed by Debtor's Counsel, the

6  Debtor needs additional time to retain new counsel to move forward with his case.

## V.  **CONCLUSION**

        Wherefore, Debtor's Counsel asks this Court to continue the deadline for

Debtor to file his Plan and Disclosure Statement for ninety (90) days, and for any

other relief deemed necessary and proper.


                                    **LAW OFFICES OF MICHAEL JAY BERGER**


Dated: February 8, 2023          By:  _____
                                      Michael Jay Berger
                                      Counsel for Debtor,
                                      Bassem Viktor El Mallakh

*EX PARTE* MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT
IN SUPPORT THEREOF; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF

**EXHIBIT D**                                                              **113**

## <u>DECLARATION OF MICHAEL JAY BERGER</u>

I, Michael Jay Berger, declare and state as follows:

1.      I am an attorney at law duly admitted to practice in the State of California. I am counsel of record for Debtor-in-Possession, Bassem Viktor El Mallakh, in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness, I could and would competently testify to each of them.

2.      I make this declaration in support of the Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in support thereof.

3.      On September 19, 2022, Debtor filed the present chapter 11 bankruptcy petition.

4.      Concurrently with this Motion, on February 8, 2023, I filed a Motion to Withdraw as the Debtor's general bankruptcy counsel due to a breakdown of the attorney-client relationship. The Motion to Withdraw is scheduled for March 1, 2023. March 1, 2023 is also the deadline for the Debtor to file his Disclosure Statement and Chapter 11 Plan.

5.      Due to the breakdown of communication between the Debtor and myself, and the pending Motion to Withdraw, I ask that the Court continue the deadline to file the Plan and Disclosure Statement for ninety (90) days to allow the Debtor sufficient time to retain new counsel.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration is executed on February 8, 2023 at Beverly Hills, California.

Michael Jay Berger

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF; DECLARATION OF MICHAEL JAY BERGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/8/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 2/8/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/8/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/8/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## 2. SERVED BY UNITED STATES MAIL:

**SECURED CREDITORS:**

**Belgium Investments 960 Bay Dr, LLC**
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107 (Address from POC)

**Central Park West Community Association**
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

**Central Park West Community HOA**
401 Rockefeller #208
Irvine, CA 92612

**Central Park West Community HOA**
Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

**First Service Residential**
15241 Laguna Canyon Rd.
Irvine, CA 92618

**First Service Residential**
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

**Freedom Mortgage**
951 Yamato Rd.
Boca Raton, FL 33431

**Freedom Mortgage**
10500 Kincaid Blvd
Fishers, IN 46037 (Address from POC)

**Freedom Mortgage**
PO Box 50428
Indianapolis, IN 46250

**Freedom Mortgage Corporation**
1455 Frazee Road, Suite 820
San Diego, CA 92108

**INTERNAL REVENUE SERVICE**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 F 9013-3.1.PROOF.SERVICE

EXHIBIT D                                                                    116

P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 (Address from POC)


**TD Auto Finance**
6 Atlantis Way
Lewiston, ME 04240

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333


**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**TD Bank N.A.**
c/o CTGD&W
Attn: Randall P. Mroczynski, Esq.
535 Anton Blvd., 10th Fl.
Costa Mesa, CA 92626 (Address from POC)


**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618


**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)


**20 LARGETS UNSECURED CREDITORS:**

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328


**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438 (Address from POC)


**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Exhibit "E"**

# UNITED STATES BANKRUPTCY COURT

CENTRAL   DISTRICT OF   CALIFORNIA

SANTA ANA DIVISION

| | | |
|---|---|---|
| In Re. Bassem Victor El Mallakh | § | Case No.  22-11605 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022

Petition Date: 09/19/2022

Months Pending: 2

Industry Classification: [0] [0] [0] [0]

Reporting Method:          Accrual Basis ○          Cash Basis ●

Debtor's Full-Time Employees (current):                                    0

Debtor's Full-Time Employees (as of date of order for relief):    0

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/Michael Jay Berger
Signature of Responsible Party

Michael Jay Berger
Printed Name of Responsible Party

01/04/2023
Date

9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBIT E**
1

**118**

UST Form 11-MOR (12/01/2021)

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,898 | |
| b. Total receipts (net of transfers between accounts) | $4,000 | $11,445 |
| c. Total disbursements (net of transfers between accounts) | $1,509 | $4,918 |
| d. Cash balance end of month (a+b-c) | $4,389 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,509 | $4,918 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ○   Market ○   Other ⊙   (attach explanation)) | $0 | |
| d Total current assets | $0 | |
| e. Total assets | $0 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $0 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $0 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $0 | |
| n. Total liabilities (debt) (j+k+l+m) | $0 | |
| o. Ending equity/net worth (e-n) | $0 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

**EXHIBIT E**

**119**

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Michael Jay Berger | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

