United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11605-TA |
| Bassem Victor El Mallakh | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 16, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2023:**

**Recip ID            Recipient Name and Address**
db              + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 18, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2023 at the address(es) listed below:**

**Name                Email Address**

Benjamin Heston
                on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net

Chad L Butler
                on behalf of Interested Party Courtesy NEF caecf@tblaw.com

Michael Jay Berger
                on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com
                yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Nancy S Goldenberg
                on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Patrick Miller
                on behalf of Creditor Belgium Investments 960 Bay Dr  LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2023 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com<br><br>☒ *Attorney for*: Bassem Victor El Mallakh | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 16 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus  DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** |
| In re:<br><br>Bassem Victor El Mallakh<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11605-TA<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE:  February 15, 2023<br>TIME:  10:00 a.m.<br>COURTROOM: 5B<br>PLACE: 411 West Fourth St., Santa Ana, CA 92701 |

1. Name of Applicant (*specify*): Michael Jay Berger

2. This proceeding was heard at the date and place set forth above and was    ☐ Contested    ☒ Uncontested

3. Appearances were made as follows:
   a. ☒ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): January 25, 2023

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 1    **F 2016-1.3.ORDER.PAYMENT.FEES**

5.  The court orders as follows:

    a. ☒ Application for Payment of Interim Fees is approved as follows:

        (1) ☒ Total amount allowed: $ 32,658.50

        (2) ☐ Amount or percentage authorized for payment at this time: _____

    b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:

        ☒ Total amount allowed: $ 497.68

    c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

    d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:

        ☐ Total amount allowed: $

    e. (1) ☐ Application is denied
            ☐ in full
            ☐ in part
            ☐ without prejudice
            ☐ with prejudice

       (2) Grounds for denial *(specify)*:


    f. ☐ The court further orders *(specify)*:


###


Date: February 16, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　　　Page 2　　　　　　　　　　**F 2016-1.3.ORDER.PAYMENT.FEES**