1 | PETER C. ANDERSON
2 | United States Trustee
3 | Nancy S. Goldenberg, SBN 167544
4 | Attorney for the U.S. Trustee
5 | 411 West Fourth Street, Suite 7160
6 | Santa Ana, CA  92701-8000
7 | Telephone: (714) 338-3400
8 | Facsimile: (714) 338-3421
9 | Nancy.Goldenberg@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| IN RE: | CASE NUMBER:  8:22-11605-TA |
|---|---|
| Bassem Victor El Mallakh, | CHAPTER 11 |
| | NOTICE OF HEARING |
| Debtor. | |

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

   NOTICE IS HEREBY GIVEN that the following hearing will be held on **MARCH 15, 2023, at 10:00 a.m. in Crtm "5B"- ZoomGov**

*NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE OR CONVERT TO ONE UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b) FOR FAILURE TO PAY QUARTERLY FEES AND FILE MONTHLY OPERATING REPORT; DECLARATION OF NANCY GOLDENBERG; POINTS AND AUTHORITIES*

**And Because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology.**

   1. Hearing participants and members of the public may participate in and/or observe the hearing using

      ZoomGov, free of charge using the following information:

//

**Video/audio web address:**

https://cacb.zoomgov.com/j/1618227342

**ZoomGov meeting number:** 161 822 7342

**Password:** 517609

**Telephone conference lines:** 1 (669) 254-5252 or 1 (646) 828-7666

2. Hearing participants may view and listen to this hearing before Judge Albert using ZoomGov free of charge. Video and audio connection information for this hearing will be provided on Judge Albert's publicly posted hearing calendar, which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/default.aspx?jid=TA and selecting "Judge Albert" from the tab on the left side of the page.

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date. See Local Bankruptcy Rule 9013-1(f)&(h)

DATED: 2/21/23                            KATHLEEN J. CAMPBELL
                                          Clerk of Court