## TOTAL DISBURSEMENTS FOR DECEMBER 2023

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 12/6/2022 | | Chase | Wire Fee | $15.00 |
| 12/7/2022 | | OUST | Quarterly Fee | $250.00 |
| 12/7/2022 | | Freedom Mortgage | Mortgage | $2,459.21 |
| 12/20/2022 | | Freedom Mortgage | Mortgage | $2,028.21 |
| 12/20/2022 | | Freedom Mortgage | Mortgage | $2,028.21 |
| 12/20/2022 | | Hoa The Towns November | HOA | $265.00 |
| 12/20/2022 | | Hoa The Towns December | HOA | $265.00 |
| 12/20/2022 | | Hoa Central Park November | HOA | $166.00 |
| 12/20/2022 | | Hoa Central Park December | HOA | $166.00 |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $7,642.63 |

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 22, 2022 through December 20, 2022
Primary Account: ▉▉▉▉▉5650

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00509057 DRE 703 219 35522 NNNNNNNNNNN 1 000000000 14 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE 22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114



### Get tips for spotting a scam

The four common signs it's a scam are: pretending to be someone you know, pressuring you to act immediately, presenting you with a conditional prize or problem, or asking you to pay in a specific way.

To learn more and see tips on how to help protect your money, visit chase.com/FraudAwareness

### CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Total Checking | ▉5650 | $0.00 | $644.67 |
| Chase Savings | ▉8865 | 0.00 | 0.00 |
| Total | | $0.00 | $644.67 |

| | | | |
|---|---|---|---|
| TOTAL ASSETS | | $0.00 | $644.67 |

### CHASE TOTAL CHECKING

BASSEM V ELMALLAKH
Account Number: ▉▉▉▉▉5650
DEBTOR IN POSSESSION CASE 22-11605

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 8,287.30 |
| Electronic Withdrawals | -250.00 |
| Other Withdrawals | -7,377.63 |
| Fees | -15.00 |
| Ending Balance | $644.67 |

Your account ending in 8865 is linked to this account for overdraft protection.

Page 1 of 4

Created With Tiny Scanner



November 22, 2022 through December 20, 2022
Primary Account: ▇▇▇▇▇▇▇5650

The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $0.00 |
| 12/06 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow0000027526302 81 Obi=December Rent Bbi=/Chgs/USD0 ,00/ Imad: 1206I1B7031R015021 Tm: 0787310340Ff | 4,000.00 | 4,000.00 |
| 12/06 | Deposit    7340058148 | 1,787.30 | 5,787.30 |
| 12/06 | Domestic Incoming Wire Fee | -15.00 | 5,772.30 |
| 12/07 | Quarterly Fee   Payment    6Ou2Jeae111    Web ID: 1501000502 | -250.00 | 5,522.30 |
| 12/07 | 12/07 Withdrawal | -2,459.21 | 3,063.09 |
| 12/20 | Deposit    7340053339 | 2,500.00 | 5,563.09 |
| 12/20 | 12/20 Withdrawal | -4,918.42 | 644.67 |
|  | Ending Balance |  | $644.67 |

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (You did not have an electronic deposit this statement period)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account. (Your lowest beginning day balance was $0.00)

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was $1,572.15)

## CHASE SAVINGS

Account Number: ▇▇▇▇▇▇▇8865

BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE  22-11605

## SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Ending Balance | $0.00 |
| Annual Percentage Yield Earned This Period | 0.00% |

A monthly Service Fee was **not** charged to your Chase Savings account. You can continue to avoid this fee during any statement period by keeping a minimum daily balance in your account of $300.00 or more.
(Your minimum daily balance was $0)

Created With Tiny Scanner



November 22, 2022 through December 20, 2022

Primary Account: ████████5650

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**





November 22, 2022 through December 20, 2022
Primary Account: ███████████5650

This Page Intentionally Left Blank

Page 4 of 4

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 21, 2022 through January 09, 2023
Account Number: ██████5650

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00020021 DRE 703 219 01023 NNNNNNNNNNNN 1 000000000 05 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE 22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114



## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $644.67 |
| Deposits and Additions | 4,044.45 |
| Fees | -59.45 |
| **Ending Balance** | **$4,629.67** |

Your account ending in 8865 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $644.67 |
| 01/04 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow000028329961 06 Bbi=/Chgs/USD0,00/ Imad: 0104l1B7032R007643 Tm: 0352970004FI | 4,000.00 | 4,644.67 |
| 01/04 | Check OR Supply Order        PPD ID: 1410216800 | -44.45 | 4,600.22 |
| 01/04 | Domestic Incoming Wire Fee | -15.00 | 4,585.22 |
| 01/05 | Fee Reversal | 44.45 | 4,629.67 |
| | **Ending Balance** | | **$4,629.67** |

Page 1 of 2

Created With Tiny Scanner

**CHASE** ⬡

December 21, 2022 through January 09, 2023

Account Number: ███████5650

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2

Created With Tiny Scanner

## Check 1

**CASHIER'S CHECK** — 1114358719

**CHASE**

Date: 12/20/2022  Void after 7 years

Remitter: BASSEM V ELMALLAKH/DEBTOR IN POSSESSION CASE 22-11605

Pay To The Order Of: CENTRAL PARK WEST

Pay: ONE HUNDRED SIXTY SIX DOLLARS AND 00 CENTS   $** 166.00 **

Memo: unit 116 November payment

Drawer: JPMORGAN CHASE BANK, N.A.
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

## Check 2

**CASHIER'S CHECK** — 1114358717

**CHASE**

Date: 12/20/2022  Void after 7 years

Remitter: BASSEM V ELMALLAKH/DEBTOR IN POSSESSION CASE 22-11605

Pay To The Order Of: THE TOWNS AT CENTRAL PARK WEST

Pay: TWO HUNDRED SIXTY FIVE DOLLARS AND 00 CENTS   $** 265.00 **

Memo: unit 116 account #3024232 November Pmt

Drawer: JPMORGAN CHASE BANK, N.A.
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

## Check 3

**CASHIER'S CHECK** — 1114358716

**CHASE**

Date: 12/20/2022  Void after 7 years

Remitter: BASSEM V ELMALLAKH/DEBTOR IN POSSESSION CASE 22-11605

Pay To The Order Of: FREEDOM MORTGAGE CORPORATION

Pay: TWO THOUSAND TWENTY EIGHT DOLLARS AND 21 CENTS   $** 2,028.21 **

Memo: November Payment 116 Rockefeller, Irvine, CA

Drawer: JPMORGAN CHASE BANK, N.A.
Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Phoenix, AZ

