## CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

December 21, 2022 through January 09, 2023
Account Number: ▓▓▓▓▓5650

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00020021 DRE 703 219 01023 NNNNNNNNNNN  1 000000000 05 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE 22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $644.67 |
| Deposits and Additions | 4,044.45 |
| Fees | -59.45 |
| **Ending Balance** | **$4,629.67** |

Your account ending in 8865 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $644.67 |
| 01/04 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow000028329961 06 Bbi=/Chgs/USD0,00/ Imad: 0104I1B7032R007643 Tm: 0352970004Ff | 4,000.00 | 4,644.67 |
| 01/04 | Check OR Supply Order      PPD ID: 1410216800 | -44.45 | 4,600.22 |
| 01/04 | Domestic Incoming Wire Fee | -15.00 | 4,585.22 |
| 01/05 | Fee Reversal | 44.45 | 4,629.67 |
| | **Ending Balance** | | **$4,629.67** |

Page 1 of 2

Created With Tiny Scanner

# CHASE 🟢

December 21, 2022 through January 09, 2023

Account Number: ███████5650

---

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

---

Created With Tiny Scanner

## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 10, 2023 through February 07, 2023
Account Number: 5650



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00020754 DRE 703 219 03923 NNNNNNNNNNN  1 000000000 05 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE 22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114

## CHECKING SUMMARY  Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,629.67 |
| Deposits and Additions | 4,037.70 |
| ATM & Debit Card Withdrawals | -590.18 |
| Electronic Withdrawals | -370.68 |
| Other Withdrawals | -2,028.21 |
| Fees | -15.00 |
| **Ending Balance** | **$5,663.30** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $4,629.67 |
| 01/17 | Purchase Return           01/17 Office De 2747 Campus Irvine CA Card 2884 | 37.70 | 4,667.37 |
| 01/17 | Card Purchase With Pin  01/14 Mothers Market Irvine CA Card 2884 | -8.30 | 4,659.07 |
| 01/17 | Card Purchase With Pin  01/16 Office De 2747 Campus Irvine CA Card 2884 | -37.70 | 4,621.37 |
| 01/17 | Card Purchase With Pin  01/16 Target T- 2300 Park Av Tustin CA Card 2884 | -23.20 | 4,598.17 |
| 01/18 | Card Purchase           01/17 Amzn Mktp US*Qn9Mw0C Amzn.Com/Bill WA Card 2884 | -28.00 | 4,570.17 |
| 01/18 | Card Purchase           01/17 Mothers Market & Kitch 714-5496400 CA Card 2884 | -22.00 | 4,548.17 |
| 01/18 | Card Purchase           01/17 Luna Grill 035 Irvine CA Card 2884 | -28.54 | 4,519.63 |
| 01/18 | Central Park Wes Web Pmts   Qpqdd3       Web ID: 9000497005 | -204.68 | 4,314.95 |
| 01/18 | 01/18 Withdrawal | -2,028.21 | 2,286.74 |
| 01/19 | Card Purchase           01/18 Fsi*TD Auto Finance 888-939-9876 MI Card 2884 | -423.52 | 1,863.22 |
| 01/24 | Card Purchase With Pin  01/24 Mothers Market Irvine CA Card 2884 | -18.92 | 1,844.30 |
| 02/01 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow000029078322 37 Bbi=/Chgs/USD0,00/ Imad: 020111B7031R002140 Trn: 0076920032Fi | 4,000.00 | 5,844.30 |
| 02/01 | Domestic Incoming Wire Fee | -15.00 | 5,829.30 |
| 02/02 | Central Park Wes Web Pmts   Zvhgf3       Web ID: 9000497005 | -166.00 | 5,663.30 |
| | Ending Balance | | $5,663.30 |

Page 1 of 2

Created With Tiny Scanner



January 10, 2023 through February 07, 2023
Account Number: ████████████5650

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (You did not have an electronic deposit this statement period)

- OR, keep a balance at the beginning of each day of $1,500.00 or more in this account. (Your lowest beginning day balance was $1,844.30)

- OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was $3,522.01)

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

Created With Tiny Scanner