United States Bankruptcy Court

Central District of California

In re:  
Bassem Victor El Mallakh  
    Debtor

Case No. 22-11605-TA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2  
Date Rcvd: Feb 23, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Patrick Miller | on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com |
| Randall P Mroczynski | |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 23, 2023 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor in Possession
Bassem Victor El Mallakh

**FILED & ENTERED**

FEB 23 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | CASE NO.: 8:22-bk-11605-TA |
| | Chapter 11 |
| BASSEM VICTOR EL MALLAKH, | **ORDER GRANTING EX PARTE MOTION TO EXTEND DEADLINE TO FILE DEBTOR'S PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT IN SUPPORT THEREOF** |
| Debtor and Debtor-in-Possession. | |
| | Date:    February 15, 2023<br>Time:    10:00 a.m.<br>Courtroom: 5B<br>Place:   411 W. Fourth Street<br>             Santa Ana, CA 92701 |

The Court having considered the *Ex Parte* Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof ("Motion to Extend DS and Plan Deadline") [docket no.: 105] filed by Bassem Victor El Mallakh (the "Debtor"), the Opposition to Motion to Extend DS and Plan

Deadline filed by Belgium Investments 960 Bay Dr, LLC [docket no.: 116], having heard the arguments of counsel at the hearing, and good cause appearing therefore.

**IT IS HEREBY ORDERED THAT:**

1. The *Ex Parte* Motion to Extend DS and Plan Deadline is granted.
2. The deadline for Debtor to file the Plan of Reorganization and Disclosure Statement is extended from March 1, 2023 to <u>March 14, 2023.</u>
3. *A continued hearing will be held on March 15, 2023 at 10:00 a.m. to evaluate progress and consider whether the case should be converted or dismissed.*

###

Date: February 23, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge