MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271.6223 |
F: (310) 271.9805
E: michael.berger@bankruptcypower.com

Attorney for Debtor
Bassem Essam El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | CASE NO.: 8:22-BK-11605-TA |
| | Chapter 11 |
| Bassem Essam El Mallakh, | **VOLUNTARY DISMISSAL OF THE MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL [DOCKET NO.: 102]** |
| Debtor-in-Possession. | Date:      March 1, 2023<br>Time:      10:00 a.m.<br>Courtroom: 5B (via ZoomGov)<br>Place:      411 W. Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, THE DEBTOR, AND TO ALL INTERESTED PARTIES:**

Counsel for Bassem Essam El Mallakh, (the "<u>Debtor</u>"), The Law Offices of Michael Jay Berger, submits this Voluntary Dismissal of the Motion to Withdraw as Debtor's Bankruptcy Counsel filed on February 8, 2023 [Docket no.: 102].

                                                      LAW OFFICES OF MICHAEL JAY BERGER

Dated: 2/27/2023         By:    <u>/s/ Michael Jay Berger</u>
                                            Michael Jay Berger
                                            Attorney for Debtor-in-Possession
                                            Bassem Essam El Mallakh

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled: **VOLUNTARY DISMISSAL OF THE MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL [DOCKET NO.: 102]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/27/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  2/27/2023,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92612

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/27/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/27/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                             **F 9013-3.1.PROOF.SERVICE**

```
bel Matrix for local noticing          Belgium Investments 960 Bay Dr, LLC A Califo   TD Bank, N.A., successor in interest to TD
73-8                                                                                  c/o Randall P. Mroczynski
se 8:22-bk-11605-TA                                                                   Cooksey, Toolen, Gage, Duffy & Woog
ntral District of California                                                          535 Anton Blvd., 10th Floor
nta Ana                                                                               535 Anton Blvd., 10th Floor
n Feb 27 18:10:05 PST 2023                                                            Costa Mesa, CA 92626-1947

nta Ana Division                       Belgium Investments 960 Bay Dr, LLC            Central Park West Community Association
1 West Fourth Street, Suite 2030,      c/o Patrick Miller, Esq.                       c/o Tinnelly Law Group
nta Ana, CA 92701-4500                 P. Miller Legal Services                       27101 Puerta Real, Suite 250
                                       121 S Oak Avenue                               Mission Viejo, CA 92691-8545
                                       Pasadena, CA 91107-4031


ntral Park West Community HOA          First Service Residential                      First Service Residential
1 Rockefeller #208                     15241 Laguna Canyon Rd.                        c/o Community Legal Advisors
vine, CA 92612-7179                    Irvine, CA 92618-3146                          509 N. Coast Highway
                                                                                      Oceanside, CA 92054-2433




eedom Mortgage                         Freedom Mortgage                               Freedom Mortgage Corporation
1 Yamato Rd.                           PO Box 50428                                   1455 Frazee Road, Suite 820
ca Raton, FL 33431-4444                Indianapolis, IN 46250-0401                    San Diego, CA 92108-4395




eedom Mortgage Corporation             INTERNAL REVENUE SERVICE                       TD Auto Finance
tn: Bankruptcy                         P.O. BOX 7346                                  6 Atlantis Way
7 Pleasant Valley Ave, Ste 3           PHILADELPHIA, PA 19101-7346                    Lewiston, ME 04240-1035
 Laurel, NJ 08054-1210



 Bank, N.A.                            Td Auto Finance                                The Tones at Central
ccessor in interest to TD Auto Finance Attn: Bankruptcy                               Pak West Ass
O. Box 16041                           Po Box 9223                                    15241 Laguna Canyon Rd
wiston, ME 04243-9523                  Farmington Hills, MI 48333-9223                Irvine, CA 92618-3146



e Townes at Central Park West Association  United States Trustee (SA)                 Wells Fargo Bank NA
o Community Legal Advisors Inc.        411 W Fourth St., Suite 7160                   1 Home Campus Mac X2303-01a
9 N. Coast Highway                     Santa Ana, CA 92701-4500                       3rd Floor
eanside, CA 92054-2433                                                                Des Moines, IA 50328-0001



lls Fargo Bank, N.A.                   Wells Fargo Bank, N.A.                         Bassem Victor El Mallakh
all Business Lending Division          Wells Fargo Card Services                      116 Rockefeller
O. Box 29482 MAC S4101-08C             PO Box 10438, MAC F8235-02F                    Irvine, CA 92612-8114
oenix, AZ 85038-9482                   Des Moines, IA 50306-0438



njamin Heston                          Michael Jay Berger                             Michael Jay Berger
0 Bayview Circle #100                  9454 Wilshire Blvd 6th Fl                      The Law Offices of Michael Jay Berger
wport Beach, CA 92660-2963             Beverly Hills, CA 90212-2980                   9454 Wilshire Blvd.
                                                                                      6th Floor
                                                                                      Beverly Hills, CA 90212-2980
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.