MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor,
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | CASE NO.:  8:22-bk-11605-TA |
| BASSEM VICTOR EL MALLAKH, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DEBTOR'S OPPOSITION TO MOTION BY UNITED STATES TRUSTEE TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF** |
| | Date:    March 15, 2023<br>Time:    10:00 a.m.<br>Place:    411 West Fourth Street<br>          Courtroom 5B<br>          Santa Ana, CA 92701 |
| | Via Tele/Videoconference on Zoom |

**TO THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, TO DEBTOR'S CREDITORS AND TO ALL INTERESTED PARTIES:**

1

Bassem Victor El Mallakh (the "Debtor") herein, respectfully submits his

Opposition to the Motion of the United States Trustee ("UST") to Dismiss and/or

Convert Case to Chapter 7 (the "Motion to Dismiss") as follows:

I.      Introduction

Debtor asks that UST's Motion to Dismiss be denied in full on the basis that the

deficiencies identified by the UST have been addressed and cured. Without cause, there

is no reason and no grounds for the Court to grant the Motion to Dismiss.

II.      Debtor Has Filed All Outstanding Monthly Operating Reports

On February 21, 2023, Debtor filed his monthly operating report for the month of

December, 2022 [docket no. 126]. The same day, Debtor filed his monthly operating

report for January, 2023 [docket no. 127]. This delay in filing monthly operating reports

has not caused any harm or prejudice to the creditors, so the Court should not find the

Debtor in breach of his fiduciary duty, and should not find cause for dismissal or

conversion under § 1112(b)(4)(F).

III.      Debtor Has Paid The Quarterly Fee To The UST

Debtor paid the required $250.00 quarterly fee to the UST, for the fourth quarter

of 2022, on December 7, 2022. A true and correct copy of Debtor's payment

confirmation showing the $250.00 quarterly fee payment to the UST is attached hereto as

"Exhibit 1." The Court should not find failure to pay fees as a cause for dismissal or

conversion under § 1112(b)(4)(K).

IV.      Debtor Is Making Progress On A Plan Of Reorganization

Debtor's counsel, the Law Offices of Michael Jay Berger ("Debtor's Counsel"),

voluntarily dismissed its Motion to Withdraw as Bankruptcy Counsel on February 27,

2023 [docket no. 131]. Debtor and Debtor's Counsel are cooperating and working

together.

Debtor is progressing toward reorganization. Debtor continues to seek

employment, and continues to collect rental income. If Debtor is not able to obtain

2

employment by the Effective Date of his proposed reorganization plan, he will obtain

contributions from his parents to make the proposed plan payments feasible. Contribution

declarations from Debtor's parents will be submitted in support of the Disclosure

Statement.

The Disclosure Statement and Plan of Reorganization will be filed timely by

March 14, 2023. Debtor is in the process of obtaining declarations from witnesses in

support of Debtor's Motion to Avoid Belgium Investment's Lien, and to oppose Belgium

Investment's Opposition to Debtor's Claimed Homestead Exemption, which are set for

an evidentiary hearing on March 23, 2023. Debtor, through counsel, is meeting and

conferring with Belgium Investment's counsel regarding deposition dates.

V.      Conclusion

WHEREFORE, Debtor asks for an order denying UST's Motion to Dismiss, and

for any further relief deemed necessary and proper.


 DATED: March 1, 2023      LAW OFFICES OF MICHAEL JAY BERGER


                              By:    /s/Michael Jay Berger
                                   Michael Jay Berger
                                   Counsel for Debtor-in-Possession
                                   Bassem Victor El Mallakh

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1.      I am the Debtor. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.      I ask that UST's Motion to Dismiss be denied in full on the basis that the deficiencies identified by the UST have been addressed and cured. Without cause, there is no reason and no grounds for the Court to grant the Motion to Dismiss.

3.      On February 21, 2023, I filed my monthly operating report for the month of December, 2022 [docket no. 126]. The same day, I filed my monthly operating report for January, 2023 [docket no. 127]. As far as I am aware, this delay in filing monthly operating reports has not caused any harm or prejudice to the creditors.

4.      I paid the required $250.00 quarterly fee to the UST, for the fourth quarter of 2022, on December 7, 2022. A true and correct copy of my payment confirmation showing the $250.00 quarterly fee payment to the UST is attached hereto as "Exhibit 1."

5.      My counsel, the Law Offices of Michael Jay Berger ("Debtor's Counsel"), voluntarily dismissed its Motion to Withdraw as Bankruptcy Counsel on February 27, 2023 [docket no. 131]. My Counsel and I are cooperating and working together.

6.      I will timely file a disclosure statement and plan of reorganization, per the Court's February 23, 2023 Order extending the deadline to file to March 14, 2023.

7.      I am progressing toward reorganization. I continue to seek employment, and I continue to collect rental income.

8.      If I am not able to obtain employment by the Effective Date of hmy proposed reorganization plan, I will obtain contributions from my parents to make the proposed plan payments feasible. Contribution declarations from my parents will be submitted in support of the Disclosure Statement.

4

9.      The Disclosure Statement and Plan of Reorganization will be filed timely by March 14, 2023.

10.      I am in the process of obtaining declarations from witnesses in support of my Motion to Avoid Belgium Investment's Lien, and to oppose Belgium Investment's Opposition to Debtor's Claimed Homestead Exemption, which are set for an evidentiary hearing on March 23, 2023. Through counsel, I am meeting and conferring with Belgium Investment's counsel regarding deposition dates.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March 1, 2023 at___Irvine, CA_____.

_____
Bassem Victor El Mallakh

5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OPPOSITION TO MOTION BY UNITED STATES TRUSTEE TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __3/1/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _3/1/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/1/2023__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/1/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

**SECURED CREDITORS**

**Belgium Investments 960 Bay Dr, LLC**
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

**Central Park West Community Association**
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

**Central Park West Community HOA**
401 Rockefeller #208
Irvine, CA 92612

**Central Park West Community HOA**
Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

**First Service Residential**
15241 Laguna Canyon Rd.
Irvine, CA 92618

**First Service Residential**
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

**Freedom Mortgage**
951 Yamato Rd.
Boca Raton, FL 33431

**Freedom Mortgage**
PO Box 50428
Indianapolis, IN 46250

**Freedom Mortgage Corporation**
1455 Frazee Road, Suite 820
San Diego, CA 92108

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 (Address from POC)

**TD Auto Finance**
6 Atlantis Way
Lewiston, ME 04240

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**TD Bank N.A.**
c/o CTGD&W
Attn: Randall P. Mroczynski, Esq.
535 Anton Blvd., 10th Fl.
Costa Mesa, CA 92626 (Address from POC)

**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618

**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)

**20 LARGETS UNSECURED CREDITORS:**

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438 (Address from POC)

**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**