MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor,
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

BASSEM VICTOR EL MALLAKH,

    Debtor and Debtor-in-Possession.

CASE NO.: 8:22-bk-11605-TA

Chapter 11

**DEBTOR'S OPPOSITION TO MOTION BY UNITED STATES TRUSTEE TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF**

Date:   March 15, 2023
Time:   10:00 a.m.
Place:  411 West Fourth Street
        Courtroom 5B
        Santa Ana, CA 92701

Via Tele/Videoconference on Zoom

**TO THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, TO DEBTOR'S CREDITORS AND TO ALL INTERESTED PARTIES:**

1

DEBTOR'S OPPOSITION TO MOTION BY UNITED STATES TRUSTEE TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7;
DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

Bassem Victor El Mallakh (the "Debtor") herein, respectfully submits his Opposition to the Motion of the United States Trustee ("UST") to Dismiss and/or Convert Case to Chapter 7 (the "Motion to Dismiss") as follows:

I.  Introduction

Debtor asks that UST's Motion to Dismiss be denied in full on the basis that the deficiencies identified by the UST have been addressed and cured. Without cause, there is no reason and no grounds for the Court to grant the Motion to Dismiss.

II.  Debtor Has Filed All Outstanding Monthly Operating Reports

On February 21, 2023, Debtor filed his monthly operating report for the month of December, 2022 [docket no. 126]. The same day, Debtor filed his monthly operating report for January, 2023 [docket no. 127]. This delay in filing monthly operating reports has not caused any harm or prejudice to the creditors, so the Court should not find the Debtor in breach of his fiduciary duty, and should not find cause for dismissal or conversion under § 1112(b)(4)(F).

III.  Debtor Has Paid The Quarterly Fee To The UST

Debtor paid the required $250.00 quarterly fee to the UST, for the fourth quarter of 2022, on December 7, 2022. A true and correct copy of Debtor's payment confirmation showing the $250.00 quarterly fee payment to the UST is attached hereto as "Exhibit 1." The Court should not find failure to pay fees as a cause for dismissal or conversion under § 1112(b)(4)(K).

IV.  Debtor Is Making Progress On A Plan Of Reorganization

Debtor's counsel, the Law Offices of Michael Jay Berger ("Debtor's Counsel"), voluntarily dismissed its Motion to Withdraw as Bankruptcy Counsel on February 27, 2023 [docket no. 131]. Debtor and Debtor's Counsel are cooperating and working together.

Debtor is progressing toward reorganization. Debtor continues to seek employment, and continues to collect rental income. If Debtor is not able to obtain

2

DEBTOR'S OPPOSITION TO MOTION BY UNITED STATES TRUSTEE TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7, DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

employment by the Effective Date of his proposed reorganization plan, he will obtain contributions from his parents to make the proposed plan payments feasible. Contribution declarations from Debtor's parents will be submitted in support of the Disclosure Statement.

The Disclosure Statement and Plan of Reorganization will be filed timely by March 14, 2023. Debtor is in the process of obtaining declarations from witnesses in support of Debtor's Motion to Avoid Belgium Investment's Lien, and to oppose Belgium Investment's Opposition to Debtor's Claimed Homestead Exemption, which are set for an evidentiary hearing on March 23, 2023. Debtor, through counsel, is meeting and conferring with Belgium Investment's counsel regarding deposition dates.

V.   Conclusion

WHEREFORE, Debtor asks for an order denying UST's Motion to Dismiss, and for any further relief deemed necessary and proper.

DATED: March 1, 2023    LAW OFFICES OF MICHAEL JAY BERGER

By: /s/Michael Jay Berger
Michael Jay Berger
Counsel for Debtor-in-Possession
Bassem Victor El Mallakh

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1.  I am the Debtor. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.  I ask that UST's Motion to Dismiss be denied in full on the basis that the deficiencies identified by the UST have been addressed and cured. Without cause, there is no reason and no grounds for the Court to grant the Motion to Dismiss.

3.  On February 21, 2023, I filed my monthly operating report for the month of December, 2022 [docket no. 126]. The same day, I filed my monthly operating report for January, 2023 [docket no. 127]. As far as I am aware, this delay in filing monthly operating reports has not caused any harm or prejudice to the creditors.

