PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Nancy.Goldenberg@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| Bassem Victor El Mallakh**,** | CASE NUMBER:  8:22-bk-11605-TA |
| | CHAPTER 11 |
| | REPLY OF UNITED STATES TRUSTEE IN FURTHER SUPPORT OF MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §1112(b); DECLARATION OF JAIMEE ZAYICEK; AND EXHIBITS |
| Debtor. | DATE:    March 15, 2023<br>TIME:    10:00 a.m.<br>CTRM:    5B - Via ZoomGov |

**TO THE HONORABLE THEODOR C. ALBERT, DEBTOR, DEBTOR'S ATTORNEY, AND**

**PARTIES IN INTEREST:**

The U.S. Trustee hereby submits the following Reply to the Debtor's Opposition to Motion of United States Trustee to Dismiss or Convert Case, docket entry no. 134 ("Opposition").

The Opposition tellingly fails to address the most significant basis supporting dismissal or conversion; the fact that the Debtor has no income with which to fund a viable plan; instead, it focuses on the fact the Debtor cured some (not all) deficiencies. <u>See</u> the accompanying declaration of Jaimee Zayicek ("Zayicek Dec.") and Exhibit A.

The Debtor is tellingly silent on what funds will be available to fund a viable plan. The

Opposition acknowledges that the Debtor is still unemployed; he has allegedly been looking for work since before this filing six months ago.  The most recent monthly operating report on file indicates that the estate contained a cash balance of $1,844 as of January 31, 2023. <u>See</u> the Zayicek Dec. and Exhibit B.

     For these reasons and those contained in the U.S. Trustee's pending motion, this case should be converted to one under Chapter 7 or dismissed.

Respectfully Submitted,
UNITED STATES TRUSTEE FOR REGION 16


Dated:  March 7, 2023          */s/ Nancy S. Goldenberg*
                              Nancy S. Goldenberg
                              Attorney for the U.S. Trustee

## DECLARATION OF JAIMEE ZAYICEK

I, Jaimee Zayicek, hereby declare and state as follows:

1.      I am employed as a Paralegal Specialist by the United States Trustee for Region 16 ("U.S. Trustee").  My duties and responsibilities include the review of Chapter 11 cases and collection of U.S. Trustee quarterly fees.  The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto.  This declaration is filed in support of the U.S. Trustee's Reply in Further Support of Motion by United States Trustee to Dismiss Case or Convert Case to Chapter 7, docket no. 121 in case number 8:22-bk-11605-TA.

2.      On March 6, 2023, I accessed the PACER docket in case number 8:22-bk-11605-TA and reviewed docket no.134 titled Debtor's Opposition to Motion by United States Trustee to Dismiss and/or Convert Case to Chapter 7 ("Opposition").

3.      Page 2 of the Opposition, lines 16 – 21, states that the Debtor paid the required quarterly fee for the fourth quarter of 2022 on December 7, 2022.  Debtor also attached as Exhibit 1 to his Opposition evidence of a payment made on December 7, 2022.

4.      On March 7, 2023, I accessed the U.S. Trustee quarterly Fee Information Collection System, which shows that the debtor did make a payment on or about December 7, 2022; however, that payment was applied to the past due balance due for the 3rd Quarter 2022. The 4th Quarter 2022 fees came due in the amount of $250.00 and was due by January 31, 2023.  No further payments have been made by Debtor since December 7, 2022.  See Exhibit "A" attached hereto.

//
//

5.      The most recent monthly operating report on file indicates that the estate contained a cash balance of $1,844 as of January 31, 2023. See Exhibit "B" attached hereto.

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.  Executed this 7th day of March 2023 at Long Beach, California.

Jaimee Zayicek
Paralegal Specialist for the U.S. Trustee

**Exhibit "A"**



## Chapter 11 Quarterly Fee Information and Collection System (FICS)
**US Trustees, US Department of Justice**

### Account Reconciliation

Field Office: 16 02 Santa Ana, CA

| | | | | |
|---|---|---|---|---|
| **Case #:** 738-22-11605 | **CPC:** | **OCS:** | **Billed($):** | **500.00** |
| **Debtor:** EL MALLAKH, BASSEM VICTOR | **CDC:** | **CTO:** | Fees($): | 500.00 |
| **Opened:** 09-19-22 | **Closed:** | **CNV:** | Interest($): | 0.00 |
| | | **TIN:** | **Payments($):** | **-250.00** |
| | | | Principal($): | -250.00 |
| | | | Interest($): | 0.00 |
| | | | **Balance($):** | **250.00** |

| **Quarterly Fees and Disbursements** | | | **Payments** | | | |
|---|---|---|---|---|---|---|
| Quarter | Disbursements ($) | Fee ($) | Batch/Trans ID | Date | Type Code | Payment($) |
| 3-2022 | 3,445 | 250 | 272P00DT | 12-07-22 | PMTLB | -250.00 |
| 4-2022 | | 250 Est | | | | |

#### Interest

To date, there have been no interest assessment transactions posted for this account.

