MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd., 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br><br><br>Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**DEBTOR'S STATUS REPORT NO. 3; DECLARATIONS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF**<br><br>Date:     March 23, 2023<br>Time:     10:00 a.m.<br>Courtroom: 5B<br>           411 W. Fourth Street,<br>           Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:**

Bassem Victor El Mallakh, debtor and debtor in possession herein ("Debtor"), hereby submits the following Status Report No. 3 to provide an update since the Debtor's last status report:

///

## Procedural Progress in Debtor's Case

On November 23, 2022, Belgium Investments 960 Bay Dr, LLC ("Belgium") filed a Motion Objecting to Debtor's Claimed Homestead Exemption [docket no.: 55]. On December 28, 2022, Debtor filed his Opposition to Belgium's Motion Objecting to Debtor's Claimed Homestead Exemption [docket no.: 81]. On January 4, 2023, Belgium filed its Reply to Debtor's Opposition to Belgium's Motion Objecting to Debtor's Claimed Homestead Exemption [docket no.: 84].

On November 23, 2022, Debtor filed a Motion To Avoid Belgium's Judgment Lien Pursuant to 11 U.S.C. Section 522(f) [docket no.: 59]. On December 7, 2023, Belgium filed its Opposition to Debtor's Motion To Avoid Belgium's Judgment Lien Pursuant to 11 U.S.C. Section 522(f) [docket no.: 73]. On January 4, 2023, Debtor filed his Reply to Belgium's Opposition to Debtor's Motion To Avoid Belgium's Judgment Lien Pursuant to 11 U.S.C. Section 522(f) [docket no.: 85].

On November 30, 2022, the U.S. Trustee filed a Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 63].

On November 30, 2022, Debtor filed his September 2022 Monthly Operating Report [docket no.: 64].

On November 30, 2022, Debtor filed his October 2022 Monthly Operating Report [docket no.: 65].

On November 30, 2022, Belgium filed a Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 67]. On December 7, 2022, Debtor filed his Opposition to Belgium's Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 72]. On December 14, 2022, Belgium filed its Reply to Debtor's Opposition to Belgium's Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 78]. On January 3, 2022, the Court entered its Order Denying Belgium's Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 82].

On December 12, 2022, Debtor filed his Amended October 2022 Monthly Operating Report [docket no.: 74].

On December 13, 2022, Debtor filed his Notice of Hearing on Debtor's Motion to Avoid Belgium's Lien [docket no.: 75] and Supplemental Notice [docket no.: 76].

On January 4, 2023, Debtor filed his November 2022 Monthly Operating Report [docket no.: 83].

On January 9, 2023, Debtor filed a Motion to Extend Exclusivity Period [docket no: 87]. On February 9, 2023, the Court entered its Order Granting Debtor's Motion to Extend Exclusivity Period [docket no: 110].

On January 25, 2023, Debtor filed an Application for Compensation for Michael Jay Berger [docket no.: 97]. On February 16, 2023, the Court entered its Order Granting Application for Compensation for Michael Jay Berger [docket no.: 120].

On February 8, 2023, Debtor's Counsel filed a Motion to Withdraw as Attorney [docket no.: 102]. On February 27, 2023, Debtor's Counsel filed a Voluntary Dismissal of Motion to Withdraw as Attorney [docket no.: 131].

On February 8, 2023, Debtor filed an Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof [docket no.: 105]. On February 13, 2023, Belgium filed its Opposition to Debtor's Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof [docket no.: 116]. On February 23, 2023, the Court entered its Order Granting Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof [docket no.: 128].

On February 17, 2023, the U.S. Trustee filed a Motion to Dismiss or Convert Case [docket no.: 121]. On March 1, 2023, the Debtor filed his Opposition to the Motion to Dismiss or Convert Case [docket no.: 134]. The hearing on the Motion to Dismiss is scheduled for March 15, 2023.

On February 21, 2023, Debtor filed his December 2022 Monthly Operating Report [docket no.: 126].

