1  PATRICK MILLER
   Email: Patrick.miller@impactadvocateslaw.com
2  Impact Advocates APC
   121 S Oak Ave
3  Pasadena, CA 91107
4  Telephone:   213-364-7581

5

6  Attorney for Judgement Creditor
   BELGIUM INVESTMENTS 960 BAY DR,
7  LLC A CALIFORNIA CORP.

8

9  UNITED STATES BANKRUPTCY COURT

10  CENTRAL DISTRICT OF CALIFORNIA

11  In re Bassem Victor El Mallakh | Case No 8:22-bk-11605-TA
                                    Chapter 11

12

13  **NOTICE OF SERVICE OF SUBPOENA**

14  **Date**: 15 March 2023
    **Time**: 11am

15

16

17

18  **TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

19  **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 45

20  (incorporated by Federal Rules of Bankruptcy Procedure 9016), the deposition of: (i) Bassem

21  Victor El Mallakh; (ii) Reem Hanna; and (iii) Essam El Mallakh, will be taken by the Creditor,

22  Belgium Investments 960 Bay Dr, LLC, a California Corp. ("Belgium") on 15 March 2023 at

23  11:00 a.m. via Zoom, upon oral examination, before any Notary Public, duly commissioned by

24  the State of California, who may be present at said time and place; said deposition to continue

25  from day to day, excluding Sundays and legal holidays, until completed.

26

27

28

I intend on serving the attached Subpoenas in connection with these depositions [see Exhibit 1 to this Notice].

Dated:     13 March 2023                                    Impact Advocates APC

By_____
Patrick Miller
Attorney for
Judgement Creditor
Belgium Investments

PROOF OF ELECTRONIC SERVICE

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is, 121 S Oak Ave, Pasadena, CA 91107.

A true and correct copy of the foregoing described as **NOTICE OF SERVICE OF SUBPOENA** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d) (<u>through electronic filing</u>); and **(b)** in the manner stated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/10/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger on behalf of Debtor Bassem Victor El Mallakh

michael.berger@bankruptcypower.com,

yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Chad L Butler on behalf of Interested Party Courtesy NEF

caecf@tblaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)

nancy.goldenberg@usdoj.gov

Benjamin Heston on behalf of Interested Party Benjamin Heston

bhestonecf@gmail.com,

benheston@recap.email,NexusBankruptcy@jubileebk.net

Patrick Miller on behalf of Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.

patrick.miller@impactadvocateslaw.com

Randall P Mroczynski on behalf of Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC

randym@cookseylaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 3/13/2023, at Pasadena, California.

Patrick Miller

# EXHIBIT "1"

PATRICK MILLER
Email: Patrick.miller@impactadvocateslaw.com
Impact Advocates APC
121 S Oak Ave
Pasadena, CA 91107
Telephone:   213-364-7581

Attorney for Judgement Creditor
BELGIUM INVESTMENTS 960 BAY DR,
LLC A CALIFORNIA CORP.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Bassem Victor El Mallakh | Case No 8:22-bk-11605-TA<br>Chapter 11<br><br>**SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY ACTION**<br><br>**Date**: 15 March 2023<br>**Time**: 11am<br>**Crtrm**: Virtual |

**TO: BASSEM VICTOR EL MALLAKH**

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

The Deposition will be begin at 11am (PST) on 15 March 2023 via Zoom at the following link:

https://us02web.zoom.us/j/81561423464?pwd=N2QrckhVNHY4U2RrSngyOUZ3YWt6UT09

Meeting ID: 815 6142 3464

Passcode: 120614

The deposition will be recorded via Zoom and transcriptions of the deposition testimony will be made available shortly after the conclusion of the depositions.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Dated:        13 March 2023                                    Impact Advocates APC

By_____
Patrick Miller
Attorney for
Judgement Creditor
Belgium Investments

PROOF OF ELECTRONIC SERVICE

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is, 121 S Oak Ave, Pasadena, CA 91107.

A true and correct copy of the foregoing described as **SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY ACTION** was served on the named individual herein by emailing a copy of the same to the law offices of Michael Berger at the following email addresses:

Carolyn Afarin - carolyn.afari@gmail.com; and

Sofya Dayton - sofya.davtyan@bankruptcypower.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 3/13/2023, at Pasadena, California.

Patrick Miller

PATRICK MILLER
Email: Patrick.miller@impactadvocateslaw.com
Impact Advocates APC
121 S Oak Ave
Pasadena, CA 91107
Telephone:    213-364-7581

Attorney for Judgement Creditor
BELGIUM INVESTMENTS 960 BAY DR,
LLC A CALIFORNIA CORP.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Bassem Victor El Mallakh | Case No 8:22-bk-11605-TA<br>Chapter 11<br><br>**SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY ACTION**<br><br>**Date**: 15 March 2023<br>**Time**: 11am<br>**Crtrm**: Virtual |

**TO: REEM HANNA**

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY ACTION

Page. 1

The Deposition will be begin at 11am (PST) on 15 March 2023 via Zoom at the following link:

https://us02web.zoom.us/j/81561423464?pwd=N2QrckhVNHY4U2RrSngyOUZ3YWt6UT09

Meeting ID: 815 6142 3464

Passcode: 120614

The deposition will be recorded via Zoom and transcriptions of the deposition testimony will be made available shortly after the conclusion of the depositions.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Dated:       13 March 2023                                         Impact Advocates APC

By_____
Patrick Miller
Attorney for
Judgement Creditor
Belgium Investments

PROOF OF ELECTRONIC SERVICE

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is, 121 S Oak Ave, Pasadena, CA 91107.

A true and correct copy of the foregoing described as **SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY ACTION** was served on the named individual herein by emailing a copy of the same to the law offices of Michael Berger at the following email addresses:

Carolyn Afarin - carolyn.afari@gmail.com; and

Sofya Dayton - sofya.davtyan@bankruptcypower.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 3/13/2023, at Pasadena, California.

Patrick Miller

PATRICK MILLER
Email: Patrick.miller@impactadvocateslaw.com
Impact Advocates APC
121 S Oak Ave
Pasadena, CA 91107
Telephone:    213-364-7581

Attorney for Judgement Creditor
BELGIUM INVESTMENTS 960 BAY DR,
LLC A CALIFORNIA CORP.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Bassem Victor El Mallakh | Case No 8:22-bk-11605-TA<br>Chapter 11<br><br>**SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY ACTION**<br><br>**Date**: 15 March 2023<br>**Time**: 11am<br>**Crtrm**: Virtual |

**TO: ESSAM EL MALLAKH**

**YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY ACTION

Page. 1

The Deposition will be begin at 11am (PST) on 15 March 2023 via Zoom at the following link:

https://us02web.zoom.us/j/81561423464?pwd=N2QrckhVNHY4U2RrSngyOUZ3YWt6UT09

Meeting ID: 815 6142 3464

Passcode: 120614

The deposition will be recorded via Zoom and transcriptions of the deposition testimony will be made available shortly after the conclusion of the depositions.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Dated:      13 March 2023                                                    Impact Advocates APC

By_____
Patrick Miller
Attorney for
Judgement Creditor
Belgium Investments

PROOF OF ELECTRONIC SERVICE

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is, 121 S Oak Ave, Pasadena, CA 91107.

A true and correct copy of the foregoing described as **SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY ACTION** was served on the named individual herein by emailing a copy of the same to the law offices of Michael Berger at the following email addresses:

Carolyn Afarin - carolyn.afari@gmail.com; and

Sofya Dayton - sofya.davtyan@bankruptcypower.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 3/13/2023, at Pasadena, California.

Patrick Miller