MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:   (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor,
Bassem Victor El Mallakh

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

|  |  |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br>      Debtor and Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION**<br><br>Date:    March 30, 2023<br>Time:   11:00 a.m.<br>Place:   411 West Fourth Street<br>          Courtroom 5B<br>          Santa Ana, CA 92701<br><br>Via Tele/Videoconference on Zoom |

## SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1.       I am the Debtor. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

1

2.      My instant Chapter 11 case was filed on September 19, 2022. This is my second bankruptcy filing.

3.      I hold title to the following real property which is my principal residence: 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property").

4.      I previously filed a Chapter 13 [case no.: 8:22-bk-11158-TA], which I voluntarily dismissed because I was over the debt limit.

5.      My current Chapter 11 case was filed in order to reorganize my debts.

6.      My primary residence where I live is the Rockefeller Property and it has been by primary residence since I purchased it in 2013, on the date I filed my bankruptcy cases, and continues to be me primary residence.

7.      My current Chapter 11 case, and my previously filed Chapter 13 case listed the Rockefeller Property as my primary residence.

8.      On the Petition Date, and continuously thereafter, I resided in the Rockefeller Property with my sister Reem Hanna and her son. The Rockefeller Property is three (3) bedrooms. I sleep in one (1) bedroom, my sister sleeps in one (1) bedroom and her son sleeps one (1) bedrooms.

9.      The following is additional evidence to show that the Rockefeller Property is my primary residence is:

   a. A true and correct copy of my Chapter 13 Voluntary Petition listing the Rockefeller Property as my home is attached as **Exhibit "1."**

   b. A true and correct copy of the first pages of my 2019-2022 tax returns and other tax documents listing the Rockefeller Property as my home is attached as **Exhibit "2."**

   c. A true and correct copy of my Homeowners Insurance Policy and Car Insurance listing the Rockefeller Property as my home is attached as **Exhibit "3."**

2

d.  A true and correct copy of my various bank statements listing the Rockefeller Property as my home is attached as **Exhibit "4."**

e.  A true and correct copy of my drivers license listing the Rockefeller Property as my home is attached as **Exhibit "5."**

f.  A true and correct copy of my car registration listing the Rockefeller Property as my home is attached as **Exhibit "6."**

g.  A true and correct copy of my SoCalGas Bill for the months of August 2022 through January 2023 listing the Rockefeller Property as my home is attached as **Exhibit "7."**

h.  A true and correct copy of my Irvine Ranch Water District Bill for the months of August 2022 through January 2023 listing the Rockefeller Property as my home is attached as **Exhibit "8."**

i.  A true and correct copy of my health insurance card listing the Rockefeller Property as my home is attached as **Exhibit "9."**

j.  A true and correct copy of my Uber Eats receipts showing my food deliveries to the Rockefeller Property is attached as **Exhibit "10."**

k.  A true and correct copy of my Gym check-ins for LA Fitness located at 3021 Michelson Drive, Irvine, CA which is located in Orange County close to the Rockefeller Property for the months of September 2022 to December 2022 is attached as **Exhibit "11."**

l.  A true and correct copy of my iPhone GPS location for September 18, 2022 is attached as **Exhibit "12."**

m.  A true and correct copy of my airline tickets for travel on September 8, 2022 from San Francisco to Santa Ana airport is attached as **Exhibit "13."**

n.  A true and correct copy of my Amazon receipts showing my purchases delivered to the Rockefeller Property is attached as **Exhibit "14."**

3

10.     From on or about 2016 through 2021, I was working in Santa Monica and due to the commute between Santa Monica and Orange County, my business associate and I leased an apartment for his associate at 525 Broadway, Santa Monica, CA 90410 (the "Santa Monica Property") which was our principal place of business for a tech start-up we were trying to get off the ground. I would sleep some evenings at Santa Monica Property if I had to work late and was too tired to drive back home to Orange County. However, the Rockefeller Property was and always has been my primary residence.

11.     In the previous depositions I did in connection with the Florida 11st Circuit case with Belgium and the Orange County Superior Court case which sought to enforce the sister state judgment from the Florida case, the questions Belgium's counsel asked me were in regards to whether I was served at the Rockefeller Property. My statements are being misconstrued currently by Belgium's counsel. These depositions were done in 2021 or earlier, well before my bankruptcy filings. At the time I filed my chapter 11 case, I was living at the Rockefeller Property which is my primary residence and I continue to reside there.

