MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:  (310) 271-6223
Facsimile:  (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor,
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br>　　　Debtor and Debtor-in-Possession. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>**DECLARATION OF REEM HANNA IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION**<br><br>Date:　March 30, 2023<br>Time:　11:00 a.m.<br>Place:　411 West Fourth Street<br>　　　　Courtroom 5B<br>　　　　Santa Ana, CA 92701<br><br>Via Tele/Videoconference on Zoom |

## DECLARATION OF REEM HANNA

I, Reem Hanna, declare and state as follows:

1.　I am the sister of Debtor Bassem Victor El Mallakh. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.　I live at 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property"). with my brother Bassem who is the Debtor in this case. The Rockefeller Property has

1

three (3) bedrooms. I sleep in one (1) bedroom, my son sleeps one (1) bedroom, and Bassem sleeps in one (1) bedroom. I pay Bassem $4,000 per month in rent to live in the Rockefeller Property with him.

3. Since I started living at the Rockefeller Property on or about mid-2018, Bassem has always lived at the Rockefeller Property with me there.

4. On September 19, 2022, when Bassem filed his Chapter 11 case, Bassem was living at the Rockefeller Property with me and my son, and Bassem continues to reside there as his primary residence thereafter.

5. From on or about 2016 through 2021, Bassem was working in Santa Monica at 525 Broadway, Santa Monica, CA 90410 (the "Santa Monica Property") and due to the commute between Santa Monica and Orange County, Bassem would sleep some evenings at the Santa Monica Property if he had to work late and was too tired to drive back home to the Rockefeller Property. However, the Rockefeller Property was and always has been Bassem's primary residence.

6. In the previous depositions I did in connection with Belgium's claims against Bassem, the questions Belgium's counsel asked me were in regards to whether Bassem was served at the Rockefeller Property.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March 21, 2023 at 5:32 Chicago.

_____
Reem Hanna

2

DECLARATION OF REEM HANNA IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF REEM HANNA IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

**2. SERVED BY UNITED STATES MAIL**:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE