MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:  (310) 271-6223
Facsimile:   (310) 271-9805
michael.berger@bankruptcypower.com

Counsel for Debtor,
Bassem Victor El Mallakh

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | CASE NO.: 8:22-bk-11605-TA |
|---|---|
| BASSEM VICTOR EL MALLAKH, | Chapter 11 |
| Debtor and Debtor-in-Possession. | **DECLARATION OF ESSAM EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** |
| | Date:   March 30, 2023<br>Time:  11:00 a.m.<br>Place:  411 West Fourth Street<br>         Courtroom 5B<br>         Santa Ana, CA 92701 |
| | Via Tele/Videoconference on Zoom |

## DECLARATION OF ESSAM VICTOR EL MALLAKH

I, Essam El Mallakh, declare and state as follows:

1.   I am the father of the Debtor, Bassem Victor El Mallakh. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.   On September 19, 2022, I went to Fedex with my son Bassem for Bassem to sign the bankruptcy petition and other commencement documents. I purchased a pen

1

DECLARATION OF ESSAM EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

that Bassem needed to sign his documents. Attached as **Exhibit "1"** is a true and correct copy of my Fedex receipt from September 19, 2022, from the Fedex store located at 3992 Barranca Park Ste A, Irvine, CA 92606 where I was with Bassem when he signed the bankruptcy documents.

3. Over the past few years, I regularly visited Bassem and my daughter Reem and Reem's son (my grandson) who live with Bassem at 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property"). I visit them about every six (6) months. When I visit them, I stay at the Rockefeller Property. The Rockefeller Property is a three (3) bedroom townhouse. During my visits, my daughter sleeps in one bedroom with my grandson, I sleep in my grandson's room and Bassem sleeps in the third bedroom.

4. As far as I am aware, based on my visits to the United States, Bassem lives at the Rockefeller Property. Bassem was living at the Rockefeller Property on September 19, 2022, and he continues to reside at the Rockefeller Property as his principal residence.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March __21_, 2023 at_____Egypt_____.

_____
Essam El Mallakh

DECLARATION OF ESSAM EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

# EXHIBIT 1



## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ESSAM EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**