## TOTAL DISBURSEMENTS FOR FEBRUARY 2023

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/1/2023 | | Chase | Wire Fee | $15.00 |
| 2/2/2023 | | Central Park West | HOA | $166.00 |
| 2/13/2023 | | Townes At Centra | HOA | $265.00 |
| 2/13/2023 | | Chase Withdrawal | Mortgage | $2,028.21 |
| 2/14/2023 | | AAA Insurance | Car insurance | $82.87 |
| 2/15/2023 | | TD Auto Finance | Car payment | $423.52 |
| 2/27/2023 | | AAA Insurance | Car insruance | $82.87 |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $3,063.47 |

## TOTAL RECEIPTS FOR FEBRUARY 2023

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 2/1/2023 | | Debtor | Rental income | $4,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | $4,000.00 |

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 10, 2023 through February 07, 2023
Account Number:  5650



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00020754 DRE 703 219 03923 NNNNNNNNNNN  1 000000000 05 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE 22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114

## CHECKING SUMMARY | Chase Total Checking

| | AMOUNT |
|---|---:|
| Beginning Balance | $4,629.67 |
| Deposits and Additions | 4,037.70 |
| ATM & Debit Card Withdrawals | -590.18 |
| Electronic Withdrawals | -370.68 |
| Other Withdrawals | -2,028.21 |
| Fees | -15.00 |
| **Ending Balance** | **$5,663.30** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $4,629.67 |
| 01/17 | Purchase Return      01/17 Office De 2747 Campus Irvine CA Card 2884 | 37.70 | 4,667.37 |
| 01/17 | Card Purchase With Pin  01/14 Mothers Market Irvine CA Card 2884 | -8.30 | 4,659.07 |
| 01/17 | Card Purchase With Pin  01/16 Office De 2747 Campus Irvine CA Card 2884 | -37.70 | 4,621.37 |
| 01/17 | Card Purchase With Pin  01/16 Target T- 2300 Park Av Tustin CA Card 2884 | -23.20 | 4,598.17 |
| 01/18 | Card Purchase      01/17 Amzn Mktp US*Qn9Mw0C Amzn.Com/Bill WA Card 2884 | -28.00 | 4,570.17 |
| 01/18 | Card Purchase      01/17 Mothers Market & Kitch 714-5496400 CA Card 2884 | -22.00 | 4,548.17 |
| 01/18 | Card Purchase      01/17 Luna Grill 035 Irvine CA Card 2884 | -28.54 | 4,519.63 |
| 01/18 | Central Park Wes Web Pmts   Qpqdd3      Web ID: 9000497005 | -204.68 | 4,314.95 |
| 01/18 | 01/18 Withdrawal | -2,028.21 | 2,286.74 |
| 01/19 | Card Purchase      01/18 Fsi*TD Auto Finance 888-939-9876 MI Card 2884 | -423.52 | 1,863.22 |
| 01/24 | Card Purchase With Pin  01/24 Mothers Market Irvine CA Card 2884 | -18.92 | 1,844.30 |
| 02/01 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow000029078322 37 Bbi=/Chgs/USD0,00/ Imad: 0201l1B7031R002140 Trn: 0076920032Ff | 4,000.00 | 5,844.30 |
| 02/01 | Domestic Incoming Wire Fee | -15.00 | 5,829.30 |
| 02/02 | Central Park Wes Web Pmts   Zvhgf3      Web ID: 9000497005 | -166.00 | 5,663.30 |
| | **Ending Balance** | | **$5,663.30** |

Page 1 of 2

# CHASE 🟦

January 10, 2023 through February 07, 2023

Account Number: ██████████5650

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $1,844.30)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $3,522.01)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 08, 2023 through March 07, 2023

Account Number: ▇▇▇▇5650

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00020626 DRE 703 219 06723 NNNNNNNNNNN  1 000000000 05 0000
BASSEM V ELMALLAKH
DEBTOR IN POSSESSION CASE 22-11605
116 ROCKEFELLER
IRVINE CA 92612-8114

## CHECKING SUMMARY   Chase Total Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$5,663.30** |
| Deposits and Additions | 4,000.00 |
| ATM & Debit Card Withdrawals | -652.25 |
| Electronic Withdrawals | -2,670.97 |
| Other Withdrawals | -2,028.21 |
| Fees | -15.89 |
| **Ending Balance** | **$4,295.98** |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $5,663.30 |
| 02/13 | Townes At Centra Payments           PPD ID: 1272860667 | -265.00 | 5,398.30 |
| 02/13 | 02/13 Withdrawal | -2,028.21 | 3,370.09 |
| 02/14 | Card Purchase          02/13 Aaa CA Insurance 800-765-0766 CA Card 2884 | -84.01 | 3,286.08 |
| 02/15 | Card Purchase          02/14 Fsi*TD Auto Finance 888-939-9876 MI Card 2884 | -423.52 | 2,862.56 |
| 02/27 | Recurring Card Purchase 02/27 Aaa CA Insurance - R 800-924-6141 CA Card 2884 | -82.87 | 2,779.69 |
| 03/01 | Card Purchase With Pin  02/28 Mothers Market Irvine CA Card 2884 | -17.09 | 2,762.60 |
| 03/02 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Truvite, Inc CA 92612 Ref: Chase Nyc/Ctr/Bnf=Bassem V Elmallakh Debtor IN Irvine CA 92612-8114 US/Ac-000000009035 Rfb=Ow000029951429 02 Bbi=/Chgs/USD0,00/ Imad: 0302I1B7033R001415 Trn: 0075150061Ff | 4,000.00 | 6,762.60 |
| 03/02 | Central Park Wes Web Pmts   Yryph3       Web ID: 9000497005 | -166.00 | 6,596.60 |
| 03/02 | Domestic Incoming Wire Fee | -15.00 | 6,581.60 |
| 03/03 | 03/03 Online Payment 16700233257 To Freedom Mortgage | -2,028.21 | 4,553.39 |
| 03/03 | 03/03 Online Payment 16700318471 To TD Auto Finance | -211.76 | 4,341.63 |
| 03/03 | Card Purchase With Pin  03/03 Hudsonnews St1247 Carson CA Card 2884 | -14.98 | 4,326.65 |
| 03/06 | Card Purchase          03/05 Unifree Ist 8107 / M Istanbul Card 2884 Tr Lira 556.72 X 0.05349188 (Exchg Rte) | -29.78 | 4,296.87 |
| 03/06 | Foreign Exch Rt ADJ Fee 03/05 Unifree Ist 8107 / M Istanbul Card 2884 | -0.89 | 4,295.98 |
| | **Ending Balance** | | **$4,295.98** |

Page 1 of 2



February 08, 2023 through March 07, 2023

Account Number: ███████████5650

A Monthly Service Fee was **not** charged to your Chase Total Checking account. Here are the three ways you can avoid this fee during any statement period.

- **Have electronic deposits made into this account totaling $500.00 or more, such as payments from payroll providers or government benefit providers, by using (i) the ACH network, (ii) the Real Time Payment network, or (iii) third party services that facilitate payments to your debit card using the Visa or Mastercard network.**
  (You did not have an electronic deposit this statement period)

- **OR, keep a balance at the beginning of each day of $1,500.00 or more in this account.**
  (Your lowest beginning day balance was $2,762.60)

- **OR, keep an average beginning day balance of $5,000.00 or more in qualifying linked deposits and investments.**
  (Your average beginning day balance of qualifying linked deposits and investments was $3,827.36)

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**