PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Nancy.Goldenberg@usdoj.gov

**FILED & ENTERED**

MAR 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re:

**Bassem Victor El Mallakh,**

Debtor.

CASE NUMBER: **8:22-bk-11605-TA**

CHAPTER 11

ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7

DATE:    March 30, 2023
TIME:    11:00 a.m.
CTRM:    Via ZoomGov Videoconference

Hearings on the Motion of the United States Trustee to Dismiss Case or Convert to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112 (the "Motion") were held by the Court on March 15, 2023, and March 30, 2023.  Nancy S. Goldenberg, Esq. appeared on behalf of the United States Trustee, Michael J. Berger, Esq. appeared on behalf of the Debtor and Patrick Miller, Esq. appeared on behalf of Belgium Investments 960 Bay Dr., LLC.

Based upon all pleadings and papers on file in this matter and argument of counsel:

//

//

**IT IS HEREBY ORDERED THAT** the Motion is granted and the Chapter 11 case of *Bassem Victor El Mallakh*, 8:22-bk-11605 TA is converted to a case under Chapter 7

**IT IS ORDERED.**

###

Date: March 30, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge