PETER ANDERSON
UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
411 WEST FOURTH STREET, SUITE 7160
SANTA ANA, CALIFORNIA 92701
TELEPHONE: (714) 338-3400
FAX: (714) 338-3421

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| IN RE: | CASE NO.: **8:22-bk-11605 TA** |
|---|---|
| **BASSEM VICTOR EL MALLAKH,** | CHAPTER 7 |
| Debtor. | NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS TRUSTEE |

PURSUANT TO 11 U.S.C. § 701 and 11 U.S.C. §322

Weneta Kosmala
Jamboree Plaza
4425 Jamboree, Suite 183
Newport Beach, CA 92660

is appointed Interim Trustee in the above captioned matter and is hereby designated to preside at the meeting of creditors. This case is covered by the Chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: 3/31/2023

PETER ANDERSON
**United States Trustee**

I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. § 101(14), and on this basis, I hereby accept my appointment as Interim Trustee. I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: March 31, 2023

WENETA KOSMALA
Interim Trustee