United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11605-TA |
| Bassem Victor El Mallakh | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 30, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 01, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Patrick Miller | on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com |
| Randall P Mroczynski | |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Mar 30, 2023 | Form ID: pdf042 | Total Noticed: 1

on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov

TOTAL: 7

PETER C. ANDERSON
United States Trustee
Nancy S. Goldenberg (Bar No. 167544)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Nancy.Goldenberg@usdoj.gov

**FILED & ENTERED**

MAR 30 2023

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**Bassem Victor El Mallakh,**<br><br><br><br><br>Debtor. | CASE NUMBER:  **8:22-bk-11605-TA**<br><br>CHAPTER 11<br><br>ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7<br><br>DATE:    March 30, 2023<br>TIME:    11:00 a.m.<br>CTRM:   Via ZoomGov Videoconference |

Hearings on the Motion of the United States Trustee to Dismiss Case or Convert to One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112 (the "Motion") were held by the Court on March 15, 2023, and March 30, 2023.  Nancy S. Goldenberg, Esq. appeared on behalf of the United States Trustee, Michael J. Berger, Esq. appeared on behalf of the Debtor and Patrick Miller, Esq. appeared on behalf of Belgium Investments 960 Bay Dr., LLC.

Based upon all pleadings and papers on file in this matter and argument of counsel:

//

//

**IT IS HEREBY ORDERED THAT** the Motion is granted and the Chapter 11 case of *Bassem Victor El Mallakh*, 8:22-bk-11605 TA is converted to a case under Chapter 7

**IT IS ORDERED.**

###

Date: March 30, 2023

Theodor C. Albert
United States Bankruptcy Judge