MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271-6223 |
F: (310) 271-9805
E: michael.berger@bankruptcypower.com

Attorney for Debtor
Bassem Essam Victor El Mallakh

**FILED & ENTERED**

**MAY 05 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Bassem Essam Victor El Mallakh,<br><br>    Debtor. | CASE NO.: 8:22-bk-11605-TA<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL**<br><br>Date:    May 2, 2023<br>Time:    11:00 a.m.<br>Courtroom: 5B<br>Place:    411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

//

//

//

//

//

The court having reviewed the Motion to Withdraw as Counsel filed by the Law Offices of Michael Jay Berger for Debtor Bassem Essam Victor El Mallakh ("Motion") [docket no.: 167] and good cause appearing,

IT IS HEREBY ORDERED, that the Motion is Granted.

###

Date: May 5, 2023

Theodor C. Albert
United States Bankruptcy Judge