United States Bankruptcy Court

Central District of California

In re:  Case No. 22-11605-TA

Bassem Victor El Mallakh  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 2
Date Rcvd: May 05, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:

**Name**      **Email Address**

Benjamin Heston
     on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Chad L Butler
     on behalf of Interested Party Courtesy NEF caecf@tblaw.com

Michael Jay Berger
     on behalf of Debtor Bassem Victor El Mallakh michael.berger@bankruptcypower.com
     yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Nancy S Goldenberg
     on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Patrick Miller
     on behalf of Creditor Belgium Investments 960 Bay Dr  LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski
     on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: May 05, 2023 | Form ID: pdf042 | Total Noticed: 1 |

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)
    ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 8

MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: (310) 271-6223 |
F: (310) 271-9805
E: michael.berger@bankruptcypower.com

Attorney for Debtor
Bassem Essam Victor El Mallakh

**FILED & ENTERED**

**MAY 05 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

Bassem Essam Victor El Mallakh,

   Debtor.

CASE NO.:  8:22-bk-11605-TA

Chapter 7

**ORDER GRANTING MOTION TO WITHDRAW AS DEBTOR'S BANKRUPTCY COUNSEL**

Date:  May 2, 2023
Time:  11:00 a.m.
Courtroom: 5B
Place:  411 West Fourth Street
Santa Ana, CA 92701-4593

//

//

//

//

//

The court having reviewed the Motion to Withdraw as Counsel filed by the Law Offices of Michael Jay Berger for Debtor Bassem Essam Victor El Mallakh ("Motion") [docket no.: 167] and good cause appearing,

IT IS HEREBY ORDERED, that the Motion is Granted.

###

Date: May 5, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge