PATRICK MILLER
Email: Patrick.miller@impactadvocateslaw.com
Impact Advocates APC
121 S Oak Ave, Pasadena, CA 91107
Telephone:    213-364-7581

Attorney for Judgement Creditor
BELGIUM INVESTMENTS 960 BAY DR,
LLC A CALIFORNIA CORP.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Bassem Victor El Mallakh | Case No 8:22-bk-11605-TA<br>Chapter 7 |
| | **NOTICE OF THE HEARING ON ITS MOTION FOR SANCTIONS DUE TO THE DEBTOR'S PERJURY**<br><br>**Date**: 27 June 2023<br>**Time**: 11am |

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that Creditor, Belgium Investments 960 Bay Dr, LLC, a California Corp. ("**Belgium**"), has scheduled the hearing on its MOTION FOR SANCTIONS DUE TO DEBTOR'S PERJURY [Docket# 154] to be held remotely via Zoom at 11am on 27 June 2023. Any response regarding this Motion is due within 14 days of the date of the hearing.

Dated:        12 May 2023                                                Impact Advocates APC

                                                                                        *[signature]*

                                                                                        By_____
                                                                                        Patrick Miller
                                                                                        Attorney for Belgium Investments

PROOF OF ELECTRONIC SERVICE

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 121 S Oak Ave, Pasadena, CA 91107.

A true and correct copy of the foregoing described as **NOTICE OF HEARING ON ITS MOTION FOR SANCTIONS DUE TO THE DEBTOR'S PERJURY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d) (<u>through electronic filing</u>); **(b)** on the Debtor through mailing at his address at 116 Rockefeller, Irvine, CA, 92612; and **(c)** in the manner stated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/11/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger on behalf of Debtor Bassem Victor El Mallakh
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Chad L Butler on behalf of Interested Party Courtesy NEF
caecf@tblaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

| | |
|---|---|
| 1 | |
| 2 | Benjamin Heston on behalf of Interested Party Benjamin Heston |
| 3 | bhestonecf@gmail.com, |
| 4 | benheston@recap.email,NexusBankruptcy@jubileebk.net |
| 5 | |
| 6 | Patrick Miller on behalf of Creditor Belgium Investments 960 Bay Dr, |
| 7 | LLC A California Corp. |
| 8 | patrick.miller@impactadvocateslaw.com |
| 9 | |
| 10 | Randall P Mroczynski on behalf of Creditor TD Bank, N.A., successor in |
| 11 | interest to TD Auto Finance LLC |
| 12 | randym@cookseylaw.com |
| 13 | |
| 14 | United States Trustee (SA) |
| 15 | ustpregion16.sa.ecf@usdoj.gov |
| 16 | |
| 17 | Weneta M.A. Kosmala (TR) |
| 18 | c/o Law Offices of Weneta M.A. Kosmala |
| 19 | ecf.alert+Kosmala@titlexi.com |
| 20 | (Trustee) |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 5/12/2022, at Pasadena, California.

Patrick Miller