Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
15615 Alton Parkway #210
Irvine, CA 92618
Tel:   (888) 733-4455
Fax:  (714) 733-4450
bb@redhilllawgroup.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| In re:<br><br>Bassem Victor El Mallakh,<br><br><br>                Debtor. | Case No: 8:22-bk-11605-TA<br><br>Chapter 7<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |
|---|---|

1. The name of the party making this Substitution of Attorney: Bassem Victor El Mallakh

2. The name, address, telephone number, and email address of the new attorney are:

Bert Briones, 15615 Alton Pkwy., Ste. 210, Irvine CA 92618,

949-527-3555,

bb@redhilllawgroup.com

3. New attorney appears in the following matters:   the bankruptcy case only.

4. The new attorney is substituted as attorney of record in place instead of the present attorney:

Bassem Victor El Mallakh , PRO SE

Date: 6-12-2023

_____
Signature of party

Name of Party: Bassem Victor El Mallakh

I consent to the above substitution:

Date: 6-12-2023

_____
Signature of present attorney

Name of present attorney: Bassem Victor El Mallakh , PRO SE

I am duly admitted in practice in this district. The above substitution is accepted.

Date: June 12, 2023

/s/ Bert Briones
_____
Signature of new attorney

Name of new attorney:   Bert Briones

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 15615 Alton Parkway, Suite 210, Irvine CA 92618

A true and correct copy of the foregoing document entitled (*specify*): SUBSTITUTION OF ATTORNEY

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:   Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 06/12/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On N/A, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

~~Service information continued on attached page~~

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):   Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 06/12/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor via email notice (E-mail address protected by the Attorney-Client Privilege)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/12/2023 | Robin Lynn Briones | /s/Robin Lynn Briones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Chad L Butler        caecf@tblaw.com

Nancy S Goldenberg        nancy.goldenberg@usdoj.gov

Benjamin Heston        bhestonecf@gmail.com,

benheston@recap.email,NexusBankruptcy@jubileebk.net

Weneta M.A. Kosmala (TR)        ecf.alert+Kosmala@titlexi.com,

wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

Patrick Miller        patrick.miller@impactadvocateslaw.com

Randall P Mroczynski        randym@cookseylaw.com

United States Trustee (SA)        ustpregion16.sa.ecf@usdoj.gov