| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Bert Briones (SBN 237594)<br>**RED HILL LAW GROUP**<br>15615 Alton Parkway, Ste. 210<br>Irvine, California 92618<br>Telephone: (714) 733-4455<br>Facsimile: (714) 733-4450<br>bb@redhilllawgroup.com<br><br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Bassem Victor El Mallakh | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>BASSEM VICTOR EL MALLAKH<br><br><br><br><br>Debtor(s) | CASE NO.: 8:22-bk-11605-TA<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:  EX PARTE MOTION TO CONTINUE HEARING ON MOTION OF CREDITOR BELGIUM INVESTMENTS 960 BAY DR, LLC A CALIFORNIA CORP. FOR RELIEF FROM AUTOMATIC STAY OF ENFORCEMENT** |
|---|---|

PLEASE TAKE NOTE that the order titled  **ORDER GRANTING *EX PARTE* MOTION TO CONTINUE HEARING ON MOTION OF CREDITOR BELGIUM INVESTMENTS 960 BAY DR, LLC A CALIFORNIA CORP. FOR RELIEF FROM AUTOMATIC STAY OF ENFORCEMENT**

was lodged on (*date*) 06/13/23 and is attached.  This order relates to the motion which is docket number 199.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 1                          **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "1"

# EXHIBIT "1"

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, June 13, 2023

CONFIRMATION :

Your Lodged Order Info:
( **11281292.doc** )
  A new order has been added

- **Office**:  Santa Ana
- **Case Title**:  Bassem Victor El Mallakh
- **Case Number**:  22-11605
- **Judge Initial**:  TA
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  199
- **On Date**:  06/13/2023 @ 08:44 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
15615 Alton Parkway, Ste. 210
Irvine, California 92618
Telephone: (714) 733-4455
Facsimile: (714) 733-4450
bb@redhilllawgroup.com

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH<br><br><br><br><br><br>Debtor. | Case No. 8:22-bk-11605-TA<br><br>Chapter 7<br><br>**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE HEARING ON MOTION OF CREDITOR BELGIUM INVESTMENTS 960 BAY DR, LLC A CALIFORNIA CORP. FOR RELIEF FROM AUTOMATIC STAY OF ENFORCEMENT** |

1 | The Court having reviewed and considered the ex parte motion ("Ex Parte Motion") filed
2 | by Bassem Victor El Mallakh, it is hereby
3 | **ORDERED** that:
4 | 1. The Ex Parte Motion is granted.
5 | 2. The hearing on the Motion is hereby continued from June 27, 2023 at 10:30 AM to
6 | August 29, 2023 at 10:30 AM, with all responsive deadlines according to the local rules.
7 | 3. No further notice or hearing shall be necessary to effectuate the foregoing.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:  EX PARTE MOTION TO CONTINUE HEARING ON MOTION OF CREDITOR BELGIUM INVESTMENTS 960 BAY DR, LLC A CALIFORNIA CORP. FOR RELIEFT FROM AUTOMATIC STAY OF ENFORCEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _06/13/23_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _06/13/23_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Debtor via email and Jubilee Notices Automated Court Notice Email Management.
    [Email address protected by the Attorney-Client Privilege]

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 13, 2023 | Bert Briones | /s/ Bert Briones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Chad L Butler on behalf of Interested Party Courtesy NEF
caecf@tblaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)
nancy.goldenberg@usdoj.gov

Benjamin Heston on behalf of Interested Party Benjamin Heston
bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

Weneta M.A. Kosmala (TR)
ecf.alert+Kosmala@titlexi.com,
wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

Patrick Miller on behalf of Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.
patrick.miller@impactadvocateslaw.com

Randall P Mroczynski on behalf of Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC
randym@cookseylaw.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 3     **F 9021-1.2.BK.NOTICE.LODGMENT**