PATRICK MILLER
Email: Patrick.miller@impactadvocateslaw.com
Impact Advocates APC
121 S Oak Ave, Pasadena, CA 91107
Telephone:    213-364-7581

Attorney for Judgement Creditor
BELGIUM INVESTMENTS 960 BAY DR,
LLC A CALIFORNIA CORP.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re Bassem Victor El Mallakh | Case No 8:22-bk-11605-TA
Chapter 7

**NOTICE OF VOLUNTARY DISMISSAL OF CREDITOR'S PREVIOUS MOTION FOR RELIEF FROM AUTOMATIC STAY OF ENFORCEMENT [Dckt 178]**

**TO THE HONORABLE THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND HIS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that Creditor, Belgium Investments 960 Bay Dr, LLC, a California Corp. ("**Belgium**"), has withdrawn and voluntarily dismisses the previous Motion for Relief from Automatic Stay of Enforcement [see Docket #178].

A new Motion for Relief from Automatic Stay of Enforcement has now been filed and is currently scheduled for hearing on 27 June 2023 at 11:00am [see Docket #184].

1

2   Dated:        16 June 2023                                    Impact Advocates APC

3

4

5
                                                                 By_____
6                                                                Patrick Miller
                                                                 Attorney for Belgium Investments
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF ELECTRONIC SERVICE

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action. My business address is 121 S Oak Ave, Pasadena, CA 91107.

A true and correct copy of the foregoing described as **NOTICE OF VOLUNTARY DISMISSAL OF CREDITOR'S PREVIOUS MOTION FOR RELIEF FROM AUTOMATIC STAY OF ENFORCEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d) (through electronic filing); **(b)** in the manner stated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/16/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger on behalf of Attorney Michael Jay Berger

michael.berger@bankruptcypower.com,

yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Bert Briones on behalf of Debtor Bassem Victor El Mallakh

bb@redhilllawgroup.com,

helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net

Chad L Butler on behalf of Interested Party Courtesy NEF

caecf@tblaw.com

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)

nancy.goldenberg@usdoj.gov


Benjamin Heston on behalf of Interested Party Benjamin Heston

bhestonecf@gmail.com,

benheston@recap.email,NexusBankruptcy@jubileebk.net


Patrick Miller on behalf of Creditor Belgium Investments 960 Bay Dr, LLC A California Corp.

patrick.miller@impactadvocateslaw.com


Randall P Mroczynski on behalf of Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC

randym@cookseylaw.com


United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov


Weneta M.A. Kosmala (TR)

c/o Law Offices of Weneta M.A. Kosmala

ecf.alert+Kosmala@titlexi.com

(Trustee)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 6/16/2022, at Pasadena, California.

Patrick Miller