United States Bankruptcy Court

Central District of California

In re:  
Bassem Victor El Mallakh  
    Debtor

Case No. 22-11605-TA  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

**Name**    **Email Address**

Benjamin Heston  
    on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Bert Briones  
    on behalf of Debtor Bassem Victor El Mallakh bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net

Chad L Butler  
    on behalf of Interested Party Courtesy NEF caecf@tblaw.com

Nancy S Goldenberg  
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

Patrick Miller  
    on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski  
    on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf042 | Total Noticed: 1 |

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)
    ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 8

```
 1  Bert Briones (SBN 237594)
    RED HILL LAW GROUP
 2  15615 Alton Parkway, Ste. 210
    Irvine, California 92618
 3  Telephone: (714) 733-4455
    Facsimile: (714) 733-4450
 4  bb@redhilllawgroup.com
 5
 6
 7
```

**FILED & ENTERED**

**JUN 15 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH<br><br><br><br><br>Debtor. | Case No. 8:22-bk-11605-TA<br><br>Chapter 7<br><br>**ORDER** *SETTING A HEARING ON* ~~*GRANTING*~~ *EX PARTE* **MOTION TO CONTINUE HEARING ON MOTION OF CREDITOR BELGIUM INVESTMENTS 960 BAY DR, LLC A CALIFORNIA CORP. TO DISMISS BANKRUPTCY CASE**<br><br>Hearing:<br>Date: June 27, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5B (via ZoomGov) |

     The Court having reviewed and considered the <u>ex parte</u> motion ("Ex Parte Motion") filed by Bassem Victor El Mallakh, it is hereby

     **ORDERED** that:

     1.   ~~The Ex Parte Motion is granted.~~

1  ~~2.    The hearing on the Motion is hereby continued from June 27, 2023 at 10:30 AM to~~
2  ~~July 25, 2023 at 10:30 AM, with all responsive deadlines according to the local rules.~~
3  ~~3.    No further notice or hearing shall be necessary to effectuate the foregoing.~~
4  1.    A hearing will be held on the Ex Parte Motion on the date and time listed above.
5  2.    Any response must be filed by June 22, 2023.
6  3.    The ZoomGov connection information for the hearing is:

7  Video/audio web address:         https://cacb.zoomgov.com/j/1611571786
   ZoomGov meeting number:          161 157 1786
8  Password:                        692831
   Telephone conference lines:      1 (669) 254 5252 or 1 (646) 828 7666

10                                  ###

23  Date: June 15, 2023

    _____
    Theodor C. Albert
    United States Bankruptcy Judge

-2-