United States Bankruptcy Court

Central District of California

In re:                                                                                      Case No. 22-11605-TA

Bassem Victor El Mallakh                                                                     Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                          User: admin                                   Page 1 of 2
Date Rcvd: Jun 15, 2023                       Form ID: pdf042                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

**Recip ID              Recipient Name and Address**
db                  +  Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bert Briones | on behalf of Debtor Bassem Victor El Mallakh bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Patrick Miller | on behalf of Creditor Belgium Investments 960 Bay Dr  LLC A California Corp. patrick.miller@impactadvocateslaw.com |
| Randall P Mroczynski | on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com |

District/off: 0973-8

User: admin

Page 2 of 2

Date Rcvd: Jun 15, 2023

Form ID: pdf042

Total Noticed: 1

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)

ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 8



Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
15615 Alton Parkway, Ste. 210
Irvine, California 92618
Telephone: (714) 733-4455
Facsimile: (714) 733-4450
bb@redhilllawgroup.com

FILED & ENTERED

JUN 15 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re:

BASSEM VICTOR EL MALLAKH

Debtor.

Case No. 8:22-bk-11605-TA

Chapter 7

**ORDER *SETTING HEARING ON* ~~GRANTING~~ *EX PARTE* MOTION TO CONTINUE HEARING ON MOTION OF CREDITOR BELGIUM INVESTMENTS 960 BAY DR, LLC A CALIFORNIA CORP. FOR RELIEF FROM AUTOMATIC STAY OF ENFORCEMENT**

Hearing:
Date: June 27, 2023
Time: 10:30 a.m.
Ctrm: 5B (via ZoomGov)

        The Court having reviewed and considered the ex parte motion ("Ex Parte Motion") filed by Bassem Victor El Mallakh, it is hereby

        **ORDERED** that:

        1.      ~~The Ex Parte Motion is granted.~~

        ~~2.      The hearing on the Motion is hereby continued from June 27, 2023 at 10:30 AM to August 29, 2023 at 10:30 AM, with all responsive deadlines according to the local rules.~~

1    ~~3.    No further notice or hearing shall be necessary to effectuate the foregoing.~~

3    1.    A hearing will be held on the Ex Parte Motion on the date and time listed above.

4    2.    Any response must be filed by June 22, 2023.

5    3.    The ZoomGov connection information for the hearing is:

6    Video/audio web address:       https://cacb.zoomgov.com/j/1611571786
     ZoomGov meeting number:      161 157 1786
7    Password:                    692831
     Telephone conference lines:    1 (669) 254 5252 or 1 (646) 828 7666

9                        ###

23   Date: June 15, 2023

     _____
     Theodor C. Albert
     United States Bankruptcy Judge