B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

**In re**  El Mallakh, Bassem Victor

Case No.  8:22-bk-11605-TA

**Debtor**

Chapter  7

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................................. $9,000.00

   Prior to the filing of this statement I have received ...............................................................

   $4,0000.00

   Balance Due ..................................................................................................................... $5,000.00

2. $338.00 of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify)    Reem Hanna (sister of Debtor)

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   Serving as successor counsel in the bankruptcy case on an hourly basis at $440.00 for principal attorney services, $390.00 to $440.00 for associates, and $150.00 for paralegal services.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border: 1px solid black; padding: 1em;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 06/20/2023 | /s/ Bert Briones |
|---|---|
| *Date* | Bert Briones |
|  | *Signature of Attorney* |
|  | Bar Number: 237594 |
|  | Red Hill Law Group |
|  | 15615 Alton Parkway 210 |
|  | Irvine, CA 92618 |
|  | Phone: (888) 733-4455 |
|  | Red Hill Law Group |
|  | *Name of law firm* |

</div>