MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E: michael.berger@bankruptcypower.com

Former Counsel for Debtor,
Bassem Victor El Mallakh

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA VALLEY DIVISION

| | |
|---|---|
| In re: | CASE NO.: 8:22-bk-11605-TA |
| Bassem Victor El Mallakh | Chapter 7 |
| Debtor. | **AMENDED NOTICE OF HEARING OF SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER** |
| | Date:   July 25, 2023 |
| | Time:   11:00 a.m. |
| | Place:  Courtroom 5B |
| | 411 West Fourth Street |
| | Santa Ana, CA 92701 |

**TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE, CHAPTER 7 TRUSTEE, TO DEBTOR'S CREDITORS AND TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on July 25, 2023, at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5B of the abo1ve-entitled Court located at 411

1

West Fourth Street, Santa Ana, CA 92701, Applicant Michael Jay Berger ("Applicant")

shall and does hereby move the Court for an Order Approving his Second and Final Fee

Application for his fees as Debtor's General Bankruptcy Counsel.

A summary of all fees sought from all previous Fee Applications including the

current Second and Final Application, pursuant to 11 U.S.C. §§ 330 and 331, is as follows:

| Professional | Fee Application | Period | Fees | Costs |
|---|---|---|---|---|
| Law Offices of Michael Jay Berger | First Interim Fee Application | 9/30/2022 – 1/10/2023 | $32,658.50 | $497.68 |
| Law Offices of Michael Jay Berger | Second Final Fee Application | 1/11/2023 – 3/30/2023 | $23,666.00 | $254.36 |

The Application is based upon this Notice of Application, the separately filed

Application, the declarations, all pleadings and records on file in this case, and upon such

other evidentiary matters as may be presented to the Court regarding the Application. If

you desire a copy of the Application, please advise Applicant in writing and a copy will be

provided to you by mail or email. Requests should be sent to:

**MICHAEL JAY BERGER**
**LAW OFFICES OF MICHAEL JAY BERGER**
**9454 Wilshire Boulevard, 6th Floor**
**Beverly Hills, California 90212**
**T: 1.310.271.6223**
**E: michael.berger@bankruptcypower.com**

PLEASE TAKE FURTHER NOTICE that pursuant to *Bankruptcy Local Rule
9013-1*, any party opposing the relief sought by the Application must file a written

opposition setting forth the facts and law upon which the opposition is based and must

appear at the hearing on the Application. Any factual allegations set forth in such written

response must be supported by competent and admissible evidence. Any response or

opposition to the Application must be filed with the Court and served on the Debtors'

counsel at least 14 days prior to the scheduled hearing date on the Application (not

excluding Saturdays, Sundays or legal holidays). Such responses, if any, must be served

on the Debtors' counsel at the address noted in upper left-hand corner of the first page of

2

1  this notice. Pursuant to *Local Bankruptcy Rule 9013-1*, any response not timely filed and

2  served may be deemed by the Court to be consent to the granting of the relief requested by

3  the Application.

4      WHEREFORE, the Applicant respectfully requests that the Court enter its order

5  approving the fees described herein and granting such other and further relief as is just and

6  proper under the circumstances.

7

8  Dated: 6/30/2023          **LAW OFFICES OF MICHAEL JAY BERGER**

9

10      By:    /s/Michael Jay Berger
            Michael Jay Berger
11          Former Counsel for Debtor
            Bassem Victor El Mallakh
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AMENDED NOTICE OF HEARING OF SECOND AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A True And Correct Copy Of The Foregoing Document Entitled (*Specify*): AMENDED **NOTICE OF HEARING OF SECOND AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF MICHAEL JAY BERGER** Will Be Served Or Was Served **(A)** On The Judge In Chambers In The Form And Manner Required By LBR 5005-2(D); And **(B)** In The Manner Stated Below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 6/30/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 6/30/23 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Bassem Victor El Mallakh
116 Rockerfeller St.
Irvine, CA 92612

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 6/30/23 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/30/23 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

Bassem El Mallakh
116 Rockefeller
Irvine CA 92612

**SECURED CREDITORS**

**Belgium Investments 960 Bay Dr, LLC**
c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

**Central Park West Community Association**
c/o Tinnelly Law Group
27101 Puerta Real, Suite 250
Mission Viejo, CA 92691

**Central Park West Community HOA**
401 Rockefeller #208
Irvine, CA 92612

**Central Park West Community HOA**
Alterra Assessment Recovery, LLC
27101 Puerta Real, Ste. 250
Mission Viejo, CA 92691 (Address from POC)

**First Service Residential**
15241 Laguna Canyon Rd.
Irvine, CA 92618

**First Service Residential**
c/o Community Legal Advisors
509 N. Coast Highway
Oceanside, CA 92054

**Freedom Mortgage**
951 Yamato Rd.
Boca Raton, FL 33431

**Freedom Mortgage**
PO Box 50428
Indianapolis, IN 46250

**Freedom Mortgage Corporation**
1455 Frazee Road, Suite 820
San Diego, CA 92108

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346 (Address from POC)

**TD Auto Finance**
6 Atlantis Way

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Lewiston, ME 04240

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

**TD Bank, N.A.**
successor in interest to TD Auto Finance
P.O. Box 16041
Lewiston, ME 04243

**TD Bank N.A.**
c/o CTGD&W
Attn: Randall P. Mroczynski, Esq.
535 Anton Blvd., 10ᵗʰ Fl.
Costa Mesa, CA 92626 (Address from POC)

**The Tones at Central**
Pak West Ass
15241 Laguna Canyon Rd
Irvine, CA 92618

**The Townes at Central Park West Association**
c/o Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, CA 92054 (Address from POC)

**20 LARGEST UNSECURED CREDITORS:**

**Wells Fargo Bank NA**
1 Home Campus Mac X2303-01a
3rd Floor
Des Moines, IA 50328

**Wells Fargo Bank, N.A.**
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438 (Address from POC)

**Wells Fargo Bank, N.A.**
Small Business Lending Division
P.O. Box 29482 MAC S4101-08C
Phoenix, AZ 85038

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**