United States Bankruptcy Court

Central District of California

In re:  Case No. 22-11605-TA

Bassem Victor El Mallakh  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bert Briones | on behalf of Debtor Bassem Victor El Mallakh bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Patrick Miller | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 30, 2023 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski

on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)

ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 9

Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
15615 Alton Parkway, Ste. 210
Irvine, California 92618
Telephone: (714) 733-4455
Facsimile: (714) 733-4450
bb@redhilllawgroup.com

**FILED & ENTERED**

JUN 30 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br><br><br><br>Debtor. | Case No. 8:22-bk-11605-TA<br><br>Chapter 7<br><br>**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE HEARING ON MOTION OF CREDITOR BELGIUM INVESTMENTS 960 BAY DR, LLC A CALIFORNIA CORP. FOR RELIEF FROM AUTOMATIC STAY OF ENFORCEMENT**<br><br>[Dkt. No. 184]<br><br><u>Hearing Held:</u><br><br>Date: June 27, 2023<br>Time: 10:30 AM<br>Ctrm: 5B (via ZoomGov) |

The Court having reviewed and considered the pleadings and oral arguments presented at the hearing on the matter, the ex parte motion ("Ex Parte Motion") filed by Bassem Victor El Mallakh, it is hereby

**ORDERED** that:

1. The Ex Parte Motion is granted.

2. The hearing on the Motion is hereby continued from June 27, 2023 at 10:30 AM to August 24, 2023 at 11:00 AM, with all responsive deadlines according to the local rules.

3. No further notice or hearing shall be necessary to effectuate the foregoing.

###

Date: June 30, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge