United States Bankruptcy Court

Central District of California

In re:                                                                                           Case No. 22-11605-TA

Bassem Victor El Mallakh                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 25, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2023                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bert Briones | on behalf of Debtor Bassem Victor El Mallakh bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Patrick Miller | |

on behalf of Creditor Belgium Investments 960 Bay Dr  LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski

on behalf of Creditor TD Bank  N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)

ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com


TOTAL: 9

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com | **FILED & ENTERED**<br><br>**JUL 25 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY jle          DEPUTY CLERK |
| ☒  Former *Attorney for*: Bassem Victor El Mallakh | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Bassem Victor El Mallakh<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11605-TA<br><br>CHAPTER: 7 |
|---|---|
| | **ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES**<br>   **(11 U.S.C. § 330)** |
| | DATE:  July 25, 2023<br>TIME:  11:00 a.m.<br>COURTROOM: 5B<br>PLACE: 411 West Fourth St., Santa Ana, CA 92701 |

1. Name of Applicant (*specify*): Michael Jay Berger

2. This proceeding was heard at the date and place set forth above and was        ☐ Contested      ☒ Uncontested

3. Appearances were made as follows:

   a.  ☐  Applicant present in court
   b.  ☐  Attorney for Applicant present in court (name):
   c.  ☐  Attorney for United States trustee present in court
   d.  ☐  Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): June 30, 2023.
   Per Court's tentative ruling, the Second and Final Application for Compensation and Reimbursement of Expenses is granted and was unopposed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                              **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:

   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed:  $
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ 23,666.00

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 254.36

   e. (1) ☐ Application is denied
           ☐ in full
           ☐ in part
           ☐ without prejudice
           ☐ with prejudice

      (2) Grounds for denial (specify):


   f. ☐ The court further orders (specify):



                                        ###







Date: July 25, 2023

                              _Theodor C. Albert_
                              _____
                              Theodor C. Albert
                              United States Bankruptcy Judge



This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.