Bert Briones (SBN 237594)
Red Hill Law Group
15615 Alton Pkwy, Suite 210
Irvine, CA 92618
Phone: 714-733-4455
Fax:    714-733-4450
Email: bb@redhilllawgroup.com

Attorney for Debtor Bassem Victor El Mallakh

**FILED & ENTERED**

**JUL 28 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br><br>BASSEM VICTOR EL MALLAKH,<br><br>Debtor. | Case No. 8:22-bk-11605-TA<br><br>Chapter 7<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL TO BASSEM VICTOR EL MALLAKH; L.B.R. 2091-1(a) and 9013-1(p).<br><br>Date:  [not requested]<br>Time:  [not requested]<br>Place: Courtroom 5B<br>       411 West 4th Street<br>       Santa Ana, CA  92701_ |

1

ORDER ON MOTION FOR WITHDRAWAL AS COUNSEL

The court having read and considered the Motion to Withdraw as Counsel for Debtor, Bassem Victor El Mallakh, filed July 27, 2023 as Docket #243 and the Notice of Motion for Order without a Hearing filed on July 27, 2023 as Docket #244 and with good cause shown,

IT IS ORDERED:

1. Motion is Granted;
2. Bert Briones of Red Hill Law Group shall be granted leave of court to withdraw as counsel to Bassem Victor El Mallakh in case number 8:22-bk-11605-TA;
3. Withdrawal of Bert Briones and Red Hill Law Group shall be effective on August 8, 2023.

###

Date: July 28, 2023

Theodor C. Albert
United States Bankruptcy Judge

2

ORDER ON MOTION FOR WITHDRAWAL AS COUNSEL