United States Bankruptcy Court

Central District of California

In re:  
Bassem Victor El Mallakh  
    Debtor

Case No. 22-11605-TA  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 28, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bert Briones | on behalf of Debtor Bassem Victor El Mallakh bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Patrick Miller | |

District/off: 0973-8 User: admin Page 2 of 2
Date Rcvd: Jul 28, 2023 Form ID: pdf042 Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com |
| Randall P Mroczynski | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 9

Bert Briones (SBN 237594)
Red Hill Law Group
15615 Alton Pkwy, Suite 210
Irvine, CA 92618
Phone: 714-733-4455
Fax:    714-733-4450
Email: bb@redhilllawgroup.com

Attorney for Debtor Bassem Victor El Mallakh

**FILED & ENTERED**

JUL 28 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:22-bk-11605-TA |
| | Chapter 7 |
| BASSEM VICTOR EL MALLAKH, | ORDER ON MOTION TO WITHDRAW AS COUNSEL TO BASSEM VICTOR EL MALLAKH; L.B.R. 2091-1(a) and 9013-1(p). |
| Debtor. | |
| | Date:  [not requested] |
| | Time:  [not requested] |
| | Place: Courtroom 5B |
| | 411 West 4th Street |
| | Santa Ana, CA  92701_ |

1

ORDER ON MOTION FOR WITHDRAWAL AS COUNSEL

The court having read and considered the Motion to Withdraw as Counsel for Debtor, Bassem Victor El Mallakh, filed July 27, 2023 as Docket #243 and the Notice of Motion for Order without a Hearing filed on July 27, 2023 as Docket #244 and with good cause shown,

IT IS ORDERED:

1. Motion is Granted;

2. Bert Briones of Red Hill Law Group shall be granted leave of court to withdraw as counsel to Bassem Victor El Mallakh in case number 8:22-bk-11605-TA;

3. Withdrawal of Bert Briones and Red Hill Law Group shall be effective on August 8, 2023.

###

Date: July 28, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge

2

ORDER ON MOTION FOR WITHDRAWAL AS COUNSEL