| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bert Briones (SBN 237594)<br>RED HILL LAW GROUP<br>15615 Alton Pkwy, Suite 210<br>Irvine, CA 92618<br>Tel:  (888) 733-4455<br>Fax: (714) 733-4450<br>Email: bb@redhilllawgroup.com | |

☐ *Respondent appearing without attorney*
☒ *Attorney for Respondent:* Bassem Victor El Mallakh

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>BASSEM VICTOR EL MALLAKH | CASE NO.: 8:22-bk-11605-TA<br><br>CHAPTER: 7 |
|---|---|
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE: 08/24/2023<br>TIME: 11:00 am<br>COURTROOM: 5B<br>PLACE: 411 West Fourth Street<br>Santa Ana, CA 92701-4593 |
| Debtor(s). | |

**Movant:** Belgium Investments 960 Bay Dr., LLC, a California Corp.

**Respondent:**  ☒ Debtor  ☐ trustee  ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s)  and declaration(s) must be served upon:
>
> (1)  Movant's attorney (or Movant, if Movant does not have an attorney);
> (2)  the trustee; and
> (3)  the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**
   The Respondent does not oppose the granting of the Motion.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

 **F 4001-1.RFS.RESPONSE**

2. ☐ **LIMITED OPPOSITION**

    a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay.  Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): _____ and the reason for this request is (*specify*):

    b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

       The Debtor:

       (1) ☐ has no knowledge of the Property.

       (2) ☐ has no interest in the Property.

       (3) ☐ has no actual possession of the Property.

       (4) ☐ was not involved in the transfer of the Property.

    c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time.  Evidence of a pending loan modification is attached as Exhibit \_\_\_\_\_.

3. ☒ **OPPOSITION:** The Respondent opposes granting of the Motion for the reasons set forth below.

    a. ☐ The Motion was not properly served (*specify*):

       (1) ☐ Not all of the required parties were served.

       (2) ☐ There was insufficient notice of the hearing.

       (3) ☐ An incorrect address for service of the Motion was used for (*specify*):

    b. ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

       (1) ☒ The value of the Property is $ _1,120,000.00_____, based upon (*specify*):
Comparable sales

       (2) ☒ Total amount of debt (loans) on the Property is $ _5,690,152.00_____.

       (3) ☐ More payments have been made to Movant than the Motion accounts for.  True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit \_\_\_\_\_.

       (4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments.  A true and correct copy of the loan modification agreement is attached as Exhibit \_\_\_\_\_.

       (5) ☐ The Property is necessary for an effective reorganization.  Respondent filed or intends to file a plan of reorganization that requires use of the Property.  A true and correct copy of the plan is attached as Exhibit \_\_\_\_\_.

       (6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current.  A true and correct copy of the chapter 13 plan is attached as Exhibit \_\_\_\_\_ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit \_\_\_\_\_.

       (7) ☐ The Property is insured.  Evidence of current insurance is attached as Exhibit \_\_\_\_\_.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                           Page 2                                    **F 4001-1.RFS.RESPONSE**

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☒ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☒ Other (specify):
Debtor has a valid homestead exemption in the sum of $624,400 in the Property, which is superior to Movant's lien.

c.  ☒  Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☒ The bankruptcy case was converted from chapter _11_ to chapter _7_.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments
      ☐ are current, or  ☐ will be cured by the hearing date on this motion.

(4) ☐ The Debtor has equity in the Property in the amount of $ _____.

(5) ☐ Movant has an equity cushion of $ _____ or _____% which is sufficient to provide adequate protection.

(6) ☐ The Property is necessary for an effective reorganization because (specify):

(7) ☒ The motion should be denied because (specify):
Debtor's homestead in the sum of $624,400 is senior to Movant's judicial lien.

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

## 4. EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:

Attached are the following documents in support of this Response:

☐ Declaration by the Debtor                  ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee                     ☐ Declaration by trustee's attorney
☐ Declaration by appraiser                   ☒ Other (specify): Debtor's Schedules; Pleadings filed
                                               in conneciton with Debtor's Opposition to Homestead Obj.

Date:  08/07/2023

Red Hill Law Group
Printed name of law firm for Respondent (if applicable)

Bert Briones
Printed name of individual Respondent or attorney for Respondent

/s/ Bert Briones
Signature of individual Respondent or attorney for Respondent

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                              Page 3                              F 4001-1.RFS.RESPONSE

# EXHIBIT "A"

# EXHIBIT "A"

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**E-mail: Michael.Berger@bankruptcypower.com** | |
| ☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

    **Bassem Victor El Mallakh,**

CASE NO.: 8:22-bk-11605-TA

CHAPTER: 11

**SUMMARY OF AMENDED SCHEDULES,**
**MASTER MAILING LIST,**
**AND/OR STATEMENTS**
**[LBR 1007-1(c)]**

Debtor.

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☑ Schedule C    ☑ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (*specify*)

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    11/23/2022

**Bassem Victor El Mallakh**
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 1007-1.1.AMENDED.SUMMARY

| Fill in this information to identify your case and this filing: | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** <br> First Name      Middle Name      Last Name |
| Debtor 2 <br> (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:22-bk-11605-TA** |

☑ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.

☑ Yes. Where is the property?

**1.1**

**116 Rockefeller**
Street address, if available, or other description

**Irvine                CA      92612-0000**
City                     State      ZIP Code

**Orange**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other      **Townhouse**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Debtor's principal residence: townhouse.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,120,000.00** | **$1,120,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**100%**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................=>

**$1,120,000.00**

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1    **Bassem Victor El Mallakh**    Case number *(if known)*    8:22-bk-11605-TA

---

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Mercedes** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **C300** | ☐ Debtor 1 only | |
| | Year: **2016** | ☐ Debtor 2 only | |
| | Approximate mileage: **42,000** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property? |
| | Other information: | ☐ At least one of the debtors and another | Current value of the portion you own? |

The vehicle is financed with TD Financial.  Monthly payment is $367.00.

☐ Check if this is community property (see instructions)

Current value of the entire property? **$15,000.00**

Current value of the portion you own? **$15,000.00**

---

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

---

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>    **$15,000.00**

---

### Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Debtor's residence: Couch, coffee table, mattress, dresser, dining room table with 6 chairs, patio furniture, wall mirror, lamps, and other household goods and furniture | $2,000.00 |
| Debtor's residence: 3 televisions, stove, fridge, laptop, desk computer, 2 cell phones, dishwashers, washer and dryer, and other household electronics | $3,000.00 |

---

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No

☐ Yes. Describe.....

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes.  Describe.....

---

Official Form 106A/B    Schedule A/B: Property    page 2

Debtor 1    **Bassem Victor El Mallakh**                    Case number *(if known)*    8:22-bk-11605-TA

| Debtor's residence: Bicycle and tennis equipment | $500.00 |
|---|---|

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes. Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| Debtor's residence: Clothes and shoes | $800.00 |
|---|---|

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes. Describe.....

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................................

| $6,300.00 |
|---|

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes........................................................................

| | Cash | $150.00 |
|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                    Institution name:

| 17.1. | Checking account | Chase checking account ending in 7332 | $1,658.00 |
|---|---|---|---|

| 17.2. | Checking account | Wells Fargo account ending in 4464 | $0.00 |
|---|---|---|---|

Debtor 1    **Bassem Victor El Mallakh**                                    Case number *(if known)*    **8:22-bk-11605-TA**

| | | | |
|---|---|---|---|
| 17.3. | **Checking account** | Wells Fargo account ending in 3158 | $0.00 |
| 17.4. | **Brokerage account ending in 9722** | Robinhood Markets, Inc. | $1,629.40 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Debtor has a 10% ownership interest in Belgium Investments 5655 S Troy LLC.  The LLC owns an interest in a multi-family building (10 units), which are rented. However, due to Covid-19, some tenants have not been paying rent.  The intention is to sell the property. | 10% | % | $40,000.00 |
| Debtor has a 20% ownership interest in Belgium Investments 5544 North Avenue, LLC.  Debtor's 20% interest in Belgium Investments 5544 North Avenue, LLC held by his corporation BBGIP, Inc., in which Debtor holds a 20% interest, with another individual holding 80% interest.  The property is vacant and has been in rehabilitation during the last two years. | 20% | % | Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
      Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
      Type of account:          Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ....................    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes.............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| Debtor 1 | **Bassem Victor El Mallakh** | | Case number *(if known)* | **8:22-bk-11605-TA** |

---

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
| --- | --- | --- |

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
| --- | --- | --- |
| 2021 tax refund | Federal and State | $1,400.00 |

---

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes.  Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
         Company name:                              Beneficiary:                  Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

---

Debtor 1   **Bassem Victor El Mallakh**                                    Case number *(if known)*   **8:22-bk-11605-TA**

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**................................................................................................    $44,837.40

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    $0.00

**Part 8:    List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ......................................................................................................    $1,120,000.00

56. **Part 2: Total vehicles, line 5**                                             $15,000.00

57. **Part 3: Total personal and household items, line 15**                        $6,300.00

58. **Part 4: Total financial assets, line 36**                                    $44,837.40

59. **Part 5: Total business-related property, line 45**                           $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**                  $0.00

61. **Part 7: Total other property not listed, line 54**                    +      $0.00

62. **Total personal property. Add lines 56 through 61**...                        $66,137.40       Copy personal property total      $66,137.40

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                                  $1,186,137.40

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | **8:22-bk-11605-TA** |
| (if known) | |

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **116 Rockefeller Irvine, CA 92612 Orange County Debtor's principal residence: townhouse.**<br>Line from *Schedule A/B*: **1.1** | **$1,120,000.00** | ☑ **$626,400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **2016 Mercedes C300 42,000 miles The vehicle is financed with TD Financial.  Monthly payment is $367.00.**<br>Line from *Schedule A/B*: **3.1** | **$15,000.00** | ☑ **$3,625.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| **Debtor's residence: Couch, coffee table, mattress, dresser, dining room table with 6 chairs, patio furniture, wall mirror, lamps, and other household goods and furniture**<br>Line from *Schedule A/B*: **6.1** | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| **Debtor's residence: 3 televisions, stove, fridge, laptop, desk computer, 2 cell phones, dishwashers, washer and dryer, and other household electronics**<br>Line from *Schedule A/B*: **6.2** | **$3,000.00** | ☑ **$3,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| Debtor 1 | **Bassem Victor El Mallakh** | | Case number (if known) | **8:22-bk-11605-TA** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor's residence: Bicycle and tennis equipment**<br>Line from *Schedule A/B*: **9.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Debtor's residence: Clothes and shoes**<br>Line from *Schedule A/B*: **11.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　■ No

   　　☐ Yes

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Bassem Victor El Mallakh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **8:22-bk-11605-TA** | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Belgium Investments 960 Bay Dr, LLC**<br><br>Creditor's Name | Describe the property that secures the claim: | $4,345,250.00 | $1,120,000.00 | $3,469,221.77 |

**116 Rockefeller Irvine, CA 92612
Orange County
Debtor's principal residence:
townhouse.**

c/o Patrick Miller, Esq.
P. Miller Legal Services
121 S Oak Avenue
Pasadena, CA 91107

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    A writ of execution

Date debt was incurred  **11/9/2020**    Last 4 digits of account number  **NCJC**

