Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
15615 Alton Pkwy, Suite 210
Irvine, CA 92618
Tel:   (888) 733-4455
Fax:   (714) 733-4450
Email: bb@redhilllawgroup.com

Attorneys for Debtor Bassem Victor El Mallakh

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)**

| | |
|---|---|
| In re: | Case No. 8:22-bk-11605-TA |
| BASSEM VICTOR EL MALLAKH, | Chapter 7 |
| Debtor | **OPPOSITION TO MOTION TO DISMISS** |
| | **HEARING:**<br>**Date: August 24, 2023**<br>**Time: 11:00 a.m.**<br>**Ctrm: 5B_____** |

Debtor Bassem Victor El Mallakh ("Debtor") submits the following opposition to the Motion to Dismiss his Chapter 7 bankruptcy case ("Motion to Dismiss") filed by movant Belgium Investments 960 Bay Dr., LLC a California Corporation ("Movant").

/ / /

/ / /

/ / /

- 1 -

OPPOSITION TO MOTION TO DISMISS

## I. INTRODUCTION

The Motion to Dismiss should be denied because § 707 bad faith dismissal, which is requested in the Motion to Dismiss, is available only in consumer debtor cases—here, Debtor's debt is primarily nonconsumer business debt. The majority of Debtor's debt is owed to Movant arising out of a business transaction to renovate a condominium building in Miami Beach. Moreover, the deadline to file a motion to dismiss under § 707 expired before the Motion to Dismiss was filed on June 5, 2023; the expiration was 60 days after the first 341 meeting of creditors set for October 28, 2022.

## II. LEGAL AUTHORITY

The deadline for filing a § 707(b)(3) dismissal motion is 60 days after the first date set for the creditors' meeting. FRBP 1017(e)(1); *In re dePellegrini*, supra, 365 BR 830, 831 (Bankr. SD Ohio 2007). Here, the first meeting of creditors was set for October 28, 2022, and the Motion to Dismiss was filed on June 5, 2023. Thus, the Motion to Dismiss should be denied as untimely.

A *consumer* debtor's case may be dismissed as an "abuse" of Chapter 7 where:

— the debtor filed the petition in bad faith; or

— the "totality of the circumstances" of the debtor's financial situation demonstrates "abuse." 11 USC § 707(b)(3)(A) & (B); *see also In re Reed*, 422 BR 214, 229-230 (CD Cal. 2009); *In re dePellegrini*, 365 BR 830, 833 (Bankr. SD Ohio 2007). Section 707(b) only applies to consumer debtors, as a matter of statutory construction it follows that cases filed by nonconsumer debtors cannot be dismissed for "bad faith" under that provision: "The only mention of 'bad faith' in all of Chapter 7 is in Section 707(b)(3)(A). Its location indicates that the analysis for bad faith arises only in a consumer debtor case. If Congress intended 'bad faith' to be a reason for dismissal of any Chapter 7 case, it would have added that term to § 707(a) which applies to all chapter 7 cases. It did not." *In re Lobera*, 454 BR 824, 838 (Bankr. D. NM 2011) (emphasis added).

///

A debtor is a "consumer" debtor if more than half of the dollar amount owed is consumer debt. *In re Kelly*, 841 F.2d 908, 913 (9th Cir. 1988). Debt incurred for a business venture or with a profit motive is not "consumer debt." *In re Runski*, 102 F.3d 744, 747 (4th Cir. 1996); *In re Stewart*, 175 F.3d 796, 806 (10th Cir. 1999).

The majority of Debtor's debt is business debt arising out of his efforts to renovate a condominium building in Miami Beach. Movant invested in this business venture, thereby giving rise to its alleged claim. Debtor has some credit card debt and an auto loan, but because the majority of the debt is nonconsumer, his case is not subject to dismissal under § 707. The Court should therefore deny the Motion to Dismiss.

### III. CONCLUSION

For the reasons explained above, the Debtor requests that the Court deny the Motion to Dismiss as untimely and not warranted in light of Debtor's nonconsumer debt.

Dated: August 7, 2023

Respectfully submitted,
**RED HILL LAW GROUP**

By: */s/ Bert Briones*
Bert Briones
Attorneys for Debtor Bassem Victor El Mallakh

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare as follows:

1. I am an individual over the age of 18 and the debtor in the above-referenced case.

2. I know the following facts to be true of my own personal knowledge.

3. My debt is primarily business debt. The majority of my debt is owed to Movant arising out of a business transaction to renovate a condominium building in Miami Beach.

4. My first 341 meeting of creditors was set for October 28, 2022.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: _____ at _____, Egypt.

**[SEE ATTACHED SIGNATURE PAGE]**

BASSEM VICTOR EL MALLAKH

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare as follows:

1. I am an individual over the age of 18 and the debtor in the above-referenced case.

2. I know the following facts to be true of my own personal knowledge.

3. My debt is primarily business debt. The majority of my debt is owed to Movant arising out of a business transaction to renovate a condominium building in Miami Beach.

4. My first 341 meeting of creditors was set for October 28, 2022.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: August 8th 2023 at Cairo, Egypt.

_____
BASSEM VICTOR EL MALLAKH

-4-
OPPOSITION TO MOTION TO DISMISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15615 Alton Pkwy., Ste. 210, Irvine CA 92618

A true and correct copy of the foregoing document entitled: **OPPOSITION TO MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/08/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Chad L Butler    caecf@tblaw.com
Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
Patrick Miller    patrick.miller@impactadvocateslaw.com
Randall P Mroczynski    randym@cookseylaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) 08/08/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92618-4298

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street – Ste. 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8-8-23, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor: Served via electronic notification on secure encrypted client portal and email.
[Client email address is protected by the Attorney Client Privilege.]

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2023 | Robin Briones | /s/ Robin Briones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 4    F 4001-1.RFS.RESPONSE