Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
15615 Alton Pkwy, Suite 210
Irvine, CA 92618
Tel:   (888) 733-4455
Fax:   (714) 733-4450
Email: bb@redhilllawgroup.com

Attorneys for Debtor Bassem Victor El Mallakh

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br>Debtor | Case No. 8:22-bk-11605-TA<br><br>Chapter 7<br><br>**OPPOSITION TO MOTION FOR SANCTIONS DUE TO THE DEBTOR'S PERJURY; DECLARATION OF BASSEM EL MALLAKH**<br><br>**HEARING:**<br>**Date: August 24, 2023**<br>**Time: 11:00 a.m.**<br>**Ctrm: 5B** |

Debtor Bassem Victor El Mallakh hereby opposes the Motion for Sanctions Due to the Debtor's Perjury filed by creditor Belgium Investments 960 Bay Dr., LLC, a California Corporation ("Movant"). Debtor has owned the Rockefeller Property since late-2016 and he leased the Santa Monica Property with a business partner between November 1, 2016 and January 2023. Debtor shares the Rockefeller Property with his sister and her son pursuant to a lease, and Debtor has a bedroom and belongings in the Rockefeller Property. Debtor also spent considerable time in the Santa Monica Property between 2016 and 2023 while working on a start-up company. He kept some items at the

Santa Monica Property and slept there when he worked late nights.  Debtor submitted declarations and testimony regarding residing at both properties at the advice of his attorneys.  Debtor did not understand the intricacies of the legal definitions of homestead and residence—Debtor knew that he spent time at, slept at, and kept belongings in both locations.  Debtor did not intend to mislead the Court; he took his attorneys' advice on how to convey the facts to fit a particular legal definition.

I. LEGAL AUTHORITY

The California Penal Code sets for the elements of perjury as follows:

> (1) a willful statement, (2) either (a) under oath in any of the cases in which the oath may be administered or (b) in writing under penalty of perjury in circumstances permitted by law, (3) of any material matter, and (4) which the person knows to be false.

*Ho Sang Yim v. Barr*, F.3d , 1083 (9th Cir. 2020).  Likewise, federal criminal law contains the same elements of perjury: 1) that a defendant gave false testimony 2) on a material matter 3) with willful intent. *Id*. at 94.  *United States v. Sampson*, 2023 WL 3883703, at *3 (9th Cir. (Wash.) 2023).

"The falsity element of the crime of perjury requires that a statement be literally false." *Chein v. Shumsky*, 373 F.3d 978, 985 (9th Cir. (Cal.) 2004).  Misleading testimony that is otherwise true cannot support a perjury conviction. *Id.*

The dictionary.com definitions of "reside," "live in," and "occupy" are:

Reside: "to dwell permanently or for a considerable time."

Live: "to dwell or reside (usually followed by in, at, etc.)."

Occupy: "to be a resident or tenant of; dwell in."

II. TESTIMONY AT ISSUE

Movant points to Debtor's testimony in a declaration of 17 February 2021 and deposition testimony from 21 March 2021 in which he stated that he was residing in Santa Monica since November 2016 and sleeping there most nights.

Movant then points to Debtor's declaration to this Court dated 21 March 2023 and

1  similar testimony from Debtor's deposition on 15 March 2023 in which he states that his
2  residence and "where I live" is the Rockefeller Property and that he went back and forth
3  between the Santa Monica Property and the Rockefeller Property depending on how much
4  he was working and on traffic.

5      Debtor entered the lease for the Santa Monica Property on 1 November 2016.  On
6  or shortly thereafter, Debtor began to spend a lot of time at the Santa Monica Property
7  working on his start-up company.  He also spent nights there when he worked late.
8  Debtor still had a bedroom and belongings at the Rockefeller Property.

9      Debtor's uses of both the Santa Monica and Rockefeller Properties meet the
10  dictionary definition of reside, live and occupy as "to dwell for a considerable time,"
11  "dwell or reside," and "be a resident or tenant of; dwell in" as Debtor spent considerable
12  time at both properties over several years, including sleeping at both properties.  While the
13  statements from 2021 compared side by side to those in 2023 may be misleading, they
14  were not literally false.  Debtor in fact spent a lot of his time in Santa Monica and
15  sometimes slept there and also slept in the Irvine Property, kept his belongings there, and
16  intended it to be his primary residence.

17      Debtor did not control his sister Reem Hanna's statements.  She was correct,
18  however, that Debtor spent much of his time in Santa Monica between November 2016
19  and February 2021.  She was also correct that Debtor "lived" in Irvine in the sense that he
20  had a bedroom there with belongings there.

