Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
15615 Alton Pkwy, Suite 210
Irvine, CA 92618
Tel:   (888) 733-4455
Fax:   (714) 733-4450
Email: bb@redhilllawgroup.com

Attorneys for Debtor Bassem Victor El Mallakh

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br>Debtor | Case No. 8:22-bk-11605-TA<br><br>Chapter 7<br><br>**DIRECT TESTIMONY DECLARATIONS IN OPPOSITION TO OBJECTION TO HOMESTEAD EXEMPTION**<br><br>**HEARING:**<br>**Date: August 24, 2023**<br>**Time: 11:00 a.m.**<br>**Ctrm:_5B** |

TO THE HONORABLE THEODOR C. ALBERT, MOVANT BELGIUM

INVESTMENTS 960 BAY DR. LLC ("BELGIUM"), AND ALL INTERESTED

PARTIES:

Debtor Bassem El Mallakh hereby submits direct testimony in support of his

Opposition to Belgium Investments 960 Bay Dr., LLC's Objection to Debtor's Claimed

Homestead Exemption ("Objection").

Dated: August 7, 2023                Respectfully submitted,
**RED HILL LAW GROUP**


By: ___/s/ Bert Briones_____
Bert Briones
Attorneys for Debtor Bassem Victor El Mallakh

RED HILL LAW GROUP
15615 Alton Pkwy, Suite 210
Irvine, California 92618

## <u>DECLARATION OF BASSEM VICTOR EL MALLAKH</u>

I, BASSEM VICTOR EL MALLAKH, declare:

1. I am an individual over the age of 18.

2. I know the following facts to be true of my own personal knowledge unless otherwise stated.

3. I purchased a townhouse located at 116 Rockefeller, Irvine, California 92612 ("Irvine Townhouse") in October 2013.

4. On my petition date, September 19, 2022, and since then to present, my principal residence has been the Irvine Townhouse.  On September 19, 2022 to present, I have resided and continue to reside in the Irvine Townhouse.  I intend to continue to reside in the Irvine Townhouse.  Since prior to September 19, 2022 to present, I have occupied the Irvine Townhouse except when temporarily away due to business or vacation.  My personal belongings, my entire closet (Passport, Social security, Birth Certificate, copy of my Tax returns, my prescriptions, and my Invisalign retainers), clothing, and furniture have been in the Irvine Townhouse since before September 19, 2022.  I have slept and continue to sleep at the Irvine Townhouse except for the nights when I "crashed" in Santa Monica after work or went on vacation.  The nights when I slept away from the Irvine Townhouse, I always intended to return to the Irvine Townhouse and considered the Irvine Townhouse to be my home and my residence. During the last 10 years since I purchased the house, I have spent at least 95% of the days there.

<u>The Santa Monica Apartment</u>

5. In 2016, I entered a lease agreement for an apartment located at 525 Broadway, Santa Monica, CA 90401 ("Santa Monica Apartment" and "Santa Monica Lease").

6. The Santa Monica Apartment had two bedrooms.

7. I entered the Santa Monica Lease agreement with my business partner and friend, Mohammed Rostom.

8.      The purpose of the Santa Monica Lease was to provide office space for a business that Rostom and I were starting, which we called Lava Enterprises.

9.      We selected Santa Monica for the office location so we could be close to other people in the industry who were primarily located in Los Angeles.

10.     The Santa Monica Apartment also served as Rostom's living quarters while he was working with me in Santa Monica.

11.     One room in the Santa Monica apartment was Rostom's bedroom.  The other room contained two desks that Rostom and I used for business.

12.     Both Rostom and I had to be on the Santa Monica Lease because Rostom was from Canada, and the apartment landlord wanted a co-signor on the lease.

13.     In addition, I had to Co- sign the Santa Monica Lease in order to get keyless Fob entry access to the garage and the elevator when I came to the apartment to work.

14.     I decided to take my desk and computer and office belongings back to my Irvine townhome in April of 2022 and I called the leasing office and let them know that I would be no longer coming there and If I can remove my name on the lease but my friend Rostom will remain on the lease alone. And that I will only come to pick up office and work mail or if I need to open the door for the cleaners while Rostom is out of town. At the end of 2022, Rostom decided he wanted me to help him terminate the Santa Monica Lease and take away all his furniture and belongings and I can give them away to the Goodwill store for charity and vacate the apartment since he was no longer coming back from Dubai to stay with his family.

