1  Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
2  15615 Alton Pkwy, Suite 210
Irvine, CA 92618
3  Tel:    (888) 733-4455
Fax:    (714) 733-4450
4  Email: bb@redhilllawgroup.com

5  Attorneys for Debtor Bassem Victor El Mallakh

6

7              **UNITED STATES BANKRUPTCY COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)**

9

10  In re:                              Case No. 8:22-bk-11605-TA

11  BASSEM VICTOR EL MALLAKH,           Chapter 7

12              Debtor                  **SUPPLEMENTAL BRIEF IN
                                        SUPPORT OF OPPOSITION TO
13                                      OBJECTION TO HOMESTEAD
                                        EXEMPTION**
14
                                        **HEARING:**
15                                      **Date: August 24, 2023**
                                        **Time: 11:00 a.m.**
16                                      **Ctrm: 5B**

17

18

19

20

21

22          Debtor Bassem Essam El Mallakh ("Debtor") submits the following supplemental

23  brief in support of his Opposition to Objection to Homestead filed by Belgium

24  Investments 960 Bay Dr., LLC a California Corporation ("Objecting Party").

25  / / /

26  / / /

27  / / /

28

RED HILL LAW GROUP
15615 Alton Pkwy, Suite 210
Irvine, California 92618

I.    <u>FACTS</u>

    a.  <u>Debtor's Homestead</u>[1]

      On Debtor's bankruptcy petition date, September 19, 2022, Debtor resided at the townhouse he owns at 116 Rockefeller, Irvine, California 92612 ("Irvine Townhouse") and intended to continue to occupy and reside at the Irvine Townhouse.  He continues to occupy and reside at the Irvine Townhouse as his primary residence.  Since before the petition date to present, he has kept his clothing and personal belongings at the Irvine Townhouse and slept at the Irvine Townhouse.

      Between 2016 and January 2023, Debtor sometimes temporarily slept at an apartment in Santa Monica at 525 Broadway, Santa Monica, CA 90401 ("Santa Monica Apartment"), but he always intended to return to the Irvine Townhouse as his personal residence.  The Santa Monica Apartment was leased by Debtor and his business partner to conduct a start-up business and for Debtor's business partner to reside at during their start-up efforts.  Debtor did not keep his belongings at the Santa Monica Apartment and did not have a bedroom or bed at the Santa Monica Apartment.  He sometimes "crashed" at the Santa Monica Apartment after working late nights so as not to have to drive back to the Irvine Townhouse when he was overly tired.

      On January 1, 2017, Debtor entered a lease with his sister, Reem Hanna, for two bedrooms and the common areas of the Irvine Townhouse.  One bedroom is used by Reem, the other by her son, and Debtor continues to occupy the third bedroom.

      Although Reem and Debtor are siblings, they agreed to memorialize her lease in writing.  Debtor located and copied a lease from Google.  He did not verify if all of the language in the lease was necessary or applicable to Reem's and his situation, but it accomplished their goal of agreeing in writing to a rent price and term.  Reem and Debtor always agreed that Debtor would continue to occupy the Irvine Townhouse.

---

[1] The Debtor's Homestead facts are based on the Declaration of Bassem Victor El Mallakh filed with the "Direct Testimony Declarations" filed concurrently with this Supplemental Brief.

b. State court homestead order

The underlying dispute between Movant and Debtor was originally adjudicated by a Florida state court.  (*See* Movant's Objection.)  Movant obtained a default judgment against Debtor in Florida and moved for entry of sister state judgment in California.  Despite Debtor's efforts to prevent enforcement of the judgment, Movant prevailed in obtaining a California judgment.  As part of Movant's enforcement efforts, Movant obtained an abstract of judgment, recorded it against the Irvine Townhouse, and moved in the California state court to foreclose.  On May 10, 2022, Movant obtained an order from the California state court "Granting Application for Order of Sale of Dwelling" ("Sale Order").  The Sale Order ruled that the Irvine Townhouse was not subject to any homestead as of May 10. 2022.

II.    ANALYSIS

Bankruptcy courts must consider the facts on the petition date to determine eligibility for a homestead exemption.  *In re Morgan*, 149 B.R. 147, 153 (1993) ("eligibility for exemption claimed under § 522 is determined based on facts extant on the date the debtor files bankruptcy" and entitlement to a homestead exemption "is made as of the date the debtor files bankruptcy").  A state court homestead exemption determination made by a state court months before a bankruptcy petition, therefore, is not *res judicata* to determination of bankruptcy homestead exemption.  *Id.*  In *In re Morgan*, the bankruptcy court erred by merely looking "to the state court decision that was rendered some 14 months before Morgan's bankruptcy."  "This was error." *Id.*

Under California law, a homestead is defined as:

"Homestead" means the principal dwelling (1) in which the judgment debtor or judgment debtor's spouse resided on the date the judgment creditor's lien attached to the dwelling, and (2) in which the judgment debtor or the judgment debtor's spouse resided continuously thereafter until the date of the court determination that the dwelling is a homestead.

Cal. Code Civ. Proc., § 704.710(c).

SUPPLEMENTAL HOMESTEAD EXEMPTION BRIEF

1  Residency for purposes of the homestead requires that the debtor physically

2 occupy the property and intends to occupy the property.  Temporary absence is permitted

3 so long as the debtor intends to occupy the property as a principal dwelling.  *In re*

4 *Gilman*, 887 F. 3d 956, 966 (9th Cir. 2018; *In re Bruton*, 167 B.R. 923, 926 (Bankr. SD.

5 Cal. 1994).

6  Here, the evidence shows that on the petition date of September 19, 2022, Debtor

7 resided in the Irvine Property and intended to occupy the property as his principal

8 residence.  The state court Sale Order determining that there was no homestead on May

9 10, 2022 is not *res judicata* on the issue of whether Debtor had a valid homestead

10 exemption in the Irvine Townhouse on September 19, 2022.

11  III.  <u>CONCLUSION</u>

12  For the reasons explained in Debtor's Opposition to the Objection to Homestead

13 Exemption (Docket No. 81), accompanying declarations (Docket Nos. 146-148), and this

14 Supplemental Brief and accompanying direct testimony declarations, Debtor's homestead

15 on the petition date and continuing to present was and is the Irvine Townhouse.

16 Movant's Objection to Debtor's homestead exemption should therefore be denied.

17

18 Dated: August 7, 2023                Respectfully submitted,
                                       **RED HILL LAW GROUP**
19

20                                     By:  ___*/s/ Bert Briones*_____
21                                     Bert Briones
                                       Attorneys for Debtor Bassem Victor El Mallakh

22

23

24

25

26

27

28

SUPPLEMENTAL HOMESTEAD EXEMPTION BRIEF

# EXHIBIT "A"

# EXHIBIT "A"

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:   (310) 271-6223
   Facsimile:   (310) 271-9805
4  michael.berger@bankruptcypower.com

5  Counsel for Debtor,
   Bassem Victor El Mallakh
6

7              UNITED STATES BANKRUPTCY COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9                     SANTA ANA DIVISION

10 In re:                        )  CASE NO.: 8:22-bk-11605-TA
                                 )
11 BASSEM VICTOR EL MALLAKH,     )  Chapter 11
                                 )
12                               )  **DEBTOR'S OPPOSITION TO**
13    Debtor and Debtor-in-Possession. )  **BELGIUM INVESTMENTS 960 BAY**
                                 )  **DR, LLC'S OBJECTION TO**
14                               )  **DEBTOR'S CLAIMED HOMESTEAD**
                                 )  **EXEMPTION; DECLARATION OF**
15                               )  **BASSEM VICTOR EL MALLAKH IN**
                                 )  **SUPPORT THEREOF**
16                               )
                                 )  Date:    January 11, 2023
17                               )  Time:    10:00 a.m.
                                 )  Place:   411 West Fourth Street
18                               )           Courtroom 5B
                                 )           Santa Ana, CA 92701
19                               )
20                               )  Via Tele/Videoconference on Zoom
                                 )
21 ──────────────────────────── )

22

23

24    **TO THE HONORABLE THEODOR C. ALBERT, CHIEF JUDGE OF THE**

25 **UNITED STATES BANKRUPTCY COURT, BELGIUM INVESTMENTS 960**

26 **BAY DR, LLC, TO THE UNITED STATES TRUSTEE, TO DEBTOR'S**

27 **CREDITORS AND TO ALL INTERESTED PARTIES:**

28

                                    1

Bassem Victor El Mallakh (the "Debtor") herein, respectfully submits his
Opposition to Belgium Investments 960 Bay Dr, LLC's ("Belgium") Objection to
Debtor's Claimed Homestead Exemption (the "Objection to Homestead Exemption") as
follows:

## I.    INTRODUCTION

Debtor asks that Belgium's Objection to Debtor's Claimed Homestead Exemption
be denied in full on the following bases:

(1) Under *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir)*, 455 B.R.
896, 898 (9th Cir. BAP 2011) and *Benafel v. One West Bank*, 461 B.R. 581 (2011), the
appropriate time for determining whether property is the debtor's primary residence is the
petition date. Here, the Debtor's primary residence as of the date of the filing of the
Bankruptcy Petition was, and currently is, 116 Rockefeller, Irvine, CA 92612 (the
"Rockefeller Property"); and

(2) Based on *Barclay vs. Boskoski*, 2022 WL 16911862 (9th Cir. November 14,
2022), Debtor's available homestead exemption on the Rockefeller Property is
determined as of the filing date of Debtor's Bankruptcy case; Debtor is entitled to the full
homestead exemption in the amount of $626,400.00 available to the Debtor on the
petition date on September 19, 2022 per CCP § 704.730.

## II.    DEBTOR'S ARGUMENTS IN OPPOSITION TO BELGIUM'S
## OBJECTION TO DEBTOR'S HOMESTEAD EXEMPTION

1.    Debtor's Primary Residence on the Petition Date was and Continues to be the
Rockefeller Property

Belgium argues the Rockefeller Property should not be considered the Debtor's
primary residence because the Debtor previously did not live there. Debtor's primary
residence as of the filing of the bankruptcy case was, and currently is, the Rockefeller
Property. The controlling authority on establishing a Debtor's primary residence is *BAC
Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir)*, 455 B.R. 896, 898 (9th Cir. BAP

2

2011) where the Court held "the appropriate time for determining whether property is a debtor's principal residence is the petition date." *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir),* 455 B.R. 896, 898 (9th Cir. BAP 2011).

In *Abdelgadir*, the debtors originally filed a bankruptcy petition under chapter 13. In their petition and schedules, the Abdelgadirs listed a home address in Las Vegas (the "Las Vegas Property"). The Las Vegas Property was encumbered by first and second deeds of trust. According to the security instruments, the Abdelgadirs were required to occupy the Las Vegas Property as a "primary year-round residence."

