

ORDER No. __1__

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER __7.00__

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: __Patrick Miller__   Attorney Bar# __301819__
Law Firm: __Impact Advocates APC__
Mailing Address: __121 S Oak Ave, Pasadena, cA, 91107__

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****): __Patrick Miller__
Telephone: (__213__) __364-7581__   E-mail: __patrick.miller@impactadvocateslaw.com__
Bankruptcy Case #: __8:22-bk-11605-TA__   Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): __8/24/2023__  Time: __11am__
Debtor: __Bassem Victor El Mallakh__
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: __T. Albert__   Courtroom #: __SA 5B__
TRANSCRIBER: __Ben Hyatt__   ALTERNATE: __Exceptional Reporting__
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☒ Ordinary (30 days)   ☐ 3 Days              ☒ Entire Hearing
☐ 14 Days              ☐ Daily (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days                                     ☐ Testimony of Witness _____
                                             ☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____   Date Sent to Transcriber: _____   By ☐ FDS  ☐ Mail  ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ___) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____   Division: _____   Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. November 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*