| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | **FILED & ENTERED**<br><br>**OCT 19 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** deramus **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>BASSEM VICTOR EL MALLAKH<br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11605-TA<br>CHAPTER: 7 |
|---|---|
| | **ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| | DATE:  August 24, 2023<br>TIME:  10:00 a.m.<br>COURTROOM:  5B<br>PLACE:  411 W. Fourth Street<br>            Santa Ana, CA 92701 |

**Movant:** Belgium Investments 960 Bay Dr, LLC

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):*

    116 Rockefeller St
    Irvine, CA 92612

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
    b. ☐ Unexcused non-appearance by Movant
    c. ☐ Lack of proper service
    d. ☒ Lack of good cause shown for relief from stay

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 1                                    F 4001-1.RFS.DENY.ORDER

e. ☐ No stay is in effect under:

(1) ☐ 11 U.S.C. § 362(c)(2)(A)

(2) ☐ 11 U.S.C. § 362(c)(2)(B)

(3) ☐ 11 U.S.C. § 362(c)(3)(A)

(4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: October 19, 2023

*[Signature]*

Theodor C. Albert
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                      Page 2                              F 4001-1.RFS.DENY.ORDER