**FILED & ENTERED**

**OCT 19 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:22-bk-11605-TA |
| BASSEM VICTOR EL MALLAKH, | Chapter 7 |
| | ORDER DENYING MOTION FOR DISMISSAL |
| Debtor, | Hearing:<br>Date: August 24, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5B |

//

//

//

1

    Creditor Belgium Investments 960 Bay Dr, LLC ("Creditor") filed a Motion for Dismissal ("Motion") on June 5, 2023 [DN 190]. The hearing on the Motion was continued from time to time, until the most recent hearing on the date and time stated above, when it was taken under submission. The court issued its Memorandum of Decision on Objection to Debtor's Claimed Homestead Exemption ("MOD") on September 6, 2023 [DN 260]. It is hereby ordered that this Motion is DENIED.

###

Date: October 19, 2023

Theodor C. Albert
United States Bankruptcy Judge

2