United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11605-TA |
| Bassem Victor El Mallakh | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 21, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bert Briones | on behalf of Other Professional Bert Briones bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |

| District/off: 0973-8 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Patrick Miller
    on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski
    on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)
    ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 9

| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor appearing without attorney*<br>☐ *Attorney for:* | **FILED & ENTERED**<br><br>**OCT 19 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** deramus **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>BASSEM VICTOR EL MALLAKH<br><br><br><br>Debtor(s). | CASE NUMBER: 8:22-bk-11605-TA<br>CHAPTER: 7<br><br>**ORDER ☒ GRANTING ☐ DENYING**<br>**DEBTOR'S MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE: August 24, 2023<br>TIME: 11:00 a.m.<br>COURTROOM: 5B<br>ADDRESS: 411 W. Fourth Street<br>        Santa Ana, CA 92701 |

**Creditor Holding Lien to be Avoided** (*name*)*:* Belgium Investments 960 Bay Dr., LLC

The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☒ Notice of this Motion complied with LBR 9013-1(d).
2. ☐ Notice of this Motion complied with LBR 9013-1(o).
   a. ☐ There was no opposition and request for hearing.
   b. ☐ Hearing requested and held as indicated in the caption.

> "Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.
> "FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. ☒ Motion granted as set forth in the **Attachment** to this order.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a. ☐ Insufficient notice
    b. ☐ Insufficient evidence of the exempt status of the property in question
    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d. ☐ Insufficient evidence of fair market value.
    e. ☐ Motion is incomplete.
    f. ☐ Other (*specify*):

5. ☐ The court further orders as follows (*specify*):

    ☐ See attached page

                                          ###

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                    Page 2                    **F 4003-2.1.AVOID.LIEN.RP.ORDER**

**ATTACHMENT TO MOTION/ORDER**
**(11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)**

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** ___Belgium Investments 960 Bay Dr, LLC _____.

2. **Subject Lien:** Date (*specify*): __November 9, 2020  and place (*specify*):__Orange County Recorders Office__ of recordation of lien; Recorder's instrument number or document recording number: _2020000643121_____.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording: _116 Rockefeller, Irvine, CA 92612; APN: 930-243-45_____. ☐ See attached page.

4. ☒ Motion granted:

    a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

    b. ☒ The judicial lien is void and unenforceable:

        (1) ☐ In its entirety

        (2) ☒ In the following amount *only*: $ $4,105,777.30. The balance of $ _$239,472.70_ remains a valid and enforceable lien against the property.

    c. Unless otherwise ordered, any claim(s) that were secured by the avoided lien(s) are to be treated as general unsecured claim(s) and are to be paid pro-rata with all other unsecured claims.

☐ See attached page(s) for more liens/provisions.

Date: October 19, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*     Page 3     **F 4003-2.1.AVOID.LIEN.RP.ORDER**