United States Bankruptcy Court

Central District of California

In re:  
Bassem Victor El Mallakh  
    Debtor

Case No. 22-11605-TA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2  
Date Rcvd: Oct 19, 2023     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

**Name**     **Email Address**

Benjamin Heston  
    on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net

Bert Briones  
    on behalf of Other Professional Bert Briones bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net

Chad L Butler  
    on behalf of Interested Party Courtesy NEF caecf@tblaw.com

Michael Jay Berger  
    on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Nancy S Goldenberg  
    on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Oct 19, 2023 | Form ID: pdf042 | Total Noticed: 1

Patrick Miller
    on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski
    on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)
    ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 9

**FILED & ENTERED**

**OCT 19 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:22-bk-11605-TA |
| BASSEM VICTOR EL MALLAKH, | Chapter 7 |
| | ORDER DENYING MOTION FOR DISMISSAL |
| Debtor, | Hearing:<br>Date: August 24, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5B |

//
//
//

1

      Creditor Belgium Investments 960 Bay Dr, LLC ("Creditor") filed a Motion for Dismissal ("Motion") on June 5, 2023 [DN 190]. The hearing on the Motion was continued from time to time, until the most recent hearing on the date and time stated above, when it was taken under submission. The court issued its Memorandum of Decision on Objection to Debtor's Claimed Homestead Exemption ("MOD") on September 6, 2023 [DN 260]. It is hereby ordered that this Motion is DENIED.

###

Date: October 19, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge