United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-11605-TA |
| Bassem Victor El Mallakh | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bert Briones | on behalf of Other Professional Bert Briones bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Patrick Miller
    on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski
    on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)
    ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 9

**FILED & ENTERED**

**OCT 19 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>BASSEM VICTOR EL MALLAKH,<br><br>                              Debtor, | Case No.: 8:22-bk-11605-TA<br><br>Chapter 11<br><br>ORDER DENYING MOTION FOR SANCTIONS DUE TO THE DEBTOR'S PERJURY<br><br><u>Hearing</u>:<br>Date: August 24, 2023<br>Time: 11:00 a.m.<br>Ctrm: 5B |

     Creditor Belgium Investments 960 Bay Dr, LLC ("Creditor") filed a Motion for Sanctions Due to the Debtor's Perjury ("Motion") on March 24, 2023 [DN 154]. The hearing on the Motion was continued from time to time, until the most recent hearing on the date and time stated above, when it was taken under submission. The court issued its Memorandum of Decision on Objection to Debtor's Claimed Homestead Exemption ("MOD") on September 6, 2023 [DN 260].

//

//

//

//

1

This Motion is DENIED. While perjury was admitted to on the stand, it is not this court's job to enforce on behalf of another court. The court makes no comment on dischargeability or whether perjury would make nondischargeability an option. The court does not rule upon this now.

### 

Date: October 19, 2023

Theodor C. Albert
United States Bankruptcy Judge

2