United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 22-11605-TA

Bassem Victor El Mallakh                                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                              User: admin                                    Page 1 of 3
Date Rcvd: Nov 17, 2023                           Form ID: 318a                                  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bassem Victor El Mallakh, 116 Rockefeller, Irvine, CA 92612-8114 |
| aty | + | Michael Jay Berger, The Law Offices of Michael Jay Berger, 9454 Wilshire Blvd., 6th Floor, Beverly Hills, CA 90212-2980 |
| intp | + | Benjamin Heston, 100 Bayview Circle #100, Newport Beach, CA 92660-2963 |
| op | + | Bert Briones, Red Hill Law Group, 15615 Alton Parkway, Suite 210, Irvine, CA 92618-7351 |
| cr | + | TD Bank, N.A., successor in interest to TD Auto Fi, c/o Randall P. Mroczynski, Cooksey, Toolen, Gage, Duffy & Woog, 535 Anton Blvd., 10th Floor, 535 Anton Blvd., 10th Floor Costa Mesa, CA 92626-1947 |
| 41291001 | + | Belgium Investments 960 Bay Dr, LLC, c/o Patrick Miller, Esq., P. Miller Legal Services, 121 S Oak Avenue, Pasadena, CA 91107-4031 |
| 41357590 | + | Central Park West Community Association, c/o Tinnelly Law Group, 27101 Puerta Real, Suite 250, Mission Viejo, CA 92691-8545 |
| 41291002 | + | Central Park West Community HOA, 401 Rockefeller #208, Irvine, CA 92612-7179 |
| 41291003 | + | First Service Residential, 15241 Laguna Canyon Rd., Irvine, CA 92618-3146 |
| 41291004 | + | First Service Residential, c/o Community Legal Advisors, 509 N. Coast Highway, Oceanside, CA 92054-2433 |
| 41370359 | + | Freedom Mortgage Corporation, 1455 Frazee Road, Suite 820, San Diego, CA 92108-4395 |
| 41363227 | + | The Tones at Central, Pak West Ass, 15241 Laguna Canyon Rd, Irvine, CA 92618-3146 |
| 41305723 | + | The Townes at Central Park West Association, c/o Community Legal Advisors Inc., 509 N. Coast Highway, Oceanside, CA 92054-2433 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: Weneta.Kosmala@txitrustee.com | Nov 18 2023 00:17:00 | Weneta M.A. Kosmala (TR), c/o Law Offices of Weneta M.A. Kosmala, 4425 Jamboree Rd., Suite 183, Newport Beach, CA 92660 |
| smg | | EDI: EDD.COM | Nov 18 2023 05:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Nov 18 2023 05:11:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41291005 | ^ | MEBN | Nov 18 2023 00:07:57 | Freedom Mortgage, 951 Yamato Rd., Boca Raton, FL 33431-4444 |
| 41291006 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 18 2023 00:16:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 41291007 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 18 2023 00:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 41315703 | | EDI: IRS.COM | Nov 18 2023 05:11:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 41560716 | + | Email/Text: USTPregion16.SA.ECF@USDOJ.GOV | Nov 18 2023 00:16:00 | Office of the U.S. Trustee, 411 West Fourth Street, Suite 7160, Santa Ana, CA 92701-4500 |
| 41291009 | + | EDI: LCITDAUTO | Nov 18 2023 05:11:00 | TD Auto Finance, 6 Atlantis Way, Lewiston, ME 04240-1035 |
| 41298100 | + | EDI: LCITDAUTO | | |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 17, 2023 | Form ID: 318a | Total Noticed: 27 |

| | | | Nov 18 2023 05:11:00 | TD Bank, N.A., successor in interest to TD Auto Finance, P.O. Box 16041, Lewiston, ME 04243-9523 |
|---|---|---|---|---|
| 41291008 | + | EDI: LCITDAUTO | Nov 18 2023 05:11:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 41291010 | + | EDI: WFFC2 | Nov 18 2023 05:11:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 41310923 | | EDI: WFFC2 | Nov 18 2023 05:11:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 41297681 | + | EDI: WFFC2 | Nov 18 2023 05:11:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Belgium Investments 960 Bay Dr, LLC A California C |
| intp | | Courtesy NEF |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Interested Party Benjamin Heston bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Bert Briones | on behalf of Other Professional Bert Briones bb@redhilllawgroup.com helpdesk@redhilllawgroup.com;RedHillLawGroup@jubileebk.net |
| Chad L Butler | on behalf of Interested Party Courtesy NEF caecf@tblaw.com |
| Michael Jay Berger | on behalf of Attorney Michael Jay Berger michael.berger@bankruptcypower.com yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com |
| Nancy S Goldenberg | on behalf of U.S. Trustee United States Trustee (SA) nancy.goldenberg@usdoj.gov |
| Patrick Miller | |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 17, 2023 | Form ID: 318a | Total Noticed: 27 |

on behalf of Creditor Belgium Investments 960 Bay Dr LLC A California Corp. patrick.miller@impactadvocateslaw.com

Randall P Mroczynski

on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC randym@cookseylaw.com

United States Trustee (SA)

ustpregion16.sa.ecf@usdoj.gov

Weneta M.A. Kosmala (TR)

ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com

TOTAL: 9

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bassem Victor El Mallakh<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3012<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 8:22-bk-11605-TA | |

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bassem Victor El Mallakh
aka Bassem E. El Mallakh

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 11/17/23

**Dated:** 11/17/23

**By the court:** Theodor Albert
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

277/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc  **Order of Chapter 7 Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**