| | FOR COURT USE ONLY |
|---|---|
| ☐ Recording requested by a return to:<br>MICHAEL JAY BERGER (State Bar # 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER<br>9454 Wilshire Blvd. 6th Floor<br>Beverly Hills, CA 90212-2929<br>Telephone:(310) 271-6223<br>Facsimile: (310) 271-9805 michael.berger@bankruptcypower.com | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: Bassem Victor El Mallakh | CASE NUMBER    8:22-bk-11605-TA |
| Debtor | ADVERSARY NUMBER |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address
    
    Bassem Victor El Mallakh
    
    116 Rockefeller
    
    Irvine, CA 92612
    
    ☐ Address Unknown

    b. Driver's License No.    Unknown    ☒ Unknown

    c. Social Security No.    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    ☐ Unknown

2. The Summons was personally served at, or mail to (address):

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: 11/27/2023

_(Signature of Judgment Creditor or Attorney)_

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | CHAPTER 7 |
|---|---|---|
| Bassem Victor El Mallakh | Debtor(s). | ADVERSARY NO.: |

4. I certify that in the above-entitled action and Court, Judgment was entered on __7/25/2023__,

   in favor of __Michael Jay Berger__ and against __Bassem Victor El Mallakh__

   for  $ __0.00__           Principal,

   $ __0.00__           Interest,

   $ __23,666.00__      Attorney's Fees, and

   $ __254.36__         Costs.

A lien in favor of a judgment creditor is:

[X] not endorsed on the judgment.

[ ] endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

[ ] not been ordered by the Court.

[ ] been ordered by the Court effective until (date): _____

Attested this __1st__ day of __December 2023__

(SEAL)

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: __Tina Shimizu__
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Michael Jay Berger (SBN 100291)<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd., 6th Fl.<br>Beverly Hills, CA 90212<br>Tel.: (310) 271-6223<br>Fax: (310) 271-9805<br>Michael.berger@bankruptcypower.com | FOR COURT USE ONLY<br><br>FILED & ENTERED<br><br>JUL 25 2023<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY jle    DEPUTY CLERK |
|---|---|
| ☒ Former *Attorney for:* Bassem Victor El Mallakh | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION

| In re:<br><br>Bassem Victor El Mallakh<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:22-bk-11605-TA<br>CHAPTER: 7 |
|---|---|
| | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** |
| | DATE: July 25, 2023<br>TIME: 11:00 a.m.<br>COURTROOM: 5B<br>PLACE: 411 West Fourth St., Santa Ana, CA 92701 |

1. Name of Applicant (*specify*): Michael Jay Berger

2. This proceeding was heard at the date and place set forth above and was   ☐ Contested   ☒ Uncontested

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name):
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>June 30, 2023.</u>
Per Court's tentative ruling, the Second and Final Application for Compensation and Reimbursement of Expenses is granted and was unopposed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                             Page 1                              F 2016-1.3.ORDER.PAYMENT.FEES

5. The court orders as follows:

   a. ☐ Application for Payment of Interim Fees is approved as follows:
      (1) ☐ Total amount allowed: $
      (2) ☐ Amount or percentage authorized for payment at this time: _____

   b. ☐ Application for Reimbursement of Interim Expenses is approved and authorized for payment :
      ☐ Total amount allowed: $

   c. ☒ Application for Payment of Final Fees is approved in the amount of: $ 23,666.00

   d. ☒ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☒ Total amount allowed: $ 254.36

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify)*:

   f. ☐ The court further orders *(specify)*:

###

Date: July 25, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013    Page 2    F 2016-1.3.ORDER.PAYMENT.FEES