**EXHIBIT E**

**120**

Debtor's Name Bassem Victor El Mallakh                                    Case No.  22-11605

| | | | | |
|---|---|---|---|---|
| xxxvii | | | | |
| xxxvii | | | | |
| xxxix | | | | |
| xl | | | | |
| xli | | | | |
| xlii | | | | |
| xliii | | | | |
| xliv | | | | |
| xlv | | | | |
| xlvi | | | | |
| xlvii | | | | |
| xlviii | | | | |
| xlix | | | | |
| l | | | | |
| li | | | | |
| lii | | | | |
| liii | | | | |
| liv | | | | |
| lv | | | | |
| lvi | | | | |
| lvii | | | | |
| lviii | | | | |
| lix | | | | |
| lx | | | | |
| lxi | | | | |
| lxii | | | | |
| lxiii | | | | |
| lxiv | | | | |
| lxv | | | | |
| lxvi | | | | |
| lxvii | | | | |
| lxviii | | | | |
| lxix | | | | |
| lxx | | | | |
| lxxi | | | | |
| lxxii | | | | |
| lxxiii | | | | |
| lxxiv | | | | |
| lxxv | | | | |
| lxxvi | | | | |
| lxxvii | | | | |
| lxxvii | | | | |

**EXHIBIT E**

**121**

Debtor's Name  Bassem Victor El Mallakh                                Case No.  22-11605

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxviii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

|   | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

**EXHIBIT E**                                                    **122**

Debtor's Name  Bassem Victor El Mallakh                                     Case No.  22-11605

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

**EXHIBIT E**

123

Debtor's Name Bassem Victor El Mallakh                          Case No.  22-11605

| | | | | | |
|------|--|--|--|--|--|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

**EXHIBIT E**                                    **124**

Debtor's Name  Bassem Victor El Mallakh                    Case No.  22-11605

| | | | | | |
|---|---|---|---|---|---|
| | xcix | | | | |
| | c | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ●

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)     Yes ○   No ●

c.  Were any payments made to or on behalf of insiders?     Yes ○   No ●

d.  Are you current on postpetition tax return filings?     Yes ●   No ○

e.  Are you current on postpetition estimated tax payments?     Yes ●   No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ●   No ○

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)     Yes ○   No ●

h.  Were all payments made to or on behalf of professionals approved by
the court?     Yes ○   No ○   N/A ●

i.  Do you have:          Worker's compensation insurance?     Yes ○   No ●

            If yes, are your premiums current?     Yes ○   No ○   N/A ●   (if no, see Instructions)

        Casualty/property insurance?     Yes ●   No ○

            If yes, are your premiums current?     Yes ●   No ○   N/A ○   (if no, see Instructions)

        General liability insurance?     Yes ●   No ○

            If yes, are your premiums current?     Yes ○   No ○   N/A ●   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○   No ●

k.  Has a disclosure statement been filed with the court?     Yes ○   No ●

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?     Yes ●   No ○

**EXHIBIT E**

**125**

Debtor's Name  Bassem Victor El Mallakh                                                    Case No. 22-11605

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $4,000 |
| d. | Total income in the reporting period (a+b+c) | $4,000 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $1,509 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $1,509 |
| j. | Difference between total income and total expenses (d-i) | $2,491 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).


**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**



| Bassem Victor El Mallakh | Bassem Victor El Mallakh |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 01/04/2023 |
| Title | Date |

**EXHIBIT E**

**126**

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

**EXHIBIT E**                    **127**

Debtor's Name  Bassem Victor El Mallakh                                          Case No.  22-11605



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Bassem Victor El Mallakh                                     Case No.  22-11605


PageThree


PageFour

**EXHIBIT E**

**129**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160, SANTA ANA, CA  92701

A true and correct copy of the foregoing

> NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS
> CASE OR CONVERT TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C.
> §1112(b) FOR FAILURE TO PAY QUARTERLY FEES AND FILE MONTHLY
> OPERATING REPORT; DECLARATION OF NANCY GOLDENBERG; POINTS AND
> AUTHORITIES

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com,
  yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Chad L Butler    caecf@tblaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Benjamin Heston    bhestonecf@gmail.com,
  benheston@recap.email,NexusBankruptcy@jubileebk.net
- Patrick Miller    patrick.miller@impactadvocateslaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**  On **February 17, 2023**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

SEE SUPPLEMENTAL PROOF OF SERVICE HEREAFTER

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 17, 2023,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 17, 2023 | Tari King | /s/ Tari King |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

**1**

PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg, SBN 167544
Attorney for the U.S. Trustee
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Nancy.Goldenberg@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| IN RE: | CASE NUMBER:  8:22-11605-TA |
|---|---|
| Bassem Victor El Mallakh, | CHAPTER 11 |
| | NOTICE OF HEARING |
| Debtor. | |

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the following hearing will be held on
**MARCH 15, 2023, at 10:00 a.m. in Crtm "5B"-  ZoomGov**

*NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR
CONVERT TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b) FOR FAILURE TO PAY
QUARTERLY FEES AND FILE MONTHLY OPERATING REPORT; DECLARATION OF NANCY
GOLDENBERG; POINTS AND AUTHORITIES*

**And Because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio
and video technology.**

1.  Hearing participants and members of the public may participate in and/or observe the hearing using

ZoomGov, free of charge using the following information:

//

**Video/audio web address:**

  https://cacb.zoomgov.com/j/1618227342

**ZoomGov meeting number:** 161 822 7342

**Password:** 517609

**Telephone conference lines:** 1 (669) 254-5252 or 1 (646) 828-7666

2.  Hearing participants may view and listen to this hearing before Judge Albert using ZoomGov free of charge.  Video and audio connection information for this hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx?jid=TA and selecting "Judge Albert" from the tab on the left side of the page.

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See Local Bankruptcy Rule 9013-1(f)&(h)

DATED: 2/17/23                         KATHLEEN J. CAMPBELL
                                       Clerk of Court