4.  I paid the required $250.00 quarterly fee to the UST, for the fourth quarter of 2022, on December 7, 2022. A true and correct copy of my payment confirmation showing the $250.00 quarterly fee payment to the UST is attached hereto as "Exhibit 1."

5.  My counsel, the Law Offices of Michael Jay Berger ("Debtor's Counsel"), voluntarily dismissed its Motion to Withdraw as Bankruptcy Counsel on February 27, 2023 [docket no. 131]. My Counsel and I are cooperating and working together.

6.  I will timely file a disclosure statement and plan of reorganization, per the Court's February 23, 2023 Order extending the deadline to file to March 14, 2023.

7.  I am progressing toward reorganization. I continue to seek employment, and I continue to collect rental income.

8.  If I am not able to obtain employment by the Effective Date of hmy proposed reorganization plan, I will obtain contributions from my parents to make the proposed plan payments feasible. Contribution declarations from my parents will be submitted in support of the Disclosure Statement.

9. The Disclosure Statement and Plan of Reorganization will be filed timely by March 14, 2023.

10. I am in the process of obtaining declarations from witnesses in support of my Motion to Avoid Belgium Investment's Lien, and to oppose Belgium Investment's Opposition to Debtor's Claimed Homestead Exemption, which are set for an evidentiary hearing on March 23, 2023. Through counsel, I am meeting and conferring with Belgium Investment's counsel regarding deposition dates.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March 1, 2023 at ___Irvine, CA___.

/s/ Bassem

Bassem Victor El Mallakh

DEBTOR'S OPPOSITION TO MOTION BY UNITED STATES TRUSTEE TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7.
DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

# EXHIBIT 1



Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

# Confirmation

Your payment has been submitted to the designated government agency through Pay.gov and the details are below. Please note that this is just a confirmation of transaction submission. To confirm that the payment processed as expected, you may refer to your bank statement on the scheduled payment date. If you have any questions or wish to cancel this payment, you will need to contact the agency you paid at your earliest convenience.

## Tracking Information

Pay.gov Tracking ID: 272P00DT

Agency Tracking ID: 76329021597

Form Name: U.S. Trustee Chapter 11 Quarterly Fee

Application Name: Chapter 11 Quarterly Fee

## Payment Information

Payment Type: Bank account (ACH)

Payment Amount: $250.00

Transaction Date: 12/06/2022 05:40:03 PM EST

Payment Date: 12/07/2022

Line 1: Remittance #1 - Type: Individual, Account: 7382211605, Name: bassem elmallakh, $250.00

Line 2:

Line 3:

Line 4:

Line 5:

Line 6:

Line 7:

Line 8:

Line 9:

Line 10:

## Account Information

Account Holder Name: bassem elmallakh

Routing Number: 322271627

Account Number: ************5650

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OPPOSITION TO MOTION BY UNITED STATES TRUSTEE TO DISMISS AND/OR CONVERT CASE TO CHAPTER 7; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __3/1/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _3/1/2023__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/1/2023__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/1/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL:**

**SECURED CREDITORS**

Belgium Investments 960 Bay Dr, LLC
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

Central Park West Community Association
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

Central Park West Community HOA
401 Rockefeller #208
Irvine, CA 92612

Central Park West Community HOA
Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

First Service Residential
15241 Laguna Canyon Rd.
Irvine, CA 92618

First Service Residential
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

Freedom Mortgage
951 Yamato Rd.
Boca Raton, FL 33431

Freedom Mortgage
PO Box 50428
Indianapolis, IN 46250

Freedom Mortgage Corporation
1455 Frazee Road, Suite 820
San Diego, CA 92108

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 (Address from POC)

TD Auto Finance
6 Atlantis Way
Lewiston, ME 04240

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**TD Bank N.A.**
c/o CTGD&W
Attn: Randall P. Mroczynski, Esq.
535 Anton Blvd., 10th Fl.
Costa Mesa, CA 92626 (Address from POC)

**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618

**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)

**20 LARGETS UNSECURED CREDITORS:**

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438 (Address from POC)

**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**