**EXHIBIT A**                                    001

# Exhibit "B"

# UNITED STATES BANKRUPTCY COURT

CENTRAL  DISTRICT OF  CALIFORNIA

SANTA ANA DIVISION

In Re. Bassem Victor El Mallakh                     §           Case No.  22-11605
                                                    §
_____                 §
                    Debtor(s)                       §
                                                    §           ☐ Jointly Administered

# Monthly Operating Report                                      Chapter 11

Reporting Period Ended: 01/31/2023                  Petition Date: 09/19/2022

Months Pending: 4                                   Industry Classification: [0] [0] [0] [0]

Reporting Method:            Accrual Basis ○         Cash Basis ⊙

Debtor's Full-Time Employees (current):                         0

Debtor's Full-Time Employees (as of date of order for relief):  0

**Supporting  Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐    Statement of cash receipts and disbursements
☐    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐    Statement of operations (profit or loss statement)
☐    Accounts receivable aging
☐    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/Michael Jay Berger                               Michael Jay Berger
Signature of Responsible Party                      Printed Name of Responsible Party

02/21/2023
Date

                                                    9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212
                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R.
§ 1320.4(a)(2) applies.

**EXHIBIT B**                                       **002**
1

UST Form 11-MOR (12/01/2021)

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $645 | |
| b. | Total receipts (net of transfers between accounts) | $4,038 | $19,381 |
| c. | Total disbursements (net of transfers between accounts) | $2,838 | $15,399 |
| d. | Cash balance end of month (a+b+c) | $1,844 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $2,838 | $15,399 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

**EXHIBIT B**

003

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | Michael Jay Berger | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

**EXHIBIT B**                                                          **004**

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605

| | | | | |
|---|---|---|---|---|
| xxxvii | | | | |
| xxxvii | | | | |
| xxxix | | | | |
| xl | | | | |
| xli | | | | |
| xlii | | | | |
| xliii | | | | |
| xliv | | | | |
| xlv | | | | |
| xlvi | | | | |
| xlvii | | | | |
| xlviii | | | | |
| xlix | | | | |
| l | | | | |
| li | | | | |
| lii | | | | |
| liii | | | | |
| liv | | | | |
| lv | | | | |
| lvi | | | | |
| lvii | | | | |
| lviii | | | | |
| lix | | | | |
| lx | | | | |
| lxi | | | | |
| lxii | | | | |
| lxiii | | | | |
| lxiv | | | | |
| lxv | | | | |
| lxvi | | | | |
| lxvii | | | | |
| lxviii | | | | |
| lxix | | | | |
| lxx | | | | |
| lxxi | | | | |
| lxxii | | | | |
| lxxiii | | | | |
| lxxiv | | | | |
| lxxv | | | | |
| lxxvi | | | | |
| lxxvii | | | | |
| lxxvii | | | | |

**EXHIBIT B**

Debtor's Name  Bassem Victor El Mallakh                                      Case No.  22-11605

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

**EXHIBIT B**                                                            **006**

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

**EXHIBIT B**

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

**EXHIBIT B**

7

**008**

Debtor's Name  Bassem Victor El Mallakh                                            Case No.  22-11605

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ● | |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ● | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○  No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○  No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ | |

**EXHIBIT B**

**009**

UST Form 11-MOR (12/01/2021)

8

Debtor's Name  Bassem Victor El Mallakh                                    Case No. 22-11605

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $4,038 |
| d. | Total income in the reporting period (a+b+c) | $4,038 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $2,838 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $2,838 |
| j. | Difference between total income and total expenses (d-i) | $1,200 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ _Bassem_____            Bassem Victor El Mallakh
_____            _____
Signature of Responsible Party                   Printed Name of Responsible Party

Debtor_____            02/21/2023_____
Title                                            Date

**EXHIBIT B**
9                                                                    **010**

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

**EXHIBIT B**
10

**011**

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

**EXHIBIT B**

**012**

Debtor's Name  Bassem Victor El Mallakh                                    Case No.  22-11605



PageThree



PageFour

**EXHIBIT B**

**013**



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

December 21, 2022 through January 09, 2023

Account Number:  ⬛⬛⬛⬛ 5650



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web silo: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00020021 DRE 703 219 01023 NNNNNNNNNNNN  1 000000000 05 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE 22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114

## CHECKING SUMMARY    Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $644.67 |
| Deposits and Additions | 4,044.45 |
| Fees | -59.45 |
| Ending Balance | $4,629.67 |