On February 21, 2023, Debtor filed his January 2023 Monthly Operating Report [docket no.: 127].

### Debtor's Progress Towards Reorganization

Debtor is progressing toward reorganization. Debtor continues to seek employment, and continues to collect rental income. If Debtor is not able to obtain employment by the Effective Date of his proposed reorganization plan, he will obtain contributions from his parents to make the proposed plan payments. Contribution declarations from Debtor's parents will be submitted in support of the Disclosure Statement to be filed by March 14, 2023.

Debtor is in the process of obtaining declarations from witnesses in support of Debtor's Motion to Avoid Belgium Investment's Lien, and to oppose Belgium Investment's Opposition to Debtor's Claimed Homestead Exemption, which are set for an evidentiary hearing on March 23, 2023. Debtor, through counsel, is meeting and conferring with Belgium Investment's counsel regarding deposition dates.

Dated: March 9, 2023        LAW OFFICES OF MICHAEL JAY BERGER

By:    /s/ Michael Jay Berger
       MICHAEL JAY BERGER
       Counsel for Debtor, Bassem Victor El Mallakh

# DECLARATION OF MICHAEL JAY BERGER

I, Michael Jay Berger, declare and state as follows:

1. I am an Attorney at Law, licensed to practice before all of the courts in the State of California, and in the United States District Court for the Central District of California. I am the principal attorney and owner of the Law Offices of Michael Jay Berger. I am the attorney of record for Debtor, Bassem Victor El Mallakh (the "Debtor"). If called upon, I could and would testify competently from personal knowledge to the matters stated below, except what is stated on information and belief, and to those statements, I believe them to be true.

2. On November 23, 2022, Belgium Investments 960 Bay Dr, LLC ("Belgium") filed a Motion Objecting to Debtor's Claimed Homestead Exemption [docket no.: 55]. On December 28, 2022, Debtor filed his Opposition to Belgium's Motion Objecting to Debtor's Claimed Homestead Exemption [docket no.: 81]. On January 4, 2023, Belgium filed its Reply to Debtor's Opposition to Belgium's Motion Objecting to Debtor's Claimed Homestead Exemption [docket no.: 84].

3. On November 23, 2022, Debtor filed a Motion To Avoid Belgium's Judgment Lien Pursuant to 11 U.S.C. Section 522(f) [docket no.: 59]. On December 7, 2023, Belgium filed its Opposition to Debtor's Motion To Avoid Belgium's Judgment Lien Pursuant to 11 U.S.C. Section 522(f) [docket no.: 73]. On January 4, 2023, Debtor filed his Reply to Belgium's Opposition to Debtor's Motion To Avoid Belgium's Judgment Lien Pursuant to 11 U.S.C. Section 522(f) [docket no.: 85].

4. On November 30, 2022, the U.S. Trustee filed a Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 63].

5. On November 30, 2022, Debtor filed his September 2022 Monthly Operating Report [docket no.: 64].

6. On November 30, 2022, Debtor filed his October 2022 Monthly Operating Report [docket no.: 65].

7.   On November 30, 2022, Belgium filed a Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 67]. On December 7, 2022, Debtor filed his Opposition to Belgium's Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 72]. On December 14, 2022, Belgium filed its Reply to Debtor's Opposition to Belgium's Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 78]. On January 3, 2022, the Court entered its Order Denying Belgium's Motion to Dismiss and/or Convert Case to Chapter 7 [docket no.: 82].

8.   On December 12, 2022, Debtor filed his Amended October 2022 Monthly Operating Report [docket no.: 74].

9.   On December 13, 2022, Debtor filed his Notice of Hearing on Debtor's Motion to Avoid Belgium's Lien [docket no.: 75] and Supplemental Notice [docket no.: 76].

10.  On January 4, 2023, Debtor filed his November 2022 Monthly Operating Report [docket no.: 83].

11.  On January 9, 2023, Debtor filed a Motion to Extend Exclusivity Period [docket no: 87]. On February 9, 2023, the Court entered its Order Granting Debtor's Motion to Extend Exclusivity Period [docket no: 110].