12.     I hereby state, unequivocally, prior to, on the petition date, and thereafter, I lived and currently live at the Rockefeller Property, and I have always intended and continue to intend the Rockefeller Property to be my primary residence and I continue to reside there.

13.     On September 19, 2022, I went to Fedex with my father Essam ElMallakh to sign the bankruptcy petition and other commencement documents. I scanned the documents and emailed them to my Bankruptcy Counsel. Attached as **Exhibit "15"** is a true and correct copy of my Fedex receipt from September 19, 2022, from the Fedex store located at 3992 Barranca Park Ste A, Irvine, CA 92606. The Fedex location I went to is 3 miles away from my home, the Rockefeller Property.

4

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March __21_, 2023 at_____Egypt_____.

_____

Bassem Victor El Mallakh

SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM
INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

# EXHIBIT 1

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Bassem**<br>First name<br><br>**Essam**<br>Middle name<br><br>**El Mallakh**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3012 | |

Debtor 1   **Bassem Essam El Mallakh**

Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.  Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ■ I have not used any business name or EINs. | ☐ I have not used any business name or EINs. |
| Business name(s) | Business name(s) |
| EIN | EIN |

**5.  Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| **116 Rockefeller**<br>**Irvine, CA 92612**<br>Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| **Orange**<br>County | County |
| If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here.  Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6.  Why you are choosing *this district* to file for bankruptcy**

| Check one: | Check one: |
|---|---|
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Official Form 101              Voluntary Petition for Individuals Filing for Bankruptcy              page 2

Debtor 1   **Bassem Essam El Mallakh**                                              Case number *(if known)*

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

| | | |
|---|---|---|
| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box. |

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

| | | |
|---|---|---|
| 8. | How you will pay the fee | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| | | | | |
|---|---|---|---|---|
| 9. | Have you filed for bankruptcy within the last 8 years? | ■ No. | | |
| | | ☐ Yes. | | |
| | | District | When | Case number |
| | | District | When | Case number |
| | | District | When | Case number |

| | | | | |
|---|---|---|---|---|
| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ■ No | | |
| | | ☐ Yes. | | |
| | | Debtor | | Relationship to you |
| | | District | When | Case number, if known |
| | | Debtor | | Relationship to you |
| | | District | When | Case number, if known |

| | | | |
|---|---|---|---|
| 11. | Do you rent your residence? | ■ No. | Go to line 12. |
| | | ☐ Yes. | Has your landlord obtained an eviction judgment against you? |
| | | | ☐  No. Go to line 12. |
| | | | ☐  Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition. |

Debtor 1    **Bassem Essam El Mallakh**                                        Case number *(if known)*

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

**12.  Are you a sole proprietor of any full- or part-time business?**

☑ **No.**      Go to Part 4.

☐ **Yes.**     Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13.  Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ **No.**      I am not filing under Chapter 11.

☐ **No.**      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.**     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**

☐ **Yes.**     What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Official Form 101                  Voluntary Petition for Individuals Filing for Bankruptcy                  page 4

Debtor 1    **Bassem Essam El Mallakh**                                              Case number *(if known)*

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**16. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Bassem El Mallakh**                                                    Case number (if known)

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3671.

**Bassem Essam El Mallakh**
Signature of Debtor 1

Executed on 7/12/2022
MM / DD / YYYY

Signature of Debtor 2

Executed on
MM / DD / YYYY

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 6

Debtor 1    **Bassem Essam El Mallakh**                                          Case number *(if known)*

**For your attorney. If you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Signature of Attorney for Debtor

Date   7/12/2022
       MM / DD / YYYY

**Benjamin Heston**
Printed name

Firm name

**100 Bayview Circle, Suite 100
Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone   **951-290-2827**            Email address   **bheston.ecf@gmail.com**

**297798 CA**
Bar number & State

EXHIBIT 2

| Form **1040** | Department of the Treasury — Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2021** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

116 Rockefeller

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code

Irvine, CA 92612

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  [ ] Were born before January 2, 1957  [ ] Are blind  Spouse:  [ ] Was born before January 2, 1957  [ ] Is blind

**Dependents (see instructions):**
If more than four dependents, see instructions and check here ▶ [ ]

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | |
| 2a | Tax-exempt interest . . . | 2a | b Taxable interest . . . . **2b** | 3. |
| 3a | Qualified dividends . . . | 3a | b Ordinary dividends . . . . **3b** | |
| 4a | IRA distributions . . . . . | 4a | b Taxable amount . . . . . . **4b** | |
| 5a | Pensions and annuities . . . . . | 5a | b Taxable amount . . . . . . **5b** | |
| 6a | Social security benefits . . . . . | 6a | b Taxable amount . . . . . . **6b** | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . ▶ [ ] | | **7** | |
| 8 | Other income from Schedule 1, line 10 . . . . . . . . . . . . . . . | | **8** | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . . . . . ▶ | | **9** | 3. |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . . . . . . . ▶ | | **11** | 3. |
| 12a | Standard deduction or itemized deductions (from Schedule A) . . . | 12a | 12,550. | |
| b | Charitable contributions if you take the standard deduction (see instructions) . . | 12b | | |
| c | Add lines 12a and 12b . . . . . . . . . . . . . . . . . . . . . . . . . | | **12c** | 12,550. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . . . . . . . | | **13** | |
| 14 | Add lines 12c and 13 . . . . . . . . . . . . . . . . . . . . . . . . | | **14** | 12,550. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . . . . . . . . . . | | **15** | 0. |

Standard Deduction for —
• Single or Married filing separately, $12,550
• Married filing jointly or Qualifying widow(er), $25,100
• Head of household, $18,800
• If you checked any box under Standard Deduction, see instructions.

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2021)

FDIA0112L   12/10/21

Form **1040**
Department of the Treasury — Internal Revenue Service (99)
**U.S. Individual Income Tax Return**  **2019**  OMB No. 1545-0074  IRS Use Only — Do not write or staple in this space.

**Filing Status**
Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

116 Rockefeller

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Irvine, CA 92612

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

If more than four dependents, see instructions and ✔ here ▶ [ ]

**Standard Deduction**

Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent

[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:  [ ] Were born before January 2, 1955  [ ] Are blind   Spouse:  [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents (see instructions):**

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2a | Tax-exempt interest . . . . . . . . . . | 2a | | b Taxable int. Att. Sch. B if reqd . . . . . . | 2b | 5. |
| 3a | Qualified dividends . . . . . . . . . . | 3a | | b Ordinary div. Att. Sch. B if reqd . . . . . . | 3b | |
| 4a | IRA distributions . . . . . . . . | 4a | | b Taxable amount . . . . . . . . . . . . . . | 4b | |
| c | Pensions and annuities . . . . . . | 4c | | d Taxable amount . . . . . . . . . . . . . . | 4d | |
| 5a | Social security benefits . . . . . . . . | 5a | | b Taxable amount . . . . . . . . . . . . . . | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . ▶ [ ] | 6 | |
| 7a | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7a | |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . . . . ▶ | 7b | 5. |
| 8a | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . . . . . . . . . . . . | 8a | |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . . . . . ▶ | 8b | 5. |
| 9 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . | 9 | 12,200. |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . . | 10 | |
| 11a | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11a | 12,200. |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . . . . . . . . . | 11b | 0. |

**Standard Deduction for —**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under *Standard Deduction,* see instructions.

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Form 1040 (2019)

FDIA0112L  10/07/19

# Tax Returns

Tax Returns 2022

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 236
MEMPHIS TN 38101-0236

In reply refer to: 0539300000
Dec. 13, 2022 LTR 2645C K0
***-**-3012 201912 30
Input Op: 0309926218 00014802
BODC: WI

BASSEM EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612-8114

Taxpayer identification number: ***-**-3012
Tax periods: Dec. 31, 2019
Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Oct. 05, 2022.

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you prefer, you can write to that office at the address we provided in this letter.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

# Tax Returns

CPA letter confirming Tax
Returns was filed

---

**SHENOUDA & ASSOCIATES, LLP**
**16377 BEACH BLVD., SUITE 222**
**HUNTINGTON BEACH, CA 92648**
**(714) 842-5045**

September 15, 2022

Bevern El-Maliakh
116 Rockefeller
Irvine, CA 92612

Dear Beveen,

Your 2021 Federal Income Tax Return was acknowledged as accepted by the Internal Revenue Service. No tax is payable with the filing of this return. The refund of $1,400 will be directly deposited into your checking account.

Your 2021 California Individual Income Tax Return was acknowledged as accepted by the State of California on . There is a balance due of $3,300. The balance due will be directly withdrawn from your bank account once the State of California has processed the return.

Please be sure to call if you have any questions.

Sincerely,

Helan Shenouda, MBA

Visit us online:
www.shenoudallp.com
www.facebook.com/ShenoudaLLP
www.twitter.com/ShenoudaLLP

Access Your Tax Returns and Tax Documents Securely Anytime:
https://shenoudallp.smartvault.com/
(Request Invite From Our Office)

EXHIBIT 3



## INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB

### MEMBERS' CONDOMINIUM OWNERS POLICY – FORM 6
### PROPERTY INSURANCE POLICY DECLARATIONS

#### Evidence of Insurance
Policy contains 438BFU, printed on next page, in favor of Mortgagee shown.

**MORTGAGEE**
ADDITIONAL OWNERS INTEREST
US TRUSTEE
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST SUITE 7160
SANTA ANA CA 92701

**LOAN NUMBER**

**POLICY NUMBER**
~~20189~~

**NAMED INSURED AND MAILING ADDRESS**
BASSEM EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612

**LOCATION OF PREMISES (IF DIFFERENT FROM MAILING ADDRESS)**

☐ **PROPERTY INSURANCE POLICY DECLARATIONS**
EFFECTIVE DATE OF THIS POLICY 10262022    12:01 A.M.
(PACIFIC STANDARD TIME)
EXPIRATION DATE OF THIS POLICY10262023    12:01 A.M.
(PACIFIC STANDARD TIME)

**ANNUAL PREMIUM $**

☐ **AMENDMENT OF PROPERTY INSURANCE DECLARATIONS
ENDORSEMENT**
EFFECTIVE DATE    12:01 A.M
(PACIFIC STANDARD TIME)
EXPIRATION DATE OF THE POLICY    12.01 A.M.
(PACIFIC STANDARD TIME)

**COVERAGES AND LIMITS OF LIABILITY**

**PART I - PROPERTY COVERAGES**

| | |
|---|---|
| COVERAGE A – BUILDING PROPERTY | 82000 |
| OTHER PERILS DEDUCTIBLE | 5000 |
| WATER DEDUCTIBLE | 5000 |

**PROVISIONS**
This form is not a contract of insurance  The provisions of the policy shall prevail in all respects. All premiums for the insurance policy shall be computed in accordance with the Interinsurance Exchange of the Automobile Club rules, forms, premiums and minimum premiums applicable to the insurance afforded which are in effect at the inception of the insurance policy and upon each anniversary thereof, including the date of interim changes. The insurance policy does not become effective unless and until escrow closes, the named insured has an ownership interest in the residence premises, and the premium is paid or reserved in an escrow account. If the insurance protection evidenced herein terminates, the mortgagee will be given notice in accordance with the standard mortgagee clause (438BFU)

*ACSC Management Services, Inc.*
**ATTORNEY-IN-FACT**

**FOR QUESTIONS OR CHANGES CALL**
8720  01/16

- - - - - - - - - - - - - - - - - - - - - - - - - - DETACH HERE AND RETURN WITH PREMIUM PAYMENT - - - - - - - - - - - - - - - - - - - - - - - - -

**INTERINSURANCE EXCHANGE of the**
Automobile Club of Southern California
MAILING ADDRESS: P.O. Box 25448 SANTA ANA, CALIFORNIA 92799-5448

**NOTICE OF
PREMIUM DUE**

**LOAN NUMBER**

**POLICY NUMBER**
CHO183020189

**DUE DATE**

**PLEASE PAY THE PREMIUM
DUE BEFORE OR ON THE
DUE DATE**

BASSEM EL MALLAKH

**PREMIUM DUE**

**MAKE CHECK PAYABLE TO
ACSC**

# Insurance



Car and Home Insurance
2023

Insurance

Medical Insurance 2022



blue california

601 12th Street
Oakland, CA 94607

November 28, 2022

Update to your Blue Shield of California 2022 coverage for Silver 87 PPO Jan-22

NAME: BASSEM ELMALLAWH
MEMBER ID#: 91368111

Updates to your 2022 coverage

Dear Member,

This is an endorsement to your Blue Shield of California (Blue Shield) plan. It updates your coverage to reflect recent changes to laws that apply to your 2022 Blue Shield plan. The pages enclosed show exactly how and where we revised your plan documents.

Review this endorsement and refer to it when you access your plan documents. Make sure to keep it with the rest of your records. You can access your plan documents online at blueshieldca.com/policies.

If you have questions about the update, please contact member services at the number on the back of your Blue Shield member ID card.

Thank you for choosing Blue Shield. We look forward to continuing to meet your health coverage needs.

Sincerely,

Patrice Bergman
Vice President and General Manager

Blue Shield of California is an independent member of the Blue Shield Association

A54367IFP_1022

EXHIBIT 4

# Wells Fargo Combined Statement of Accounts

September 30, 2022 ■ Page 1 of 6



BASSEM VICTOR EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612-6114

## Questions?

Available by phone 24 hours a day, 7 days a week.
We accept all relay calls, including 711
**1-800-742-4932**
En español: 1-877-727-2932

Online: wellsfargo.com

Write:    Wells Fargo Bank, N.A. (114)
          P.O. Box 6995
          Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☑ |

## Other Wells Fargo Benefits

### From Wells Fargo Home Mortgage

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

Sheet Seq = 0100191
Sheet 00091 of 00003

Created With Tiny Scanner



**CHASE**

JP Morgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 78265-9754

Questions?
✉ chase.com
☎ 1-800-935-9935
We accept operator relay calls

10/28/2022

**BASSEM V ELMALLAKH**
**116 ROCKEFELLER**
**IRVINE, CA 92612-8114**

## Update:    We closed your account

Your account ending in 7332

*Dear Bassem Elmallakh*

Thank you for your recent inquiry about your account. We closed your account above on 09/20/2022
If you have questions, please call us at 1-800-935-9935 or visit any of our branches.

Sincerely,

**Customer Service**

©2019 JPMorgan Chase Bank, N.A. Member FDIC
M1005-01 (09/19)

Created With Tiny Scanner

# EXHIBIT 5

California Driver License



EXHIBIT 6

# Car Registration

[redacted]

DEPARTMENT OF MOTOR VEHICLES
A Public Service Agency

REGISTRATION CARD VALID FROM: 08/26/2022 TO: 08/26/2023

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|---|
| MERZ | 2016 | 0000 | JC | 2016 | 170 | 11 | [redacted] |

BODY TYPE MODEL 4D   MP G   MO EA   VEHICLE ID NUMBER [redacted]

TYPE VEHICLE USE AUTOMOBILE   DATE ISSUED 01/18/23   CC/ALCO 30   DT FEE RECVD 01/18/23   PIC 8   STICKER ISSUED J3286246

PR EXP DATE: 08/26/2022

AMOUNT PAID $ 376.00

REGISTERED OWNER
ELMALLAKH BASSEM E
116 ROCKEFELLER

IRVINE
CA 92612

AMOUNT DUE $ 376.00   CAS   AMOUNT RECVD

LIENHOLDER
TD AUTO FIN LLC
PO BX 997551

SACRAMENTO
CA 95899

THE GREAT SEAL OF THE STATE OF CALIFORNIA

DO NOT WET STICKER. SEE BACK OF STICKER FOR INSTRU PUT YEAR STICK PLATE

CA 2023 J 3286246 ACTM

CALIFORNIA 1SAM123

H01 616 B5 0037600 0015 CS H01 011823 11 7VIM280 746



EXHIBIT 7

# Gas Bills



Gas Bills from August
To November 2022

# Gas Bills



EXHIBIT 8

# Water Bills



Water bill for August 2022

# Water Bills

Water bill for September 2022



# Water Bills

Water bill for October 2022

# Water Bills



Water bill for November 2022

# Water Bills



Water bill for January 2023

EXHIBIT 9

Insurance



Medical Insurance Card

EXHIBIT 10

# Food Delivery



Uber Eats receipts

# Food Delivery

Uber Eats receipts
Examples



EXHIBIT 11

# Gym Check in's



Gym Check-ins at LA fitness location: 3021 Michelson Dr, Irvine, CA September to December 2022 dates

# Gym Check in's



Gym Check-ins at LA fitness location: 3021 Michelson Dr, Irvine, CA May to August 2022 dates

# EXHIBIT 12

# Find my iPhone GPS device



Find my iPhone GPS
locator device on the
iPhone IOS

EXHIBIT 13

# Travel

From Orange county to
San Fran on September
08 2022



2/2/23 1:41 AM

Find Your confirmation receipt IRPAYOT for your flight to San Francisco on 9/8/22

| Thu, Sep 08 04:00 PM | | Thu, Sep 08 05:25 PM |
|---|---|---|
| **SNA** | ✈ | **SFO** |
| Orange County/Santa Ana | | San Francisco |

**Summary of airfare charges**

Bassem Elmallakh
*Mileage Plan # join Mileage Plan not add to reservation*
Ticket 0272310620554

| Base fare and surcharges | $14.65 |
|---|---|
| Taxes and other fees | $15.70 |
| Per person total | $30.35 |

Alexander Hanna
*Mileage Plan # join Mileage Plan and add to reservation*
Ticket 0272310620556

| Base fare and surcharges | $14.65 |
|---|---|
| Taxes and other fees | $15.70 |
| Per person total | $30.35 |

**Total charges for air travel** | **$60.70**

# Travel

From Orange county to San Fran on September 08 2022

2/28/23 1:41 AM

Find Your confirmation receipt IRPWOT for your flight to San Francisco on 9/8/22

✈

## Bassem, you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online. With Mileage Plan™, you earn a mile for every mile flown. Don't miss out on miles, join Mileage Plan now.

MANAGE TRIP

Confirmation code
**IRPWOT**

**Traveler(s)**
Bassem Elmallakh
Seat 19A, Class L (Coach)

Alexander Hanna
Seat 19B, Class L (Coach)

**Alaska**
Flight 3454
Embraer ERJ 175

Flight Operated by SkyWest Airlines as AlaskaSkyWest. Check in with Alaska Airlines

EXHIBIT 14



Amazon packages

Amazon Prime family
account receipts





# Amazon packages

Amazon Prime family account receipts



Amazon packages

Amazon Prime family account receipts

# Amazon packages

Amazon Personal account- ( non-Prime Service ) takes longer time to deliver packages



# EXHIBIT 15



FedEx Office

3992 Barranca Pkwy Ste A
Irvine, CA 92606
(949) 552-1717

Terminal: 059GMIX04
9/19/2022 19:22
Receipt #: 059461M2952
Type: Purchase

| Qty | Description | Amount |
|-----|-------------|--------|
| 18 | Self Serve Scan | 8.82 |
| | 8.5x11/14, 11x17 | |

| | SubTotal | 8.82 |
| | District tax | 0.04 |
| | City tax | 0.00 |
| | County tax | 0.11 |
| | State tax | 0.53 |
| | Total | USD $9.50 |

Acct #:************1451
VISA DEBIT
Mode: Issuer
Auth No.: 011522
Chip Read
AID: A000000031010
NO CVM
CVM Result: 5F0002
TVR: 8000008000
IAD: 06011203608000
TSI: 6800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.

**FedEx Office**

Tell us how we're doing and
receive $5 off your next $30
print order* Complete our survey
by scanning the QR code below,
visit fedex.com/wellisten.

Offer expires 12/31/2022

*$5 off print order of $30.00 or more. Discount applies to orders placed
in a FedEx Office store or online through FedEx Office® Print Online.
Offer is valid at time of purchase only, on cash value and may not be
discounted or credited toward past or future purchases, discount cannot
be used in combination with custom-bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the following
products and services: Braking only orders, self-service print, photo
station, fax or scan, direct mail, USPS® or postage. Does not apply to
shipping, Custom Branded boxes, rush or delivery charges. Does not
apply to retail products. No cash value. Offer void where prohibited or
restricted by law. Products, services and hours may vary by location.
© 2021 FedEx. All rights reserved. Offer expires 12/31/2022.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
fedex.com/officeservices/terms for details.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENT 960 BAY DR, LLC'S OBJECTION TO  DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _3|21|23_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
U.S. Trustee
Nancy S. Goldenberg
411 W. Fourth St., Ste. 7160
Santa Ana, CA 92701

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _3|21|23_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _3|21|23_ | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**