Debtor 1  **Bassem Victor El Mallakh**

First Name          Middle Name          Last Name

Case number (if known)  **8:22-bk-11605-TA**

---

| 2.2 | **Central Park West Community Associa** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

| | Describe the property that secures the claim: | $2,878.93 | $1,120,000.00 | $2,878.93 |
|---|---|---|---|---|

**116 Rockefeller Irvine, CA 92612**
**Orange County**
**Debtor's principal residence: townhouse.**

**401 Rockefeller #208**
**Irvine, CA 92612**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **HOA**

Date debt was incurred  **5/16/2022**    Last 4 digits of account number  **3201**

---

| 2.3 | **Freedom Mortgage Corporation** | | | | |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

| | Describe the property that secures the claim: | $243,971.77 | $1,120,000.00 | $0.00 |
|---|---|---|---|---|

**116 Rockefeller Irvine, CA 92612**
**Orange County**
**Debtor's principal residence: townhouse.**

**Attn: Bankruptcy**
**907 Pleasant Valley Ave, Ste 3**
**Mt Laurel, NJ 08054**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **First Trust Deed**

Date debt was incurred  **October 29, 2013**    Last 4 digits of account number  **4275**

---

| Debtor 1 | **Bassem Victor El Mallakh** | | | Case number (if known) | **8:22-bk-11605-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.4 | **Td Auto Finance** | $6,493.00 | $15,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2016 Mercedes C300 42,000 miles The vehicle is financed with TD Financial.  Monthly payment is $367.00.**

Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI
48333

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto loan**

Date debt was incurred   **Opened 08/16  Last Active 04/21**   Last 4 digits of account number   **9787**

| 2.5 | **The Townes at Central Park West Ass** | $7,276.60 | $1,120,000.00 | $7,276.60 |
|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**116 Rockefeller Irvine, CA 92612 Orange County Debtor's principal residence: townhouse.**

15241 Laguna Canyon Rd.
Irvine, CA 92618

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **HOA**

Date debt was incurred   **2/9/2022**   Last 4 digits of account number   **3401**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$4,605,870.30**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$4,605,870.30**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**First Service Residential c/o Community Legal Advisors 509 N. Coast Highway Oceanside, CA 92054**

On which line in Part 1 did you enter the creditor?   **2.5**

Last 4 digits of account number ___

| Debtor 1 | **Bassem Victor El Mallakh** | | | Case number (if known) | **8:22-bk-11605-TA** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]  Name, Number, Street, City, State & Zip Code
**Freedom Mortgage**
**951 Yamato Rd.**
**Boca Raton, FL 33431**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Freedom Mortgage**
**PO Box 50428**
**Indianapolis, IN 46250**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**TD Auto Finance**
**6 Atlantis Way**
**Lewiston, ME 04240**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): __**Summary of Amended Schedules, Master
Mailing List, and or Statements**__ will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On __11/23/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com,
HestonBR41032@notify.bestcase.com,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached
page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known
addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here
constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached
page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/23/2022 | Peter Garza | /s/ Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "B"

# EXHIBIT "B"

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:   (310) 271-6223
   Facsimile:    (310) 271-9805
4  michael.berger@bankruptcypower.com

5  Counsel for Debtor,
   Bassem Victor El Mallakh

6

7                 UNITED STATES BANKRUPTCY COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9                      SANTA ANA DIVISION

10  In re:                        )  CASE NO.: 8:22-bk-11605-TA
                                  )
11  BASSEM VICTOR EL MALLAKH,     )  Chapter 11
                                  )
12                                )  **DEBTOR'S OPPOSITION TO**
          Debtor and Debtor-in-Possession. )  **BELGIUM INVESTMENTS 960 BAY**
13                                )  **DR, LLC'S OBJECTION TO**
                                  )  **DEBTOR'S CLAIMED HOMESTEAD**
14                                )  **EXEMPTION; DECLARATION OF**
                                  )  **BASSEM VICTOR EL MALLAKH IN**
15                                )  **SUPPORT THEREOF**
                                  )
16                                )
                                  )  Date:    January 11, 2023
17                                )  Time:    10:00 a.m.
                                  )  Place:   411 West Fourth Street
18                                )           Courtroom 5B
                                  )           Santa Ana, CA 92701
19                                )
                                  )  Via Tele/Videoconference on Zoom
20                                )
                                  )
21  _____)

22

23

24       **TO THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE OF THE**

25  **UNITED STATES BANKRUPTCY COURT, BELGIUM INVESTMENTS 960**

26  **BAY DR, LLC, TO THE UNITED STATES TRUSTEE, TO DEBTOR'S**

27  **CREDITORS AND TO ALL INTERESTED PARTIES:**

28

                                   1

Bassem Victor El Mallakh (the "<u>Debtor</u>") herein, respectfully submits his Opposition to Belgium Investments 960 Bay Dr, LLC's ("Belgium") Objection to Debtor's Claimed Homestead Exemption (the "Objection to Homestead Exemption") as follows:

## I.    **INTRODUCTION**

Debtor asks that Belgium's Objection to Debtor's Claimed Homestead Exemption be denied in full on the following bases:

(1) Under *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir)*, 455 B.R. 896, 898 (9th Cir. BAP 2011) and *Benafel v. One West Bank*, 461 B.R. 581 (2011), the appropriate time for determining whether property is the debtor's primary residence is the petition date. Here, the Debtor's primary residence as of the date of the filing of the Bankruptcy Petition was, and currently is, 116 Rockefeller, Irvine, CA 92612 (the "Rockefeller Property"); and

(2) Based on *Barclay vs. Boskoski*, 2022 WL 16911862 (9th Cir. November 14, 2022), Debtor's available homestead exemption on the Rockefeller Property is determined as of the filing date of Debtor's Bankruptcy case; Debtor is entitled to the full homestead exemption in the amount of $626,400.00 available to the Debtor on the petition date on September 19, 2022 per CCP § 704.730.

## II.    **DEBTOR'S ARGUMENTS IN OPPOSITION TO BELGIUM'S OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION**

1. <u>Debtor's Primary Residence on the Petition Date was and Continues to be the Rockefeller Property</u>

Belgium argues the Rockefeller Property should not be considered the Debtor's primary residence because the Debtor previously did not live there. Debtor's primary residence as of the filing of the bankruptcy case was, and currently is, the Rockefeller Property. The controlling authority on establishing a Debtor's primary residence is *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir)*, 455 B.R. 896, 898 (9th Cir. BAP

2

2011) where the Court held "the appropriate time for determining whether property is a debtor's principal residence is the petition date." *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir),* 455 B.R. 896, 898 (9th Cir. BAP 2011).

In *Abdelgadir*, the debtors originally filed a bankruptcy petition under chapter 13. In their petition and schedules, the Abdelgadirs listed a home address in Las Vegas (the "Las Vegas Property"). The Las Vegas Property was encumbered by first and second deeds of trust. According to the security instruments, the Abdelgadirs were required to occupy the Las Vegas Property as a "primary year-round residence."

The Abdelgadirs later moved to convert their case to chapter 11, a motion the bankruptcy court granted. Then they filed a notice with the bankruptcy court, changing their address to a different location, and leased the Las Vegas Property to a third party.

The Abdelgadirs filed a chapter 11 plan on March 9, 2010, in which they proposed to modify the terms of the loan secured by the first mortgage on the Las Vegas Property. According to the plan, at that time, the Las Vegas Property was no longer their residence, but was now an investment property, and therefore, modification of the terms of the loan secured by the Las Vegas Property was no longer barred under of § 1123(b)(5). They argued that whether the Las Vegas Property was their principal residence for purposes of § 1123(b)(5) was a determination that should be made by the bankruptcy court as of the time of plan confirmation.

On appeal, the Court in Abdelgadir held that the majority of the cases favor use of the petition date to determine principal residence and that in the 9th Circuit, the debtor's primary residence is determined on the petition date. *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir),* 455 B.R. 896, 898 (9th Cir. BAP 2011).

In *Benafel v. One West Bank*, 461 B.R. 581 (2011), the appellate court upheld the *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir),* 455 B.R. 896, 898 (9th Cir. BAP 2011) holding, that a debtor's primary residence is established as of the bankruptcy petition date, and reversed the lower court's decision to use the date a loan was made to

3

1   establish the debtor's primary residence for bankruptcy purposes. *Benafel v. One West*
2   *Bank*, 461 B.R. 581, 592 (2011)
3       The Rockefeller Property is the Debtor's primary residence. Debtor's current
4   Chapter 11 case and his previously filed Chapter 13 case both listed the Rockefeller
5   Property as his primary residence, as do his tax returns, bank statements, car insurance
6   declaration and mortgage payoff statement. A true and correct copy of Debtor's Chapter
7   13 Voluntary Petition, first pages of Debtor's prepetition 2019-2022 tax returns, Debtor's
8   car insurance policy, Debtor's prepetition bank statement, and Debtor's mortgage payoff
9   statement all addressed to the Debtor at the Rockefeller Property indicating the Debtor's
10   primary residence is the Rockefeller Property are attached to the Declaration of Bassem
11   El Mallakh as **Exhibit "1."** As was held in *BAC Home Loans Serv., LP v. Abdelgadir (In*
12   *re Abdelgadir)*, 455 B.R. 896 (9th Cir. BAP 2011) and *Benafel v. One West Bank*, 461
13   B.R. 581 (2011), the Rockefeller Property is Debtor's primary residence.
14       Further, despite Belgium's claims, the lease agreement between the Debtor and his
15   sister does not bar the Debtor from living in the Rockefeller Property as his primary
16   residence. Debtor is leasing part of the Rockefeller Property to his sister who pays him
17   rent. The Debtor is also living in the Rockefeller Property. Belgium's res judicata
18   argument that another Court purportedly made a finding that the Debtor was previously
19   not living at the Rockefeller Property is irrelevant because the Debtor was living at the
20   Rockefeller Property at the time the Debtor's bankruptcy case was filed. Whether the
21   Debtor was served with documents at the Rockefeller Property, or not, as Belgium points
22   out, is not probative of where the Debtor was living as his primary residence at the time
23   the Debtor filed his Chapter 11 Bankruptcy case. The Rockefeller Property was the
24   Debtor's primary residence when the Debtor filed this Chapter 11 case, and continues to
25   be his primary residence.
26   ///
27
28

DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD
EXEMPTION; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

2. Debtor is Entitled to the Homestead Exemption Available on the
Bankruptcy Petition Date

The homestead exemption shields a homeowner's principal residence from creditors in case of bankruptcy. The objective of homestead legislation is to provide a place for families and their surviving members to be freed from any anxiety that their primary residence may be taken from them against their will, either by reason of their own necessity or improvidence, or from the importunity of their creditors. *Thorsby v. Babcock*, 36 Cal. 2d 202, 204 (1950) "[T]he homestead law is not designed to protect creditors, but protects the home against creditors . . . thereby preserving the home for the family." *Amin v. Khazindar*, 112 Cal.App.4th 582, 588 (2003).

A. California's New Homestead Exemption in AB 1885 and its Effect on
California Code of Civil Procedure Section 704.730 – California's
Homestead Exemption Statute

On January 1, 2021, AB 1885 went into effect updating the limits prescribed in CCP § 704.730, and protecting debtors who own homes by increasing the California homestead amount to an amount that would keep most homeowners safe from creditors.

AB 1885 provides that:

(a) The amount of the homestead exemption is the greater of the following:

    (1) The countywide median sale price for a single-family home in the calendar year prior to the calendar year in which the judgment debtor claims the exemption, not to exceed six hundred thousand dollars ($600,000[1]).

    (2) Three hundred thousand dollars ($300,000).

(b) The amounts specified in this section shall adjust annually for inflation, beginning on January 1, 2022, based on the change in the annual California

---

[1] The current homestead exemption available to the Debtor is $626,400.00.

5

Consumer Price Index for All Urban Consumers for the prior fiscal year,
published by the Department of Industrial Relations.

AB 1885

Effective January 1, 2021, California Code of Civil Procedure Section 704.730
now reads:

> (a) The amount of the homestead exemption is the greater of the following:
>
> > (1) The countywide median sale price for a single-family home in the
> > calendar year prior to the calendar year in which the judgment debtor
> > claims the exemption, not to exceed six hundred thousand dollars
> > ($600,000).
> >
> > (2) Three hundred thousand dollars ($300,000).
>
> (b) The amounts specified in this section shall adjust annually for inflation,
> beginning on January 1, 2022, based on the change in the annual California
> Consumer Price Index for All Urban Consumers for the prior fiscal year,
> published by the Department of Industrial Relations.

CCP § 704.730

Before AB 1885 went into effect on January 1, 2021, the homestead exemptions in
California were $75,000 for a single homeowner, $100,000 for a married couple, and
$175,000 for families who met specific requirements. However, AB 1885 has changed
CCP § 704.730 to "instead make the homestead exemption the greater of $300,000 or the
countywide median sale price of a single-family home in the calendar year prior to the
calendar year in which the judgment debtor claims the exemption, not to exceed
$600,000."

    B. <u>Previous and Outdated Limits on Homestead Exemption Do Not Apply in
Bankruptcy</u>

Belgium argues that the new California Code of Civil Procedure § 704.730
exemption limits do not apply to the Debtor's case because the Debtor's homestead

6

exemption should be capped at $75,000 which was the maximum available to the Debtor when Belgium's judgment was recorded. However, <u>this argument has been rejected by multiple cases</u>. Courts have instead ruled that debtors are not limited to a lower, pre-2021 amount even if the declared homestead was recorded before 2021. *See In re Zall*, No. BAP.EC-05-1476-MOSB, 2006 WL 6811022, at *4 (B.A.P. 9th Cir., Sept. 5, 2006). This allows debtors to claim the increased homestead exemption despite a previously declared, pre-2021 homestead exemption. In *Zall*, the Court held exemption law in effect on date of Chapter 13 petition determines available exemptions—not exemptions under state law at the time judgment lien was recorded. "[L]imiting the exemption to the amounts available on the dates that judgment liens attach is inconsistent with section 522(f). . . . In order to determine the amount of an exemption that Debtors could claim if there were no liens on the property, the court must look not to the time the lien was fixed but rather to the time the trustee's hypothetical levy became effective, which is the date Debtors filed their bankruptcy petition." *See In re Zall*, No. BAP.EC-05-1476-MOSB, 2006 WL 6811022, at *4 (B.A.P. 9th Cir., Sept. 5, 2006).

C. The *Barclay vs. Boskoski*, 2022 WL 16911862 (9th Cir. November 14, 2022) Decision is the Controlling Authority, and Mandates that the Court Use Debtor's Petition Date to Determine the Amount of His Exemption

On November 14, 2022, in *Barclay vs. Boskoski*, 2022 WL 16911862 (9th Cir. November 14, 2022), the United States Court of Appeals for the Ninth Circuit found that the bankruptcy court correctly applied the $600,000 homestead exemption in effect on the filing date of the bankruptcy petition, rather than the significantly lower homestead exemption available when the judgment lien was recorded seven years prior. As a result, the judgment lien was avoided in its entirety.

In 2014, Greek Village, LLC, Konstantinos Manassakis, and Aimilia Manassakis recorded a $256,075.95 judgment lien ("Greek Village Judgment Lien") against Debtor Dejan Boskoski's Carlsbad, California home. Because the debtor was married in 2014,

7

the maximum homestead exemption applicable to the Greek Village Judgment Lien was $100,000. See Cal. Civ. Proc. Code § 704.730 (2013). Following the perfection of the judgment, in 2021 California amended its exemption statute to allow debtors to claim the greater of (1) the "median sale price for a single-family home" in the debtor's county the year before the debtor claims the exemption, "not to exceed" $600,000; or (2) $300,000. See Cal. Civ. Proc. Code § 704.730(a) (2021).

In August 2021 (seven years after the Greek Village Judgment Lien was perfected and eight months after California enacted the new homestead exemption), the debtor filed a chapter 7 case. The debtor claimed the $600,000 homestead exemption in his schedules and sought to avoid the Greek Village Judgment Lien, which exceeded $477,000 as of the petition date. The debtor argued that the Bankruptcy Code required the court to look to the exemption the debtor could have claimed, but for the lien, at the time he filed his bankruptcy petition, not when the judgment lien was created. The Greek Village Judgment Lien therefore impaired his homestead exemption by $543,897.20, as the home was subject to two deeds of trust totaling $551,720.47, the Greek Village Judgment Lien, and the $600,000 homestead exemption. In total, these equaled $1,629,647.20, an amount exceeding the value of the debtor's home by $543,897.20. The Chapter 7 trustee objected, arguing that the maximum homestead exemption available to the debtor was $100,000 because under California law the exemption the debtor could claim was fixed at the 2014 amount. See Cal. Civ. Proc. Code § 703.050(a).

The bankruptcy court agreed with the debtor's argument that the exemption amount is fixed on the date of filing the petition. Because the bankruptcy court believed it to be a "close call on an important question," the decision was immediately certified to the Ninth Circuit as a case of first impression. 2022 WL 16911862 at *6. The Ninth Circuit affirmed the decision of the bankruptcy court and held that the debtor's exemption amount was fixed on the date the petition was filed.

8

The Ninth Circuit based its decision on the meaning of 11 U.S.C. Section 522(f), which provides that a debtor may avoid a judgment lien to the extent that the lien "impairs an exemption to which the debtor would have been entitled." Boskoski, 2022 WL 16911862 at * 8 (emphasis in original). In interpreting Section 522(f), the panel reviewed the U.S. Supreme Court's decision Owen v. Owen, 500 U.S. 305 (1991), in which it held that an exemption is fixed on the date of filing the petition. The Ninth Circuit acknowledged that in Owen the Supreme Court held that Section 522(f) established that the "baseline" against which impairment should be measured is not the exemption to which a debtor "is entitled" but is the exemption to which a debtor "would have been entitled." Id. Relying on Owen, the panel therefore held that in deciding whether a judgment lien impairs a debtor's California homestead exemption under Section 522(f), the Bankruptcy Code requires courts to determine the amount of the exemption to which the debtor would have been entitled in the absence of the lien at issue. The Ninth Circuit also noted that the exemptions available to the debtor are generally fixed as of the filing date of the bankruptcy petition, citing White v. Stump, 266 U.S. 310, 313 (1924) (describing the "snapshot rule"). Boskoski, 2022 WL 16911862 at *4.

The Debtor's instant Chapter 11 case was filed on September 19, 2022. Based on the controlling authority in *Barclay vs. Boskoski*, 2022 WL 16911862 (9th Cir. November 14, 2022), the Debtor is entitled to the homestead exemption available to him on the petition date, and not the homestead exemption on the date of the recordation of Belgium's lien.

///

///

///

///

///

9

## III.   <u>CONCLUSION</u>

WHEREFORE, Debtor asks for an order overruling Belgium's Objection to Debtor's Claimed Homestead Exemption, and for any further relief deemed necessary and proper.


DATED: December 28, 2022      LAW OFFICES OF MICHAEL JAY BERGER

By: _____

Michael Jay Berger
Counsel for Debtor-in-Possession
Bassem Victor El Mallakh

10

<sub>1</sub>

## DECLARATION OF BASSEM VICTOR EL MALLAKH

<sub>2</sub> I, Bassem Victor El Mallakh, declare and state as follows:

<sub>3</sub> 1.    I am the Debtor. I am over the age of 18. I have personal knowledge of the

<sub>4</sub> facts set forth below and if called to testify as to those facts, I could and would

<sub>5</sub> competently do so.

<sub>6</sub> 2.    The Rockefeller Property is my primary residence. My current Chapter 11

<sub>7</sub> case and my previously filed Chapter 13 case both listed the Rockefeller Property as my

<sub>8</sub> primary residence, as do my tax returns, bank statements, car insurance declaration and

<sub>9</sub> mortgage payoff statement. A true and correct copy of my Chapter 13 Voluntary Petition,

<sub>10</sub> first pages of my prepetition 2019-2022 tax returns, my car insurance policy, my

<sub>11</sub> prepetition bank statement, and my mortgage payoff statement all addressed to me at the

<sub>12</sub> Rockefeller Property indicating my primary residence is the Rockefeller Property are

<sub>13</sub> attached hereto as **Exhibit "1."**

<sub>14</sub> 3.    The lease agreement between my sister and I does not bar me from living in

<sub>15</sub> the Rockefeller Property as my primary residence. I am leasing part of the Rockefeller

<sub>16</sub> Property to my sister who pays me rent. I am also living in the Rockefeller Property.

<sub>17</sub> Belgium's res judicata argument that another Court purportedly made a finding that the

<sub>18</sub>

<sub>19</sub>

<sub>20</sub> I declare under penalty of perjury that the foregoing is true and correct and that this

<sub>21</sub> declaration is executed on December 28, 2022 at___Irvine_____.

<sub>22</sub>

<sub>23</sub>

<sub>24</sub> Bassem Victor El Mallakh

<sub>25</sub>

<sub>26</sub>

<sub>27</sub>

<sub>28</sub>

11

# EXHIBIT 1

Case 8:22-bk-11158-TA    Doc 1    Filed 07/12/22    Entered 07/12/22 22:35:39    Desc
Main Document    Page 1 of 12

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (*if known*)

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

☐ Check if this is an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Bassem**<br>First name<br><br>**Essam**<br>Middle name<br><br>**El Mallakh**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3012 | |

---

Debtor 1    **Bassem Essam El Mallakh**                                          Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

☑ I have not used any business name or EINs.

Business name(s)

EIN

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ I have not used any business name or EINs.

Business name(s)

EIN

**5.** **Where you live**

**116 Rockefeller
Irvine, CA 92612**
Number, Street, City, State & ZIP Code

**Orange**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Bassem Essam El Mallakh**                                                Case number *(if known)*

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District | | When | Case number |
| District | | When | Case number |
| District | | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | |
|---|---|---|
| Debtor | | Relationship to you |
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Bassem Essam El Mallakh**                                    Case number *(if known)*

Case 8:22-bk-11158-TA    Doc 1    Filed 07/12/22    Entered 07/12/22 22:35:39    Desc
Main Document    Page 4 of 12

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ☑ No.    Go to Part 4.
- ☐ Yes.    Name and location of business

  Name of business, if any

  Number, Street, City, State & ZIP Code

  *Check the appropriate box to describe your business:*
  - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
  - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
  - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
  - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
  - ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

- ☑ No.    I am not filing under Chapter 11.
- ☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- ☑ No.
- ☐ Yes.    What is the hazard?

  If immediate attention is needed, why is it needed?

  Where is the property?

  Number, Street, City, State & Zip Code

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 4

Debtor 1  **Bassem Essam El Mallakh**                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

**About Debtor 1:**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Bassem El Mallakh**                                                                                          Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Bassem Essam El Mallakh**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **7/12/2022**                                 Executed on
MM / DD / YYYY                                                  MM / DD / YYYY

Debtor 1    **Bassem Essam El Mallakh**                                          Case number *(if known)*

For your attorney, if you are
represented by one

If you are not represented by
an attorney, you do not need
to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Signature of Attorney for Debtor                     Date    7/12/2022
                                                             MM / DD / YYYY

**Benjamin Heston**
Printed name

Firm name

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone   **951-290-2827**                Email address    **bheston.ecf@gmail.com**

**297798 CA**
Bar number & State

Form **1040**    Department of the Treasury — Internal Revenue Service (99)
**U.S. Individual Income Tax Return**    **2021**    OMB No. 1545-0074    IRS Use Only — Do not write or staple in this space.

| Filing Status | [X] Single | [ ] Married filing jointly | [ ] Married filing separately (MFS) | [ ] Head of household (HOH) | [ ] Qualifying widow(er) (QW) |

Check only one box. If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ►

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | **Presidential Election Campaign** |
|---|---|---|
| 116 Rockefeller | | Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. |

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| Irvine, CA 92612 | | |

| Foreign country name | Foreign province/state/county | Foreign postal code |

[ ] You    [X] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction**    Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**    You:  [ ] Were born before January 2, 1957  [ ] Are blind    Spouse:  [ ] Was born before January 2, 1957  [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
If more than four dependents, see instructions and check here ► [ ]

| | | | |
|---|---|---|---|
| **Attach Sch. B if required.** | 1 Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | |
| | 2a Tax-exempt interest....... 2a | b Taxable interest......... 2b | 3. |
| | 3a Qualified dividends....... 3a | b Ordinary dividends...... 3b | |
| | 4a IRA distributions......... 4a | b Taxable amount......... 4b | |
| | 5a Pensions and annuities... 5a | b Taxable amount......... 5b | |
| | 6a Social security benefits.. 6a | b Taxable amount......... 6b | |
| | 7 Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | 7 | |
| | 8 Other income from Schedule 1, line 10.......... | 8 | |
| **Standard Deduction for —** • Single or Married filing separately, $12,550 • Married filing jointly or Qualifying widow(er), $25,100 • Head of household, $18,800 • If you checked any box under *Standard Deduction,* see instructions. | 9 Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income**........ ► | 9 | 3. |
| | 10 Adjustments to income from Schedule 1, line 26................ | 10 | |
| | 11 Subtract line 10 from line 9. This is your **adjusted gross income**.......... ► | 11 | 3. |
| | 12a Standard deduction or itemized deductions (from Schedule A) 12a    12,550. | | |
| | b Charitable contributions if you take the standard deduction (see instructions).. 12b | | |
| | c Add lines 12a and 12b....................... | 12c | 12,550. |
| | 13 Qualified business income deduction from Form 8995 or Form 8995-A......... | 13 | |
| | 14 Add lines 12c and 13..................... | 14 | 12,550. |
| | 15 **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0-......... | 15 | 0. |

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Form **1040** (2021)

FDIA0112L  12/10/21

Form **1040**  Department of the Treasury — Internal Revenue Service  (99)
**U.S. Individual Income Tax Return**    **2019**    OMB No. 1545-0074    IRS Use Only — Do not write or staple in this space.

**Filing Status**  [X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

Check only one box.  If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

116 Rockefeller

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Irvine, CA 92612

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**  Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  [ ] Were born before January 2, 1955  [ ] Are blind    Spouse:  [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2a** | Tax-exempt interest . . . . . . . . . . . . . **2a** | **b** Taxable int. Att. Sch. B if reqd. . . . . **2b** | 5. |
| **3a** | Qualified dividends . . . . . . . . . . . . . **3a** | **b** Ordinary div. Att. Sch. B if reqd. . . **3b** | |
| **4a** | IRA distributions. . . . . . . . . . . **4a** | **b** Taxable amount. . . . . . . . . . . . **4b** | |
| **c** | Pensions and annuities . . . . . . . **4c** | **d** Taxable amount. . . . . . . . . . . . **4d** | |
| **5a** | Social security benefits . . . . . . . . . **5a** | **b** Taxable amount. . . . . . . . . . . . **5b** | |
| **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . . . . . . . . ▶ [ ] | **6** | |
| **7a** | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | |
| **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . . . . . . ▶ | **7b** | 5. |
| **8a** | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . . . . . . . | **8a** | |
| **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . . . . . . . ▶ | **8b** | 5. |
| **9** | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . . **9**  12,200. | | |
| **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . . . **10** | | |
| **11a** | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | 12,200. |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . . . . . . . . | **11b** | 0. |

**Standard Deduction for —**
● Single or Married filing separately, $12,200
● Married filing jointly or Qualifying widow(er), $24,400
● Head of household, $18,350
● If you checked any box under *Standard Deduction,* see instructions.

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Form 1040 (2019)



# INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB

## MEMBERS' CONDOMINIUM OWNERS POLICY – FORM 6
## PROPERTY INSURANCE POLICY DECLARATIONS

### Evidence of Insurance
Policy contains 438BFU, printed on next page, in favor of Mortgagee shown.

| MORTGAGEE | LOAN NUMBER |
|---|---|
| ADDITIONAL OWNERS INTEREST<br>US TRUSTEE<br>UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST SUITE 7160<br>SANTA ANA CA 92701 | **POLICY NUMBER**<br>20189 |

| NAMED INSURED AND MAILING ADDRESS | LOCATION OF PREMISES (IF DIFFERENT FROM MAILING ADDRESS) |
|---|---|
| BASSEM EL MALLAKH<br>116 ROCKEFELLER<br>IRVINE CA 92612 | |

☐ PROPERTY INSURANCE POLICY DECLARATIONS
EFFECTIVE DATE OF THIS POLICY 10262022  12:01 A.M.
  (PACIFIC STANDARD TIME)
EXPIRATION DATE OF THIS POLICY 10262023  12:01 A.M.
  (PACIFIC STANDARD TIME)

ANNUAL PREMIUM $

☐ AMENDMENT OF PROPERTY INSURANCE DECLARATIONS
ENDORSEMENT
EFFECTIVE DATE  12:01 A.M
  (PACIFIC STANDARD TIME)
EXPIRATION DATE OF THE POLICY  12:01 A.M.
  (PACIFIC STANDARD TIME)

**COVERAGES AND LIMITS OF LIABILITY**

**PART I - PROPERTY COVERAGES**

| | |
|---|---|
| COVERAGE A – BUILDING PROPERTY | 82000 |
| OTHER PERILS DEDUCTIBLE | 5000 |
| WATER DEDUCTIBLE | 5000 |

### PROVISIONS
This form is not a contract of insurance  The provisions of the policy shall prevail in all respects. All premiums for the insurance policy shall be computed in accordance with the Interinsurance Exchange of the Automobile Club rules, forms, premiums and minimum premiums applicable to the insurance afforded which are in effect at the inception of the insurance policy and upon each anniversary thereof, including the date of interim changes. The insurance policy does not become effective unless and until escrow closes, the named insured has an ownership interest in the residence premises, and the premium is paid or reserved in an escrow account. If the insurance protection evidenced herein terminates, the mortgagee will be given notice in accordance with the standard mortgage clause (438BFU)

*ACSC Management Services, Inc.*
**ATTORNEY-IN-FACT**

**FOR QUESTIONS OR CHANGES CALL**
6720  01/16

........................................................ **DETACH HERE AND RETURN WITH PREMIUM PAYMENT** ........................................................

INTERINSURANCE EXCHANGE of the
Automobile Club of Southern California
MAILING ADDRESS: P.O. Box 25448 SANTA ANA, CALIFORNIA 92799-5448

NOTICE OF
PREMIUM DUE

| LOAN NUMBER | POLICY NUMBER<br>CHO183020189 | PLEASE PAY THE PREMIUM<br>DUE BEFORE OR ON THE<br>DUE DATE |
|---|---|---|
| | DUE DATE | |
| BASSEM EL MALLAKH<br>116 ROCKEFELLER | PREMIUM DUE | MAKE CHECK PAYABLE TO<br>ACSC |

# Wells Fargo Combined Statement of Accounts

September 30, 2022 ■ Page 1 of 6



BASSEM VICTOR EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612-8114

**Questions?**

Available by phone 24 hours a day, 7 days a week:
We accept all relay calls, including 711
**1-800-742-4932**

En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.

| | | | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☑ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a
Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your
Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local
home mortgage consultant.

Created With Tiny Scanner

**FREEDOM MORTGAGE®**
PO Box 50485, Indianapolis, IN 46250-0485

August 16, 2021

BASSEM ELMALLAKH
116 ROCKEFELLER
IRVINE        CA 92612

## PAYOFF STATEMENT

Loan Number:        4275                    Next Payment Due Date: February 1, 2020
Borrower:        BASSEM ELMALLAKH

Property:        116 ROCKEFELLER
                 IRVINE         CA 92612

Loan Type:        CONVENTIONAL

### Payoff Quote Good Through September 15, 2021

The accrued interest shown below is projected through September 15, 2021.  After that date, please add an additional $ 13.80 per day.

| Please send the following Remittance: | |
| --- | --- |
| Current Unpaid Principal | $  201,970.66 |
| Accrued Interest | $  9,657.70 |
| Prepayment Penalty | $    0.00 |
| Escrow/Impound Required | $ 12,564.30 |
| Mortgage Insurance Premium Due | $ 0.00 |
| Less Escrow/Impound Funds | $ -  0.00 |
| Less Unapplied Funds Balance | $    0.00 |
| Statement Fee | $   30.00 |
| Unpaid Late Charges | $   60.14 |
| Recording Fee | $  168.00 |
| Release Fee | $    0.00 |
| Additional Items Due | $   75.00 |
| Deferred Balance | $.00 |
| Optional Insurance | $    0.00 |
| **TOTAL PAYOFF DUE:** | $  224,525.80 |

A Deferred Balance may include items such as deferred Principal Balance, Late Charges, Escrow Advances, Expense Advances and Administrative Fees.
The current escrow balance is $-12,564.30. Any escrow payments scheduled to disburse prior to the payoff expiration date will be deducted from the total escrow balance. If the scheduled disbursement creates a negative balance in the escrow account, these funds will appear as an escrow advance and included in the total payoff due.  Available escrow funds will be returned to the borrower within 14 business days from the date the loan is paid in full.

261


**FREEDOM MORTGAGE**
PO Box 50485, Indianapolis, IN 46250-0485

*When applicable, any escrow funds credited toward the total payoff will not be returned.*

The information shown on this statement is subject to change. To ensure that you are submitting sufficient funds to pay your account in full, please contact our Customer Care Department for updated figures prior to remitting payoff funds. If your loan is referred to foreclosure this payoff statement will no longer be valid, therefore, a new payoff statement will need to be requested.

## WHERE TO SUBMIT PAYOFF FUNDS

**WIRE TRANSFER**
Freedom Mortgage Corporation
Reference:  Payoff/Payment Department
Keybank, 127 Public Square, Cleveland, OH
ABA:  041001039
Bank Account: ▓▓▓▓8402
Borrower Name:  BASSEM ELMALLAKH
Loan Number:  ▓▓▓▓4275

**OVERNIGHT DELIVERIES OF PAYMENTS**
Freedom Mortgage Corporation
ATTN: Payoff Department
10500 Kincaid Drive, Suite 111
Fishers, Indiana  46037-9764

*Please note that Freedom Mortgage requires payoffs to be received in the form of certified funds. Personal checks will not be accepted. Additionally, Freedom Mortgage will only accept funds to pay off the account in full. Payoff funds received that are not sufficient to pay the loan account in full will be returned.*
*Incoming wire transfers received by 4pm EST will be credited the same day. Wires received after that time will be processed on the next business day.  Please ensure that all payoff funds submitted include the borrower's name and loan number.*

Customer Care representatives are available to assist you at (855) 690-5900 Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

--------------------------------------------------------------------------------

### Change of Address Notification Form

Is your mailing address changing as a result of this payoff request? Please let us know your new address below in order to ensure all trailing documents are sent to the appropriate address. Please return this form to:

Freedom Mortgage P.O. Box 50428 Indianapolis IN 46250-0401

**New Address:** _____ **City/State/Zip** _____

**Loan Number:** 0113204275

261



**CHASE**

JP Morgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 76265-9754

**Questions?**

☐ chase.com

📞 1-800-935-9935

We accept operator relay calls

10/28/2022

**BASSEM V ELMALLAKH**
**116 ROCKEFELLER**
**IRVINE, CA 92612-8114**

## Update:    We closed your account

Your account ending in 7832

*Dear Bassem Elmallakh*

Thank you for your recent inquiry about your account. We closed your account above on 09/20/2022
If you have questions, please call us at 1-800-935-9935 or visit any of our branches.

*Sincerely,*

**Customer Service**

©2019 JPMorgan Chase Bank, N.A. Member FDIC
M1006-01 (09/19)

Created With Tiny Scanner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/28/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 12/28/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/28/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/28/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:   (310) 271-6223
   Facsimile:    (310) 271-9805
4  michael.berger@bankruptcypower.com

5  Counsel for Debtor,
   Bassem Victor El Mallakh
6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                  SANTA ANA DIVISION

10 In re:                         )  CASE NO.: 8:22-bk-11605-TA
                                  )
11 BASSEM VICTOR EL MALLAKH,      )  Chapter 11
                                  )
12                                )  **SUPPLEMENTAL DECLARATION**
           Debtor and Debtor-in-Possession. )  **OF BASSEM VICTOR EL MALLAKH**
13                                )  **IN SUPPORT OF DEBTOR'S**
                                  )  **OPPOSITION TO BELGIUM**
14                                )  **INVESTMENTS 960 BAY DR, LLC'S**
                                  )  **OBJECTION TO DEBTOR'S**
15                                )  **CLAIMED HOMESTEAD**
                                  )  **EXEMPTION**
16                                )
                                  )
17                                )  Date:    March 30, 2023
                                  )  Time:    11:00 a.m.
18                                )  Place:   411 West Fourth Street
                                  )           Courtroom 5B
19                                )           Santa Ana, CA 92701
                                  )
20 ────────────────────────────── )  Via Tele/Videoconference on Zoom

21

22  **SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH**

23      I, Bassem Victor El Mallakh, declare and state as follows:

24      1.      I am the Debtor. I am over the age of 18. I have personal knowledge of the

25 facts set forth below and if called to testify as to those facts, I could and would

26 competently do so.

27

28

                                    1

2. My instant Chapter 11 case was filed on September 19, 2022. This is my second bankruptcy filing.

3. I hold title to the following real property which is my principal residence: 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property").

4. I previously filed a Chapter 13 [case no.: 8:22-bk-11158-TA], which I voluntarily dismissed because I was over the debt limit.

5. My current Chapter 11 case was filed in order to reorganize my debts.

6. My primary residence where I live is the Rockefeller Property and it has been by primary residence since I purchased it in 2013, on the date I filed my bankruptcy cases, and continues to be me primary residence.

7. My current Chapter 11 case, and my previously filed Chapter 13 case listed the Rockefeller Property as my primary residence.

8. On the Petition Date, and continuously thereafter, I resided in the Rockefeller Property with my sister Reem Hanna and her son. The Rockefeller Property is three (3) bedrooms. I sleep in one (1) bedroom, my sister sleeps in one (1) bedroom and her son sleeps one (1) bedrooms.

9. The following is additional evidence to show that the Rockefeller Property is my primary residence is:

   a. A true and correct copy of my Chapter 13 Voluntary Petition listing the Rockefeller Property as my home is attached as **Exhibit "1."**

   b. A true and correct copy of the first pages of my 2019-2022 tax returns and other tax documents listing the Rockefeller Property as my home is attached as **Exhibit "2."**

   c. A true and correct copy of my Homeowners Insurance Policy and Car Insurance listing the Rockefeller Property as my home is attached as **Exhibit "3."**

2

d. A true and correct copy of my various bank statements listing the Rockefeller Property as my home is attached as **Exhibit "4."**

e. A true and correct copy of my drivers license listing the Rockefeller Property as my home is attached as **Exhibit "5."**

f. A true and correct copy of my car registration listing the Rockefeller Property as my home is attached as **Exhibit "6."**

g. A true and correct copy of my SoCalGas Bill for the months of August 2022 through January 2023 listing the Rockefeller Property as my home is attached as **Exhibit "7."**

h. A true and correct copy of my Irvine Ranch Water District Bill for the months of August 2022 through January 2023 listing the Rockefeller Property as my home is attached as **Exhibit "8."**

i. A true and correct copy of my health insurance card listing the Rockefeller Property as my home is attached as **Exhibit "9."**

j. A true and correct copy of my Uber Eats receipts showing my food deliveries to the Rockefeller Property is attached as **Exhibit "10."**

k. A true and correct copy of my Gym check-ins for LA Fitness located at 3021 Michelson Drive, Irvine, CA which is located in Orange County close to the Rockefeller Property for the months of September 2022 to December 2022 is attached as **Exhibit "11."**

l. A true and correct copy of my iPhone GPS location for September 18, 2022 is attached as **Exhibit "12."**

m. A true and correct copy of my airline tickets for travel on September 8, 2022 from San Francisco to Santa Ana airport is attached as **Exhibit "13."**

n. A true and correct copy of my Amazon receipts showing my purchases delivered to the Rockefeller Property is attached as **Exhibit "14."**

3

10.    From on or about 2016 through 2021, I was working in Santa Monica and due to the commute between Santa Monica and Orange County, my business associate and I leased an apartment for his associate at 525 Broadway, Santa Monica, CA 90410 (the "Santa Monica Property") which was our principal place of business for a tech start-up we were trying to get off the ground. I would sleep some evenings at Santa Monica Property if I had to work late and was too tired to drive back home to Orange County. However, the Rockefeller Property was and always has been my primary residence.

11.    In the previous depositions I did in connection with the Florida 11st Circuit case with Belgium and the Orange County Superior Court case which sought to enforce the sister state judgment from the Florida case, the questions Belgium's counsel asked me were in regards to whether I was served at the Rockefeller Property. My statements are being misconstrued currently by Belgium's counsel. These depositions were done in 2021 or earlier, well before my bankruptcy filings. At the time I filed my chapter 11 case, I was living at the Rockefeller Property which is my primary residence and I continue to reside there.

12.    I hereby state, unequivocally, prior to, on the petition date, and thereafter, I lived and currently live at the Rockefeller Property, and I have always intended and continue to intend the Rockefeller Property to be my primary residence and I continue to reside there.

13.    On September 19, 2022, I went to Fedex with my father Essam ElMallakh to sign the bankruptcy petition and other commencement documents. I scanned the documents and emailed them to my Bankruptcy Counsel. Attached as **Exhibit "15"** is a true and correct copy of my Fedex receipt from September 19, 2022, from the Fedex store located at 3992 Barranca Park Ste A, Irvine, CA 92606. The Fedex location I went to is 3 miles away from my home, the Rockefeller Property.

4

SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

I declare under penalty of perjury that the foregoing is true and correct and that

this declaration is executed on March __21_, 2023 at____Egypt_____.


_____

Bassem Victor El Mallakh

EXHIBIT 1

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                    02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Bassem**<br>First name | First name |
|  |  | **Essam**<br>Middle name | Middle name |
|  | Bring your picture identification to your meeting with the trustee. | **El Mallakh**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br><br>Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-3012 | |

Debtor 1    **Bassem Essam El Mallakh**    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and *doing business as* names | ■ I have not used any business name or EINs. Business name(s) EIN | ☐ I have not used any business name or EINs. Business name(s) EIN |
| **5.** **Where you live** | **116 Rockefeller** **Irvine, CA 92612** Number, Street, City, State & ZIP Code **Orange** County If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address: Number, Street, City, State & ZIP Code County If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address. Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing this district to file for bankruptcy** | Check one: ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | Check one: ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **Bassem Essam El Mallakh**                                              Case number (if known)

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

**7.**   **The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

**8.**   **How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.**   **Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10.**   **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

**11.**   **Do you rent your residence?**

- ☒ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1   **Bassem Essam El Mallakh**                                                Case number *(if known)*

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

☐ **No.**   Go to Part 4.

☐ **Yes.**   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ **No.**   I am not filing under Chapter 11.

☐ **No.**   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ **Yes.**   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ **No.**

☐ **Yes.**   What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 4

Debtor 1   **Bassem Essam El Mallakh**                                   Case number (if known)

**Part 5:**  Explain Your Efforts to Receive a Briefing About Credit Counseling

**16. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:
☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
☐ **Active duty.** I am currently on active military duty in a military combat zone.
If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.
Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:
☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
☐ **Active duty.** I am currently on active military duty in a military combat zone.
If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 8:22-bk-11158-TA   Doc 1   Filed 07/12/22   Entered 07/12/22 22:35:39   Desc
Main Document   Page 6 of 12

Debtor 1   **Bassem El Mallakh**

Case number *(if known)*

**Part 6:   Answer These Questions for Reporting Purposes**

| | | |
|---|---|---|
| 16. What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | | ☐ No. Go to line 16b. |
| | | ■ Yes. Go to line 17. |
| | 16b. | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | ☐ No. Go to line 16c. |
| | | ☐ Yes. Go to line 17. |
| | 16c. | State the type of debts you owe that are not consumer debts or business debts |

| | | |
|---|---|---|
| 17. Are you filing under Chapter 7? | ■ No. | I am not filing under Chapter 7. Go to line 18. |
| | ☐ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors? | | ☐ No |
| | | ☐ Yes |

18. How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

19. How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

20. How much do you estimate your liabilities to be?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Part 7:   Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Bassem Essam El Mallakh**
Signature of Debtor 1

Executed on  7/12/2022
MM / DD / YYYY

_____
Signature of Debtor 2

Executed on  _____
MM / DD / YYYY

Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   page 6

Debtor 1    **Bassem Essam El Mallakh**                                          Case number (if known)

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Signature of Attorney for Debtor

Date    7/12/2022
        MM / DD / YYYY

**Benjamin Heston**
Printed name

Firm name

100 Bayview Circle, Suite 100
Newport Beach, CA 92660
Number, Street, City, State & ZIP Code

Contact phone    951-290-2827          Email address    bheston.ecf@gmail.com

297798 CA
Bar number & State

EXHIBIT 2

| Form **1040** | Department of the Treasury — Internal Revenue Service (99) | **2021** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

**U.S. Individual Income Tax Return**

**Filing Status**
Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.  Apt. no.

116 Rockefeller

City, town, or post office. If you have a foreign address, also complete spaces below.    State    ZIP code

Irvine, CA 92612

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1957  [ ] Are blind  Spouse: [ ] Was born before January 2, 1957  [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| 2a | Tax-exempt interest . . . | 2a | b Taxable interest . . . . 2b | 3. |
| 3a | Qualified dividends . | 3a | b Ordinary dividends . . . . 3b | |
| 4a | IRA distributions . . . . . . | 4a | b Taxable amount . . . . . . . . 4b | |
| 5a | Pensions and annuities . . . . . | 5a | b Taxable amount . . . . . . . . 5b | |
| 6a | Social security benefits . . . . . . | 6a | b Taxable amount . . . . . . . . 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . . . . . . . . . . . ▶ [ ] | | 7 | |
| 8 | Other income from Schedule 1, line 10 . . . . . . . . . . . . . . . . . . . | | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** . . . . . . . . . . . . . . . . . ▶ | | 9 | 3. |
| 10 | Adjustments to income from Schedule 1, line 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** . . . . . . . . . . . . . . . . ▶ | | 11 | 3. |
| 12a | Standard deduction or itemized deductions (from Schedule A) . . . . 12a | 12,550. | | |
| b | Charitable contributions if you take the standard deduction (see instructions) . . 12b | | | |
| c | Add lines 12a and 12b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12c | 12,550. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A . . . . . . . . . . . . . . . . . | | 13 | |
| 14 | Add lines 12c and 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 14 | 12,550. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- . . . . . . . . . . . . . . . | | 15 | 0. |

**Standard Deduction for —**
• Single or Married filing separately, $12,550
• Married filing jointly or Qualifying widow(er), $25,100
• Head of household, $18,800
• If you checked any box under Standard Deduction, see instructions.

BAA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Form **1040** (2021)

FDIA0112L  12/10/21

| Form **1040** | Department of the Treasury — Internal Revenue Service (99)<br>**U.S. Individual Income Tax Return** | **2019** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

116 Rockefeller

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Irvine, CA 92612

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    [ ] You    [ ] Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code | If more than four dependents, see instructions and ✓ here ▶ [ ] |
|---|---|---|---|

**Standard Deduction**    Someone can claim:  [ ] You as a dependent    [ ] Your spouse as a dependent

[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  [ ] Were born before January 2, 1955  [ ] Are blind    Spouse:  [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name        Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): |  |
|---|---|---|---|---|
|  |  |  | Child tax credit | Credit for other dependents |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |

| | | | |
|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2a** | Tax-exempt interest . . . . . . . . . . | **2a** | **b** Taxable int. Att. Sch. B if reqd . . . . . | **2b** | 5. |
| **3a** | Qualified dividends . . . . . . . . . . | **3a** | **b** Ordinary div. Att. Sch. B if reqd . . . . . | **3b** | |
| **4a** | IRA distributions . . . . . . . . | **4a** | **b** Taxable amount . . . . . . . . . . . . . | **4b** | |
| **c** | Pensions and annuities . . . . . . | **4c** | **d** Taxable amount . . . . . . . . . . . . . | **4d** | |
| **5a** | Social security benefits . . . . . . . . | **5a** | **b** Taxable amount . . . . . . . . . . . . . | **5b** | |
| **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ [ ] | **6** | |
| **7a** | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | |
| **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . . . . ▶ | **7b** | 5. |
| **8a** | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . . . . . . . . . . | **8a** | |
| **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . . . . . ▶ | **8b** | 5. |
| **9** | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . | **9** | 12,200. | | |
| **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . . | **10** | | | |
| **11a** | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | 12,200. |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . . . . . | **11b** | 0. |

**Standard Deduction for —**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form 1040 (2019)

FDIA0112L  10/07/19

# Tax Returns

Tax Returns 2022

IRS Department of the Treasury
Internal Revenue Service
PO BOX 236
MEMPHIS TN 38101-0236

In reply refer to: 0539300000
Dec. 13, 2022 LTR 2645C K0
***-**-3012 201912 30
Input Op: 0309926218 00014802
BODC: WI

BASSEM EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612-8114

Taxpayer identification number: ***-**-3012
Tax periods: Dec. 31, 2019
Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Oct. 05, 2022.

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you prefer, you can write to that office at the address we provided in this letter.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.



# Tax Returns

CPA letter confirming Tax Returns was filed

September 15, 2022

**SHENOUDA & ASSOCIATES, LLP**
**16377 BEACH BLVD., SUITE 222**
**HUNTINGTON BEACH, CA 92648**
**(714) 842-5045**

Bavani El-Maliah
116 Rochefoln
Irvine CA 92612

Dear Bavani,

Your 2021 Federal Income Tax Return was acknowledged as accepted by the Internal Revenue Service. No tax is payable with the filing of this return. The refund of $1,400 will be directly deposited into your checking account.

Your 2021 California Individual Income Tax Return was acknowledged as accepted by the State of California on. There is a balance due of $1,300. The balance due will be directly withdrawn from your bank account once the State of California has processed the return.

Please be sure to call if you have any questions.

Sincerely,

Helan Shenouda, MBA

Visit us online:

www.shenoudallp.com
www.facebook.com/ShenoudaLLP
www.twitter.com/ShenoudaLLP

Access Your Tax Returns and Tax Documents Securely Anytime:

https://shenoudallp.smartvault.com

(Request Invite From Our Office)

# EXHIBIT 3



## INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB

### MEMBERS' CONDOMINIUM OWNERS POLICY – FORM 6
### PROPERTY INSURANCE POLICY DECLARATIONS
#### Evidence of Insurance
Policy contains 438BFU, printed on next page, in favor of Mortgagee shown.

**MORTGAGEE**
ADDITIONAL OWNERS INTEREST
US TRUSTEE
UNITED STATES TRUSTEE (SA)
411 W FOURTH ST SUITE 7160
SANTA ANA CA 92701

**LOAN NUMBER**

**POLICY NUMBER**
_____20189

**NAMED INSURED AND MAILING ADDRESS**
BASSEM EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612

**LOCATION OF PREMISES (IF DIFFERENT FROM MAILING ADDRESS)**

☐ **PROPERTY INSURANCE POLICY DECLARATIONS**
EFFECTIVE DATE OF THIS POLICY 10262022        12:01 A.M.
                              (PACIFIC STANDARD  TIME)
EXPIRATION DATE OF THIS POLICY10262023        12:01 A.M.
                              (PACIFIC STANDARD  TIME)

**ANNUAL PREMIUM $**

☐ **AMENDMENT OF PROPERTY INSURANCE DECLARATIONS**
**ENDORSEMENT**
EFFECTIVE DATE                      12:01 A.M
                              (PACIFIC STANDARD  TIME)
EXPIRATION DATE OF THE POLICY        12:01 A.M.
                              (PACIFIC STANDARD  TIME)

**COVERAGES AND LIMITS OF LIABILITY**

**PART I - PROPERTY COVERAGES**

COVERAGE A – BUILDING PROPERTY          82000

OTHER PERILS DEDUCTIBLE                 5000

WATER DEDUCTIBLE                        5000

**PROVISIONS**
This form is not a contract of insurance  The provisions of the policy shall prevail in all respects. All premiums for the insurance policy shall be computed in accordance with the Interinsurance Exchange of the Automobile Club rules, forms, premiums and minimum premiums applicable to the insurance afforded which are in effect at the inception of the insurance policy and upon each anniversary thereof, including the date of interim changes. The insurance policy does not become effective unless and until escrow closes, the named insured has an ownership interest in the residence premises, and the premium is paid or reserved in an escrow account. If the insurance protection evidenced herein terminates, the mortgagee will be given notice in accordance with the standard mortgagee clause (438BFU)

*ACSC Management Services, Inc.*
**ATTORNEY-IN-FACT**

**FOR QUESTIONS OR CHANGES CALL**
8720  01/16

.......................... **DETACH HERE AND RETURN WITH PREMIUM PAYMENT** ..................... . .. . .

**INTERINSURANCE EXCHANGE of the**
Automobile Club of Southern California
MAILING ADDRESS: P.O. Box 25448 SANTA ANA, CALIFORNIA 92799-5448

**NOTICE OF
PREMIUM DUE**

**LOAN NUMBER**

**POLICY NUMBER**
CHO183020189

**DUE DATE**

**PLEASE PAY THE PREMIUM
DUE BEFORE OR ON THE
DUE DATE**

BASSEM EL MALLAKH

**PREMIUM DUE**

**MAKE CHECK PAYABLE TO
ACSC**

# Insurance

Car and Home Insurance 2023



Interinsurance Exchange of the Automobile Club
Automobile Insurance Policy Coverages and Limits
New Business Declarations

PLEASE ATTACH TO YOUR POLICY

SEE REVERSE

# Insurance

Medical Insurance 2022

---

blue california
601 12th Street
Oakland, CA 94607

NAME: BASSEM ELMALLAKH
MEMBER ID#: 911268111

**AUTO**5-DIGIT 92617
131525 13 92 T756 P1 2MO
BASSEM ELMALLAKH
116 ROCKEFELLER
IRVINE, CA 92612-8114

**Updates to your 2022 coverage**

November 28, 2022

Update to your Blue Shield of California 2022 coverage for Silver 87 PPO Jan22

Dear Member,

This is an endorsement to your Blue Shield of California (Blue Shield) plan. It updates your coverage to reflect recent changes to laws that apply to your 2022 Blue Shield plan. The pages enclosed show exactly how and where we revised your plan documents.

Review this endorsement and refer to it when you access your plan documents. Make sure to keep it with the rest of your records. You can access your plan documents online at **blueshieldca.com/policies**.

If you have questions about this update, please contact member services at the number on the back of your Blue Shield member ID card.

Thank you for choosing Blue Shield. We look forward to continuing to meet your health coverage needs.

Sincerely,

Patrice Bergman
Vice President and General Manager

Blue Shield of California is an independent member of the Blue Shield Association A543671FP_1022



EXHIBIT 4

# Wells Fargo Combined Statement of Accounts

September 30, 2022  ■ Page 1 of 6



BASSEM VICTOR EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612-6114

**Questions?**

Available by phone 24 hours a day, 7 days a week.
We accept all relay calls, including 711
**1-800-742-4932**
En español: 1-877-727-2932

Online: wellsfargo.com

Write:   Wells Fargo Bank, N.A. (114)
         P.O. Box 6995
         Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.

| | | |
|---|---|---|
| Online Banking | ☐ Direct Deposit | ☐ |
| Online Bill Pay | ☐ Auto Transfer/Payment | ☐ |
| Online Statements | ☐ Overdraft Protection | ☐ |
| Mobile Banking | ☐ Debit Card | |
| My Spending Report | ☐ Overdraft Service | ☑ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a
Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your
Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local
home mortgage consultant.

Sheet Seq = 0100191
Sheet 00001 of 00003

Created With Tiny Scanner

**CHASE ◻**

JP Morgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 78265-9754

Questions?
✉ chase.com
☎ 1-800-935-9935
We accept operator relay calls

10/28/2022

BASSEM V ELMALLAKH
116 ROCKEFELLER
IRVINE, CA 92612-8114

## Update:    We closed your account

Your account ending in 7932

Dear Bassem Elmallakh

Thank you for your recent inquiry about your account. We closed your account above on 09/20/2022
If you have questions, please call us at 1-800-935-9935 or visit any of our branches.

Sincerely,

Customer Service

©2019 JPMorgan Chase Bank, N.A. Member FDIC
M1008-01 (09/19)

Created With Tiny Scanner

EXHIBIT 5

California Driver License



EXHIBIT 6

# Car Registration

DMV
DEPARTMENT OF MOTOR VEHICLES
A Public Service Agency

REGISTRATION CARD VALID FROM: 08/26/2022 TO: 08/26/2023

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|---|---|---|---|---|---|---|---|
| MERZ | 2016 | 0000 | JC | 2016 | 170 | 11 | [redacted] |

| BODY TYPE MODEL | MP | MO | VEHICLE ID NUMBER |
|---|---|---|---|
| 4D | G | EA | [redacted] |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC | STICKER ISSUED |
|---|---|---|---|---|---|
| AUTOMOBILE | 01/18/23 | 30 | 01/18/23 | 8 | J3286246 |

PR EXP DATE: 08/26/2022

AMOUNT PAID
$ 376.00

REGISTERED OWNER
ELMALLAKH BASSEM E
116 ROCKEFELLER

IRVINE
CA 92612

AMOUNT DUE
$ 376.00

AMOUNT RECVD
CAS

LIENHOLDER
TD AUTO FIN LLC
PO BX 997551

SACRAMENTO
CA 95899

THE GREAT SEAL OF THE STATE OF CALIFORNIA

CA 2023 J 3286246

CALIFORNIA
1SAM123

H01 616 B5 0037600 0015 CS H01 011823 11 7VIM280 746



EXHIBIT 7

Gas Bills



# Gas Bills



Gas Bills from December
To February 2023

EXHIBIT 8

# Water Bills

Water bill for August 2022



# Water Bills

Water bill for September 2022

# Water Bills

Water bill for October
2022

# Water Bills

Water bill for November 2022



# Water Bills



Water bill for January 2023

EXHIBIT 9

Insurance

Medical Insurance Card



blue of california
Blue Shield of California
Installation & Membership - IFP
PO BOX 629032
EL DORADO HILLS CA 95762-9032

Customer Service: **(855) 836-9705**
Monday - Friday: 8 a.m. - 8 p.m.
Saturday: 8 a.m. - 6 p.m.
**blueshieldca.com/go**

BASSEM ELMALLAKH
116 ROCKEFELLER
IRVINE CA 92612

T8.P2.B12.1647

F83634027A*2-496_686

EXHIBIT 10

# Food Delivery



Uber Eats receipts

# Food Delivery



Uber Eats receipts
Examples



# EXHIBIT 11

# Gym Check in's



Gym Check-ins at LA fitness location: 3021 Michelson Dr, Irvine, CA September to December 2022 dates

# Gym Check in's

Gym Check-ins at LA fitness location: 3021 Michelson Dr, Irvine, CA May to August 2022 dates



# EXHIBIT 12

# Find my iPhone GPS device



Find my iPhone GPS
locator device on the
iPhone IOS

EXHIBIT 13

# Travel

From Orange county to San Fran on September 08 2022



2/2/23 1:41 AM

Find Your confirmation receipt (EPNVOT for your flight to San Francisco on 9/8/22

| Thu, Sep 08 04:00 PM | | Thu, Sep 08 05:25 PM |
|---|---|---|
| **SNA** | ✈ | **SFO** |
| Orange County/Santa Ana | | San Francisco |

### Summary of airfare charges

Bassem Elmallakh
*Mileage Plan # can Mileage Plan not add to reservation*
Ticket 0272310620554

| Base fare and surcharges | $14.65 |
|---|---|
| Taxes and other fees | $15.70 |
| Per person total | $30.35 |

Alexander Hanna
*Mileage Plan # Join Mileage Plan and add to reservation*
Ticket 0272310620556

| Base fare and surcharges | $14.65 |
|---|---|
| Taxes and other fees | $15.70 |
| Per person total | $30.35 |

### Total charges for air travel    **$60.70**

Non-refundable fare of $65.70 was charged to the American Express card with number _____9082 held by Bassem Hanna on Sep 6, 2022

Coupon code ECPP8N5LFB1362ZS was applied to this purchase. Click for restrictions.

2/28/23  1:41 AM

Fwd: Your confirmation receipt IRPWOT for your flight to San Francisco on 9/8/22

✈

# Bassem,
# you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online. With Mileage Plan™, you earn a mile for every mile flown. Don't miss out on miles, join Mileage Plan now.

MANAGE TRIP

Confirmation code

## **IRPWOT**

**Alaska**
Flight 3454
Embraer ERJ 175

**Traveler(s)**
Bassem Elmallakh
Seat 19A, Class L (Coach)

Alexander Hanna
Seat 19B, Class L (Coach)

Flight Operated by SkyWest Airlines as AlaskaSkyWest. Check in with Alaska Airlines

---

Travel

From Orange county to
San Fran on September
08 2022

EXHIBIT 14



# Amazon packages

## Amazon Prime family account receipts



# Amazon packages

Amazon Prime family
account receipts



# Amazon packages

## Amazon Prime family account receipts




# Amazon packages

Amazon Personal account- ( non-Prime Service ) takes longer time to deliver packages



# EXHIBIT 15



FedEx Office

3992 Barranca Pkwy Ste A
Irvine, CA 92606
(949) 552-1717

Terminal: 0596MIX04
9/19/2022 19:22
Receipt #: 059661N2952
Type: Purchase

| Qty | Description | Amount |
| --- | --- | --- |
| 18 | Self Serve Scan 8.5x11/14, 11x17 | 8.82 |
| | SubTotal | 8.82 |
| | District tax | 0.04 |
| | City tax | 0.00 |
| | County tax | 0.11 |
| | State tax | 0.53 |
| | Total | USD $9.50 |

Acct #:************1451
VISA DEBIT
Chip Read
Auth No.: 011522
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 5F0002
TVR: 8000008000
IAD: 06011203608000
TSI: 6800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx Office

Tell us how we're doing and receive $5 off your next $30 print order*. Complete our survey by scanning the QR code below, visit **fedex.com/welisten**.

Offer expires 12/31/2022

[illegible]

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit fedex.com/officeserviceterms for details.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENT 960 BAY DR, LLC'S OBJECTION TO  DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/21/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
U.S. Trustee
Nancy S. Goldenberg
411 W. Fourth St., Ste. 7160
Santa Ana, CA 92701

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/23, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/23 | Peter Garza | /s/Peter Garza |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:  (310) 271-6223
   Facsimile:  (310) 271-9805
4  michael.berger@bankruptcypower.com

5  Counsel for Debtor,
   Bassem Victor El Mallakh
6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                   SANTA ANA DIVISION

10 In re:                          )  CASE NO.: 8:22-bk-11605-TA
                                   )
11 BASSEM VICTOR EL MALLAKH,       )  Chapter 11
                                   )
12                                 )  **DECLARATION OF REEM HANNA**
13         Debtor and Debtor-in-Possession. )  **IN SUPPORT OF DEBTOR'S**
                                   )  **OPPOSITION TO BELGIUM**
14                                 )  **INVESTMENTS 960 BAY DR, LLC'S**
                                   )  **OBJECTION TO DEBTOR'S**
15                                 )  **CLAIMED HOMESTEAD**
                                   )  **EXEMPTION**
16                                 )
17                                 )  Date:  March 30, 2023
                                   )  Time:  11:00 a.m.
18                                 )  Place: 411 West Fourth Street
                                   )        Courtroom 5B
19                                 )        Santa Ana, CA 92701
                                   )
20 _____ )  Via Tele/Videoconference on Zoom

21

22                   **DECLARATION OF REEM HANNA**

23      I, Reem Hanna, declare and state as follows:

24      1.    I am the sister of Debtor Bassem Victor El Mallakh. I am over the age of

25 18. I have personal knowledge of the facts set forth below and if called to testify as to

26 those facts, I could and would competently do so.

27      2.    I live at 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property").

28 with my brother Bassem who is the Debtor in this case. The Rockefeller Property has

                                   1

three (3) bedrooms. I sleep in one (1) bedroom, my son sleeps one (1) bedroom, and

Bassem sleeps in one (1) bedroom. I pay Bassem $4,000 per month in rent to live in the

Rockefeller Property with him.

       3.     Since I started living at the Rockefeller Property on or about mid-2018,

Bassem has always lived at the Rockefeller Property with me there.

       4.     On September 19, 2022, when Bassem filed his Chapter 11 case, Bassem

was living at the Rockefeller Property with me and my son, and Bassem continues to

reside there as his primary residence thereafter.

       5.     From on or about 2016 through 2021, Bassem was working in Santa

Monica at 525 Broadway, Santa Monica, CA 90410 (the "Santa Monica Property") and

due to the commute between Santa Monica and Orange County, Bassem would sleep

some evenings at the Santa Monica Property if he had to work late and was too tired to

drive back home to the Rockefeller Property. However, the Rockefeller Property was and

always has been Bassem's primary residence.

       6.     In the previous depositions I did in connection with Belgium's claims

against Bassem, the questions Belgium's counsel asked me were in regards to whether

Bassem was served at the Rockefeller Property.

       I declare under penalty of perjury that the foregoing is true and correct and that

this declaration is executed on March 21 , 2023 at_____5:32 Chicago_____.

                                            _____
                                            Reem Hanna

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF REEM HANNA IN
SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S
OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on
the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
3/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/2023, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. SERVED BY UNITED STATES MAIL**:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

1    MICHAEL JAY BERGER (State Bar # 100291)
     LAW OFFICES OF MICHAEL JAY BERGER
2    9454 Wilshire Blvd. 6th Floor
     Beverly Hills, CA 90212-2929
3    Telephone:  (310) 271-6223
     Facsimile:  (310) 271-9805
4    michael.berger@bankruptcypower.com
5    Counsel for Debtor,
     Bassem Victor El Mallakh
6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                   SANTA ANA DIVISION

10   In re:                              )   CASE NO.: 8:22-bk-11605-TA
                                         )
11   BASSEM VICTOR EL MALLAKH,           )   Chapter 11
                                         )
12                                       )   **DECLARATION OF ESSAM EL**
          Debtor and Debtor-in-Possession. )   **MALLAKH IN SUPPORT OF**
13                                       )   **DEBTOR'S OPPOSITION TO**
                                         )   **BELGIUM INVESTMENTS 960 BAY**
14                                       )   **DR, LLC'S OBJECTION TO**
                                         )   **DEBTOR'S CLAIMED HOMESTEAD**
15                                       )   **EXEMPTION**
                                         )
16                                       )
                                         )   Date:   March 30, 2023
17                                       )   Time:   11:00 a.m.
                                         )   Place:  411 West Fourth Street
18                                       )           Courtroom 5B
                                         )           Santa Ana, CA 92701
19                                       )
                                         )   Via Tele/Videoconference on Zoom
20   _____)

21

22             <u>**DECLARATION OF ESSAM VICTOR EL MALLAKH**</u>

23        I, Essam El Mallakh, declare and state as follows:

24        1.    I am the father of the Debtor, Bassem Victor El Mallakh. I am over the age

25   of 18. I have personal knowledge of the facts set forth below and if called to testify as to

26   those facts, I could and would competently do so.

27        2.    On September 19, 2022, I went to Fedex with my son Bassem for Bassem

28   to sign the bankruptcy petition and other commencement documents. I purchased a pen

                                        1

that Bassem needed to sign his documents. Attached as **Exhibit "1"** is a true and correct copy of my Fedex receipt from September 19, 2022, from the Fedex store located at 3992 Barranca Park Ste A, Irvine, CA 92606 where I was with Bassem when he signed the bankruptcy documents.

3.    Over the past few years, I regularly visited Bassem and my daughter Reem and Reem's son (my grandson) who live with Bassem at 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property"). I visit them about every six (6) months. When I visit them, I stay at the Rockefeller Property. The Rockefeller Property is a three (3) bedroom townhouse. During my visits, my daughter sleeps in one bedroom with my grandson, I sleep in my grandson's room and Bassem sleeps in the third bedroom.

4.    As far as I am aware, based on my visits to the United States, Bassem lives at the Rockefeller Property. Bassem was living at the Rockefeller Property on September 19, 2022, and he continues to reside at the Rockefeller Property as his principal residence.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March __21__, 2023 at_____Egypt_____.

_____
Essam El Mallakh

2

# EXHIBIT 1



Firefox                                                                                                              about:srcdoc

AMERICAN EXPRESS
Green Card

ACCOUNT ENDING #1004

CARD MEMBER
ESSAM ELMALLAKH

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Sep 19, 2022 | **FEDEX OFFICE PRINT SHIP CENTER** 3992 BARRANCA PKWY | $9.68 |
| | IRVINE CA 92606-8223 (888) 889-7121 www.fedex.com | |

AplPay FEDEX OFFICE IRVINE CA
Will appear on your Sep 21, 2022 statement as AplPay FEDEX OFFICE IRVINE CA

METHOD
Paid for with Apple Pay

CARD
ESSAM ELMALLAKH

MEMBERSHIP REWARDS POINTS
1X on Other purchases          10

ADDITIONAL INFORMATION
05960023291059600232910 92606

1 of 1                                                                                      2/27/2023, 4:40 PM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ESSAM EL
MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY
DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated
below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
3/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐  Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will
be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/2023, I served the following
persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal
delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                  **F 9013-3.1.PROOF.SERVICE**

Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
15615 Alton Pkwy, Suite 210
Irvine, CA 92618
Tel:    (888) 733-4455
Fax:    (714) 733-4450
Email: bb@redhilllawgroup.com

Attorneys for Debtor Bassem Victor El Mallakh

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

|  |  |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br>Debtor | Case No. 8:22-bk-11605-TA<br><br>Chapter 7<br><br>**DIRECT TESTIMONY DECLARATIONS IN OPPOSITION TO OBJECTION TO HOMESTEAD EXEMPTION**<br><br>**HEARING:**<br>**Date: August 24, 2023**<br>**Time: 11:00 a.m.**<br>**Ctrm:_5B** |

TO THE HONORABLE THEODOR C. ALBERT, MOVANT BELGIUM INVESTMENTS 960 BAY DR. LLC ("BELGIUM"), AND ALL INTERESTED PARTIES:

Debtor Bassem El Mallakh hereby submits direct testimony in support of his Opposition to Belgium Investments 960 Bay Dr., LLC's Objection to Debtor's Claimed Homestead Exemption ("Objection").

Dated: August 7, 2023              Respectfully submitted,
                                   **RED HILL LAW GROUP**


                                   By: ___*/s/ Bert Briones*_____
                                   Bert Briones
                                   Attorneys for Debtor Bassem Victor El Mallakh

*(left margin, vertical text)* RED HILL LAW GROUP   15615 Alton Pkwy, Suite 210   Irvine, California 92618

- 1 -

## <u>DECLARATION OF BASSEEM VICTOR EL MALLAKH</u>

I, BASSEM VICTOR EL MALLAKH, declare:

    1.     I am an individual over the age of 18.

    2.     I know the following facts to be true of my own personal knowledge unless otherwise stated.

    3.     I purchased a townhouse located at 116 Rockefeller, Irvine, California 92612 ("Irvine Townhouse") in October 2013.

    4.     On my petition date, September 19, 2022, and since then to present, my principal residence has been the Irvine Townhouse.  On September 19, 2022 to present, I have resided and continue to reside in the Irvine Townhouse.  I intend to continue to reside in the Irvine Townhouse.  Since prior to September 19, 2022 to present, I have occupied the Irvine Townhouse except when temporarily away due to business or vacation.  My personal belongings, my entire closet (Passport, Social security, Birth Certificate, copy of my Tax returns, my prescriptions, and my Invisalign retainers), clothing, and furniture have been in the Irvine Townhouse since before September 19, 2022.  I have slept and continue to sleep at the Irvine Townhouse except for the nights when I "crashed" in Santa Monica after work or went on vacation.  The nights when I slept away from the Irvine Townhouse, I always intended to return to the Irvine Townhouse and considered the Irvine Townhouse to be my home and my residence. During the last 10 years since I purchased the house, I have spent at least 95% of the days there.

<u>The Santa Monica Apartment</u>

    5.     In 2016, I entered a lease agreement for an apartment located at 525 Broadway, Santa Monica, CA 90401 ("Santa Monica Apartment" and "Santa Monica Lease").

    6.     The Santa Monica Apartment had two bedrooms.

    7.     I entered the Santa Monica Lease agreement with my business partner and friend, Mohammed Rostom.

- 2 -

8.     The purpose of the Santa Monica Lease was to provide office space for a business that Rostom and I were starting, which we called Lava Enterprises.

9.     We selected Santa Monica for the office location so we could be close to other people in the industry who were primarily located in Los Angeles.

10.     The Santa Monica Apartment also served as Rostom's living quarters while he was working with me in Santa Monica.

11.     One room in the Santa Monica apartment was Rostom's bedroom.  The other room contained two desks that Rostom and I used for business.

12.     Both Rostom and I had to be on the Santa Monica Lease because Rostom was from Canada, and the apartment landlord wanted a co-signor on the lease.

13.     In addition, I had to Co- sign the Santa Monica Lease in order to get keyless Fob entry access to the garage and the elevator when I came to the apartment to work.

14.     I decided to take my desk and computer and office belongings back to my Irvine townhome in April of 2022 and I called the leasing office and let them know that I would be no longer coming there and If I can remove my name on the lease but my friend Rostom will remain on the lease alone. And that I will only come to pick up office and work mail or if I need to open the door for the cleaners while Rostom is out of town. At the end of 2022, Rostom decided he wanted me to help him terminate the Santa Monica Lease and take away all his furniture and belongings and I can give them away to the Goodwill store for charity and vacate the apartment since he was no longer coming back from Dubai to stay with his family.

15.     Between November 2016 and April 2022, I spent a lot of time at the Santa Monica apartment.  I would often work at the apartment from early morning until late at night.  Sometimes, I would stay overnight at the Santa Monica Apartment and sleep on the couch, since the guest bedroom's bed was a small Twin bed, we had our 2 desks and computers in the guest bedroom so the space won't allow us to fit in a king or queen bed and I am tall I won't be able to sleep in that bed regularly. I would stay overnight there rather than try to drive back to the townhouse in Irvine when I was overly tired.

- 3 -

1        16.     In 2019 and 2020, when Belgium Investments 960 Bay Dr., LLC

2  ("Belgium") purportedly attempted to serve me with its summons in its Florida lawsuit

3  against me, I was spending most days working in Santa Monica.  I was not physically at

4  the Irvine townhouse when the process server(s) purportedly attempted to personally serve

5  me with the summons.

6  <u>Reem's Lease for the Irvine Townhouse</u>

7        17.     On January 1, 2017, I entered a lease with my sister, Reem Hanna for two of

8  the bedrooms and common areas of the Irvine townhouse—one bedroom for Reem and

9  one for her son.  I continued to reside in the Irvine townhouse's third bedroom and share

10  use of the common areas.

11        18.     Although Reem and I are siblings, we agreed that we should memorialize

12  her lease in writing.  I located and copied a lease from Google.  I do not know if all of the

13  language in the lease was necessary or applicable to Reem's and my situation, but it

14  accomplished our goal of agreeing in writing to a rent price and term.

15        19.     Reem and I always agreed that I would continue to live in the Irvine

16  townhouse, and I in fact have lived in the Irvine townhouse throughout the entire time that

17  Reem has leased the other two bedrooms (2017 to present).

18        20.     Although I was spending a lot of time in the Santa Monica Apartment

19  during the time since 2017 and since Reem and I entered the lease in 2017 until 2022, my

20  clothing, furniture and other personal belongings have remained in the Irvine townhouse.

21  The only personal items that I kept in the Santa Monica apartment were 2 t-shirts, my

22  tennis rackets bag and my bicycle.

23  <u>Other Information</u>

24        21.     I renewed my drivers' license at the DMV in Santa Monica in 2017 and

25  decided to put my business address on it because I knew that the Bungalow lounge at the

26  Fairmont Hotel Miramar, that my business partner Rostom and I go to frequently, would

27  allow Santa Monica residents to skip the line.  Since I no longer work in Santa Monica or

28  spend much time there, I changed my drivers' license address back to the Irvine

- 4 -

1    Townhouse.  My drivers' license currently has the Irvine Townhouse address.

2         22.    I took the advice of my attorneys, Michael Sayer in the state court motion to

3    vacate sister state judgment and Michael Berger at the beginning of my bankruptcy case,

4    on how to explain the Santa Monica Apartment versus the Irvine Townhouse.  I was

5    spending time at both locations and did not intend to mislead anyone about my residency.

6         I declare under penalty of perjury of the laws of the United States of America that

7    the foregoing is true and correct.

8

9    Dated:_____ at _____, Egypt (where I am currently

10    on vacation).

11

12    **[SEE ATTACHED SIGNATURE PAGE]**

13                    BASSEM VICTOR EL MALLAKH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIRECT TESTIMONY DECLARATIONS

Townhouse. My drivers' license currently has the Irvine Townhouse address.

22.   I took the advice of my attorneys, Michael Sayer in the state court motion to vacate sister state judgment and Michael Berger at the beginning of my bankruptcy case, on how to explain the Santa Monica Apartment versus the Irvine Townhouse.  I was spending time at both locations and did not intend to mislead anyone about my residency.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: August 8th 2023 at _____ Cairo _____, Egypt (where I am currently on vacation).

BASSEM VICTOR EL MALLAKH

- 5 -

DIRECT TESTIMONY DECLARATIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15615 Alton Pkwy., Ste. 210, Irvine CA 92618

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____08/08/2023____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Chad L Butler    caecf@tblaw.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
Patrick Miller    patrick.miller@impactadvocateslaw.com
Randall P Mroczynski    randym@cookseylaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ____08/08/2023____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92618-4298

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street – Ste. 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___8-8-23___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor: Served via electronic notification on secure encrypted client portal and email.
[Client email address is protected by the Attorney Client Privilege.]

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2023 | Robin Briones | /s/ Robin Briones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                              Page 4                              **F 4001-1.RFS.RESPONSE**