21      Debtor does not remember the facts surrounding the Ring camera, as he explained
22  in both 2021 and 2023 that he was "unsure" about the camera "and thought he received it
23  in 2017 but "it's been a while." (Motion, 6:12-18.)  Moreover, the existence of a Ring
24  camera is not "a material matter" for purposes of perjury.

25
26
27
28  / / /

## CONCLUSION

Debtor did not have willful intent to commit perjury. He made statements surrounding his use of both properties as instructed by his layman's knowledge of the meanings of to reside, live, and occupy and his prior attorneys' instructions of how to explain the facts to fit a certain legal definition. Debtor's statements do not amount to sanctionable perjury. Movant's motion for sanctions should therefore be denied.

Dated: August 7, 2023

Respectfully submitted,
**RED HILL LAW GROUP**

By: ___*/s/ Bert Briones*___
Bert Briones
Attorneys for Debtor Bassem Victor El Mallakh

**DECLARATION OF BASSEEM VICTOR EL MALLAKH**

I, BASSEM VICTOR EL MALLAKH, declare:

1. I am an individual over the age of 18.

2. I know the following facts to be true of my own personal knowledge unless otherwise stated.

3. I have owned the Rockefeller Property located at 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property") since late-2016 and I leased the Santa Monica Property located at 525 Broadway, Santa Monica, CA 90401 ("Santa Monica Property") with a business partner between 2016 and January 2023.

4. I share the Irvine Property with my sister and her son pursuant to a lease, and I have a bedroom and belongings in the Irvine Property.

5. I also spent considerable time in the Santa Monica Property between 2016 and 2023 while working on a start-up company. I kept some items at the Santa Monica Property and slept there when I worked late nights.

6. I submitted declarations and testimony regarding residing at both properties at the advice of my attorneys. I did not understand the intricacies of the definitions of homestead and residence. I knew that I spent time at, slept at, and kept belongings in both locations.

7. I did not intend to mislead the Court; I took my attorneys' advice on how to convey the facts to obtain the preferred legal result.

8. I entered the lease for the Santa Monica Property on November 1, 2016. On or shortly thereafter, I began to spend a lot of time at the Santa Monica Property working on my start-up company. I also spent nights there when I worked late. I still had a bedroom and belongings at the Rockefeller Property.

9. My uses of both the Santa Monica and Rockefeller Properties meet the dictionary definitions of and my understanding of the words reside, live and occupy as "to dwell for a considerable time," "dwell or reside," and "be a resident or tenant of; dwell in" as I spent considerable time at both properties over several years, including sleeping at

both properties. I spent a lot of time in Santa Monica and sometimes slept there and also slept in the Rockefeller Property, kept my belongings there, and intended it to be my primary long-term residence.

10. My sister, Reem Hanna, was correct, that I spent much of my time in Santa Monica between November 2016 and February 2021. She was also correct that I "lived" in the Rockefeller Property in the sense that I had a bedroom there with belongings there.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated:_____ at _____, Egypt.

**[SEE ATTACHED SIGNATURE PAGE]**

both properties. I spent a lot of time in Santa Monica and sometimes slept there and also slept in the Rockefeller Property, kept my belongings there, and intended it to be my primary long-term residence.

10. My sister, Reem Hanna, was correct, that I spent much of my time in Santa Monica between November 2016 and February 2021. She was also correct that I "lived" in the Rockefeller Property in the sense that I had a bedroom there with belongings there.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: August 8th, 2023 at Cairo, Egypt.

_____
BASSEM VICTOR EL MALLAKH

Created With Tiny Scanner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

15615 Alton Pkwy., Ste. 210, Irvine CA 92618

A true and correct copy of the foregoing document entitled: **OPPOSITION TO MOTION FOR SANCTIONS DUE TO THE DEBTOR'S PERJURY; DECLARATION OF BASSEM EL MALLAKH** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/08/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Michael Jay Berger    michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
   Chad L Butler    caecf@tblaw.com
   Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
   Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
   Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com
   Patrick Miller    patrick.miller@impactadvocateslaw.com
   Randall P Mroczynski    randym@cookseylaw.com
   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
   On (*date*) 08/08/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Debtor
   Bassem Victor El Mallakh
   116 Rockefeller
   Irvine, CA 92618-4298

   The Honorable Theodor C. Albert
   U.S. Bankruptcy Court
   Ronald Reagan Federal Building
   411 W. Fourth Street – Ste. 5085
   Santa Ana, CA 92701

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8-8-23, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Debtor: Served via electronic notification on secure encrypted client portal and email.
   [Client email address is protected by the Attorney Client Privilege.]

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2023 | Robin Briones | /s/ Robin Briones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 4    F 4001-1.RFS.RESPONSE