15.     Between November 2016 and April 2022, I spent a lot of time at the Santa Monica apartment.  I would often work at the apartment from early morning until late at night.  Sometimes, I would stay overnight at the Santa Monica Apartment and sleep on the couch, since the guest bedroom's bed was a small Twin bed, we had our 2 desks and computers in the guest bedroom so the space won't allow us to fit in a king or queen bed and I am tall I won't be able to sleep in that bed regularly. I would stay overnight there rather than try to drive back to the townhouse in Irvine when I was overly tired.

DIRECT TESTIMONY DECLARATIONS

16.     In 2019 and 2020, when Belgium Investments 960 Bay Dr., LLC ("Belgium") purportedly attempted to serve me with its summons in its Florida lawsuit against me, I was spending most days working in Santa Monica.  I was not physically at the Irvine townhouse when the process server(s) purportedly attempted to personally serve me with the summons.

Reem's Lease for the Irvine Townhouse

17.     On January 1, 2017, I entered a lease with my sister, Reem Hanna for two of the bedrooms and common areas of the Irvine townhouse—one bedroom for Reem and one for her son.  I continued to reside in the Irvine townhouse's third bedroom and share use of the common areas.

18.     Although Reem and I are siblings, we agreed that we should memorialize her lease in writing.  I located and copied a lease from Google.  I do not know if all of the language in the lease was necessary or applicable to Reem's and my situation, but it accomplished our goal of agreeing in writing to a rent price and term.

19.     Reem and I always agreed that I would continue to live in the Irvine townhouse, and I in fact have lived in the Irvine townhouse throughout the entire time that Reem has leased the other two bedrooms (2017 to present).

20.     Although I was spending a lot of time in the Santa Monica Apartment during the time since 2017 and since Reem and I entered the lease in 2017 until 2022, my clothing, furniture and other personal belongings have remained in the Irvine townhouse. The only personal items that I kept in the Santa Monica apartment were 2 t-shirts, my tennis rackets bag and my bicycle.

Other Information

21.     I renewed my drivers' license at the DMV in Santa Monica in 2017 and decided to put my business address on it because I knew that the Bungalow lounge at the Fairmont Hotel Miramar, that my business partner Rostom and I go to frequently, would allow Santa Monica residents to skip the line.  Since I no longer work in Santa Monica or spend much time there, I changed my drivers' license address back to the Irvine

1  Townhouse.  My drivers' license currently has the Irvine Townhouse address.

2      22.  I took the advice of my attorneys, Michael Sayer in the state court motion to

3  vacate sister state judgment and Michael Berger at the beginning of my bankruptcy case,

4  on how to explain the Santa Monica Apartment versus the Irvine Townhouse.  I was

5  spending time at both locations and did not intend to mislead anyone about my residency.

6      I declare under penalty of perjury of the laws of the United States of America that

7  the foregoing is true and correct.

8

9  Dated:_____ at _____, Egypt (where I am currently

10  on vacation).

11

12  **[SEE ATTACHED SIGNATURE PAGE]**

13  BASSEM VICTOR EL MALLAKH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIRECT TESTIMONY DECLARATIONS

1  Townhouse. My drivers' license currently has the Irvine Townhouse address.

2          22.    I took the advice of my attorneys, Michael Sayer in the state court motion to

3  vacate sister state judgment and Michael Berger at the beginning of my bankruptcy case,

4  on how to explain the Santa Monica Apartment versus the Irvine Townhouse.  I was

5  spending time at both locations and did not intend to mislead anyone about my residency.

6          I declare under penalty of perjury of the laws of the United States of America that

7  the foregoing is true and correct.

8

9  Dated: August 8th 2023 at ___Cairo___, Egypt (where I am currently

10  on vacation).

11

12

13                                    BASSEM VICTOR EL MALLAKH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

DIRECT TESTIMONY DECLARATIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15615 Alton Pkwy., Ste. 210, Irvine CA 92618

A true and correct copy of the foregoing document entitled: **DIRECT TESTIMONY DECLARATIONS IN OPPOSITION TO OBJECTION TO HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___08/08/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

**COUNSEL FOR OBJECTING CREDITOR:** Patrick Miller    patrick.miller@impactadvocateslaw.com

Randall P Mroczynski    randym@cookseylaw.com                              ☐ Service information continued on attached page
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___08/08/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92618-4298

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street – Ste. 5085
Santa Ana, CA 92701                              ☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___8-8-23___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Served via electronic notification on secure encrypted client portal and email.
[Client email address is protected by the Attorney Client Privilege.]

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2023 | Robin Briones | /s/ Robin Briones |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.