The Abdelgadirs later moved to convert their case to chapter 11, a motion the bankruptcy court granted. Then they filed a notice with the bankruptcy court, changing their address to a different location, and leased the Las Vegas Property to a third party.

The Abdelgadirs filed a chapter 11 plan on March 9, 2010, in which they proposed to modify the terms of the loan secured by the first mortgage on the Las Vegas Property. According to the plan, at that time, the Las Vegas Property was no longer their residence, but was now an investment property, and therefore, modification of the terms of the loan secured by the Las Vegas Property was no longer barred under of § 1123(b)(5). They argued that whether the Las Vegas Property was their principal residence for purposes of § 1123(b)(5) was a determination that should be made by the bankruptcy court as of the time of plan confirmation.

On appeal, the Court in Abdelgadir held that the majority of the cases favor use of the petition date to determine principal residence and that in the 9th Circuit, the debtor's primary residence is determined on the petition date. *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir),* 455 B.R. 896, 898 (9th Cir. BAP 2011).

In *Benafel v. One West Bank*, 461 B.R. 581 (2011), the appellate court upheld the *BAC Home Loans Serv., LP v. Abdelgadir (In re Abdelgadir),* 455 B.R. 896, 898 (9th Cir. BAP 2011) holding, that a debtor's primary residence is established as of the bankruptcy petition date, and reversed the lower court's decision to use the date a loan was made to

3

1  establish the debtor's primary residence for bankruptcy purposes. *Benafel v. One West*

2  *Bank*, 461 B.R. 581, 592 (2011)

3      The Rockefeller Property is the Debtor's primary residence. Debtor's current

4  Chapter 11 case and his previously filed Chapter 13 case both listed the Rockefeller

5  Property as his primary residence, as do his tax returns, bank statements, car insurance

6  declaration and mortgage payoff statement. A true and correct copy of Debtor's Chapter

7  13 Voluntary Petition, first pages of Debtor's prepetition 2019-2022 tax returns, Debtor's

8  car insurance policy, Debtor's prepetition bank statement, and Debtor's mortgage payoff

9  statement all addressed to the Debtor at the Rockefeller Property indicating the Debtor's

10  primary residence is the Rockefeller Property are attached to the Declaration of Bassem

11  El Mallakh as **Exhibit "1."** As was held in *BAC Home Loans Serv., LP v. Abdelgadir (In

12  re Abdelgadir)*, 455 B.R. 896 (9th Cir. BAP 2011) and *Benafel v. One West Bank*, 461

13  B.R. 581 (2011), the Rockefeller Property is Debtor's primary residence.

14

15      Further, despite Belgium's claims, the lease agreement between the Debtor and his

16  sister does not bar the Debtor from living in the Rockefeller Property as his primary

17  residence. Debtor is leasing part of the Rockefeller Property to his sister who pays him

18  rent. The Debtor is also living in the Rockefeller Property. Belgium's res judicata

19  argument that another Court purportedly made a finding that the Debtor was previously

20  not living at the Rockefeller Property is irrelevant because the Debtor was living at the

21  Rockefeller Property at the time the Debtor's bankruptcy case was filed. Whether the

22  Debtor was served with documents at the Rockefeller Property, or not, as Belgium points

23  out, is not probative of where the Debtor was living as his primary residence at the time

24  the Debtor filed his Chapter 11 Bankruptcy case. The Rockefeller Property was the

25  Debtor's primary residence when the Debtor filed this Chapter 11 case, and continues to

26  be his primary residence.

27  ///

28

4

DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD
EXEMPTION; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

2.   Debtor is Entitled to the Homestead Exemption Available on the
Bankruptcy Petition Date

The homestead exemption shields a homeowner's principal residence from
creditors in case of bankruptcy. The objective of homestead legislation is to provide a
place for families and their surviving members to be freed from any anxiety that their
primary residence may be taken from them against their will, either by reason of their
own necessity or improvidence, or from the importunity of their creditors. *Thorsby v.
Babcock,* 36 Cal. 2d 202, 204 (1950) "[T]he homestead law is not designed to protect
creditors, but protects the home against creditors . . . thereby preserving the home for the
family." *Amin v. Khazindar,* 112 Cal.App.4th 582, 588 (2003).

A.   California's New Homestead Exemption in AB 1885 and its Effect on
California Code of Civil Procedure Section 704.730 – California's
Homestead Exemption Statute

On January 1, 2021, AB 1885 went into effect updating the limits prescribed in
CCP § 704.730, and protecting debtors who own homes by increasing the California
homestead amount to an amount that would keep most homeowners safe from creditors.

AB 1885 provides that:

(a) The amount of the homestead exemption is the greater of the following:

(1) The countywide median sale price for a single-family home in the
calendar year prior to the calendar year in which the judgment debtor
claims the exemption, not to exceed six hundred thousand dollars
($600,000[1]).

(2) Three hundred thousand dollars ($300,000).

(b) The amounts specified in this section shall adjust annually for inflation,
beginning on January 1, 2022, based on the change in the annual California

---

[1] The current homestead exemption available to the Debtor is $626,400.00.

5

Consumer Price Index for All Urban Consumers for the prior fiscal year,

published by the Department of Industrial Relations.

AB 1885

Effective January 1, 2021, California Code of Civil Procedure Section 704.730

now reads:

> (a) The amount of the homestead exemption is the greater of the following:
>
>> (1) The countywide median sale price for a single-family home in the
>> calendar year prior to the calendar year in which the judgment debtor
>> claims the exemption, not to exceed six hundred thousand dollars
>> ($600,000).
>>
>> (2) Three hundred thousand dollars ($300,000).
>
> (b) The amounts specified in this section shall adjust annually for inflation,
> beginning on January 1, 2022, based on the change in the annual California
> Consumer Price Index for All Urban Consumers for the prior fiscal year,
> published by the Department of Industrial Relations.

CCP § 704.730

Before AB 1885 went into effect on January 1, 2021, the homestead exemptions in

California were $75,000 for a single homeowner, $100,000 for a married couple, and

$175,000 for families who met specific requirements. However, AB 1885 has changed

CCP § 704.730 to "instead make the homestead exemption the greater of $300,000 or the

countywide median sale price of a single-family home in the calendar year prior to the

calendar year in which the judgment debtor claims the exemption, not to exceed

$600,000."

    **B. <u>Previous and Outdated Limits on Homestead Exemption Do Not Apply in
Bankruptcy</u>**

Belgium argues that the new California Code of Civil Procedure § 704.730

exemption limits do not apply to the Debtor's case because the Debtor's homestead

6

exemption should be capped at $75,000 which was the maximum available to the Debtor when Belgium's judgment was recorded. However, this argument has been rejected by multiple cases. Courts have instead ruled that debtors are not limited to a lower, pre-2021 amount even if the declared homestead was recorded before 2021. *See In re Zall*, No. BAP.EC-05-1476-MOSB, 2006 WL 6811022, at *4 (B.A.P. 9th Cir., Sept. 5, 2006). This allows debtors to claim the increased homestead exemption despite a previously declared, pre-2021 homestead exemption. In *Zall*, the Court held exemption law in effect on date of Chapter 13 petition determines available exemptions—not exemptions under state law at the time judgment lien was recorded. "[L]imiting the exemption to the amounts available on the dates that judgment liens attach is inconsistent with section 522(f). . . . In order to determine the amount of an exemption that Debtors could claim if there were no liens on the property, the court must look not to the time the lien was fixed but rather to the time the trustee's hypothetical levy became effective, which is the date Debtors filed their bankruptcy petition." *See In re Zall*, No. BAP.EC-05-1476-MOSB, 2006 WL 6811022, at *4 (B.A.P. 9th Cir., Sept. 5, 2006).

    C. The *Barclay vs. Boskoski*, 2022 WL 16911862 (9th Cir. November 14, 2022) Decision is the Controlling Authority, and Mandates that the Court Use Debtor's Petition Date to Determine the Amount of His Exemption

On November 14, 2022, in *Barclay vs. Boskoski*, 2022 WL 16911862 (9th Cir. November 14, 2022), the United States Court of Appeals for the Ninth Circuit found that the bankruptcy court correctly applied the $600,000 homestead exemption in effect on the filing date of the bankruptcy petition, rather than the significantly lower homestead exemption available when the judgment lien was recorded seven years prior. As a result, the judgment lien was avoided in its entirety.

In 2014, Greek Village, LLC, Konstantinos Manassakis, and Aimilia Manassakis recorded a $256,075.95 judgment lien ("Greek Village Judgment Lien") against Debtor Dejan Boskoski's Carlsbad, California home. Because the debtor was married in 2014,

7

the maximum homestead exemption applicable to the Greek Village Judgment Lien was $100,000. See Cal. Civ. Proc. Code § 704.730 (2013). Following the perfection of the judgment, in 2021 California amended its exemption statute to allow debtors to claim the greater of (1) the "median sale price for a single-family home" in the debtor's county the year before the debtor claims the exemption, "not to exceed" $600,000; or (2) $300,000. See Cal. Civ. Proc. Code § 704.730(a) (2021).

In August 2021 (seven years after the Greek Village Judgment Lien was perfected and eight months after California enacted the new homestead exemption), the debtor filed a chapter 7 case. The debtor claimed the $600,000 homestead exemption in his schedules and sought to avoid the Greek Village Judgment Lien, which exceeded $477,000 as of the petition date. The debtor argued that the Bankruptcy Code required the court to look to the exemption the debtor could have claimed, but for the lien, at the time he filed his bankruptcy petition, not when the judgment lien was created. The Greek Village Judgment Lien therefore impaired his homestead exemption by $543,897.20, as the home was subject to two deeds of trust totaling $551,720.47, the Greek Village Judgment Lien, and the $600,000 homestead exemption. In total, these equaled $1,629,647.20, an amount exceeding the value of the debtor's home by $543,897.20. The Chapter 7 trustee objected, arguing that the maximum homestead exemption available to the debtor was $100,000 because under California law the exemption the debtor could claim was fixed at the 2014 amount. See Cal. Civ. Proc. Code § 703.050(a).

The bankruptcy court agreed with the debtor's argument that the exemption amount is fixed on the date of filing the petition. Because the bankruptcy court believed it to be a "close call on an important question," the decision was immediately certified to the Ninth Circuit as a case of first impression. 2022 WL 16911862 at *6. The Ninth Circuit affirmed the decision of the bankruptcy court and held that the debtor's exemption amount was fixed on the date the petition was filed.

8

The Ninth Circuit based its decision on the meaning of 11 U.S.C. Section 522(f), which provides that a debtor may avoid a judgment lien to the extent that the lien "impairs an exemption to which the debtor would have been entitled." Boskoski, 2022 WL 16911862 at * 8 (emphasis in original). In interpreting Section 522(f), the panel reviewed the U.S. Supreme Court's decision Owen v. Owen, 500 U.S. 305 (1991), in which it held that an exemption is fixed on the date of filing the petition. The Ninth Circuit acknowledged that in Owen the Supreme Court held that Section 522(f) established that the "baseline" against which impairment should be measured is not the exemption to which a debtor "is entitled" but is the exemption to which a debtor "would have been entitled." Id. Relying on Owen, the panel therefore held that in deciding whether a judgment lien impairs a debtor's California homestead exemption under Section 522(f), the Bankruptcy Code requires courts to determine the amount of the exemption to which the debtor would have been entitled in the absence of the lien at issue. The Ninth Circuit also noted that the exemptions available to the debtor are generally fixed as of the filing date of the bankruptcy petition, citing White v. Stump, 266 U.S. 310, 313 (1924) (describing the "snapshot rule"). Boskoski, 2022 WL 16911862 at *4.

The Debtor's instant Chapter 11 case was filed on September 19, 2022. Based on the controlling authority in *Barclay vs. Boskoski*, 2022 WL 16911862 (9th Cir. November 14, 2022), the Debtor is entitled to the homestead exemption available to him on the petition date, and not the homestead exemption on the date of the recordation of Belgium's lien.

///

///

///

///

///

DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF

1

III. **CONCLUSION**

2      WHEREFORE, Debtor asks for an order overruling Belgium's Objection to

3  Debtor's Claimed Homestead Exemption, and for any further relief deemed necessary

4  and proper.

5

6

7  DATED: December 28, 2022          LAW OFFICES OF MICHAEL JAY BERGER

8

9                                    By: _____

10                                       Michael Jay Berger
                                         Counsel for Debtor-in-Possession
11                                       Bassem Victor El Mallakh

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF BASSEM VICTOR EL MALLAKH

I, Bassem Victor El Mallakh, declare and state as follows:

1. I am the Debtor. I am over the age of 18. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. The Rockefeller Property is my primary residence. My current Chapter 11 case and my previously filed Chapter 13 case both listed the Rockefeller Property as my primary residence, as do my tax returns, bank statements, car insurance declaration and mortgage payoff statement. A true and correct copy of my Chapter 13 Voluntary Petition, first pages of my prepetition 2019-2022 tax returns, my car insurance policy, my prepetition bank statement, and my mortgage payoff statement all addressed to me at the Rockefeller Property indicating my primary residence is the Rockefeller Property are attached hereto as **Exhibit "1."**

3. The lease agreement between my sister and I does not bar me from living in the Rockefeller Property as my primary residence. I am leasing part of the Rockefeller Property to my sister who pays me rent. I am also living in the Rockefeller Property. Belgium's res judicata argument that another Court purportedly made a finding that the

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on December 28, 2022 at___Irvine_____.

_Bassem_____
Bassem Victor El Mallakh

11

EXHIBIT 1

Case 8:22-bk-11158-TA    Doc 1    Filed 07/12/22    Entered 07/12/22 22:35:39    Desc
Main Document    Page 1 of 12

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Bassem** <br> First name <br><br> **Essam** <br> Middle name <br><br> **El Mallakh** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3012 | |

---

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 1

Debtor 1    **Bassem Essam El Mallakh**                                        Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.  Business name(s)  EIN | ☐ I have not used any business name or EINs.  Business name(s)  EIN |
| **5. Where you live** | **116 Rockefeller** **Irvine, CA 92612** Number, Street, City, State & ZIP Code  **Orange** County  If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.  Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:  Number, Street, City, State & ZIP Code  County  If Debtor 2's mailing address is different from yours, fill in here. Note that the court will send any notices to this mailing address.  Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Bassem Essam El Mallakh**                                        Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.** | **How you will pay the fee** |

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** | **Have you filed for bankruptcy within the last 8 years?** |

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10.** | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** |

■ No

☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | District | When | Case number, if known |
| | Debtor | | Relationship to you |
| | District | When | Case number, if known |

**11.** | **Do you rent your residence?** |

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Bassem Essam El Mallakh**                                              Case number (if known)

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1    **Bassem Essam El Mallakh**                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15.**  **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■  **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐  **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐  **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐  **I am not required to receive a briefing about credit counseling because of:**

☐  **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐  **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐  **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐  **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐  **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐  **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐  **I am not required to receive a briefing about credit counseling because of:**

☐  **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐  **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐  **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Bassem El Mallakh**                                                      Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

| 16. | What kind of debts do you have? | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br><br>☐ No. Go to line 16b.<br>■ Yes. Go to line 17. |
|---|---|---|---|
| | | 16b. | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.<br><br>☐ No. Go to line 16c.<br>☐ Yes. Go to line 17. |
| | | 16c. | State the type of debts you owe that are not consumer debts or business debts |

| 17. | Are you filing under Chapter 7? | ■ No. | I am not filing under Chapter 7. Go to line 18. |
|---|---|---|---|
| | Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors? | ☐ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?<br><br>☐ No<br>☐ Yes |

| 18. | How many Creditors do you estimate that you owe? | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 19. | How much do you estimate your assets to be worth? | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 20. | How much do you estimate your liabilities to be? | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Bassem Essam El Mallakh**
Signature of Debtor 1                                         Signature of Debtor 2

Executed on 7/12/2022                                         Executed on
MM / DD / YYYY                                                MM / DD / YYYY

Debtor 1  **Bassem Essam El Mallakh**                                    Case number *(if known)*

For your attorney, if you are represented by one

If you are not represented by an attorney, you do not need to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Signature of Attorney for Debtor

Date    7/12/2022
        MM / DD / YYYY

**Benjamin Heston**
Printed name

Firm name

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone  **951-290-2827**      Email address    **bheston.ecf@gmail.com**

**297798 CA**
Bar number & State

Form **1040**

Department of the Treasury — Internal Revenue Service (99)

**U.S. Individual Income Tax Return** **2021**   OMB No. 1545-0074   IRS Use Only – Do not write or staple in this space.

| Filing Status Check only one box. | [X] Single   [ ] Married filing jointly   [ ] Married filing separately (MFS)   [ ] Head of household (HOH)   [ ] Qualifying widow(er) (QW) |
|---|---|

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.   Apt. no.

116 Rockefeller

City, town, or post office. If you have a foreign address, also complete spaces below.   State   ZIP code

Irvine, CA 92612

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   [ ] You   [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?   [ ] Yes   [X] No

**Standard Deduction**   Someone can claim:   [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**   You:   [ ] Were born before January 2, 1957   [ ] Are blind   Spouse:   [ ] Was born before January 2, 1957   [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | | |

If more than four dependents, see instructions and check here ▶ [ ]

Attach Sch. B if required.

| | | | | | |
|---|---|---|---|---|---:|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | 1 | |
| 2a | Tax-exempt interest...... | 2a | **b** Taxable interest............... | 2b | 3. |
| 3a | Qualified dividends...... | 3a | **b** Ordinary dividends......... | 3b | |
| 4a | IRA distributions......... | 4a | **b** Taxable amount............... | 4b | |
| 5a | Pensions and annuities..... | 5a | **b** Taxable amount............... | 5b | |
| 6a | Social security benefits......... | 6a | **b** Taxable amount............... | 6b | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ........ ▶ [ ] | | | 7 | |
| 8 | Other income from Schedule 1, line 10............................. | | | 8 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income**.............. ▶ | | | 9 | 3. |
| 10 | Adjustments to income from Schedule 1, line 26............................. | | | 10 | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** .................... ▶ | | | 11 | 3. |

**Standard Deduction for —**
- Single or Married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under *Standard Deduction*, see instructions.

| | | | | | |
|---|---|---|---|---|---:|
| 12a | Standard deduction or itemized deductions (from Schedule A) | 12a | 12,550. | | |
| **b** | Charitable contributions if you take the standard deduction (see instructions).. | 12b | | | |
| **c** | Add lines 12a and 12b | | | 12c | 12,550. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A ............. | | | 13 | |
| 14 | Add lines 12c and 13 | | | 14 | 12,550. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0-................. | | | 15 | 0. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**   Form **1040** (2021)

Case 8:22-bk-11605-TA    Doc 252    Filed 10/30/23    Entered 10/30/23 14:30:44    Desc
Main Document    Page 26 of 108

Form **1040**    Department of the Treasury — Internal Revenue Service  (99)    **2019**    OMB No. 1545-0074    IRS Use Only — Do not write or staple in this space.
**U.S. Individual Income Tax Return**

**Filing Status**    [X] Single    [ ] Married filing jointly    [ ] Married filing separately (MFS)    [ ] Head of household (HOH)    [ ] Qualifying widow(er) (QW)

Check only one box.    If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent.  ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

116 Rockefeller

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Irvine, CA 92612

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.    [ ] You    [ ] Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

If more than four dependents, see instructions and ✔ here ▶  [ ]

**Standard Deduction**    Someone can claim:    [ ] You as a dependent    [ ] Your spouse as a dependent

[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**    You:  [ ] Were born before January 2, 1955    [ ] Are blind    Spouse:  [ ] Was born before January 2, 1955    [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✔ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . . | | **1** | | |
| 2a | Tax-exempt interest . . . . . . . . . . | **2a** | b Taxable int. Att. Sch. B if reqd. . . . | **2b** | 5. |
| 3a | Qualified dividends . . . . . . . . . . | **3a** | b Ordinary div. Att. Sch. B if reqd. . . . | **3b** | |
| 4a | IRA distributions . . . . . . . . | **4a** | b Taxable amount . . . . . . . . . . . . | **4b** | |
| c | Pensions and annuities . . . . . . | **4c** | d Taxable amount . . . . . . . . . . . . | **4d** | |
| 5a | Social security benefits . . . . . . . . | **5a** | b Taxable amount . . . . . . . . . . . . | **5b** | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . . . . . . . ▶ [ ] | | **6** | | |
| 7a | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7a** | | |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . . . . ▶ | | **7b** | | 5. |
| 8a | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . . . . . . . . . | | **8a** | | |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . . . . . . . . . . ▶ | | **8b** | | 5. |
| 9 | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . . | **9** | 12,200. | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . . . | **10** | | | |
| 11a | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11a** | | 12,200. |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . . . . . . . . . . | | **11b** | | 0. |

**Standard Deduction for —**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

**BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**    Form 1040 (2019)

FDIA0112L  10/07/19



# INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB

## MEMBERS' CONDOMINIUM OWNERS POLICY – FORM 6
## PROPERTY INSURANCE POLICY DECLARATIONS
### Evidence of Insurance
Policy contains 438BFU, printed on next page, in favor of Mortgagee shown.

| | |
|---|---|
| **MORTGAGEE**<br>ADDITIONAL OWNERS INTEREST<br>US TRUSTEE<br>UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST SUITE 7160<br>SANTA ANA CA 92701 | **LOAN NUMBER**<br><br>**POLICY NUMBER**<br>▮▮▮▮20189 |
| **NAMED INSURED AND MAILING ADDRESS**<br>BASSEM EL MALLAKH<br>116 ROCKEFELLER<br>IRVINE CA 92612 | **LOCATION OF PREMISES (IF DIFFERENT FROM MAILING ADDRESS)** |

| | |
|---|---|
| ☐ PROPERTY INSURANCE POLICY DECLARATIONS<br>EFFECTIVE DATE OF THIS POLICY 10262022      12:01 A.M.<br>(PACIFIC STANDARD TIME)<br>EXPIRATION DATE OF THIS POLICY 10262023      12:01 A.M.<br>(PACIFIC STANDARD TIME)<br>ANNUAL PREMIUM $ | **COVERAGES AND LIMITS OF LIABILITY**<br><br>**PART I - PROPERTY COVERAGES**<br><br>COVERAGE A – BUILDING PROPERTY          82000<br><br>OTHER PERILS DEDUCTIBLE                          5000<br><br>WATER DEDUCTIBLE                                       5000 |
| ☐ AMENDMENT OF PROPERTY INSURANCE DECLARATIONS<br>ENDORSEMENT<br>EFFECTIVE DATE                                 12:01 A.M<br>(PACIFIC STANDARD TIME)<br>EXPIRATION DATE OF THE POLICY          12:01 A.M.<br>(PACIFIC STANDARD TIME) | |

**PROVISIONS**
This form is not a contract of insurance  The provisions of the policy shall prevail in all respects. All premiums for the insurance policy shall be computed in accordance with the Interinsurance Exchange of the Automobile Club rules, forms, premiums and minimum premiums applicable to the insurance afforded which are in effect at the inception of the insurance policy and upon each anniversary thereof, including the date of interim changes. The insurance policy does not become effective unless and until escrow closes, the named insured has an ownership interest in the residence premises, and the premium is paid or reserved in an escrow account. If the insurance protection evidenced herein terminates, the mortgagee will be given notice in accordance with the standard mortgage clause (438BFU)

*ACSC Management Services, Inc.*
**ATTORNEY-IN-FACT**

**FOR QUESTIONS OR CHANGES CALL**
6720  01/16

.............................................................. **DETACH HERE AND RETURN WITH PREMIUM PAYMENT** ..............................................................



INTERINSURANCE EXCHANGE of the
Automobile Club of Southern California
MAILING ADDRESS: P.O. Box 25448 SANTA ANA, CALIFORNIA 92799-5448

NOTICE OF
PREMIUM DUE

| LOAN NUMBER | POLICY NUMBER<br>CHO183020189 | PLEASE PAY THE PREMIUM<br>DUE BEFORE OR ON THE<br>DUE DATE |
|---|---|---|
| | DUE DATE | |
| BASSEM EL MALLAKH<br>116 ROCKEFELLER | PREMIUM DUE | MAKE CHECK PAYABLE TO<br>ACSC |

# Wells Fargo Combined Statement of Accounts

September 30, 2022 ■ Page 1 of 6



BASSEM VICTOR EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612-8114

### Questions?

Available by phone 24 hours a day, 7 days a week.
We accept all relay calls, including 711
**1-800-742-4932**
En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these
convenient services with your account(s). Go to
wellsfargo.com or call the number above if you have
questions or if you would like to add new services.*

| | | |
|---|---|---|
| Online Banking | ☐ | Direct Deposit ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment ☐ |
| Online Statements | ☐ | Overdraft Protection ☐ |
| Mobile Banking | ☐ | Debit Card ☐ |
| My Spending Report | ☐ | Overdraft Service ☑ |

## Other Wells Fargo Benefits

### From Wells Fargo Home Mortgage

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a
Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your
Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local
home mortgage consultant.

Created With Tiny Scanner

FREEDOM MORTGAGE®
PO Box 50485, Indianapolis, IN 46250-0485

BASSEM ELMALLAKH
116 ROCKEFELLER
IRVINE        CA 92612

August 16, 2021

## PAYOFF STATEMENT

Loan Number:        ████4275          Next Payment Due Date:  February 1, 2020
Borrower:        BASSEM ELMALLAKH

Property:        116 ROCKEFELLER
                 IRVINE        CA 92612

Loan Type:        CONVENTIONAL

### Payoff Quote Good Through September 15, 2021

The accrued interest shown below is projected through September 15, 2021.  After that date, please add an additional $ 13.80 per day.

| Please send the following Remittance: | |
|---|---|
| Current Unpaid Principal | $ 201,970.66 |
| Accrued Interest | $ 9,657.70 |
| Prepayment Penalty | $ 0.00 |
| Escrow/Impound Required | $ 12,564.30 |
| Mortgage Insurance Premium Due | $ 0.00 |
| Less Escrow/Impound Funds | $ - 0.00 |
| Less Unapplied Funds Balance | $ 0.00 |
| Statement Fee | $ 30.00 |
| Unpaid Late Charges | $ 60.14 |
| Recording Fee | $ 168.00 |
| Release Fee | $ 0.00 |
| Additional Items Due | $ 75.00 |
| Deferred Balance | $.00 |
| Optional Insurance | $ 0.00 |
| **TOTAL PAYOFF DUE:** | $ 224,525.80 |

A Deferred Balance may include items such as deferred Principal Balance, Late Charges, Escrow Advances, Expense Advances and Administrative Fees.

The current escrow balance is $-12,564.30. Any escrow payments scheduled to disburse prior to the payoff expiration date will be deducted from the total escrow balance. If the scheduled disbursement creates a negative balance in the escrow account, these funds will appear as an escrow advance and included in the total payoff due.  Available escrow funds will be returned to the borrower within 14 business days from the date the loan is paid in full.

2 6 l



**FREEDOM MORTGAGE**
PO Box 50485, Indianapolis, IN 46250-0485

*When applicable, any escrow funds credited toward the total payoff will not be returned.*

The information shown on this statement is subject to change. To ensure that you are submitting sufficient funds to pay your account in full, please contact our Customer Care Department for updated figures prior to remitting payoff funds. If your loan is referred to foreclosure this payoff statement will no longer be valid, therefore, a new payoff statement will need to be requested.

## WHERE TO SUBMIT PAYOFF FUNDS

**WIRE TRANSFER**
Freedom Mortgage Corporation
Reference: Payoff/Payment Department
Keybank, 127 Public Square, Cleveland, OH
ABA: 041001039
Bank Account▓▓▓▓▓3402
Borrower Name: BASSEM ELMALLAKH
Loan Number: ▓▓▓▓4275

**OVERNIGHT DELIVERIES OF PAYMENTS**
Freedom Mortgage Corporation
ATTN: Payoff Department
10500 Kincaid Drive, Suite 111
Fishers, Indiana 46037-9764

*Please note that Freedom Mortgage requires payoffs to be received in the form of certified funds. Personal checks will not be accepted. Additionally, Freedom Mortgage will only accept funds to pay off the account in full. Payoff funds received that are not sufficient to pay the loan account in full will be returned.*
*Incoming wire transfers received by 4pm EST will be credited the same day. Wires received after that time will be processed on the next business day. Please ensure that all payoff funds submitted include the borrower's name and loan number.*

Customer Care representatives are available to assist you at (855) 690-5900 Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time.

**FREEDOM MORTGAGE CORPORATION IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

------------------------------------------------------------------------------
### Change of Address Notification Form

Is your mailing address changing as a result of this payoff request? Please let us know your new address below in order to ensure all trailing documents are sent to the appropriate address. Please return this form to:

Freedom Mortgage P.O. Box 50428 Indianapolis IN 46250-0401

**New Address:** _____ **City/State/Zip** _____

**Loan Number:** 0113204275

261

**CHASE** ◯

JP Morgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 76265-9754

**Questions?**

◻ chase.com

☎ 1-800-935-9935

We accept operator relay calls

10/28/2022

**BASSEM V ELMALLAKH**
**116 ROCKEFELLER**
**IRVINE, CA 92612-8114**

## Update:   We closed your account

Your account ending in 7832

*Dear Bassem Elmallakh*

Thank you for your recent inquiry about your account. We closed your account above on 09/20/2022
If you have questions, please call us at 1-800-935-9935 or visit any of our branches.

*Sincerely,*

**Customer Service**

©2019 JPMorgan Chase Bank, N.A. Member FDIC
M1008-01 (09/19)

Created With Tiny Scanner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION; DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/28/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On 12/28/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/28/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/28/2022 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:  (310) 271-6223
   Facsimile:  (310) 271-9805
4  michael.berger@bankruptcypower.com

5  Counsel for Debtor,
   Bassem Victor El Mallakh
6

7              UNITED STATES BANKRUPTCY COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                    SANTA ANA DIVISION

10  In re:                          )   CASE NO.:  8:22-bk-11605-TA
                                    )
11  BASSEM VICTOR EL MALLAKH,       )   Chapter 11
                                    )
12                                  )   **SUPPLEMENTAL DECLARATION
        Debtor and Debtor-in-Possession. )   OF BASSEM VICTOR EL MALLAKH
13                                  )   IN SUPPORT OF DEBTOR'S
                                    )   OPPOSITION TO BELGIUM
14                                  )   INVESTMENTS 960 BAY DR, LLC'S
                                    )   OBJECTION TO DEBTOR'S
15                                  )   CLAIMED HOMESTEAD
                                    )   EXEMPTION**
16                                  )
                                    )
17                                  )   Date:    March 30, 2023
                                    )   Time:    11:00 a.m.
18                                  )   Place:   411 West Fourth Street
                                    )            Courtroom 5B
19                                  )            Santa Ana, CA 92701
                                    )
20  _____    )   Via Tele/Videoconference on Zoom

21

22      **SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH**

23      I, Bassem Victor El Mallakh, declare and state as follows:

24      1.      I am the Debtor. I am over the age of 18. I have personal knowledge of the

25  facts set forth below and if called to testify as to those facts, I could and would

26  competently do so.

27

28

                                   1

2.      My instant Chapter 11 case was filed on September 19, 2022. This is my second bankruptcy filing.

3.      I hold title to the following real property which is my principal residence: 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property").

4.      I previously filed a Chapter 13 [case no.: 8:22-bk-11158-TA], which I voluntarily dismissed because I was over the debt limit.

5.      My current Chapter 11 case was filed in order to reorganize my debts.

6.      My primary residence where I live is the Rockefeller Property and it has been by primary residence since I purchased it in 2013, on the date I filed my bankruptcy cases, and continues to be me primary residence.

7.      My current Chapter 11 case, and my previously filed Chapter 13 case listed the Rockefeller Property as my primary residence.

8.      On the Petition Date, and continuously thereafter, I resided in the Rockefeller Property with my sister Reem Hanna and her son. The Rockefeller Property is three (3) bedrooms. I sleep in one (1) bedroom, my sister sleeps in one (1) bedroom and her son sleeps one (1) bedrooms.

9.      The following is additional evidence to show that the Rockefeller Property is my primary residence is:

    a.  A true and correct copy of my Chapter 13 Voluntary Petition listing the Rockefeller Property as my home is attached as **Exhibit "1."**

    b.  A true and correct copy of the first pages of my 2019-2022 tax returns and other tax documents listing the Rockefeller Property as my home is attached as **Exhibit "2."**

    c.  A true and correct copy of my Homeowners Insurance Policy and Car Insurance listing the Rockefeller Property as my home is attached as **Exhibit "3."**

<div align="center">2</div>

d. A true and correct copy of my various bank statements listing the Rockefeller Property as my home is attached as **Exhibit "4."**

e. A true and correct copy of my drivers license listing the Rockefeller Property as my home is attached as **Exhibit "5."**

f. A true and correct copy of my car registration listing the Rockefeller Property as my home is attached as **Exhibit "6."**

g. A true and correct copy of my SoCalGas Bill for the months of August 2022 through January 2023 listing the Rockefeller Property as my home is attached as **Exhibit "7."**

h. A true and correct copy of my Irvine Ranch Water District Bill for the months of August 2022 through January 2023 listing the Rockefeller Property as my home is attached as **Exhibit "8."**

i. A true and correct copy of my health insurance card listing the Rockefeller Property as my home is attached as **Exhibit "9."**

j. A true and correct copy of my Uber Eats receipts showing my food deliveries to the Rockefeller Property is attached as **Exhibit "10."**

k. A true and correct copy of my Gym check-ins for LA Fitness located at 3021 Michelson Drive, Irvine, CA which is located in Orange County close to the Rockefeller Property for the months of September 2022 to December 2022 is attached as **Exhibit "11."**

l. A true and correct copy of my iPhone GPS location for September 18, 2022 is attached as **Exhibit "12."**

m. A true and correct copy of my airline tickets for travel on September 8, 2022 from San Francisco to Santa Ana airport is attached as **Exhibit "13."**

n. A true and correct copy of my Amazon receipts showing my purchases delivered to the Rockefeller Property is attached as **Exhibit "14."**

3

10.     From on or about 2016 through 2021, I was working in Santa Monica and due to the commute between Santa Monica and Orange County, my business associate and I leased an apartment for his associate at 525 Broadway, Santa Monica, CA 90410 (the "Santa Monica Property") which was our principal place of business for a tech start-up we were trying to get off the ground. I would sleep some evenings at Santa Monica Property if I had to work late and was too tired to drive back home to Orange County. However, the Rockefeller Property was and always has been my primary residence.

11.     In the previous depositions I did in connection with the Florida 11st Circuit case with Belgium and the Orange County Superior Court case which sought to enforce the sister state judgment from the Florida case, the questions Belgium's counsel asked me were in regards to whether I was served at the Rockefeller Property. My statements are being misconstrued currently by Belgium's counsel. These depositions were done in 2021 or earlier, well before my bankruptcy filings. At the time I filed my chapter 11 case, I was living at the Rockefeller Property which is my primary residence and I continue to reside there.

12.     I hereby state, unequivocally, prior to, on the petition date, and thereafter, I lived and currently live at the Rockefeller Property, and I have always intended and continue to intend the Rockefeller Property to be my primary residence and I continue to reside there.

13.     On September 19, 2022, I went to Fedex with my father Essam ElMallakh to sign the bankruptcy petition and other commencement documents. I scanned the documents and emailed them to my Bankruptcy Counsel. Attached as **Exhibit "15"** is a true and correct copy of my Fedex receipt from September 19, 2022, from the Fedex store located at 3992 Barranca Park Ste A, Irvine, CA 92606. The Fedex location I went to is 3 miles away from my home, the Rockefeller Property.

4

SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

I declare under penalty of perjury that the foregoing is true and correct and that

this declaration is executed on March __21__, 2023 at_____Egypt_____.


_____
Bassem Victor El Mallakh

SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM
INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

EXHIBIT 1

Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)*

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**02/20**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Bassem**<br>First name | First name |
| | | **Essam**<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **El Mallakh**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br>Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-3012 | |

Debtor 1   **Bassem Essam El Mallakh**

Case number (if known)

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)

EIN

☐ I have not used any business name or EINs.

Business name(s)

EIN

**5.** **Where you live**

**116 Rockefeller
Irvine, CA 92612**
Number, Street, City, State & ZIP Code

**Orange**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1   **Bassem Essam El Mallakh**                                        Case number *(if known)*

**Part 2:   Tell the Court About Your Bankruptcy Case**

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.   How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | | |
|---|---|---|
| District | When | Case number |
| District | When | Case number |
| District | When | Case number |

**10.   Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | |
|---|---|---|
| Debtor | | Relationship to you |
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

**11.   Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐   No. Go to line 12.

☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101                     Voluntary Petition for Individuals Filing for Bankruptcy                     page 3

Debtor 1   **Bassem Essam El Mallakh**                                     Case number *(if known)*

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

12. Are you a sole proprietor of any full- or part-time business?

   ☒ No.   Go to Part 4.
   ☐ Yes.  Name and location of business

   A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

   Name of business, if any

   If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

   Number, Street, City, State & ZIP Code

   *Check the appropriate box to describe your business:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ None of the above

13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?

   For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

   *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

   ☒ No.  I am not filing under Chapter 11.
   ☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
   ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
   ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**   **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

   *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

   ☒ No.
   ☐ Yes.  What is the hazard?

   If immediate attention is needed, why is it needed?

   Where is the property?

   Number, Street, City, State & Zip Code

---

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 4

Debtor 1    **Bassem Essam El Mallakh**    Case number *(if known)*

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**16.** Tell the court whether you have received a briefing about credit counseling.

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ I am not required to receive a briefing about credit counseling because of:

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ I am not required to receive a briefing about credit counseling because of:

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 8:22-bk-11158-TA    Doc 1    Filed 07/12/22    Entered 07/12/22 22:35:39    Desc
Main Document    Page 6 of 12

Debtor 1    **Bassem El Mallakh**                                                          Case number (if known)

**Part 6:    Answer These Questions for Reporting Purposes**

| | | |
|---|---|---|
| **16.  What kind of debts do you have?** | **16a.** | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
| | | ☐ No. Go to line 16b. |
| | | ☑ Yes. Go to line 17. |
| | **16b.** | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | ☐ No. Go to line 16c. |
| | | ☐ Yes. Go to line 17. |
| | **16c.** | State the type of debts you owe that are not consumer debts or business debts |

| | | |
|---|---|---|
| **17.  Are you filing under Chapter 7?** | ☑ No. | I am not filing under Chapter 7. Go to line 18. |
| **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ☐ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | | ☐ No |
| | | ☐ Yes |

| | | | |
|---|---|---|---|
| **18.  How many Creditors do you estimate that you owe?** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **19.  How much do you estimate your assets to be worth?** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **20.  How much do you estimate your liabilities to be?** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| ✗ _(signature)_ | |
| **Bassem Essam El Mallakh** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Executed on  **7/12/2022** | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

| | | |
|---|---|---|
| Official Form 101 | Voluntary Petition for Individuals Filing for Bankruptcy | page 6 |

Debtor 1    **Bassem Essam El Mallakh**

Case number *(if known)*

| | |
|---|---|
| **For your attorney, If you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

Signature of Attorney for Debtor

Date    7/12/2022
MM / DD / YYYY

**Benjamin Heston**
Printed name

Firm name

**100 Bayview Circle, Suite 100**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone    **951-290-2827**

Email address    **bheston.ecf@gmail.com**

**297798 CA**
Bar number & State

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 7

EXHIBIT 2

Form **1040**  Department of the Treasury — Internal Revenue Service (99)  **2021**  OMB No. 1545-0074  IRS Use Only — Do not write or staple in this space.
U.S. Individual Income Tax Return

| Filing Status | [X] Single | [ ] Married filing jointly | [ ] Married filing separately (MFS) | [ ] Head of household (HOH) | [ ] Qualifying widow(er) (QW) |
|---|---|---|---|---|---|

Check only one box. If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ►

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street) If you have a P.O. box, see instructions.    Apt. no.

116 Rockefeller

City, town, or post office. If you have a foreign address, also complete spaces below.    State    ZIP code

Irvine, CA 92612

Foreign country name    Foreign province/state/county    Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  [ ] Were born before January 2, 1957  [ ] Are blind  Spouse:  [ ] Was born before January 2, 1957  [ ] Is blind

**Dependents (see instructions):**

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|

If more than four dependents, see instructions and check here ►

|  | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | |
| Attach Sch. B if required. | 2a | Tax-exempt interest . | 2a | b Taxable interest | 2b | 3. |
| | 3a | Qualified dividends . | 3a | b Ordinary dividends | 3b | |
| | 4a | IRA distributions . | 4a | b Taxable amount | 4b | |
| | 5a | Pensions and annuities | 5a | b Taxable amount | 5b | |
| | 6a | Social security benefits | 6a | b Taxable amount | 6b | |
| | 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | | 7 | |
| | 8 | Other income from Schedule 1, line 10 | | 8 | |
| Standard Deduction for — • Single or Married filing separately, $12,550 • Married filing jointly or Qualifying widow(er), $25,100 • Head of household, $18,800 • If you checked any box under Standard Deduction, see instructions. | 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ► | | 9 | 3. |
| | 10 | Adjustments to income from Schedule 1, line 26 | | 10 | |
| | 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ► | | 11 | 3. |
| | 12a | Standard deduction or itemized deductions (from Schedule A) | 12a 12,550. | | |
| | b | Charitable contributions if you take the standard deduction (see instructions) | 12b | | |
| | c | Add lines 12a and 12b | | 12c | 12,550. |
| | 13 | Qualified business income deduction from Form 8995 or Form 8995-A | | 13 | |
| | 14 | Add lines 12c and 13 | | 14 | 12,550. |
| | 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | | 15 | 0. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2021)

FDIA0112L   12/10/21

| Form **1040** | Department of the Treasury — Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2019** | OMB No. 1545-0074 | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| Bassem El Mallakh | | 3012 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.

116 Rockefeller

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Irvine, CA 92612

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code | If more than four dependents, see instructions and ✓ here ▶ [ ] |
|---|---|---|---|

**Standard Deduction**
Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You:  [ ] Were born before January 2, 1955  [ ] Are blind   Spouse:  [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): |  |
|---|---|---|---|---|
|  |  |  | Child tax credit | Credit for other dependents |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |

| | | | |
|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2a** | Tax-exempt interest . . . . . . . . . . . | 2a | **b** Taxable int. Att. Sch. B if reqd . . . . . . . | **2b** | 5. |
| **3a** | Qualified dividends . . . . . . . . . . . | 3a | **b** Ordinary div. Att. Sch. B if reqd . . . . . . | **3b** | |
| **4a** | IRA distributions . . . . . . . . . | 4a | **b** Taxable amount . . . . . . . . . . . . . . | **4b** | |
| **c** | Pensions and annuities . . . . . . | 4c | **d** Taxable amount . . . . . . . . . . . . . . | **4d** | |
| **5a** | Social security benefits . . . . . . . . . | 5a | **b** Taxable amount . . . . . . . . . . . . . . | **5b** | |
| **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . ▶ [ ] | **6** | |
| **7a** | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | |
| **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . . . . ▶ | **7b** | 5. |
| **8a** | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . . . . . . . . . . | **8a** | |
| **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . . . . . ▶ | **8b** | 5. |
| **9** | Standard deduction or itemized deductions (from Schedule A) . . . . . . . . . | 9 | 12,200. | | |
| **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A . . . . | 10 | | | |
| **11a** | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | 12,200. |
| **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . . . . | **11b** | 0. |

**Standard Deduction for —**
• Single or Married filing separately, $12,200
• Married filing jointly or Qualifying widow(er), $24,400
• Head of household, $18,350
• If you checked any box under Standard Deduction, see instructions.

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form 1040 (2019)

FDIA0112L  10/07/19

# Tax Returns

Tax Returns 2022

IRS Department of the Treasury
Internal Revenue Service
PO BOX 236
MEMPHIS TN 38101-0236

In reply refer to: 0339300000
Dec. 13, 2022 LTR 2645C K0
***-**-3012 201912 30
Input Op: 0309926218 00014802
BODC: WI

BASSEM EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612-8114

Taxpayer identification number: ***-**-3012
Tax periods: Dec. 31, 2019
Form: 1040

Dear Taxpayer:

Thank you for your inquiry of Oct. 05, 2022.

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you prefer, you can write to that office at the address we provided in this letter.

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).

Whenever you write, include a copy of this letter and your telephone numbers along with the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

# Tax Returns

CPA letter confirming Tax
Returns was filed

September 15, 2022

**SHENOUDA & ASSOCIATES, LLP**
**16377 BEACH BLVD., SUITE 222**
**HUNTINGTON BEACH, CA 92648**
**(714) 842-5045**

Bavani El-Maliah
116 Rockefeller
Irvine, CA 92612

Dear Bavani,

Your 2021 Federal Income Tax Return was acknowledged as accepted by the Internal Revenue Service. No tax is payable with the filing of this return. The refund of $1,400 will be directly deposited into your checking account.

Your 2021 California Individual Income Tax Return was acknowledged as accepted by the State of California on    There is a balance due of $3,300. The balance due will be directly withdrawn from your bank account once the State of California has processed the return.

Please be sure to call if you have any questions.

Sincerely,

Halim Shenouda, MBA

Visit us online:

www.shenoudallp.com
www.facebook.com/ShenoudaLLP
www.twitter.com/ShenoudaLLP

Access Your Tax Returns and Tax Documents Securely Anytime:

https://shenoudallp.smartvault.com

(Request: Invite From Our Office)

EXHIBIT 3



## INTERINSURANCE EXCHANGE OF THE AUTOMOBILE CLUB

### MEMBERS' CONDOMINIUM OWNERS POLICY – FORM 6
### PROPERTY INSURANCE POLICY DECLARATIONS

#### Evidence of Insurance
Policy contains 438BFU, printed on next page, in favor of Mortgagee shown.

| | |
|---|---|
| **MORTGAGEE**<br>ADDITIONAL OWNERS INTEREST<br>US TRUSTEE<br>UNITED STATES TRUSTEE (SA)<br>411 W FOURTH ST SUITE 7160<br>SANTA ANA CA 92701 | **LOAN NUMBER**<br><br>**POLICY NUMBER**<br>            20189 |
| **NAMED INSURED AND MAILING ADDRESS**<br>BASSEM EL MALLAKH<br>116 ROCKEFELLER<br>IRVINE CA 92612 | **LOCATION OF PREMISES (IF DIFFERENT FROM MAILING ADDRESS)** |

**COVERAGES AND LIMITS OF LIABILITY**

☐ PROPERTY INSURANCE POLICY DECLARATIONS
EFFECTIVE DATE OF THIS POLICY 10262022      12:01 A.M. (PACIFIC STANDARD TIME)
EXPIRATION DATE OF THIS POLICY 10262023      12:01 A.M. (PACIFIC STANDARD TIME)

ANNUAL PREMIUM $

**PART I - PROPERTY COVERAGES**

COVERAGE A – BUILDING PROPERTY      82000
OTHER PERILS DEDUCTIBLE      5000
WATER DEDUCTIBLE      5000

☐ AMENDMENT OF PROPERTY INSURANCE DECLARATIONS ENDORSEMENT
EFFECTIVE DATE      12:01 A.M (PACIFIC STANDARD TIME)
EXPIRATION DATE OF THE POLICY      12.01 A.M. (PACIFIC STANDARD TIME)

**PROVISIONS**
This form is not a contract of insurance  The provisions of the policy shall prevail in all respects. All premiums for the insurance policy shall be computed in accordance with the Interinsurance Exchange of the Automobile Club rules, forms, premiums and minimum premiums applicable to the insurance afforded which are in effect at the inception of the insurance policy and upon each anniversary thereof, including the date of interim changes. The insurance policy does not become effective unless and until escrow closes, the named insured has an ownership interest in the residence premises, and the premium is paid or reserved in an escrow account. If the insurance protection evidenced herein terminates, the mortgagee will be given notice in accordance with the standard mortgagee clause (438BFU)

*ACSC Management Services, Inc.*
**ATTORNEY-IN-FACT**

**FOR QUESTIONS OR CHANGES CALL**
8720  01/16

- - - - - - - **DETACH HERE AND RETURN WITH PREMIUM PAYMENT** - - - - - - -

**INTERINSURANCE EXCHANGE of the**
Automobile Club of Southern California
MAILING ADDRESS: P.O. Box 25448 SANTA ANA, CALIFORNIA 92799-5448

**NOTICE OF PREMIUM DUE**

LOAN NUMBER

POLICY NUMBER
CHO183020189
DUE DATE

**PLEASE PAY THE PREMIUM DUE BEFORE OR ON THE DUE DATE**

BASSEM EL MALLAKH

PREMIUM DUE

**MAKE CHECK PAYABLE TO ACSC**

Insurance

Car and Home Insurance 2023

# Insurance

Medical Insurance 2022

blue california
601 12th Street
Oakland, CA 94607

NAME: BASSEM ELMALLAKH
MEMBER ID#: 911268111

***********************AUTO**5-DIGIT 92617
131525 13 92 T756 P1 2MO
BASSEM ELMALLAKH
116 ROCKEFELLER
IRVINE, CA 92612-8114

**Updates to your 2022 coverage**

November 28, 2022

Update to your Blue Shield of California 2022 coverage for Silver 87 PPO Jan22

Dear Member,

This is an endorsement to your Blue Shield of California (Blue Shield) plan. It updates your coverage to reflect recent changes to laws that apply to your 2022 Blue Shield plan. The pages enclosed show exactly how and where we revised your plan documents.

Review this endorsement and refer to it when you access your plan documents. Make sure to keep it with the rest of your records. You can access your plan documents online at **blueshieldca.com/policies**.

If you have questions about this update, please contact member services at the number on the back of your Blue Shield member ID card.

Thank you for choosing Blue Shield. We look forward to continuing to meet your health coverage needs.

Sincerely,

Patrice Bergman
Vice President and General Manager

Blue Shield of California is an independent member of the Blue Shield Association A543671FP_1022



EXHIBIT 4

# Wells Fargo Combined Statement of Accounts

September 30, 2022 ■ Page 1 of 6



BASSEM VICTOR EL MALLAKH
116 ROCKEFELLER
IRVINE CA 92612-6114

### Questions?

Available by phone 24 hours a day, 7 days a week.
We accept all relay calls, including 711
**1-800-742-4932**
En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☐ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ☐ | Overdraft Service | ☑ |

**Other Wells Fargo Benefits**

**From Wells Fargo Home Mortgage**

Is a home purchase in your future? Competitive rates and low down payment options make now a great time to buy a home. Plus, as a Wells Fargo customer, you can count on personalized guidance and streamlined service every step of the way.

Get started with an online mortgage application that can pre-fill your Wells Fargo account information and save you time. Use your Wells Fargo Online® username and password at the start of the application. Go to wellsfargo.com/homepurchase or contact your local home mortgage consultant.

Sheet Seq = 0100191
Sheet 00091 of 00000

Created With Tiny Scanner

**CHASE** ⬡

JP Morgan Chase Bank, N.A.
PO Box 659754
San Antonio, TX 78285-9754

Questions?
✉ chase.com
☎ 1-800-935-9935
We accept operator relay calls

10/28/2022

BASSEM V ELMALLAKH
116 ROCKEFELLER
IRVINE, CA 92612-8114

## Update:    We closed your account

Your account ending in 7632

*Dear Bassem Elmallakh*

Thank you for your recent inquiry about your account. We closed your account above on 09/20/2022
If you have questions, please call us at 1-800-935-9935 or visit any of our branches.

Sincerely,

Customer Service

©2019 JPMorgan Chase Bank, N.A. Member FDIC
M1006-01 (09/19)

Created With Tiny Scanner

# EXHIBIT 5

California Driver License

EXHIBIT 6

# Car Registration



# EXHIBIT 7

# Gas Bills



Gas Bills from August
To November 2022

Gas Bills



EXHIBIT 8

# Water Bills

Water bill for August 2022



# Water Bills

Water bill for September 2022

# Water Bills

Water bill for October 2022

# Water Bills

Water bill for November 2022



# Water Bills

Water bill for January 2023



EXHIBIT 9

Insurance

Medical Insurance Card



blue of california

Blue Shield of California
Installation & Membership - IFP
PO BOX 629032
EL DORADO HILLS CA 95762-9032

Customer Service: (855) 836-9705
Monday - Friday: 8 a.m. - 8 p.m.
Saturday: 8 a.m. - 6 p.m.
blueshieldca.com/go

T8.P2.B12.1647

BASSEM ELMALLAKH
116 ROCKEFELLER
IRVINE CA 92612

F83634027A*2-496_686

EXHIBIT 10

# Food Delivery



Uber Eats receipts

# Food Delivery

Uber Eats receipts
Examples




EXHIBIT 11

# Gym Check in's



Gym Check-ins at LA fitness location: 3021 Michelson Dr, Irvine, CA September to December 2022 dates





# Gym Check in's

Gym Check-ins at LA
fitness location: 3021
Michelson Dr, Irvine, CA
May to August 2022 dates

EXHIBIT 12

# Find my iPhone GPS device



Find my iPhone GPS
locator device on the
iPhone IOS

EXHIBIT 13

# Travel

From Orange county to San Fran on September 08 2022



2/2/23 1:41 AM

Fwd: Your confirmation receipt IRPHVOT for your flight to San Francisco on 9/8/22

| Thu, Sep 08 04:00 PM | | Thu, Sep 08 05:25 PM |
|---|---|---|
| **SNA** | ✈ | **SFO** |
| Orange County/Santa Ana | | San Francisco |

## Summary of airfare charges

Basem Elmallakh
*Mileage Plan # Join Mileage Plan not add to reservation*
Ticket 0272310620554

| | |
|---|---|
| Base fare and surcharges | $14.65 |
| Taxes and other fees | $15.70 |
| Per person total | $30.35 |

Alexander Hanna
*Mileage Plan # Join Mileage Plan and add to reservation*
Ticket 0272310620556

| | |
|---|---|
| Base fare and surcharges | $14.65 |
| Taxes and other fees | $15.70 |
| Per person total | $30.35 |

## Total charges for air travel    **$60.70**

Non-refundable fare of $60.70 was charged to the American Express card with number _____3662 held by Basem Elmallakh on Sep 6, 2022.

Discount code _____ was applied to this purchase. Click for restrictions.

# Travel

From Orange county to San Fran on September 08 2022

2/28/23  1:41 AM

Fwd: Your confirmation receipt IRPWOT for your flight to San Francisco on 9/8/22

✈

## Bassem, you're all set.

We can't wait to see you on board. Before you fly, view full reservation details or make changes to your flight online. With Mileage Plan™, you earn a mile for every mile flown. Don't miss out on miles, join Mileage Plan now.

MANAGE TRIP

Confirmation code
**IRPWOT**

**Alaska**
Flight 3454
Embraer ERJ 175

**Traveler(s)**
Bassem Elmallakh
Seat 19A, Class L (Coach)

Alexander Hanna
Seat 19B, Class L (Coach)

Flight Operated by SkyWest Airlines as AlaskaSkyWest. Check in with Alaska Airlines

EXHIBIT 14



Amazon packages

Amazon Prime family
account receipts

# Amazon packages

### Amazon Prime family account receipts





Amazon packages

Amazon Prime family
account receipts



# Amazon packages

Amazon Personal account- ( non-Prime Service ) takes longer time to deliver packages



EXHIBIT 15



FedEx. Office

3992 Barranca Pkwy Ste A
Irvine, CA 92606
(949) 552-1717

Terminal: 059GMIX04
9/19/2022 19:22
Receipt #: 059461M2952
Type: Purchase

| Qty | Description | Amount |
|---|---|---|
| 18 | Self Serve Scan 8.5x11/14, 11x17 | 8.82 |

SubTotal                     8.82

District tax                 0.04
City tax                     0.00
County tax                   0.11
State tax                    0.53

Total             USD $9.50

Acct #:************1451
VISA DEBIT
Chip Read
Auth No.: 011522
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 5F0002
TVR: 8000008000
IAD: 06011203608000
TSI: 6800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer
of the charge card in accordance with
the agreement between the Issuer and
the Cardholder.

FedEx. Office

Tell us how we're doing and
receive $5 off your next $30
print order* Complete our survey
by scanning the QR code below,
visit fedex.com/wellisten

Offer expires 12/31/2022

*$5 off print order of $30.00 or more. Discount applies to orders placed
in a FedEx Office store or online through FedEx Office® Print Online.
Offer is valid at time of purchase only, on cash value and may not be
discounted or credited toward past or future purchases, discount cannot
be used in combination with custom-bid orders, other coupons, or
discounts, including account pricing. Discount not valid on the following
products and services: finishing only orders, self-service print, photo
station, fax or scan, direct mail, USPS® or postage. Does not apply to
shipping. Custom Branded boxes, rush or delivery charges. Does not
apply to retail products. No cash value. Offer void where prohibited or
restricted by law. Products, services and hours may vary by location.
© 2021 FedEx. All rights reserved. Offer expires 12/31/2022.

By submitting your project to FedEx Office
or by making a purchase in a FedEx Office
store, you agree to all FedEx Office terms
and conditions, including limitations
of liability.

Request a copy of our terms and
conditions from a team member or visit
fedex.com/officeservice/terms for details.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **SUPPLEMENTAL DECLARATION OF BASSEM VICTOR EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENT 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/21/23, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee: Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
U.S. Trustee
Nancy S. Goldenberg
411 W. Fourth St., Ste. 7160
Santa Ana, CA 92701

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/23, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/23 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:   (310) 271-6223
   Facsimile:   (310) 271-9805
4  michael.berger@bankruptcypower.com
5  Counsel for Debtor,
   Bassem Victor El Mallakh
6
7                UNITED STATES BANKRUPTCY COURT
8                CENTRAL DISTRICT OF CALIFORNIA
9                     SANTA ANA DIVISION
10 In re:                          )  CASE NO.: 8:22-bk-11605-TA
                                   )
11 BASSEM VICTOR EL MALLAKH,       )  Chapter 11
                                   )
12                                 )  **DECLARATION OF REEM HANNA**
13      Debtor and Debtor-in-Possession. )  **IN SUPPORT OF DEBTOR'S**
                                   )  **OPPOSITION TO BELGIUM**
14                                 )  **INVESTMENTS 960 BAY DR, LLC'S**
                                   )  **OBJECTION TO DEBTOR'S**
15                                 )  **CLAIMED HOMESTEAD**
                                   )  **EXEMPTION**
16                                 )
                                   )  Date:  March 30, 2023
17                                 )  Time:  11:00 a.m.
                                   )  Place: 411 West Fourth Street
18                                 )         Courtroom 5B
                                   )         Santa Ana, CA 92701
19                                 )
20 _____ )  Via Tele/Videoconference on Zoom
21
22              <u>**DECLARATION OF REEM HANNA**</u>
23      I, Reem Hanna, declare and state as follows:
24      1.      I am the sister of Debtor Bassem Victor El Mallakh. I am over the age of
25 18. I have personal knowledge of the facts set forth below and if called to testify as to
26 those facts, I could and would competently do so.
27      2.      I live at 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property").
28 with my brother Bassem who is the Debtor in this case. The Rockefeller Property has

                                   1

three (3) bedrooms. I sleep in one (1) bedroom, my son sleeps one (1) bedroom, and

Bassem sleeps in one (1) bedroom. I pay Bassem $4,000 per month in rent to live in the

Rockefeller Property with him.

3.     Since I started living at the Rockefeller Property on or about mid-2018,

Bassem has always lived at the Rockefeller Property with me there.

4.     On September 19, 2022, when Bassem filed his Chapter 11 case, Bassem

was living at the Rockefeller Property with me and my son, and Bassem continues to

reside there as his primary residence thereafter.

5.     From on or about 2016 through 2021, Bassem was working in Santa

Monica at 525 Broadway, Santa Monica, CA 90410 (the "Santa Monica Property") and

due to the commute between Santa Monica and Orange County, Bassem would sleep

some evenings at the Santa Monica Property if he had to work late and was too tired to

drive back home to the Rockefeller Property. However, the Rockefeller Property was and

always has been Bassem's primary residence.

6.     In the previous depositions I did in connection with Belgium's claims

against Bassem, the questions Belgium's counsel asked me were in regards to whether

Bassem was served at the Rockefeller Property.


I declare under penalty of perjury that the foregoing is true and correct and that

this declaration is executed on March 21 , 2023 at_____5:32 Chicago_____.


_____

Reem Hanna

DECLARATION OF REEM HANNA IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S
OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF REEM HANNA IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/2023 | Peter Garza | /s/Peter Garza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. SERVED BY UNITED STATES MAIL**:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Case 8:22-bk-11605-TA    Doc 252    Filed 08/08/23    Entered 08/08/23 16:30:52    Desc
Main Document    Page 96 of 108

1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor

3  Beverly Hills, CA 90212-2929
   Telephone:   (310) 271-6223
   Facsimile:    (310) 271-9805
4  michael.berger@bankruptcypower.com

5  Counsel for Debtor,
   Bassem Victor El Mallakh
6

7                 UNITED STATES BANKRUPTCY COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9                        SANTA ANA DIVISION

10  In re:                              )  CASE NO.: 8:22-bk-11605-TA

11  BASSEM VICTOR EL MALLAKH,           )  Chapter 11
                                        )
12                                      )  **DECLARATION OF ESSAM EL**
          Debtor and Debtor-in-Possession.  )  **MALLAKH IN SUPPORT OF**
13                                      )  **DEBTOR'S OPPOSITION TO**
                                        )  **BELGIUM INVESTMENTS 960 BAY**
14                                      )  **DR, LLC'S OBJECTION TO**
                                        )  **DEBTOR'S CLAIMED HOMESTEAD**
15                                      )  **EXEMPTION**
                                        )
16                                      )
                                        )  Date:   March 30, 2023
17                                      )  Time:   11:00 a.m.
                                        )  Place:  411 West Fourth Street
18                                      )          Courtroom 5B
                                        )          Santa Ana, CA 92701
19                                      )
                                        )  Via Tele/Videoconference on Zoom
20  _____)

21

22          <u>**DECLARATION OF ESSAM VICTOR EL MALLAKH**</u>

23      I, Essam El Mallakh, declare and state as follows:

24      1.      I am the father of the Debtor, Bassem Victor El Mallakh. I am over the age

25  of 18. I have personal knowledge of the facts set forth below and if called to testify as to

26  those facts, I could and would competently do so.

27      2.      On September 19, 2022, I went to Fedex with my son Bassem for Bassem

28  to sign the bankruptcy petition and other commencement documents. I purchased a pen

                                    1

that Bassem needed to sign his documents. Attached as **Exhibit "1"** is a true and correct copy of my Fedex receipt from September 19, 2022, from the Fedex store located at 3992 Barranca Park Ste A, Irvine, CA 92606 where I was with Bassem when he signed the bankruptcy documents.

3.    Over the past few years, I regularly visited Bassem and my daughter Reem and Reem's son (my grandson) who live with Bassem at 116 Rockefeller, Irvine, California 92612 ("Rockefeller Property"). I visit them about every six (6) months. When I visit them, I stay at the Rockefeller Property. The Rockefeller Property is a three (3) bedroom townhouse. During my visits, my daughter sleeps in one bedroom with my grandson, I sleep in my grandson's room and Bassem sleeps in the third bedroom.

4.    As far as I am aware, based on my visits to the United States, Bassem lives at the Rockefeller Property. Bassem was living at the Rockefeller Property on September 19, 2022, and he continues to reside at the Rockefeller Property as his principal residence.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March ___21, 2023 at_____Egypt_____.

_____
Essam El Mallakh

2

DECLARATION OF ESSAM EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR,
LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION

EXHIBIT 1



Firefox                                                                                      about:srcdoc

ACCOUNT ENDING #1004                                          CARD MEMBER
Green Card                                                    ESSAM ELMALLAKH

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Sep 19, 2022 | FEDEX OFFICE PRINT SHIP CENTER 3992 BARRANCA PKWY | AplPay FEDEX OFFICE IRVINE CA Will appear on your Sep 21, 2022 statement as AplPay FEDEX OFFICE IRVINE CA | $9.68 |
| | IRVINE CA 92606-8223 (888) 889-7121 www.fedex.com | METHOD Paid for with Apple Pay    CARD ESSAM ELMALLAKH MEMBERSHIP REWARDS POINTS 1X on Other purchases    10 ADDITIONAL INFORMATION 059600232910596002329192606 | |

1 of 1                                                                                      2/27/2023, 4:40 PM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9454 Wilshire Blvd., 6th Fl., Beverly Hills, CA 90212

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ESSAM EL MALLAKH IN SUPPORT OF DEBTOR'S OPPOSITION TO BELGIUM INVESTMENTS 960 BAY DR, LLC'S OBJECTION TO DEBTOR'S CLAIMED HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/21/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Counsel for Debtor: Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
U.S. Trustee; Nancy S Goldenberg nancy.goldenberg@usdoj.gov
Interested Party: Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Interested Party: Chad L Butler caecf@tblaw.com
Counsel for TD Bank: Randall P Mroczynski randym@cookseylaw.com
Counsel for Belgium Investments 960 Bay Dr, LLC: Patrick Miller    patrick.miller@impactadvocateslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Honorable Theodore Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/21/2023 | Peter Garza | /s/Peter Garza |
|-----------|-------------|----------------|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "B"

# EXHIBIT "B"

1  Bert Briones (SBN 237594)
**RED HILL LAW GROUP**
2  15615 Alton Pkwy, Suite 210
Irvine, CA 92618
3  Tel:   (888) 733-4455
Fax:   (714) 733-4450
4  Email: bb@redhilllawgroup.com

5  Attorneys for Debtor Bassem Victor El Mallakh

6

7                    **UNITED STATES BANKRUPTCY COURT**

8            **CENTRAL DISTRICT OF CALIFORNIA (SANTA ANA)**

9  In re:                              Case No. 8:22-bk-11605-TA

10                                     Chapter 7

11 BASSEM VICTOR EL MALLAKH,           **DIRECT TESTIMONY DECLARATIONS IN OPPOSITION TO OBJECTION TO HOMESTEAD EXEMPTION**
              Debtor
12

13                                     **HEARING:**
                                       **Date: August 24, 2023**
14                                     **Time: 11:00 a.m.**
                                       **Ctrm:_5B**
15

16

17       TO THE HONORABLE THEODOR C. ALBERT, MOVANT BELGIUM

18 INVESTMENTS 960 BAY DR. LLC ("BELGIUM"), AND ALL INTERESTED

19 PARTIES:

20       Debtor Bassem El Mallakh hereby submits direct testimony in support of his

21 Opposition to Belgium Investments 960 Bay Dr., LLC's Objection to Debtor's Claimed

22 Homestead Exemption ("Objection").

23 Dated: August 7, 2023              Respectfully submitted,
                                      **RED HILL LAW GROUP**
24

25                                    By:   _/s/ Bert Briones_____
26                                    Bert Briones
                                      Attorneys for Debtor Bassem Victor El Mallakh
27

28

RED HILL LAW GROUP
15615 Alton Pkwy, Suite 210
Irvine, California  92618

## **DECLARATION OF BASSEM VICTOR EL MALLAKH**

I, BASSEM VICTOR EL MALLAKH, declare:

     1.     I am an individual over the age of 18.

     2.     I know the following facts to be true of my own personal knowledge unless otherwise stated.

     3.     I purchased a townhouse located at 116 Rockefeller, Irvine, California 92612 ("Irvine Townhouse") in October 2013.

     4.     On my petition date, September 19, 2022, and since then to present, my principal residence has been the Irvine Townhouse. On September 19, 2022 to present, I have resided and continue to reside in the Irvine Townhouse. I intend to continue to reside in the Irvine Townhouse. Since prior to September 19, 2022 to present, I have occupied the Irvine Townhouse except when temporarily away due to business or vacation. My personal belongings, my entire closet (Passport, Social security, Birth Certificate, copy of my Tax returns, my prescriptions, and my Invisalign retainers), clothing, and furniture have been in the Irvine Townhouse since before September 19, 2022. I have slept and continue to sleep at the Irvine Townhouse except for the nights when I "crashed" in Santa Monica after work or went on vacation. The nights when I slept away from the Irvine Townhouse, I always intended to return to the Irvine Townhouse and considered the Irvine Townhouse to be my home and my residence. During the last 10 years since I purchased the house, I have spent at least 95% of the days there.

The Santa Monica Apartment

     5.     In 2016, I entered a lease agreement for an apartment located at 525 Broadway, Santa Monica, CA 90401 ("Santa Monica Apartment" and "Santa Monica Lease").

     6.     The Santa Monica Apartment had two bedrooms.

     7.     I entered the Santa Monica Lease agreement with my business partner and friend, Mohammed Rostom.

8.      The purpose of the Santa Monica Lease was to provide office space for a business that Rostom and I were starting, which we called Lava Enterprises.

9.      We selected Santa Monica for the office location so we could be close to other people in the industry who were primarily located in Los Angeles.

10.     The Santa Monica Apartment also served as Rostom's living quarters while he was working with me in Santa Monica.

11.     One room in the Santa Monica apartment was Rostom's bedroom.  The other room contained two desks that Rostom and I used for business.

12.     Both Rostom and I had to be on the Santa Monica Lease because Rostom was from Canada, and the apartment landlord wanted a co-signor on the lease.

13.     In addition, I had to Co- sign the Santa Monica Lease in order to get keyless Fob entry access to the garage and the elevator when I came to the apartment to work.

14.     I decided to take my desk and computer and office belongings back to my Irvine townhome in April of 2022 and I called the leasing office and let them know that I would be no longer coming there and If I can remove my name on the lease but my friend Rostom will remain on the lease alone. And that I will only come to pick up office and work mail or if I need to open the door for the cleaners while Rostom is out of town. At the end of 2022, Rostom decided he wanted me to help him terminate the Santa Monica Lease and take away all his furniture and belongings and I can give them away to the Goodwill store for charity and vacate the apartment since he was no longer coming back from Dubai to stay with his family.

15.     Between November 2016 and April 2022, I spent a lot of time at the Santa Monica apartment.  I would often work at the apartment from early morning until late at night.  Sometimes, I would stay overnight at the Santa Monica Apartment and sleep on the couch, since the guest bedroom's bed was a small Twin bed, we had our 2 desks and computers in the guest bedroom so the space won't allow us to fit in a king or queen bed and I am tall I won't be able to sleep in that bed regularly. I would stay overnight there rather than try to drive back to the townhouse in Irvine when I was overly tired.

- 3 -

1       16.    In 2019 and 2020, when Belgium Investments 960 Bay Dr., LLC

2  ("Belgium") purportedly attempted to serve me with its summons in its Florida lawsuit

3  against me, I was spending most days working in Santa Monica. I was not physically at

4  the Irvine townhouse when the process server(s) purportedly attempted to personally serve

5  me with the summons.

6  Reem's Lease for the Irvine Townhouse

7       17.    On January 1, 2017, I entered a lease with my sister, Reem Hanna for two of

8  the bedrooms and common areas of the Irvine townhouse—one bedroom for Reem and

9  one for her son. I continued to reside in the Irvine townhouse's third bedroom and share

10 use of the common areas.

11      18.    Although Reem and I are siblings, we agreed that we should memorialize

12 her lease in writing. I located and copied a lease from Google. I do not know if all of the

13 language in the lease was necessary or applicable to Reem's and my situation, but it

14 accomplished our goal of agreeing in writing to a rent price and term.

15      19.    Reem and I always agreed that I would continue to live in the Irvine

16 townhouse, and I in fact have lived in the Irvine townhouse throughout the entire time that

17 Reem has leased the other two bedrooms (2017 to present).

18      20.    Although I was spending a lot of time in the Santa Monica Apartment

19 during the time since 2017 and since Reem and I entered the lease in 2017 until 2022, my

20 clothing, furniture and other personal belongings have remained in the Irvine townhouse.

21 The only personal items that I kept in the Santa Monica apartment were 2 t-shirts, my

22 tennis rackets bag and my bicycle.

23 Other Information

24      21.    I renewed my drivers' license at the DMV in Santa Monica in 2017 and

25 decided to put my business address on it because I knew that the Bungalow lounge at the

26 Fairmont Hotel Miramar, that my business partner Rostom and I go to frequently, would

27 allow Santa Monica residents to skip the line. Since I no longer work in Santa Monica or

28 spend much time there, I changed my drivers' license address back to the Irvine

- 4 -

1    Townhouse.  My drivers' license currently has the Irvine Townhouse address.

2        22.    I took the advice of my attorneys, Michael Sayer in the state court motion to

3    vacate sister state judgment and Michael Berger at the beginning of my bankruptcy case,

4    on how to explain the Santa Monica Apartment versus the Irvine Townhouse.  I was

5    spending time at both locations and did not intend to mislead anyone about my residency.

6        I declare under penalty of perjury of the laws of the United States of America that

7    the foregoing is true and correct.

8

9    Dated:_____ at _____, Egypt (where I am currently

10   on vacation).

11

12                    **[SEE ATTACHED SIGNATURE PAGE]**

13                    BASSEM VICTOR EL MALLAKH

DIRECT TESTIMONY DECLARATIONS

1  Townhouse. My drivers' license currently has the Irvine Townhouse address.

2       22.   I took the advice of my attorneys, Michael Sayer in the state court motion to

3  vacate sister state judgment and Michael Berger at the beginning of my bankruptcy case,

4  on how to explain the Santa Monica Apartment versus the Irvine Townhouse. I was

5  spending time at both locations and did not intend to mislead anyone about my residency.

6       I declare under penalty of perjury of the laws of the United States of America that

7  the foregoing is true and correct.

8

9  Dated: August 8th 2023 at _____ Cairo _____, Egypt (where I am currently

10  on vacation).

11

12

13                          BASSEM VICTOR EL MALLAKH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

DIRECT TESTIMONY DECLARATIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15615 Alton Pkwy., Ste. 210, Irvine CA 92618

A true and correct copy of the foregoing document entitled: **SUPPLEMENTAL BRIEF IN SUPPORT OF OPPOSITION TO OBJECTION TO HOMESTEAD EXEMPTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___08/08/2023___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
Weneta M.A. Kosmala (TR)    ecf.alert+Kosmala@titlexi.com, wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

**COUNSEL FOR OBJECTING CREDITOR:** Patrick Miller    patrick.miller@impactadvocateslaw.com

Randall P Mroczynski    randym@cookseylaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov          ☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) ___08/08/2023___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Bassem Victor El Mallakh
116 Rockefeller
Irvine, CA 92618-4298

The Honorable Theodor C. Albert
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street – Ste. 5085
Santa Ana, CA 92701          ☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___8-8-23___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Served via electronic notification on secure encrypted client portal and email.
[Client email address is protected by the Attorney Client Privilege.]

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/08/2023 | Robin Briones | /s/ Robin Briones |
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 4                          **F 4001-1.RFS.RESPONSE**