Your account ending in 8865 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $644.67 |
| 01/04 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow000028329961 06 Bbi=/Chgs/USD0,00/ Imad: 0104I1B7032R007643 Tm: 0352970004Ft | 4,000.00 | 4,644.67 |
| 01/04 | Check OR Supply Order          PPD ID: 1410216800 | -44.45 | 4,600.22 |
| 01/04 | Domestic Incoming Wire Fee | -15.00 | 4,585.22 |
| 01/05 | Fee Reversal | 44.45 | 4,629.67 |
| | Ending Balance | | $4,629.67 |

Page 1 of 2

Created With Tiny Scanner

**EXHIBIT B**                                           014

**CHASE** ⬡

December 21, 2022 through January 09, 2023

Account Number: ████████5650

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For business accounts, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

---

Created With Tiny Scanner

**EXHIBIT B**                    015

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 10, 2023 through February 07, 2023

Account Number: ⬛⬛⬛⬛⬛5650

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00020754 DRE 703 219 03923 NNNNNNNNNNN  1 000000000 05 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE  22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,629.67 |
| Deposits and Additions | 4,037.70 |
| ATM & Debit Card Withdrawals | -590.18 |
| Electronic Withdrawals | -370.68 |
| Other Withdrawals | -2,028.21 |
| Fees | -15.00 |
| Ending Balance | $5,663.30 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $4,629.67 |
| 01/17 | Purchase Return    01/17 Office De 2747 Campus Irvine CA Card 2884 | 37.70 | 4,667.37 |
| 01/17 | Card Purchase With Pin  01/14 Mothers Market Irvine CA Card 2884 | -8.30 | 4,659.07 |
| 01/17 | Card Purchase With Pin  01/16 Office De 2747 Campus Irvine CA Card 2884 | -37.70 | 4,621.37 |
| 01/17 | Card Purchase With Pin  01/16 Target T- 2300 Park Av Tustin CA Card 2884 | -23.20 | 4,598.17 |
| 01/18 | Card Purchase    01/17 Amzn Mktp US*Qn9Mw0C Amzn.Com/Bill WA Card 2884 | -28.00 | 4,570.17 |
| 01/18 | Card Purchase    01/17 Mothers Market & Kitch 714-5496400 CA Card 2884 | -22.00 | 4,548.17 |
| 01/18 | Card Purchase    01/17 Luna Grill 035 Irvine CA Card 2884 | -28.54 | 4,519.63 |
| 01/18 | Central Park Wes Web Pmts  Qpqdd3    Web ID: 9000497005 | -204.68 | 4,314.95 |
| 01/18 | 01/18 Withdrawal | -2,028.21 | 2,286.74 |
| 01/19 | Card Purchase    01/18 Fsi*TD Auto Finance 888-939-9876 MI Card 2884 | -423.52 | 1,863.22 |
| 01/24 | Card Purchase With Pin  01/24 Mothers Market Irvine CA Card 2884 | -18.92 | 1,844.30 |
| 02/01 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow000029078322 37 Bbi=/Chgs/USD0,00/ Imad: 020111B7031R002140 Tm: 0076920032F1 | 4,000.00 | 5,844.30 |
| 02/01 | Domestic Incoming Wire Fee | -15.00 | 5,829.30 |
| 02/02 | Central Park Wes Web Pmts  Zvhgf3    Web ID: 9000497005 | -166.00 | 5,663.30 |
| | Ending Balance | | $5,663.30 |

Page 1 of 2

Created With Tiny Scanner

**EXHIBIT B**

016



January 10, 2023 through February 07, 2023

Account Number: ●●●●●●●●●●5650

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network. (You did not have an electronic deposit this statement period)

- **OR**, keep a balance at the beginning of each day of $1,500.00 or more in this account. (Your lowest beginning day balance was $1,844.30)

- **OR**, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments. (Your average beginning day balance of qualifying linked deposits and investments was $3,522.01)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

---

Created With Tiny Scanner

**EXHIBIT B**                                                                017

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 W. 4TH STREET, #7160, SANTA ANA, CA 92701

A true and correct copy of the foregoing

REPLY OF UNITED STATES TRUSTEE IN FURTHER SUPPORT OF MOTION TO
DISMISS CASE PURSUANT TO 11 U.S.C. §1112(b); DECLARATION OF
JAIMEE ZAYICEK; AND EXHIBITS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **MARCH 8, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- Chad L Butler    caecf@tblaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Patrick Miller    patrick.miller@impactadvocateslaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **MARCH 8, 2023,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Bassem Victor El Mallakh**
116 Rockefeller, Irvine, CA 92612

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 8, 2023,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 8, 2023 | Tari King | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |

**1**