12.  On January 25, 2023, Debtor filed an Application for Compensation for Michael Jay Berger [docket no.: 97]. On February 16, 2023, the Court entered its Order Granting Application for Compensation for Michael Jay Berger [docket no.: 120].

13.  On February 8, 2023, Debtor's Counsel filed a Motion to Withdraw as Attorney [docket no.: 102]. On February 27, 2023, Debtor's Counsel filed a Voluntary Dismissal of Motion to Withdraw as Attorney [docket no.: 131].

14.  On February 8, 2023, Debtor filed an Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof [docket no.: 105]. On February 13, 2023, Belgium filed its Opposition to Debtor's Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure

Statement in Support Thereof [docket no.: 116]. On February 23, 2023, the Court entered its Order Granting Ex Parte Motion to Extend Deadline to File Debtor's Plan of Reorganization and Disclosure Statement in Support Thereof [docket no.: 128].

15. On February 17, 2023, the U.S. Trustee filed a Motion to Dismiss or Convert Case [docket no.: 121]. On March 1, 2023, the Debtor filed his Opposition to the Motion to Dismiss or Convert Case [docket no.: 134]. The hearing on the Motion to Dismiss is scheduled for March 15, 2023.

16. On February 21, 2023, Debtor filed his December 2022 Monthly Operating Report [docket no.: 126].

17. On February 21, 2023, Debtor filed his January 2023 Monthly Operating Report [docket no.: 127].

18. My staff is meeting and conferring with Belgium Investment's counsel regarding deposition dates on behalf of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March 9, 2023 at Beverly Hills, California.

/s/ Michael Jay Berger
Michael Jay Berger

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1. I am the Debtor. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. I continue to seek employment, and continues to collect rental income.

3. If I am not able to obtain employment by the Effective Date of my proposed reorganization plan, I will obtain contributions from my parents to make the proposed plan payments. Contribution declarations from my parents will be submitted in support of the Disclosure Statement to be filed by March 14, 2023.

4. I am in the process of obtaining declarations from witnesses in support of Debtor's Motion to Avoid Belgium Investment's Lien, and to oppose Belgium Investment's Opposition to Debtor's Claimed Homestead Exemption, which are set for an evidentiary hearing on March 23, 2023.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March 9, 2023 at Irvine.

_____
Bassem Victor El Mallakh

DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S STATUS REPORT NO.:3 DECLARATOINS OF MICHAEL JAY BERGER AND BASSEM VICTOR EL MALLAAKH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/9/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 3/9/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Bassem Victor El Mallakh
116 Rockerfeller
Irvine, CA 92612

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/9/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/9/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL:**

**SECURED CREDITORS**

**Belgium Investments 960 Bay Dr, LLC**
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

**Central Park West Community Association**
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

**Central Park West Community HOA**
401 Rockefeller #208
Irvine, CA 92612

**Central Park West Community HOA**
Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

**First Service Residential**
15241 Laguna Canyon Rd.
Irvine, CA 92618

**First Service Residential**
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

**Freedom Mortgage**
951 Yamato Rd.
Boca Raton, FL 33431

**Freedom Mortgage**
PO Box 50428
Indianapolis, IN 46250

**Freedom Mortgage Corporation**
1455 Frazee Road, Suite 820
San Diego, CA 92108

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 (Address from POC)

**TD Auto Finance**
6 Atlantis Way
Lewiston, ME 04240

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       F 9013-3.1.PROOF.SERVICE

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**TD Bank N.A.**
c/o CTGD&W
Attn: Randall P. Mroczynski, Esq.
535 Anton Blvd., 10th Fl.
Costa Mesa, CA 92626 (Address from POC)

**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618

**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)

**20 LARGETS UNSECURED CREDITORS:**

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438 (Address from POC)

**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE